FILED

DEC 14 2016

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> ) <br> v. ) <br> ) <br> ) <br> RUBEN OSEGUERA-GONZALEZ, ) <br>    also known as ) <br>    "Menchito," "Rubencito," ) <br>    "Rojo," "Ruso," "Junior," and ) <br>    "El Nino," ) <br> ) <br> ) <br> ) <br> Defendant. ) <br> ) <br> ) <br> _____ ) | Case: 1:16-cr-00229 <br> Assigned To : Howell, Beryl A. <br> Assign. Date : 12/14/2016 <br> Description: INDICTMENT (B) <br> Case Related to: 14-cr-51 (BAH) |

## ORDER

Upon motion of the United States to seal the Indictment in the above-captioned matter, the arrest warrant, the government's sealing motion, the sealing order, and to delay entry on the public docket of the filing of the Indictment and the government's sealing motion, and for good cause shown, it is hereby,

ORDERED that the Indictment, the arrest warrant, and the instant motion to seal shall be sealed, except for such disclosures of copies of the Indictment and arrest warrant by law enforcement as may be necessary during the arrest and extradition process, and delay entry on

the public docket all related matters for the purposes requested by the United States pending further order of the Court.

DATED: 12/14/16

_____
HON. G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA