Rev: 1/2017

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.                                     Criminal No.        16-229

RUBEN OSEGUERA-GONZALEZ              Category        B

Defendant(s)

## REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on __3/15/2017__ from __Judge Beryl A. Howell__ to __Calendar Committee__ by direction of the Calendar Committee.

(Defendant is a Fugitive)

<u>JUDGE ELLEN S. HUVELLE</u>
Chair, Calendar and Case Management Committee

cc:   Judge Beryl A. Howell          & Courtroom Deputy
      Calendar Committee
      U.S. Attorney's Office – Judiciary Square Building, Room 5133
      Statistical Clerk