## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 16-CR-229 (BAH)** |
| | : | |
| v. | : | |
| | : | |
| **RUBEN OSEGUERA-GONZALEZ,** | : | |
| | : | |
| also known as "Menchito," | : | |
| "Rubencito," "Rojo," "Ruso," | : | |
| "Junior," and "El nino," | : | |
| | : | |
| **Defendant.** | | |

### NOTICE OF APPEARANCE

The United States of America, by and through the Chief of the Narcotic and Dangerous Drug Section of the Criminal Division, United States Department of Justice, hereby informs the Clerk of this court and all parties of record that Brett Reynolds, Trial Attorney of the Narcotic and Dangerous Drug Section, enters his appearance as an attorney for the Government.

        Respectfully Submitted,

        MARLON COBAR, Acting Chief
        Narcotic and Dangerous Drug Section
        Criminal Division
        United States Department of Justice

By:    */s/Brett Reynolds*
        Brett Reynolds
        Trial Attorney
        Narcotic and Dangerous Drug Section
        Criminal Division
        U.S. Department of Justice
        145 N Street, NE
        Washington, D.C. 20530
        Tel.:  (202) 598-2950
        Email: Brett.Reynolds@usdoj.gov

2

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was sent via ECF to the Defendant's counsel on record this 21st day of February 2020.

                                            */s/ Brett Reynolds*
                                            Brett Reynolds
                                            Trial Attorney
                                            Narcotic and Dangerous Drug Section
                                            Criminal Division
                                            Department of Justice