# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

**SEALED**

Fid# 10224177

| | |
|---|---|
| United States of America<br>v.<br>RUBEN OSEGUERA-GONZALEZ,<br>also known as "Menchito," "Rubencito, "Rojo," "Ruso,"<br>"Junior," and "El Nino,"<br><br>*Defendant* | ) Case: 1:16-cr-00229<br>) Assigned To : Howell, Beryl A.<br>) Assign. Date : 12/14/2016<br>) Description: INDICTMENT (B)<br>) Case Related to: 14-cr-51 (BAH) |

## ARREST WARRANT

**FILED**
FEB 21 2020
Clerk, U.S. District and
Bankruptcy Courts

To:     Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Ruben Oseguera-Gonzalez, aka "Menchito," "Rubencito, "Rojo," "Ruso," "Junior," and "El Nino",
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
Count 1: Conspiracy to Distribute Five Kilograms or More of Cocaine, 500 grams or more of methamphetamine, Knowing and Intending that it would be unlawfully imported into the United States, in violation of Title 21, United States Code, Sections 959(a), 960, and 963.
Count 2: Use and Possession of a Firearm, in violation of 18 U.S.C. Sections 924(c)(1)(A)(i), 924(c)(1)(A)(ii), 924(c)(1)(B)(ii).

18 U.S.C. § 2 (Aiding and Abetting)
21 U.S.C. §§ 853 and 970
(Forfeiture)

Date: 12/14/2016

*Issuing officer's signature*

City and state:     Washington, D.C.          Magistrate Judge G. Michael Harvey
                                                *Printed name and title*

### Return

| | |
|---|---|
| This warrant was received on *(date)* 12/14/16, and the person was arrested on *(date)* 02/20/20 at *(city and state)* DULLES AIRPORT.<br><br>Date: 02/21/20 | *Arresting officer's signature*<br><br>ROLAND UBALDO DEA TFO/USMS<br>*Printed name and title* |

/