**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 16-CR-229 (BAH)** |
| | : | |
| **v.** | : | |
| | : | |
| **RUBEN OSEGUERA-GONZALEZ,** | : | |
| | : | |
| **also known as "Menchito,"** | : | |
| **"Rubencito," "Rojo," "Ruso,"** | : | |
| **"Junior," and "El nino,"** | : | |
| | : | |
| **Defendant.** | | |

**NOTICE OF APPEARANCE**

The United States of America, by and through the Chief of the Narcotic and Dangerous

Drug Section of the Criminal Division, United States Department of Justice, hereby informs the

Clerk of this court and all parties of record that Kaitlin Sahni, Trial Attorney of the Narcotic and

Dangerous Drug Section, enters her appearance as an attorney for the Government.

Respectfully Submitted,

MARLON COBAR, Acting Chief
Narcotic and Dangerous Drug Section
Criminal Division
United States Department of Justice

By:      */s/Kaitlin Sahni*
Kaitlin Sahni
Trial Attorney
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice
145 N Street, NE
Washington, D.C. 20530
Tel.:    (202) 598-2493
Email: Kaitlin.Sahni@usdoj.gov

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent via ECF to the Defendant's counsel on record this 21st day of February 2020.

_/s/ Kaitlin Sahni_
Kaitlin Sahni
Trial Attorney
Narcotic and Dangerous Drug Section
Criminal Division
Department of Justice