# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 16-CR-229 (BAH)** |
| v. | |
| **RUBEN OSEGUERA-GONZALEZ,** | |
| also known as "Menchito," "Rubencito," "Rojo," "Ruso," "Junior," and "El nino," | |
| Defendant. | |

## NOTICE OF APPEARANCE

The United States of America, by and through the Chief of the Narcotic and Dangerous Drug Section of the Criminal Division, United States Department of Justice, hereby informs the Clerk of this court and all parties of record that Kate Naseef, Trial Attorney of the Narcotic and Dangerous Drug Section, enters her appearance as an attorney for the Government.

Respectfully Submitted,

ARTHUR G. WYATT, Chief
Narcotic and Dangerous Drug Section
Criminal Division
United States Department of Justice

By:  */s/Kate Naseef*
Kate Naseef
Trial Attorney
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice
145 N Street, NE
Washington, D.C. 20530
Tel.:   (202) 353-8810
Email: Kate.Naseef@usdoj.gov

1

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was sent via ECF to the Defendant's counsel on record this 25th day of May 2022.

                                              */s/ Kate Naseef*
                                              Kate Naseef
                                              Trial Attorney
                                              Narcotic and Dangerous Drug Section
                                              Criminal Division
                                              Department of Justice