# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 16-CR-229 (BAH)** |
| v. | : | |
| **RUBEN OSEGUERA-GONZALEZ,** | : | |
| also known as "Menchito," "Rubencito," "Rojo," "Ruso," "Junior," and "El Nino," | : | |
| **Defendant.** | : | |

## NOTICE OF WITHDRAWAL

The United States of America, by and through the Chief of the Narcotic and Dangerous Drug Section of the Criminal Division, United States Department of Justice, hereby informs the Clerk of this court and all parties of record that Brett Reynolds and Anthony J. Nardozzi, can be terminated as counsel of record for the Government in the instant matter.

Respectfully Submitted,

ARTHUR G. WYATT, Chief
Narcotic and Dangerous Drug Section
Criminal Division
United States Department of Justice

By:   /s/ Kate Naseef
Kate Naseef
Trial Attorney
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice
145 N Street, NE
Washington, D.C. 20530
Tel.:   (202) 353-8810
Email: Kate.Naseef@usdoj.gov

1