IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES, | \| |
| | \|  Case No.   1:16-CR-229 |
| vs. | \| |
| | \| |
| RUBEN OSEGUERA GONZALEZ, | \| |
|     Defendant. | \| |

**ARTURO CORSO'S MOTION
TO APPEAR BY TELEPHONE**

COMES NOW the undersigned counsel for the Defendant and files this motion to appear by telephone and shows this Court further as follows:

1.

Arturo Corso is one of the Defendant's attorneys, together with Danny Onorato. Mr. Corso did appear personally on Wednesday, April 12, 2023 for a scheduled appearance at which time the Defendant expressed his desire to substitute new counsel.

2.

Because new counsel had not yet entered an appearance or been admitted *pro hac vice*, a status conference was scheduled for Friday, April 21, 2023 at 11 am to address the substitution for newly retained counsel. All indications are that

Case 1:16-cr-00229-BAH   Document 53   Filed 04/17/23   Page 2 of 3

a substitution of counsel will be completed at that time and current counsel will be released from further obligation of representation.

3.

Arturo Corso resides in Georgia and has his principle office in Georgia. While Mr. Onorato will appear on Friday in person, Mr. Corso has a previously scheduled professional conference in Georgia beginning Thursday, April 20th and continuing until Saturday, April 22nd at which he is a scheduled speaker.

4.

Mr. Onorato can personally handle any matter of which the Court may inquire on Friday and Mr. Corso's inability to personally appear would visit no harm upon the Court, the Government, or Mr. Oseguera.  Mr. Corso could appear by telephone if permitted by the Court.

WHEREFORE the undersigned counsel for the Defendant prays this Court either excuse Mr. Corso's appearance under these circumstances or in the alternative allow him to appear by telephone.

This 17th day of April 2023.

___/s/ Arturo Corso_____
Arturo Corso
Georgia State Bar No. 188748
Washington D.C. Bar No. 1521149
New York State Bar No. 5700356
Attorney for Defendant

*The Corso Law Center, LLC*
427 Green Street, N.W.
Gainesville, Georgia 30501
Telephone: (770) 532-9732
Facsimile: (770) 532-9733

<u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day filed a true and correct copy of the foregoing upon the ECF electronic docket for service of process upon the Government and all counsel of record.

This 17th day of April 2023.

___*/s/ Arturo Corso*_____
Arturo Corso
Attorney at Law