IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Crim. No. 1:16-CR-00229 (BAH) |
| Plaintiff, ) | |
| VS. ) | |
| RUBEN OSEGUERA-GONZALEZ, ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

TO ANGELA CAESAR, CLERK:

Please enter the appearance of Attorney Arturo Hernandez-M of the Law Offices of Arturo Hernandez-M, as counsel for Defendant Ruben Oseguera-Gonzalez.

I am appearing in this action as retained counsel.

Respectfully submitted,

Dated: April 17, 2023

_____
Arturo Hernandez-M.
Attorney for Ruben Oseguera-Gonzalez
California Bar No. 108980
Law Offices of Arturo Hernandez-M.
10050 Machado Lane
San Jose, California, 95127
Telephone No. (409) 729-5785
Email: Artlawoff@aol.com
Fax: (408) 729-0167

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was delivered to the Clerk of the Court and to all parties of record in this case on the 21 day of April 2023.

/s/ Arturo Hernandez-M
_____

Arturo Hernandez-M.
California Bar No. 108980
Law Offices of Arturo Hernandez-M.
10050 Machado Lane
San Jose, California, 95127
Telephone No. (409) 729-5785
Email: Artlawoff@aol.com
Fax: (408) 729-0167