UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CRIMINAL NO.: 1:16-CR-229 (BAH) |
| ) | |
| RUBEN OSEGUERA-GONZALEZ, ) | |
| also known as "Menchito," ) | |
| "Rubencito," "Rojo," "Ruso," ) | |
| "Junior," and "El Nino," ) | |
| ) | |
| Defendant.  ) | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO UNSEAL**

The United States, by and through undersigned counsel, files its response to the Defendant's Motion for Order to Unseal Transcript of April 21, 2023, Dkt. No. 68 ("Motion").

In the Motion, the Defendant "moves the court for an order to unseal the transcript of the hearing of April 21, 2023," noting that "[a] portion of that transcript was sealed because a sidebar was held." *Id.* at 1. The Motion does not specify whether the Defendant is seeking to make the sealed portion of the transcript publicly available or whether he is seeking a limited unsealing so that the sealed portion of the transcript can be disclosed to defense counsel.[1]

The Government does not object to a limited unsealing for the purpose of providing the sealed portion of the transcript to defense counsel. However, the Government opposes the complete unsealing of the portion of the transcript at issue. The reasons for sealing that portion of the transcript have not changed since the hearing.

---

[1] Defense counsel did not confer with the Government prior to filing the Motion.

        Respectfully submitted,

        MARLON COBAR, Acting Chief
        Narcotic and Dangerous Drug Section
        Criminal Division
        U.S. Department of Justice

        */s/ Kaitlin Sahni*
        Kaitlin Sahni
        Acting Assistant Deputy Chief
        Kate Naseef
        Trial Attorney
        Narcotic and Dangerous Drug Section
        Criminal Division
        U.S. Department of Justice
        145 N Street, NE
        Washington, D.C. 20530
        (202) 631-2403

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent via ECF to counsel of record for the Defendant, 24th day of May, 2023.

By: /s/ Kaitlin Sahni
Kaitlin Sahni
Acting Assistant Deputy Chief
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice