## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**      *

     *

**VS.**      *     **CASE NO. 16-229-BAH**

     *

**RUBEN OSEGUERA-GONZALEZ**      *

     * * * * * * * * *

## NOTICE OF APPEARANCE

### TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Please note the appearance of Alfred Guillaume III, Esq., for Defendant Ruben Osguera-Gonzalez, as local counsel sponsoring the petition for pro hac vice admission of Anthony Colombo, Esq. and Jan Edward Ronis, Esq., which is being filed contemporaneously with this Notice.

Respectfully submitted,

_____

Alfred Guillaume III, Esq.  #MD0085
Law Offices of Alfred Guillaume III, LLC
1350 Connecticut Ave. NW, Suite 308
Washington, D.C. 20036

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of October 2023, a copy of this motion was sent electronically via CM/ECF to all parties of record.

_____
Alfred Guillaume III, Esq.