# CLERK'S OFFICE
# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA
# WASHINGTON, D.C.  20001

UNITED STATES OF AMERICA

vs.                                    Criminal Number   16cr00229-BAH

RUBEN OSEGUERA-GONZALEZ,

(Defendant)


TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA          ■ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Anthony E. Colombo, Jr. DC Bar No. 990075
*(Attorney & Bar ID Number)*

Law Office of Anthony E. Colombo, Jr.
*(Firm Name)*

105 West F Street, Ste. 312
*(Street Address)*

San Diego          CA          92101
*(City)*          *(State)*          *(Zip)*

(619) 236-1704 / (619) 889-8467
*(Telephone Number)*