NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.  Criminal Number  16cr00229-BAH

RUBEN OSEGUERA-GONZALEZ
(Defendant)

TO: ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:  (Please check one)

☐ CJA     ☒ RETAINED     ☐ FEDERAL PUBLIC DEFENDER

_(Signature)_

PLEASE PRINT THE FOLLOWING INFORMATION:

Jan E. Ronis, CA Bar No. 51450
_(Attorney & Bar ID Number)_

Ronis and Ronis
_(Firm Name)_

105 West "F" Street 3FL
_(Street Address)_

San Diego, CA 921001
_(City)        (State)       (Zip)_

(619) 236- 8344
_(Telephone Number)_