# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| VS. | * | CASE NO. 16-CR-229-BAH |
| | * | |
| RUBEN OSEGUERA-GONZALEZ | * | |

* * * * * * * * *

## MOTION TO ADVANCE THE PRETRIAL CONFERENCE HEARING AND PROPOSED ORDER

The parties are currently scheduled for a Pretrial Conference in relation to the Classified Information Procedures Act ("CIPA") on November 21, 2023, at 9:30 a.m. The parties have met and conferred regarding the CIPA related issues to be addressed by the Court. The parties jointly request that the Pretrial Conference be advanced from the currently scheduled date of November 21, 2023, at 9:30 a.m., to November 17, 2023, at 9:30 a.m. In response to the Minute Order dated October 26, 2023, the agenda for the hearing is for the government to request a deadline for filing a CIPA Section 4 motion *in camera* and *ex parte*. The parties do not anticipate any other CIPA issues that need to be addressed at this time. Wherefore, the parties respectfully request the Court issue an Order advancing the Pretrial Conference.

Respectfully submitted,

/s Anthony E. Colombo, Jr.
Anthony E. Colombo, Jr.
Counsel for Ruben Oseguera-Gonzalez

/s Jan E. Ronis
Jan Ronis
Counsel for Ruben Oseguera-Gonzalez

/s Kate M. Naseef
Kate M. Naseef
Kaitlin J. Sahni
Trial Attorneys
Narcotic and Dangerous Drug Section
Criminal Division
United States Department of Justice

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this 7th day of November 2023, a copy of this Notice and Proposed Order was sent electronically via CM/ECF to all parties of record.

                                             /s Anthony E. Colombo, Jr.
                                             Anthony E. Colombo, Jr.
                                             Counsel for Ruben Osguera-Gonzalez