UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.    )<br>)<br>RUBEN OSEGUERA-GONZALEZ, )<br>    also known as "Menchito," )<br>    "Rubencito," "Rojo," "Ruso," )<br>    "Junior," and "El Nino," )<br>)<br>Defendant. ) | CRIMINAL NO.: 1:16-CR-229 |

## ORDER DESIGNATING CLASSIFIED INFORMATION SECURITY OFFICERS

The United States has filed a motion to designate a Classified Information Security Officer, pursuant to the Classified Information Procedures Act, 18 U.S.C. App. III ("CIPA") and Section 2 of the Security Procedures established under Pub. L. 96-456, 94 Stat. 2025 by the Chief Justice of the United States.

Accordingly, this Court designates as the Classified Information Security Officer in this case Daniella M. Medel to perform the duties and responsibilities prescribed in the Security Procedures promulgated by the Chief Justice of the United States Supreme Court. This Court further designates the following persons as Alternate Classified Information Security Officers, to serve in the event Daniella M. Medel is unavailable: Daniel O. Hartenstine, Matthew W. Mullery, Harry J. Rucker, and Winfield S. Slade.

SO ORDERED, this 7th day of November, 2023.

HON. BERYL A. HOWELL
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA