UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:16-cr-00229 (BAH) |
| Plaintiff, ) | |
| Vs. ) | |
| RUBEN OSEGUERA-GONZALEZ, ) | |
| Defendant. ) | |

**(AMENDED) MOTION TO WITHDRAW AS COUNSEL OF RECORD**

Attorney, Arturo Hernandez-M. of the LAW OFFICES OF ARTURO HERNANDEZ-M., pursuant to Local Rule 44.5(d) of the United States District Court for the District of Columbia, respectfully requests permission from this Court to withdraw as counsel of record for Defendant, RUBEN OSEGUERA-GONZALEZ in the above entitled matter. Defendant has retained another attorney to represent him in this matter. The newly retained attorney has filed and was granted a Substitution of Attorney to replace me as attorney of record in this case. Defendant, Ruben Oseguera-Gonzalez desires for the attorney substituting into this case to represent him in the above entitled matter.

Therefore, I hereby respectfully request that the Court grant me permission to withdraw as counsel of record for Defendant, Ruben Oseguera-Gonzalez in the above entitled matter.

Date:  November 9, 2023             Respectfully submitted,

/s/ Arturo Hernandez-M.
LAW OFFICES OF ARTURO HERNANDEZ-M.
10050 Machado Lane
San Jose, California 95127
Phone: (408) 729-5785
Fax: (408) 729-0167
Email: Artlawoff@aol.com
California State Bar No. 108980

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 1:16-cr-00229 (BAH) |
| Plaintiff, | ) |
| Vs. | ) |
| | ) **ORDER** |
| RUBEN OSEGUERA-GONZALEZ, | ) |
| Defendant. | ) |

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD**

After having considered the Motion to Withdraw, it is hereby ORDERED, that the Motion is GRANTED; it is further ORDERED, that ARTURO HERNANDEZ-M. shall be permitted to withdraw as counsel for the Defendant, RUBEN OSEGUERA-GONZALEZ.

DATED: _____      _____
HONORABLE BERYL A. HOWELL
CHIEF UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

## CERTIFICATE OF SERVICE

I, ARTURO HERNANDEZ-M, HEREBY CERTIFY that on November 9, 2023, a copy of the foregoing Motion to Withdraw as Counsel of Record, and Proposed Order Granting Motion to Withdraw as Counsel of Record were served via ECF to all parties on record.

/s/ ARTUOR HERNANDEZ-M.
ARTURO HERNANEZ-M.
DECLARANT