# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | **CRIMINAL NO.: 1:16-CR-229 (BAH)** |
| ) | |
| **RUBEN OSEGUERA-GONZALEZ,** ) | |
| also known as "Menchito," ) | |
| "Rubencito," "Rojo," "Ruso," ) | |
| "Junior," and "El Nino," ) | |
| ) | |
| **Defendant.** ) | |

## UNOPPOSED MOTION TO SCHEDULE CIPA SECTION 4 MOTION DEADLINE

The United States, by and through undersigned counsel, files its unopposed response to the court's November 17, 2023 Minute Order, ordering the government to propose a schedule for the filing of any CIPA Section 4 motions. The government proposes that an initial CIPA Section 4 motion be filed December 22, 2023, and a supplemental CIPA Section 4 motion be filed by April 19, 2024.

Respectfully submitted,

MARLON COBAR, Chief
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice

*/s/ Kate Naseef*
Kate Naseef
Trial Attorney
Kaitlin Sahni
Acting Deputy Chief
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice
145 N Street, NE
Washington, D.C. 20530
(202) 631-2403

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent via ECF to counsel of record for the Defendant, 17th day of November, 2023.

By: */s/ Kate Naseef*
Kate Naseef
Trial Attorney
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice