UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 16-CR-229 (BAH)** |
| | : | |
| v. | : | |
| | : | |
| **RUBEN OSEGUERA-GONZALEZ,** | : | |
| | : | |
| also known as "Menchito," | : | |
| "Rubencito," "Rojo," "Ruso," | : | |
| "Junior," and "El nino," | : | |
| | : | |
| Defendant. | : | |
| | : | |

## NOTICE OF APPEARANCE

The United States of America, by and through the Chief of the Narcotic and Dangerous Drug Section of the Criminal Division, United States Department of Justice, hereby informs the Clerk of this court and all parties of record that Jonathan R. Hornok, Trial Attorney of the Narcotic and Dangerous Drug Section, enters his appearance as an attorney for the Government.

Respectfully Submitted,

MARLON COBAR, Chief
Narcotic and Dangerous Drug Section
Criminal Division
United States Department of Justice

By:   /s/ Jonathan R. Hornok
Jonathan R. Hornok
Trial Attorney
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice
145 N Street, NE
Washington, D.C. 20530
Tel.:   (202) 616-2477
Email: Jonathan.Hornok@usdoj.gov

1

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was sent via ECF to the Defendant's counsel on record this 20th day of November 2023.

                                                                                 */s/  Jonathan R. Hornok*
                                                                                Jonathan R. Hornok
                                                                                Acting Assistant Deputy Chief
                                                                                Narcotic and Dangerous Drug Section
                                                                                Criminal Division
                                                                                Department of Justice