Filed with the Classified Information Security Officer
CISO [signature]
Date 12/22/2023

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | **CRIMINAL NO. 1:16-CR-229** |
| ) | |
| **RUBEN OSEGUERA-GONZALEZ,** ) | |
|   also known as "Menchito," "Rubencito," ) | |
|   "Rojo," "Ruso," "Junior," and ) | |
|   "El Nino," ) | |
| ) | |
| Defendant. ) | |

## MOTION TO DELETE AND SUBSTITUTE CLASSIFIED INFORMATION IN DISCOVERY PURSUANT TO THE CLASSIFIED INFORMATION PROCEDURES ACT