```
                 UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLUMBIA

 * * * * * * * * * * * * * * *
UNITED STATES OF AMERICA,        )  Criminal Action
                                 )  No. 16-229
vs.                              )
                                 )
RUBEN OSEGUERA-GONZALEZ,         )  September 15, 2023
          Defendant.             )  9:06 a.m.
                                 )  Washington, D.C.
 * * * * * * * * * * * * * * *
```

**TRANSCRIPT OF PROCEEDING
BEFORE THE HONORABLE BERYL A. HOWELL,
UNITED STATES DISTRICT COURT JUDGE**

**APPEARANCES:**

FOR THE UNITED STATES:
    KAITLIN J. SAHNI
    U.S. Department of Justice
    145 N Street, NE
    Washington, DC 20530
    (202) 598-2493
    Email: kaitlin.sahni@usdoj.gov

FOR THE DEFENDANT:
    ARTURO HERNANDEZ-M
    10050 Machado Lane
    San Jose, CA 95127
    (408) 729-5785
    Email: artlawoff@aol.com

ALSO PRESENT:  ARTURO DAVID HERNANDEZ

              KARIMA AZZOUZ, Spanish Language Interpreter

Court Reporter: Elizabeth Saint-Loth, RPR, FCRR
        Official Court Reporter

Proceedings reported by machine shorthand.
Transcript produced by computer-aided transcription.

```
 1                    P R O C E E D I N G S
 2            THE COURT:  Your Honor, this is Criminal
 3   Case 16-229, United States of America versus Ruben Oseguera
 4   Gonzalez.
 5            Also, Your Honor, for the record, the interpreter
 6   for this matter is Karima Azzouz; she has a standing oath
 7   with this Court.
 8            Would the parties please come forward to the
 9   lectern and identify yourselves for the record.  We'll start
10   with government counsel first this morning.
11            MS. SAHNI:  Good morning, Your Honor.
12   Kaitlin Sahni for the United States.
13            THE COURT:  Yes.  Good morning.
14            Mr. Hernandez, I see you have a cane.  If it's too
15   difficult for you to be walking up and down, you can stay
16   seated and use the microphone at the table if you would
17   like.
18            MR. HERNANDEZ:  Thank you, Your Honor.  If I may
19   this time.
20            For the record, Mr. Arturo Hernandez on behalf of
21   Mr. Oseguera.  He's present in court being assisted by the
22   court interpreter; and so is my assistant -- legal
23   assistant, paralegal/investigator Arturo David Hernandez.
24   Thank you, Your Honor.
25            THE COURT:  Yes.  Good morning.
```

1          All right.  So the last time I saw you-all was the
2    beginning of the summer.  Are we ready to set a trial date
3    in the case or do you need more time, Mr. Hernandez?
4          MR. HERNANDEZ:  We have been in discussions with
5    the government, Your Honor.  There is a request by -- a
6    mutual request to set the trial date the first week of
7    October, if convenient with the Court's calendar, of 2024;
8    and then we have the possibility of a resolution of this
9    matter in the interim.  We are still not precluding
10   resolution.
11         THE COURT:  I see.  Okay.  October 2024.
12         Okay.  I was expecting January or February given
13   the length of time this case has been pending since
14   Mr. Oseguera Gonzalez arrived here in the states.  You can't
15   do it earlier than that?
16         MR. HERNANDEZ:  Well, Your Honor, the situation is
17   that the discovery is tremendous; it is close to 90,000
18   pages.  We have been diligent.  As you well remember, my
19   injuries were precluding me from visiting my client.
20   Luckily, my toes are not going to be amputated anymore --
21         THE COURT:  Okay.  We don't need to get into any
22   details about that.
23         MR. HERNANDEZ:  I just want to tell the Court that
24   I was in a lot of stress and a lot of medical procedures,
25   but I am well now.

1                I think I can be ready for trial in October.  Of
2    course, we will be trying very hard to resolve this matter,
3    Your Honor.  My client is amenable to settlement.
4                There are some issues that we need to resolve.
5    But I think the government deserves a trial date so they can
6    prepare and we can at least get on track.
7                THE COURT:  All right.
8                Could the government just remind me how long you
9    think the trial in this case will take?  I know it has a lot
10   of wiretap intercepts and other discovery.
11               Do you think it's going to take more than one
12   week?
13               MS. SAHNI:  Yes, Your Honor.
14               And I spoke to Mr. Hernandez earlier.  He also
15   anticipates that there may be defense witnesses as well, so
16   we're anticipating about three weeks.
17               THE COURT:  Okay.  Then why don't I set this for
18   October 7th, which is a Monday, for jury selection.  And my
19   jury selections start at 9 a.m.
20               Mr. Hernandez, have you spoken to Mr. Oseguera
21   Gonzalez about exclusion of time under the Speedy Trial Act?
22               MR. HERNANDEZ:  Yes, I have, Your Honor.  He
23   continues to waive his speedy trial rights.
24               THE COURT:  All right.  I will exclude time under
25   the Speedy Trial Act between today and October 7, 2024.  I

