UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Filed with the Classified
Information Security Officer
CISO _____
Date  5/15/24

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 1:16-CR-229 |
| | ) |
| RUBEN OSEGUERA-GONZALEZ, | ) |
|     also known as "Menchito," "Rubencito," | ) |
|     "Rojo," "Ruso," "Junior," and | ) |
|     "El Nino," | ) |
| | ) |
|         Defendant. | ) |

### SUPPLEMENTAL MOTION TO DELETE AND SUBSTITUTE CLASSIFIED INFORMATION IN DISCOVERY PURSUANT TO THE CLASSIFIED INFORMATION PROCEDURES ACT