IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLOMBIA

| UNITED STATES OF AMERICA | : | CRIMINAL NO. 16-CR-229-BAH |
| --- | --- | --- |
| v. | : | |
| RUBEN OSEGUERA-GONZALEZ, | : | |
| Defendant. | : | |

## REQUEST FOR NOTICE OF DEFENDANT'S ALIBI

The United States of America requests that the defendant provide to the United States within fourteen days a written notice of his intention to offer a defense of alibi. Specifically, the United States requests that the defendant provide the specific place or places at which the defendant claims to have been at the time of the alleged offenses and the names, addresses, and telephone numbers of the witnesses upon whom the defendant intends to rely in order to establish an alibi pursuant to Rule 12.1(a)(2)(A), (B) of the FEDERAL RULES OF CRIMINAL PROCEDURE. Below is the approximate time, date, and place at which the defendant allegedly committed the offenses and overt acts.

### NOTICE OF DATES AND LOCATIONS

| Dates | Locations |
| --- | --- |
| 2007 to February 20, 2020 | • Residing in the United Mexican States |
| 2007 to February 2014 | • Residing in the area of Jalisco, Mexico |
| February to October 2014 | • In Federal Social Rehabilitation Center No. 1 Almoloya, also known as Altiplano prison, in México, Mexico |
| December 2014 | • In Federal Social Rehabilitation Center No. 2, also known as Puente Grande prison, in Jalisco, Mexico |
| December 2014 to June 23, 2015 | • Residing in the area of Jalisco, Mexico |

| Dates | Locations |
|---|---|
| April 2015 | - In the area of Villa Purificación, Jalisco, Mexico |
| May 1, 2015 | - In the area of 19°39'39.5"N 104°40'43.8"W |
| June 23, 2015 | - In the area of Santa Fe, Zapopan, Jalisco, Mexico<br>- At the intersection of Calle Eva Briseño and C. Esparta |
| July to October 2015 | - In Federal Social Rehabilitation Center No. 1 Almoloya, also known as Altiplano prison, in México, Mexico |
| February 2016 to April 2018 | - In Federal Social Rehabilitation Center No. 13 in Oaxaca, Mexico |

Respectfully Submitted,

MARLON COBAR
Chief
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice

By:   */s/ Jonathan R. Hornok*
Jonathan R. Hornok
Kate Naseef
Trial Attorneys
Kaitlin Sahni
Acting Deputy Chief
Narcotic and Dangerous Drug Section
Criminal Division,
U.S. Department of Justice
Washington, D.C. 20530
Telephone: (202) 514-0917

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was sent via the Electronic Case Filing (ECF) system with the United States District Court for the District of Columbia to counsel of record for the defendant, this 1st day of August 2024.

By: /s/ *Jonathan R. Hornok*
Jonathan R. Hornok
Trial Attorney
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice