UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal Action No. 16-229 (BAH) |
| RUBEN OSEGUERA-GONZALEZ, | Judge Beryl A. Howell |
| Defendant. | |

### ORDER

Upon consideration of the government's Notice of Rule 404(b) Evidence, ECF No. 132, defendant Ruben Oseguera-Gonzalez's Motion to Exclude Proposed Rule 404(b) Evidence, ECF No. 135, and the related legal memoranda in support and in opposition, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby:

**ORDERED** that defendant's Motion to Exclude Proposed Rule 404(b) Evidence, ECF No. 135, is **GRANTED IN PART AND DENIED IN PART**; it is further

**ORDERED** that the government's proffered evidence that defendant murdered 100 people and bragged about these murders is **INADMISSIBLE**, pursuant to Federal Rule of Evidence 404(b), though defendant is **CAUTIONED** that should he open the door to this evidence, the government's proffered evidence may become relevant on rebuttal; it is further

**ORDERED** that defendant's Motion to Exclude Proposed Rule 404(b) Evidence is otherwise **DENIED** insofar as it seeks categorically to exclude the government's proffered evidence of defendant's other uses of violence, as well as his use of bribery, his manufacturing and distribution of fentanyl and marijuana, and his post-arrest conduct and statements; and it is further

**ORDERED** that the parties shall file, by August 14, 2024, a joint status report, providing their positions on whether the Memorandum Opinion accompanying this Order may be unsealed in full, without redaction; and if not, providing a full explanation for why partial sealing is necessary, with proposed redactions to the Memorandum Opinion.

**SO ORDERED.**

Date:   August 12, 2024

                                                                                               _____
                                                                                               **BERYL A. HOWELL**
                                                                                               United States District Judge