UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>RUBEN OSEGUERA-GONZALEZ,<br><br>Defendant. | Criminal Action No. 16-229 (BAH)<br><br>Judge Beryl A. Howell |

### PROTECTIVE ORDER REGARDING USE OF PSEUDONYMS AT TRIAL

Pending before the Court is the government's Motion for Witnesses To Testify In Pseudonym, ECF No. 141, which included a request for a Protective Order. For the reasons set out in the accompanying Memorandum Opinion and Order, ECF No. 169, this Court hereby finds and Orders as follows:

1. Two of the government's anticipated witnesses at trial are Mexican law enforcement officials, who reside in Mexico (hereinafter "the protected witnesses") and will be permitted to testify under aliases or using only their initials.

2. The government will provide the true names of the protected witnesses to defense counsel with its disclosures under 18 U.S.C. § 3500.

3. Defense counsel shall not disseminate the true names of the protected witnesses to the defendant RUBEN OSEGUERA-GONZALEZ or to anyone else without the prior authorization of the Court.

4. Defense counsel shall not elicit in open court any identifying information for the protected witnesses, such as their names or nicknames, home and work addresses, telephone numbers, e-mail addresses, and other identifying information that could be used to uncover such identifying information or to locate the witnesses.

**SO ORDERED**.

Date: August 13, 2024

_____
**BERYL A. HOWELL**
United States District Judge