# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal Action No. 16-229 (BAH) |
| ) | |
| v. ) | Judge Beryl A. Howell |
| ) | |
| RUBEN OSEGUERA-GONZALEZ, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

Before the Court is the government's Unopposed Motion for a Public Overflow Courtroom. This Court hereby finds and Orders as follows:

1. This matter may garner significant interest in the public and friends and family members of the defendant to attend the trial to observe the proceedings.

2. The space inside the courtroom is limited and is likely to be insufficient to accommodate all of the members of the public who wish to attend the proceedings, especially during jury selection when prospective jurors will initially be seated in the public gallery space of the courtroom.

3. Modifying the process of jury selection, delaying the proceeding, moving to another location, adding additional seating within the courtroom, allowing observers to sit in front of the bar of the court, and limiting the observers within the courtroom are all insufficient to provide the defendant with a public trial while also ensuring an efficient, fair, uninterrupted, and safe proceeding.

4. An overflow courtroom in which the public can watch or hear a video or audio live-stream of the proceedings is an appropriate, sufficient, and least restrictive means to ensure that the defendant enjoys a public trial.

5. The defendant does not oppose this request.

6.  The Court will provide an overflow courtroom from which the public can watch or hear a video or audio live-stream of the trial from the beginning of jury selection through the announcement of a verdict.

**SO ORDERED.**

DATE:  August 26, 2024

_____
**BERYL A. HOWELL**
United States District Judge
