UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)<br>RUBEN OSEGUERA-GONZALEZ, )<br>also known as "Menchito," )<br>"Rubencito," "Rojo," "Ruso," )<br>"Junior," and "El Nino," )<br>)<br>Defendant. )<br>) | CRIMINAL NO.: 1:16-CR-229<br><br>**FILED**<br>SEP 06 2024<br>Clerk, U.S. District & Bankruptcy<br>Courts for the District of Columbia |

## STIPULATIONS

The United States of America, and defendant, RUBEN OSEGUERA GONZALEZ, by and through their respective attorneys, hereby agree and stipulate to the following:

1. The following government exhibits are authentic under Rule 902 of the Federal Rules of Evidence and their contents are fair, accurate, and unaltered representations of the original records and information. The chain of custody for these exhibits and information is not contested:

    a. Government Exhibits 4-14 (Photographs intercepted in BBM communications),

    b. Government Exhibits 17-18 (Discs containing intercepted BBM communications),

    c. Government Exhibits 20-58 and 60-97 (Intercepted BBM communications), and

    d. Government Exhibit 99 (Maps of Mexico and surrounding area).

1

2. Government Exhibits 15A-16A, 20A-58A, 60A-97A, and 412A are authentic and accurate English translations of the original Spanish communications and documents.

3. The substance methamphetamine, as referenced in Count One, is a Schedule II controlled substance.

4. The substance cocaine, as referenced in Count One, is a Schedule II controlled substance.

5. One thousand grams equals 1 kilogram.

6. One kilogram is equal to about 2.2 pounds.

7. One thousand kilograms is equal to 1 metric ton and about 1.1 U.S. ton.

IT IS SO STIPULATED.

Marlon Cobar, Chief
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice

By: _____    _____
Law Offices of Anthony E. Colombo Jr.    Jonathan Hornok
Anthony E. Colombo Jr.    Kaitlin Sahni
Counsel for Defendant    Kate Naseef
    Trial Attorneys
105 West F Street, Third Floor    Narcotic and Dangerous Drug Section
San Diego, CA 92101    Criminal Division,
anthonycolombolegal@gmail.com    United States Department of Justice
619-236-1704    Washington, D.C. 20530
    Tel: 202-514-0917

Law Offices of Ronis & Ronis
Jan Edward Ronis
Counsel for Defendant

105 West F Street Third Floor
San Diego, CA 92101-6036
jan@ronisandronis.com

619-236-8344

*Ruben Oseguera*
Ruben Oseguera Gonzalez
Defendant