```
 1                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
 2
        * * * * * * * * * * * * * * *   )
 3      UNITED STATES OF AMERICA,        )     Criminal Action
                                         )      No. 16-00229
 4                     Plaintiff,        )
                                         )
 5         vs.                           )
                                         )
 6      RUBEN OSEGUERA-GONZALEZ,         )     Washington, D.C.
                                         )     September 9, 2024
 7                     Defendant.        )     1:33 p.m.
                                         )     AFTERNOON SESSION
 8      * * * * * * * * * * * * * * *   )

 9

10                    TRANSCRIPT OF JURY TRIAL
               BEFORE THE HONORABLE BERYL A. HOWELL
11                   UNITED STATES DISTRICT JUDGE

12

13      APPEARANCES:

14      FOR THE GOVERNMENT:     KAITLIN J. SAHNI, ESQ.
                                KATE M. NASEEF, ESQ.
15                              JONATHAN R. HORNOK, ESQ.
                                U.S. DEPARTMENT OF JUSTICE
16                              145 N Street, Northeast
                                Washington, D.C. 20530
17

18      FOR THE DEFENDANT:      ANTHONY COLOMBO, JR., ESQ.
                                LAW OFFICES OF ANTHONY COLOMBO, JR.
19                              105 West F Street
                                Third Floor
20                              San Diego, California 92101

21                              JAN EDWARD RONIS, ESQ.
                                LAW OFFICE OF RONIS & RONIS
22                              105 West F Street
                                Third Floor
23                              San Diego, California 92101

24

25
```

```
 1      REPORTED BY:              LISA EDWARDS, RDR, CRR
                                  Official Court Reporter
 2                                United States District Court for the
                                    District of Columbia
 3                                333 Constitution Avenue, Northwest
                                  Room 6706
 4                                Washington, D.C. 20001
                                  (202) 354-3269
 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                    I N D E X

2

3                              Direct      Cross        Red.

4

5    WITNESSES FOR THE GOVERNMENT:

6    Oscar Nava Valencia              5           18

7

8    EXHIBITS RECEIVED IN EVIDENCE                       PAGE

9    Joint Exhibit No. 1                                  5

10   Government's Exhibit Nos. 5 through 14               8

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          THE COURT:  Ready to bring the jury in?

2          MS. NASEEF:  Your Honor, for stipulations, did you

3    want to read them to the jury or did you want me to --

4          THE COURT:  No.  You can read them to the jury.

5    You can mark them as an exhibit --

6          MS. NASEEF:  Okay.

7          THE COURT:  -- and read them.

8          You're going to do that now?

9          MS. NASEEF:  Yeah.  They're just our three

10    stipulations about, like, how to convert weights, that it

11    occurred to me would be helpful from this point on.

12          THE COURT:  Okay.

13          (Whereupon, the jury entered the courtroom at 1:34

14    p.m. and the following proceedings were had:)

15          THE COURT:  All right.  Welcome back.

16          Please proceed.

17          MS. NASEEF:  Thank you, your Honor.

18          At this time, the Government would like to

19    introduce what's been marked for identification as Joint

20    Exhibit 1, which are the stipulations that were agreed to by

21    the Defendant and the Government and were signed by the

22    Defendant.

23          THE COURT:  Yes.  Proceed.  You may read it.

24          MS. NASEEF:  I will read three of the stipulations

25    that are relevant at this time:

```
 1                    1,000 grams equals 1 kilogram.

 2                    1 kilogram is equal to about 2.2 pounds.

 3                    1,000 kilograms is equal to 1 metric ton and about

 4      1.1 U.S. tons.

 5                    THE COURT:  Thank you.

 6                    Let me just tell you, with respect to

 7      stipulations, as I told you in your preliminary

 8      instructions, stipulations are basically facts to which both

 9      parties have agreed, and you can assume that those are

10      undisputed facts.

11                    The stipulation has been marked as an exhibit.  It

12      well be admitted.  Joint Exhibit 1 will be admitted into

13      evidence.

14                    (Whereupon, Joint Exhibit No. 1 was entered into

15      evidence.)

16                    THE COURT:  So you will have anything that's

17      stipulated to with you on paper during your deliberations in

18      the jury room, so you don't have to quickly write down

19      everything that's read in the stipulation.

20                    All right.  Go ahead.

21       (OSCAR NAVA VALENCIA, DEFENSE WITNESS, PREVIOUSLY SWORN.)

22            CONTINUED DIRECT EXAMINATION (VIA INTERPRETER)

23      BY MS. NASEEF:

24      Q.  Mr. Nava Valencia, this morning we left off and you were

25      talking about the Defendant's uncles, the Cuinis.  Were the
```

```
 1    Cuinis drug traffickers that were part of the Milenio
 2    Cartel?
 3    A.  Yes.
 4    Q.  And did you personally invest in drug loads with Los
 5    Cuinis?
 6    A.  Yes.  That's right.
 7    Q.  And did those investments require you to have meetings
 8    and conversations to nail down the logistics?
 9    A.  Yes.  That's right.
10    Q.  In your work with the Cuinis to traffic drugs, was the
11    Defendant involved in those shipments in any way?
12    A.  Yes.
13    Q.  How would you describe the role that he played in his
14    uncles' business?
15    A.  He would have a participation in the business of his
16    uncles as well as his father, in those businesses.
17    Q.  Did he -- did you observe the Defendant interacting with
18    his uncles?
19    A.  Yes.
20    Q.  Did the Defendant appear to be particularly close with
21    any of his uncles?
22    A.  Yes.  With Abigael.
23    Q.  And were Abigael and the Defendant and you involved in
24    discussions about drug loads together?
25    A.  Yes.
```

1    Q.  I'm going to show you on the screen what have been

2    marked as Government's Exhibits 5 to 14.  Please look at

3    them one by one.  And when we get to 14, I'll ask a

4    question.

5            Do you recognize anyone in these photographs?

6    A.  Yes.  Abigael González Valencia.

7    Q.  How many of the photographs is he in?

8    A.  In all the photographs you've shown me.

9            MS. SAHNI:  Your Honor, I'd move to admit

10   Government's Exhibits 5 through 14 into evidence and publish

11   to the jury.

12           THE COURT:  Any objection?

13           MR. COLOMBO:  Yes.  [Indiscernible.]

14           THE COURT REPORTER:  Use the microphone, please,

15   counsel.

16           THE COURT:  Just use one word, please.

17           MR. COLOMBO:  403, your Honor.

18           (Whereupon, the following bench conference was

19   held:)

20           THE COURT:  403.  Why?

21           MR. COLOMBO:  It's cumulative, your Honor.

22   They're offering, I think, half a dozen photos of the same

23   individual.

24           THE COURT:  Overruled.  Overruled.

25           (Whereupon, the following proceedings were had in

```
 1    open court:)
 2              THE COURT:  Over objection, Exhibits 5 through 14
 3    will be admitted.
 4              (Whereupon, Government's Exhibit Nos. 5 through 14
 5    were entered into evidence.)
 6              MS. NASEEF:  Mr. Coates, could we publish to the
 7    jury?
 8    BY MS. NASEEF:
 9    Q.  Mr. Nava Valencia, I want to go back to something we
10    discussed this morning.  You discussed the Defendant and his
11    father running methamphetamine labs.  How many labs was
12    that?
13    A.  Five laboratories.
14    Q.  And how much methamphetamines were they producing per
15    month?
16    A.  The five labs would produce a ton of methamphetamine.
17    Q.  And for how many years that you were leader of the
18    cartel were those labs producing one ton a month?
19    A.  Two years before I was arrested.
20    Q.  And after that point, you were arrested?
21    A.  Yes.  That's right.
22    Q.  When the Defendant was at meetings to discuss the
23    cartel's business that you attended, was the Defendant
24    armed?
25    A.  Yes.
```

```
 1    Q.  What type of gun did he carry?

 2    A.  I saw him with a Super .38.

 3    Q.  And what type of gun is that?  A handgun?  A long gun?

 4    A.  Yes.  I saw him with the pistol Super .38 handgun.

 5    Q.  Did the Defendant travel with armed guards?

 6    A.  Yes, he did.

 7    Q.  And what types of weapons did his guards carry?

 8    A.  They had AR-15, AR-47 [sic], grenades.

 9            MS. NASEEF:  Your Honor, I would request

10    interpreter clarification on the 47.

11            THE INTERPRETER:  Yes.  I'm sorry.  AR-15, AK-47

12    and grenades.

13    BY MS. NASEEF:

14    Q.  And what type of rifle -- what type of guns are AR-15s

15    and AK-47s?

16    A.  They are high-caliber rifles.

17    Q.  Did you ever see the Defendant's armed guards with

18    anything bigger than those AR-15s or AK-47s?

19    A.  Yes.  With a bazooka as well.

20    Q.  Where were you when you saw the armed guards with these

21    weapons?

22    A.  In a meeting that we had in Autlan, Jalisco.

23    Q.  And how would you describe Autlan, Jalisco?

24    A.  Well, it was a town at the edge of the city of

25    Guadalajara.
```

Nava - DIRECT - By Ms. Naseef

1    Q.  Would you describe it as rural or urban?

2    A.  It's a rural area.

3    Q.  Why was the Defendant armed and accompanied by armed

4    guards?

5            MR. COLOMBO:  Objection, your Honor.  Speculation,

6    lack of personal knowledge.

7            THE COURT:  Overruled.

8            You may answer.

9            THE WITNESS:  Well, because we had a meeting of

10   the organization, of the Milenio group that we had, and we

11   were gathered there.

12   BY MS. NASEEF:

13   Q.  At that time, was the Milenio Cartel at war with any

14   other drug cartels in Mexico?

15   A.  Yes.

16   Q.  Which cartels?

17   A.  Well, mainly with the Michoacan -- Familia Michoacan

18   Cartel and with the Zetas.

19   Q.  And what was that war about?

20   A.  Well, we were fighting for territory.  And there was

21   already a family conflict within the family.

22           THE COURT:  Could you get a more precise time

23   period that we're talking about?

24           MS. NASEEF:  Yes, your Honor.

25

1    BY MS. NASEEF:

2    Q.  What years did this war take place?

3    A.  That war began in the year 2000 until even when I was

4    arrested already.

5    Q.  You mentioned that that war was about territory.  Can

6    you explain to the jury what the relationship is between

7    territory and drug trafficking?

8    A.  Well, yes.  For example, that fighting, Michoacan, was

9    for Puerto Lazaro Cardenas, for the route and the

10   deliveries.  In that, Puerto Lazaro Cardenas was in our

11   favor.

12   Q.  Is Lazaro Cardenas a seaport or an airport?

13   A.  It's a seaport where ships or boats arrive.

14   Q.  And what did the Milenio Cartel and the other cartels

15   want to use that seaport for?

16   A.  Well, to be -- for the route of the delivery of the

17   drugs, mainly because they would use that port for the

18   delivery of drugs of other countries like China and Asia.

19   Q.  If the Milenio Cartel controlled the Port of Lazaro

20   Cardenas, would you allow the other cartels to move their

21   drugs through there?

22   A.  Well, if they are against the organization or against

23   the Sinaloa Cartel, then they were not allowed.

24   Q.  During that war between Milenio and La Familia Michoacan

25   and Los Zetas, did you ever supply the Defendant with

```
1    weapons?

2    A.  Yes.

3    Q.  And we talked about that war lasting at least nine

4    years.  Can you give us an approximate year or years when

5    you supplied the Defendant with weapons?

6    A.  Well, from 2005 to 2009, we were providing him with

7    weapons, equipment, cars, money.  We were providing these to

8    him and to his father.

9    Q.  And did the Defendant himself ever personally come to

10   pick up some of those weapons?

11   A.  Yes.

12   Q.  What types of weapons?

13   A.  We were delivering to them long rifles, AR-15, AK-47,

14   Parkers, grenades and supplies for the war.

15   Q.  Were you there when the Defendant picked up those

16   weapons?

17   A.  Yes.  I got to see him in a few -- a few times.

18   Q.  How many times?

19   A.  I believe three or four times that we were there at the

20   moment that they went there to pick up.

21   Q.  And where did he take those weapons?

22   A.  They would take those weapons from Puerto Vallarta to

23   deliver them to other groups that they were fighting there

24   in Michoacan.

25   Q.  As leader of the Milenio Cartel, did the other members
```

Nava - DIRECT - By Ms. Naseef

1    of the cartel have to report to you when they kidnapped or

2    murdered other drug traffickers?

3    A.  Yes.

4    Q.  Why?

5    A.  Well, it was a way for us to control people and that

6    they could not make decisions of their own.

7    Q.  As the leader, were you ultimately responsible for the

8    conduct of the people that worked under you within the

9    cartel?

10   A.  Yes.  But many times it would get out of control, and

11   that's why we were trying to keep an eye.

12   Q.  During your time as the leader, did the Defendant ever

13   kidnap or murder anyone?

14   A.  Yes.

15   Q.  How did you find out about it?

16   A.  Well, we were in Guadalajara.  And they came together

17   with his father and El Cuate.  And they came -- he came

18   bragging of what he had done, that he had just killed a

19   person.  And for them, that was like something of pride or a

20   joke.  I don't know.  It was something that -- I kept

21   thinking about that situation.

22   Q.  When you say he came bragging, who is the "he" you are

23   referring to?

24   A.  Menchito.  They were praising him for what he had just

25   done.

1   Q.  Did the Defendant tell you who he had murdered?

2   A.  Yes.  They told me that they had grabbed some people

3   from the opposite group; and that's where that had happened,

4   what Menchito had done there.  That was the killing of a

5   person.

6   Q.  Who all was in the room when this discussion was

7   happening?

8   A.  Well, my brother was there and Menchito's dad and Cuate.

9   Well, the people that they brought, they had three pickups

10  with all the people that they had brought there.  And we

11  were there in a warehouse.

12  Q.  You mentioned that they told you they picked up people

13  from a rival group.  Was that one person or more than one

14  person?

15          MR. COLOMBO:  Objection, your Honor.  404(b).

16          THE COURT:  Let's talk.

17          (Whereupon, the following bench conference was

18  held:)

19          THE COURT:  Well, one thing that was excluded was

20  the Defendant's admission about killing over 100 people.

21  But there were some murders that were allowed in, and I'm

22  presuming that the Government is complying with that and

23  talking about -- I think there were two murders that were

24  allowed in as 404(b).

25          So is that what you're talking about?

1          MS. NASEEF:  Your Honor, the witness just

2     testified that the Defendant murdered one person in this

3     circumstance.  And in describing the situation, he mentioned

4     that multiple people were picked up by the group.  So I'm

5     just seeking to clarify --

6          THE COURT:  I think what Mr. Colombo is trying to

7     clarify is that this is the one -- I think I allowed two of

8     the murders in that were specifically tied to the

9     drug-trafficking activity.  And I think your question, if

10    I'm understanding you correctly, is that it's one of those

11    two murders that were allowed in.

12         Is that your question, Mr. Colombo?

13         MR. COLOMBO:  Yes, your Honor.

14         THE COURT:  And not -- okay.

15         MS. NASEEF:  I'm sorry, your Honor.  Yes, it is.

16         THE COURT:  I think that's a simple question.  And

17    so that answers your question, Mr. Colombo?

18         MR. COLOMBO:  I think it does, your Honor.  Yes.

19         But I am concerned that they're now talking about

20    picking up groups of people and what might the witness say

21    about that, which I think would go beyond what the

22    Government has provided for 404(b) notice and what I think

23    your Honor has approved them with admitting.

24         THE COURT:  Were all the people that were picked

25    up murdered?  You know better than I do.

```
1                    MS. NASEEF:  No.

2                    THE COURT:  We're not going there with that?

3                    MS. NASEEF:  No, your Honor.  That would be news

4       to me.

5                    THE COURT:  So I think we're all within the prior

6       rulings.

7                    MR. COLOMBO:  Okay.

8                    (Whereupon, the following proceedings were had in

9       open court:)

10      BY MS. NASEEF:

11      Q.  Mr. Nava Valencia, during this conversation with the

12      Defendant and the others that were there, you said that they

13      mentioned that they picked up members of a rival group.  Was

14      that more than one person?

15      A.  Several people.  There were about five people that they

16      had detained.

17      Q.  And was the person that the Defendant -- scratch that.

18                   How -- did the Defendant tell you how he killed

19      the one person that he killed?

20      A.  Yes.

21      Q.  How did he?

22      A.  One shot with a handgun.

23      Q.  And was the person that the Defendant shot armed or not

24      armed when he shot him?

25                   MR. COLOMBO:  Objection, your Honor.  Speculation,
```

1    lack of personal knowledge.

2            THE COURT:  What he was told.  Overruled.

3            MS. NASEEF:  Your Honor, may I just re-ask the

4    question to make sure?

5            THE COURT:  Yes.

6    BY MS. NASEEF:

7    Q.  Was the person that the Defendant shot armed or not

8    armed when the Defendant shot him?

9            MR. COLOMBO:  Objection.  Lack of foundation, your

10   Honor.

11           THE COURT:  Could you just establish that this is

12   what he was told?

13           MS. NASEEF:  Yes, your Honor.

14   BY MS. NASEEF:

15   Q.  During your conversation with the Defendant and the

16   other people that day, did you come to find out whether or

17   not the person that was shot was armed or not armed?

18   A.  They had picked them up with weapons.  They took their

19   weapons from them and then he shot him.

20   Q.  When did this happen, approximately?

21   A.  Like in 2008.

22           MS. NASEEF:  One moment, your Honor.

23           No further questions, your Honor.

24           THE COURT:  Cross-examination.  Mr. Colombo,

25   you're doing it?

Nava - DIRECT - By Ms. Naseef

```
 1                    MR. COLOMBO:  Thank you, your Honor.
 2                    THE COURT:  While Mr. Colombo is getting ready,
 3           we've been here for a little while and it's really stuffy.
 4           We're trying to get the air turned up.  I don't know how
 5           Mr. Coates is doing on this.  But why don't we stand up to
 6           give Mr. Colombo time to get settled so we can invigorate
 7           ourselves.
 8                    Mr. Colombo, just let me know when you're ready.
 9                    MR. COLOMBO:  I'm ready.
10                              CROSS-EXAMINATION
11           BY MR. COLOMBO:
12           Q.  Mr. Nava?
13           A.  Yes.
14           Q.  You testified on direct only a few minutes ago that when
15           Ruben, Mr. Oseguera, traveled, he traveled with armed
16           guards.  Is that right?
17           A.  That is correct.
18           Q.  And you indicated that the Milenio Cartel, which you
19           led, was at war?
20           A.  Yes.
21           Q.  You have children, right?
22           A.  Yes.
23           Q.  You have a wife?
24           A.  (Answer not interpreted.)
25           Q.  And you --
```

Nava - CROSS - By Mr. Colombo

```
 1                THE INTERPRETER:  May the interpreter be allowed
 2      to render the responses into English?
 3                MR. COLOMBO:  My apologies, your Honor.
 4      BY MR. COLOMBO:
 5      Q.  You have children?
 6      A.  Yes.  I do have children.
 7      Q.  And you have a wife?
 8      A.  Yes.
 9      Q.  And they also traveled with armed guards.  Correct?
10      A.  Yes.
11      Q.  Because you were at war?
12      A.  Yes.  We tried to protect them.
13      Q.  And it would have been dangerous for them to travel
14      without armed guards?
15      A.  Yes.
16      Q.  Now, your wife was not involved with drug trafficking.
17      Right?
18      A.  Yes.  She did not participate.
19      Q.  Now, your children didn't participate in drug
20      trafficking.  Right?
21      A.  No.  They were studying at the time.
22      Q.  Okay.  But they still nonetheless traveled with armed
23      guards?
24      A.  Yes.  We had a security agency.
25      Q.  Thank you.
```

1          And those armed guards were armed with automatic

2     weapons?

3     A.   Yes.

4     Q.   AR-15s?

5     A.   Yes.  And they had AR-15s and handguns.

6     Q.   Okay.  Now, I'd like to just get into the history and

7     background of your involvement in drug trafficking.  Okay?

8     A.   Okay.

9     Q.   Your career with regard to drug trafficking started in

10    approximately 1990?

11    A.   Yes.  Since '88.  Yes.

12    Q.   Okay.  And you started with marijuana cultivation and

13    distribution?

14    A.   Yes.

15    Q.   But then you stepped it up to cocaine in 1995?

16    A.   Yes.

17    Q.   And that was through a relationship that you had

18    developed with Arturo Beltran Leyva?

19    A.   Yes.  With the Sinaloa Cartel.

20    Q.   Yes.

21          Now, Arturo Beltran Leyva was one of the

22    principals or bosses of the Sinaloa Cartel.  Correct?

23    A.   Yes.

24    Q.   And you also had relationships with Joaquin Guzman or

25    Chapo Guzman.  Correct?

```
1    A.  Yes.
2    Q.  You also had relationships or a relationship with his
3    partner, Mayo Zambada?
4    A.  Yes.
5    Q.  Now, you also had relationships -- despite the war with
6    the Zetas, you also had relationships with some of the
7    leaders of the Zetas.  Is that fair to say?
8    A.  Yes.
9    Q.  One of those individuals was Zeta 40, Miguel Ramirez
10   Treviño?
11   A.  Well, I didn't have a relationship with them then --
12   with him then.  He was our enemy at the time.
13   Q.  Okay.  But that changed at some point.  Correct?
14   A.  We did not establish a friendship with him.  No.  I did
15   not.
16   Q.  Fair enough.
17            So between 1995 and 2004, you trafficked in
18   cocaine.  Correct?
19   A.  That's correct.
20   Q.  And you did so under the leadership of Armando Valencia?
21   A.  Yes.  Later in '99, I did.
22   Q.  Now, in 2004, however, Armando Valencia was arrested?
23   A.  Yes.
24   Q.  And that's when you took the helm of the leadership of
25   the Milenio Cartel?
```

```
 1    A.  Yes.

 2    Q.  And you were the boss of the Milenio Cartel between 2004

 3    and 2009?

 4    A.  Yes.

 5    Q.  And your nickname is Lobo?

 6    A.  Yes --

 7    Q.  And Lobo --

 8              THE INTERPRETER:  May the interpreter be allowed

 9    to render the responses into English?

10              THE WITNESS:  Yes.  That is what they called me.

11    BY MR. COLOMBO:

12    Q.  And Lobo in Spanish means wolf?

13    A.  Uh-huh.

14    Q.  What was the significance of that nickname?

15    A.  Those were nicknames we gave each other so as not to use

16    our names.

17    Q.  Okay.  And you chose The Wolf?

18    A.  Yes.

19    Q.  Your brother chose The Tiger?

20    A.  Yes.

21    Q.  And your brother's name is Juan Carlos Nava Valencia?

22    A.  Yes.

23    Q.  Okay.  And he was the second in command of the Milenio

24    Cartel under you.  Correct?

25    A.  Yes.
```

```
 1    Q.  Okay.  Your third in command was what you characterized
 2    as your buddy, Elpidio Mojarro Ramirez?
 3    A.  Well, there were several after myself and my brother,
 4    because the Cuinis were also leaders there.
 5    Q.  Okay.  And you were aligned with a group, as you termed
 6    them, Los Cuinis?
 7    A.  Yes.  Los --
 8    Q.  And Los --
 9            THE INTERPRETER:  May --
10            THE WITNESS:  Yes.  The Cuinis.
11    BY MR. COLOMBO:
12    Q.  Los Cuinis were Mr. Oseguera's uncles?
13    A.  Yes.
14    Q.  And the three in particular that you were involved with
15    were Abigael?
16    A.  Yes.
17    Q.  Gerardo?
18    A.  Yes.
19    Q.  And José?
20    A.  Yes.  At that time, they were the main ones; and the
21    deals were mainly with them.
22    Q.  Okay.  And they were aligned or worked under the Milenio
23    Cartel.  Correct?
24    A.  Yes.  That is correct.
25    Q.  And they were Mr. Oseguera's uncles, so they were his
```

```
1    father's brother-in-laws.  Is that correct?