1   find that it is in the interests of justice to do so and
2   that those interests outweigh the interests of the defendant
3   and the public in a speedier trial in order to give the
4   defense an opportunity to fully review all of the voluminous
5   discovery in the case and discuss it with Mr. Oseguera
6   Gonzalez, and also for the parties to discuss the terms of a
7   potential disposition short of trial.
8            Is that sufficient for the Speedy Trial Act?
9            MS. SAHNI:  Yes, Your Honor.
10           THE COURT:  All right.
11           Is there anything further today?
12           Because when I set the trial date, I am just going
13  to work backwards to set the pretrial conference date and
14  all -- and dates for pretrial motions.  So if the parties
15  wanted to propose that, this is your time to do that before
16  I enter a minute order directing -- taking control of your
17  lives.  I always give the parties an opportunity to control
18  their own destinies but, in a vacuum, I am here.
19           Have you discussed that?
20           MS. SAHNI:  No, we have not, Your Honor.  But the
21  government is fine with whatever schedule the Court sees
22  fit.
23           THE COURT:  Okay.  So you can anticipate a minute
24  order being entered with that schedule before the end of the
25  day.

```
 1                All right.  Is there anything further from the
 2     government today?
 3                MS. SAHNI:  Your Honor, I would just like to put
 4     one thing on the record.
 5                As you remember, in this case there is a signed
 6     plea agreement even though there has not been a change of
 7     plea hearing.  The government has agreed to keep the
 8     possibility of going forward with that particular plea
 9     agreement open for approximately 30 days, until
10     October 16th, given that Mr. Hernandez has had these health
11     issues and needs more time to speak with his client.
12                If there is --
13                THE COURT:  Until when?
14                MS. SAHNI:  October 16th.
15                THE COURT:  Because I am going to be unavailable,
16     basically, through the end of next week through October 13,
17     so that doesn't give you much time.
18                MS. SAHNI:  Just for a decision, Your Honor, not
19     necessarily for the change of plea to happen.  Because we
20     also do have the superseding information that is tied to the
21     plea agreement.  And if that plea agreement is not going to
22     be fulfilled, then the government will be seeking to
23     withdraw the superseding Information.
24                THE COURT:  Right.  And is it the government's
25     position that the signed statement of facts in connection
```

1   with that plea agreement are admissions that can be used
2   against this defendant should he decide to proceed to trial?
3           MS. SAHNI:  Yes, Your Honor.
4           THE COURT:  All right.
5           MS. SAHNI:  Thank you.
6           THE COURT:  That was a pretty fulsome statement of
7   facts.
8           MS. SAHNI:  Yes, Your Honor.
9           THE COURT:  All right.  Does Mr. Oseguera Gonzalez
10  fully understand that that statement of facts that he signed
11  in connection with the plea hearing -- that change of plea
12  hearing that never happened, does he understand that that
13  signed statement of facts may be used against him at trial?
14          I haven't decided that issue.  You may want to
15  litigate that.  I have an open mind about it, but there is
16  the potential risk of that.
17          MR. HERNANDEZ:  That is correct, Your Honor.
18          We have discussed that at length.  And I have
19  indicated to the Court that I have some issues with that,
20  and there is a potential motion that I have explained to my
21  client.  He understands the risk and he understands the
22  benefits.
23          THE COURT:  And even were your motion to preclude
24  the government from using it in its case in chief, there is
25  always the potential for that to be used as impeachment

1   material should he decide to take the stand; two separate
2   issues.
3              MR. HERNANDEZ:  That is correct, Your Honor.
4              We have discussed that at length and we have
5   researched the issue.  We feel comfortable with the research
6   that we have done, and I have explained that from the get-go
7   to my client.
8              THE COURT:  All right.  Thank you.
9              Is there anything further from the defense today?
10             MR. HERNANDEZ:  Nothing further from the defense,
11  Your Honor.  Thank you so much.  Have a good day.
12             THE COURT:  Thank you.
13             You are all excused.
14             (Whereupon, the proceeding concludes, 9:14 a.m.)
15                          * * * * *
16                          **CERTIFICATE**
17      **I, ELIZABETH SAINT-LOTH, RPR, FCRR, do hereby certify that the foregoing constitutes a true and accurate**
18  **transcript of my stenographic notes, and is a full, true, and complete transcript of the proceedings to the best of my**
19  **ability.**
20      **This certificate shall be considered null and void if the transcript is disassembled and/or photocopied in any**
21  **manner by any party without authorization of the signatory below.**
22
23      **Dated this 2nd day of October, 2023.**
24      **/s/ Elizabeth Saint-Loth, RPR, FCRR**
    **Official Court Reporter**
25