2    A.  Yes.  That is correct.

3    Q.  Because the Defendant's father is married to the Los

4    Cuinis -- the Defendant's father is married to the sister of

5    Los Cuinis.  Correct?

6    A.  Yes.

7    Q.  Okay.  And her name is Rosalinda.  Correct?

8    A.  That is correct.

9    Q.  Now, the Defendant is the biological son of Nemesio

10   Oseguera and Rosalinda.  Is that correct?

11   A.  Yes.  That is correct.  They are his parents.

12   Q.  But the Defendant's father has an adopted son from his

13   wife's prior relationship.  Is that right?

14   A.  Yes.

15   Q.  And his name is Juan Carlos González.  Correct?

16   A.  Yes.  Juan Carlos Valencia González.

17   Q.  And his nickname is Pelon?

18   A.  Yes.

19   Q.  And Pelon, Juan Carlos, the adopted son of Nemesio

20   Oseguera, is the actual son of Armando Valencia, who used to

21   be your boss?

22   A.  Yes.

23   Q.  Okay.  So the Defendant's father has two sons:  the

24   Defendant and his adopted son, Juan Carlos, known as Pelon?

25   A.  I'm sorry.  Could you repeat that, please?
```

```
1    Q.  Mencho is the Defendant's father.  Correct?

2    A.  Yes.  Yes.  He is --

3    Q.  And Mencho --

4    A.  -- the father.

5            THE COURT REPORTER:  Counsel, for the integrity of

6    the record, please let me get a complete response.

7    BY MR. COLOMBO:

8    Q.  And Mencho also has an adopted son who is nicknamed

9    Pelon?

10   A.  Yes.

11   Q.  Pelon is older than Mr. Oseguera.  Correct?

12   A.  Yes.

13   Q.  Now, now that we have that family history established,

14   I'd like to ask you about something you testified to earlier

15   this morning with regard to your profits.  Okay?

16           Now, this morning you said that you had made

17   approximately $200 million a year.  Correct?

18   A.  Yes.  Those were our profits.

19   Q.  Now, was that $200 million during the totality of the

20   time beginning in 1995 that you began to traffic into

21   cocaine?

22   A.  Those two hundreds -- I started in '95 -- I don't

23   understand the question.

24   Q.  I agree.  It was a confusing question, so I'll rephrase.

25           When you were making $200 million a year in
```

1    profit, was that between 2004 and 2009, when you were the

2    boss?  Or did that begin in 1995?

3    A.  No.  It was since 2004, once I began to be the leader of

4    the cartel --

5    Q.  Okay.

6    A.  -- Milenio Cartel.

7    Q.  So during the time between 2004 and 2009, when you were

8    the leader of the Milenio Cartel, you profited approximately

9    a billion dollars.  Is that right?

10   A.  Yes.  And some grew from 2004 on until I was arrested as

11   we worked more and more.

12   Q.  Okay.  Well, that's because you reinvested money to

13   scale your business up.  Is that fair to say?

14   A.  Yes.  We did reinvest.

15   Q.  Meaning more security?

16   A.  Yes.  More security, more security and protection.

17   Q.  Okay.  More routes?

18   A.  Yes.

19   Q.  Purchasing more product?

20   A.  Yes.

21   Q.  Now, also, part of that expansion included an expansion

22   into Europe?

23   A.  Sending merchandise to Europe?  Yes.

24   Q.  And other areas of the world?

25   A.  Well, yes.  Yes.  You could say so.

1    Q.  And those other areas would include parts of Africa?

2    A.  Well, yeah.

3    Q.  Those areas would include Australia?

4    A.  Well, we weren't really there, though if there was a

5    possibility we would try.

6    Q.  Those areas included Canada?

7    A.  Yes.  One could say that as well.

8    Q.  Parts of Asia?

9    A.  Well, yes.  Yes.

10   Q.  Okay.  Now, you mentioned something which I'd like --

11   you were arrested October 28th of 2009?

12   A.  Yes.

13   Q.  So after October 8th -- or October 28th of 2009, when

14   you were arrested, you would have no personal knowledge of

15   the drug-trafficking activity that occurred after that?

16   A.  Yes.  I no longer had knowledge of that.

17   Q.  Okay.  And that's because once you were arrested, the

18   Milenio Cartel broke up?

19   A.  Yes.

20   Q.  It split into two parts?

21   A.  Yes.

22   Q.  Your brother and your buddy Pilo went one way?

23              THE COURT REPORTER:  Is that Pelon?

24              MR. COLOMBO:  No.  It's Pilo.

25              THE COURT:  Is that a different word?  Is Pilo

Nava - CROSS - By Mr. Colombo

```
 1    different from Pelon?

 2              MR. COLOMBO:  Yes.  P-E-L-O-N.  And Pilo is

 3    P-I-L-O.  But I can further clarify, your Honor.

 4              THE COURT:  So Pilo is different from Pelon --

 5              MR. COLOMBO:  Correct.

 6              THE COURT:  -- the adopted son?

 7              MR. COLOMBO:  Correct.

 8              THE COURT:  All right.

 9    BY MR. COLOMBO:

10    Q.  Now --

11              THE COURT:  Sorry to have interrupted.

12              MR. COLOMBO:  That's okay, your Honor.

13              THE COURT:  That's why I suggested during the

14    Government's direct that you all spell the names, so we can

15    make sure that we are all hearing and identifying the same

16    people at the same time.  So I had understood the same as

17    the court reporter, that Pilo was Pelon.

18    BY MR. COLOMBO:

19    Q.  When the Milenio Cartel -- when you were arrested and

20    the Milenio Cartel split, there were two factions that were

21    created.  On the one side, it was your brother, El Tigre,

22    and your buddy, Elpidio Mojarro Ramirez.  Correct?

23    A.  Yes.  The cartel fragmented and there was infighting

24    within the cartel.

25    Q.  Okay.  And on the other faction were the Los Cuinis and
```

1    Mencho?

2    A.  Yes.  Additionally, other people who collaborated with

3    us joined them.

4    Q.  But regardless, after October 28th of 2009, you have no

5    personal knowledge as to cartel activity after that?

6    A.  Yes.  I no longer knew what was going on.

7    Q.  Okay.  Now, with the billion-dollar profit that you had

8    made in a five-year period, you invested some of that money.

9    Correct?

10   A.  Yes.

11   Q.  Some of those investments included property in the

12   United States?

13   A.  No.  Not here.

14   Q.  You never invested any money into properties in Texas or

15   Florida?

16   A.  Well, in the '90s.  But I did not belong yet to the

17   Milenio Cartel.

18   Q.  Okay.  What I'm asking you is that, prior to your arrest

19   in 2009, did you purchase, either yourself or through some

20   third party, properties in the United States for your

21   benefit?

22   A.  Yes.  But that was in the '90s, when I was able to come

23   here to the United States.  I did make some investments.

24   Q.  Okay.  Now, did you put those properties that you

25   purchased in family member names?

1    A.  Yes.  I even had some in my name at that time.

2    Q.  Okay.  And as you sit here today, you own no property in

3    the United States?

4    A.  No.  I have not had a very -- it's not been long since

5    I've come out of prison, and I haven't yet purchased a

6    property.

7    Q.  Okay.  And what about your family members?

8    A.  Well, I don't know.  I can't say anything about that.

9    Q.  Okay.  Who are you currently living with?

10   A.  Well, now I'm living alone and I'm visiting my family.

11   Q.  And your family's here in the United States?

12   A.  Yes.

13   Q.  And the property that you're currently living in, who

14   owns that?

15   A.  Where I live right now, I'm renting.

16   Q.  Okay.  And the property that your family is living in,

17   who owns that?

18   A.  I haven't asked them.

19   Q.  You were released from custody in January of 2024.

20   Correct?

21   A.  Yes.

22   Q.  And what are you doing for work now?

23   A.  Well, I'm trying to find work and I'm waiting to get my

24   work permit.

25   Q.  So who's paying your rent?

1    A.  Well, I pay for that using some of my savings, savings
2    that I had.
3    Q.  Savings from the billion dollars that you earned in the
4    five years where you were the head of the Milenio Cartel.
5    Correct?
6    A.  Well, if you want to see it that way.  I don't know.
7    Q.  Well, I think that's the only way to see it.  Correct?
8    A.  Well, right.  My family also have -- they have
9    businesses.  Not every member of my family is a drug
10   trafficker.
11   Q.  Agreed.  I understand that.
12            But it was you who financed those businesses.
13   Correct?
14   A.  No.  My businesses are apart.  They're mine.  And when
15   this situation occurred, many things were left behind, lost.
16   Q.  Out of the billion dollars that you earned in a
17   five-year period while you were the head of the Milenio
18   Cartel, you haven't surrendered one penny to the government.
19   Correct?
20   A.  Yes.  Yes, I have.
21   Q.  You have?  Can you tell me how much money you
22   surrendered to the United States government that you had
23   earned from your drug trafficking?
24   A.  Well, they charged me a fine which I had to pay.
25   Q.  And that fine that you received at the time of

1    sentencing was how much?  Do you remember?

2    A.  The judge determined that when they imposed the

3    sentence.

4    Q.  But the amount, it was $5,000.  Correct?

5    A.  Yes.  At the end, yeah, that was what the Government

6    imposed.

7    Q.  And there was, to be fair, a $100 penalty assessment

8    which was for the use of the courts.  Correct?

9    A.  Yes.

10   Q.  So the totality of that billion dollars that you earned

11   in that five years as the head of the Milenio Cartel, you've

12   surrendered exactly $5,100?

13   A.  Yes.

14   Q.  The Government's allowed you to keep the rest of that --

15   your profit, your savings.  Is that right?

16   A.  No.  Well, no, because there aren't any.  The

17   organization kept all of that.

18   Q.  Oh, so you have nothing?

19   A.  Well, some things that I was left with when the war

20   occurred and also the government -- Mexican government

21   confiscated certain properties.

22   Q.  Okay.  But other than the $5,100, the Government hasn't

23   asked you for another penny.  Correct?

24   A.  Right.  They haven't told me about that.

25   Q.  Now, the -- during the course of your career as a

```
1    cocaine kingpin, you would estimate that you probably

2    trafficked over 100 tons.  Is that fair to say?

3    A.  Yes.

4    Q.  Is that a conservative estimate or would you say it's

5    more?

6    A.  Yes.  Approximately, one would say -- one would be able

7    to say.

8    Q.  Now, during the course of your career, out of that

9    billion dollars, you did have expenses.  Right?

10   A.  Yes.  I had expenses, losses.  There were many things,

11   one could say.

12   Q.  One of the expenses that you as the leader of the

13   Milenio Cartel had to bear were bribes?

14   A.  Yes.

15   Q.  And you've paid approximately 50 million in bribes in

16   the five years that you were the head of the Milenio Cartel.

17   Is that correct?

18   A.  Yes.  One could say so.

19   Q.  And those bribes included bribing local port officials?

20   A.  Yes.

21   Q.  It would include bribing local municipalities?

22   A.  Yes.  Local, state and federal level.  Yes.

23   Q.  Okay.  It went all the way from the local official to a

24   federal official.  Correct?

25   A.  Yes.
```

1    Q.  And those bribes were meant to corrupt those officials.

2    Right?

3    A.  Yes.

4    Q.  So that you could continue to operate your

5    drug-trafficking business?

6    A.  Yes.  And so that they would not be bothering me.

7    Q.  Now, your bribes included members of the Mexican

8    military?

9    A.  Yes.

10    Q.  The navy?

11    A.  Yes.  Yes.

12    Q.  All different branches of the Mexican military?

13    A.  Yes.  Well, we tried.  We tried to have a little more

14    control.

15    Q.  Well, your bribes reached all the way up to the

16    secretary of security in Mexico.  Correct?

17    A.  Yes.

18    Q.  And that would be Genaro García Luna?

19    A.  Yes.  Correct.

20    Q.  And he was a cabinet member to the president of Mexico.

21    Is that right?

22    A.  Yes.  Secretary of the government.

23    Q.  So your bribes reached the office of the president of

24    Mexico.  Correct?

25    A.  Yes; through the Sinaloa Cartel.

Nava - CROSS - By Mr. Colombo

1    Q.  Okay.  And that was -- well, that effort was a joint

2    effort with another cartel, the Sinaloa Cartel.  Correct?

3    A.  Yes.

4    Q.  Because there are often times where other cartels'

5    interests might align with your own.  Correct?

6    A.  Yes.

7    Q.  Meaning sometimes multiple cartels might share a source

8    of supply?

9    A.  Yes, with the ones we were allied with.

10   Q.  And sometimes multiple cartels might share distribution

11   methods?

12   A.  Yes, or routes.

13   Q.  Sometimes they might share security?

14   A.  Well, sometimes we were very jealous of our own

15   security.

16   Q.  Okay.  Now, I'd like to get back to the profits.

17          It's fair to say that you profited more from drugs

18   distributed to Europe than the United States?

19   A.  No.  No.  The United States, because that's why I said

20   that the largest part would go to the United States and then

21   to Europe.

22   Q.  Well, let me ask it this way:  In terms of profit per

23   kilo, the profit per kilo was greater selling it in Europe

24   than in the United States.  Correct?

25   A.  Yes.  But the difference was the time.  It takes longer

1  for the product to reach Europe than it does here, and so we

2  could turn over more product here.

3  Q.  So what I'm understanding you to say is that access to

4  revenue was delayed with distribution to Europe longer than

5  it might be to the United States?

6  A.  Yes.  Correct.

7  Q.  So your investment was just tied up longer?

8  A.  Yes.  In Europe, yes.

9  Q.  But we can agree that the profit per kilo in Europe was

10  much higher?

11  A.  Yes.  Yes.  Greater than the U.S., yes.

12  Q.  Okay.  So -- because in terms of your suppliers, you

13  mentioned that you obtained the cocaine from Colombia,

14  Venezuela and Ecuador?

15  A.  Yes.  Colombia, Venezuela, Ecuador.

16  Q.  And at times Bolivia as well.  Correct?

17  A.  Bolivia sometimes as well.

18  Q.  And there was a fixed price that the Colombians charged

19  you for a kilo of cocaine.  Correct?

20  A.  Yes.

21  Q.  And so if you were distributing to the United States,

22  you could essentially double what you paid for a kilo of

23  cocaine.  Correct?

24  A.  Yes.  In Colombia, yes.

25  Q.  And if you were distributing to Europe, you could

Nava - CROSS - By Mr. Colombo

```
 1    quadruple the price you paid to the Colombians?

 2    A.  Yes.  The time and the quantity is the problem with

 3    Europe.

 4    Q.  I understand.  Because you need cash flow?

 5    A.  Yes.

 6    Q.  Now, you would also agree that the routes to the United

 7    States pose more of a threat of seizure than those to

 8    Europe.  Correct?

 9    A.  Yes.  One could say that.

10    Q.  Because the United States has a tremendous

11    infrastructure to investigate and interdict drug

12    trafficking.  Correct?

13    A.  Yes.

14    Q.  And that same infrastructure doesn't exist in other

15    areas of the world.  Right?

16    A.  I don't know.  There are areas that are difficult as

17    well.

18    Q.  Okay.

19              THE COURT:  Are you talking about the period

20    between 2004 and 2009?

21              MR. COLOMBO:  Yes.

22              THE COURT:  Okay.  I just want to make that clear,

23    because your question was left broader.

24              MR. COLOMBO:  Yes.  His knowledge only goes to

25    2009, your Honor.  I think we established that.
```

Nava - CROSS - By Mr. Colombo

```
 1    BY MR. COLOMBO:

 2    Q.  So with regard to trafficking to Europe, you told the

 3    agents that in fact the Milenio Cartel never lost a load

 4    distributed to Europe.  Correct?

 5    A.  I can't remember.

 6    Q.  Do you remember meeting with the agents on December 3rd

 7    of 2021?

 8    A.  I can't remember well and I can't remember if we left

 9    something out or forgot something.  So many years have gone

10    by.

11    Q.  Okay.  And you would agree that you were -- your memory

12    over time fades.  Is that correct?

13    A.  Well, there are sometimes parts that we haven't -- that

14    one doesn't mention or one doesn't remember the smaller

15    details.

16    Q.  Okay.  But you would agree that your memory in 2009 of

17    events that occurred between 2004 and 2009 would have been

18    better in 2009 than as you sit here today in 2024?

19    A.  Well, many things have happened and a lot of time has

20    gone by.

21    Q.  Yeah.  We're talking over 15 years.  Correct?

22    A.  Yes.  More than 15 years.

23    Q.  So it's difficult to remember specific details?

24    A.  Details.  But the main facts are difficult to forget.

25    Q.  Okay.  And so getting back to, then, European routes, in
```

```
1    addition to telling the agents that you never lost a load
2    that was sent to Europe, you also told them that by 2009,
3    because of how successful the European routes were, you
4    stopped distributing to the United States?
5    A.   I can't remember that.
6    Q.   Well, that would be a big detail, wouldn't it?
7    A.   Well, that's what we did.  It was the business that
8    generated what we did.
9    Q.   Yes.  And at the end of the day, the business was to
10   make money?
11   A.   Yes.
12   Q.   And you were going to distribute to where you made the
13   most money?
14   A.   Yes.
15   Q.   And where you took the least risk of losing your
16   product?
17   A.   Yes.
18   Q.   Okay.  Now, you also specifically told the agents that
19   the routes used to Europe were established into Spain and
20   Holland.  Correct?
21   A.   Yes.  I believe so.
22   Q.   And Mingo, M-I-N-G-O, was the individual who was
23   stationed in Spain to accept deliveries on behalf of the
24   Milenio Cartel?
25   A.   Yes; on behalf of Lalo, his brother-in-law.
```

```
1    Q.   Okay.  And Mingo worked through Los Cuinis?

2    A.   Correct.  And it was his brother-in-law.

3    Q.   Now, one of the reasons why Los Cuinis was so valuable

4    to you was because of how much money they were making

5    distributing drugs to Europe?

6    A.   Yes.

7    Q.   And that money was being shared with you?

8    A.   Yes.

9    Q.   Now, you also had other relationships as part of the

10   head of the Milenio Cartel that didn't include Los Cuinis

11   and Mencho.  Correct?

12   A.   Yes.

13              THE COURT:  Mr. Colombo, we're at 3:00.  It sounds

14   like you're moving to a little bit of you a different

15   section.  Is this a good time for a break?

16              MR. COLOMBO:  Yes, your Honor.

17              THE COURT:  We're going to take a ten-minute

18   break.  Hopefully when we get back, the air is going to be

19   flowing better.

20              (Whereupon, the jury exited the courtroom at 2:59

21   p.m. and the following proceedings were had:)

22              THE COURT:  Ten minutes.

23              (Thereupon a recess was taken, after which the

24   following proceedings were had:)

25              THE COURT:  We just need the witness on the stand.
```

Nava - CROSS - By Mr. Colombo

1    Is he on his way?

2              MS. NASEEF:  I'll check, your Honor.

3              (Thereupon, the witness entered the courtroom and

4    the following proceedings were had:)

5              (Whereupon, the jury entered the courtroom at 3:12

6    p.m. and the following proceedings were had:)

7              THE COURT:  All right, Mr. Colombo.  You may

8    proceed.

9              MR. COLOMBO:  Thank you, your Honor.

10   BY MR. COLOMBO:

11   Q.  Before I get back into the topic I was just going to get

12   into, before I forget, I'd like to -- your brother, Juan

13   Carlos Nava Valencia, also known as El Tigre, the second in

14   command of the Milenio Cartel, is currently in custody?

15   A.  Yes.

16   Q.  And he's in custody in the Eastern District of New York.

17   Correct?

18   A.  Yes.  That is correct.

19   Q.  Facing an indictment from 2017?

20   A.  Yes.

21   Q.  Okay.  And his case has not been resolved yet?

22   A.  Yes.  That's my understanding.

23   Q.  Now, you're familiar with the concept of third-party

24   assistance or cooperation.  Correct?

25   A.  Not so much.

1    Q.  Well, you hope that your testimony here today will

2    somehow benefit your brother.  Correct?

3    A.  Well, I hadn't thought about that.

4    Q.  You never discussed that with Government counsel?

5    A.  No.

6    Q.  Or the agents?

7    A.  No.  We have not discussed that topic.  Why?

8    Q.  You do communicate with your brother.  Correct?

9    A.  It's just now that I have been released that I've had --

10   that I've been able to have -- to communicate with him

11   through family.

12   Q.  Okay.  But you do communicate with your brother?

13   A.  Well, yes.  Lately, I do.

14   Q.  Okay.  Now, you had other relationships with other

15   traffickers of cocaine aside from Los Cuinis and Mencho.

16   Correct?

17   A.  Yes.  That is correct.

18   Q.  And so -- and part of what you would do is you would

19   import cocaine from Colombia and those other countries we

20   mentioned into Mexico.  Right?

21   A.  Yes.

22   Q.  And then you would sell that cocaine or broker that

23   cocaine to different individuals.  Correct?

24   A.  Yes.

25   Q.  And one of those individuals was Raul Flores Valencia?

```
1    A.  Raul Flores?

2    Q.  Correct.

3    A.  Yes.  Yes.  I do know him.

4    Q.  His nickname was El Tío?

5    A.  Yes.

6    Q.  And in fact, you signed an extradition warrant for Raul

7    Flores Valencia's arrest.  Correct?

8    A.  Yes.

9    Q.  And you estimate that you distributed approximately

10   70,000 kilos of cocaine to El Tío?

11   A.  Yes.  We worked with him.

12         MR. COLOMBO:  And for the record, your Honor,

13   that's T-I-O.

14   BY MR. COLOMBO:

15   Q.  Now, this distribution that you had with El Tío had

16   absolutely nothing to do with Los Cuinis and Mencho?

17   A.  Well, they knew who Raul Flores was and they knew him as

18   well.

19   Q.  Well, they might have known him, but you were brokering

20   separate deals with El Tío.  Correct?

21   A.  Yes.  Yes.  I also had separate deals with him.

22   Q.  Okay.  And you also had separate deals with others.  Is

23   that fair to say?

24   A.  Yes.  Throughout the time and throughout the years, I

25   did.
```

1    Q.  Okay.  And when I say "others," that's separate and

2    apart from the distribution that you engaged in with Los

3    Cuinis and Mencho?

4    A.  Yes.

5    Q.  Okay.  Now, another one of those individuals would have

6    been Rodrigo Moro Mondragon?

7    A.  Yes.  That was another person with whom we worked as

8    well.

9    Q.  Okay.  And that was a relationship that you had separate

10   and apart from Mencho and Los Cuinis?

11   A.  Yes.  That was another route that we administered.

12   Q.  So in terms of the operation of the Milenio Cartel, you

13   were the head.  Correct?

14   A.  Yes.

15   Q.  And you had different groups under you that you were

16   either investing in shipments of cocaine, brokering

17   shipments of cocaine or distributing shipments of cocaine.

18   Is that correct?

19   A.  Yes.  Yes.  We looked for alternative routes and

20   alternatives.

21   Q.  Okay.  Now, you don't have any documents that would

22   corroborate your testimony that you provided on direct

23   today.  Correct?

24   A.  I don't understand.  What sort of documents?

25   Q.  Well, there are no invoices.  Correct?

1    A.  Well, there were notes and accounts.  But I don't know

2    what you are talking about.

3    Q.  Okay.  So my point is that it was your regular business

4    practice not to keep records.  Is that fair to say?

5    A.  Well, and there were times where we kept notes on

6    balances of accounts and things that we jotted down, things

7    like that.

8    Q.  Okay.  But those were destroyed?

9    A.  Well, many things were destroyed when my arrest took

10   place.

11   Q.  Okay.  You didn't want to keep those records in the case

12   that you were arrested.  Is that fair to say?

13   A.  Well, that would be fair to say.

14   Q.  It would also be fair to say that you wouldn't want to

15   get caught with those records from a rival cartel who could

16   steal your routes or your source of supply or other

17   information or other business operation information?

18   A.  On the one hand, yes.  But on the other, we also had to

19   keep some records to see who owed us what and what we had.

20   Q.  Okay.  And you don't have any of those records as you

21   sit here today?

22   A.  Right now, at this time, I do not.

23   Q.  And to the best of my recollection, any records that you

24   would have had would have been destroyed in 2019 [sic], at

25   the time of your arrest?

```
1    A.  In 2009?

2    Q.  Correct.  When you were arrested.

3    A.  Well, there were many searches and seizures.  Much

4    information was lost.  However, the government was able to

5    rescue some information.

6    Q.  Okay.  And what information are you referring to?

7    A.  Some notes that they might have taken, information they

8    may have seized that -- I don't know what they might have on

9    there.

10   Q.  And this is the Mexican government that you're talking

11   about.  Correct?

12   A.  Yes, because that was during the searches and

13   investigation when I was arrested.

14   Q.  Okay.  But you have no personal knowledge as to any of

15   those records that might have been retrieved.  Is that fair

16   to say?

17   A.  Yes.  That is correct.

18   Q.  Now, when you were arrested in Mexico on October 28th of

19   2019 [sic], you attempted to flee.  Is that correct?

20           THE INTERPRETER:  Counsel, would you please repeat

21   the date?

22           MR. COLOMBO:  October 28th of -- I'm sorry -- of

23   2009.  Sorry.  Thank you.

24   BY MR. COLOMBO:

25   Q.  Right?
```

```
 1    A.  Yes.  That is correct.

 2    Q.  And you were armed at this time?

 3    A.  Yes.  There were people armed at that time when we were

 4    arrested -- when I was arrested.  Yes.

 5    Q.  And you were with armed guards of yours?

 6    A.  Yes.

 7    Q.  And when you attempted to flee, you actually hurt

 8    yourself.  You broke your ankle or your leg?

 9    A.  Yes.

10    Q.  Now, upon your arrest in Mexico in 2009, you immediately

11    began trying to bribe your way out of custody?

12    A.  Well, yes.  At that time, we were looking for help to

13    see who would help us out and get me released.

14    Q.  And the individual that you turned to to help you with

15    the paying of a bribe to obtain your release was your buddy

16    Pilo, P-I-L-O?

17    A.  Well, there were several people trying to help:  my

18    brother, other people in our group.

19    Q.  Okay.  Because you were desperate to get out of custody?

20    A.  Well, we tried to get the release.  Yes.

21    Q.  And the paying of the bribes failed?

22    A.  Well, yes.  And there was nothing they could do to get

23    my release.

24    Q.  Okay.  So you turned to another method that would assist

25    you in getting released from custody?
```

```
1    A.  I don't understand.  To which method are you making

2    reference to?

3    Q.  Well, you began cooperating with Mexican authorities in

4    Mexico?

5    A.  No, not until I came here to the United States.

6    Q.  So it's your testimony today that you did not meet with

7    any Mexican investigators in Mexico prior to your

8    extradition to the United States?

9    A.  Well, there were many people that approached me at that

10   time, but I didn't know what to do.

11   Q.  Okay.  And one of the individuals that met with you on

12   November 18th of 2009 was somebody from the SIEDO office,

13   which is S-I-E-D-O?

14   A.  Well, there were several people that were asking

15   questions, yes.

16   Q.  And one of the individuals that attended that meeting

17   was Darren or Darryl from the DEA.  Is that right?

18   A.  I don't remember.

19   Q.  You don't remember.

20          You do remember, though, that there was an

21   investigator from the DEA in Mexico at that initial meeting.

22   Correct?

23   A.  Well, yes.  They approached me, but -- at that time, but

24   at that time I didn't know what to do.

25   Q.  Okay.  But you saw an opportunity or an opportunity
```

1    presented itself for you to cooperate with the DEA in the

2    United States?

3    A.  Yes.  Opportunities presented to me, but I had not

4    decided.

5    Q.  They also again came and met with you when you were

6    housed at the Mexican prison in Altiplano on February 5th of

7    2010?

8    A.  Yes.  They kept looking for me.

9    Q.  And it was at that time that you began to provide

10   information to the DEA.  Correct?

11   A.  No.

12   Q.  No?  Okay.

13           Now, you were extradited to the United States in

14   January of 2011.  Is that correct?

15   A.  That's right.

16   Q.  And immediately upon being extradited to the United

17   States, you agreed to cooperate with the DEA.  Is that

18   correct?

19   A.  Yes.  That's right.  After I arrived, yes.

20   Q.  Okay.  And you began what we would call a series of

21   debriefs.  Correct?

22   A.  Yes.

23   Q.  And that began in February of that year?

24   A.  Yes.  That year when I arrived.

25   Q.  Okay.  Only a few weeks after you had arrived in the

1    United States?

2    A.  Yes.  I don't know how many weeks, but...

3    Q.  Okay.  Now, at that first meeting that you had, the

4    agents asked you, Where do you want to start with your

5    cooperation?  Is that right?

6    A.  Yes.

7    Q.  Okay.  And what you told them was, You need to start

8    with Los Cuinis?

9    A.  Not exactly.

10   Q.  Okay.  Well, that's where you began with providing them

11   information about Los Cuinis.  Correct?

12   A.  Well, no.  I was trying to provide information about

13   other partners that I had in other countries.  I wanted to

14   talk about other routes, delivery routes that I had.  I

15   didn't want to start talking about Mexico directly, Mexico

16   directly.

17   Q.  Okay.  Understood.

18            But part of those routes to other countries

19   included distribution with Los Cuinis?

20   A.  Well, yes.  It was included as well.

21   Q.  Now, you testified today about Ruben Oseguera, who you

22   knew as Menchito, committing a murder.  Correct?

23   A.  Yes.  That's right.

24   Q.  And being involved as the number two under his father,

25   Mencho, who controlled the port of Puerto Vallarta and other

1    distribution areas.  Correct?

2    A.  Yes.  That's right.

3    Q.  Okay.  During the course of those initial meetings with

4    the DEA, when you first met with them on arrival in the

5    United States, you never mentioned anything about Menchito?

6    A.  Well, no, because I would not pick the topics.  I would

7    not choose them.

8    Q.  Well, what the agents wanted to know about was your

9    distribution network.  Correct?

10   A.  Yes.  We started talking in general.  But then agents

11   came asking about specific topics that they were interested

12   in.

13   Q.  Okay.  At that time, they wanted you to lay out the

14   hierarchy of the Milenio Cartel.  Correct?

15   A.  Yes.

16   Q.  And according to your testimony today, in 2024, Mencho

17   and Menchito were a very important aspect of your Milenio

18   Cartel.  Correct?

19   A.  Yes, but nobody knew them.

20              MR. COLOMBO:  Objection, your Honor.  Objection

21   beyond the "yes."  It's nonresponsive to the question.

22              THE COURT:  Overruled.

23   BY MR. COLOMBO:

24   Q.  So you just said that nobody knew them.  Right?

25   A.  No.  Outside the cartel, they were not known.

1    Q.  Wouldn't that be all the more reason for you to tell the

2    DEA agents and the Government about people in your network

3    that they wouldn't have known about?

4    A.  What do you mean?  At the moment?

5    Q.  Well, you just testified on direct that Mencho and

6    Menchito, although they were important parts of your Milenio

7    Cartel, they would have been unknown to the DEA.

8    A.  Well, yes.  I mean, at the time that I was arrested,

9    they were not their priority.

10   Q.  I understand.

11          But it was your priority to provide information to

12   the DEA to assist them with locating and apprehending

13   individuals within the Milenio Cartel who were engaged in

14   drug trafficking.  Correct?

15   A.  Yes.  That's what we were doing from the very beginning.

16   But there were other priorities at that moment.

17   Q.  Okay.  But we can agree that you never mentioned Mencho

18   or Menchito at those initial debriefs that you engaged in

19   with the DEA.  Correct?

20   A.  At first, no.

21   Q.  Now, you also met with the DEA and government agents as

22   well as U.S. attorneys on March 9th of 2011.  Correct?

23   A.  Yes.  We had several meetings.  We had several topics

24   that we talked about.

25   Q.  I understand.  And I'm going to go through each one.

1          At this meeting, you did not mention anything

2     about Menchito.  Correct?

3     A.  Well, at first, it wasn't --

4     Q.  Is that correct?

5     A.  Well...

6     Q.  Now, you also met on May 18th of 2011.  Correct?

7     A.  Yes.  We had several meetings.

8     Q.  And again, you didn't mention Menchito?

9     A.  I don't remember in what meeting we began to the topic

10    of El Menchito.

11    Q.  Well, we'll get there.  Okay?

12    A.  Okay.

13    Q.  Now, you also had a meeting on June 15th of 2011, and no

14    mention of Menchito.

15    A.  I don't remember.  There were so many topics that we

16    talked about.

17    Q.  Okay.  On June 14th of 2011, no mention of Menchito.

18    A.  I don't remember.

19    Q.  On September 28th of 2011, no mention of Menchito.

20    A.  No -- no -- well, I don't remember.  I don't remember.

21    We had several meetings.

22    Q.  And the first time that you met with Special Agent Mori

23    was January 6th of 2012.  Is that right?

24    A.  I don't remember the exact day, but yes.  We met once

25    before sentencing.

1    Q.  Okay.  And I don't fault you for not remembering the

2    exact day.  But you would agree it was sometime in 2012?

3    A.  Well, I remember it was before sentencing when we met

4    with him.

5    Q.  Okay.  And at that meeting, Agent Mori told you that he

6    was specifically interested in Los Cuinis and Mencho.  Is

7    that correct?

8    A.  Yes.  Correct.  He came that day.  Yes.

9    Q.  Okay.  And at that meeting, you mentioned nothing about

10   Menchito?

11   A.  Well, there were a lot of topics to talk about.  That

12   was something that was being discovered at that time.

13   Q.  Okay.  So you did not mention anything about Menchito at

14   that meeting.  Is that right?

15   A.  Well, we began at that time to mention topics about El

16   Mencho and Cuinis.  It's like these started developing.

17   Q.  And you didn't think to mention Mencho's son, the narco

18   prince of Guadalajara, at that meeting?

19   A.  Well, it was -- we were just notifying them at that

20   time.  It was not priority.

21          THE INTERPRETER:  One second.  The interpreter

22   needs help.  One second.

23          THE WITNESS:  Our notoriety was just rising, so --

24   their notoriety was just rising.  It was not a priority.

25   BY MR. COLOMBO:

Nava - CROSS - By Mr. Colombo

```
1    Q.  It wasn't a priority for whom?

2    A.  For the Government.

3    Q.  Oh, so you're -- didn't we just agree that Agent Mori

4    told you specifically at that meeting that his focus was on

5    Los Cuinis and Mencho?

6    A.  Yes, but we were talking about topics about the whole

7    organization at that moment.

8    Q.  Yeah.  The organization included, according to your

9    testimony today, Menchito, the number two under his father.

10   Right?

11   A.  Yes.  And that was the first meeting.  But then there

12   were more meetings where we were talking about other topics.

13   Q.  Okay.  Well, we'll talk about that in a second.

14          At that first meeting, when you knew that Agent

15   Mori's focus was on Los Cuinis and Mencho, you mentioned

16   nothing about Menchito?

17   A.  It was at the beginning of a discussion that we were

18   having.  And we were not going to have all that in one

19   discussion.

20   Q.  I understand.

21          The answer to my question, though, is yes, you did

22   not mention Menchito?

23   A.  Perhaps I didn't.  Perhaps at that moment, I didn't.

24   Q.  Okay.  Now, you also met with the DEA, had a debrief, on

25   June 12th of 2012?
```

Nava - CROSS - By Mr. Colombo

1    A.  Yes.  There were more meetings.  Yes.

2    Q.  And again, you did not mention anything about Menchito?

3    A.  Because we were talking about different topics.

4    Q.  I understand.  You were talking about different topics.

5         But at that time, you didn't mention Menchito.

6    Correct?

7    A.  Well, I imagine there were different agents by then.

8    Q.  Okay.  Now, on August 10th of 2012, you also had a

9    meeting with the DEA, and you again didn't mention anything

10   about Menchito?

11   A.  There were different agents and different topics.

12   Q.  Okay.  The answer to my question, though, is yes?

13   A.  Well, yes.

14   Q.  Now, you also had a meeting on -- or debrief with the

15   DEA, specifically Agent Mori, on January 24th of 2014.  And

16   again, no mention of Menchito.

17   A.  Well, at that meeting, well, yes.  That's when we

18   started working with Mori.  After my sentencing that was.

19   Q.  And again, Agent Mori's specific focus was Los Cuinis

20   and Mencho?

21   A.  Yes.  At that meeting, he told me that that's what

22   interested him.

23   Q.  Okay.  And again, no mention of Menchito?

24   A.  Well, that's where in that meeting we began focusing on

25   them.

1    Q.   Okay.  And again, no mention of Menchito.  Correct?

2    A.   I don't know.  That's too many topics.

3    Q.   Okay.  Are you saying at that time that you mentioned

4    Menchito?

5    A.   No.  We had so many topics, and at that time we were

6    just beginning to focus with Mori.

7    Q.   Okay.  So then again you had another meeting on March

8    11th of 2014.  And again, no mention of any involvement by

9    Menchito in drug trafficking.

10   A.   In 2024?

11   Q.   In 2014.

12   A.   I'm sorry.  Was that a meeting that I had with Agent

13   Mori?

14   Q.   I believe so.  Yes.

15   A.   Well, that was after my sentencing.  I didn't know any

16   more.

17   Q.   Okay.  Well, let me -- I'll digress for a second and get

18   into that with you with regard to the timeframe of your --

19   okay.

20            You were arrested in October of 2009.  Correct?

21   A.   Yes.  That is correct.

22   Q.   Extradited to the United States in January of 2021?

23   A.   2011.

24   Q.   I'm sorry.  2011.

25   A.   Yes.

Nava - CROSS - By Mr. Colombo

 1    Q.  You then almost immediately began cooperating with the

 2    Government?

 3    A.  Yes.  After I was extradited.

 4    Q.  You negotiated a plea agreement with the Government and

 5    pled guilty on June 15th of 2012?

 6    A.  Yes.

 7    Q.  Okay.  And what you specifically pled guilty to was the

 8    distribution of cocaine, 1,250 kilos between 2005 and 2006.

 9    Right?

10    A.  Yes.  That is correct.

11    Q.  And you were facing a sentence of ten years to life?

12    A.  Yes.  That is correct.

13    Q.  And your guideline range was 262 to 327 months.

14    Correct?

15    A.  I don't recall.  But I would believe so.

16    Q.  Okay.  And you entered into what's called a cooperation

17    agreement with the Government?

18    A.  Yes.

19    Q.  And in exchange for your cooperation, they would

20    potentially help you with a reduction in your sentence?

21    A.  A reduction in what?  I'm sorry.

22    Q.  In your sentence.

23    A.  Yes.

24    Q.  Okay.  And this cooperation agreement, in addition to

25    hoping for a reduced sentence, it could also help you stay

1    in the United States?

2    A.  I think so.

3    Q.  Okay.  Now, on January 7th of 2014, you were sentenced.

4    Correct?

5    A.  Yes.

6    Q.  And you were sentenced to 300 months in custody?

7    A.  Yes.  That is correct.

8    Q.  Which is 25 years?

9    A.  Yes.  That is correct.

10   Q.  Now, at the time of sentencing, you made a statement to

11   the sentencing judge.  Correct?

12   A.  Yes.

13   Q.  Okay.  And one of the things that you told the judge

14   that day was, "Truth is, I wasn't fully aware of all the

15   damage I was causing."  That's what you told the judge at

16   your sentencing.  Correct?

17   A.  Yes.  I had not seen the dimension of the consequences.

18   Q.  Well, in 2014, you had engaged in what was prolific drug

19   trafficking.  Correct?

20   A.  Yes.

21   Q.  But you told the judge you weren't fully aware of all

22   the damage that you were causing?

23   A.  Yes.  I did not know the collateral damage that I would

24   cause.

25   Q.  You know it now.  Right?

1    A.  Yes.  I see it.  I've seen things.

2    Q.  Now, you weren't happy with the 300-month sentence.

3    Correct?

4    A.  No.

5    Q.  And you thought you deserved less?

6    A.  Yes.

7    Q.  And the only way that you knew that you were going to

8    get less was through cooperation?

9    A.  Yes.

10    Q.  Now, that cooperation requires you to tell the truth.

11    Is that right?

12    A.  Yes.

13    Q.  But as the agreement explains, it's the Government who

14    determines whether you've told the truth or not.  Correct?

15    A.  Yes.

16    Q.  And it's only the Government that can bring a motion to

17    reduce your sentence?

18    A.  Yes.  That is correct.  But it is the judge's decision.

19    Q.  Okay.  Now, as a result of your cooperation, your

20    sentence was then reduced to 200 months on September 27th of

21    2019.  Correct?

22    A.  Yes.

23    Q.  But you were still not happy with your sentence.

24    Correct?

25    A.  Well, we have an agreement.  We do have an agreement

1    with the Government.

2    Q.  Okay.  You wanted out of custody.  Right?

3    A.  Well, one -- well, yes.  You could say yes.

4    Q.  Okay.  And you filed on your own a motion to reduce your

5    sentence from 200 months to 135 months.  Is that right?

6    A.  I would think so.  Yes.  The lawyer did.

7    Q.  Okay.  But that motion was denied.  Is that correct?

8    A.  I don't -- I don't remember.

9    Q.  Well, your sentence was then reduced based upon a motion

10   from the Government to 190 months on December 5th of 2023.

11   Correct?

12   A.  Yes.

13   Q.  Okay.  And you were released from custody on November

14   27th of 2023?

15   A.  Yes.

16   Q.  Okay.  So out of that 25-year sentence, you actually

17   served about 14 years.  Correct?

18   A.  Yes.  More than 14 years.  Yes.

19   Q.  And that was based upon -- those reductions were based

20   upon the request of the Government on your behalf to reduce

21   your sentence.  Correct?

22   A.  Yes.

23   Q.  Okay.  Now, I'd like to, if I could, go back to your

24   debriefs, your meetings.  And I think we had left off with

25   March 11th of 2014.

Nava - CROSS - By Mr. Colombo

```
1              So I'll ask you about your debrief on May 28th of

2     2014.  And again, no mention of Menchito.

3     A.  I don't recall.  I was already in prison then, right?

4     Q.  I'm sorry?

5     A.  In May 2014?

6     Q.  Correct.

7     A.  Yes.  That was when I was already in prison.  I don't

8     recall.

9     Q.  Okay.  On April 16th of 2015, you also had a debrief

10    with Agent Kyle Mori.  And again, no mention of Menchito.

11    A.  Yes.  I don't remember.

12    Q.  Well, Agent Mori again focused specifically on Los

13    Cuinis and Mencho at that meeting on April 16th of 2015?

14    A.  Yes.  He was focused on them as being the main ones, and

15    we barely discussed those who came under them.

16    Q.  Okay.  But again, the answer to my question is yes, you

17    did not mention Menchito?

18    A.  We were discussing the whole organization.  That was a

19    topic.  And I don't know if perhaps at that moment it

20    escaped me.

21    Q.  Okay.  It escaped you.  Is that your answer?

22    A.  Well, we were talking about all topics and this was

23    about the organization.  There are many people.

24    Q.  Okay.  It also escaped you at the meetings that you had

25    October of 2016.  Correct?
```

```
1    A.  I don't know whether I met with Agent Mori on that date

2    or whether it was with other agents.  I do not know.

3    Q.  Okay.  Now, the first time you ever mentioned anything

4    at all to Agent Mori about Menchito was in 2017.  Correct?

5    A.  Yes.  I believe so.  It was by then that they were

6    interested in those who were under El Mencho and Los Cuinis.

7    Q.  And according to you, that's the first time that you

8    mentioned anything at all about Menchito.  Correct?

9    A.  I don't know.  I don't recall exactly when or starting

10   on which date or in which meeting I brought up Menchito.  We

11   had a lot of meetings.

12   Q.  Okay.  Now, your testimony here today was that you had

13   met -- first met Ruben Oseguera, who you knew as Menchito,

14   in 2005.  Right?

15   A.  Yes.  That is correct.

16   Q.  And at that time, he was -- you had put Mencho, his

17   father, and Menchito in charge of the ports in Puerto

18   Vallarta, which include the seaport and the airport.  Right?

19   A.  Yes.  Correct.

20   Q.  Now, Ruben would have been barely a teenager at this

21   time.  Correct?

22   A.  Yes.  That is correct.  But it was his father who was

23   involving him in the business.

24   Q.  And he would have been 14 or 15 years old at this time?

25   A.  Yes.  He was a youth at the time.  And I was just
```

1    getting to know him.

2    Q.  And you, running a billion-dollar business, put your

3    trust in a 14- or 15-year-old kid to run two very

4    significant ports in Mexico?

5    A.  Because the trust was with his uncles and with Mencho.

6    They were his relatives.

7    Q.  Well, the truth is, Mr. Nava Valencia, that you were

8    putting on Menchito everything that his father and his

9    uncles were involved in.  Right?

10   A.  No.  It's not that I'm putting everything on him.  He

11   played a role.

12   Q.  And that's why -- well, he played a role, according to

13   you.  But you never mentioned anything about him in six

14   years of cooperation.  Correct?

15   A.  Well, I don't recall that quite well because there were

16   so -- there were many meetings.  There were many sessions

17   and conversations.

18   Q.  Well, you were aware that Ruben had been arrested in

19   Mexico in 2015.  Is that right?

20   A.  Well, I knew that he had been arrested in Mexico.  But I

21   didn't have much information.

22   Q.  Okay.  And at that time, in 2017, when you decided to

23   first mention Ruben's name, you were still staring down a

24   sentence of 300 months.  Correct?

25   A.  Yes.  Correct.

1    Q.  Now, after six years of cooperation without any

2    reduction, your information was running dry.  Right?

3    A.  No.

4    Q.  Well, you had no personal knowledge of any

5    drug-trafficking activity after October 28th of 2009.

6    Correct?

7    A.  Yes.  That is correct.

8    Q.  And so what you decided to do to make yourself more

9    valuable to the Government to get a reduction in sentence

10   was to give them information about Ruben.  Right?

11   A.  Not exactly.

12   Q.  Okay.  Well, in six years, you failed to mention one of

13   your important -- one of the important players in your

14   Milenio Cartel infrastructure.  Correct?

15   A.  I mentioned many important people who were in leadership

16   roles in Milenio.

17   Q.  Okay.  But he wasn't important enough to mention for six

18   years.  Is that right?

19   A.  Well, there were many priorities at the time and the

20   investigations were just beginning.

21   Q.  Okay.  Now, when you were cooperating, you recruited

22   your buddy Elpidio Mojarro, also known as Pilo, P-I-L-O, to

23   assist you in your cooperation.  Correct?

24   A.  One could say so.

25   Q.  Well, after your arrest in 2009, Pilo was made the head

1    of what was left of the Milenio Cartel.  Correct?

2    A.  No.  There was a division and there was infighting

3    within the cartel.

4    Q.  Okay.  Pilo and your brother, El Tigre, broke off and

5    formed what they called the Resistance Cartel.  Is that

6    right?

7    A.  I don't know.  My brother was also detained, you know,

8    and my family when I was in Mexico.

9    Q.  Okay.  Now, Pilo -- after you were extradited, Pilo was

10   still operating cartel business or engaged in drug

11   trafficking in Mexico.  Is that right?

12   A.  That's correct.  He, the Cuinis and Mencho stayed on and

13   they were fighting.

14   Q.  Okay.  But Pilo, in an effort to help you with your

15   cooperation, was providing information to the DEA.  Is that

16   fair to say?

17   A.  I don't know.  He had many problems himself that he had

18   to solve.

19   Q.  Okay.  And you spoke to him and encouraged him to

20   cooperate to help him resolve those problems.  Correct?

21   A.  Yes.  I was attempting to stop the infighting.  They

22   were fighting within the organization.

23   Q.  But specifically, you encouraged Pilo to cooperate with

24   the DEA because it would ultimately benefit him, but also

25   benefit you?

1    A.  Like I said, he had many problems himself.  And I think

2    he first had to solve his own problems.

3    Q.  Okay.  And he began to solve his own problems through

4    cooperating with the DEA, as far as you're aware.  Correct?

5    A.  I would imagine that's what his attorney advised him.

6    Q.  Okay.  Now, with regard to the debrief -- the debriefs,

7    I'd like to get to that because the January '17 was not your

8    last debrief.  Correct?

9            THE COURT:  Could you clarify?  January 17th of

10   what year?

11           MR. COLOMBO:  Of 2017.

12           THE COURT:  Okay.

13   BY MR. COLOMBO:

14   Q.  Is that right?  You had further debriefs after that?

15   A.  Yes.  That's correct.

16   Q.  On March 12th of 2020, you had a further debrief.  And

17   again, no mention of Menchito.

18   A.  I don't recall specifically if he was discussed or with

19   which agents we met or what topics we discussed.

20   Q.  Okay.  Now, would it be fair to say that between March

21   of 2020 and 2024, the beginning of 2024, you had another 20

22   debriefs with government agents?  Would that be fair to say?

23   A.  Yes.

24   Q.  Okay.  And it's also fair to say that at all of those

25   meetings, with the exception of the last one, you did not

Nava - CROSS - By Mr. Colombo

1    mention anything about Menchito?

2    A.  I don't recall in which ones Menchito was brought up

3    because we've had many meetings because we've had many

4    issues.

5    Q.  Okay.  Well, it's fair to say between all of your

6    meetings after January of 2017 and January of 2024 you did

7    not mention anything about Menchito?

8    A.  Well, I couldn't tell you exactly when or in which

9    meetings we began to cover the topic of Menchito.

10   Q.  Okay.  When was the last time you met with the

11   Government?

12   A.  I believe about two months ago.

13   Q.  About two months ago.  And was that in preparation for

14   your testimony today?

15   A.  Yes.

16   Q.  Okay.  Do you recall meeting them in April of 2024?

17   A.  Yes.  I believe we had another meeting then.

18   Q.  Okay.  And at that meeting, that was again in

19   preparation of your testimony here today.  Correct?

20   A.  Yes.  Yes.  I believe so.

21   Q.  Now, when you're being prepared to testify, you rehearse

22   your testimony with Government counsel.  Is that fair to

23   say?

24   A.  No.  It's not to rehearse.  It's to corroborate what I

25   had already confirmed years ago.

1    Q.  Okay.  And so the Government asked you the questions

2    that you could expect on your direct testimony?

3    A.  Well, they asked me questions to corroborate and confirm

4    what I have said years before in other meetings.

5    Q.  Okay.  And one of the things that they do is bring in

6    another attorney to cross-examine you or do a mock

7    cross-examination.  Is that fair to say?

8    A.  Yes, but -- yes, but I didn't do it this time.

9    Q.  But you had done that before?

10   A.  Yes.  I did it once before.

11   Q.  You've testified on behalf of the Government several

12   times.  Is that correct?

13   A.  Yes.  Correct.

14   Q.  Now, the first time was in Texas.  Is that correct?

15   A.  Yes.  Correct.

16   Q.  And at the time that you testified in Texas, it was

17   about your relationship with Raymundo Villareal Arelis,

18   A-R-E-L-I-S?

19   A.  Correct.

20   Q.  And he was another individual separate and apart from

21   Los Cuinis and Mencho that you had a distribution

22   relationship with?

23   A.  Yes.  It was other times.  Other times.

24   Q.  The second time you testified was against Genaro García

25   Luna, and that was in the Eastern District of New York.  Is

1    that right?

2    A.  Correct.

3    Q.  Now, during your testimony with regard to García Luna,

4    who was the chief security officer -- or secretary of

5    security for Mexico, you never mentioned anything about

6    Menchito.  Correct?

7    A.  Because we were addressing corruption matters regarding

8    the Mexican government.

9    Q.  Well, Mencho and Menchito, according to you, were part

10   of that corruption.  Correct?

11   A.  Well, in one way or another, yes.  One could say they

12   were cooperating.

13   Q.  Now, the third time you testified on behalf of the

14   Government was against Gerardo González Valencia, Ruben

15   Oseguera's uncle?

16   A.  Correct.

17   Q.  And that was in this courthouse in D.C.?

18   A.  Yes.

19   Q.  That was May of last year?

20   A.  Yes.

21   Q.  And at that time, you mentioned nothing about Ruben

22   Oseguera, Menchito.  Correct?

23   A.  Because we were talking about the topic of the Cuinis.

24   Q.  Well, according to your testimony, Mencho and Menchito

25   were part of the Cuinis.  Right?  Or doing business with

```
 1    them.  Correct?
 2    A.  Yes.  They were doing business with them.  But we were
 3    focusing on Lalo at that time.
 4    Q.  Okay.  And you testified here today that Ruben Oseguera,
 5    Menchito, had a close relationship with his Uncle Gerardo.
 6    Correct?
 7    A.  No.  Abigael.
 8    Q.  Okay.  Who was also one of the Los Cuinis.  Correct?
 9    A.  Yes.  Correct.
10            MR. COLOMBO:  Your Honor, may I have just one
11    moment?
12    BY MR. COLOMBO:
13    Q.  Now, you mentioned during the course of your direct,
14    Mr. Nava Valencia, that you've recently spoken to your buddy
15    Pilo, P-I-L-O.  Is that right?
16    A.  Yes.
17    Q.  Now, Pilo also pled guilty to conspiracy to distribute
18    controlled substances.  Correct?
19    A.  Yes.
20    Q.  And he was facing a sentence of 20 to life.  Is that
21    right?
22    A.  I didn't know that exactly.
23    Q.  Okay.  But he's also out of custody now?
24    A.  Yes.
25    Q.  As a result of his cooperation?
```

1    A.  Yes.  I imagine so.

2    Q.  So you've been allowed to reconnect with a very

3    significant figure in your former Milenio Cartel.  Correct?

4    A.  I don't understand.  What do you mean by "reconnect"?

5    Q.  Well, you've begun speaking with Pilo again.  Correct?

6    A.  Well, I have greeted him.  But we are separate.

7    Q.  Okay.  Now, you understand as a result of your guilty

8    plea to drug-trafficking offenses you're a convicted felon.

9    Correct?

10   A.  Yes.

11   Q.  And Pilo is also a convicted felon?

12   A.  Yes.

13   Q.  Now, when the judge in Texas sentenced you, you

14   understood that you were going to be placed on five years of

15   what's called supervised release.  Is that right?

16   A.  Yes.

17   Q.  Okay.  And one of the conditions of those -- of that

18   supervised release is that you shall not associate with any

19   person convicted of a felony.  Correct?

20   A.  Yes.

21   Q.  Yet you've been in contact with Pilo, your former

22   co-conspirator, who's a convicted felon.  Correct?  Correct?

23   A.  Well, the Government said that if I happened to get

24   together or meet someone that I would have to let them know

25   as well.

1    Q.  And you let them know?  You advised the Government that

2    you were meeting with your former co-conspirator Pilo?

3    A.  Yes.  When -- we have to let our probation officer know

4    when that occurs.

5    Q.  Okay.  So the contact with your former co-conspirator

6    and convicted felon Pilo has been authorized by your U.S.

7    probation officer and Government counsel.  Is that right?

8    A.  Yes.  They have been aware of that.

9    Q.  Okay.  And you are aware that Pilo is going to testify

10   in this case.  Correct?

11   A.  Well, they had mentioned that, but I wasn't exactly sure

12   whether he was or not.

13          THE COURT REPORTER:  I'm sorry.  "He" or "they"

14   had mentioned that?

15          THE INTERPRETER:  "They."

16   BY MR. COLOMBO:

17   Q.  And when you mentioned "they," who are you referring to?

18   A.  Well, we share a godchild and so we have a relationship,

19   a family relationship.

20   Q.  My question was:  You mentioned that they were aware of

21   your meeting or they were aware, that they informed you that

22   Pilo would be a witness.  Who is "they"?

23   A.  Possibly the family, that possibly he might be a witness

24   or present himself.

25   Q.  So you possibly were told by Pilo's family that Pilo

```
 1   would possibly be a witness?
 2   A.  Yes.  That's something -- I really don't know how I can
 3   tell you.
 4   Q.  Well, the truth is, Mr. Nava Valencia, is that the
 5   Government allowed you to meet with your former
 6   co-conspirator Pilo before your testimony today.  Correct?
 7   A.  Yes.  We did get together.  Yes.
 8   Q.  And this is before Pilo's anticipated testimony in this
 9   case.  Correct?
10   A.  Oh, I don't know.  Uh-huh.
11   Q.  And you talked about your testimony with Pilo.  Correct?
12   A.  No, no.  Of course not.
13   Q.  No?  It never came up?
14   A.  No.  Greetings and other topics that we have.
15   Q.  Now, Mr. Valencia -- or Mr. Nava Valencia, during the
16   course of your drug-trafficking activities, as the head of
17   the Milenio Cartel, you ordered murders.  Correct?
18   A.  Yes.
19   Q.  And you testified, I believe, this morning that that was
20   at least 200 murders?
21   A.  Yes.
22   Q.  That you ordered?
23   A.  Yes.
24   Q.  And you personally murdered.  Correct?
25   A.  No.
```

```
1    Q.  You never killed anyone?

2    A.  I've never killed anyone personally.

3    Q.  That's right.  What you told the agents during a meeting

4    when you denied ever killing anyone was you felt that that

5    was going too far for you to do it personally.  Right?

6    A.  Yes.  Correct.

7    Q.  And -- but you had no problem ordering others to murder

8    on your behalf?

9    A.  It was sometimes necessary to make difficult decisions.

10    Q.  Okay.  So part of your business in drug trafficking

11    included making the decision to have someone murdered?

12    A.  Yes; and even more when one's family's life is in

13    danger.

14    Q.  Okay.  Now, not having ever ordered anyone's murder, I'm

15    curious as to what's the decisionmaking factors that you

16    weighed to determine whether somebody should be murdered.

17    If you could explain that to the jury.

18    A.  Well, when one's life is in danger or one's family's

19    life is in danger.  There was a war and we had to make

20    decisions at that time.

21    Q.  And those decisions included murders?

22    A.  Yes.  They are the difficult decisions that one takes --

23    makes.

24    Q.  Well, you made that decision over 200 times.  Right?

25    A.  Yes.  It was the cartels and there was a war.
```

Nava - CROSS - By Mr. Colombo

1    Q.  And what I'd like you to explain to the jury is, what

2    were the factors that you considered in determining whether

3    you were going to take someone's life?

4    A.  Being attacked and having loved ones or people from our

5    family being killed.

6    Q.  Well, it wasn't just about protecting your family, was

7    it?  It was also about protecting your drug-trafficking

8    business.

9    A.  Yes.  Well, we have attacked and we also have defended

10   ourselves.

11   Q.  You could have walked away from the business.  Right?

12   And your family would have been fine.  They would have been

13   protected.  Correct?

14   A.  I tried to.  Believe me, I tried to.

15   Q.  Yeah.  But you didn't.

16   A.  I did it at the time, but I had to return.

17   Q.  There were a billion reasons why you didn't leave the

18   business.  Right?

19   A.  It's not as much the money.  It's also seeking peace and

20   tranquility as well.

21   Q.  And your peace and tranquility required you to kill

22   other people.  Correct?

23   A.  Yes.  But we were late in realizing that that was not

24   the path to be taken.  Violence only generates more

25   violence, and that's not the way to go.

1    Q.  Well, when you were sentenced in Texas, you told the

2    judge that you didn't understand the damage that you were

3    causing by engaging in drug trafficking.  Right?  That's

4    what you told the judge?

5    A.  Yes.  I did say that to the judge, because sooner or

6    later we -- one realizes that a spark can create a forest

7    fire.

8    Q.  As a result of your decision to kill 200 people, there

9    are children without fathers?

10   A.  Yes.

11   Q.  Wives without husbands?

12   A.  Yes.

13   Q.  Mothers without children?

14   A.  Yes.  Yes.

15   Q.  And you did all of that to protect your drug-trafficking

16   activity?

17   A.  It was to defend them at that time.  We didn't think in

18   that way.  We didn't think of the collateral damage that we

19   were causing at that time.

20   Q.  No.  You only thought about your own interests.

21   Correct?  Or you were thinking about the interests of the

22   people that you were killing?

23   A.  I was thinking of security and protection at that time.

24   Q.  Of your billion-dollar drug-trafficking business?

25   A.  (No response.)

Nava - CROSS - By Mr. Colombo

1    Q.  Is that a yes?

2    A.  No.  I was just thinking.

3    Q.  Now --

4              THE COURT:  Well, let him answer the question.

5              Have you answered the question?

6              THE WITNESS:  No.  The question that he asked me

7    makes me stop and think.

8    BY MR. COLOMBO:

9    Q.  Why does it make you stop and think?

10   A.  Because I didn't see things at that time in that way,

11   the way you are describing.

12   Q.  Well, you only saw your own interests.  Right?

13   A.  Well, what I was thinking at that time was security,

14   protection, peace and tranquility.

15   Q.  Okay.  Now, when you previously testified, you had been

16   asked about how many people you ordered murdered.  And at

17   each time you testified, you only said about a hundred.  Is

18   that right?

19   A.  I didn't stop to think of all of the ones who had died.

20   Q.  Okay.  Well, there's so many that you really can't

21   estimate how many people you ordered murdered?

22   A.  Many deaths.  And as a result of the decisions that we

23   took, they are -- there are still many more deaths.  Just

24   imagine that.

25   Q.  Now, what -- you said that you had never personally

1    killed any one of the 200 or more people that you ordered

2    murdered.  But you were personally present when people were

3    killed.  Is that right?

4    A.  Yes.  On some occasions, when there were confrontations.

5    Q.  And how many occasions were they?

6    A.  I don't know.  Few.  Not many.

7    Q.  Well, there's so many that you can't remember?

8    A.  No.  They are few, but I prefer not to remember.

9    Q.  You prefer not to remember.  But those would be big

10   details.  Right?

11   A.  I don't know if you need them.

12   Q.  Do you think that this is a joke?

13   A.  No.  No.  Not at all.  It's that the questions that you

14   are asking me make me think of many things.

15   Q.  Well, it's not easy to tell the truth about all the

16   things that you did.  Correct?

17   A.  Why do you ask that?

18   Q.  Well, you ordered the murder of hundreds of people.

19   Right?

20   A.  Yes.  At the moment, yes.  But at the time I was

21   detained, well, we made peace, tranquility.  There was no

22   more war.

23   Q.  Now, the murders that you ordered weren't just of rival

24   drug traffickers.  Right?

25   A.  Yes.  Cartels.  Yes.

```
1    Q.  You also ordered the murder of individuals who you

2    suspected of being informants.  Correct?

3    A.  No.  I don't remember.  I can't remember.

4    Q.  Well, you didn't or you just can't remember ordering

5    that type of murder?

6    A.  I don't remember having made those decisions.  I don't

7    know what murder you're referring to.

8    Q.  Okay.  Out of the 200-plus murders that you ordered as

9    the head of the Milenio Cartel, some of those included

10   individuals who you believed were informants?

11   A.  That they betrayed or passed on information?  I'm not

12   sure what you are referring to.

13   Q.  Well, those people would be targeted for murder.

14   Correct?

15   A.  I don't know specifically what type of murders are you

16   talking about.

17   Q.  Well, during the course of your -- during the course of

18   you being the head of the Milenio Cartel, there were times

19   where you ordered the murder of individuals who were

20   suspected of cooperating.  Correct?

21   A.  Informants with who?

22   Q.  Informants of your -- on your organization, people who

23   were providing information to the authorities.

24   A.  We had rival groups that passed along information.  Is

25   that what you're making reference to?
```

Nava - CROSS - By Mr. Colombo

1    Q.  Sure.  Were those people ordered murdered?

2    A.  Of rival groups, yes.

3              THE COURT:  Mr. Colombo, I hate to interrupt your

4    cross, but it is 5:02 by my phone.  The question is, are you

5    going to finish in the next five minutes?  Or --

6              MR. COLOMBO:  No, your Honor.

7              THE COURT:  -- should we come back tomorrow?

8              MR. COLOMBO:  I think we should have him come back

9    tomorrow.

10             THE COURT:  So, ladies and gentlemen, we're going

11   to recess for the evening.  We're going to start again at

12   9:00 a.m.

13             As I've told you, we will have breakfast for you,

14   so feel free to come in anytime after 8:00 to read the

15   newspaper, have coffee, have some snacks.  Sometimes they

16   bring fruit and stuff, so it's balanced between healthy and

17   sweet.

18             Do not talk about this case with -- among

19   yourselves or with anybody else.  And I'll see you in the

20   morning.  Have a pleasant evening.  You can leave your

21   notebooks and pens in the envelopes right on your chair or

22   behind you.

23             (Whereupon, the jury exited the courtroom at 5:02

24   p.m. and the following proceedings were had:)

25             THE COURT:  Everyone have a pleasant evening.

```
 1              MR. COLOMBO:  Your Honor, I'd request the witness

 2      be advised.

 3              THE COURT:  Yes.

 4              You're on cross-examination now.

 5              Is the interpreter interpreting?

 6              THE INTERPRETER:  Yes, your Honor.

 7              THE COURT:  You're on cross-examination now, so

 8      you may not talk about your testimony with the Government

 9      prosecutors.  All right?

10              MR. COLOMBO:  Thank you, your Honor.

11              MS. NASEEF:  Your Honor, could we ask you a quick

12      scheduling question for tomorrow?

13              THE COURT:  Yes, because we have the

14      naturalization ceremony.

15              MS. NASEEF:  Yes, your Honor.  That's what I

16      wanted to know.

17              THE COURT:  And that person did get on the jury.

18              The naturalization ceremony starts at 10:00, so

19      we'll take a break at 10:00.  It usually is about an hour.

20      So that's really an important thing in his life, so we will

21      have an hour break tomorrow morning.

22              MS. NASEEF:  Okay.

23              THE COURT:  Yes.

24              MS. NASEEF:  And, your Honor, can the witness

25      leave the stand before I ask the next question?
```

1              THE COURT:  Yes.

2              You are excused.

3              (Thereupon, the witness retired from the courtroom

4    and the following proceedings were had:)

5              MS. NASEEF:  Sorry.  I didn't want to ask the

6    question in front of the witness.

7              I believe one of the outstanding questions that

8    the defense counsel wants to raise with your Honor is

9    related to the very next witness.  I don't know when your

10   Honor wants to deal with that.

11             THE COURT:  I have three questions.  One was in

12   the inbox this morning, that the Government seeks to close

13   the courtroom during the testimony of two witnesses

14   testifying under pseudonym and to make sure the face is not

15   shown on the live feed.

16             I take it there's no opposition.  So everybody in

17   the gallery will sit in the overflow courtroom and we will

18   just broadcast audio.  So that's fine.

19             So then the next thing was the Defendant seeks to

20   admit transcripts of the prior testimony of José Maria

21   Guizar Valencia to impeach Government witness Mario Ramirez

22   Treviño.  Mario --

23             MS. NASEEF:  That's not the -- no.

24             THE COURT:  That would be the next witness.  So

25   he's still alive?

1          MS. NASEEF:  Today he is still alive.

2          THE COURT:  So that's not what you're asking

3    about?

4          MS. NASEEF:  No.

5          THE COURT:  Then we're talking about Defendant

6    objects to certain drug ledgers and the corresponding

7    English translations as inadmissible hearsay.  And the

8    Government's going to seek to offer them as record

9    exhibits -- records of regularly conducted day-to-day

10   activity under Evidence Rule 803(6).

11         Is that the third thing that you're bringing up

12   now?

13         MS. NASEEF:  Yes, your Honor.  That -- the witness

14   will authenticate those drug ledgers is the next witness

15   after Mr. Nava Valencia.

16         THE COURT:  Who is that witness?

17         MS. NASEEF:  Elpidio Mojarro Ramirez.

18         THE COURT:  Oh, okay.

19         Did this witness actually maintain these drug

20   records?

21         MS. NASEEF:  Yes, your Honor.  He's Ms. Sahni's

22   witness.  But yes, he did.

23         THE COURT:  Okay.  And can they qualify as

24   business records?  Because this is what -- this is the

25   records he depended upon, relied upon and kept on a realtime

1    basis?

2                    MS. NASEEF:  Yes, your Honor.

3                    THE COURT:  Is that what he's going to testify to?

4                    MS. NASEEF:  Yes, your Honor.  Ms. Sahni will lay

5    the basis under that.  I don't know if defense counsel wants

6    to ask --

7                    THE COURT:  What's your hearsay objection?

8                    MR. COLOMBO:  Your Honor, so I don't believe that

9    these records were kept in the regular course of the

10   business activities.

11                   THE COURT:  Well, perhaps a legitimate business.

12   But I don't think that the rule disqualifies it because it's

13   an illegitimate business.

14                   MR. COLOMBO:  True.  I would concede that the

15   illegitimate business can keep business records.

16                   However, your Honor, this witness did not create

17   this record.  What is in the Government's --

18                   THE COURT:  I think the Government just said that

19   he did maintain these records.

20                   MR. COLOMBO:  Well, that's in contradiction to the

21   reports of investigation where this witness said:  I did not

22   create these records.  I relied upon a trusted employee at

23   the warehouse to make these records.

24                   And so I don't think these records are

25   trustworthy.

```
 1              THE COURT:  Well, let's get the facts straight.

 2              Ms. Sahni, did the witness actually maintain these

 3    records or not?

 4              MS. SAHNI:  The workers updated the spreadsheets.

 5    But the witness was responsible for maintaining the

 6    spreadsheets, possessing them, ensuring their accuracy and

 7    can talk about the importance of having accurate records for

 8    this business and that they were made at the time that these

 9    transactions that were documented occurred.

10              THE COURT:  So even if he didn't actually do the

11    inputting, why -- if he's relied on them, they were done

12    under his supervision, he made sure that they were updated,

13    what is the hearsay objection?

14              MR. COLOMBO:  Well, your Honor, under 803(6)(E),

15    it would indicate a lack of trustworthiness, given that

16    we've heard -- and this witness who's going to testify --

17    and I believe Mr. Nava Valencia agreed -- that the regular

18    course of action was to destroy any records.  And so these

19    records --

20              THE COURT:  That is not my recollection of his

21    testimony.

22              MR. COLOMBO:  Well, these records aren't --

23              THE COURT:  So that is not a correct

24    characterization of the testimony of Oscar Nava Valencia.

25    He said that when he was arrested they may have destroyed
```

1    evidence; the Government may have seized evidence.  He

2    didn't know.

3              MR. COLOMBO:  Okay.

4              THE COURT:  He didn't take the records with him

5    when he was arrested.  That's clear.

6              MR. COLOMBO:  Having that said, the witness who

7    testified from the reports of investigation, what he said is

8    that they would routinely destroy these records.  He kept

9    these records and disobeyed orders to destroy them.  And now

10   these records are from 2009 and 2010 or purported to be from

11   that period of time, and they're given to the Government at

12   a debrief in 2015 after the individual begins cooperating.

13             And this individual says:  I did not create these

14   records either.  I relied upon a worker at the warehouse to

15   create them.

16             So I do think under 803(6)(E) that it would

17   indicate -- and -- that they are not trustworthy.  And for

18   those reasons, we would move to exclude them.

19             THE COURT:  I'll have a decision for you in the

20   morning.

21             MR. COLOMBO:  Thank you, your Honor.

22             (Proceedings concluded at 5:10 p.m.)

23

24

25

1                           **CERTIFICATE**

2

3                    I, LISA EDWARDS, RDR, CRR, do hereby

4    certify that the foregoing constitutes a true and accurate

5    transcript of my stenographic notes, and is a full, true,

6    and complete transcript of the proceedings produced to the

7    best of my ability.

8

9

10                   Dated this 13th day of September, 2024.

11

12              /s/ Lisa Edwards, RDR, CRR
                Official Court Reporter
13              United States District Court for the
                  District of Columbia
14              333 Constitution Avenue, Northwest
                Washington, D.C. 20001
15              (202) 354-3269

16

17

18

19

20

21

22

23

24

25

## $

**$100** [1] - 32:7
**$200** [3] - 25:17, 25:19, 25:25
**$5,000** [1] - 32:4
**$5,100** [2] - 32:12, 32:22

## '

**'17** [1] - 67:7
**'88** [1] - 20:11
**'90s** [2] - 29:16, 29:22
**'95** [1] - 25:22
**'99** [1] - 21:21

## /

**/s** [1] - 88:12

## 1

**1** [7] - 3:9, 4:20, 5:1, 5:2, 5:3, 5:12, 5:14
**1,000** [2] - 5:1, 5:3
**1,250** [1] - 58:8
**1.1** [1] - 5:4
**100** [2] - 14:20, 33:2
**105** [2] - 1:19, 1:22
**10:00** [2] - 82:18, 82:19
**10th** [1] - 56:8
**11th** [2] - 57:8, 61:25
**12th** [2] - 55:25, 67:16
**135** [1] - 61:5
**13th** [1] - 88:10
**14** [10] - 3:10, 7:2, 7:3, 7:10, 8:2, 8:4, 61:17, 61:18, 63:24, 64:3
**145** [1] - 1:16
**14th** [1] - 53:17
**15** [3] - 38:21, 38:22, 63:24
**15-year-old** [1] - 64:3
**15th** [2] - 53:13, 58:5
**16-00229** [1] - 1:3
**16th** [2] - 62:9, 62:13
**17th** [1] - 67:9
**18** [1] - 3:6
**18th** [2] - 48:12, 53:6
**190** [1] - 61:10
**1990** [1] - 20:10
**1995** [4] - 20:15,

21:17, 25:20, 26:2
**1:33** [1] - 1:7
**1:34** [1] - 4:13

## 2

**2.2** [1] - 5:2
**20** [2] - 67:21, 71:20
**200** [6] - 60:20, 61:5, 74:20, 75:24, 77:8, 79:1
**200-plus** [1] - 80:8
**2000** [1] - 11:3
**20001** [2] - 2:4, 88:14
**2004** [9] - 21:17, 21:22, 22:2, 26:1, 26:3, 26:7, 26:10, 37:20, 38:17
**2005** [3] - 12:6, 58:8, 63:14
**2006** [1] - 58:8
**2008** [1] - 17:21
**2009** [22] - 12:6, 22:3, 26:1, 26:7, 27:11, 27:13, 29:4, 29:19, 37:20, 37:25, 38:16, 38:17, 38:18, 39:2, 46:1, 46:23, 47:10, 48:12, 57:20, 65:5, 65:25, 87:10
**2010** [2] - 49:7, 87:10
**2011** [8] - 49:14, 52:22, 53:6, 53:13, 53:17, 53:19, 57:23, 57:24
**2012** [5] - 53:23, 54:2, 55:25, 56:8, 58:5
**2014** [8] - 56:15, 57:8, 57:11, 59:3, 59:18, 61:25, 62:2, 62:5
**2015** [4] - 62:9, 62:13, 64:19, 87:12
**2016** [1] - 62:25
**2017** [5] - 41:19, 63:4, 64:22, 67:11, 68:6
**2019** [3] - 45:24, 46:19, 60:21
**202** [2] - 2:4, 88:15
**2020** [2] - 67:16, 67:21
**2021** [2] - 38:7, 57:22
**2023** [2] - 61:10, 61:14
**2024** [10] - 1:6, 30:19, 38:18, 51:16, 57:10, 67:21, 68:6,

68:16, 88:10
**20530** [1] - 1:16
**24th** [1] - 56:15
**25** [1] - 59:8
**25-year** [1] - 61:16
**262** [1] - 58:13
**27th** [2] - 60:20, 61:14
**28th** [8] - 27:11, 27:13, 29:4, 46:18, 46:22, 53:19, 62:1, 65:5
**2:59** [1] - 40:20

## 3

**300** [2] - 59:6, 64:24
**300-month** [1] - 60:2
**327** [1] - 58:13
**333** [2] - 2:3, 88:14
**354-3269** [2] - 2:4, 88:15
**38** [2] - 9:2, 9:4
**3:00** [1] - 40:13
**3:12** [1] - 41:5
**3rd** [1] - 38:6

## 4

**40** [1] - 21:9
**403** [2] - 7:17, 7:20
**404(b** [1] - 15:22
**404(b)** [2] - 14:15, 14:24
**47** [1] - 9:10

## 5

**5** [7] - 3:6, 3:9, 3:10, 7:2, 7:10, 8:2, 8:4
**50** [1] - 33:15
**5:02** [2] - 81:4, 81:23
**5:10** [1] - 87:22
**5th** [2] - 49:6, 61:10

## 6

**6706** [1] - 2:3
**6th** [1] - 53:23

## 7

**70,000** [1] - 43:10
**7th** [1] - 59:3

## 8

**8** [1] - 3:10
**803(6)** [1] - 84:10
**803(6)(E** [2] - 86:14, 87:16
**8:00** [1] - 81:14
**8th** [1] - 27:13

## 9

**9** [1] - 1:6
**92101** [2] - 1:20, 1:23
**9:00** [1] - 81:12
**9th** [1] - 52:22

## A

**a.m** [1] - 81:12
**Abigael** [5] - 6:22, 6:23, 7:6, 23:15, 71:7
**ability** [1] - 88:7
**able** [4] - 29:22, 33:6, 42:10, 46:4
**absolutely** [1] - 43:16
**accept** [1] - 39:23
**access** [1] - 36:3
**accompanied** [1] - 10:3
**according** [6] - 51:16, 55:8, 63:7, 64:12, 70:9, 70:24
**accounts** [2] - 45:1, 45:6
**accuracy** [1] - 86:6
**accurate** [2] - 86:7, 88:4
**Action** [1] - 1:3
**action** [1] - 86:18
**activities** [2] - 74:16, 85:10
**activity** [6] - 15:9, 27:15, 29:5, 65:5, 77:16, 84:10
**actual** [1] - 24:20
**addition** [2] - 39:1, 58:24
**additionally** [1] - 29:2
**addressing** [1] - 70:7
**administered** [1] - 44:11
**admission** [1] - 14:20
**admit** [2] - 7:9, 83:20
**admitted** [3] - 5:12, 8:3

**admitting** [1] - 15:23
**adopted** [5] - 24:12, 24:19, 24:24, 25:8, 28:6
**advised** [3] - 67:5, 73:1, 82:2
**Africa** [1] - 27:1
**AFTERNOON** [1] - 1:7
**agency** [1] - 19:24
**Agent** [11] - 53:22, 54:5, 55:3, 55:14, 56:15, 56:19, 57:12, 62:10, 62:12, 63:1, 63:4
**agents** [16] - 38:3, 38:6, 39:1, 39:18, 42:6, 50:4, 51:8, 51:10, 52:2, 52:21, 56:7, 56:11, 63:2, 67:19, 67:22, 75:3
**ago** [4] - 18:14, 68:12, 68:13, 68:25
**agree** [8] - 25:24, 36:9, 37:6, 38:11, 38:16, 52:17, 54:2, 55:3
**agreed** [5] - 4:20, 5:9, 31:11, 49:17, 86:17
**agreement** [6] - 58:4, 58:17, 58:24, 60:13, 60:25
**ahead** [1] - 5:20
**air** [2] - 18:4, 40:18
**airport** [2] - 11:12, 63:18
**AK-47** [2] - 9:11, 12:13
**AK-47s** [2] - 9:15, 9:18
**align** [1] - 35:5
**aligned** [2] - 23:5, 23:22
**alive** [2] - 83:25, 84:1
**allied** [1] - 35:9
**allow** [1] - 11:20
**allowed** [10] - 11:23, 14:21, 14:24, 15:7, 15:11, 19:1, 22:8, 32:14, 72:2, 74:5
**almost** [1] - 58:1
**alone** [1] - 30:10
**alternative** [1] - 44:19
**alternatives** [1] - 44:20
**Altiplano** [1] - 49:6
**AMERICA** [1] - 1:3
**amount** [1] - 32:4

ankle [1] - 47:8
answer [7] - 10:8, 18:24, 55:21, 56:12, 62:16, 62:21, 78:4
answered [1] - 78:5
answers [1] - 15:17
ANTHONY [2] - 1:18, 1:18
anticipated [1] - 74:8
anytime [1] - 81:14
apart [4] - 31:14, 44:2, 44:10, 69:20
apologies [1] - 19:3
appear [1] - 6:20
aPPEARANCES [1] - 1:13
apprehending [1] - 52:12
approached [2] - 48:9, 48:23
approved [1] - 15:23
approximate [1] - 12:4
April [3] - 62:9, 62:13, 68:16
AR-15 [3] - 9:8, 9:11, 12:13
AR-15s [4] - 9:14, 9:18, 20:4, 20:5
AR-47 [1] - 9:8
area [1] - 10:2
areas [7] - 26:24, 27:1, 27:3, 27:6, 37:15, 37:16, 51:1
Arelis [1] - 69:17
ARELIS [1] - 69:18
Armando [3] - 21:20, 21:22, 24:20
armed [21] - 8:24, 9:5, 9:17, 9:20, 10:3, 16:23, 16:24, 17:7, 17:8, 17:17, 18:15, 19:9, 19:14, 19:22, 20:1, 47:2, 47:3, 47:5
arrest [6] - 29:18, 43:7, 45:9, 45:25, 47:10, 65:25
arrested [21] - 8:19, 8:20, 11:4, 21:22, 26:10, 27:11, 27:14, 27:17, 28:19, 45:12, 46:2, 46:13, 46:18, 47:4, 52:8, 57:20, 64:18, 64:20, 86:25, 87:5
arrival [1] - 51:4
arrive [1] - 11:13
arrived [3] - 49:19, 49:24, 49:25
Arturo [2] - 20:18,

20:21
Asia [2] - 11:18, 27:8
aside [1] - 42:15
aspect [1] - 51:17
assessment [1] - 32:7
assist [3] - 47:24, 52:12, 65:23
assistance [1] - 41:24
associate [1] - 72:18
assume [1] - 5:9
attacked [2] - 76:4, 76:9
attempted [2] - 46:19, 47:7
attempting [1] - 66:21
attended [2] - 8:23, 48:16
attorney [1] - 67:5, 69:6
attorneys [1] - 52:22
audio [1] - 83:18
August [1] - 56:8
Australia [1] - 27:3
authenticate [1] - 84:14
authorities [2] - 48:3, 80:23
authorized [1] - 73:6
Autlan [2] - 9:22, 9:23
automatic [1] - 20:1
Avenue [2] - 2:3, 88:14
aware [8] - 59:14, 59:21, 64:18, 67:4, 73:8, 73:9, 73:20, 73:21

## B

background [1] - 20:7
balanced [1] - 81:16
balances [1] - 45:6
barely [2] - 62:15, 63:20
based [3] - 61:9, 61:19
basis [2] - 85:1, 85:5
bazooka [1] - 9:19
bear [1] - 33:13
BEFORE [1] - 1:10
began [15] - 11:3, 25:20, 26:3, 47:11, 48:3, 49:9, 49:20, 49:23, 50:10, 53:9,

54:15, 56:24, 58:1, 67:3, 68:9
begin [1] - 26:2
beginning [6] - 25:20, 52:15, 55:17, 57:6, 65:20, 67:21
begins [1] - 87:12
begun [1] - 72:5
behalf [6] - 39:23, 39:25, 61:20, 69:11, 70:13, 75:8
behind [2] - 31:15, 81:22
belong [1] - 29:16
Beltran [2] - 20:18, 20:21
bench [2] - 7:18, 14:17
benefit [4] - 29:21, 42:2, 66:24, 66:25
BERYL [1] - 1:10
best [2] - 45:23, 88:7
betrayed [1] - 80:11
better [3] - 15:25, 38:18, 40:19
between [12] - 11:6, 11:24, 21:17, 22:2, 26:1, 26:7, 37:20, 38:17, 58:8, 67:20, 68:5, 81:16
beyond [2] - 15:21, 51:21
big [2] - 39:6, 79:9
bigger [1] - 9:18
billion [9] - 26:9, 29:7, 31:3, 31:16, 32:10, 33:9, 64:2, 76:17, 77:24
billion-dollar [3] - 29:7, 64:2, 77:24
biological [1] - 24:9
bit [1] - 40:14
boats [1] - 11:13
Bolivia [2] - 36:16, 36:17
boss [3] - 22:2, 24:21, 26:2
bosses [1] - 20:22
bothering [1] - 34:6
bragging [2] - 13:18, 13:22
branches [1] - 34:12
break [4] - 40:15, 40:18, 82:19, 82:21
breakfast [1] - 81:13
bribe [2] - 47:11, 47:15
bribes [8] - 33:13, 33:15, 33:19, 34:1, 34:7, 34:15, 34:23,

47:21
bribing [2] - 33:19, 33:21
bring [4] - 4:1, 60:16, 69:5, 81:16
bringing [1] - 84:11
broadcast [1] - 83:18
broader [1] - 37:23
broke [3] - 27:18, 47:8, 66:4
broker [1] - 42:22
brokering [2] - 43:19, 44:16
brother [15] - 14:8, 22:19, 23:3, 24:1, 27:22, 28:21, 39:25, 40:2, 41:12, 42:2, 42:8, 42:12, 47:18, 66:4, 66:7
brother's [1] - 22:21
brother-in-law [2] - 39:25, 40:2
brother-in-laws [1] - 24:1
brought [4] - 14:9, 14:10, 63:10, 68:2
buddy [6] - 23:2, 27:22, 28:22, 47:15, 65:22, 71:14
business [26] - 6:14, 6:15, 8:23, 26:13, 34:5, 39:7, 39:9, 45:3, 45:17, 63:23, 64:2, 66:10, 70:25, 71:2, 75:10, 76:8, 76:11, 76:18, 77:24, 84:24, 85:10, 85:11, 85:13, 85:15, 86:8
businesses [4] - 6:16, 31:9, 31:12, 31:14
but.. [1] - 50:2
BY [26] - 2:1, 5:23, 8:8, 9:13, 10:12, 11:1, 16:10, 17:6, 17:14, 18:11, 19:4, 22:11, 23:11, 25:7, 28:9, 28:18, 38:1, 41:10, 43:14, 46:24, 51:23, 54:25, 67:13, 71:12, 73:16, 78:8

## C

cabinet [1] - 34:20
caliber [1] - 9:16
California [2] - 1:20, 1:23
Canada [1] - 27:6

Cardenas [4] - 11:9, 11:10, 11:12, 11:20
career [3] - 20:9, 32:25, 33:8
Carlos [6] - 22:21, 24:15, 24:16, 24:19, 24:24, 41:13
carry [2] - 9:1, 9:7
cars [1] - 12:7
Cartel [43] - 6:2, 10:13, 10:18, 11:14, 11:19, 11:23, 12:25, 18:18, 20:19, 20:22, 21:25, 22:2, 22:24, 23:23, 26:6, 26:8, 27:18, 28:19, 28:20, 29:17, 31:4, 31:18, 32:11, 33:13, 33:16, 34:25, 35:2, 38:3, 39:24, 40:10, 41:14, 44:12, 51:14, 51:18, 52:7, 52:13, 65:14, 66:1, 66:5, 72:3, 74:17, 80:9, 80:18
cartel [12] - 8:18, 13:1, 13:9, 26:4, 28:23, 28:24, 29:5, 35:2, 45:15, 51:25, 66:3, 66:10
cartel's [1] - 8:23
cartels [8] - 10:14, 10:16, 11:14, 11:20, 35:7, 35:10, 75:25, 79:25
cartels' [1] - 35:4
case [5] - 41:21, 45:11, 73:10, 74:9, 81:18
cash [1] - 37:4
caught [1] - 45:15
causing [4] - 59:15, 59:22, 77:3, 77:19
ceremony [2] - 82:14, 82:18
certain [2] - 32:21, 84:6
CERTIFICATE [1] - 88:1
certify [1] - 88:4
chair [1] - 81:21
changed [1] - 21:13
Chapo [1] - 20:25
characterization [1] - 86:24
characterized [1] - 23:1
charge [1] - 63:17
charged [2] - 31:24, 36:18
check [1] - 41:2

**chief** [1] - 70:4
**children** [6] - 18:21, 19:5, 19:16, 19:19, 77:9, 77:13
**China** [1] - 11:18
**choose** [1] - 51:7
**chose** [2] - 22:17, 22:19
**circumstance** [1] - 15:3
**city** [1] - 9:24
**clarification** [1] - 9:10
**clarify** [4] - 15:5, 15:7, 28:3, 67:9
**clear** [2] - 37:22, 87:5
**close** [3] - 6:20, 71:5, 83:12
**co** [4] - 72:22, 73:2, 73:5, 74:6
**co-conspirator** [4] - 72:22, 73:2, 73:5, 74:6
**Coates** [2] - 8:6, 18:5
**cocaine** [16] - 20:15, 21:18, 25:21, 33:1, 36:13, 36:19, 36:23, 42:15, 42:19, 42:22, 42:23, 43:10, 44:16, 44:17, 58:8
**coffee** [1] - 81:15
**collaborated** [1] - 29:2
**collateral** [2] - 59:23, 77:18
**Colombia** [4] - 36:13, 36:15, 36:24, 42:19
**Colombians** [2] - 36:18, 37:1
**COLOMBO** [58] - 1:18, 1:18, 7:13, 7:17, 7:21, 10:5, 14:15, 15:13, 15:18, 16:7, 16:25, 17:9, 18:1, 18:9, 18:11, 19:3, 19:4, 22:11, 23:11, 25:7, 27:24, 28:2, 28:5, 28:7, 28:9, 28:12, 28:18, 37:21, 37:24, 38:1, 40:16, 41:9, 41:10, 43:12, 43:14, 46:22, 46:24, 51:20, 51:23, 54:25, 67:11, 67:13, 71:10, 71:12, 73:16, 78:8, 81:6, 81:8, 82:1, 82:10, 85:8, 85:14, 85:20, 86:14, 86:22,

87:3, 87:6, 87:21
**Colombo** [10] - 15:6, 15:12, 15:17, 17:24, 18:2, 18:6, 18:8, 40:13, 41:7, 81:3
**Columbia** [2] - 2:2, 88:13
**COLUMBIA** [1] - 1:1
**command** [3] - 22:23, 23:1, 41:14
**committing** [1] - 50:22
**communicate** [3] - 42:8, 42:10, 42:12
**complete** [2] - 25:6, 88:6
**complying** [1] - 14:22
**concede** [1] - 85:14
**concept** [1] - 41:23
**concerned** [1] - 15:19
**concluded** [1] - 87:22
**conditions** [1] - 72:17
**conduct** [1] - 13:8
**conducted** [1] - 84:9
**conference** [2] - 7:18, 14:17
**confirm** [1] - 69:3
**confirmed** [1] - 68:25
**confiscated** [1] - 32:21
**conflict** [1] - 10:21
**confrontations** [1] - 79:4
**confusing** [1] - 25:24
**consequences** [1] - 59:17
**conservative** [1] - 33:4
**considered** [1] - 76:2
**conspiracy** [1] - 71:17
**conspirator** [4] - 72:22, 73:2, 73:5, 74:6
**constitutes** [1] - 88:4
**Constitution** [2] - 2:3, 88:14
**contact** [2] - 72:21, 73:5
**continue** [1] - 34:4
**CONTINUED** [1] - 5:22
**contradiction** [1] - 85:20
**control** [3] - 13:5,

13:10, 34:14
**controlled** [3] - 11:19, 50:25, 71:18
**conversation** [2] - 16:11, 17:15
**conversations** [2] - 6:8, 64:17
**convert** [1] - 4:10
**convicted** [5] - 72:8, 72:11, 72:19, 72:22, 73:6
**cooperate** [4] - 49:1, 49:17, 66:20, 66:23
**cooperating** [7] - 48:3, 58:1, 65:21, 67:4, 70:12, 80:20, 87:12
**cooperation** [13] - 41:24, 50:5, 58:16, 58:19, 58:24, 60:8, 60:10, 60:19, 64:14, 65:1, 65:23, 66:15, 71:25
**correct** [172] - 18:17, 19:9, 20:22, 20:25, 21:13, 21:18, 21:19, 22:24, 23:23, 23:24, 24:1, 24:2, 24:5, 24:7, 24:8, 24:10, 24:11, 24:15, 25:1, 25:11, 25:17, 28:5, 28:7, 28:22, 29:9, 30:20, 31:5, 31:7, 31:13, 31:19, 32:4, 32:8, 32:23, 33:17, 33:24, 34:16, 34:19, 34:24, 35:2, 35:5, 35:24, 36:6, 36:16, 36:19, 36:23, 37:8, 37:12, 38:4, 38:12, 38:21, 39:20, 40:2, 40:11, 41:17, 41:18, 41:24, 42:2, 42:8, 42:16, 42:17, 42:23, 43:2, 43:7, 43:20, 44:13, 44:18, 44:23, 44:25, 46:2, 46:11, 46:17, 46:19, 47:1, 48:22, 49:10, 49:14, 49:18, 49:21, 50:11, 50:22, 51:1, 51:9, 51:14, 51:18, 52:14, 52:19, 52:22, 53:2, 53:4, 53:6, 54:7, 54:8, 56:6, 57:1, 57:20, 57:21, 58:10, 58:12, 58:14, 59:4, 59:7, 59:9, 59:11, 59:16, 59:19, 60:3, 60:14, 60:18, 60:21, 60:24, 61:7,

61:11, 61:17, 61:21, 62:6, 62:25, 63:4, 63:8, 63:15, 63:19, 63:21, 63:22, 64:14, 64:24, 64:25, 65:6, 65:7, 65:14, 65:23, 66:1, 66:12, 66:20, 67:4, 67:8, 67:15, 68:19, 69:12, 69:13, 69:14, 69:15, 69:19, 70:2, 70:6, 70:10, 70:16, 70:22, 71:1, 71:6, 71:8, 71:9, 71:18, 72:3, 72:5, 72:9, 72:19, 72:22, 73:10, 74:6, 74:9, 74:11, 74:17, 74:24, 75:6, 76:13, 76:22, 77:21, 79:16, 80:2, 80:14, 80:20, 86:23
**correctly** [1] - 15:10
**corresponding** [1] - 84:6
**corroborate** [3] - 44:22, 68:24, 69:3
**corrupt** [1] - 34:1
**corruption** [2] - 70:7, 70:10
**counsel** [7] - 7:15, 42:4, 46:20, 68:22, 73:7, 83:8, 85:5
**Counsel** [1] - 25:5
**countries** [4] - 11:18, 42:19, 50:13, 50:18
**course** [10] - 32:25, 33:8, 51:3, 71:13, 74:12, 74:16, 80:17, 85:9, 86:18
**COURT** [77] - 1:1, 4:1, 4:4, 4:7, 4:12, 4:15, 4:23, 5:5, 5:16, 7:12, 7:14, 7:16, 7:20, 7:24, 8:2, 10:7, 10:22, 14:16, 14:19, 15:6, 15:14, 15:16, 15:24, 16:2, 16:5, 17:2, 17:5, 17:11, 17:24, 18:2, 25:5, 27:23, 27:25, 28:4, 28:6, 28:8, 28:11, 28:13, 37:19, 37:22, 40:13, 40:17, 40:22, 40:25, 41:7, 51:22, 67:9, 67:12, 73:13, 78:4, 81:3, 81:7, 81:10, 81:25, 82:3, 82:7, 82:13, 82:17, 82:23, 83:1, 83:11, 83:24, 84:2, 84:5, 84:16, 84:18, 84:23, 85:3, 85:7,

85:11, 85:18, 86:1, 86:10, 86:20, 86:23, 87:4, 87:19
**Court** [4] - 2:1, 2:2, 88:12, 88:13
**court** [3] - 8:1, 16:9, 28:17
**courthouse** [1] - 70:17
**courtroom** [8] - 4:13, 40:20, 41:3, 41:5, 81:23, 83:3, 83:13, 83:17
**courts** [1] - 32:8
**cover** [1] - 68:9
**create** [5] - 77:6, 85:16, 85:22, 87:13, 87:15
**created** [1] - 28:21
**Criminal** [1] - 1:3
**cross** [6] - 17:24, 69:6, 69:7, 81:4, 82:4, 82:7
**Cross** [1] - 3:3
**CROSS** [1] - 18:10
**cross-examination** [4] - 17:24, 69:7, 82:4, 82:7
**CROSS-EXAMINATION** [1] - 18:10
**cross-examine** [1] - 69:6
**CRR** [2] - 2:1, 88:3, 88:12
**Cuate** [2] - 13:17, 14:8
**Cuinis** [33] - 5:25, 6:1, 6:5, 6:10, 23:4, 23:6, 23:10, 23:12, 24:4, 24:5, 28:25, 40:1, 40:3, 40:10, 42:15, 43:16, 44:3, 44:10, 50:8, 50:11, 50:19, 54:6, 54:16, 55:5, 55:15, 56:19, 62:13, 63:6, 66:12, 69:21, 70:23, 70:25, 71:8
**cultivation** [1] - 20:12
**cumulative** [1] - 7:21
**curious** [1] - 75:15
**custody** [10] - 30:19, 41:14, 41:16, 47:11, 47:19, 47:25, 59:6, 61:2, 61:13, 71:23

# D

**D.C** [5] - 1:6, 1:16, 2:4, 70:17, 88:14
**dad** [1] - 14:8
**damage** [5] - 59:15, 59:22, 59:23, 77:2, 77:18
**danger** [3] - 75:13, 75:18, 75:19
**dangerous** [1] - 19:13
**Darren** [1] - 48:17
**Darryl** [1] - 48:17
**date** [3] - 46:21, 63:1, 63:10
**Dated** [1] - 88:10
**day-to-day** [1] - 84:9
**DEA** [17] - 48:17, 48:21, 49:1, 49:10, 49:17, 51:4, 52:2, 52:7, 52:12, 52:19, 52:21, 55:24, 56:9, 56:15, 66:15, 66:24, 67:4
**deal** [1] - 83:10
**deals** [4] - 23:21, 43:20, 43:21, 43:22
**deaths** [2] - 78:22, 78:23
**debrief** [8] - 55:24, 56:14, 62:1, 62:9, 67:6, 67:8, 67:16, 87:12
**debriefs** [6] - 49:21, 52:18, 61:24, 67:6, 67:14, 67:22
**December** [2] - 38:6, 61:10
**decided** [3] - 49:4, 64:22, 65:8
**decision** [5] - 60:18, 75:11, 75:24, 77:8, 87:19
**decisionmaking** [1] - 75:15
**decisions** [7] - 13:6, 75:9, 75:20, 75:21, 75:22, 78:22, 80:6
**defend** [1] - 77:17
**Defendant** [30] - 1:7, 4:21, 4:22, 6:11, 6:17, 6:20, 6:23, 8:10, 8:22, 8:23, 9:5, 10:3, 11:25, 12:5, 12:9, 12:15, 13:12, 14:1, 15:2, 16:12, 16:17, 16:18, 16:23, 17:7, 17:8, 17:15, 24:9, 24:24,
83:19, 84:5
**DEFENDANT** [1] - 1:18
**Defendant's** [8] - 5:25, 9:17, 14:20, 24:3, 24:4, 24:12, 24:23, 25:1
**defended** [1] - 76:9
**defense** [2] - 83:8, 85:5
**DEFENSE** [1] - 5:21
**delayed** [1] - 36:4
**deliberations** [1] - 5:17
**deliver** [1] - 12:23
**deliveries** [2] - 11:10, 39:23
**delivering** [1] - 12:13
**delivery** [3] - 11:16, 11:18, 50:14
**denied** [2] - 61:7, 75:4
**DEPARTMENT** [1] - 1:15
**depended** [1] - 84:25
**describe** [3] - 6:13, 9:23, 10:1
**describing** [2] - 15:3, 78:11
**deserved** [1] - 60:5
**desperate** [1] - 47:19
**despite** [1] - 21:5
**destroy** [3] - 86:18, 87:8, 87:9
**destroyed** [4] - 45:8, 45:9, 45:24, 86:25
**detail** [1] - 39:6
**details** [4] - 38:15, 38:23, 38:24, 79:10
**detained** [3] - 16:16, 66:7, 79:21
**determine** [1] - 75:16
**determined** [1] - 32:2
**determines** [1] - 60:14
**determining** [1] - 76:2
**developed** [1] - 20:18
**developing** [1] - 54:16
**died** [1] - 78:19
**Diego** [2] - 1:20, 1:23
**difference** [1] - 35:25
**different** [12] - 27:25, 28:1, 28:4, 34:12, 40:14, 42:23, 44:15, 56:3, 56:4, 56:7, 56:11
**difficult** [5] - 37:16, 38:23, 38:24, 75:9, 75:22
**digress** [1] - 57:17
**dimension** [1] - 59:17
**Direct** [1] - 3:3
**direct** [6] - 18:14, 28:14, 44:22, 52:5, 69:2, 71:13
**DIRECT** [1] - 5:22
**directly** [2] - 50:15, 50:16
**discovered** [1] - 54:12
**discuss** [1] - 8:22
**discussed** [7] - 8:10, 42:4, 42:7, 62:15, 67:18, 67:19
**discussing** [1] - 62:18
**discussion** [3] - 14:6, 55:17, 55:19
**discussions** [1] - 6:24
**disobeyed** [1] - 87:9
**disqualifies** [1] - 85:12
**distribute** [2] - 39:12, 71:17
**distributed** [3] - 35:18, 38:4, 43:9
**distributing** [5] - 36:21, 36:25, 39:4, 40:5, 44:17
**distribution** [10] - 20:13, 35:10, 36:4, 43:15, 44:2, 50:19, 51:1, 51:9, 58:8, 69:21
**District** [5] - 2:2, 2:2, 41:16, 69:25, 88:13
**DISTRICT** [3] - 1:1, 1:1, 1:11
**district** [1] - 88:13
**division** [1] - 66:2
**documented** [1] - 86:9
**documents** [2] - 44:21, 44:24
**dollar** [3] - 29:7, 64:2, 77:24
**dollars** [5] - 26:9, 31:3, 31:16, 32:10, 33:9
**done** [5] - 13:18, 13:25, 14:4, 69:9, 86:11
**double** [1] - 36:22
**down** [4] - 5:18, 6:8,
45:6, 64:23
**dozen** [1] - 7:22
**drug** [32] - 6:1, 6:4, 6:24, 10:14, 11:7, 13:2, 15:9, 19:16, 19:19, 20:7, 20:9, 27:15, 31:9, 31:23, 34:5, 37:11, 52:14, 57:9, 59:18, 65:5, 66:10, 72:8, 74:16, 75:10, 76:7, 77:3, 77:15, 77:24, 79:24, 84:6, 84:14, 84:19
**drug-trafficking** [9] - 15:9, 27:15, 34:5, 65:5, 72:8, 74:16, 76:7, 77:15, 77:24
**drugs** [6] - 6:10, 11:17, 11:18, 11:21, 35:17, 40:5
**dry** [1] - 65:2
**during** [19] - 5:17, 11:24, 13:12, 16:11, 17:15, 25:19, 26:7, 28:13, 32:25, 33:8, 46:12, 51:3, 70:3, 71:13, 74:15, 75:3, 80:17, 83:13

# E

**earned** [4] - 31:3, 31:16, 31:23, 32:10
**Eastern** [2] - 41:16, 69:25
**easy** [1] - 79:15
**Ecuador** [2] - 36:14, 36:15
**edge** [1] - 9:24
**EDWARD** [1] - 1:21
**Edwards** [1] - 88:12
**EDWARDS** [2] - 2:1, 88:3
**effort** [3] - 35:1, 35:2, 66:14
**either** [3] - 29:19, 44:16, 87:14
**El** [11] - 13:17, 28:21, 41:13, 43:4, 43:10, 43:15, 43:20, 53:10, 54:15, 63:6, 66:4
**Elpidio** [4] - 23:2, 28:22, 65:22, 84:17
**employee** [1] - 85:22
**encouraged** [2] - 66:19, 66:23
**end** [2] - 32:5, 39:9
**enemy** [1] - 21:12
**engaged** [1] - 44:2,
52:13, 52:18, 59:18, 66:10
**engaging** [1] - 77:3
**English** [3] - 19:2, 22:9, 84:7
**ensuring** [1] - 86:6
**entered** [6] - 4:13, 5:14, 8:5, 41:3, 41:5, 58:16
**envelopes** [1] - 81:21
**equal** [2] - 5:2, 5:3
**equals** [1] - 5:1
**equipment** [1] - 12:7
**escaped** [3] - 62:20, 62:21, 62:24
**ESQ** [5] - 1:14, 1:14, 1:15, 1:18, 1:21
**essentially** [1] - 36:22
**establish** [2] - 17:11, 21:14
**established** [3] - 25:13, 37:25, 39:19
**estimate** [4] - 33:1, 33:4, 43:9, 78:21
**Europe** [17] - 26:22, 26:23, 35:18, 35:21, 35:23, 36:1, 36:4, 36:8, 36:9, 36:25, 37:3, 37:8, 38:2, 38:4, 39:2, 39:19, 40:5
**European** [2] - 38:25, 39:3
**evening** [3] - 81:11, 81:20, 81:25
**events** [1] - 38:17
**EVIDENCE** [1] - 3:8
**Evidence** [1] - 84:10
**evidence** [6] - 5:13, 5:15, 7:10, 8:5, 87:1
**exact** [2] - 53:24, 54:2
**exactly** [7] - 32:12, 50:9, 63:9, 65:11, 68:8, 71:22, 73:11
**EXAMINATION** [2] - 5:22, 18:10
**examination** [4] - 17:24, 69:7, 82:4, 82:7
**examine** [1] - 69:6
**example** [1] - 11:8
**exception** [1] - 67:25
**exchange** [1] - 58:19
**exclude** [1] - 87:18
**excluded** [1] - 14:19
**excused** [1] - 83:2
**Exhibit** [6] - 3:9, 3:10, 4:20, 5:12, 5:14,

8:4
**exhibit** [2] - 4:5, 5:11
**Exhibits** [3] - 7:2, 7:10, 8:2
**exhibits** [1] - 84:9
**EXHIBITS** [1] - 3:8
**exist** [1] - 37:14
**exited** [2] - 40:20, 81:23
**expansion** [2] - 26:21
**expect** [1] - 69:2
**expenses** [3] - 33:9, 33:10, 33:12
**explain** [3] - 11:6, 75:17, 76:1
**explains** [1] - 60:13
**extradited** [5] - 49:13, 49:16, 57:22, 58:3, 66:9
**extradition** [2] - 43:6, 48:8
**eye** [1] - 13:11

## F

**face** [1] - 83:14
**facing** [3] - 41:19, 58:11, 71:20
**fact** [2] - 38:3, 43:6
**faction** [1] - 28:25
**factions** [1] - 28:20
**factors** [2] - 75:15, 76:2
**facts** [4] - 5:8, 5:10, 38:24, 86:1
**fades** [1] - 38:12
**failed** [2] - 47:21, 65:12
**fair** [19] - 21:7, 21:16, 26:13, 32:7, 33:2, 35:17, 43:23, 45:4, 45:12, 45:13, 45:14, 46:15, 66:16, 67:20, 67:22, 67:24, 68:5, 68:22, 69:7
**Familia** [2] - 10:17, 11:24
**familiar** [1] - 41:23
**family** [17] - 10:21, 25:13, 29:25, 30:7, 30:10, 30:16, 31:8, 31:9, 42:11, 66:8, 73:19, 73:23, 73:25, 76:5, 76:6, 76:12
**family's** [3] - 30:11, 75:12, 75:18
**far** [2] - 67:4, 75:5
**father** [15] - 6:16,

8:11, 12:8, 13:17, 24:3, 24:4, 24:12, 24:23, 25:1, 25:4, 50:24, 55:9, 63:17, 63:22, 64:8
**father's** [1] - 24:1
**fathers** [1] - 77:9
**fault** [1] - 54:1
**favor** [1] - 11:11
**February** [2] - 49:6, 49:23
**federal** [2] - 33:22, 33:24
**feed** [1] - 83:15
**felon** [4] - 72:8, 72:11, 72:22, 73:6
**felony** [1] - 72:19
**felt** [1] - 75:4
**few** [6] - 12:17, 18:14, 49:25, 79:6, 79:8
**fighting** [5] - 10:20, 11:8, 12:23, 66:13, 66:22
**figure** [1] - 72:3
**filed** [1] - 61:4
**financed** [1] - 31:12
**fine** [4] - 31:24, 31:25, 76:12, 83:18
**finish** [1] - 81:5
**fire** [1] - 77:7
**first** [13] - 50:3, 51:4, 52:20, 53:3, 53:22, 55:11, 55:14, 63:3, 63:7, 63:13, 64:23, 67:2, 69:14
**five** [10] - 8:13, 8:16, 16:15, 29:8, 31:4, 31:17, 32:11, 33:16, 72:14, 81:5
**five-year** [2] - 29:8, 31:17
**fixed** [1] - 36:18
**flee** [2] - 46:19, 47:7
**Floor** [2] - 1:19, 1:22
**Flores** [4] - 42:25, 43:1, 43:7, 43:17
**Florida** [1] - 29:15
**flow** [1] - 37:4
**flowing** [1] - 40:19
**focus** [4] - 55:4, 55:15, 56:19, 57:6
**focused** [2] - 62:12, 62:14
**focusing** [2] - 56:24, 71:3
**following** [11] - 4:14, 7:18, 7:25, 14:17, 16:8, 40:21, 40:24, 41:4, 41:6, 81:24,

83:4
**FOR** [4] - 1:1, 1:14, 1:18, 3:5
**foregoing** [1] - 88:4
**forest** [1] - 77:6
**forget** [2] - 38:24, 41:12
**forgot** [1] - 38:9
**formed** [1] - 66:5
**former** [5] - 72:3, 72:21, 73:2, 73:5, 74:5
**foundation** [1] - 17:9
**four** [1] - 12:19
**fragmented** [1] - 28:23
**free** [1] - 81:14
**friendship** [1] - 21:14
**front** [1] - 83:6
**fruit** [1] - 81:16
**full** [1] - 88:5
**fully** [2] - 59:14, 59:21

## G

**gallery** [1] - 83:17
**García** [3] - 34:18, 69:24, 70:3
**gathered** [1] - 10:11
**Genaro** [2] - 34:18, 69:24
**general** [1] - 51:10
**generated** [1] - 39:8
**generates** [1] - 76:24
**gentlemen** [1] - 81:10
**Gerardo** [3] - 23:17, 70:14, 71:5
**given** [2] - 86:15, 87:11
**godchild** [1] - 73:18
**GONZALEZ** [1] - 1:6
**González** [4] - 7:6, 24:15, 24:16, 70:14
**Government** [33] - 4:18, 4:21, 14:22, 15:22, 32:5, 32:22, 42:4, 52:2, 55:2, 58:2, 58:4, 58:17, 60:13, 60:16, 61:1, 61:10, 61:20, 65:9, 68:11, 68:22, 69:1, 69:11, 70:14, 72:23, 73:1, 73:7, 74:5, 82:8, 83:12, 83:21, 85:18, 87:1, 87:11
**GOVERNMENT** [2] -

1:14, 3:5
**government** [10] - 31:18, 31:22, 32:20, 34:22, 46:4, 46:10, 52:21, 67:22, 70:8
**Government's** [7] - 7:2, 7:10, 8:4, 28:14, 32:14, 84:8, 85:17
**government's** [1] - 3:10
**grabbed** [1] - 14:2
**grams** [1] - 5:1
**greater** [2] - 35:23, 36:11
**greeted** [1] - 72:6
**greetings** [1] - 74:14
**grenades** [3] - 9:8, 9:12, 12:14
**grew** [1] - 26:10
**group** [7] - 10:10, 14:3, 14:13, 15:4, 16:13, 23:5, 47:18
**groups** [5] - 12:23, 15:20, 44:15, 80:24, 81:2
**Guadalajara** [3] - 9:25, 13:16, 54:18
**guards** [11] - 9:5, 9:7, 9:17, 9:20, 10:4, 18:16, 19:9, 19:14, 19:23, 20:1, 47:5
**guideline** [1] - 58:13
**guilty** [4] - 58:5, 58:7, 71:17, 72:7
**Guizar** [1] - 83:21
**gun** [3] - 9:1, 9:3
**guns** [1] - 9:14
**Guzman** [2] - 20:24, 20:25

## H

**half** [1] - 7:22
**hand** [1] - 45:18
**handgun** [3] - 9:3, 9:4, 16:22
**handguns** [1] - 20:5
**happy** [2] - 60:2, 60:23
**hate** [1] - 81:3
**head** [10] - 31:4, 31:17, 32:11, 33:16, 40:10, 44:13, 65:25, 74:16, 80:9, 80:18
**healthy** [1] - 81:16
**heard** [1] - 86:16
**hearing** [1] - 25:15
**hearsay** [3] - 84:7, 85:7, 86:13

**held** [2] - 7:19, 14:18
**helm** [1] - 21:24
**help** [9] - 47:12, 47:13, 47:14, 47:17, 54:22, 58:20, 58:25, 66:14, 66:20
**helpful** [1] - 4:11
**hereby** [1] - 88:3
**hierarchy** [1] - 51:14
**high** [1] - 9:16
**high-caliber** [1] - 9:16
**higher** [1] - 36:10
**himself** [4] - 12:9, 66:17, 67:1, 73:24
**history** [2] - 20:6, 25:13
**Holland** [1] - 39:20
**Honor** [49] - 4:2, 4:17, 7:9, 7:17, 7:21, 9:9, 10:5, 10:24, 14:15, 15:1, 15:13, 15:15, 15:18, 15:23, 16:3, 16:25, 17:3, 17:10, 17:13, 17:22, 17:23, 18:1, 19:3, 28:3, 28:12, 37:25, 40:16, 41:2, 41:9, 43:12, 51:20, 71:10, 81:6, 82:1, 82:6, 82:10, 82:11, 82:15, 82:24, 83:8, 83:10, 84:13, 84:21, 85:2, 85:4, 85:8, 85:16, 86:14, 87:21
**HONORABLE** [1] - 1:10
**hope** [1] - 42:1
**hopefully** [1] - 40:18
**hoping** [1] - 58:25
**HORNOK** [1] - 1:15
**hour** [2] - 82:19, 82:21
**housed** [1] - 49:6
**HOWELL** [1] - 1:10
**hundred** [1] - 78:17
**hundreds** [2] - 25:22, 79:18
**hurt** [1] - 47:7
**husbands** [1] - 77:11

## I

**identification** [1] - 4:19
**identifying** [1] - 28:15
**illegitimate** [2] - 85:13, 85:15

**imagine** [4] - 56:7, 67:5, 72:1, 78:24
**immediately** [3] - 47:10, 49:16, 58:1
**impeach** [1] - 83:21
**import** [1] - 42:19
**importance** [1] - 86:7
**important** [7] - 51:17, 52:6, 65:13, 65:15, 65:17, 82:20
**imposed** [2] - 32:2, 32:6
**IN** [1] - 3:8
**inadmissible** [1] - 84:7
**inbox** [1] - 83:12
**include** [5] - 27:1, 27:3, 33:21, 40:10, 63:18
**included** [11] - 26:21, 27:6, 29:11, 33:19, 34:7, 50:19, 50:20, 55:8, 75:11, 75:21, 80:9
**indicate** [2] - 86:15, 87:17
**indicated** [1] - 18:18
**indictment** [1] - 41:19
**indiscernible** [1] - 7:13
**individual** [6] - 7:23, 39:22, 47:14, 69:20, 87:12, 87:13
**individuals** [10] - 21:9, 42:23, 42:25, 44:5, 48:11, 48:16, 52:13, 80:1, 80:10, 80:19
**infighting** [3] - 28:23, 66:2, 66:21
**informants** [4] - 80:2, 80:10, 80:21, 80:22
**information** [17] - 45:17, 46:4, 46:5, 46:6, 46:7, 49:10, 50:11, 50:12, 52:11, 64:21, 65:2, 65:10, 66:15, 80:11, 80:23, 80:24
**informed** [1] - 73:21
**infrastructure** [3] - 37:11, 37:14, 65:14
**initial** [3] - 48:21, 51:3, 52:18
**inputting** [1] - 86:11
**instructions** [1] - 5:8
**integrity** [1] - 25:5

**interacting** [1] - 6:17
**interdict** [1] - 37:11
**interested** [4] - 51:11, 54:6, 56:22, 63:6
**interests** [4] - 35:5, 77:20, 77:21, 78:12
**interpreted** [1] - 18:24
**INTERPRETER** [9] - 5:22, 9:11, 19:1, 22:8, 23:9, 46:20, 54:21, 73:15, 82:6
**interpreter** [5] - 9:10, 19:1, 22:8, 54:21, 82:5
**interpreting** [1] - 82:5
**interrupt** [1] - 81:3
**interrupted** [1] - 28:11
**introduce** [1] - 4:19
**invest** [1] - 6:4
**invested** [2] - 29:8, 29:14
**investigate** [1] - 37:11
**investigation** [3] - 46:13, 85:21, 87:7
**investigations** [1] - 65:20
**investigator** [1] - 48:21
**investigators** [1] - 48:7
**investing** [1] - 44:16
**investment** [1] - 36:7
**investments** [3] - 6:7, 29:11, 29:23
**invigorate** [1] - 18:6
**invoices** [1] - 44:25
**involved** [6] - 6:11, 6:23, 19:16, 23:14, 50:24, 64:9
**involvement** [2] - 20:7, 57:8
**involving** [1] - 63:23
**issues** [1] - 68:4
**itself** [1] - 49:1

**J**

**Jalisco** [2] - 9:22, 9:23
**JAN** [1] - 1:21
**January** [10] - 30:19, 49:14, 53:23, 56:15, 57:22, 59:3, 67:7, 67:9, 68:6

**jealous** [1] - 35:14
**Joaquin** [1] - 20:24
**joined** [1] - 29:3
**joint** [1] - 35:1
**Joint** [4] - 3:9, 4:19, 5:12, 5:14
**joke** [2] - 13:20, 79:12
**JONATHAN** [1] - 1:15
**José** [2] - 23:19, 83:20
**jotted** [1] - 45:6
**JR** [2] - 1:18, 1:18
**Juan** [6] - 22:21, 24:15, 24:16, 24:19, 24:24, 41:12
**JUDGE** [1] - 1:11
**judge** [9] - 32:2, 59:11, 59:13, 59:15, 59:21, 72:13, 77:2, 77:4, 77:5
**judge's** [1] - 60:18
**June** [4] - 53:13, 53:17, 55:25, 58:5
**jury** [14] - 4:1, 4:3, 4:4, 4:13, 5:18, 7:11, 8:7, 11:6, 40:20, 41:5, 75:17, 76:1, 81:23, 82:17
**JURY** [1] - 1:10
**JUSTICE** [1] - 1:15

**K**

**KAITLIN** [1] - 1:14
**KATE** [1] - 1:14
**keep** [6] - 13:11, 32:14, 45:4, 45:11, 45:19, 85:15
**kept** [7] - 13:20, 32:17, 45:5, 49:8, 84:25, 85:9, 87:8
**kid** [1] - 64:3
**kidnap** [1] - 13:13
**kidnapped** [1] - 13:1
**kill** [2] - 76:21, 77:8
**killed** [8] - 13:18, 16:18, 16:19, 75:1, 75:2, 76:5, 79:1, 79:3
**killing** [4] - 14:4, 14:20, 75:4, 77:22
**kilo** [5] - 35:23, 36:9, 36:19, 36:22
**kilogram** [2] - 5:1, 5:2
**kilograms** [1] - 5:3
**kilos** [2] - 43:10, 58:8
**kingpin** [1] - 33:1

**knowledge** [8] - 10:6, 17:1, 27:14, 27:16, 29:5, 37:24, 46:14, 65:4
**known** [6] - 24:24, 41:13, 43:19, 51:25, 52:3, 65:22
**Kyle** [1] - 62:10

**L**

**laboratories** [1] - 8:13
**labs** [4] - 8:11, 8:16, 8:18
**lack** [4] - 10:6, 17:1, 17:9, 86:15
**ladies** [1] - 81:10
**Lalo** [2] - 39:25, 71:3
**largest** [1] - 35:20
**last** [4] - 67:8, 67:25, 68:10, 70:19
**lasting** [1] - 12:3
**late** [1] - 76:23
**lately** [1] - 42:13
**LAW** [2] - 1:18, 1:21
**law** [2] - 39:25, 40:2
**laws** [1] - 24:1
**lawyer** [1] - 61:6
**lay** [2] - 51:13, 85:4
**Lazaro** [4] - 11:9, 11:10, 11:12, 11:19
**leader** [7] - 8:17, 12:25, 13:7, 13:12, 26:3, 26:8, 33:12
**leaders** [2] - 21:7, 23:4
**leadership** [3] - 21:20, 21:24, 65:15
**least** [2] - 12:3, 39:15, 74:20
**leave** [3] - 76:17, 81:20, 82:25
**led** [1] - 18:19
**ledgers** [2] - 84:6, 84:14
**left** [7] - 5:24, 31:15, 32:19, 37:23, 38:8, 61:24, 66:1
**leg** [1] - 47:8
**legitimate** [1] - 85:11
**less** [2] - 60:5, 60:8
**level** [1] - 33:22
**Leyva** [2] - 20:18, 20:21
**life** [7] - 58:11, 71:20, 75:12, 75:18, 75:19, 76:3, 82:20
**Lisa** [1] - 88:12

**LISA** [2] - 2:1, 88:3
**live** [2] - 30:15, 83:15
**living** [4] - 30:9, 30:10, 30:13, 30:16
**load** [2] - 38:3, 39:1
**loads** [2] - 6:4, 6:24
**Lobo** [3] - 22:5, 22:7, 22:12
**local** [4] - 33:19, 33:21, 33:22, 33:23
**locating** [1] - 52:12
**logistics** [1] - 6:8
**look** [1] - 7:2
**looked** [1] - 44:19
**looking** [2] - 47:12, 49:8
**Los** [27] - 6:4, 11:25, 23:6, 23:7, 23:8, 23:12, 24:3, 24:5, 28:25, 40:1, 40:3, 40:10, 42:15, 43:16, 44:2, 44:10, 50:8, 50:11, 50:19, 54:6, 55:5, 55:15, 56:19, 62:12, 63:6, 69:21, 71:8
**losing** [1] - 39:15
**losses** [1] - 33:10
**lost** [4] - 31:15, 38:3, 39:1, 46:4
**loved** [1] - 76:4
**Luna** [3] - 34:18, 69:25, 70:3

**M**

**main** [3] - 23:20, 38:24, 62:14
**maintain** [3] - 84:19, 85:19, 86:2
**maintaining** [1] - 86:5
**March** [5] - 52:22, 57:7, 61:25, 67:16, 67:20
**Maria** [1] - 83:20
**marijuana** [1] - 20:12
**Mario** [2] - 83:21, 83:22
**mark** [1] - 4:5
**marked** [3] - 4:19, 5:11, 7:2
**married** [2] - 24:3, 24:4
**matters** [1] - 70:7
**Mayo** [1] - 21:3
**mean** [2] - 52:4, 52:8, 72:4
**meaning** [2] - 26:15,

35:7
**means** [1] - 22:12
**meant** [1] - 34:1
**meet** [3] - 48:6,
72:24, 74:5
**meeting** [31] - 9:22,
10:9, 38:6, 48:16,
48:21, 50:3, 53:1,
53:9, 53:13, 54:5,
54:9, 54:14, 54:18,
55:4, 55:11, 55:14,
56:9, 56:14, 56:17,
56:21, 56:24, 57:7,
57:12, 62:13, 63:10,
68:16, 68:17, 68:18,
73:2, 73:21, 75:3
**meetings** [17] - 6:7,
8:22, 51:3, 52:23,
53:7, 53:21, 55:12,
56:1, 61:24, 62:24,
63:11, 64:16, 67:25,
68:3, 68:6, 68:9, 69:4
**member** [3] - 29:25,
31:9, 34:20
**members** [4] - 12:25,
16:13, 30:7, 34:7
**memory** [2] - 38:11,
38:16
**Menchito** [45] -
13:24, 14:4, 50:22,
51:5, 51:17, 52:6,
52:18, 53:2, 53:8,
53:10, 53:14, 53:17,
53:19, 54:10, 54:13,
55:9, 55:16, 55:22,
56:2, 56:5, 56:10,
56:16, 56:23, 57:1,
57:4, 57:9, 62:2,
62:10, 62:17, 63:4,
63:8, 63:10, 63:13,
63:17, 64:8, 67:17,
68:1, 68:2, 68:7, 68:9,
70:6, 70:9, 70:22,
70:24, 71:5
**Menchito's** [1] - 14:8
**Mencho** [26] - 25:1,
25:3, 25:8, 29:1,
40:11, 42:15, 43:16,
44:3, 44:10, 50:25,
51:16, 52:5, 52:17,
54:6, 54:16, 55:5,
55:15, 56:20, 62:13,
63:6, 63:16, 64:5,
66:12, 69:21, 70:9,
70:24
**Mencho's** [1] - 54:17
**mention** [26] - 38:14,
53:1, 53:8, 53:14,
53:17, 53:19, 54:13,
54:15, 54:17, 55:22,

56:2, 56:5, 56:9,
56:16, 56:23, 57:1,
57:8, 62:2, 62:10,
62:17, 64:23, 65:12,
65:17, 67:17, 68:1,
68:7
**mentioned** [23] -
11:5, 14:12, 15:3,
16:13, 27:10, 36:13,
42:20, 51:5, 52:17,
54:9, 55:15, 57:3,
63:3, 63:8, 64:13,
65:15, 70:5, 70:21,
71:13, 73:11, 73:14,
73:17, 73:20
**merchandise** [1] -
26:23
**met** [14] - 48:11,
49:5, 51:4, 52:21,
53:6, 53:22, 53:24,
54:3, 55:24, 63:1,
63:13, 67:19, 68:10
**methamphetamine**
[2] - 8:11, 8:16
**methamphetamine
s** [1] - 8:14
**method** [2] - 47:24,
48:1
**methods** [1] - 35:11
**metric** [1] - 5:3
**Mexican** [8] - 32:20,
34:7, 34:12, 46:10,
48:3, 48:7, 49:6, 70:8
**Mexico** [18] - 10:14,
34:16, 34:20, 34:24,
42:20, 46:18, 47:10,
48:4, 48:7, 48:21,
50:15, 64:4, 64:19,
64:20, 66:8, 66:11,
70:5
**Michoacan** [5] -
10:17, 11:8, 11:24,
12:24
**microphone** [1] -
7:14
**might** [11] - 15:20,
35:5, 35:7, 35:10,
35:13, 36:5, 43:19,
46:7, 46:8, 46:15,
73:23
**Miguel** [1] - 21:9
**Milenio** [39] - 6:1,
10:10, 10:13, 11:14,
11:19, 11:24, 12:25,
18:18, 21:25, 22:2,
22:23, 23:22, 26:6,
26:8, 27:18, 28:19,
28:20, 29:17, 31:4,
31:17, 32:11, 33:13,
33:16, 38:3, 39:24,

40:10, 41:14, 44:12,
51:14, 51:17, 52:6,
52:13, 65:14, 65:16,
66:1, 72:3, 74:17,
80:9, 80:18
**military** [2] - 34:8,
34:12
**million** [4] - 25:17,
25:19, 25:25, 33:15
**mine** [1] - 31:14
**Mingo** [2] - 39:22,
40:1
**MINGO** [1] - 39:22
**minute** [1] - 40:17
**minutes** [3] - 18:14,
40:22, 81:5
**mock** [1] - 69:6
**Mojarro** [4] - 23:2,
28:22, 65:22, 84:17
**moment** [9] - 12:20,
17:22, 52:4, 52:16,
55:7, 55:23, 62:19,
71:11, 79:20
**Mondragon** [1] -
44:6
**money** [10] - 12:7,
26:12, 29:8, 29:14,
31:21, 39:10, 39:13,
40:4, 40:7, 76:19
**month** [2] - 8:15,
8:18
**months** [9] - 58:13,
59:6, 60:20, 61:5,
61:10, 64:24, 68:12,
68:13
**Mori** [11] - 53:22,
54:5, 55:3, 56:15,
56:18, 57:6, 57:13,
62:10, 62:12, 63:1,
63:4
**Mori's** [2] - 55:15,
56:19
**morning** [9] - 5:24,
8:10, 25:15, 25:16,
74:19, 81:20, 82:21,
83:12, 87:20
**Moro** [1] - 44:6
**most** [1] - 39:13
**mothers** [1] - 77:13
**motion** [4] - 60:16,
61:4, 61:7, 61:9
**move** [3] - 7:9,
11:20, 87:18
**moving** [1] - 40:14
**MR** [56] - 7:13, 7:17,
7:21, 10:5, 14:15,
15:13, 15:18, 16:7,
16:25, 17:9, 18:1,
18:9, 18:11, 19:3,
19:4, 22:11, 23:11,

25:7, 27:24, 28:2,
28:5, 28:7, 28:9,
28:12, 28:18, 37:21,
37:24, 38:1, 40:16,
41:9, 41:10, 43:12,
43:14, 46:22, 46:24,
51:20, 51:23, 54:25,
67:11, 67:13, 71:10,
71:12, 73:16, 78:8,
81:6, 81:8, 82:1,
82:10, 85:8, 85:14,
85:20, 86:14, 86:22,
87:3, 87:6, 87:21
**MS** [39] - 4:2, 4:6,
4:9, 4:17, 4:24, 5:23,
7:9, 8:6, 8:8, 9:9,
9:13, 10:12, 10:24,
11:1, 15:1, 15:15,
16:1, 16:3, 16:10,
17:3, 17:6, 17:13,
17:14, 17:22, 41:2,
82:11, 82:15, 82:22,
82:24, 83:5, 83:23,
84:1, 84:4, 84:13,
84:17, 84:21, 85:2,
85:4, 86:4
**multiple** [3] - 15:4,
35:7, 35:10
**municipalities** [1] -
33:21
**murder** [10] - 13:13,
50:22, 75:7, 75:14,
79:18, 80:1, 80:5,
80:7, 80:13, 80:19
**murdered** [11] - 13:2,
14:1, 15:2, 15:25,
74:24, 75:11, 75:16,
78:16, 78:21, 79:2,
81:1
**murders** [10] - 14:21,
14:23, 15:8, 15:11,
74:17, 74:20, 75:21,
79:23, 80:8, 80:15

# N

**nail** [1] - 6:8
**name** [5] - 22:21,
24:7, 24:15, 30:1,
64:23
**names** [3] - 22:16,
28:14, 29:25
**narco** [1] - 54:17
**NASEEF** [38] - 1:14,
4:2, 4:6, 4:9, 4:17,
4:24, 5:23, 8:6, 8:8,
9:9, 9:13, 10:12,
10:24, 11:1, 15:1,
15:15, 16:1, 16:3,
16:10, 17:3, 17:6,

17:13, 17:14, 17:22,
41:2, 82:11, 82:15,
82:22, 82:24, 83:5,
83:23, 84:1, 84:4,
84:13, 84:17, 84:21,
85:2, 85:4
**naturalization** [2] -
82:14, 82:18
**NAVA** [1] - 5:21
**Nava** [14] - 3:6, 5:24,
8:9, 16:11, 18:12,
22:21, 41:13, 64:7,
71:14, 74:4, 74:15,
84:15, 86:17, 86:24
**navy** [1] - 34:10
**necessary** [1] - 75:9
**need** [4] - 37:4,
40:25, 50:7, 79:11
**needs** [1] - 54:22
**negotiated** [1] - 58:4
**Nemesio** [2] - 24:9,
24:19
**network** [2] - 51:9,
52:2
**never** [12] - 29:14,
38:3, 39:1, 42:4, 51:5,
52:17, 64:13, 70:5,
74:13, 75:1, 75:2,
78:25
**New** [2] - 41:16,
69:25
**news** [1] - 16:3
**newspaper** [1] -
81:15
**next** [6] - 81:5,
82:25, 83:9, 83:19,
83:24, 84:14
**nickname** [4] - 22:5,
22:14, 24:17, 43:4
**nicknamed** [1] - 25:8
**nicknames** [1] -
22:15
**nine** [1] - 12:3
**nobody** [2] - 51:19,
51:24
**nonetheless** [1] -
19:22
**nonresponsive** [1] -
51:21
**Northeast** [1] - 1:16
**Northwest** [2] - 2:3,
88:14
**Nos** [2] - 3:10, 8:4
**notebooks** [1] -
81:21
**notes** [4] - 45:1,
45:5, 46:7, 88:5
**nothing** [6] - 32:18,
43:16, 47:22, 54:9,
55:16, 70:21

**notice** [1] - 15:22
**notifying** [1] - 54:19
**notoriety** [2] - 54:23, 54:24
**November** [2] - 48:12, 61:13
**number** [2] - 50:24, 55:9

## O

**objection** [10] - 7:12, 8:2, 10:5, 14:15, 16:25, 17:9, 51:20, 85:7, 86:13
**objects** [1] - 84:6
**observe** [1] - 6:17
**obtain** [1] - 47:15
**obtained** [1] - 36:13
**occasions** [2] - 79:4, 79:5
**occurred** [6] - 4:11, 27:15, 31:15, 32:20, 38:17, 86:9
**occurs** [1] - 73:4
**October** [9] - 27:11, 27:13, 29:4, 46:18, 46:22, 57:20, 62:25, 65:5
**OF** [6] - 1:1, 1:3, 1:10, 1:15, 1:18, 1:21
**offenses** [1] - 72:8
**offer** [1] - 84:8
**offering** [1] - 7:22
**office** [2] - 34:23, 48:12
**OFFICE** [1] - 1:21
**officer** [3] - 70:4, 73:3, 73:7
**OFFICES** [1] - 1:18
**official** [3] - 33:23, 33:24, 88:12
**Official** [1] - 2:1
**officials** [2] - 33:19, 34:1
**often** [1] - 35:4
**old** [1] - 63:24
**older** [1] - 25:11
**once** [4] - 26:3, 27:17, 53:24, 69:10
**one** [55] - 7:3, 7:16, 8:18, 14:13, 14:19, 15:2, 15:7, 15:10, 16:14, 16:19, 16:22, 17:22, 20:21, 21:9, 27:7, 27:22, 28:21, 31:18, 33:6, 33:11, 33:12, 33:18, 37:9, 38:14, 40:3, 42:25,

44:5, 45:18, 48:11, 48:16, 52:25, 54:21, 54:22, 55:18, 59:13, 61:3, 65:12, 65:13, 65:24, 67:25, 69:5, 70:11, 71:8, 71:10, 72:17, 75:22, 77:6, 79:1, 83:7, 83:11
**one's** [3] - 75:12, 75:18
**ones** [6] - 23:20, 35:9, 62:14, 68:2, 76:4, 78:19
**open** [2] - 8:1, 16:9
**operate** [1] - 34:4
**operating** [1] - 66:10
**operation** [2] - 44:12, 45:17
**opportunities** [1] - 49:3
**opportunity** [2] - 48:25
**opposite** [1] - 14:3
**opposition** [1] - 83:16
**ordered** [2] - 74:17, 74:22, 75:14, 78:16, 78:21, 79:1, 79:18, 79:23, 80:1, 80:8, 80:19, 81:1
**ordering** [2] - 75:7, 80:4
**orders** [1] - 87:9
**organization** [9] - 10:10, 11:22, 32:17, 55:7, 55:8, 62:18, 62:23, 66:22, 80:22
**OSCAR** [1] - 5:21
**Oscar** [2] - 3:6, 86:24
**Oseguera** [8] - 18:15, 24:10, 24:20, 25:11, 50:21, 63:13, 70:22, 71:4
**OSEGUERA** [1] - 1:6
**Oseguera's** [3] - 23:12, 23:25, 70:15
**OSEGUERA-GONZALEZ** [1] - 1:6
**ourselves** [2] - 18:7, 76:10
**outside** [1] - 51:25
**outstanding** [1] - 83:7
**overflow** [1] - 83:17
**overruled** [5] - 7:24, 10:7, 17:2, 51:22
**owed** [1] - 45:19
**own** [9] - 13:6, 30:2, 35:5, 35:14, 61:4, 67:2, 67:3, 77:20,

78:12
**owns** [2] - 30:14, 30:17

## P

**P-E-L-O-N** [1] - 28:2
**P-I-L-O** [2] - 28:3, 71:15
**p.m** [6] - 1:7, 4:14, 40:21, 41:6, 81:24, 87:22
**PAGE** [1] - 3:8
**paid** [3] - 33:15, 36:22, 37:1
**paper** [1] - 5:17
**parents** [1] - 24:11
**Parkers** [1] - 12:14
**part** [9] - 6:1, 26:21, 35:20, 40:9, 42:18, 50:18, 70:9, 70:25, 75:10
**participate** [2] - 19:18, 19:19
**participation** [1] - 6:15
**particular** [1] - 23:14
**particularly** [1] - 6:20
**parties** [1] - 5:9
**partner** [1] - 21:3
**partners** [1] - 50:13
**parts** [5] - 27:1, 27:8, 27:20, 38:13, 52:6
**party** [2] - 29:20, 41:23
**passed** [2] - 80:11, 80:24
**path** [1] - 76:24
**pay** [2] - 31:1, 31:24
**paying** [3] - 30:25, 47:15, 47:21
**peace** [4] - 76:19, 76:21, 78:14, 79:21
**Pelon** [9] - 24:17, 24:19, 24:24, 25:9, 25:11, 27:23, 28:1, 28:4, 28:17
**penalty** [1] - 32:7
**penny** [2] - 31:18, 32:23
**pens** [1] - 81:21
**people** [35] - 13:5, 13:8, 14:2, 14:9, 14:10, 14:12, 14:20, 15:4, 15:20, 15:24, 16:15, 17:16, 28:16, 29:2, 47:3, 47:17, 47:18, 48:9, 48:14,

52:2, 62:23, 65:15, 76:4, 76:22, 77:8, 77:22, 78:16, 78:21, 79:1, 79:2, 79:18, 80:13, 80:22, 81:1
**per** [4] - 8:14, 35:22, 35:23, 36:9
**perhaps** [4] - 55:23, 62:19, 85:11
**period** [5] - 10:23, 29:8, 31:17, 37:19, 87:11
**permit** [1] - 30:24
**person** [14] - 13:19, 14:5, 14:13, 14:14, 15:2, 16:14, 16:17, 16:19, 16:23, 17:7, 17:17, 44:7, 72:19, 82:17
**personal** [6] - 10:6, 17:1, 27:14, 29:5, 46:14, 65:4
**personally** [7] - 6:4, 12:9, 74:24, 75:2, 75:5, 78:25, 79:2
**phone** [1] - 81:4
**photographs** [3] - 7:5, 7:7, 7:8
**photos** [1] - 7:22
**pick** [3] - 12:10, 12:20, 51:6
**picked** [6] - 12:15, 14:12, 15:4, 15:24, 16:13, 17:18
**picking** [1] - 15:20
**pickups** [1] - 14:9
**Pilo** [26] - 27:22, 27:24, 27:25, 28:2, 28:4, 28:17, 47:16, 65:22, 65:25, 66:4, 66:9, 66:14, 66:23, 71:15, 71:17, 72:5, 72:11, 72:21, 73:2, 73:6, 73:9, 73:22, 73:25, 74:6, 74:11
**PILO** [2] - 47:16, 65:22
**Pilo's** [2] - 73:25, 74:8
**pistol** [1] - 9:4
**place** [2] - 11:2, 45:10
**placed** [2] - 72:14
**Plaintiff** [1] - 1:4
**played** [3] - 6:13, 64:11, 64:12
**players** [1] - 65:13
**plea** [2] - 58:4, 72:8
**pleasant** [2] - 81:20, 81:25

**pled** [3] - 58:5, 58:7, 71:17
**point** [4] - 4:11, 8:20, 21:13, 45:3
**port** [3] - 11:17, 33:19, 50:25
**Port** [1] - 11:19
**ports** [2] - 63:17, 64:4
**pose** [1] - 37:7
**possessing** [1] - 86:6
**possibility** [1] - 27:5
**possibly** [4] - 73:23, 73:25, 74:1
**potentially** [1] - 58:20
**pounds** [1] - 5:2
**practice** [1] - 45:4
**praising** [1] - 13:24
**precise** [1] - 10:22
**prefer** [2] - 79:8, 79:9
**preliminary** [1] - 5:7
**preparation** [2] - 68:13, 68:19
**prepared** [1] - 68:21
**present** [2] - 73:24, 79:2
**presented** [2] - 49:1, 49:3
**president** [2] - 34:20, 34:23
**presuming** [1] - 14:22
**PREVIOUSLY** [1] - 5:21
**previously** [1] - 78:15
**price** [2] - 36:18, 37:1
**pride** [1] - 13:19
**prince** [1] - 54:18
**principals** [1] - 20:22
**priorities** [2] - 52:16, 65:19
**priority** [5] - 52:9, 52:11, 54:20, 54:24, 55:1
**prison** [4] - 30:5, 49:6, 62:3, 62:7
**probation** [2] - 73:3, 73:7
**problem** [2] - 37:2, 75:7
**problems** [5] - 66:17, 66:20, 67:1, 67:2, 67:3
**proceed** [4] - 4:16, 4:23, 41:8
**Proceedings** [1] -

87:22
  **proceedings** [10] - 4:14, 7:25, 16:8, 40:21, 40:24, 41:4, 41:6, 81:24, 83:4, 88:6
  **produce** [1] - 8:16
  **produced** [1] - 88:6
  **producing** [2] - 8:14, 8:18
  **product** [4] - 26:19, 36:1, 36:2, 39:16
  **profit** [6] - 26:1, 29:7, 32:15, 35:22, 35:23, 36:9
  **profited** [2] - 26:8, 35:17
  **profits** [3] - 25:15, 25:18, 35:16
  **prolific** [1] - 59:18
  **properties** [4] - 29:14, 29:20, 29:24, 32:21
  **property** [5] - 29:11, 30:2, 30:6, 30:13, 30:16
  **prosecutors** [1] - 82:9
  **protect** [2] - 19:12, 77:15
  **protected** [1] - 76:13
  **protecting** [2] - 76:6, 76:7
  **protection** [3] - 26:16, 77:23, 78:14
  **provide** [3] - 49:9, 50:12, 52:11
  **provided** [2] - 15:22, 44:22
  **providing** [5] - 12:6, 12:7, 50:10, 66:15, 80:23
  **pseudonym** [1] - 83:14
  **publish** [2] - 7:10, 8:6
  **Puerto** [5] - 11:9, 11:10, 12:22, 50:25, 63:17
  **purchase** [1] - 29:19
  **purchased** [2] - 29:25, 30:5
  **purchasing** [1] - 26:19
  **purported** [1] - 87:10
  **put** [3] - 29:24, 63:16, 64:2
  **putting** [2] - 64:8, 64:10

## Q

  **quadruple** [1] - 37:1
  **qualify** [1] - 84:23
  **quantity** [1] - 37:2
  **questions** [7] - 17:23, 48:15, 69:1, 69:3, 79:13, 83:7, 83:11
  **quick** [1] - 82:11
  **quickly** [1] - 5:18
  **quite** [1] - 64:15

## R

  **raise** [1] - 83:8
  **Ramirez** [5] - 21:9, 23:2, 28:22, 83:21, 84:17
  **range** [1] - 58:13
  **Raul** [4] - 42:25, 43:1, 43:6, 43:17
  **Raymundo** [1] - 69:17
  **RDR** [3] - 2:1, 88:3, 88:12
  **re** [1] - 17:3
  **re-ask** [1] - 17:3
  **reach** [1] - 36:1
  **reached** [2] - 34:15, 34:23
  **read** [7] - 4:3, 4:4, 4:7, 4:23, 4:24, 5:19, 81:14
  **ready** [4] - 4:1, 18:2, 18:8, 18:9
  **realizes** [1] - 77:6
  **realizing** [1] - 76:23
  **really** [5] - 18:3, 27:4, 74:2, 78:20, 82:20
  **realtime** [1] - 84:25
  **reason** [1] - 52:1
  **reasons** [3] - 40:3, 76:17, 87:18
  **RECEIVED** [1] - 3:8
  **received** [1] - 31:25
  **recently** [1] - 71:14
  **recess** [2] - 40:23, 81:11
  **recognize** [1] - 7:5
  **recollection** [2] - 45:23, 86:20
  **reconnect** [2] - 72:2, 72:4
  **record** [4] - 25:6, 43:12, 84:8, 85:17
  **records** [27] - 45:4,

45:11, 45:15, 45:19, 45:20, 45:23, 46:15, 84:9, 84:20, 84:24, 84:25, 85:9, 85:15, 85:19, 85:22, 85:23, 85:24, 86:3, 86:7, 86:18, 86:19, 86:22, 87:4, 87:8, 87:9, 87:10, 87:14
  **recruited** [1] - 65:21
  **Red** [1] - 3:3
  **reduce** [3] - 60:17, 61:4, 61:20
  **reduced** [3] - 58:25, 60:20, 61:9
  **reduction** [4] - 58:20, 58:21, 65:2, 65:9
  **reductions** [1] - 61:19
  **reference** [2] - 48:2, 80:25
  **referring** [5] - 13:23, 46:6, 73:17, 80:7, 80:12
  **regard** [6] - 20:9, 25:15, 38:2, 57:18, 67:6, 70:3
  **regarding** [1] - 70:7
  **regardless** [1] - 29:4
  **regular** [3] - 45:3, 85:9, 86:17
  **regularly** [1] - 84:9
  **rehearse** [2] - 68:21, 68:24
  **reinvest** [1] - 26:14
  **reinvested** [1] - 26:12
  **related** [1] - 83:9
  **relationship** [11] - 11:6, 20:17, 21:2, 21:11, 24:13, 44:9, 69:17, 69:22, 71:5, 73:18, 73:19
  **relationships** [6] - 20:24, 21:2, 21:5, 21:6, 40:9, 42:14
  **relatives** [1] - 64:6
  **release** [5] - 47:15, 47:20, 47:23, 72:15, 72:18
  **released** [5] - 30:19, 42:9, 47:13, 47:25, 61:13
  **relevant** [1] - 4:25
  **relied** [4] - 84:25, 85:22, 86:11, 87:14
  **remember** [7] - 32:1, 38:5, 38:6, 38:8, 38:14, 38:23, 39:5,

48:18, 48:19, 48:20, 53:9, 53:15, 53:18, 53:20, 53:24, 54:3, 61:8, 62:11, 79:7, 79:8, 79:9, 80:3, 80:4, 80:6
  **remembering** [1] - 54:1
  **render** [2] - 19:2, 22:9
  **rent** [1] - 30:25
  **renting** [1] - 30:15
  **repeat** [2] - 24:25, 46:20
  **rephrase** [1] - 25:24
  **report** [1] - 13:1
  **REPORTED** [1] - 2:1
  **reporter** [1] - 28:17
  **Reporter** [2] - 2:1, 88:12
  **REPORTER** [4] - 7:14, 25:5, 27:23, 73:13
  **reports** [2] - 85:21, 87:7
  **request** [3] - 9:9, 61:20, 82:1
  **require** [1] - 6:7
  **required** [1] - 76:21
  **requires** [1] - 60:10
  **rescue** [1] - 46:5
  **Resistance** [1] - 66:5
  **resolve** [1] - 66:20
  **resolved** [1] - 41:21
  **respect** [1] - 5:6
  **response** [2] - 25:6, 77:25
  **responses** [2] - 19:2, 22:9
  **responsible** [2] - 13:7, 86:5
  **rest** [1] - 32:14
  **result** [5] - 60:19, 71:25, 72:7, 77:8, 78:22
  **retired** [1] - 83:3
  **retrieved** [1] - 46:15
  **return** [1] - 76:16
  **revenue** [1] - 36:4
  **rifle** [1] - 9:14
  **rifles** [2] - 9:16, 12:13
  **rising** [2] - 54:23, 54:24
  **risk** [1] - 39:15
  **rival** [6] - 14:13, 16:13, 45:15, 79:23, 80:24, 81:2
  **Rodrigo** [1] - 44:6
  **role** [3] - 6:13, 64:11,

64:12
  **roles** [1] - 65:16
  **RONIS** [3] - 1:21, 1:21
  **room** [2] - 5:18, 14:6
  **Room** [1] - 2:3
  **Rosalinda** [2] - 24:7, 24:10
  **route** [3] - 11:9, 11:16, 44:11
  **routes** [11] - 26:17, 35:12, 37:6, 38:25, 39:3, 39:19, 44:19, 45:16, 50:14, 50:18
  **routinely** [1] - 87:8
  **RUBEN** [1] - 1:6
  **Ruben** [9] - 18:15, 50:21, 63:13, 63:20, 64:18, 65:10, 70:14, 70:21, 71:4
  **Ruben's** [1] - 64:23
  **Rule** [1] - 84:10
  **rule** [1] - 85:12
  **rulings** [1] - 16:6
  **run** [1] - 64:3
  **running** [3] - 8:11, 64:2, 65:2
  **rural** [2] - 10:1, 10:2

## S

  **SAHNI** [3] - 1:14, 7:9, 86:4
  **Sahni** [2] - 85:4, 86:2
  **sahni's** [1] - 84:21
  **San** [2] - 1:20, 1:23
  **savings** [4] - 31:1, 31:3, 32:15
  **saw** [5] - 9:2, 9:4, 9:20, 48:25, 78:12
  **scale** [1] - 26:13
  **scheduling** [1] - 82:12
  **scratch** [1] - 16:17
  **screen** [1] - 7:1
  **seaport** [4] - 11:12, 11:13, 11:15, 63:18
  **searches** [2] - 46:3, 46:12
  **second** [7] - 22:23, 41:13, 54:21, 54:22, 55:13, 57:17, 69:24
  **secretary** [3] - 34:16, 34:22, 70:4
  **section** [1] - 40:15
  **security** [11] - 19:24, 26:15, 26:16, 34:16, 35:13, 35:15, 70:4, 70:5, 77:23, 78:13

**see** [9] - 9:17, 12:17, 31:6, 31:7, 45:19, 47:13, 60:1, 78:10, 81:19
**seek** [1] - 84:8
**seeking** [2] - 15:5, 76:19
**seeks** [2] - 83:12, 83:19
**seized** [2] - 46:8, 87:1
**seizure** [1] - 37:7
**seizures** [1] - 46:3
**sell** [1] - 42:22
**selling** [1] - 35:23
**sending** [1] - 26:23
**sent** [1] - 39:2
**sentence** [16] - 32:3, 58:11, 58:20, 58:22, 58:25, 60:2, 60:17, 60:20, 60:23, 61:5, 61:9, 61:16, 61:21, 64:24, 65:9, 71:20
**sentenced** [4] - 59:3, 59:6, 72:13, 77:1
**sentencing** [8] - 32:1, 53:25, 54:3, 56:18, 57:15, 59:10, 59:11, 59:16
**separate** [7] - 43:20, 43:21, 43:22, 44:1, 44:9, 69:20, 72:6
**September** [4] - 1:6, 53:19, 60:20, 88:10
**series** [1] - 49:20
**served** [1] - 61:17
**SESSION** [1] - 1:7
**sessions** [1] - 64:16
**settled** [1] - 18:6
**several** [9] - 16:15, 23:3, 47:17, 48:14, 52:23, 53:7, 53:21, 69:11
**shall** [1] - 72:18
**share** [4] - 35:7, 35:10, 35:13, 73:18
**shared** [1] - 40:7
**shipments** [4] - 6:11, 44:16, 44:17
**ships** [1] - 11:13
**shot** [7] - 16:22, 16:23, 16:24, 17:7, 17:8, 17:17, 17:19
**show** [1] - 7:1
**shown** [2] - 7:8, 83:15
**sic** [3] - 9:8, 45:24, 46:19
**side** [1] - 28:21
**SIEDO** [2] - 48:12,

48:13
**signed** [2] - 4:21, 43:6
**significance** [1] - 22:14
**significant** [2] - 64:4, 72:3
**simple** [1] - 15:16
**Sinaloa** [5] - 11:23, 20:19, 20:22, 34:25, 35:2
**sister** [1] - 24:4
**sit** [4] - 30:2, 38:18, 45:21, 83:17
**situation** [3] - 13:21, 15:3, 31:15
**six** [4] - 64:13, 65:1, 65:12, 65:17
**smaller** [1] - 38:14
**snacks** [1] - 81:15
**solve** [3] - 66:18, 67:2, 67:3
**someone** [2] - 72:24, 75:11
**sometime** [1] - 54:2
**sometimes** [8] - 35:7, 35:10, 35:13, 35:14, 36:17, 38:13, 75:9, 81:15
**son** [8] - 24:9, 24:12, 24:19, 24:20, 24:24, 25:8, 28:6, 54:17
**sons** [1] - 24:23
**sooner** [1] - 77:5
**sorry** [12] - 9:11, 15:15, 24:25, 28:11, 46:22, 46:23, 57:12, 57:24, 58:21, 62:4, 72:13, 83:5
**sort** [1] - 44:24
**sounds** [1] - 40:13
**source** [2] - 35:7, 45:16
**Spain** [2] - 39:19, 39:23
**Spanish** [1] - 22:12
**spark** [1] - 77:6
**speaking** [1] - 72:5
**Special** [1] - 53:22
**specific** [3] - 38:23, 51:11, 56:19
**specifically** [10] - 15:8, 39:18, 54:6, 55:4, 56:15, 58:7, 62:12, 66:23, 67:18, 80:15
**speculation** [2] - 10:5, 16:25
**spell** [1] - 28:14
**split** [1] - 27:20,

28:20
**spoken** [1] - 71:14
**spreadsheets** [2] - 86:4, 86:6
**stand** [3] - 18:5, 40:25, 82:25
**staring** [1] - 64:23
**start** [4] - 50:4, 50:7, 50:15, 81:11
**started** [6] - 20:9, 20:12, 25:22, 51:10, 54:16, 56:18
**starting** [1] - 63:9
**starts** [1] - 82:18
**state** [1] - 33:22
**statement** [1] - 59:10
**STATES** [3] - 1:1, 1:3, 1:11
**States** [26] - 2:2, 29:12, 29:20, 29:23, 30:3, 30:11, 31:22, 35:18, 35:19, 35:20, 35:24, 36:5, 36:21, 37:7, 37:10, 39:4, 48:5, 48:8, 49:2, 49:13, 49:17, 50:1, 51:5, 57:22, 59:1, 88:13
**stationed** [1] - 39:23
**stay** [1] - 58:25
**stayed** [1] - 66:12
**steal** [1] - 45:16
**stenographic** [1] - 88:5
**stepped** [1] - 20:15
**still** [7] - 19:22, 60:23, 64:23, 66:10, 78:23, 83:25, 84:1
**stipulated** [1] - 5:17
**stipulation** [2] - 5:11, 5:19
**stipulations** [6] - 4:2, 4:10, 4:20, 4:24, 5:7, 5:8
**stop** [4] - 66:21, 78:7, 78:9, 78:19
**stopped** [1] - 39:4
**straight** [1] - 86:1
**Street** [3] - 1:16, 1:19, 1:22
**studying** [1] - 19:21
**stuff** [1] - 81:16
**stuffy** [1] - 18:3
**substances** [1] - 71:18
**successful** [1] - 39:3
**suggested** [1] - 28:13
**Super** [2] - 9:2, 9:4
**supervised** [2] -

72:15, 72:18
**supervision** [1] - 86:12
**supplied** [1] - 12:5
**suppliers** [1] - 36:12
**supplies** [1] - 12:14
**supply** [3] - 11:25, 35:8, 45:16
**surrendered** [3] - 31:18, 31:22, 32:12
**suspected** [2] - 80:2, 80:20
**sweet** [1] - 81:17
**SWORN** [1] - 5:21

**T**

**T-I-O** [1] - 43:13
**targeted** [1] - 80:13
**teenager** [1] - 63:20
**ten** [3] - 40:17, 40:22, 58:11
**ten-minute** [1] - 40:17
**termed** [1] - 23:5
**terms** [3] - 35:22, 36:12, 44:12
**territory** [3] - 10:20, 11:5, 11:7
**testified** [14] - 15:2, 18:14, 25:14, 50:21, 52:5, 69:11, 69:16, 69:24, 70:13, 71:4, 74:19, 78:15, 78:17, 87:7
**testify** [4] - 68:21, 73:9, 85:3, 86:16
**testifying** [1] - 83:14
**testimony** [20] - 42:1, 44:22, 48:6, 51:16, 55:9, 63:12, 68:14, 68:19, 68:22, 69:2, 70:3, 70:24, 74:6, 74:8, 74:11, 82:8, 83:13, 83:20, 86:21, 86:24
**Texas** [5] - 29:14, 69:14, 69:16, 72:13, 77:1
**THE** [94] - 1:1, 1:10, 1:14, 1:18, 3:5, 4:1, 4:4, 4:7, 4:12, 4:15, 4:23, 5:5, 5:16, 7:12, 7:14, 7:16, 7:20, 7:24, 8:2, 9:11, 10:7, 10:9, 10:22, 14:16, 14:19, 15:6, 15:14, 15:16, 15:24, 16:2, 16:5, 17:2, 17:5, 17:11,

17:24, 18:2, 19:1, 22:8, 22:10, 23:9, 23:10, 25:5, 27:23, 27:25, 28:4, 28:6, 28:8, 28:11, 28:13, 37:19, 37:22, 40:13, 40:17, 40:22, 40:25, 41:7, 46:20, 51:22, 54:21, 54:23, 67:9, 67:12, 73:13, 73:15, 78:4, 78:6, 81:3, 81:7, 81:10, 81:25, 82:3, 82:6, 82:7, 82:13, 82:17, 82:23, 83:1, 83:11, 83:24, 84:2, 84:5, 84:16, 84:18, 84:23, 85:3, 85:7, 85:11, 85:18, 86:1, 86:10, 86:20, 86:23, 87:4, 87:19
**Thereupon** [3] - 40:23, 41:3, 83:3
**thinking** [5] - 13:21, 77:21, 77:23, 78:2, 78:13
**third** [5] - 23:1, 29:20, 41:23, 70:13, 84:11
**Third** [2] - 1:19, 1:22
**third-party** [1] - 41:23
**threat** [1] - 37:7
**three** [6] - 4:9, 4:24, 12:19, 14:9, 23:14, 83:11
**throughout** [2] - 43:24
**tied** [2] - 15:8, 36:7
**Tiger** [1] - 22:19
**Tigre** [3] - 28:21, 41:13, 66:4
**timeframe** [1] - 57:18
**today** [15] - 30:2, 38:18, 42:1, 44:23, 45:21, 48:6, 50:21, 51:16, 55:9, 63:12, 68:14, 68:19, 71:4, 74:6, 84:1
**together** [4] - 6:24, 13:16, 72:24, 74:7
**tomorrow** [4] - 81:7, 81:9, 82:12, 82:21
**ton** [3] - 5:3, 8:16, 8:18
**tons** [2] - 5:4, 33:2
**took** [5] - 17:18, 21:24, 39:15, 45:9, 78:23
**topic** [6] - 41:11, 42:7, 53:9, 62:19,

68:9, 70:23
**topics** [16] - 51:6,
51:11, 52:23, 53:15,
54:11, 54:15, 55:6,
55:12, 56:3, 56:4,
56:11, 57:2, 57:5,
62:22, 67:19, 74:14
**totality** [2] - 25:19,
32:10
**town** [1] - 9:24
**traffic** [2] - 6:10,
25:20
**trafficked** [2] - 21:17,
33:2
**trafficker** [1] - 31:10
**traffickers** [4] - 6:1,
13:2, 42:15, 79:24
**trafficking** [23] -
11:7, 15:9, 19:16,
19:20, 20:7, 20:9,
27:15, 31:23, 34:5,
37:12, 38:2, 52:14,
57:9, 59:19, 65:5,
66:11, 72:8, 74:16,
75:10, 76:7, 77:3,
77:15, 77:24
**tranquility** [4] -
76:20, 76:21, 78:14,
79:21
**transactions** [1] -
86:9
**transcript** [2] - 88:5,
88:6
**TRANSCRIPT** [1] -
1:10
**transcripts** [1] -
83:20
**translations** [1] -
84:7
**travel** [2] - 9:5, 19:13
**traveled** [4] - 18:15,
19:9, 19:22
**tremendous** [1] -
37:10
**Treviño** [2] - 21:10,
83:22
**TRIAL** [1] - 1:10
**tried** [6] - 19:12,
34:13, 47:20, 76:14
**true** [3] - 85:14, 88:4,
88:5
**trust** [2] - 64:3, 64:5
**trusted** [1] - 85:22
**trustworthiness** [1] -
86:15
**trustworthy** [2] -
85:25, 87:17
**truth** [6] - 59:14,
60:10, 60:14, 64:7,
74:4, 79:15

**try** [1] - 27:5
**trying** [7] - 13:11,
15:6, 18:4, 30:23,
47:11, 47:17, 50:12
**turn** [1] - 36:2
**turned** [3] - 18:4,
47:14, 47:24
**two** [14] - 8:19,
14:23, 15:7, 15:11,
24:23, 25:22, 27:20,
28:20, 50:24, 55:9,
64:3, 68:12, 68:13,
83:13
**type** [6] - 9:1, 9:3,
9:14, 80:5, 80:15
**types** [2] - 9:7, 12:12
**Tio** [4] - 43:4, 43:10,
43:15, 43:20

## U

**U.S** [5] - 1:15, 5:4,
36:11, 52:22, 73:6
**ultimately** [2] - 13:7,
66:24
**uncle** [1] - 70:15
**Uncle** [1] - 71:5
**uncles** [8] - 5:25,
6:16, 6:18, 6:21,
23:12, 23:25, 64:5,
64:9
**uncles'** [1] - 6:14
**under** [15] - 13:8,
21:20, 22:24, 23:22,
44:15, 50:24, 55:9,
62:15, 63:6, 83:14,
84:10, 85:5, 86:12,
86:14, 87:16
**understood** [3] -
28:16, 50:17, 72:14
**undisputed** [1] -
5:10
**united** [1] - 2:2
**United** [25] - 29:12,
29:20, 29:23, 30:3,
30:11, 31:22, 35:18,
35:19, 35:20, 35:24,
36:5, 36:21, 37:6,
37:10, 39:4, 48:5,
48:8, 49:2, 49:13,
49:16, 50:1, 51:5,
57:22, 59:1, 88:13
**UNITED** [3] - 1:1,
1:3, 1:11
**unknown** [1] - 52:7
**up** [20] - 12:10,
12:15, 12:20, 14:12,
15:4, 15:20, 15:25,
16:13, 17:18, 18:4,

18:5, 20:15, 26:13,
27:18, 34:15, 36:7,
63:10, 68:2, 74:13,
84:11
**updated** [2] - 86:4,
86:12
**urban** [1] - 10:1

## V

**VALENCIA** [1] - 5:21
**Valencia** [22] - 3:6,
5:24, 7:6, 8:9, 16:11,
21:20, 21:22, 22:21,
24:16, 24:20, 41:13,
42:25, 64:7, 70:14,
71:14, 74:4, 74:15,
83:21, 84:15, 86:17,
86:24
**Valencia's** [1] - 43:7
**Vallarta** [3] - 12:22,
50:25, 63:18
**valuable** [2] - 40:3,
65:9
**Venezuela** [2] -
36:14, 36:15
**VIA** [1] - 5:22
**Villareal** [1] - 69:17
**violence** [2] - 76:24,
76:25
**visiting** [1] - 30:10
**vs** [1] - 1:5

## W

**waiting** [1] - 30:23
**walked** [1] - 76:11
**wants** [3] - 83:8,
83:10, 85:5
**war** [15] - 10:13,
10:19, 11:2, 11:3,
11:5, 11:24, 12:3,
12:14, 18:19, 19:11,
21:5, 32:19, 75:19,
75:25, 79:22
**warehouse** [3] -
14:11, 85:23, 87:14
**warrant** [1] - 43:6
**Washington** [4] -
1:6, 1:16, 2:4, 88:14
**weapons** [13] - 9:7,
9:21, 12:1, 12:5, 12:7,
12:10, 12:12, 12:16,
12:21, 12:22, 17:18,
17:19, 20:2
**weeks** [2] - 49:25,
50:2
**weighed** [1] - 75:16
**weights** [1] - 4:10

**welcome** [1] - 4:15
**well..** [1] - 53:5
**West** [2] - 1:19, 1:22
**whole** [2] - 55:6,
62:18
**wife** [3] - 18:23, 19:7,
19:16
**wife's** [1] - 24:13
**WITNESS** [6] - 5:21,
10:9, 22:10, 23:10,
54:23, 78:6
**witness** [25] - 15:1,
15:20, 40:25, 41:3,
73:22, 73:23, 74:1,
82:1, 82:24, 83:3,
83:6, 83:9, 83:21,
83:24, 84:13, 84:14,
84:16, 84:19, 84:22,
85:16, 85:21, 86:2,
86:5, 86:16, 87:6
**witnesses** [1] - 83:13
**WITNESSES** [1] - 3:5
**wives** [1] - 77:11
**wolf** [1] - 22:12
**Wolf** [1] - 22:17
**word** [2] - 7:16,
27:25
**worker** [1] - 87:14
**workers** [1] - 86:4
**world** [2] - 26:24,
37:15
**write** [1] - 5:18

## Y

**year** [10] - 11:3, 12:4,
25:17, 25:25, 29:8,
31:17, 49:23, 49:24,
67:10, 70:19
**years** [24] - 8:17,
8:19, 11:2, 12:4, 31:4,
32:11, 33:16, 38:9,
38:21, 38:22, 43:24,
58:11, 59:8, 61:17,
61:18, 63:24, 64:14,
65:1, 65:12, 65:18,
68:25, 69:4, 72:14
**York** [2] - 41:16,
69:25
**yourself** [3] - 29:19,
47:8, 65:8
**yourselves** [1] -
81:19
**youth** [1] - 63:25

## Z

**Zambada** [1] - 21:3
**Zeta** [1] - 21:9

**Zetas** [4] - 10:18,
11:25, 21:6, 21:7