<pre>
 1                   UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
 2
       * * * * * * * * * * * * * * *    )
 3     UNITED STATES OF AMERICA,        )    Criminal Action
                                        )     No. 16-00229
 4                    Plaintiff,        )
                                        )
 5        vs.                           )
                                        )
 6     RUBEN OSEGUERA-GONZALEZ,         )    Washington, D.C.
                                        )    September 17, 2024
 7                    Defendant.        )    1:20 p.m.
                                        )    AFTERNOON SESSION
 8     * * * * * * * * * * * * * * *    )


 9


10
                             JURY TRIAL
11             BEFORE THE HONORABLE BERYL A. HOWELL
                    UNITED STATES DISTRICT JUDGE
12


13

       APPEARANCES:
14

       FOR THE GOVERNMENT:      KAITLIN J. SAHNI, ESQ.
15                              KATE M. NASEEF, ESQ.
                                JONATHAN R. HORNOK, ESQ.
16                              U.S. DEPARTMENT OF JUSTICE
                                145 N Street, Northeast
17                              Washington, D.C. 20530

18

       FOR THE DEFENDANT:       ANTHONY COLOMBO, JR., ESQ.
19                              LAW OFFICES OF ANTHONY COLOMBO, JR.
                                105 West F Street
20                              Third Floor
                                San Diego, California 92101
21
                                JAN EDWARD RONIS, ESQ.
22                              LAW OFFICE OF RONIS & RONIS
                                105 West F Street
23                              Third Floor
                                San Diego, California 92101
24


25
</pre>

```
1    REPORTED BY:              LISA EDWARDS, RDR, CRR
                                Official Court Reporter
2                               United States District Court for the
                                  District of Columbia
3                               333 Constitution Avenue, Northwest
                                Room 6706
4                               Washington, D.C. 20001
                                (202) 354-3269
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

3

1                        I N D E X

2

3                                Direct      Cross        Red.

4

5      WITNESSES FOR THE GOVERNMENT:

6      José Antonio Torres Marrufo                4           58

7      Steve Paris                       62

8

9      EXHIBITS RECEIVED IN EVIDENCE                         PAGE

10     Government's Exhibit No. 99                           84

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                 (Whereupon, the jury entered the courtroom at 1:20
 2        p.m. and the following proceedings were had:)
 3                 THE COURT:  Mr. Ronis, please proceed whenever
 4        you're ready.
 5        (JOSÉ ANTONIO TORRES MARRUFO, GOVERNMENT WITNESS, PREVIOUSLY
 6                                SWORN.)
 7                 CROSS-EXAMINATION (VIA INTERPRETER)
 8        BY MR. RONIS:
 9        Q.  Good afternoon, Mr. Marrufo.  So you were arrested what
10        year, sir?
11        A.  February 3rd, 2012.
12        Q.  And I thought you said that you've remained in custody
13        constantly since that date.  Is that correct, sir?
14        A.  Yes, sir.
15        Q.  And you have entered a plea of guilty.  Is that correct?
16        A.  No, not from that day.  I pled guilty in 2019 in El
17        Paso, Texas.
18        Q.  Understood.  You were charged in El Paso, Texas, with a
19        criminal activity that occurred in Mexico.  Is that correct,
20        sir?
21        A.  Could you repeat the question, please?
22        Q.  Okay.  So you were arrested at some point.  Is that
23        correct?
24        A.  Yes.
25        Q.  Okay.  And once again, when were you arrested?
```

```
1    A.  February 3rd, 2012.

2    Q.  And where were you arrested?

3    A.  Leon, Guanajuato, Mexico.

4    Q.  And at some point you were extradited to the United

5    States.  Is that correct, sir?

6    A.  Yes, sir.  In 2019.

7    Q.  And then at some point, you pled guilty.  Is that

8    correct?

9    A.  Yes, sir.

10   Q.  Now, let me ask you this:  Are you a citizen of the

11   United States?

12   A.  No, sir.

13   Q.  And have you ever had authorization to enter the United

14   States?

15   A.  Yes.  A tourist visa.

16   Q.  And when was that issued?

17   A.  In 2007.

18   Q.  And if you would, when was the last time you entered the

19   United States?

20   A.  More or less, 2009 or -- 2008 or '09.  That was the last

21   time.

22   Q.  And that would have been before most of the events that

23   you've testified to occurred.  Is that correct, sir?

24   A.  Could you repeat the question again, please?

25   Q.  And the last time that you entered the United States
```

1    would have been before the events that you've testified

2    about here in court today?

3    A.  Yeah.  It was a little bit before.

4    Q.  Okay.  And did you lose your ability to enter the United

5    States, your visa?

6    A.  No.  Even when I was arrested, my visa was still valid.

7    It was not expiring until 2017.

8    Q.  All right.  But the last time you entered the United

9    States, as you testified, was about 2009.  Correct, sir?

10   A.  Yes, sir.

11   Q.  Now, you were also asked by counsel this morning about

12   your criminal record.

13   A.  Repeat it again, please.

14   Q.  You were asked by the prosecutor this morning about your

15   criminal record.  Is that correct, sir?

16   A.  Yes.

17   Q.  And you mentioned about that which you pled guilty to in

18   this case.  Is that correct?

19   A.  Yes, sir.

20   Q.  And in fact, don't you have more criminal history than

21   that?

22   A.  Could you repeat it again, please?

23   Q.  Have you been arrested before your arrest in this case?

24   A.  No.

25             THE COURT:  Mr. Ronis, you keep saying "this

```
 1    case."  I think, just to be clear --

 2                MR. RONIS:  All right.

 3                THE COURT:  -- he's not a co-defendant in any way

 4    in this case.

 5                MR. RONIS:  All right.

 6                THE COURT:  So you mean the case in which he

 7    entered a plea of guilty.

 8    BY MR. RONIS:

 9    Q.  So --

10                THE COURT:  If you could clarify that.

11                MR. RONIS:  I will.

12    BY MR. RONIS:

13    Q.  So you last entered the United States, I believe you

14    mentioned, about 2009.

15    A.  Yes.

16    Q.  And prior to that, had you ever suffered a conviction

17    for any criminal events in the United States?

18    A.  No, sir.

19    Q.  Now, you recall being interviewed by some of the -- some

20    of the prosecutors and/or agents in this case a number of

21    months ago?

22    A.  Yes.

23    Q.  And was that in the federal prison in Victorville,

24    California?

25    A.  Yes, sir.
```

1    Q.  And did they travel there to speak with you?

2    A.  Yes, sir.

3    Q.  And do you recall expressing some reluctance not to talk

4    with them because of a problem you were having with the

5    prison staff?

6    A.  Yes.

7    Q.  And what was that problem?

8    A.  Well, that it is not safe to speak because the officers

9    there, they say everything.

10   Q.  Was there some thought in your mind that they were

11   talking about a prior conviction of yours?

12   A.  No, no, no, no.

13   Q.  You don't recall any discussion about that?

14   A.  No, but repeat the question, please.  I don't

15   understand.

16   Q.  Do you recall meeting with the agents and prosecutors in

17   Victorville, California?

18   A.  Yes.

19   Q.  And you had reluctance to speak with them while the

20   prison guards were in the area.  Is that correct?

21   A.  Yes, sir.

22   Q.  And was that as a result of some other criminal activity

23   that you had been engaged in that you didn't want to do so?

24   A.  No.  It was just because -- for my security.

25   Q.  All right.  And ultimately, you resolved that conflict

```
1    and spoke with them.  Is that correct, sir?

2    A.  Yes.

3    Q.  And that was just last month.  Is that correct, sir?

4    A.  Yes, sir.

5    Q.  And you spoke with them in detail about the events that

6    you have testified to in court here today.  Is that correct?

7    A.  Yes, sir.

8    Q.  And were you testifying from memory?

9    A.  Yes.  What I lived through.

10   Q.  And when did you first see the person that you described

11   as Menchito?  What year was that?

12   A.  I don't have a date.  I don't remember the exact date.

13   Q.  Do you recall the first meeting you had with

14   Mr. Oseguera and his father?

15   A.  Yes, sir.

16   Q.  And do you recall describing that that meeting took

17   place in either late 2010 or 2011?

18   A.  Yes, sir.

19   Q.  And when did you go to the prison in Oaxaca?

20   A.  2000- -- more or less, 2018.

21   Q.  And when did Mr. Oseguera arrive at that facility, if

22   you know?

23   A.  No.  He was already there in Oaxaca when I arrived

24   there.

25   Q.  And how long were you two there together?
```

1    A.  Approximately one year.  A little less, maybe a little

2    more than a year.  I don't remember exactly.  But

3    approximately one year.

4    Q.  And when, if you recall, was the last time you had seen

5    him before your incarceration?

6    A.  I cannot tell you exactly.  I cannot answer you exactly.

7    It was a few months, because I was arrested at the beginning

8    of 2012.  So I must have seen him at the end of 2010 or

9    beginning of 2011.

10   Q.  All right.  So the next time you saw him was some six or

11   seven years later.  Is that correct, sir?

12   A.  I think we're all mixed up.  Are you talking about the

13   very first time I saw him in prison?

14   Q.  Well -- yes.  I believe you just said that was either

15   2010 or 2011.  Is that correct?

16   A.  That was when we were free.

17   Q.  Understood.  But that was either 2010 or 2011.  Is that

18   correct?

19   A.  Yes, sir.

20   Q.  Okay.  And once again, I apologize if you've already

21   told us.  Again, what year were you arrested?

22   A.  February 3rd, 2012.

23   Q.  And so you knew him for a period of about one to two

24   years before your arrest.  Would that be a fair statement?

25   A.  Yes, more or less.  A year.  Yeah.

1    Q.  Approximately a year?

2    A.  Approximately a year or two, more or less.  But I don't

3    know.

4    Q.  And where were you living when you first met him?

5    A.  Well, I was in Ciudad Juárez and Leon, Guanajuato.

6    Q.  And Ciudad Juárez is in the state of Sonora.  Is that

7    correct?

8    A.  No.  Ciudad Juárez is Chihuahua, the border with El

9    Paso, Texas.

10   Q.  All right.  So Juárez is in the state of Chihuahua?

11   A.  Yes, sir.

12   Q.  And it's a border town.  Is that correct?

13   A.  It is a big city that borders with El Paso, Texas.

14   Q.  All right.  And the last time you were in the United

15   States was in the city of El Paso.  Is that correct?

16   A.  Okay.  The last time I was in the United States.  You

17   are talking legally or already arrested?

18   Q.  Well, you described as having had a visa.  Correct?

19   A.  Yes, sir.

20   Q.  All right.  And at some point, you quit traveling to the

21   United States.

22   A.  Yes, sir.

23   Q.  And you returned to Mexico.

24   A.  Yes.  I would come to the United States only as

25   vacationing and I would go back.

1    Q.  But there was a last time that you were in the United

2    States.  Correct?

3    A.  Yes, sir.

4    Q.  And that was about 2009.

5    A.  Approximately.  I could not really tell you, but

6    approximately 2009.

7    Q.  All right.  And you were -- before the last time you got

8    in the United States, you had been a marijuana dealer in the

9    city of Juárez, state of Chihuahua.  Correct?

10   A.  Yes.  I was already trafficking.

11   Q.  And what year did you start trafficking?

12   A.  '90-something, like '97, '98, something like that.

13   Q.  And how old are you now, sir?

14   A.  I'm 46.

15   Q.  So you would have been a teenager when you started your

16   narcotics trafficking.  Correct?

17   A.  Yes, sir.

18   Q.  Did you stop going to the United States in approximately

19   2009 because you were afraid of arrest?

20   A.  Yes.

21   Q.  And was that as a result of your criminal activity that

22   you had been engaged in in Mexico?

23   A.  Yeah.  In Mexico, and the drugs that I would send to the

24   United States.

25   Q.  All right.  And so you felt it was wiser to remain in

```
 1    Mexico.  Is that correct?
 2    A.  Yes, sir.
 3    Q.  Now, you pled guilty in Texas.  Is that correct, sir?
 4    A.  Yes, sir.
 5    Q.  And again, that was in January of 2020.  Is that
 6    correct?
 7    A.  I don't remember exactly, but more or less.
 8    Q.  And you pled guilty in federal court.  Is that correct?
 9    A.  Yes, sir.
10    Q.  And you pled guilty to drug distribution and money
11    laundering?
12    A.  I pled guilty to three charges.  I'm not sure what the
13    three charges include.
14    Q.  Okay.  Well, do you recall, when you pled guilty, that
15    the judge asked you what you were pleading guilty to?
16    A.  They read the charges and I pled guilty.
17    Q.  And you pled guilty to activities associated with the
18    Sinaloa Cartel.  Correct?
19    A.  Yes, sir.
20    Q.  And previously, you were working for the Juárez Cartel.
21    Is that correct?
22    A.  No.  I never worked for the Juárez Cartel.
23    Q.  You were never a member of the Juárez Cartel?
24    A.  No.  I have relations with many of the members, but I
25    was never a specific member of theirs.
```

```
1   Q.  Is there a formal membership to that organization, if
2   you know?
3   A.  Can you repeat, please?
4   Q.  Is there a formal membership to be a member of this
5   Juárez Cartel?
6   A.  Not that I know of.
7   Q.  But you worked in that area for a number of years
8   transporting narcotics across -- from Mexico into other
9   parts of the United States.  Is that correct?
10  A.  Yes.
11  Q.  And did you have the permission of the Juárez Cartel to
12  do so?
13  A.  The charges for crossing land and quota charges, things
14  like that, didn't start until 2004-2005.  Before that, no
15  one was bothered because of trafficking with marijuana.
16  Q.  Was it pretty much wide open?
17  A.  That it was what?
18  Q.  Were you able to operate freely in the city of Juárez?
19  A.  In those years, yes.
20  Q.  I'm sorry, sir?  I didn't hear you.
21  A.  In those years, yes.  Up until 2004.
22  Q.  All right.  And then at some point, did you have to have
23  permission of Juárez Cartel members to operate freely in
24  that area?
25  A.  No, because I operated with the Sinaloa Cartel.
```

```
 1    Q.  Now, do you remember -- you remember your change of plea
 2    in Texas.
 3    A.  Can you repeat, please?  I didn't understand.
 4    Q.  Do you remember the hearing in Texas in 2020, when you
 5    pled guilty?
 6    A.  Yes.
 7    Q.  And do you recall the prosecutor being asked by the
 8    judge what you did to make you guilty of the offenses to
 9    which you pled guilty?
10            THE INTERPRETER:  I'm sorry.  Can the interpreter
11    have the question repeated, please.
12    BY MR. RONIS:
13    Q.  Do you recall the prosecutor describing to the judge,
14    when asked to do so, what made you guilty of the offenses to
15    which you pled guilty?
16    A.  Yes.  Yes.  I don't have it completely clear in my head
17    right now, but I remember some of that.
18    Q.  Is that because of the passage of time since the time
19    you pled guilty and today's date?
20    A.  No.  You mean time has passed?  I don't quite understand
21    the question.
22    Q.  Okay.  You pled guilty.
23    A.  Yes.
24    Q.  And you admitted your guilt.  Correct?
25    A.  Yes.
```

1   Q.  And do you remember clearly what took place in court

2   when you pled guilty?

3   A.  That's what I'm saying, that I don't remember

4   specifically everything that happened in the courtroom.

5   Q.  Okay.  Is that because of the passage of time?

6   A.  Well, perhaps, or I just didn't pay that much attention.

7   Q.  It would be fair to say that was an important event in

8   your life.  Is that correct?

9   A.  Well, yes.

10  Q.  And do you remember the prosecutor telling the judge,

11  when asked to describe your participation, that you were a

12  member of the Sinaloa Cartel?  Do you remember that?

13  A.  Yes.

14  Q.  And that that cartel was headed by, among other people,

15  Joaquin Guzman Loera and Ismael Zambada García?

16  A.  Yes, sir.

17  Q.  Did you come to know both of those individuals?

18  A.  Yes, sir.

19  Q.  And how many times had you met with them personally, if

20  you recall?

21  A.  It was -- I don't know -- six, seven, eight.  I don't

22  remember exactly.  Eight times.

23  Q.  And did those meetings take place in the state of

24  Sinaloa?

25  A.  Yes, sir.

1    Q.  And do you recall that, during this plea, that the

2    prosecutor said that you were a lieutenant in a

3    drug-smuggling operation on behalf of the Sinaloa Cartel?

4    A.  Yes, sir.

5    Q.  In other words, you were one of the supervisors within

6    the region of Juárez.  Correct?

7    A.  Yes, sir.

8    Q.  And you engaged in drug smuggling.  Correct?

9    A.  Yes, sir.

10    Q.  And money laundering.  Is that correct?

11    A.  Yes, sir.

12    Q.  And you directed a group known as the Artistas Asesinos?

13    A.  Again, yes.

14    Q.  And what does that mean, sir?

15    A.  Artistas --

16    Q.  Artistas Asesinos.  What does that mean?

17    A.  It was a gang that existed.  I wouldn't be able to tell

18    you exactly what that was.  But they were part of my

19    sicarios, or hit men.

20    Q.  Does it mean murder artists, if you know?

21    A.  That was their name.  That was the name that they were

22    given as the name of the gang.  But I do not know the story

23    as to why they were given that name.

24    Q.  Well, you were -- you had sicarios working under you.

25    Is that correct?

1    A.  Sicarios working for me, yes.

2    Q.  And were they divided into cells?

3    A.  The United States?

4          THE INTERPRETER:  That was a mistake by the

5    interpreter.  I misspoke, so I want to clarify that.  The

6    interpreter wants to clarify that for the witness.

7          MR. RONIS:  I can rephrase the question.

8    BY MR. RONIS:

9    Q.  You had a number of sicarios working for you.  Is that

10   right?

11   A.  Yes, sir.

12   Q.  And they were divided into groups.  Is that correct?

13   A.  Yes, sir.

14   Q.  And their primary responsibility was in murdering

15   people.  Is that correct?

16   A.  Yes, sir.

17   Q.  And kidnapping people.

18   A.  Yes, sir.

19   Q.  And torturing people.  Is that correct?

20   A.  Yes.

21   Q.  And that was all at your direction.  Isn't that correct?

22   A.  Yes, sir.  With my authorization.

23   Q.  And do you recall the prosecutor describing, to which

24   you admitted, that these murders often involve extreme

25   violence and a public display of the victim -- victims?

```
 1    A.  Yes.
 2    Q.  And it included mutilation and dismemberment of body
 3    parts.  Correct?
 4    A.  Can you repeat, please?  It included what?
 5    Q.  And these acts of violence under your direction included
 6    mutilation and dismemberment of body parts.
 7    A.  Yes.
 8    Q.  And sometimes banners would be posted warning others of
 9    the same fate.
10    A.  Yes, sir.
11    Q.  And these violent actions were taken by these sicarios
12    at your direction.  Correct?
13    A.  Yes, sir.
14    Q.  Now, you also admitted to kidnapping American citizens
15    in the -- to kidnapping American citizens and transporting
16    them to Mexico for death.  Correct?
17    A.  Yes, sir.
18    Q.  And one of those American citizens was kidnapped in
19    Horizon City, Texas.  Correct?
20    A.  Yes, sir.
21    Q.  And this person was kidnapped as a result of having lost
22    670 pounds of marijuana.  Is that correct?
23            THE INTERPRETER:  May the interpreter have the
24    amount repeated, please?  Or the question.
25
```

```
 1    BY MR. RONIS:

 2    Q.  And that person was kidnapped as a result of having lost

 3    approximately 670 pounds of marijuana owned by the Sinaloa

 4    Cartel.

 5    A.  Yes, sir.

 6    Q.  And after he was kidnapped, he was taken to Ciudad

 7    Juárez, where you interrogated him and ordered that he be

 8    killed.  Is that correct?

 9    A.  Yes, sir.

10    Q.  And do you recall ordering the kidnapping of two

11    American citizens at a wedding in Ciudad Juárez?

12    A.  Yes, sir.  I authorized that.

13    Q.  And did you authorize two of your sicarios to go to that

14    wedding in the city of Juárez and kidnap a young man and his

15    brother?

16    A.  Can you repeat, please?

17    Q.  And do you recall ordering your sicarios to go to a

18    wedding that was then taking place in the city of Juárez to

19    pick up two brothers?

20    A.  Yes, sir.

21    Q.  As well as an uncle of theirs?

22    A.  Yes, sir.

23    Q.  And do you recall admitting to the Court that the three

24    were tortured and murdered on your instructions?

25    A.  Yes, sir.
```

```
1    Q.  And that also a fourth person had been killed during the
2    kidnapping from the wedding ceremony?
3    A.  Yes, sir.
4    Q.  And all the things I just described to which you pled
5    guilty you admitted to having done.  Is that correct, sir?
6    A.  Yes, sir.
7    Q.  And did you also order the kidnapping of one of your
8    associates', or workers', mothers -- the mother of one of
9    your associates?  Did you also order her kidnapping?
10   A.  Yes, sir.
11   Q.  And was that for a drug debt?
12   A.  Yes, sir.
13   Q.  And at your order, was she held for some period of time?
14   A.  Yes, sir.
15   Q.  And was this for the debt of her son?
16   A.  Yes, sir.
17   Q.  And was that debt paid?
18   A.  No.
19   Q.  Was any portion of that debt paid, if you know?
20   A.  One part, yeah.  A part, yes.
21   Q.  And upon payment of that one part, she was released.  Is
22   that correct?
23   A.  She was freed before that.
24   Q.  But not after she was kidnapped on your orders.
25   Correct?
```

```
1    A.  No.

2    Q.  Now, you testified this morning that you appeared for

3    sentencing.  Correct?

4    A.  Yes.

5    Q.  And do you recall the date of that sentencing?

6    A.  No.  I don't remember.

7    Q.  Approximately how long ago was it?

8    A.  It was in 2022.

9    Q.  2022?  Approximately two years ago.  Is that correct?

10   A.  Yes.  I think -- even more than two years, isn't it?

11   '22, '24.

12   Q.  Well, in any event, you were sentenced.  Is that

13   correct?

14   A.  Yes, sir.

15   Q.  And do you recall making a statement to the judge prior

16   to your sentencing?

17   A.  Yes.  I gave a few words on that sentencing day.

18   Q.  And do you recall having told the judge, I know that

19   I've been responsible for many acts of extreme violence,

20   drug trafficking and organized crime on behalf of the

21   Sinaloa Cartel?

22   A.  Yes.  Yes.  I do remember.

23   Q.  And do you recall also stating, I hope I'm able to offer

24   an apology to all the people that I've harmed and hurt?

25   A.  Yes, sir.
```

Marrufo - CROSS - By Mr. Ronis

1    Q.  And finally, do you recall stating to the judge that, I

2    hope that in the not-too-distant future I will be able to

3    reenter society and work hard to be able to make this all up

4    to my family and for all the years that I was absent?

5    A.  Yes, sir.

6    Q.  And then the Government asked -- by that, I mean, the

7    prosecution asked -- that the judge give you 480 months in

8    custody.  Correct?

9    A.  Yes, sir.

10   Q.  And the Government expressed that, because of some

11   cooperation you had been involved in, they were going to ask

12   for life.

13   A.  Yes.

14   Q.  And then the judge, in recognition of the cooperation

15   you had engaged in, did not give you life.  Is that correct?

16   A.  Yes.

17   Q.  But he gave you 40 years in prison.

18   A.  Yes, sir.

19   Q.  Acknowledging that he might see you again in the future

20   in consideration of reducing your sentence.  Correct?

21   A.  Yes, sir.

22   Q.  And you understand that the only way you could have your

23   sentence reduced is through cooperation.  Is that right?

24   A.  Yes, sir.

25   Q.  And do you recall the prosecutors describing to the

```
1    judge that you were expected to testify in some trials to be

2    had in the future?  Is that correct?

3    A.  Yes.

4    Q.  And in fact, wasn't this very trial one of those that

5    was mentioned in court?

6    A.  No.

7    Q.  There was no discussion about testifying in this case?

8    A.  I don't remember that, honestly.

9    Q.  Okay.  Then why are you here today?

10   A.  Because I am testifying.

11   Q.  I understand.  And why are you testifying?

12   A.  For a benefit.

13   Q.  All right.  And this isn't the first trial you've

14   testified in.  Is that correct?

15   A.  That's the first one.

16   Q.  This is the first?

17   A.  Yes, sir.

18   Q.  Are there any other trials that you're scheduled to

19   testify in, if you know?

20   A.  Could you ask the question, please, again?

21   Q.  And are there any other trials that you are scheduled to

22   testify in, if you know?

23   A.  Nothing clear right now.

24   Q.  And do you recall when your first meeting was with law

25   enforcement after your sentencing in regards to this case?
```

Marrufo - CROSS - By Mr. Ronis

1    A.  In relation to this case?

2    Q.  Yes.

3    A.  I don't remember.  Honestly, I don't remember the dates.

4    I would be lying to you if I would give you a date.

5    Q.  You recall at least having a meeting with the

6    prosecutors or law enforcement in regards to this case.  Do

7    you recall a meeting?

8    A.  Yes.

9    Q.  Incidentally, do you have a nickname?

10   A.  Could you repeat it again, please?

11   Q.  Incidentally, do you have a nickname?

12   A.  Yes, sir.

13   Q.  And what is that name, sir?

14   A.  Jaguar.

15   Q.  Is that the wild animal cat that you're describing?

16   A.  I don't know if it was because of the wild animal or

17   what the reason, but that's the nickname I was given.

18   Q.  All right.  But that is the nickname you were given.  Is

19   that right?

20   A.  Yes, sir.

21   Q.  And the drugs that you distributed had your logo Jaguar

22   on them.  Is that correct?

23   A.  Yes, sir.

24   Q.  And these were drugs provided to you by the Sinaloa

25   Cartel.  Is that correct?

```
1    A.  Some from Sinaloa and some from the Jalisco Cartel New

2    Generation.

3    Q.  Well, those are two different organizations.  Is that

4    correct?

5    A.  Of course.

6    Q.  And for the most part, they've been hostile to one

7    another for many years.  Is that correct?

8    A.  They have been what?

9    Q.  Hostile.

10   A.  No.  In the year that I met with Mencho, there were not

11   fights with the Sinaloa Cartel yet.

12   Q.  Okay.  Well, let's talk about the year you met with

13   Mencho.

14          Do you recall the first time you met him?

15   A.  Could you repeat it?

16   Q.  Do you recall the first time you met the person known to

17   you as Mencho?

18   A.  Yes.  I remember the first time.  Not the date, not the

19   hour.  But I remember.

20   Q.  And Mencho is the young man seated to my left.  Is that

21   correct?

22   A.  Mencho what?

23   Q.  Excuse me.  Menchito -- do you know Menchito?

24   A.  Yes.  Menchito, I know him.

25   Q.  And he is the son of Mencho.
```

1    A.  Yes, sir.

2    Q.  And if you recall, when is the first time you met the

3    person known to you as Menchito?

4    A.  That day.

5    Q.  All right.

6    A.  The day of the meeting with Mencho.

7    Q.  Okay.  And once again, Menchito is the young man sitting

8    in the blue shirt to my left.  Correct?

9    A.  Okay.  On your left.  Yes.

10   Q.  And that was in a meeting with his father.  Correct?

11   A.  Yes, sir.

12   Q.  And where did that meeting take place?

13   A.  In Tapalta, Jalisco.

14   Q.  And do you recall meeting with both prosecutors and law

15   enforcement officers about that meeting?

16   A.  Yes.

17   Q.  And do you recall -- let me withdraw that.

18          And you were asked by counsel -- or the attorney

19   for the Government, just before I started questioning you,

20   to describe the hierarchy of the persons at that meeting.

21   Is that correct?

22   A.  Yes, sir.

23   Q.  And do you recall that -- telling them in that meeting

24   that Mencho was interested in recruiting you into the Cartel

25   Jalisco Nueva Generacion cartel?

1    A.   No.

2    Q.   So you don't recall telling them that Mencho was trying

3    to recruit you to go to work with his organization?

4    A.   Okay.  If I wanted to traffic his drugs, yes.

5    Q.   Okay.  And he tried to recruit you into his

6    organization.  Correct?

7    A.   It's not that he wanted to recruit me.  He wanted us to

8    work in a team through Juárez.

9    Q.   Well, he told you he understood that you had

10   knowledge -- or you were aware of his organization.

11   A.   I don't understand.  I don't understand the question.

12   Q.   Okay.  You had -- you had this meeting.  Is that

13   correct?

14   A.   Yes.  Of course.

15   Q.   And Mencho was there.  Is that correct?

16   A.   Yes, sir.

17   Q.   And the person known to you as Menchito was there as

18   well.  Correct?

19   A.   Yes.  He was on our left.

20   Q.   And you testified today that Mencho, the father, turned

21   to his son at some point regarding a discussion about

22   obtaining guns.

23   A.   Yes, sir.

24   Q.   And in fact, you didn't tell them in that meeting, that

25   first meeting, about -- you didn't tell the Government about

```
 1     that in the first meeting.  Is that right?

 2     A.  Not in the first meeting, no.

 3     Q.  And in fact, he never said a word.  Is that correct?

 4     A.  In the first meeting, I don't remember.  The situation

 5     was very tense and it was very quick.

 6     Q.  Well, you don't remember his -- him -- his having said

 7     anything during that meeting?

 8              THE COURT:  I think you need to clarify what the

 9     first meeting is he's referring to.

10              MR. RONIS:  Understood.  All right.

11              THE COURT:  I'm not sure whether he's referring to

12     the first meeting --

13              MR. RONIS:  Understood.

14              THE COURT:  -- with Mencho and Menchito or the

15     first meeting with law enforcement --

16              MR. RONIS:  Understood.

17              THE COURT:  -- because the questions are going all

18     over the place.

19              MR. RONIS:  All right.

20     BY MR. RONIS:

21     Q.  Do you recall a meeting?

22              THE COURT:  Which meeting, Mr. Ronis?

23     BY MR. RONIS:

24     Q.  Do you recall a meeting with Mencho -- and Menchito was

25     there?  Is that correct?
```

```
1    A.  Yes, sir.

2    Q.  And who called the meeting?

3    A.  I suppose Mencho.  I went with the commander and with

4    Beto, El Peludo.

5    Q.  Okay.  And was that the first time you'd ever met

6    Mencho?

7    A.  Yes, sir.

8    Q.  And was that the first time you'd ever met Menchito?

9    A.  Yes, sir.

10   Q.  And at one point, you had -- the first meeting that you

11   had with the Government -- well, let me withdraw that

12   question.

13           At some point, you had a meeting with the

14   Government about what you knew of Mencho and Menchito.  Is

15   that correct?

16   A.  Yes, sir.

17   Q.  And if you recall, was that meeting with the agents and

18   the prosecutors before or after your sentencing?

19   A.  After my sentencing.

20   Q.  All right.  And that was in your effort to, in the

21   future, get your 480-month sentence reduced.  Is that

22   correct?

23   A.  Yes, sir.

24   Q.  And presumably, in your meeting with the Government

25   about the meeting with Mencho and Menchito, you told them
```

1    everything you remembered about that meeting.

2    A.  Yes, sir.

3    Q.  Do you have any memory of telling them anything about

4    what Menchito may have said, if anything, in that meeting?

5    A.  No.

6    Q.  And in fact, he was just there.  Is that correct?

7    A.  The only thing he said was that he affirmatively

8    responded to his father's order to contact his compadre for

9    the weapons.

10    Q.  Do you recall telling that to the agents in your meeting

11    with them after this meeting?

12    A.  Yes.

13    Q.  And then at some point, you were arrested.

14    A.  Yes, sir.

15    Q.  And I believe you testified about a year after this

16    meeting.

17    A.  Can you repeat, please?

18    Q.  And I believe you said that was about a year after this

19    meeting with Mencho and Menchito.

20    A.  That I testified?

21    Q.  No.  My question is:  How long after this first meeting

22    was it that you were arrested?

23    A.  Well, approximately -- it was months only.  I don't know

24    exactly.  But it was months.  If anything, perhaps a year.

25    Q.  All right.  And approximately how many times did you see

Marrufo - CROSS - By Mr. Ronis

1    Menchito after this meeting but before your arrest?

2    A.  Before my arrest, only that time.

3    Q.  So that was the only time you saw him before your

4    arrest?

5    A.  Yes, sir.

6    Q.  Until you, as you say, were with him in the prison in

7    Oaxaca.

8    A.  No.  I saw him once at the Puente Grande, Jalisco,

9    prison.

10   Q.  All right.  That was just a brief encounter.  Is that

11   correct?

12   A.  That was after what?

13   Q.  I believe you testified that that was just a brief

14   sighting of him.  Is that right?

15   A.  Yes.  At the federal prison of Puente Grande.

16   Q.  And after that date, you -- the two of you ended up

17   together in Oaxaca.  Is that correct?

18   A.  Yes, sir.

19   Q.  And did he arrive before you in Oaxaca or after you?

20   A.  No.  He was already in Oaxaca when I arrived there.

21   Q.  Okay.  And how long were the two of you together?

22   A.  Approximately a year, I think.

23   Q.  All right.  And the two of you talked?

24   A.  Yes, sir.

25   Q.  And how would you describe the unit in Oaxaca that the

```
1     two of you were?

2     A.  How it was divided?  I'm sorry.

3     Q.  This was a secure facility.  Is that right?

4     A.  Yes.

5     Q.  Maximum security?

6     A.  No.  It's medium security.

7     Q.  And were the two of you in a special housing unit?

8     A.  Well, it was supposed to be special.  There were only

9     four inmates there.

10    Q.  Was -- how would you describe your housing?  Were you

11    housed in an individual cell?

12    A.  Individual cells.

13    Q.  And how many hours a day were you locked up?

14    A.  Just at night.  During the day, we were out all day.

15    Q.  And were there guards in that unit in which you were

16    housed?

17    A.  Yes.  The entire time.  There was always a guard present

18    there.

19    Q.  And when you -- let me withdraw that.

20              How many other people were there?

21    A.  There was four of us only.

22    Q.  And who were the other two, if you recall?

23    A.  A public official.  Juan Carlos was his name.  And a

24    member of the Zetas.

25    Q.  All right.  And you hadn't seen Mencho in six or seven
```

1    years since you first met him when the two of you ended up

2    together in Oaxaca.  Correct?

3    A.  Yes, sir.

4    Q.  Now, can you read and write?

5    A.  Yes, sir.

6    Q.  And how far did you go in school?

7    A.  Elementary school only.

8    Q.  Okay.  And did you ever make any notes of any of your

9    contact with either Mencho or Menchito?

10   A.  I don't understand the question.

11   Q.  Did you ever make a written record of your contacts with

12   Menchito?

13   A.  No.

14   Q.  And incidentally, did you ever see Mencho again after

15   this meeting that you've described?

16   A.  No, sir.

17   Q.  And what was the visitation policy at this facility?

18   A.  We all would go out to the same area.  A certain unit --

19   by unit.  Certain units would go out at the same time

20   together.

21   Q.  When you say "go out," go out where?

22   A.  To the visit area.  It's a large area for visiting with

23   family with about eight tables.

24   Q.  And what about attorney visits?

25   A.  Attorneys' visits through a system, a phone system.

Marrufo - CROSS - By Mr. Ronis

```
1    Q.  A phone system?

2    A.  It's a booth system.  There are booths with glass and

3    they have a phone.

4    Q.  So there was no contact visit with attorneys?

5    A.  No.

6    Q.  So it was a telephonic visit through a secure glass?

7    A.  Yes, sir.

8    Q.  And were these visits monitored by prison staff?

9    A.  There were officers there.  There were officers there,

10   but they were not right on top of you.  There were cameras,

11   but it was a normal visit.

12   Q.  But there were cameras.

13   A.  In the hallway only.  Not where the booths were.

14   Q.  All right.  And presumably, the telephone conversations

15   were monitored?

16   A.  That I'm not 100 percent sure of.  That's what people

17   said.  The telephone booth system calls, I don't know

18   whether they're monitored.  The ones that I know were

19   monitored were the regular telephone conversations.

20   Q.  All right.  So there's -- you're making a distinction

21   between telephone conversations where you would call family

22   and the telephone conversations between attorneys and

23   inmates?

24   A.  Yes.  The calls with lawyers were -- to communicate with

25   your lawyer, yes, through that glass only.
```

1    Q.  Right.  And is that how you saw your lawyer on a regular

2    basis?

3    A.  Yes.

4    Q.  And if you know, was that how Mr. Oseguera saw his

5    lawyer when he saw him or her?

6    A.  Whether he communicated that way?

7    Q.  Well, you indicated that the visitation between lawyer

8    and client was exclusively through a telephone with this

9    glass separation, the glass window separation.

10   A.  Yes.

11   Q.  And that's how you visited your lawyer.

12   A.  Yes.

13   Q.  And how often would your lawyer come?

14   A.  Every day they would come to see us, to see me and

15   Menchito, both.

16   Q.  All right.  And was there separation between -- was

17   there a partition between the various telephone areas in

18   which you visited your lawyers?

19             THE INTERPRETER:  I'm sorry.  Can the interpreter

20   have the question repeated, please?

21             Your Honor, can the interpreter have the question

22   repeated, please?

23             THE COURT:  The question was:  And was there

24   separation between -- was there a partition between the

25   various telephone areas in which you visited your lawyers?

```
1              THE WITNESS:  Between inmates, there were walls.
2    Between inmate and lawyer, it was half a wall and half
3    glass.
4    BY MR. RONIS:
5    Q.  And presumably, it would be important to have a
6    confidential communication with your attorney when he or she
7    came to visit.
8    A.  Yes.
9    Q.  And how many telephone booths were there in the
10   facility, if you recall?
11   A.  Approximately ten or twelve, I think.  About -- between
12   eight and ten telephone booths.
13   Q.  Is it your testimony that --
14   A.  Eight to ten.
15   Q.  Is it your testimony that Mencho's attorney and your
16   attorney coordinated their visits?
17             THE INTERPRETER:  Correction by the interpreter.
18   It was Menchito.
19             THE WITNESS:  Yes.  They would arrange to visit
20   every day.
21   BY MR. RONIS:
22   Q.  And was there a time limitation on the visits?
23   A.  Yes.  I believe it was an hour and a half.  And the
24   hours of visitation could vary.
25   Q.  And I believe you indicated there was a separate
```

```
 1    visiting area for family members.

 2    A.  It's a big room with tables.

 3    Q.  And that was contact visit.  Is that correct?

 4    A.  Yes, sir.

 5    Q.  And supervised by prison guards.

 6    A.  Could you repeat the question again?

 7    Q.  And the contact visits between an inmate and family were

 8    supervised by prison guards.  Correct?

 9    A.  Yes.  There were guards and cameras.

10    Q.  And was there some restriction as to what visiting

11    people could bring into the facility?

12    A.  Yes.

13    Q.  And what was the restriction?

14    A.  Well, you could not bring anything in.  And for

15    clothing, just specific things, specific clothing could only

16    be brought in.

17    Q.  Could visitors bring clothing in for inmates?

18    A.  No.

19    Q.  So was there a restriction on what kind of clothing the

20    visitors could wear?

21    A.  Yes, sir.

22    Q.  And was there a restriction on what attorneys could

23    bring to the meetings?

24    A.  Yes, sir.

25    Q.  And what was that restriction, if you know?
```

1    A.  Well, the same things.  Specific clothing they could

2    wear, and they could not bring anything in.

3    Q.  Anything?

4    A.  If you needed pen and paper, you had to request it there

5    and then they would give it to you there.

6    Q.  So that was going to be my next question.  If you had to

7    sign a legal document, what was the procedure?

8    A.  I would -- we would have to request authorization of

9    that or they would send it to you through a legal means.

10   Q.  And what about mail to inmates?  Were there restrictions

11   on the kind of mail you could receive?

12   A.  Yes.  And the mail would take a long time.

13   Q.  And were there restrictions on what could be received?

14   A.  Yes.

15   Q.  So you testified that Menchito was showing you

16   photographs.

17   A.  Yes, sir.

18   Q.  And how were you shown photographs?

19   A.  There at the table where we went out to eat at the unit.

20   Q.  Well, I thought you mentioned that there was a

21   restriction on items that an inmate could receive through

22   the mail.

23   A.  Well, what we were doing was not legal.

24   Q.  Well, that wasn't uncommon for you.  Would that be a

25   fair statement?

1    A.   It wasn't uncommon, but it wasn't legal.  These things

2    were coming in illegally.

3    Q.   Okay.  So this would be considered contraband.  Is that

4    correct?

5    A.   Exactly.

6    Q.   And how would prohibited items enter the jail, if you

7    know?

8    A.   Well, because there were certain booths.  I believe it

9    was number one, two and four, that, through the little edge

10   of the glass, you could pass some papers and photos through

11   there.

12   Q.   So there were -- there was a separation between the

13   window seal and the wall to which the window seal was

14   attached.  Is that correct?

15   A.   Yes.  But it was very small.  You could only put through

16   there one piece of paper that was not very thick, or a

17   photograph, so that it could turn and the other person on

18   the other side could grab it.

19   Q.   And was there a restriction on what -- well, let me

20   withdraw that.

21            Were inmates searched after visits?

22   A.   No.

23   Q.   And was there a restriction on what inmates could have

24   in their own personal property within their cells?

25   A.   Yes.

1    Q.  All right.  And what were -- what was considered

2    contraband?

3    A.  There are so many things that you cannot have.  There is

4    a manual where it indicates what you can have and what you

5    cannot have.  But it's a lot of things.

6    Q.  And how often were your cells searched by prison

7    personnel?

8    A.  If you allow me to return a little bit to the question

9    that you asked me about being searched after a visit -- if

10   you allow me to do that, I would like to explain something.

11   Q.  Is this in relation to whether you were searched after a

12   visit?

13   A.  After the family visit, you were searched.  But after

14   the visit in the booth, they would barely touch you.

15   Q.  So you were searched after family visits.

16   A.  Yes, sir.

17   Q.  And there was a restriction of what family members could

18   bring into the facility.

19   A.  Yes, sir.

20   Q.  And I believe you indicated it was highly restricted.

21   A.  Yes.

22   Q.  And there was a restriction on what lawyers could bring

23   in as well.  Is that correct?

24   A.  Yes.

25   Q.  And I believe you described at least during -- at least

1    in an area of one of the visiting cubicles there was a small

2    opening between the window seal and the wall in which a

3    small photograph could be introduced?

4    A.  Yes, sir.

5    Q.  And there were cameras throughout the facility in which

6    you were housed.  Correct?

7    A.  At the visits, yes.  But only on the hallway.  Inside

8    the booth -- and there is a door.  There are no cameras

9    inside the booth.

10    Q.  But there were correctional officers in the area in

11    which you were free to gather when not in your cell.

12              THE INTERPRETER:  The interpreter is going to

13    repeat the question to the witness.

14              (The interpreter confers with the witness in

15    Spanish.)

16              THE WITNESS:  There is always an officer at the

17    unit.

18    BY MR. RONIS:

19    Q.  And there's a restriction on what inmates could receive

20    through the mail, you mentioned.  Is that correct?

21    A.  Yes, sir.

22    Q.  And there were cell searches of inmates' cell area?

23    A.  Yes.  But the contraband -- for example, the pictures of

24    the weapons -- since they were going to come and search,

25    once we would see them, we would break them off and throw

```
 1    them away.
 2    Q.  Okay.  And these -- so it's your testimony these
 3    photographs were brought in by attorneys.
 4    A.  Yes, sir.
 5    Q.  And I believe you described a number of photographs.  Is
 6    that correct?
 7    A.  Yes.  That was every day.  They would offer him every
 8    day some weapons and then, when he would purchase them, he
 9    would bring every two or three days some photographs to
10    show.
11    Q.  That's your testimony?
12    A.  Yes, sir.
13    Q.  In spite of the fact that there was significant
14    restrictions on what lawyers could bring into the facility?
15    A.  Yes.  We could do it.  It's the fastest way of
16    communication, because the mail would take too long.
17    Otherwise, a phone call would be only ten minutes every
18    week.
19    Q.  And -- so you testified that he showed you photographs.
20    Correct?
21    A.  Yes, sir.
22    Q.  And you testified, I believe, that the two of you were
23    doing weapons purchases between you while in this facility.
24    A.  No.  The two of us were not doing weapons -- purchases
25    of weapons.  He would show me pictures of the weapons that
```

Marrufo - CROSS - By Mr. Ronis

1    he was going to buy.

2    Q.  Kind of a wish list kind of thing?

3    A.  He was recruiting weapons because that's what he was

4    doing, recruiting, because he wanted to keep fighting.  He

5    wanted to keep fighting.

6    Q.  Okay.  So presumably, anybody on the outside couldn't

7    have done this for him.  Is that what you're suggesting?

8    A.  Could you please repeat it, please?

9    Q.  I believe you testified that he was trying to continue

10   purchasing weapons for some organization he may have

11   belonged to outside of the prison.  Right?

12   A.  Yes.  That's what he told me.

13   Q.  All right.  And it must have been your understanding

14   that there was nobody on the outside that could have done

15   this for him.  Is that your testimony?

16   A.  Please repeat it again.

17   Q.  So he told you, according to your testimony, he wanted

18   to buy weapons.

19   A.  He was buying weapons.  He didn't want to buy; he was

20   buying.

21   Q.  And he's locked up in a secure prison.

22   A.  Yes, sir.

23   Q.  And he's awaiting extradition to the United States.

24   A.  Yes.

25   Q.  And I believe you testified that he had family and

1    friends and associates outside.

2    A.  Yes.  All the people.

3    Q.  But it was your understanding that he's the only one

4    that could make these weapons -- weapons purchases while

5    locked up.

6    A.  I didn't say that.  He was buying that or he was doing

7    that for himself.  Outside, there were other people buying

8    weapons.

9    Q.  You were locked up.  Correct?

10   A.  Yes, sir.

11   Q.  You don't know what people were doing outside.  Correct?

12   A.  No, sir.

13   Q.  You had no personal knowledge of what people were doing

14   outside?

15   A.  No, sir.

16   Q.  And you had no personal knowledge what any of his

17   friends or associates were doing outside.  Correct?

18   A.  No, no.  Just what he would tell me.

19   Q.  And he couldn't have any weapons, obviously, within the

20   jail.  Is that correct?

21   A.  That's right.

22   Q.  All right.  But you would have the jury believe that he

23   was running a gun-purchasing operation from within the jail

24   under the restricted circumstances that you've described?

25   A.  I did not understand you.  Could you please repeat that,

```
 1    please?

 2    Q.  He's locked up.

 3    A.  Yes.

 4    Q.  You're locked up.

 5    A.  Uh-huh.

 6              THE COURT REPORTER:  Is that yes?

 7              THE WITNESS:  Yes.

 8    BY MR. RONIS:

 9    Q.  Communication with the outside world is limited to ten

10    minutes on the phone each week.

11    A.  Yes, sir.

12    Q.  Visitation with lawyers is limited to an hour and a half

13    each day.

14    A.  Yes, sir.

15    Q.  There's a severe restriction on what lawyers could bring

16    into the facility.

17    A.  (No response.)

18    Q.  And family visits are --

19              THE COURT REPORTER:  I didn't get an answer.

20              THE WITNESS:  Yes, sir.

21    BY MR. RONIS:

22    Q.  And family visits are similarly restricted.

23    A.  Yes, sir.

24    Q.  Family members can't bring in contraband.

25    A.  No.  Not even the attorneys.
```

1    Q.  And family members are searched before entering the

2    facility.

3    A.  Yes, sir.

4    Q.  Because, unlike lawyers, they have contact visits.

5    A.  (No response.)

6    Q.  And you --

7            THE COURT REPORTER:  I didn't get an answer.

8            THE WITNESS:  Yes, sir.

9    BY MR. RONIS:

10   Q.  And you had an impression that Mr. Oseguera had

11   significant contacts outside the facility.

12   A.  Yes.

13   Q.  And there were cell searches of the units in which each

14   individual inmate was residing.

15   A.  Yes.

16   Q.  And presumably, there must have been some punishment for

17   violations of being found with contraband.

18   A.  Yes.  That's why we destroyed any evidence of that --

19   that was forbidden.

20   Q.  All right.  And it's your testimony that under all of

21   these restrictive conditions, Mr. Oseguera was involved in

22   purchasing a number of prohibited weapons from inside the

23   jail outside the jail.

24   A.  Yes, sir.

25   Q.  Now I want to go back to the -- your activities at the

Marrufo - CROSS - By Mr. Ronis

 1   border in Juárez.

 2          You worked your way up from a relatively

 3   small-time -- I don't mean that disrespectfully, but a

 4   small-time marijuana dealer to a major cocaine dealer.  Is

 5   that correct?

 6   A.  Yes.

 7   Q.  And in the early days of your marijuana business, you

 8   were able to operate freely at the Juárez border.

 9   A.  Yes, sir.

10   Q.  And then at some point, the Juárez Cartel was formed.

11   Is that correct?

12   A.  The Juárez Cartel exists since Amado Carrillo existed,

13   the '80s or '90s.

14   Q.  Okay.  But at some point, you were able to operate

15   freely without any interference from them.  Is that correct?

16   A.  Yes.  Up until 2004, when a new plaza boss came from the

17   Carrillos, and that's when the charges for use of land and

18   the quota charges started.

19   Q.  What were the Carrillos?

20   A.  The Juárez Cartel's bosses.

21   Q.  And what was his name?

22   A.  (Answer not interpreted.)

23          THE INTERPRETER:  May the interpreter have the

24   names repeated?  Can the interpreter ask for a repetition?

25          THE WITNESS:  Amado Carrillo was the one that

                 Marrufo - CROSS - By Mr. Ronis

 1    already died, and the one that took his place was Vicente

 2    Carrillo.

 3    BY MR. RONIS:

 4    Q.   Okay.  Did you say Amado Carrillo died?

 5    A.   Yes, sir.

 6    Q.   Natural death?

 7    A.   Yes, sir.  From a surgery.

 8    Q.   Okay.  And then it became more restrictive at the Juárez

 9    border.

10    A.   Yes.  From 2004 onwards it got uglier.

11    Q.   And then there was -- fair to say there was some kind of

12    pushback from the people that were operating in the Juárez

13    area against the leadership?

14    A.   No.  There's always been different cartels, different

15    people.  But Amado and Vicente had a good relationship with

16    El Chapo and El Mayo.

17    Q.   And at some point, you aligned yourself with the Chapo,

18    Guzman, Zambada organization?

19    A.   Yes.

20    Q.   And I believe you indicated that you personally met

21    them.  Is that correct?

22    A.   Yes, sir.

23    Q.   And incidentally, did you know Rey Zambada?

24    A.   No, sir.

25    Q.   Jesús Zambada?

```
1    A.   No.  It sounds familiar, but I don't remember having
2    seen him.
3    Q.   The brother of Mayo Zambada.
4    A.   Yeah.  I know he's the brother.  I know who Rey Zambada
5    is, but I don't remember having seen him in person.
6    Q.   Okay.  And what about Vicente Zambada?
7    A.   The son, yes.
8    Q.   That --
9    A.   Mayo's son, Vicente Zambada, yes.
10   Q.   That was Mayo's son.  Is that correct?
11   A.   Yes, sir.
12   Q.   Did you ever personally meet him?
13   A.   Yes, sir.
14   Q.   And on how many occasions?
15   A.   On three or four occasions.
16   Q.   And did you ever have any -- did you ever conduct any
17   narcotics business with Vicente Zambada?
18   A.   Before he was detained, he was always at the meetings
19   that we had with El Mayo and El Chapo.
20   Q.   And he was at the upper hierarchy of that organization.
21   Is that correct?
22   A.   Yes.  Well, he was Mayo's son.
23   Q.   And as you say, you personally knew him.
24   A.   Yes, sir.
25   Q.   And he was a major figure.  Correct?
```

```
1    A.  Yes, sir.

2    Q.  And I believe you indicated -- I believe you indicated

3    he got detained.

4    A.  Yes.

5    Q.  By that, you mean arrested.

6              MR. HORNOK:  Your Honor, I object.  I just don't

7    see the relevance of where we're headed here.

8              THE COURT:  These are all Sinaloa people?

9              MR. RONIS:  Yes.

10             THE COURT:  Let's talk.

11             (Whereupon, the following bench conference was

12   held:)

13             THE COURT:  So could you just let me know, are we

14   going to spend -- how long are we going to spend on the

15   Sinaloa Cartel?  He says he worked with them.  I mean, what

16   is the relevance of all this to this case and these charges

17   against this specific Defendant?  It's very far afield from

18   the direct examination which -- I mean, unless -- he clearly

19   admitted he was a member of the Sinaloa Cartel.  He met the

20   head people.

21             I mean, where are we going with this?

22             MR. RONIS:  Well, among other things, he knows

23   Vicente Zambada was a high-level operative within the

24   Sinaloa Cartel.  Mr. Zambada was arrested, extradited.  Very

25   serious charges.
```

Marrufo - CROSS - By Mr. Ronis

 1              He testified in a number of criminal trials in the

 2      United States and, in exchange for his testimony, was

 3      released.

 4              I think the relevancy is that this is one of the

 5      things he knows and would likely -- would very likely want

 6      to copy in terms of his testifying in these various trials.

 7              THE COURT:  And who is this person who was

 8      released?

 9              MR. RONIS:  This -- Vicente Zambada.  He testified

10      in the trial against García Luna and Chapo Guzman.

11              THE COURT:  I see.  So -- okay.  So you want to

12      find out how much he knows about that?

13              MR. RONIS:  Yes.  In relation to -- one of the

14      things he's taken into consideration to decide how he might

15      be able to get out of his own predicament.

16              THE COURT:  All right.  I'll allow it.

17              (Whereupon, the following proceedings were had in

18      open court:)

19              THE COURT:  Mr. Ronis, we've been sitting for

20      about two hours.  So I think we're ready for a ten-minute

21      break.  And then we'll come back and finish up through 5:00.

22              (Whereupon, the jury exited the courtroom at 3:11

23      p.m. and the following proceedings were had:)

24              (Thereupon a recess was taken, after which the

25      following proceedings were had:)

```
1          (Whereupon, the jury entered the courtroom at 3:26

2     p.m. and the following proceedings were had:)

3              THE COURT:  All right, Mr. Ronis.  Please proceed.

4              MR. RONIS:  Okay.

5     BY MR. RONIS:

6     Q.  Mr. Marrufo, I believe when we left off, you indicated

7     that you knew Vicente Zambada.  Correct?

8     A.  Yes, sir.

9     Q.  And he was -- he is the son of Mayo Zambada.  Is that

10    correct?

11    A.  Yes, sir.

12    Q.  And reportedly, Mayo Zambada was, until very recently,

13    the head of the Sinaloa Cartel.

14    A.  Yes, sir.

15    Q.  And I believe you mentioned that Vicente Zambada was

16    detained.  Correct?

17    A.  Yes.

18    Q.  And you understood that to mean he was arrested.

19    Correct?

20    A.  Yes.

21    Q.  Charged in the United States.

22    A.  Yes.

23    Q.  Extradited.

24    A.  Yes, sir.

25    Q.  Pled guilty.
```

```
 1    A.  I think so.

 2    Q.  Do you know who García Luna was?

 3    A.  Yes, sir.

 4    Q.  And he was tried in New York.  Is that correct?

 5    A.  Yes, sir.

 6    Q.  And you know that Mr. Zambada testified against him.

 7    Correct?

 8    A.  I wouldn't be able to say.  I have no knowledge of that.

 9    Q.  Are you aware that Mr. Zambada is out of custody?

10    A.  That he is outside what?

11    Q.  Are you aware that Mr. Vicente Zambada is now out of

12    custody?

13              THE INTERPRETER:  Can the interpreter have the

14    question repeated, please?

15    BY MR. RONIS:

16    Q.  Are you aware that Mr. Vicente Zambada is now out of

17    custody?

18    A.  I don't know that.

19    Q.  Okay.  Very well.

20              At some point, you aligned yourself with the

21    Sinaloa Cartel.  Is that correct?

22    A.  Yes.  I aligned with them.

23    Q.  And you received from them enormous quantities of

24    cocaine.  Is that correct?

25    A.  Yes.  Well, not that enormous.  But yes.
```

1    Q.  It depends upon your definition of "enormous."  Correct?

2    A.  Yes.

3    Q.  Presumably, there were people that had bigger loads.

4    A.  Yes.

5    Q.  And some people had smaller loads.

6    A.  Yes, sir.

7    Q.  But in the business of narcotics trafficking, you were

8    up there at a pretty high level.  Would that be fair to say?

9    A.  Well, I got to be one of the strongest in Ciudad Juárez.

10   Q.  And that was a -- Ciudad Juárez is a pretty significant

11   narcotics shipment -- trans-shipment point.  Is that

12   correct?

13   A.  Yes, sir.

14   Q.  A lot of drugs moved north.

15   A.  Yes.

16   Q.  And a lot of money and guns go south.

17   A.  Yes.

18   Q.  And I believe in one of your meetings with the agents,

19   which was as recent as August the 27th of this year, several

20   weeks ago, you told the agents that Mencho had offered you

21   to drug-traffic methamphetamine across the Ciudad Juárez

22   port.

23   A.  Yes, sir.

24   Q.  And that might have put you at a bad position with the

25   Sinaloa Cartel.  Would that be a fair statement?

1    A.  As I told you, at that time, there were no problems

2    between the Sinaloa Cartel and Jalisco New Generation

3    Cartel.  There would have not been any problems.

4    Q.  Okay.  But in any event, you mentioned to the agents

5    that you did not want to do that because you didn't want the

6    people to become addicted to methamphetamine, nor your

7    employers, because it would cause major problems for you and

8    your community.

9    A.  Exactly.  That's why I never moved any other drugs that

10   were not crystal and marijuana.

11   Q.  All right.  But in spite of your unwillingness --

12          THE INTERPRETER:  Correction by the interpreter:

13   "that were not cocaine and marijuana," rather than

14   "crystal."

15   BY MR. RONIS:

16   Q.  But in spite of your moral revulsion about doing that,

17   you were killing people.

18   A.  Yes.

19   Q.  Kidnapping people.

20   A.  Yes, sir.

21   Q.  Running crews of individuals to torture people.

22   A.  Yes, sir.

23   Q.  And one last thing:  There was a rehab house in Juárez,

24   Mexico.  Correct?

25   A.  Yes, sir.

1    Q.  You know which one I'm talking about.  Correct?

2    A.  Of course.

3    Q.  All right.  And it was dedicated to the rehabilitation

4    of people that had become addicted to drugs in that area.

5    Is that correct?

6    A.  That was a façade for the Aztecas gang formed by the

7    Juárez Cartel.

8    Q.  Okay.  At least you thought it was a façade.  Is that

9    correct?

10   A.  Yes.

11   Q.  Even though it was advertised and publicized as a rehab

12   center.  Correct?

13   A.  Yes, sir.

14   Q.  And you sent a crew in there to kill everyone.  Correct?

15   A.  Not everyone; just the Azteca ones.

16   Q.  Was there some effort made to distinguish the Aztecas

17   people from the people truly addicted to drugs that could

18   benefit by the rehab center?

19   A.  A member of the Aztecas who came with us identified

20   them.

21   Q.  And how long did it take to kill the rest of them?

22   A.  No.  That was fast.

23   Q.  Because you had automatic weapons?

24   A.  Yes.

25          MR. RONIS:  Thank you, sir.  I have no further

1    questions.

2              THE WITNESS:  Thank you.

3              THE COURT:  Take your time.

4              And Mr. Hornok.

5              MR. HORNOK:  Thank you, your Honor.

6                    REDIRECT EXAMINATION

7    BY MR. HORNOK:

8    Q.  Mr. Torres Marrufo, Mr. Ronis asked you about what a

9    large cocaine load was a couple of minutes ago.

10             Do you remember that?

11   A.  Yes.

12   Q.  Would you consider a single load consisting of 5,000

13   kilograms of cocaine to be a large load of cocaine?

14   A.  Very large.

15   Q.  What about a single load of 20,000 kilograms of cocaine?

16   A.  A lot bigger.

17   Q.  What about a single load of 36,000 kilograms of

18   methamphetamine?  Would that be a large load of

19   methamphetamine?

20   A.  Extraordinarily big.

21   Q.  During cross-examination, you were asked a lot of

22   questions about the restrictions in the jail.

23             Do you recall those?

24   A.  Of course I do.

25   Q.  And you mentioned something about the glass in some of

1    the specific booths.

2              Do you recall those questions?

3    A.  Yes.

4    Q.  And you mentioned that there were some specific booth

5    numbers that had that security flaw.

6              Do you recall that?

7    A.  Yes.

8    Q.  I missed which booth numbers.  Can you repeat for us

9    which booth numbers had that security flaw?

10   A.  They were number one, number two and number four, I

11   believe.  There were several of them.  But those were the

12   ones that myself and Menchito would frequent more.

13   Q.  Mr. Torres Marrufo, are there restrictions on the kinds

14   of weapons that you can possess in Mexico?

15   A.  Yes.

16   Q.  Is it permissible for anyone to own an M16 with a

17   grenade launcher?

18   A.  No.  The only weapon lawful to carry, and not everybody,

19   is a .380 gun.

20   Q.  Despite those restrictions, was the Defendant able to

21   obtain weapons, including grenade launchers, for you?

22   A.  Yes.

23   Q.  During the meeting that you had with the Defendant and

24   his father in 2010 or 2011, and you saw all of the various

25   weapons set out for the filming of the Meta Zetas film, did

1    you see any weapons that would have been also restricted?

2    A.  Well, all of them.

3    Q.  Are there any restrictions on trafficking drugs in

4    Mexico?

5    A.  Legally, they are completely restricted.  No one can

6    traffic with a weapon.

7    Q.  Based on your conversations with the Defendant, did you

8    come to learn whether the Defendant was able to traffic

9    drugs in Mexico despite those restrictions?

10   A.  Yes.

11   Q.  Earlier, you testified that the Defendant was approving

12   weapons purchases in the jail.

13           Do you recall discussing that?

14   A.  Yes, sir.

15   Q.  Did the Defendant ever bring those weapons into the

16   jail?

17   A.  No.

18   Q.  If he wasn't bringing those weapons into the jail, then

19   who were those weapons for?

20   A.  He was buying them for the people that he had outside

21   fighting, for the security people, all of that.  That's what

22   he told me.

23   Q.  And do you know what the name of the organization was

24   that those security people were a member of?

25   A.  The Jalisco New Generation Cartel.

1    Q.  And based on your conversations with the Defendant, what

2    did you learn, if anything, about why the Defendant had to

3    approve weapons purchases outside the jail?

4    A.  He was looking at the quality of the weapons and what

5    they looked like, how they -- and the type of weapons.

6    Q.  Based on your conversations, why did -- why was he

7    approving the weapons purchases even though the weapons were

8    being purchased outside the jail?

9    A.  To continue strengthening the people that were fighting

10    outside.

11            MR. HORNOK:  No further questions, your Honor.

12            THE COURT:  You're excused.

13            (Witness excused.)

14            THE COURT:  The Government's next witness?

15            MR. HORNOK:  Your Honor, at this time, the

16    Government calls DEA Special Agent Steve Paris.

17            (Thereupon, Steve Paris entered the courtroom and

18    the following proceedings were had:)

19            THE COURT:  Agent Paris, please step forward to

20    the witness stand.

21            Good afternoon.

22            MR. PARIS:  Good afternoon.

23            THE COURT:  Please stand on the witness stand.

24    Turn and face the jury.  Raise your right hand.  My

25    courtroom deputy will administer the oath.

```
1                  STEVE PARIS, GOVERNMENT WITNESS, SWORN.

2                  THE COURTROOM DEPUTY:  Thank you very much.

3                  THE WITNESS:  Thank you.

4                  THE COURT:  Please proceed, Mr. Hornok.

5                  MR. HORNOK:  Thank you, your Honor.

6                          DIRECT EXAMINATION

7      BY MR. HORNOK:

8      Q.  What is your name?

9      A.  Steve Paris.

10     Q.  Mr. Paris, where are you currently employed?

11                 THE COURT REPORTER:  If I could get a spelling of

12     the last name.

13                 MR. HORNOK:  It's P-A-R-I-S.

14                 THE COURT REPORTER:  Thank you.

15     BY MR. HORNOK:

16     Q.  Mr. Paris, where are you currently employed?

17     A.  The United States Drug Enforcement Administration.

18     Q.  And what is your title?

19     A.  I'm a special agent, criminal investigator.

20     Q.  Where are you assigned within the DEA?

21     A.  The Los Angeles field division.

22     Q.  Before joining the DEA, did you obtain any kind of

23     formal academic education?

24     A.  Yes, I did.

25     Q.  What education did you receive?
```

1    A.  I have a bachelor's degree in English from San Jose

2    State University.

3    Q.  Approximately when did you join the DEA?

4    A.  1992.

5    Q.  And after you joined the DEA, where were you first

6    assigned?

7    A.  San Diego.

8    Q.  While you were in San Diego, did you work on any cases

9    of particular note?

10    A.  Yes.

11    Q.  What?

12    A.  I was the case agent on the largest federal street gang

13    investigation ever conducted in the San Diego area.

14    Q.  And at some point, were you then transferred to the

15    Los Angeles field division?

16    A.  I was.

17    Q.  And when did that occur?

18    A.  Mid- to late 1993.

19    Q.  And have you been in L.A. ever since?

20    A.  I have.

21    Q.  During your 30-plus years with the DEA, have you

22    received any specialized training or experience in drug

23    investigation?

24    A.  Yes.

25    Q.  Can you list for us some of the general topics of

1    training and experience that you have obtained over those 30

2    years?

3    A.   Sure.  Well, the DEA academy by itself is extensively

4    involved in training on drug law enforcement, since that's

5    what we do.

6            So in addition to the topics that you would learn

7    at a regular police academy, such as firearms and arrests,

8    control, things of that nature, there's a lot to do with

9    drug identification, drug law, all aspects of how drugs are

10   packaged, transported, sold, distributed, methods to

11   investigate, such as handling confidential informants, doing

12   undercover operations, conducting surveillance.  And that

13   would be both physical and electronic surveillance methods.

14   Q.   Electronic surveillance, could that include wiretaps?

15   A.   Yes.

16   Q.   For the last 19 years, have you been assigned to a

17   particular case?

18   A.   I have.

19   Q.   What is that case?

20   A.   I've been assigned to the investigation of the

21   Guadalajara cartel, specifically the murder, torture, kidnap

22   of DEA Special Agent Enrique Camarena and six other

23   Americans.

24   Q.   Approximately when was Agent Camarena murdered?

25   A.   February of 1985.

1    Q.  And over the course of that investigation, have you had

2    the opportunity to travel to Mexico?

3    A.  Yes.  Numerous times.

4    Q.  And what have you done in your job while traveling to

5    Mexico?

6    A.  So although the case happened many years ago, in 1985,

7    over the course of the last several years, all nine of the

8    Defendants incarcerated in the United States were awarded

9    appeals because DNA evidence didn't exist back then.  So

10   I've had to kind of reinvestigate the case from scratch,

11   which means traveling throughout Mexico, interviewing

12   numerous individuals.

13   Q.  The individuals that you interviewed, what kind of

14   roles, if any, did they play in drug trafficking?

15   A.  The roles were varied.  A lot of them were members of

16   the cartel.  I've interviewed them in prison, both in the

17   United States and in Mexico.

18        A lot of them were foot soldiers, so to speak.

19   Some of them were corrupt public officials, such as police

20   officers.

21   Q.  And as a result of those conversations, have you come to

22   learn how Mexican drug cartels operate?

23   A.  Yes.

24   Q.  Have you ever been involved in any wiretap

25   investigations?

1    A.  Yes.

2    Q.  And what roles have you played in those wiretap

3    investigations?

4    A.  Well, it involved numerous roles.  Monitored the wire in

5    the wire room, conduct surveillance.  I've been the case

6    agent.  I've written -- I'm sorry.  I've written affidavits

7    for wiretaps.

8    Q.  And in those --

9    A.  Anything and everything.

10   Q.  In those roles, did you have an opportunity to view any

11   of the intercepted communications?

12   A.  Yes.

13   Q.  Have you ever testified as an expert witness regarding

14   those wiretap investigations?

15   A.  Yes.

16   Q.  And in those -- the wiretap investigations that you have

17   done and testified about, what was the language primarily

18   used in the intercepted communications?

19   A.  Spanish.

20   Q.  And as a result of reading that, have you developed any

21   kind of proficiency in Spanish?

22   A.  Yes.  Not just as a result of reading that.  Yes.

23   Q.  Could you just kind of generally describe your

24   proficiency in Spanish?

25   A.  Yeah.  Well, I would not say that I'm fluent, but I did

 1    grow up in San Diego, which is on the Mexico border.  I took

 2    Spanish in high school and in college.  I was a law

 3    enforcement officer with the San Diego County Marshal's

 4    Office in San Diego which, again, is primarily in the

 5    Hispanic communities.

 6              And then I've been a DEA agent for the last almost

 7    33 years, traveling throughout Mexico and conducting the

 8    majority of cases in Mexico and Los Angeles, where Spanish

 9    is primarily the language spoken.

10    Q.  During your investigations, have you ever seen anything

11    that you might consider to be coded language?

12    A.  Yes.

13    Q.  What is that?  Please explain that to the jury.

14    A.  Coded language is language that's usually outside the

15    normal context of the conversation.  That's something that

16    the two parties involved know what they're discussing, but

17    they're able to kind of surreptitiously communicate about

18    these things so they're not using the words of illegal

19    substances, such as cocaine or methamphetamine.

20    Q.  Have you come to learn through your investigations how

21    and where various drugs are produced?

22    A.  Yes.

23    Q.  And how and where they're moved?

24    A.  Yes.

25    Q.  And where they're moved?

1    A.  Yes.

2    Q.  Through your investigations, have you learned about the

3    use of violence in Mexican drug cartels?

4    A.  Yes.

5    Q.  You mentioned testifying as an expert witness regarding

6    wiretaps.  Have you testified as an expert witness in

7    other -- or just in general in federal criminal cases?

8    A.  Yes.  Many times.

9    Q.  Approximately how many?

10   A.  Approximately 50.

11   Q.  And those cases -- what was the general nature of the

12   crimes that those cases dealt with?

13   A.  So all the cases in general involve drugs in some way,

14   numerous different drugs.  I've testified on cases regarding

15   heroin, methamphetamine, marijuana, cocaine, if I haven't

16   said that already, fentanyl, ectasy.  Sometimes gang-related

17   cases, if that involves gang-related transportation or just

18   distribution of illegal drugs, money laundering, prison

19   gangs.

20   Q.  And have you testified as a nonexpert witness in federal

21   cases?

22   A.  Yes.

23   Q.  Approximately how many?

24   A.  Many.  I'm going to say probably a hundred.

25   Q.  Now, of the cases in which you've testified as an

1    expert, did any of them involve Mexican drug cartels?

2    A.  Yes.

3    Q.  And how would you -- what proportion of those --

4    A.  The overwhelming majority.  Where I work in the

5    Los Angeles area, it's -- and San Diego as well -- close

6    proximity to Mexico, all of our cases involve Mexican

7    cartels in some way.

8    Q.  Have you had an opportunity to teach other law

9    enforcement officers about drug investigation?

10   A.  I have.

11   Q.  And what are some of the topics that you have taught

12   others about?

13   A.  I've taught over the years almost every aspect of drug

14   law enforcement, from drug identification to report writing,

15   to service of search warrants, transportation and

16   concealment methods.

17   Q.  And approximately how many law enforcement officers have

18   you taught?

19   A.  Thousands.

20   Q.  Did you participate in the investigation of the

21   Defendant in this particular case?

22   A.  I did not.

23        MR. HORNOK:  Your Honor, at this time, I would

24   offer Agent Paris as an expert in the following areas:

25   history and operation of the Mexican drug cartels, drug

1    routes, ways, methods and means of drug traffickers, methods

2    of drug production, use of violence and weapons by

3    drug-trafficking organizations and interpretation of coded

4    and cryptic drug language.

5           THE COURT:  Any objection?

6           MR. COLOMBO:  Your Honor, may I just briefly be

7    heard?

8           THE COURT:  Yes.

9           (Whereupon, the following bench conference was

10   held:)

11          MR. COLOMBO:  Your Honor, I don't have any

12   objection to this witness's qualifications with regard to

13   what he's proffered as an expert in.

14          However, I would object that, under 403, any

15   testimony in relation -- not in relation to him decoding

16   messages is cumulative.  We've heard from not only one boss

17   of a drug cartel; we've heard from two bosses of a drug

18   cartel -- actually, three bosses of a drug cartel.  So I

19   think at this point anything in relation to how drug cartels

20   operate is cumulative and isn't appropriate.

21          THE COURT:  Why do we need to hear all that?  I

22   mean, really.  I mean, you want to go into the history and

23   the operation of cartels?  Routes and methods of

24   distribution?  What else do you want to do?  The

25   coded language, okay.  That's clearly fine.  What else did

1      you want to talk about?  Violence?  I mean, really?  I've

2      seen more murders in this courtroom in the last week and a

3      half than I ever could have imagined.  Why are we going into

4      all that?

5              MR. HORNOK:  Your Honor, all the people that he

6      has described as testifying regarding these things have all

7      been crossed for hours and hours and hours about their --

8              THE COURT:  Please keep your voice down.

9              MR. HORNOK:  -- about their credibility.  And

10     this -- Agent Paris's ability --

11             THE COURT:  Let me just go into this.  About the

12     history and operations of cartels:  What are we talking

13     about there?

14             MR. HORNOK:  So things like the plaza system and

15     just generally how this works.  These are --

16             THE COURT:  Okay.  Plaza system.  I mean, like,

17     this cartel was with that cartel, and when it split up, they

18     had a war?  Are we going to go into the whole history of

19     Mexican --

20             MR. HORNOK:  No, your Honor.  I think --

21             THE COURT:  So we're talking, like, general

22     structures?

23             MR. HORNOK:  That's correct, your Honor.

24             THE COURT:  Which may or may not apply to this

25     one.  The CJNG.

1          MR. HORNOK:  So my intention is to elicit nothing

2     but relevant testimony and testimony that I believe

3     corroborates the statements of the witnesses whose

4     credibility have been crossed.

5          But also, I will say the kinds of things that

6     Mr. Colombo is worried about can -- constitute a very small

7     portion of the testimony that --

8          THE COURT:  So why -- well, I also just don't want

9     to waste people's time, either.  Routes and methods.  Are we

10    going to hear -- I mean, this is going to be, like, one

11    sentence?  "They used trucks and other things with a

12    compartment"?  And -- I mean, like, what is that going to be

13    about?

14         MR. HORNOK:  So this would be, for example, like

15    when these drugs are being moved, what's the size of the

16    load.  Cocaine is pressed into blocks.  They're typically

17    brick size.  That corresponds with things like squares and

18    tiles that are coded language in the BBMs.

19         THE COURT:  So that ties into the coded language?

20         MR. HORNOK:  That's right, your Honor.

21         THE COURT:  Okay.  Now, then -- so that goes into

22    the coded.

23         And then we're going to talk about how different

24    drugs are distributed?  What are we limiting this list to?

25    Not every drug in the world?  Like -- or just cocaine, pot

1    and meth?

2              MR. HORNOK:  Fentanyl, too, your Honor.

3              THE COURT:  Fentanyl.

4              MR. HORNOK:  Just the drugs that are at issue in

5    this case.

6              THE COURT:  Okay.  And then the violence.  I mean,

7    what is he going to be talking about?  That drug cartels use

8    violence to maintain control?  I mean, is he going to say

9    something beyond that?

10             MR. HORNOK:  If I could direct him to say that

11   question, he's going to say yes, and we're going to move on.

12             THE COURT:  All right.  Mr. Colombo, we're not

13   going to be going into ad nauseam detail about

14   disfigurement, dismemberment, torture and the different

15   mechanisms for that.  And if that's what it's going to be

16   limited to, I don't see any reason he can't just say that.

17             MR. COLOMBO:  Okay.  I understand, your Honor.

18   But my objection stands with regard to cumulative.

19             I just have a reminder to your Honor that we do

20   have a limiting instruction with regard to this particular

21   witness.

22             THE COURT:  Yes.  Let me pull that up.  Okay.

23             MR. COLOMBO:  I have the language prepared, if

24   you'd like me to provide it to you.  I provided it to the

25   Government several days ago.

1          THE COURT:  Okay.  Well, yes.  Here we are.  I

2     don't know that I have it in front of me.  Let me just see

3     if I can find it.

4          MR. HORNOK:  Your Honor, I believe that's to be

5     read after he's done testifying.  So my guess is we have at

6     least a little bit of time to --

7          THE COURT:  Well, usually I give a limiting

8     instruction about experts before they give their opinions.

9          MR. HORNOK:  Oh.

10          MR. COLOMBO:  It can wait until after they're

11     done, your Honor.  That's fine.  I don't have an objection

12     to that.

13          THE COURT:  Okay.  Well, then, we'll get two

14     limiting instructions for him.

15          All right.  Is that all?

16          MR. COLOMBO:  Yes, your Honor.

17          THE COURT:  Okay.

18          (Whereupon, the following proceedings were had in

19     open court:)

20          THE COURT:  Sorry about that, ladies and

21     gentlemen.

22          Let me just tell you that, ordinarily, a witness

23     testifying at a trial is usually just testifying about what

24     he or she has seen or heard as a fact witness.  Some

25     opinions -- some witnesses are allowed to testify under

1    Federal Rule of Evidence 702 to offer expert opinions.

2    And they're allowed to give their opinions and

3    reasons for their opinions because they have become an

4    expert in some art, science, profession or calling.

5    I will certify that Special Agent Paris, special

6    agent of the Los Angeles field division of the Drug

7    Enforcement Administration, may offer, under Rule 702, his

8    opinion regarding the various aspects of general testimony

9    because, as he said, he's not involved in this investigation

10   or knows nothing about the facts of this case.  He's able to

11   offer his opinion about those matters.

12   And let me just say that just because he's able to

13   offer his opinion as an expert doesn't mean you're bound to

14   accept his opinions.  If you find that the opinions that

15   you're hearing about are not based on sufficient education

16   or experience, that the reasons supporting the opinion are

17   not sound or the opinion is outweighed by other evidence,

18   you may completely or partially disregard the opinions

19   you're about to hear.

20   You should consider this evidence with all the

21   other evidence in the case and give it as much weight as you

22   think it deserves.

23   All right.  You may proceed.

24   MR. HORNOK:  Thank you, your Honor.

25

1    BY MR. HORNOK:

2    Q.  You mentioned the Guadalajara Cartel.  At some point,

3    did the Guadalajara Cartel break up?

4    A.  Yes.

5    Q.  Did some kind of system of cartel power succeed the

6    Guadalajara Cartel?

7    A.  Yes.

8    Q.  What was that system?

9    A.  The plaza system.

10   Q.  And please explain what the plaza system is in general

11   terms.

12   A.  Well, at the time, cartels were kind of unique.  So the

13   Guadalajara Cartel was -- although there were other criminal

14   organizations, it was really the first cartel, so to speak,

15   of its time.

16           And with the arrest and incarceration of many of

17   its top members, the cartel kind of fell into a state where

18   the leaders weren't able to run it.  So one leader in

19   particular decided that he would break up all the

20   territories into plazas and designate people to run those

21   territories.

22   Q.  And over the years, have some of those plazas or

23   territories kind of become -- the names of those

24   organizations become kind of well-known?

25   A.  Of the --

1    Q.  Of the various plazas.

2    A.  Sure.

3    Q.  And what are some of the names of those organizations?

4    A.  Well, plazas are the territories, and I will say that

5    there's 27 plazas.  Different cartel groups I think is what

6    you're referring to.  Am I correct?

7    Q.  Yes, please.

8    A.  Okay.  So there's been many that have come and gone.

9    Some are now defunct.  But some of the names would be

10   Sinaloa Cartel, the Tijuana Cartel, the Sonora Cartel, the

11   Gulf Cartel, the Milenio Cartel.  There's many others.  But

12   those are some of the names.  Juárez Cartel.

13   Q.  And for these cartels, what is the overall purpose of

14   these criminal organizations?

15   A.  The overall purpose is to make money.

16   Q.  And how do they typically do that?

17   A.  Illicit means.  Drugs, human trafficking, guns.  But

18   drugs is the primary means of making money.

19   Q.  Is the CJNG one of these criminal organizations?

20   A.  Yes.

21   Q.  What, if any, role does family or family relationships

22   have in the running of these criminal organizations?

23           MR. COLOMBO:  Objection, your Honor.

24           THE COURT:  Overruled.

25           THE WITNESS:  I would say family plays a large

1      role.

2      BY MR. HORNOK:

3      Q.  And please explain that.

4      A.  Well, a family member is somebody that not only may have

5      grown up in the cartel if he has fathers or grandfathers,

6      but -- and knows the business, but also there's -- being a

7      family member, there's a higher position of trust.  You're

8      going to trust a family member more than you would trust

9      somebody that you don't know very well.

10     Q.  You mentioned that these plazas are tied somewhat to

11     territory.  What, if any, role does geographical control

12     have in drug trafficking?

13     A.  A large role.  I mean, the plazas are basically

14     geographical, but plazas mean different things depending on

15     the territories that they're from as well.

16     Q.  And why is geography so important for drug trafficking?

17     A.  Well, some of the areas are where drugs are grown or

18     produced, but a lot of it also stems on distribution, being

19     close to seaports or close to the border, things of that

20     nature.

21     Q.  You mentioned close to the border.  Close to what

22     border?

23     A.  The border with the United States.

24     Q.  So what are the locations close to the United States

25     that are of particular importance for drug trafficking?

1    A.  Well, all of them, really.  I mean, to get them across

2    into the United States is the ultimate goal.  That is the

3    biggest customer.  So Tijuana, Juárez, Nogales in Arizona.

4    Everywhere. Everywhere there's the -- Texas.

5    Q.  What, if any, role does violence play in the operation

6    and control of drug cartels?

7    A.  It plays a big role.

8    Q.  Please tell us about it.

9    A.  Well, violence serves numerous purposes.  It is a

10   deterrent for people to not steal from the cartel or to try

11   to take their turf.  It also allows the stronger cartels to

12   take more turf because they are physically stronger.  And

13   it's also a deterrent for people not to inform on the

14   cartel.

15   Q.  What, if any, security measures do high-ranking cartel

16   members use to protect where they live and their family?

17   A.  Security measures?  Well, I mean, they're very wealthy

18   people, for the most part, and have a lot of power.  So just

19   like CEOs of corporations, they would have, most likely,

20   bodyguards and security cameras and fortified residences.

21   Q.  If somebody who's a high-ranking cartel member needs to

22   meet with someone, are there any security measures that they

23   might take with respect to cell phones?

24   A.  Sure.

25   Q.  Tell us about those.

1    A.  Well, cell phones, in addition to being a device that

2    can send a message or a phone call, is -- also provides a

3    geographical location.  So it would not be uncommon, as a

4    security measure, to search individuals meeting to make sure

5    they don't have cell phones and to temporarily remove the

6    cell phones from them in some way so that geographical

7    locations and/or messages can't be sent out.

8    Q.  And if a high-ranking cartel member were to go to some

9    other place, what, if any, security measures might be taken

10   before they arrive?

11   A.  The same thing.  I mean, it's kind of like a dignitary.

12   There would probably be an advance team that goes to the

13   location and sweeps it.  It can be even swept for electronic

14   devices.  But certainly anybody entering the location could

15   be searched for cell phones.

16          There's even an extreme example from 11 years ago

17   where Chapo Guzman went to a restaurant and they took the

18   cell phones of everybody that was in the restaurant during

19   the time he was eating there.

20   Q.  What is cocaine?

21   A.  Cocaine is a drug, a stimulant.  It's derived from the

22   coca plant.

23   Q.  And how is it made?

24   A.  Well, again, it's the coca plant.  The plant would be

25   harvested of its paste and then there's a process where it's

1     dried and made into a powdered form of the drug, which is

2     cocaine.

3     Q.  And to be clear, is this different from a chocolate

4     plant or the plant that would produce chocolate?

5     A.  Yes.  Yes.

6     Q.  In what countries is cocaine typically made?

7     A.  Central and South America, predominantly South America.

8     Q.  And what are some of the countries in South America in

9     which it's made?

10    A.  The predominant one would be Colombia.

11    Q.  And when cocaine has been kind of fully produced, what

12    does it look like?

13    A.  It's a white powdery substance with some crystalline

14    appearance to it as well.

15    Q.  When you say "crystalline," what do you mean?

16    A.  Like -- shiny, like sugar.

17    Q.  How is cocaine typically packaged?

18    A.  Well, it's going to be compressed usually.  I mean, in

19    larger quantities, it's going to be compressed into kilogram

20    quantities, and then wrapped in either a combination of

21    rubber and plastic or plastic.

22    Q.  And generally, how would you describe the shape that

23    it's pressed into?

24    A.  I would say it's kind of rectangular, like a brick, but

25    wider than what we would consider like a red brick.

1    Q.  And what is the purpose of wrapping it in plastic or --

2    I believe you said rubber, perhaps?

3    A.  Well, it is a powder.  So the plastic keeps it

4    contained, keeps it together and protects it from the

5    environment.

6    Q.  When you say "protect it from the environment," what

7    kind of environmental things might cause problems?

8    A.  So it doesn't get wet or absorb moisture.

9    Q.  And if it gets wet or absorbs moisture, is that a

10   problem?

11   A.  Yes.

12   Q.  Why?

13   A.  Well, it definitely would damage the cocaine and could

14   affect its strength, so to speak, as a drug.  But I mean, it

15   could get -- it could absorb moisture.  It's a powder.  And

16   it could even mold, basically.

17   Q.  Approximately how many pounds are in a kilogram?

18   A.  2.2 pounds.

19   Q.  When cocaine moves from its country of origin to the

20   United States, how does it typically move?

21   A.  It could move numerous ways.  Boat, plane, vehicle.

22   Q.  And what would be a typical load size?  Is it one

23   kilogram or something more as it's moving kind of in those

24   wholesale quantities up Central America?

25   A.  No.  It would be in multiple-kilo quantities, probably

 1    hundreds of kilo -- multi-hundred kilo quantities to make it

 2    worth the effort to transport it in that manner.

 3    Q.  Is cocaine, when it's manufactured, is it branded or

 4    identified in some way?

 5    A.  It can be.  Sure.

 6    Q.  Explain that.

 7    A.  Well, when you say "manufactured," I mean, there could

 8    be an imprint in the powder, but often the brand is actually

 9    placed on the packaging, so it's really not part of the

10    manufacture process.

11    Q.  And what kind of brands -- how would you describe these

12    brands or identification?

13    A.  I would say that it's a label or an emblem that's placed

14    on the package to kind of give it for marketing purposes, so

15    to speak, a brand, so that if somebody likes a particular

16    kind or they're enamored of the logo that they think they're

17    getting some luxury-type brand.

18    Q.  And what kind of logos, in your experience, have you

19    seen on cocaine?

20    A.  I mean, it could be letters; it could be a word; it

21    could be a symbol, such as a scorpion.  I've seen the

22    world's greatest soccer players on there, the Nike swoosh.

23    I mean, sometimes what would be considered luxury, like

24    Rolex, Gucci, Louis Vuitton, all of those emblems.  And many

25    others.

1    Q.  You have a binder there in front of you with some

2    exhibits.  Have you had a chance to review Exhibit 99?

3    A.  I have.

4    Q.  And what does Exhibit 99 contain?

5    A.  A map of the lower half of the United States, all of

6    Mexico and Central America, and the top half of South

7    America.

8    Q.  And there's a couple of pages that constitute Exhibit

9    99.  Are all of them maps of some variety?

10   A.  Yes.

11   Q.  Are these fair and accurate representations of the

12   places they describe?

13   A.  Yes.

14           MR. HORNOK:  Your Honor, at this time, I'd move to

15   admit Exhibit 99.

16           THE COURT:  Any objection?

17           MR. COLOMBO:  No, your Honor.

18           THE COURT:  Government's Exhibit 99 will be

19   admitted and may be published.

20           (Whereupon, Government's Exhibit No. 99 was

21   entered into evidence.)

22           MR. HORNOK:  Thank you, your Honor.

23           If we could flip to Page 2.

24   BY MR. HORNOK:

25   Q.  You mentioned that cocaine can travel by water, air or

1   land from Colombia to Mexico.

2          Since the screen up there is not working, this

3   place I've circled here, is that the country of Colombia

4   that you were describing earlier?

5   A.  Yes.

6   Q.  And is this Mexico here, kind of in the top middle of

7   the map?

8   A.  Yes.

9   Q.  And what kind of -- how does the cocaine travel by air

10  or water as it goes from Colombia to Mexico?

11  A.  Well, I mean, it is possible to drive it.  Right?  But

12  it's frequently flown, which would be faster.  So in my

13  experience, on the cases that I've worked, you're not

14  talking about commercial airlines; you're talking about

15  smaller private planes.  So it would not be uncommon to fly

16  from Colombia to Mexico, sometimes stopping in places like

17  Costa Rica or El Salvador or Honduras to refuel along the

18  way.

19  Q.  And as the cocaine moves from Colombia to Mexico and

20  from Mexico up to the U.S., what, if anything, happens with

21  the price of the drug?

22  A.  It gets more expensive.

23  Q.  All right.  Let me turn your attention now to Page 3.

24  What is this?

25  A.  This appears to be a map of Mexico by state, the states

Paris - DIRECT - By Mr. Hornok

1    of which are color-coded.

2    Q.  And what is this state right here?

3    A.  Jalisco.

4    Q.  And what is this state?

5    A.  Sinaloa.

6    Q.  What about this state?

7    A.  Sonora.

8    Q.  And what is the American state that is right here?

9    A.  California.

10   Q.  What is this state?

11   A.  Michoacán.

12   Q.  And down here in the baby blue, what is that state?

13   A.  Oaxaca.

14   Q.  And there's a little orange place right at the bottom of

15   that pin.  What is that?

16   A.  Oh.  Mexico City.

17   Q.  And what is the -- is Mexico City identified as

18   something specific on this map?

19   A.  It is.

20   Q.  What is it identified as?

21   A.  The Federal District, basically, kind of like the

22   Washington, D.C., version in Mexico.

23   Q.  And what are the initials that are sometimes used for

24   that?

25   A.  DF, for Distrito Federal.

1    Q.  Let me turn your attention to Page 6.

2              What is depicted here?

3    A.  A portion -- the northern half of Mexico and the very

4    southern half of the United -- oh, sorry.  That's the wrong

5    map.

6              That is pretty much the central part of Mexico.

7    Q.  Okay.  And what is this over here?

8    A.  Mexico City.

9    Q.  All right.  And what are the two cities that are --

10   major cities that are located in the middle of that circle?

11   A.  Guadalajara and Zapopan.

12   Q.  And what about that right there?

13   A.  Puerto Vallarta.

14   Q.  And Guadalajara and Puerto Vallarta are in what state?

15   A.  Jalisco.

16              MR. HORNOK:  We can take that off.  Thank you.

17   BY MR. HORNOK:

18   Q.  Now, as drugs move to various locations, including the

19   United States, what -- if they're paid for in some kind of

20   physical currency, what would be the typical currency they

21   would be paid for in?

22   A.  Cash.

23   Q.  All right.  And -- so if drugs were sold in the United

24   States, what kind of cash?

25   A.  U.S. currency.

1    Q.  If drugs were sold to -- say, someplace in Europe, what

2    kind of currency would they be paid for in?

3    A.  Most likely, euros.

4    Q.  What about if they were sold to someplace in Asia?

5    A.  Asian currency.

6    Q.  All right.  What about if they were sold to someplace in

7    Mexico City?

8    A.  I would say Mexican currency, but often U.S. currency is

9    used as well.  But usually it's the currency of the

10   countries that they're in.

11   Q.  What is methamphetamine?

12   A.  Methamphetamine is a stimulant.  It's a manmade drug.

13   It's not derived from a plant like cocaine.

14   Q.  How is it made?

15   A.  It's clandestinely manufactured, meaning it's not made

16   in an actual laboratory, but it is a laboratory process to

17   produce it.  It requires numerous ingredients.  Mostly you

18   need some type of ephedrine or pseudoephedrine, and then

19   acids and bases, which can range from insolvents that could

20   range from gun cleaners to brake cleaners to denatured

21   alcohol.  But -- there's numerous different ingredients.

22   But it's a laboratory process.

23   Q.  Did you receive any training from the DEA about how to

24   cook methamphetamine?

25   A.  I did.

1    Q.  Tell us about that.

2    A.  So in the early '90s, methamphetamine laboratories were

3    very prevalent in the United States.  And DEA sent me to a

4    clandestine laboratory investigator school which consisted

5    of learning the multiple different ways to manufacture or

6    produce methamphetamine under the guise -- with the guidance

7    of DEA chemists.

8    Q.  And once methamphetamine is produced, what does it look

9    like?

10   A.  It can have multiple appearances, depending on the

11   ingredients that it's made with.  Some, because of the

12   ephedrine and pseudoephedrine, can be like an off-white

13   appearance.  It can be made with iodine, which gives it --

14   it can be like a brownish appearance.  Because of the red

15   iodine or the red phosphorus, it can have a pinkish

16   appearance.  But the most commonly sought after has a clear

17   appearance like an ice cube, which is why it's referred to

18   as ice.

19   Q.  Can it take a liquid form?

20   A.  Yes.

21   Q.  You mentioned that methamphetamine was being produced in

22   laboratories, I believe you said, in the '90s.  Is that

23   right?

24   A.  Correct.

25   Q.  At some point, did that change?

1    A.   Yes.

2    Q.   What caused that to change?

3    A.   I believe you're referring to the prevalence of

4    laboratories in the United States.

5    Q.   Yes.  And at some point, did laboratories in the United

6    States become less prevalent?

7    A.   Yes.

8    Q.   And why was that?

9    A.   Trying to get the ingredients became harder.  So at one

10   time, you could order a 55-gallon drum of ephedrine from

11   China and we'd get it.  And then in 1996, the Comprehensive

12   Methamphetamine Act was passed, which made that very

13   difficult for ingredients of that nature to be -- come into

14   the United States.

15           And then in 2000- -- so the result was that

16   illicit laboratories sought out pseudoephedrine, so they'd

17   go to Costco and you can get a pallet of pseudoephedrine.

18   There was a laboratory process where you'd extract the

19   pseudoephedrine from that, separate it from the binders and

20   use that.

21           But in 2005, they passed the Combat

22   Methamphetamine Act, which now, when you go to Costco or a

23   pharmacy or anywhere, you have to show your driver's license

24   and you can only get two packs of pseudoephedrine.  So that

25   made the ingredients extremely difficult to get.

1    Q.  So when those restrictions took place in the United

2    States, where did meth production shift to?

3    A.  Mexico.

4    Q.  Between 2007 and 2017, the methamphetamine that was

5    distributed in the United States, where was that

6    methamphetamine typically being produced?

7    A.  Mexico.

8    Q.  And where did the ingredients for that -- where did the

9    ingredients for that methamphetamine typically come from?

10   A.  So the ingredients were extremely hard to obtain in the

11   United States.  So at first, the thought was to go to Mexico

12   to get the ingredients.  But then at some point it just

13   became easier to manufacture it in Mexico and just bring the

14   finished product across.

15          I don't know if that's what you're asking

16   specifically.

17   Q.  And that all shifted in -- really shifted in 2005?  Is

18   that what you said?

19   A.  Correct.  Well, I would say it's a process.  Between '96

20   and 2005.  It was a lot of work to make ephedrine or a

21   useable amount out of millions of blister packs of

22   pseudoephedrine.  But -- so it began the process.

23          But after 2005, it was almost exclusively in

24   Mexico.

25   Q.  What is fentanyl?

1    A.  Fentanyl is a synthetic opioid.

2    Q.  And what are -- what are other opioids to which it might

3    be compared?

4    A.  Well, it's synthetic heroin, basically, but it's 50

5    times more powerful than heroin and 100 times more powerful

6    than morphine.

7    Q.  And why was fentanyl originally developed?

8    A.  It was created in 1959 as a liquid form of anesthesia.

9    And then it became -- because of its fast absorption and

10   fast-acting qualities, it became an analgesic, a painkiller

11   for people in extreme pain, such as cancer patients.

12   Q.  Is fentanyl used today in medical contexts?

13   A.  Yes.

14   Q.  What is OxyContin?

15   A.  It's a semi-synthetic opioid as well, also used for

16   pain.

17   Q.  What is oxycodone?

18   A.  Oxycodone or -- I'm sorry.

19         Oxycodone and OxyContin are extremely similar.

20   They're basically the same drug.  The only difference is

21   OxyContin is time-released oxycodone.

22   Q.  Is fentanyl -- can you just go to a pharmacy and get a

23   fentanyl pill?

24   A.  You can't just go to the pharmacy and buy one.  You

25   would need a prescription for one.

1    Q.  Okay.  And are there non-pharmaceutical fentanyl pills

2    in the U.S.?

3    A.  Yes.

4    Q.  And how are those made?

5    A.  Well, those are counterfeit pills made in illicit

6    laboratories.

7    Q.  And what -- you said -- you used the word "counterfeit."

8    What are they counterfeiting typically?

9    A.  They're making them look like the prescription versions

10   of the pills by how they stamp them and the colors that they

11   are.

12   Q.  And so what do those -- a fentanyl pill -- a counterfeit

13   fentanyl pill, what does it typically look like in your

14   experience?

15   A.  Well, it could have a variety of appearances and mimic

16   multiple kinds of pills like Xanax and multiple other types

17   of opioids.  However, the -- most commonly, it mimics blue

18   M-30 oxycodone pills.

19   Q.  When did fentanyl in that M-30 blue form come on the

20   scene in the United States?

21   A.  I would say in the mid- to late 2000s.

22   Q.  Mid- to late 2000s?

23   A.  From -- it started to emerge in 2014.  But nobody really

24   knew the effects till after 2017.

25   Q.  Compared with methamphetamine and cocaine, is fentanyl

1    more profitable or less profitable for drug traffickers?

2    A.  Well, it's extremely profitable because it's not

3    derived -- well, neither is methamphetamine; but unlike most

4    opioids like heroin or morphine, you don't have to grow a

5    plant.  You don't have to water it.  You don't have to wait

6    for it to be ready to be harvested.  You don't have to pay

7    people to harvest it.  It's all, like, chemically synthetic

8    made.  So it's inexpensive to make and very powerful.

9    Q.  And is it profitable to sell as a drug?

10   A.  Yeah.  Extremely.

11          MR. HORNOK:  Your Honor, at this time, I would ask

12   to distribute 16 -- a copy of 16-A, which has been

13   previously admitted, to the jury.  It's the chart we

14   admitted yesterday as we discussed some of the BBM exhibits.

15   I've showed it to defense counsel.

16          THE COURT:  Yes.  You may distribute it.

17          MR. HORNOK:  Thank you.

18          (Distributes document to the members of the jury.)

19   BY MR. HORNOK:

20   Q.  You have a binder of exhibits in front of you.

21   A.  Yes.

22   Q.  And they contain a number of BBM communications.  Do you

23   see that?

24   A.  I do.

25   Q.  And have you had an opportunity to review all of the

1    communications in that binder?

2    A.  I have.

3    Q.  And based on your overall review, have you been able to

4    come to an opinion about whether they contain

5    drug-trafficking communications?

6    A.  I do believe that, yes.

7              MR. COLOMBO:  Objection, your Honor.

8              THE COURT:  I'm sorry.  I was trying to find this

9    chart myself in my exhibit book.  Hold on a second.

10             Let me hear your objection.

11             (Whereupon, the following bench conference was

12   held:)

13             MR. COLOMBO:  Your Honor, this goes beyond the

14   scope of the Government's notice in terms of what this agent

15   will testify to.  They've never provided notice that he was

16   going to opine that all of these communications in his

17   experience contained discussions about drug trafficking.  He

18   didn't conduct any investigation in this particular case.

19             I don't think this is a proper opinion for him.  I

20   don't think it was something that was noticed in their -- in

21   their prior notice.

22             So I would object to him offering that opinion.

23   This --

24             THE COURT:  What did you think the codes were for?

25             MR. COLOMBO:  Well, this --

1              THE COURT:  Some illicit substance of some kind?

2    I'm -- I'm not sure I'm understanding your objection.  He

3    was qualified, and I think you said you didn't even have an

4    objection to him testifying about the codes and coded

5    language being used.

6              It's obvious that the codes were for illicit

7    substances and things that were to be kept secret.  And

8    what -- you think that it's now a stretch for him to say

9    that the code was for drugs?  Is that what I'm understanding

10   your objection to be?

11             MR. COLOMBO:  No, your Honor.  I think it's

12   acceptable for this witness to testify to his understanding

13   of what a particular word means in a BBM, such as he would

14   be saying that "blacks" mean a particular type of law

15   enforcement officer, or "150" might be referring to a

16   particular amount of money or it might be referring to a

17   particular amount of drugs.

18             However, I think it is not --

19             THE COURT:  You don't think he has enough

20   experience with all the investigations he's done and

21   interviews he's conducted to testify about the fact that

22   there was coded language being used here and that coded

23   language was coded in order to avoid surveillance of obvious

24   narcotics trafficking?

25             MR. COLOMBO:  I think he's competent to testify to

1    that.

2              However, your Honor, what my objection is is for

3    him to say -- for him to offer the opinion that was just

4    elicited by the Government that, in his estimation, the

5    totality of all of these discussions are discussing

6    drug-trafficking activity, I think that goes beyond the

7    scope of the notice and I don't think it's --

8              THE COURT:  So you're objecting to the question

9    about all of the BBMs being connected to drug trafficking as

10   opposed to doing it on a BBM-by-BBM basis?

11             MR. COLOMBO:  Correct, because not --

12             THE COURT:  If on a BBM-by-BBMs basis, he's going

13   to say, This one has to do with drug trafficking and sales

14   and this one has to do with drug trafficking and sales, you

15   think that that's different than him saying, overall, like,

16   Looking at the totality of them, almost all of them are

17   involved in -- talking about that?

18             MR. COLOMBO:  There is a difference and a

19   distinction, your Honor, because not all of --

20             THE COURT:  I'm missing it.  Explain it.

21             MR. COLOMBO:  Not all of these BBMs contain coded

22   language.  So his testimony should be limited to the BBMs

23   that relate to coded language.  That's what the Government

24   noticed.  That's what they disclosed.  That's what was

25   approved by the Court.

1          So I think it would be -- I think it's improper to

2     allow him now to testify about the totality of --

3          THE COURT:  Yes.  But of course he bases some of

4     his opinion about the codes and what it's related to by the

5     full context of the BBMs.

6          Mr. Hornok, do you have a response?

7          MR. HORNOK:  Your Honor, he's also testifying

8     specifically about the exhibits that are in that binder,

9     which is a subset of all of the BBMs.  So it's not -- for

10    him to say that the -- that there are BBM messages about

11    drug trafficking in this binder is not to say that every BBM

12    message that has been admitted in this trial is, in fact,

13    related to drug trafficking.

14         I also think that the question was actually:

15    Based on your review of all of this, do these contain --

16    does that binder contain messages about drug trafficking?

17         THE COURT:  Why don't you just ask the question:

18    What's in these binders?  Is it a subset?  And based on your

19    review of all the BBMs in this binder, do you have an

20    opinion that some of these BBMs are referring to drug

21    trafficking?

22         If I'm understanding Mr. Colombo's objection, is

23    that getting to where you're going with your objection?

24         MR. COLOMBO:  That might be a more appropriate

25    question, your Honor, given the Government's --

```
1              THE COURT:  So let's just do that.  Okay?
2              MR. HORNOK:  Thank you, your Honor.
3              (Whereupon, the following proceedings were had in
4       open court:)
5              MR. HORNOK:  And I believe a minute ago I may have
6       referred to Exhibit 16.  The exhibit passed out to the jury
7       was 19-A.
8              THE COURT:  Okay.  That was my confusion.
9              MR. HORNOK:  I apologize.
10             THE COURT:  Thank you.
11      BY MR. HORNOK:
12      Q.  Agent Paris, could you -- looking on the side -- so
13      there's a number of BBM exhibits that you have in that
14      binder.  Could you read off which exhibits are in that
15      binder?
16      A.  Sure.  Looking on the side --
17      Q.  I believe it should start with 16-A.
18      A.  16-A?
19      Q.  Or 26-A.
20      A.  26-A.  Right?  26-A, 42-A, 65-A, 70-A, 87-A, 92-A.  And
21      then -- this is 20-A, but it has -- is that --
22      Q.  Yes.
23      A.  20-A, 21-A, 22-A, 66-A, 67-A, 68-A, 69-A, 27-A, 36-A,
24      71-A, 73-A, 76-A, 77-A, 78-A, 35-A, 76-A and 63-A.
25      Q.  Based on your review of the totality of those exhibits,
```

Paris - DIRECT - By Mr. Hornok

1    do some of the communications contained in those exhibits

2    pertain to drug trafficking?

3    A.  In my opinion, yes.

4    Q.  And do they contain coded drug language?

5    A.  Yes.

6    Q.  And based on your totality of your review, what kinds of

7    drugs are being discussed in these messages?

8    A.  Cocaine, fentanyl.  I don't recall any others besides

9    those two.

10   Q.  All right.  If I could turn your attention now to

11   Exhibit 56 -- you know what?  Actually, 65-A.

12   A.  65-A.

13   Q.  Who is this a conversation between?

14   A.  Mr. McWire and Boss.

15   Q.  All right.  And if you can read Mr. McWire, and I'll

16   read the Boss messages.

17            Let's start at Line 1 and read to Line 5.

18   A.  "At this time, I already picked up a part of it."

19   Q.  "What?"

20   A.  "From Pecas 374 and from Ruben 480.  I'm going to review

21   everything right now so they'll be ready to deliver by

22   tomorrow."

23   Q.  "Did you deliver what you had?"

24   A.  "No.  Nothing."

25   Q.  Based on your totality of your review, what do you

1    understand that Ruben has?

2              MR. COLOMBO:  Objection, your Honor.

3              THE COURT:  All right.

4              (Whereupon, the following bench conference was

5    held:)

6              THE COURT:  Yes.

7              MR. COLOMBO:  Your Honor, this goes beyond the

8    scope of what the expert witness is allowed to testify to.

9    He's not testifying to code words here; he's testifying to

10   what his understanding is, what Ruben has.  And that is not

11   what the Government, as I understand, number one, they

12   noticed; and number two, that the Court approved for him to

13   testify to.

14             He's now -- and this is exactly what I raised in

15   my motions *in limine*, that the expert witness doesn't get to

16   just wholesale summarize what a communication is.  He can

17   only testify to what he understands a code word to mean and

18   why he understands that code word to mean something, your

19   Honor.

20             THE COURT:  Mr. Hornok, where is the code word

21   he's interpreting here?  Is Pecas a code word?  480 is not a

22   code word.  What's the code word?

23             MR. HORNOK:  Your Honor, the question is:  Based

24   on the context of the conversation -- they're talking about

25   480 something.  The question is, 480 what?  And based on his

1    review of the communication, his opinion is that they're

2    talking about 480 kilos of cocaine.

3              THE COURT:  And what about this -- what about this

4    communication from these four lines makes him think that?

5    Is there something else that's going on?  Are there other

6    contexts?  I mean, what -- where -- where is he getting

7    that?

8              MR. HORNOK:  Your Honor, he's getting it from the

9    totality of the conversations that he's been reading, which

10   include a number of communications between Boss and     Mr.

11   McWire.

12             THE COURT:  Are there any coded -- is there any

13   coded language here?  I mean, are there codes --

14             MR. HORNOK:  Not --

15             THE COURT:  -- that he's going to be interpreting

16   or is this what you're planning on doing, is saying, Ruben

17   480, that means 480 kilos?  I mean, is that what we're doing

18   here?

19             MR. HORNOK:  He's --

20             THE COURT:  I mean, I made the decision without

21   having seen all these BBMs, and so I thought he was going to

22   be talking about, like, white blankets means this and

23   painted zebras means that.  I mean, I thought it was really

24   going to be talking about codes as opposed to this.

25             MR. HORNOK:  Your Honor, there are --

Paris - DIRECT - By Mr. Hornok

```
1              THE COURT:  I see no codes in this so far.

2              MR. HORNOK:  There are code words.  This is the

3       first message we're looking at.  The first --

4              THE COURT:  Let's find a code and go into that.

5       Why don't we?

6              MR. HORNOK:  Thank you, your Honor.

7              (Whereupon, the following proceedings were had in

8       open court:)

9       BY MR. HORNOK:

10      Q.  Please turn your attention -- let me turn your attention

11      to Exhibit 20-A.

12      A.  20-A.

13      Q.  Got it?

14      A.  I do.

15      Q.  All right.  Let's start with Line 3 and then we'll

16      continue into the conversation.  I'll read the messages from

17      Boss and if you could read them the messages from

18      Mr. McWire.

19              "What is Tom going to pick up?"

20      A.  "We're going to pick up 50 that Ruben is going to give

21      me.  You told me to pick them up Saturday" --

22      Q.  Next line, please.

23      A.  -- "of what was recovered."

24      Q.  "How much has been recovered?"

25      A.  "He didn't tell me.  I just told him that I was calling
```

Paris - DIRECT - By Mr. Hornok

1    him to pick up from what was recovered.  And he said yes, to

2    send someone, that he was going to give me 50."

3    Q.  "See that he doesn't try to give you the cut ones.  He

4    sent some to be cut."

5    A.  "It'll be noticeable immediately.  I'll check them when

6    I pick them up for the packaging and the chambers and all

7    that."

8    Q.  "Don't mix them up."

9    A.  "Not at all."

10   Q.  All right.  In Line 8 and 9, there's a word here that

11   says "cut," and there's reference to "cut ones" and "some to

12   be cut."

13          What do you understand that to be code for?

14   A.  Cut is a slang term of material that's not the drug

15   that's added to the drug to make it -- extend it to go

16   farther, so to speak, in terms of quantity.

17   Q.  And when you put cut or when you cut a unit of drugs,

18   does it make that unit of drugs more valuable or less

19   valuable?

20   A.  Well, it lessens the purity, but you have more drugs to

21   sell.  So therefore, that would be more valuable.  You're --

22   you can take one kilogram, let's say, and break it into

23   three kilograms, sell them all at the same price that you

24   would have sold one kilogram for.

25   Q.  And there's a reference to "I'll check them when I pick

Paris - DIRECT - By Mr. Hornok

1   them up" in Line 11.  What do you understand that to mean?

2   A.  To look at the kilos and inspect --

3           MR. COLOMBO:  Objection, your Honor.

4           THE COURT:  Overruled.

5           THE WITNESS:  To look at the drug and see if it

6   had any cut material added to it.

7   BY MR. HORNOK:

8   Q.  And based on your training and experience, how might

9   somebody do that?

10  A.  Well, there's definitely ways they can test the purity.

11  Q.  What are some of those ways?

12  A.  I mean, there are actually test kits which are chemicals

13  that are added to it.  But even taking a pinch of, let's

14  say -- I mean, it would be different for different drugs.

15  But let's say it's cocaine.  You can even put it in bleach,

16  and the cocaine will dissolve and the cut material will drop

17  to the bottom.

18  Q.  And why does somebody who's purchasing a kilogram of

19  cocaine need to check it?

20  A.  To make sure the quality of what they're buying is

21  what's purported as being sold to them.  Otherwise,

22  essentially they're being ripped off.

23  Q.  Let me turn your attention to Page 4 of that exhibit,

24  Line 16.  When was this message sent?

25  A.  June 18th of 2013.

 1    Q.  At what time?

 2    A.  12:41 in the morning, after midnight.

 3    Q.  Let me turn your attention now to 21-A, Page 1.

 4         Is this also a conversation between Boss and

 5    Mr. McWire?

 6    A.  Yes.

 7    Q.  And when was the first message sent?

 8    A.  1:05 a.m.

 9    Q.  So does it appear to be a continuation of this previous

10    conversation?

11    A.  It would be a short time later, so yes.

12    Q.  And then turning to Page 22-A, Line 6, if you could read

13    the messages from Ice Man and I'll read the messages from

14    Boss.  We'll read from 6 down to 9.

15    A.  6 to 9.

16         "No, Uncle.  It's fine.  But you know that I love

17    you all and I would never do anything like that to you."

18    Q.  "Don't let it bum you out, dude.  I just said it

19    offhand, not meaning to offend you.  I said that to him just

20    meaning that they shouldn't be giving you the fixed-up ones.

21    Yes, I said it, but it was just off the cuff."

22         In Line 9, there's a reference to "fixed-up ones."

23    What does that mean?

24    A.  In my opinion, it means ones that were cut or had cut

25    material added to them.

1    Q.  Let me turn your attention now to -- back to Line 1 of

2    Exhibit 22-A.

3            If you could read the messages from Ice Man, I'll

4    read the messages from Boss.  And we'll read the first four

5    lines.

6    A.  "Honestly, Uncle, don't say that to me because I have

7    never cheated you, nor do I plan to.  If you want to check

8    the squares, but really I don't think there's any need.  I

9    have never let you down in anything nor do I plan to let you

10   down ever.  For me, family comes before everything, and you

11   are my uncle."

12   Q.  "Don't get mad, Rojo.  I just said to him that you

13   shouldn't give me any of those because it's a hassle for me

14   to sell them, not that you've done anything shady.  Forgive

15   me if you felt offended.  It was not my intention."

16   A.  "But you know that I would never give you those because

17   that would be cheating you, Uncle, and I don't do things

18   like that, much less to you all.  I don't do that to anyone,

19   much less to you."

20   Q.  In the first line, there's a reference to checking the

21   squares.

22            What do you understand that to mean?

23   A.  Kilograms of cocaine.

24   Q.  The squares refers to kilograms of cocaine?

25   A.  Yes.

1    Q.  Let me turn your attention now to Line 13 on Page 2.  If

2    you could read that for us.

3    A.  "I think that 150 are coming out today, God willing."

4    Q.  And when was that message sent?

5    A.  1:16 a.m. on June 18th, 2013.

6    Q.  Let me turn your attention now to Exhibit 66-A, Page 1.

7    If you could read the Ice Man messages and I'll read the

8    Boss messages.

9            But first, when was this message sent?

10   A.  June 18th, 2013, at 1:20 a.m.

11   Q.  So is that just a couple minutes after the last message

12   we just saw?

13   A.  It appears to be about four minutes.

14   Q.  All right.  Go ahead and read Line 1, please.

15   A.  "They're buried.  They're out looking for them."

16   Q.  "Sons of fucking bitches.  They buried them.  Hopefully,

17   they didn't get wet with this rain."

18           Let me turn your attention now to Exhibit 67-A.

19   Does that appear to be a continuation of the message we were

20   just looking at in 66-A?

21   A.  It does.

22   Q.  All right.  Please read the first line.

23   A.  "Well, hopefully not, but they're taped up well, Uncle.

24   Can they get screwed up like that, too?"

25   Q.  "Sometimes water does get in if a lot falls directly on

1    them."

2              Now let's turn to the next exhibit, 66-A.  Does

3    this appear to be a continuation of this conversation?

4    A.  I'll let you know as soon as I find it.  66-A.  They're

5    not in order, so give me a second.

6    Q.  There.  It's on the screen.

7    A.  I've got it.

8              Yes, it does.

9    Q.  Let me -- if we could turn our attention to 68-A.

10   A.  68-A.

11   Q.  What does that message say?

12   A.  "God willing, they are dry, Uncle."

13   Q.  Based on the conversation there about things being

14   buried, being taped up well, water falling on them and then

15   this last message from Ice Man, "God willing, they are dry,"

16   what do you understand Ice Man and Boss to be discussing

17   that was buried?

18              THE COURT:  Before you answer --

19              MR. COLOMBO:  Objection, your Honor.  May I be

20   heard?

21              THE COURT:  Yes.

22              (Whereupon, the following bench conference was

23   held:)

24              THE COURT:  Mr. Colombo?

25              MR. COLOMBO:  Your Honor, again, this is not --

```
1     this is not interpreting a code word.  This is beyond the

2     Government's notice as to what this witness would testify

3     to.  He's now offering an opinion that this is cocaine

4     that's going to be moldy.  He did testify that that's there.

5     The Government is free to argue this.

6             But this is not properly noticed expert testimony

7     that was approved by the Court.  It's not a code word, and

8     this witness should not be able to offer this opinion.

9             THE COURT:  Mr. Hornok?

10            MR. HORNOK:  Your Honor, it was clear from the

11    notice that this witness was going to be testifying about

12    his opinion to help the jury interpret these

13    drug-trafficking communications.  Part of that

14    interpretation includes code words.

15            THE COURT:  Please keep your language -- your

16    voice down --

17            MR. HORNOK:  Sorry.

18            THE COURT:  -- to a whisper.  We can all hear you.

19            MR. HORNOK:  And part of that is reading these

20    communications, reading the -- what they're talking about,

21    but understanding what they're not saying.

22            And that's the point:  It's what they're not

23    saying.  They're not saying the cocaine is out there buried

24    in the desert.

25            They're saying:  Well, hopefully, it is okay.
```

1    Hopefully, it is taped up okay.  Hopefully, it does not get

2    wet.

3         The question is, what is the "it"?  Based on his

4    training and experience, he can give the opinion that

5    they're discussing cocaine based on these specific messages,

6    but also based on his review of the totality of the

7    messages, and in turn help the jury understand what it is.

8         They're certainly free to ignore that, as the

9    judge has said, and defense counsel has certainly -- is free

10   to argue that he's wrong or to present testimony that would

11   contradict that.

12        THE COURT:  I'm going to overrule the objection.

13   I mean, I think that when I saw the notice about coded

14   words, I thought we were going to be having, like, literally

15   coded words as opposed to interpreting coded language in a

16   broader sense.

17        But this person has the expertise to describe

18   this.  He can offer his opinions.  And so I'm going to

19   overrule the objection.

20        MR. COLOMBO:  Your Honor, I don't think

21   Mr. Hornok's understanding the proper way to do this.  And

22   that is, he can't just ask him:  What are they discussing in

23   this conversation?  That's impermissible expert testimony.

24   It's very clear that that's not allowed.

25        THE COURT:  I'm not sure about that at all.

```
1              MR. COLOMBO:  Well, what he can ask is --
2              THE COURT:  He can say:  Based on the context and
3    everything that they're talking about, what is it in your
4    expert opinion that they're talking about when they're
5    referring to cutting, when they're referring to squares,
6    when they're referring to, you know, the concern about
7    getting wet?  I mean, he does have expertise that the rest
8    of us don't about all that.
9              MR. COLOMBO:  I think the proper question is:
10   Based on your review of this conversation, what do you
11   understand it to mean?
12             Cocaine.
13             Beyond that, this expert shouldn't be offering an
14   opinion as to what the totality of the question -- the
15   discussion is.  His testimony should be limited to the code
16   words that he is going to decode.  He should not be able to
17   testify --
18             THE COURT:  Mr. Hornok, do you have a response to
19   that?
20             MR. HORNOK:  Your Honor, I don't think that he's
21   saying that the totality of all of these messages is
22   discussing cocaine.  He's saying -- I think -- I mean, I
23   understand exactly what Mr. Colombo is saying, which is:
24   What are they talking about here?  What are they not saying?
25             What they're not saying is, There's cocaine buried
```

1    in the desert.  That's what I understand based on my opinion

2    as an expert and based on my review of all these messages,

3    which give me the context to be able to understand what

4    they're talking about.

5            And that's -- you know, especially in my questions

6    and my reference to the totality, you've looked at all these

7    messages and this is what you understand from the context.

8            MR. COLOMBO:  And that's exactly my objection,

9    your Honor, is that is improper expert testimony.  It's

10   going too far.  His testimony should be limited to what his

11   understanding is as to -- in this conversation.  And that is

12   what I understand your Honor to approve and that is what's

13   consistent with, I believe, the law and with expert

14   testimony.

15           THE COURT:  I disagree with you, Mr. Colombo.

16           Given the -- as an expert with his expertise,

17   having seen lots of these types of cases and this kind of

18   discussion, with the clues that are scattered throughout

19   this conversation, he can offer an expert opinion about what

20   it is they're generally discussing that would otherwise be

21   more difficult for somebody without that expertise to

22   understand.

23           So the objection is overruled.

24           (Whereupon, the following proceedings were had in

25   open court:)

1    BY MR. HORNOK:

2    Q.  Based on your expert opinion and experience as an

3    investigator, the conversation that we just read, what is

4    your opinion about what Ice Man and Boss were talking about

5    that was buried in the desert?

6    A.  So based on the totality of the calls, in my training

7    and experience, you're talking about something that is

8    square, that can have cut added to it that is powdery and

9    that they're worried about getting wet.  So I believe that

10   they're talking about cocaine.  And because cocaine is an

11   illicit substance, that it would not be uncommon for them to

12   bury them in the ground for concealment from law enforcement

13   and that they're worried about them getting wet.

14            THE COURT:  I think we're at 5:00.  Are you about

15   to move on to another conversation?

16            MR. HORNOK:  I certainly was.

17            THE COURT:  All right.  So, ladies and gentlemen,

18   I'm going to excuse you for the evening.  We're going to

19   resume tomorrow morning at 9:00.  So have a very pleasant

20   evening.  Do not talk about the case among yourselves or

21   with anybody else.

22            (Whereupon, the jury exited the courtroom at 5:01

23   p.m. and the following proceedings were had:)

24            THE COURT:  You're all excused.  See you at 9:00.

25            For the record, I just wanted to say that I did

1    find the special limiting instruction for Agent Paris.

2              MR. COLOMBO:  I just wanted to see it.

3              THE COURT:  What?

4              MR. COLOMBO:  I just wanted to see it.

5              THE COURT:  You wanted to see what we're using?

6              MR. COLOMBO:  Yes.

7              THE COURT:  I can just read it to you.

8              MR. COLOMBO:  Okay.

9              THE COURT:  You've heard the testimony of DEA --

10   is he here?  It doesn't matter.  You can hear it.

11             You've heard the testimony --

12             MR. COLOMBO:  I prefer that --

13             THE WITNESS:  I've leave.

14             THE COURT:  You prefer that he not?  Okay.  We'll

15   just hear it tomorrow.

16             MR. COLOMBO:  Correct.

17             (Thereupon, the witness retired from the courtroom

18   and the following proceedings were had:)

19             THE COURT:  Okay.  Is this because there was a

20   dispute about this limiting instruction, so you want to know

21   what I've decided?

22             MR. COLOMBO:  Yes.  It wasn't exactly clear in

23   your Honor's --

24             THE COURT:  Use the microphone, please.

25             MR. COLOMBO:  I apologize.

```
1            It wasn't clear in your Honor's order.  I thought
2    that you were going to order the instruction that I had
3    proposed, but you cited in your order my brief and then
4    you --
5            THE COURT:  This is what I'm going to provide:
6            You've heard the testimony of DEA Special Agent
7    Steve Paris.  He testified about the general operations of
8    Mexican drug cartels among other topics, but did not testify
9    to Mr. Oseguera-González's mental state or to his membership
10   or participation in any Mexican drug cartel as Steve Paris
11   has no personal knowledge as to what, if any, role or
12   involvement Mr. Oseguera-González had with any Mexican
13   during cartel.
14           It is up to you, the jury, to determine what the
15   Government's evidence has shown and whether the Government
16   has proven each and every element of the offense beyond a
17   reasonable doubt.
18           I think that is essentially what you proposed.
19           MR. COLOMBO:  Yes, your Honor.  I have no
20   objection to that instruction.
21           MR. HORNOK:  No objection, your Honor.
22           THE COURT:  Perfect.
23           MR. COLOMBO:  Thank you, ma'am.
24           THE COURT:  You all want me to do this at the end
25   of his direct testimony or at the end of his testimony
```

1    altogether?  When precisely do you want this instruction

2    given?

3              MR. COLOMBO:  I think it would be appropriate at

4    the end of his testimony altogether.

5              MR. HORNOK:  At the end is great.  If you want to

6    throw it in at the end, too, or somewhere in the middle.

7              THE COURT:  That's fine.  I'll do it at the end of

8    redirect, should be there any --

9              MR. COLOMBO:  Thank you, your Honor.

10             THE COURT:  -- or at the end of cross if there's

11   no redirect.

12             All right.  Everybody have a pleasant evening.

13             (Proceedings concluded.)

14

15

16

17

18

19

20

21

22

23

24

25

## CERTIFICATE

1

2

3              I, LISA EDWARDS, RDR, CRR, do hereby

4     certify that the foregoing constitutes a true and accurate

5     transcript of my stenographic notes, and is a full, true,

6     and complete transcript of the proceedings produced to the

7     best of my ability.

8

9

10              Dated this 16th day of November, 2024.

11

12          /s/ Lisa Edwards, RDR, CRR
            Official Court Reporter
13          United States District Court for the
              District of Columbia
14          333 Constitution Avenue, Northwest
            Washington, D.C. 20001
15          (202) 354-3269

16

17

18

19

20

21

22

23

24

25

**'**

**'09** [1] - 5:20
**'22** [1] - 22:11
**'24** [1] - 22:11
**'80s** [1] - 48:13
**'90-something** [1] - 12:12
**'90s** [3] - 48:13, 89:2, 89:22
**'96** [1] - 91:19
**'97** [1] - 12:12
**'98** [1] - 12:12

**/**

**/s** [1] - 118:12

**1**

**1** [5] - 100:17, 103:6, 107:1, 108:6, 108:14
**100** [2] - 35:16, 92:5
**105** [2] - 1:19, 1:22
**11** [2] - 80:16, 105:1
**12:41** [1] - 106:2
**13** [1] - 108:1
**145** [1] - 1:16
**150** [2] - 96:15, 108:3
**16** [3] - 94:12, 99:6, 105:24
**16-00229** [1] - 1:3
**16-A** [3] - 94:12, 99:17, 99:18
**17** [1] - 1:6
**17th** [1] - 118:10
**18th** [3] - 105:25, 108:5, 108:10
**19** [1] - 64:16
**19-A** [1] - 99:7
**1959** [1] - 92:8
**1985** [2] - 64:25, 65:6
**1992** [1] - 63:4
**1993** [1] - 63:18
**1996** [1] - 90:11
**1:05** [1] - 106:8
**1:16** [1] - 108:5
**1:20** [3] - 1:7, 4:1, 108:10

**2**

**2** [2] - 84:23, 108:1
**2.2** [1] - 82:18
**20,000** [1] - 58:15
**20-A** [4] - 99:21, 99:23, 103:11, 103:12

**2000** [2] - 9:20, 90:15
**20001** [2] - 2:4, 118:14
**2000s** [2] - 93:21, 93:22
**2004** [3] - 14:21, 48:16, 49:10
**2004-2005** [1] - 14:14
**2005** [4] - 90:21, 91:17, 91:20, 91:23
**2007** [2] - 5:17, 91:4
**2008** [1] - 5:20
**2009** [6] - 5:20, 6:9, 7:14, 12:4, 12:6, 12:19
**2010** [5] - 9:17, 10:8, 10:15, 10:17, 59:24
**2011** [5] - 9:17, 10:9, 10:15, 10:17, 59:24
**2012** [4] - 4:11, 5:1, 10:8, 10:22
**2013** [3] - 105:25, 108:5, 108:10
**2014** [1] - 93:23
**2017** [3] - 6:7, 91:4, 93:24
**2018** [1] - 9:20
**2019** [2] - 4:16, 5:6
**202** [2] - 2:4, 118:15
**2020** [2] - 13:5, 15:4
**2022** [2] - 22:8, 22:9
**2024** [2] - 1:6, 118:10
**20530** [1] - 1:17
**21-A** [2] - 99:23, 106:3
**22-A** [3] - 99:23, 106:12, 107:2
**26-A** [3] - 99:19, 99:20
**27** [1] - 77:5
**27-A** [1] - 99:23
**27th** [1] - 55:19

**3**

**3** [2] - 85:23, 103:15
**30** [1] - 64:1
**30-plus** [1] - 63:21
**33** [1] - 67:7
**333** [2] - 2:3, 118:14
**35-A** [1] - 99:24
**354-3269** [2] - 2:4, 118:15
**36,000** [1] - 58:17
**36-A** [1] - 99:23
**374** [1] - 100:20
**380** [1] - 59:19
**3:11** [1] - 52:22
**3:26** [1] - 53:1

**3rd** [3] - 4:11, 5:1, 10:22

**4**

**4** [2] - 3:6, 105:23
**40** [1] - 23:17
**403** [1] - 70:14
**42-A** [1] - 99:20
**46** [1] - 12:14
**480** [8] - 23:7, 100:20, 101:21, 101:25, 102:2, 102:17
**480-month** [1] - 30:21

**5**

**5** [1] - 100:17
**5,000** [1] - 58:12
**50** [4] - 68:10, 92:4, 103:20, 104:2
**55-gallon** [1] - 90:10
**56** [1] - 100:11
**58** [1] - 3:6
**5:00** [2] - 52:21, 114:14
**5:01** [1] - 114:22

**6**

**6** [4] - 87:1, 106:12, 106:14, 106:15
**62** [1] - 3:7
**63-A** [1] - 99:24
**65-A** [3] - 99:20, 100:11, 100:12
**66-A** [5] - 99:23, 108:6, 108:20, 109:2, 109:4
**67-A** [2] - 99:23, 108:18
**670** [2] - 19:22, 20:3
**6706** [1] - 2:3
**68-A** [3] - 99:23, 109:9, 109:10
**69-A** [1] - 99:23

**7**

**70-A** [1] - 99:20
**702** [2] - 75:1, 75:7
**71-A** [1] - 99:24
**73-A** [1] - 99:24
**76-A** [1] - 99:24
**77-A** [1] - 99:24
**78-A** [1] - 99:24

**8**

**8** [1] - 104:10
**84** [1] - 3:10
**87-A** [1] - 99:20

**9**

**9** [4] - 104:10, 106:14, 106:15, 106:22
**92-A** [1] - 99:20
**92101** [2] - 1:20, 1:23
**99** [7] - 3:10, 84:2, 84:4, 84:9, 84:15, 84:18, 84:20
**9:00** [2] - 114:19, 114:24

**A**

**a.m** [3] - 106:8, 108:5, 108:10
**ability** [3] - 6:4, 71:10, 118:7
**able** [19] - 14:18, 17:17, 22:23, 23:2, 23:3, 48:8, 48:14, 52:15, 54:8, 59:20, 60:8, 67:17, 75:10, 75:12, 76:18, 95:3, 110:8, 112:16, 113:3
**absent** [1] - 23:4
**absorb** [2] - 82:8, 82:15
**absorbs** [1] - 82:9
**absorption** [1] - 92:9
**academic** [1] - 62:23
**academy** [2] - 64:3, 64:7
**accept** [1] - 75:14
**acceptable** [1] - 96:12
**according** [1] - 44:17
**accurate** [2] - 84:11, 118:4
**acids** [1] - 88:19
**acknowledging** [1] - 23:19
**Act** [2] - 90:12, 90:22
**acting** [1] - 92:10
**Action** [1] - 1:3
**actions** [1] - 19:11
**activities** [2] - 13:17, 47:25
**activity** [4] - 4:19, 8:22, 12:21, 97:6
**acts** [2] - 19:5, 22:19

**actual** [1] - 88:16
**ad** [1] - 73:13
**added** [5] - 104:15, 105:6, 105:13, 106:25, 114:8
**addicted** [3] - 56:6, 57:4, 57:17
**addition** [2] - 64:6, 80:1
**administer** [1] - 61:25
**Administration** [2] - 62:17, 75:7
**admit** [1] - 84:15
**admitted** [9] - 15:24, 18:24, 19:14, 21:5, 51:19, 84:19, 94:13, 94:14, 98:12
**admitting** [1] - 20:23
**advance** [1] - 80:12
**advertised** [1] - 57:11
**affect** [1] - 82:14
**affidavits** [1] - 66:6
**affirmatively** [1] - 31:7
**afield** [1] - 51:17
**afraid** [1] - 12:19
**afternoon** [3] - 4:9, 61:21, 61:22
**AFTERNOON** [1] - 1:7
**Agent** [8] - 61:16, 64:22, 64:24, 69:24, 71:10, 75:5, 115:1, 116:6
**agent** [8] - 61:19, 62:19, 63:12, 66:6, 67:6, 75:6, 95:14, 99:12
**agents** [7] - 7:20, 8:16, 30:17, 31:10, 55:18, 55:20, 56:4
**ago** [9] - 7:21, 22:7, 22:9, 55:20, 58:9, 65:6, 73:25, 80:16, 99:5
**ahead** [1] - 108:14
**air** [2] - 84:25, 85:9
**airlines** [1] - 85:14
**alcohol** [1] - 88:21
**aligned** [3] - 49:17, 54:20, 54:22
**allow** [4] - 41:8, 41:10, 52:16, 98:2
**allowed** [4] - 74:25, 75:2, 101:8, 111:24
**allows** [1] - 79:11
**almost** [4] - 67:6, 69:13, 91:23, 97:16

**altogether** [2] - 117:1, 117:4
**Amado** [4] - 48:12, 48:25, 49:4, 49:15
**America** [6] - 81:7, 81:8, 82:24, 84:6, 84:7
**AMERICA** [1] - 1:3
**American** [5] - 19:14, 19:15, 19:18, 20:11, 86:8
**Americans** [1] - 64:23
**amount** [4] - 19:24, 91:21, 96:16, 96:17
**analgesic** [1] - 92:10
**anesthesia** [1] - 92:8
**Angeles** [5] - 62:21, 63:15, 67:8, 69:5, 75:6
**animal** [2] - 25:15, 25:16
**Answer** [1] - 48:22
**answer** [4] - 10:6, 46:19, 47:7, 109:18
**ANTHONY** [2] - 1:18, 1:19
**Antonio** [1] - 3:6
**ANTONIO** [1] - 4:5
**apologize** [1] - 10:20, 99:9, 115:25
**apology** [1] - 65:9
**appeals** [1] - 65:9
**appear** [3] - 106:9, 108:19, 109:3
**appearance** [5] - 81:14, 89:13, 89:14, 89:16, 89:17
**appearances** [3] - 1:13, 89:10, 93:15
**appeared** [1] - 22:2
**apply** [1] - 71:24
**appropriate** [3] - 70:20, 98:24, 117:3
**approve** [2] - 61:3, 113:12
**approved** [3] - 97:25, 101:12, 110:7
**approving** [2] - 60:11, 61:7
**area** [14] - 8:20, 14:7, 14:24, 34:18, 34:22, 38:1, 42:1, 42:10, 42:22, 49:13, 57:4, 63:13, 69:5
**areas** [4] - 36:17, 36:25, 69:24, 78:17
**argue** [2] - 110:5, 111:10
**Arizona** [1] - 79:3

**arrange** [1] - 37:19
**arrest** [7] - 6:23, 10:24, 12:19, 32:1, 32:2, 32:4, 76:16
**arrested** [14] - 4:9, 4:22, 4:25, 5:2, 6:6, 6:23, 10:7, 10:21, 11:17, 31:13, 31:22, 51:5, 51:24, 53:18
**arrests** [1] - 64:7
**arrive** [3] - 9:21, 32:19, 80:10
**arrived** [2] - 9:23, 32:20
**art** [1] - 75:4
**Artistas** [3] - 17:12, 17:15, 17:16
**artists** [1] - 17:20
**Asesinos** [2] - 17:12, 17:16
**Asia** [1] - 88:4
**Asian** [1] - 88:5
**aspect** [1] - 69:13
**aspects** [2] - 64:9, 75:8
**assigned** [4] - 62:20, 63:6, 64:16, 64:20
**associated** [1] - 13:17
**associates** [3] - 21:9, 45:1, 45:17
**associates'** [1] - 21:8
**attached** [1] - 40:14
**attention** [13] - 16:6, 85:23, 87:1, 100:10, 103:10, 105:23, 106:3, 107:1, 108:1, 108:6, 108:18, 109:9
**attorney** [5] - 27:18, 34:24, 37:6, 37:15, 37:16
**attorneys** [5] - 35:4, 35:22, 38:22, 43:3, 46:25
**attorneys'** [1] - 34:25
**August** [1] - 55:19
**authorization** [3] - 5:13, 18:22, 39:8
**authorize** [1] - 20:13
**authorized** [1] - 20:12
**automatic** [1] - 57:23
**Avenue** [2] - 2:3, 118:14
**avoid** [1] - 96:23
**awaiting** [1] - 44:23
**awarded** [1] - 65:8
**aware** [4] - 28:10, 54:9, 54:11, 54:16
**Azteca** [1] - 57:15

**Aztecas** [3] - 57:6, 57:16, 57:19

# B

**baby** [1] - 86:12
**bachelor's** [1] - 63:1
**bad** [1] - 55:24
**banners** [1] - 19:8
**barely** [1] - 41:14
**based** [23] - 60:7, 61:1, 61:6, 75:15, 95:3, 98:15, 98:18, 99:25, 100:6, 100:25, 101:23, 101:25, 105:8, 109:13, 111:3, 111:5, 111:6, 112:2, 112:10, 113:1, 113:2, 114:2, 114:6
**bases** [2] - 88:19, 98:3
**basis** [3] - 36:2, 97:10, 97:12
**BBM** [9] - 94:14, 94:22, 96:13, 97:10, 97:12, 98:10, 98:11, 99:13
**BBM-by-BBM** [1] - 97:10
**BBM-by-BBMs** [1] - 97:12
**BBMs** [10] - 72:18, 97:9, 97:12, 97:21, 97:22, 98:5, 98:9, 98:19, 98:20, 102:21
**became** [5] - 49:8, 90:9, 91:13, 92:9, 92:10
**become** [6] - 56:6, 57:4, 75:3, 76:23, 76:24, 90:6
**BEFORE** [1] - 1:11
**began** [1] - 91:22
**beginning** [2] - 10:7, 10:9
**behalf** [2] - 17:3, 22:20
**belonged** [1] - 44:11
**bench** [5] - 51:11, 70:9, 95:11, 101:4, 109:22
**benefit** [2] - 24:12, 57:18
**BERYL** [1] - 1:11
**best** [1] - 118:7
**Beto** [1] - 30:4
**between** [20] - 35:21, 35:22, 36:7, 36:16, 36:17, 36:24, 37:1,

37:2, 37:11, 38:7, 40:12, 42:2, 43:23, 56:2, 91:4, 91:19, 100:13, 102:10, 106:4
**beyond** [7] - 73:9, 95:13, 97:6, 101:7, 110:1, 112:13, 116:16
**big** [4] - 11:13, 38:2, 58:20, 79:7
**bigger** [2] - 55:3, 58:16
**biggest** [1] - 79:3
**binder** [9] - 84:1, 94:20, 95:1, 98:8, 98:11, 98:16, 98:19, 99:14, 99:15
**binders** [2] - 90:19, 98:18
**bit** [3] - 6:3, 41:8, 74:6
**bitches** [1] - 108:16
**blacks** [1] - 96:14
**blankets** [1] - 102:22
**bleach** [1] - 105:15
**blister** [1] - 91:21
**blocks** [1] - 72:16
**blue** [4] - 27:8, 86:12, 93:17, 93:19
**boat** [1] - 82:21
**body** [2] - 19:2, 19:6
**bodyguards** [1] - 79:20
**book** [1] - 95:9
**booth** [8] - 35:2, 35:17, 41:14, 42:8, 42:9, 59:4, 59:8, 59:9
**booths** [6] - 35:2, 35:13, 37:9, 37:12, 40:8, 59:1
**border** [10] - 11:8, 11:12, 48:1, 48:8, 49:9, 67:1, 78:19, 78:21, 78:22, 78:23
**borders** [1] - 11:13
**boss** [2] - 48:16, 70:16
**Boss** [10] - 100:14, 100:16, 102:10, 103:17, 106:4, 106:14, 107:4, 108:8, 109:16, 114:4
**bosses** [3] - 48:20, 70:17, 70:18
**bothered** [1] - 14:15
**bottom** [2] - 86:14, 105:17
**bound** [1] - 75:13
**brake** [1] - 88:20
**brand** [3] - 83:8, 83:15, 83:17

**branded** [1] - 83:3
**brands** [2] - 83:11, 83:12
**break** [5] - 42:25, 52:21, 76:3, 76:19, 104:22
**brick** [3] - 72:17, 81:24, 81:25
**brief** [3] - 32:10, 32:13, 116:3
**briefly** [1] - 70:6
**bring** [13] - 38:11, 38:14, 38:17, 38:23, 39:2, 41:18, 41:22, 43:9, 43:14, 46:15, 46:24, 60:15, 91:13
**bringing** [1] - 60:18
**broader** [1] - 111:16
**brother** [3] - 20:15, 50:3, 50:4
**brothers** [1] - 20:19
**brought** [2] - 38:16, 43:3
**brownish** [1] - 89:14
**bum** [1] - 106:18
**buried** [7] - 108:15, 108:16, 109:14, 109:17, 110:23, 112:25, 114:5
**bury** [1] - 114:12
**business** [4] - 48:7, 50:17, 55:7, 78:6
**buy** [4] - 44:1, 44:18, 44:19, 92:24
**buying** [6] - 44:19, 44:20, 45:6, 45:7, 60:20, 105:20
**BY** [31] - 2:1, 4:8, 7:8, 7:12, 15:12, 18:8, 20:1, 29:20, 29:23, 37:4, 37:21, 42:18, 46:8, 46:21, 47:9, 49:3, 53:5, 54:15, 56:15, 58:7, 62:7, 62:15, 76:1, 78:2, 84:24, 87:17, 94:19, 99:11, 103:9, 105:7, 114:1

# C

**California** [5] - 1:20, 1:23, 7:24, 8:17, 86:9
**Camarena** [2] - 64:22, 64:24
**cameras** [6] - 35:10, 35:12, 38:9, 42:5, 42:8, 79:20
**cancer** [1] - 92:11

**cannot** [4] - 10:6, 41:3, 41:5
**Carlos** [1] - 33:23
**Carrillo** [4] - 48:12, 48:25, 49:2, 49:4
**Carrillos** [2] - 48:17, 48:19
**carry** [1] - 59:18
**cartel** [21] - 16:14, 27:25, 64:21, 65:16, 70:17, 70:18, 71:17, 76:5, 76:14, 76:17, 77:5, 78:5, 79:10, 79:14, 79:15, 79:21, 80:8, 116:10, 116:13
**Cartel** [38] - 13:18, 13:20, 13:22, 13:23, 14:5, 14:11, 14:23, 14:25, 16:12, 17:3, 20:4, 22:21, 25:25, 26:1, 26:11, 27:24, 48:10, 48:12, 51:15, 51:19, 51:24, 53:13, 54:21, 55:25, 56:2, 56:3, 57:7, 60:25, 76:2, 76:3, 76:6, 76:13, 77:10, 77:11, 77:12
**Cartel's** [1] - 48:20
**cartels** [15] - 49:14, 65:22, 68:3, 69:1, 69:7, 69:25, 70:19, 70:23, 71:12, 73:7, 76:12, 77:13, 79:6, 79:11, 116:8
**case** [23] - 6:18, 6:23, 7:1, 7:4, 7:6, 7:20, 24:7, 24:25, 25:1, 25:6, 51:16, 63:12, 64:17, 64:19, 65:6, 65:10, 66:5, 69:21, 73:5, 75:10, 75:21, 95:18, 114:20
**cases** [13] - 63:8, 67:8, 68:7, 68:11, 68:12, 68:13, 68:14, 68:17, 68:21, 68:25, 69:6, 85:13, 113:17
**cash** [2] - 87:22, 87:24
**cat** [1] - 25:15
**caused** [1] - 90:2
**cell** [11] - 33:11, 42:11, 42:22, 47:13, 79:23, 80:1, 80:5, 80:6, 80:15, 80:18
**cells** [4] - 18:2, 33:12, 40:24, 41:6
**center** [2] - 57:12, 57:18

**central** [2] - 81:7, 87:6
**Central** [2] - 82:24, 84:6
**CEOs** [1] - 79:19
**ceremony** [1] - 21:2
**certain** [3] - 34:18, 34:19, 40:8
**certainly** [4] - 80:14, 111:8, 111:9, 114:16
**CERTIFICATE** [1] - 118:1
**certify** [2] - 75:5, 118:4
**chambers** [1] - 104:6
**chance** [1] - 84:2
**change** [3] - 15:1, 89:25, 90:2
**Chapo** [5] - 49:16, 49:17, 50:19, 52:10, 80:17
**charged** [2] - 4:18, 53:21
**charges** [9] - 13:12, 13:13, 13:16, 14:13, 48:17, 48:18, 51:16, 51:25
**chart** [2] - 94:13, 95:9
**cheated** [1] - 107:7
**cheating** [1] - 107:17
**check** [4] - 104:5, 104:25, 105:19, 107:7
**checking** [1] - 107:20
**chemically** [1] - 94:7
**chemicals** [1] - 105:12
**chemists** [1] - 89:7
**Chihuahua** [3] - 11:8, 11:10, 12:9
**China** [1] - 90:11
**chocolate** [2] - 81:3, 81:4
**circle** [1] - 87:10
**circled** [1] - 85:3
**circumstances** [1] - 45:24
**cited** [1] - 116:3
**cities** [2] - 87:9, 87:10
**citizen** [1] - 5:10
**citizens** [4] - 19:14, 19:15, 19:18, 20:11
**city** [6] - 11:13, 11:15, 12:9, 14:18, 20:14, 20:18
**City** [5] - 19:19, 86:16, 86:17, 87:8, 88:7

**Ciudad** [8] - 11:5, 11:6, 11:8, 20:6, 20:11, 55:9, 55:10, 55:21
**CJNG** [2] - 71:25, 77:19
**clandestine** [1] - 89:4
**clandestinely** [1] - 88:15
**clarify** [4] - 7:10, 18:5, 18:6, 29:8
**cleaners** [2] - 88:20
**clear** [9] - 7:1, 15:16, 24:23, 81:3, 89:16, 110:10, 111:24, 115:22, 116:1
**clearly** [3] - 16:1, 51:18, 70:25
**client** [1] - 36:8
**close** [6] - 69:5, 78:19, 78:21, 78:24
**clothing** [5] - 38:15, 38:17, 38:19, 39:1
**clues** [1] - 113:18
**co** [1] - 7:3
**co-defendant** [1] - 7:3
**coca** [2] - 80:22, 80:24
**cocaine** [41] - 48:4, 54:24, 56:13, 58:9, 58:13, 58:15, 67:19, 68:15, 72:16, 72:25, 80:20, 80:21, 81:2, 81:6, 81:11, 81:17, 82:13, 82:19, 83:3, 83:19, 84:25, 85:9, 85:19, 88:13, 93:25, 100:8, 102:2, 105:15, 105:16, 105:19, 107:23, 107:24, 110:3, 110:23, 111:5, 112:12, 112:22, 112:25, 114:10
**code** [15] - 96:9, 101:9, 101:17, 101:18, 101:20, 101:21, 101:22, 103:2, 103:4, 104:13, 110:1, 110:7, 110:14, 112:15
**coded** [20] - 67:11, 67:14, 70:3, 70:25, 72:18, 72:19, 72:22, 86:1, 96:4, 96:22, 96:23, 97:21, 97:23, 100:4, 102:12, 102:13, 111:13, 111:15

**codes** [7] - 95:24, 96:4, 96:6, 98:4, 102:13, 102:24, 103:1
**college** [1] - 67:2
**Colombia** [6] - 81:10, 85:1, 85:3, 85:10, 85:16, 85:19
**COLOMBO** [40] - 1:18, 1:19, 70:6, 70:11, 73:17, 73:23, 74:10, 74:16, 77:23, 84:17, 95:7, 95:13, 95:25, 96:11, 96:25, 97:11, 97:18, 97:21, 98:24, 101:2, 101:7, 105:3, 109:19, 109:25, 111:20, 112:1, 112:9, 113:8, 115:2, 115:4, 115:6, 115:8, 115:12, 115:16, 115:22, 115:25, 116:19, 116:23, 117:3, 117:9
**Colombo** [5] - 72:6, 73:12, 109:24, 112:23, 113:15
**Colombo's** [1] - 98:22
**color** [1] - 86:1
**color-coded** [1] - 86:1
**colors** [1] - 93:10
**Columbia** [2] - 2:2, 118:13
**COLUMBIA** [1] - 1:1
**Combat** [1] - 90:21
**combination** [1] - 81:20
**coming** [2] - 40:2, 108:3
**commander** [1] - 30:3
**commercial** [1] - 85:14
**commonly** [2] - 89:16, 93:17
**communicate** [2] - 35:24, 67:17
**communicated** [1] - 36:6
**communication** [6] - 37:6, 43:16, 46:9, 101:16, 102:1, 102:4
**communications** [10] - 66:11, 66:18, 94:22, 95:1, 95:5, 95:16, 100:1, 102:10, 110:13, 110:20
**communities** [1] - 67:5

**community** [1] - 56:8
**compadre** [1] - 31:8
**compared** [2] - 92:3, 93:25
**compartment** [1] - 72:12
**competent** [1] - 96:25
**complete** [1] - 118:6
**completely** [3] - 15:16, 60:5, 75:18
**Comprehensive** [1] - 90:11
**compressed** [2] - 81:18, 81:19
**concealment** [2] - 69:16, 114:12
**concern** [1] - 112:6
**concluded** [1] - 117:13
**conditions** [1] - 47:21
**conduct** [2] - 50:16, 66:5, 95:18
**conducted** [2] - 63:13, 96:21
**conducting** [2] - 64:12, 67:7
**conference** [5] - 51:11, 70:9, 95:11, 101:4, 109:22
**confers** [1] - 42:14
**confidential** [2] - 37:6, 64:11
**conflict** [1] - 8:25
**confusion** [1] - 99:8
**connected** [1] - 97:9
**consider** [4] - 58:12, 67:11, 75:20, 81:25
**consideration** [2] - 23:20, 52:14
**considered** [3] - 40:3, 41:1, 83:23
**consisted** [1] - 89:4
**consistent** [1] - 113:13
**consisting** [1] - 58:12
**constantly** [1] - 4:13
**constitute** [2] - 72:6, 84:8
**constitutes** [1] - 118:4
**Constitution** [2] - 2:3, 118:14
**contact** [6] - 31:8, 34:9, 35:4, 38:3, 38:7, 47:4
**contacts** [2] - 34:11, 47:11

122

**contain** [7] - 84:4, 94:22, 95:4, 97:21, 98:15, 98:16, 100:4
**contained** [3] - 82:4, 95:17, 100:1
**context** [6] - 67:15, 98:5, 101:24, 112:2, 113:3, 113:7
**contexts** [2] - 92:12, 102:6
**continuation** [3] - 106:9, 108:19, 109:3
**continue** [3] - 44:9, 61:9, 103:16
**contraband** [5] - 40:3, 41:2, 42:23, 46:24, 47:17
**contradict** [1] - 111:11
**control** [4] - 64:8, 73:8, 78:11, 79:6
**conversation** [14] - 67:15, 100:13, 101:24, 103:16, 106:4, 106:10, 109:3, 109:13, 111:23, 112:10, 113:11, 113:19, 114:3, 114:15
**conversations** [9] - 35:14, 35:19, 35:21, 35:22, 60:7, 61:1, 61:6, 65:21, 102:9
**conviction** [2] - 7:16, 8:11
**cook** [1] - 88:24
**cooperation** [3] - 23:11, 23:14, 23:23
**coordinated** [1] - 37:16
**copy** [2] - 52:6, 94:12
**corporations** [1] - 79:19
**correct** [120] - 4:13, 4:15, 4:19, 4:23, 5:5, 5:8, 5:23, 6:9, 6:15, 6:18, 8:20, 9:1, 9:3, 9:6, 10:11, 10:15, 10:18, 11:7, 11:12, 11:15, 11:18, 12:2, 12:9, 12:16, 13:1, 13:3, 13:6, 13:8, 13:18, 13:21, 14:9, 15:24, 16:8, 17:6, 17:8, 17:10, 17:25, 18:12, 18:15, 18:19, 18:21, 19:3, 19:12, 19:16, 19:19, 19:22, 20:8, 21:5, 21:22, 21:25, 22:3, 22:9,

22:13, 23:8, 23:15, 23:20, 24:2, 24:14, 25:22, 25:25, 26:4, 26:7, 26:21, 27:8, 27:10, 27:21, 28:6, 28:13, 28:15, 28:18, 29:3, 29:25, 30:15, 30:22, 31:6, 32:11, 32:17, 34:2, 38:3, 38:8, 40:4, 40:14, 41:23, 42:6, 42:20, 43:6, 43:20, 45:9, 45:11, 45:17, 45:20, 48:5, 48:11, 48:15, 49:21, 50:10, 50:21, 50:25, 53:7, 53:10, 53:16, 53:19, 54:4, 54:7, 54:21, 54:24, 55:1, 55:12, 56:24, 57:1, 57:5, 57:9, 57:12, 57:14, 71:23, 77:6, 89:24, 91:19, 97:11, 115:16
**correction** [2] - 37:17, 56:12
**correctional** [1] - 42:10
**corresponds** [1] - 72:17
**corroborates** [1] - 72:3
**corrupt** [1] - 65:19
**Costa** [1] - 85:17
**Costco** [2] - 90:17, 90:22
**counsel** [4] - 6:11, 27:18, 94:15, 111:9
**counterfeit** [3] - 93:5, 93:7, 93:12
**counterfeiting** [1] - 93:8
**countries** [3] - 81:6, 81:8, 88:10
**country** [2] - 82:19, 85:3
**County** [1] - 67:3
**couple** [3] - 58:9, 84:8, 108:11
**course** [7] - 26:5, 28:14, 57:2, 58:24, 65:1, 65:7, 98:3
**Court** [8] - 2:1, 2:2, 20:23, 97:25, 101:12, 110:7, 118:12, 118:13
**COURT** [103] - 1:1, 4:3, 6:25, 7:3, 7:6, 7:10, 29:8, 29:11, 29:14, 29:17, 29:22, 36:23, 46:6, 46:19, 47:7, 51:8, 51:10,

51:13, 52:7, 52:11, 52:16, 52:19, 53:3, 58:3, 61:12, 61:14, 61:19, 61:23, 62:4, 62:11, 62:14, 70:5, 70:8, 70:21, 71:8, 71:11, 71:16, 71:21, 71:24, 72:8, 72:19, 72:21, 73:3, 73:6, 73:12, 73:22, 74:1, 74:7, 74:13, 74:17, 74:20, 77:24, 84:16, 84:18, 94:16, 95:8, 95:24, 96:1, 96:19, 97:8, 97:12, 97:20, 98:3, 98:17, 99:1, 99:8, 99:10, 101:3, 101:6, 101:20, 102:3, 102:12, 102:15, 102:20, 103:1, 103:4, 105:4, 109:18, 109:21, 109:24, 110:9, 110:15, 110:18, 111:12, 111:25, 112:2, 112:18, 113:15, 114:14, 114:17, 114:24, 115:3, 115:5, 115:7, 115:9, 115:14, 115:19, 115:24, 116:5, 116:22, 116:24, 117:7, 117:10
**court** [10] - 6:2, 9:6, 13:8, 16:1, 24:5, 52:18, 74:19, 99:4, 103:8, 113:25
**COURTROOM** [1] - 62:2
**courtroom** [9] - 4:1, 16:4, 52:22, 53:1, 61:17, 61:25, 71:2, 114:22, 115:17
**created** [1] - 92:8
**credibility** [2] - 71:9, 72:4
**crew** [1] - 57:14
**crews** [1] - 56:21
**crime** [1] - 22:20
**crimes** [1] - 68:12
**Criminal** [1] - 1:3
**criminal** [14] - 4:19, 6:12, 6:15, 6:20, 7:17, 8:22, 12:21, 52:1, 62:19, 68:7, 76:13, 77:14, 77:19, 77:22
**Cross** [1] - 3:3
**cross** [2] - 58:21, 117:10
**CROSS** [1] - 4:7
**cross-examination**

[1] - 58:21
**CROSS-EXAMINATION** [1] - 4:7
**crossed** [2] - 71:7, 72:4
**crossing** [1] - 14:13
**CRR** [3] - 2:1, 118:3, 118:12
**cryptic** [1] - 70:4
**crystal** [2] - 56:10, 56:14
**crystalline** [2] - 81:13, 81:15
**cube** [1] - 89:17
**cubicles** [1] - 42:1
**cuff** [1] - 106:21
**cumulative** [3] - 70:16, 70:20, 73:18
**currency** [8] - 87:20, 87:25, 88:2, 88:5, 88:8, 88:9
**custody** [5] - 4:12, 23:8, 54:9, 54:12, 54:17
**customer** [1] - 79:3
**cut** [13] - 104:3, 104:4, 104:11, 104:12, 104:14, 104:17, 105:6, 105:16, 106:24, 114:8
**cutting** [1] - 112:5

**D**

**D.C** [5] - 1:6, 1:17, 2:4, 86:22, 118:14
**damage** [1] - 82:13
**date** [8] - 4:13, 9:12, 15:19, 22:5, 25:4, 26:18, 32:16
**Dated** [1] - 118:10
**dates** [1] - 25:3
**days** [3] - 43:9, 48:7, 73:25
**DEA** [14] - 61:16, 62:20, 62:22, 63:3, 63:5, 63:21, 64:3, 64:22, 67:6, 88:23, 89:3, 89:7, 115:9, 116:6
**dealer** [3] - 12:8, 48:4
**dealt** [1] - 68:12
**death** [2] - 19:16, 49:6
**debt** [4] - 21:11, 21:15, 21:17, 21:19
**decide** [1] - 52:14

**decided** [2] - 76:19, 115:21
**decision** [1] - 102:20
**decode** [1] - 112:16
**decoding** [1] - 70:15
**dedicated** [1] - 57:3
**defendant** [1] - 7:3
**Defendant** [11] - 1:7, 51:17, 59:20, 59:23, 60:7, 60:8, 60:11, 60:15, 61:1, 61:2, 69:21
**DEFENDANT** [1] - 1:18
**Defendants** [1] - 65:8
**defense** [2] - 94:15, 111:9
**definitely** [2] - 82:13, 105:10
**definition** [1] - 55:1
**defunct** [1] - 77:9
**degree** [1] - 63:1
**deliver** [2] - 100:21, 100:23
**denatured** [1] - 88:20
**DEPARTMENT** [1] - 1:16
**depicted** [1] - 87:2
**deputy** [1] - 61:25
**DEPUTY** [1] - 62:2
**derived** [3] - 80:21, 88:13, 94:3
**describe** [9] - 16:11, 27:20, 32:25, 33:10, 66:23, 81:22, 83:11, 84:12, 111:17
**described** [8] - 9:10, 11:18, 21:4, 34:15, 41:25, 43:5, 45:24, 71:6
**describing** [6] - 9:16, 15:13, 18:23, 23:25, 25:15, 85:4
**desert** [3] - 110:24, 113:1, 114:5
**deserves** [1] - 75:22
**designate** [1] - 76:20
**despite** [2] - 59:20, 60:9
**destroyed** [1] - 47:18
**detail** [2] - 9:5, 73:13
**detained** [3] - 50:18, 51:3, 53:16
**determine** [1] - 116:14
**deterrent** [2] - 79:10, 79:13
**developed** [2] -

66:20, 92:7
**device** [1] - 80:1
**devices** [1] - 80:14
**DF** [1] - 86:25
**died** [2] - 49:1, 49:4
**Diego** [9] - 1:20,
1:23, 63:7, 63:8,
63:13, 67:1, 67:3,
67:4, 69:5
**difference** [2] -
92:20, 97:18
**different** [14] - 26:3,
49:14, 68:14, 72:23,
73:14, 77:5, 78:14,
81:3, 88:21, 89:5,
97:15, 105:14
**difficult** [3] - 90:13,
90:25, 113:21
**dignitary** [1] - 80:11
**direct** [3] - 51:18,
73:10, 116:25
**DIRECT** [1] - 62:6
**Direct** [1] - 3:3
**directed** [1] - 17:12
**direction** [3] - 18:21,
19:5, 19:12
**directly** [1] - 108:25
**disagree** [1] - 113:15
**disclosed** [1] - 97:24
**discussed** [2] -
94:14, 100:7
**discussing** [8] -
60:13, 67:16, 97:5,
109:16, 111:5,
111:22, 112:22,
113:20
**discussion** [5] -
8:13, 24:7, 28:21,
112:15, 113:18
**discussions** [2] -
95:17, 97:5
**disfigurement** [1] -
73:14
**dismemberment** [3]
- 19:2, 19:6, 73:14
**display** [1] - 18:25
**dispute** [1] - 115:20
**disregard** [1] - 75:18
**disrespectfully** [1] -
48:3
**dissolve** [1] - 105:16
**distant** [1] - 23:2
**distinction** [2] -
35:20, 97:19
**distinguish** [1] -
57:16
**distribute** [2] -
94:12, 94:16
**distributed** [4] -
25:21, 64:10, 72:24,

91:5
**distributes** [1] -
94:18
**distribution** [4] -
13:10, 68:18, 70:24,
78:18
**District** [4] - 2:2, 2:2,
86:21, 118:13
**DISTRICT** [3] - 1:1,
1:1, 1:11
**district** [1] - 118:13
**Distrito** [1] - 86:25
**divided** [3] - 18:2,
18:12, 33:2
**division** [3] - 62:21,
63:15, 75:6
**DNA** [1] - 65:9
**document** [2] - 39:7,
94:18
**done** [9] - 21:5, 44:7,
44:14, 65:4, 66:17,
74:5, 74:11, 96:20,
107:14
**door** [1] - 42:8
**doubt** [1] - 116:17
**down** [6] - 71:8,
86:12, 106:14, 107:9,
107:10, 110:16
**dried** [1] - 81:1
**drive** [1] - 85:11
**driver's** [1] - 90:23
**drop** [1] - 105:16
**drug** [59] - 13:10,
17:3, 17:8, 21:11,
22:20, 55:21, 63:22,
64:4, 64:9, 65:14,
65:22, 68:3, 69:1,
69:9, 69:13, 69:14,
69:25, 70:1, 70:2,
70:3, 70:4, 70:17,
70:18, 70:19, 72:25,
73:7, 78:12, 78:16,
78:25, 79:6, 80:21,
81:1, 82:14, 85:21,
88:12, 92:20, 94:1,
94:9, 95:5, 95:17,
97:6, 97:9, 97:13,
97:14, 98:11, 98:13,
98:16, 98:20, 100:2,
100:4, 104:14,
104:15, 105:5,
110:13, 116:8, 116:10
**Drug** [2] - 62:17,
75:6
**drug-smuggling** [1]
- 17:3
**drug-traffic** [1] -
55:21
**drug-trafficking** [4] -
70:3, 95:5, 97:6,

110:13
**drugs** [31] - 12:23,
25:21, 25:24, 28:4,
55:14, 56:9, 57:4,
57:17, 60:3, 60:9,
64:9, 67:21, 68:13,
68:14, 68:18, 72:15,
72:24, 73:4, 77:17,
77:18, 78:17, 87:18,
87:23, 88:1, 96:9,
96:17, 100:7, 104:17,
104:18, 104:20,
105:14
**drum** [1] - 90:10
**dry** [2] - 109:12,
109:15
**dude** [1] - 106:18
**during** [11] - 17:1,
21:1, 29:7, 33:14,
41:25, 58:21, 59:23,
63:21, 67:10, 80:18,
116:13

---

# E

**early** [2] - 48:7, 89:2
**easier** [1] - 91:13
**eat** [1] - 39:19
**eating** [1] - 80:19
**ectasy** [1] - 68:16
**edge** [1] - 40:9
**education** [3] -
62:23, 62:25, 75:15
**EDWARD** [1] - 1:21
**Edwards** [1] - 118:12
**EDWARDS** [2] - 2:1,
118:3
**effects** [1] - 93:24
**effort** [3] - 30:20,
57:16, 83:2
**eight** [5] - 16:21,
16:22, 34:23, 37:12,
37:14
**either** [6] - 9:17,
10:14, 10:17, 34:9,
72:9, 81:20
**El** [14] - 4:16, 4:18,
11:8, 11:13, 11:15,
30:4, 49:16, 50:19,
85:17
**electronic** [3] -
64:13, 64:14, 80:13
**Drug** [2] - 62:17,
75:6
**drug-smuggling** [1]
**element** [1] - 116:16
**elementary** [1] - 34:7
**elicit** [1] - 72:1
**elicited** [1] - 97:4
**emblem** [1] - 83:13
**emblems** [1] - 83:24
**emerge** [1] - 93:23

**employed** [2] -
62:10, 62:16
**employers** [1] - 56:7
**enamored** [1] - 83:16
**encounter** [1] -
32:10
**end** [8] - 10:8,
116:24, 116:25,
117:4, 117:5, 117:6,
117:7, 117:10
**ended** [2] - 32:16,
34:1
**enforcement** [11] -
24:25, 25:6, 27:15,
29:15, 64:4, 67:3,
69:9, 69:14, 69:17,
96:15, 114:12
**Enforcement** [2] -
62:17, 75:7
**engaged** [4] - 8:23,
12:22, 17:8, 23:15
**English** [1] - 63:1
**enormous** [3] -
54:23, 54:25, 55:1
**Enrique** [1] - 64:22
**enter** [3] - 5:13, 6:4,
40:6
**entered** [10] - 4:1,
4:15, 5:18, 5:25, 6:8,
7:7, 7:13, 53:1, 61:17,
84:21
**entering** [2] - 47:1,
80:14
**entire** [1] - 33:17
**environment** [2] -
82:5, 82:6
**environmental** [1] -
82:7
**ephedrine** [4] -
88:18, 89:12, 90:10,
91:20
**especially** [1] - 113:5
**ESQ** [5] - 1:14, 1:15,
1:15, 1:18, 1:21
**essentially** [2] -
105:22, 116:18
**estimation** [1] - 97:4
**Europe** [1] - 88:1
**euros** [1] - 88:3
**evening** [3] - 114:18,
114:20, 117:12
**event** [2] - 16:7,
22:12, 56:4
**events** [4] - 5:22,
6:1, 7:17, 9:5
**everywhere** [2] -
79:4
**evidence** [7] - 47:18,
65:9, 75:17, 75:20,
75:21, 84:21, 116:15

**Evidence** [1] - 75:1
**EVIDENCE** [1] - 3:9
**exact** [1] - 9:12
**exactly** [13] - 10:2,
10:6, 13:7, 16:22,
17:18, 31:24, 40:5,
56:9, 101:14, 112:23,
113:8, 115:22
**examination** [2] -
51:18, 58:21
**EXAMINATION** [3] -
4:7, 58:6, 62:6
**example** [1] - 42:23,
72:14, 80:16
**exchange** [1] - 52:2
**exclusively** [2] -
36:8, 91:23
**excuse** [2] - 26:23,
114:18
**excused** [3] - 61:12,
61:13, 114:24
**Exhibit** [13] - 3:10,
84:2, 84:4, 84:8,
84:15, 84:18, 84:20,
99:6, 100:11, 103:11,
107:2, 108:6, 108:18
**exhibit** [4] - 95:9,
99:6, 105:23, 109:2
**exhibits** [8] - 84:2,
94:14, 94:20, 98:8,
99:13, 99:14, 99:25,
100:1
**EXHIBITS** [1] - 3:9
**exist** [1] - 65:9
**existed** [2] - 17:17,
48:12
**exists** [1] - 48:12
**exited** [2] - 52:22,
114:22
**expected** [1] - 24:1
**expensive** [1] -
85:22
**experience** [12] -
63:22, 64:1, 75:16,
83:18, 85:13, 93:14,
95:17, 96:20, 105:8,
111:4, 114:2, 114:7
**expert** [21] - 66:13,
68:5, 68:6, 69:1,
69:24, 70:13, 75:1,
75:4, 75:13, 101:8,
101:15, 110:6,
111:23, 112:4,
112:13, 113:2, 113:9,
113:13, 113:16,
113:19, 114:2
**expertise** [4] -
111:17, 112:7,
113:16, 113:21
**experts** [1] - 74:8

**expiring** [1] - 6:7
**explain** [6] - 41:10, 67:13, 76:10, 78:3, 83:6, 97:20
**expressed** [1] - 23:10
**expressing** [1] - 8:3
**extend** [1] - 104:15
**extensively** [1] - 64:3
**extract** [1] - 90:18
**extradited** [3] - 5:4, 51:24, 53:23
**extradition** [1] - 44:23
**extraordinarily** [1] - 58:20
**extreme** [4] - 18:24, 22:19, 80:16, 92:11
**extremely** [5] - 90:25, 91:10, 92:19, 94:2, 94:10

**F**

**face** [1] - 61:24
**facility** [12] - 9:21, 33:3, 34:17, 37:10, 38:11, 41:18, 42:5, 43:14, 43:23, 46:16, 47:2, 47:11
**fact** [9] - 6:20, 24:4, 28:24, 29:3, 31:6, 43:13, 74:24, 96:21, 98:12
**facts** [1] - 75:10
**fair** [7] - 10:24, 16:7, 39:25, 49:11, 55:8, 55:25, 84:11
**falling** [1] - 109:14
**falls** [1] - 108:25
**familiar** [1] - 50:1
**family** [21] - 23:4, 34:23, 35:21, 38:1, 38:7, 41:13, 41:15, 41:17, 44:25, 46:18, 46:22, 46:24, 47:1, 77:21, 77:25, 78:4, 78:7, 78:8, 79:16, 107:10
**far** [4] - 34:6, 51:17, 103:1, 113:10
**fast** [3] - 57:22, 92:9, 92:10
**fast-acting** [1] - 92:10
**faster** [1] - 85:12
**fastest** [1] - 43:15
**fate** [1] - 19:9
**father** [4] - 9:14,

27:10, 28:20, 59:24
**father's** [1] - 31:8
**fathers** [1] - 78:5
**façade** [2] - 57:6, 57:8
**February** [4] - 4:11, 5:1, 10:22, 64:25
**Federal** [3] - 75:1, 86:21, 86:25
**federal** [6] - 7:23, 13:8, 32:15, 63:12, 68:7, 68:20
**fell** [1] - 76:17
**felt** [2] - 12:25, 107:15
**fentanyl** [15] - 68:16, 73:2, 73:3, 91:25, 92:1, 92:7, 92:12, 92:22, 92:23, 93:1, 93:12, 93:13, 93:19, 93:25, 100:8
**few** [2] - 10:7, 22:17
**field** [3] - 62:21, 63:15, 75:6
**fighting** [4] - 44:4, 44:5, 60:21, 61:9
**fights** [1] - 26:11
**figure** [1] - 50:25
**film** [1] - 59:25
**filming** [1] - 59:25
**finally** [1] - 23:1
**fine** [4] - 70:25, 74:11, 106:16, 117:7
**finish** [1] - 52:21
**finished** [1] - 91:14
**firearms** [1] - 64:7
**first** [34] - 9:10, 9:13, 10:13, 11:4, 24:13, 24:15, 24:16, 24:24, 26:14, 26:16, 26:18, 27:2, 28:25, 29:1, 29:2, 29:4, 29:9, 29:12, 29:15, 30:5, 30:8, 30:10, 31:21, 34:1, 63:5, 76:14, 91:11, 103:3, 106:7, 107:4, 107:20, 108:9, 108:22
**fixed** [2] - 106:20, 106:22
**fixed-up** [2] - 106:20, 106:22
**flaw** [2] - 59:5, 59:9
**flip** [1] - 84:23
**Floor** [2] - 1:20, 1:23
**flown** [1] - 85:12
**fluent** [1] - 66:25
**fly** [1] - 85:15
**following** [18] - 4:2, 51:11, 52:17, 52:23,

52:25, 53:2, 61:18, 69:24, 70:9, 74:18, 95:11, 99:3, 101:4, 103:7, 109:22, 113:24, 114:23, 115:18
**foot** [1] - 65:18
**FOR** [4] - 1:1, 1:14, 1:18, 3:5
**forbidden** [1] - 47:19
**foregoing** [1] - 118:4
**forgive** [1] - 107:14
**form** [4] - 81:1, 89:19, 92:8, 93:19
**formal** [3] - 14:1, 14:4, 62:23
**formed** [2] - 48:10, 57:6
**fortified** [1] - 79:20
**forward** [1] - 61:19
**four** [8] - 33:9, 33:21, 40:9, 50:15, 59:10, 102:4, 107:4, 108:13
**fourth** [1] - 21:1
**free** [5] - 10:16, 42:11, 110:5, 111:8, 111:9
**freed** [1] - 21:23
**freely** [4] - 14:18, 14:23, 48:8, 48:15
**frequent** [1] - 59:12
**frequently** [1] - 85:12
**friends** [2] - 45:1, 45:17
**front** [3] - 74:2, 84:1, 94:20
**fucking** [1] - 108:16
**full** [2] - 98:5, 118:5
**fully** [1] - 81:11
**future** [4] - 23:2, 23:19, 24:2, 30:21

**G**

**gang** [6] - 17:17, 17:22, 57:6, 63:12, 68:16, 68:17
**gang-related** [2] - 68:16, 68:17
**gangs** [1] - 68:19
**García** [3] - 16:15, 52:10, 54:2
**gather** [1] - 42:11
**Generacion** [1] - 27:25
**general** [8] - 63:25, 68:7, 68:11, 68:13, 71:21, 75:8, 76:10,

116:7
**generally** [4] - 66:23, 71:15, 81:22, 113:20
**Generation** [3] - 26:2, 56:2, 60:25
**gentlemen** [2] - 74:21, 114:17
**geographical** [4] - 78:11, 78:14, 80:3, 80:6
**geography** [1] - 78:16
**given** [7] - 17:22, 17:23, 25:17, 25:18, 98:25, 113:16, 117:2
**glass** [8] - 35:2, 35:6, 35:25, 36:9, 37:3, 40:10, 58:25
**goal** [1] - 79:2
**God** [3] - 108:3, 109:12, 109:15
**GONZALEZ** [1] - 1:6
**González** [1] - 116:12
**González's** [1] - 116:9
**GOVERNMENT** [4] - 1:14, 3:5, 4:5, 62:1
**Government** [14] - 23:6, 23:10, 27:19, 28:25, 30:11, 30:14, 30:24, 61:16, 73:25, 97:4, 97:23, 101:11, 110:5, 116:15
**Government's** [8] - 3:10, 61:14, 84:18, 84:20, 95:14, 98:25, 110:2, 116:15
**grab** [1] - 40:18
**Grande** [2] - 32:8, 32:15
**grandfathers** [1] - 78:5
**great** [1] - 117:5
**greatest** [1] - 83:22
**grenade** [2] - 59:17, 59:21
**ground** [1] - 114:12
**group** [1] - 17:12
**groups** [2] - 18:12, 77:5
**grow** [2] - 67:1, 94:4
**grown** [2] - 78:5, 78:17
**Guadalajara** [7] - 64:21, 76:2, 76:3, 76:6, 76:13, 87:11, 87:14
**Guanajuato** [2] - 5:3, 11:5

**guard** [1] - 33:17
**guards** [5] - 8:20, 33:15, 38:5, 38:8, 38:9
**Gucci** [1] - 83:24
**guess** [1] - 74:5
**guidance** [1] - 89:6
**guilt** [1] - 15:24
**guilty** [23] - 4:15, 4:16, 5:7, 6:17, 7:7, 13:3, 13:8, 13:10, 13:12, 13:14, 13:15, 13:16, 13:17, 15:5, 15:8, 15:9, 15:14, 15:15, 15:19, 15:22, 16:2, 21:5, 53:25
**guise** [1] - 89:6
**Gulf** [1] - 77:11
**gun** [3] - 45:23, 59:19, 88:20
**gun-purchasing** [1] - 45:23
**guns** [3] - 28:22, 55:16, 77:17
**Guzman** [4] - 16:15, 49:18, 52:10, 80:17

**H**

**half** [9] - 37:2, 37:23, 46:12, 71:3, 84:5, 84:6, 87:3, 87:4
**hallway** [2] - 35:13, 42:7
**hand** [1] - 61:24
**handling** [1] - 64:11
**hard** [2] - 23:3, 91:10
**harder** [1] - 90:9
**harmed** [1] - 22:24
**harvest** [1] - 94:7
**harvested** [2] - 80:25, 94:6
**hassle** [1] - 107:13
**head** [3] - 15:16, 51:20, 53:13
**headed** [2] - 16:14, 51:7
**hear** [8] - 14:20, 70:21, 72:10, 75:19, 95:10, 110:18, 115:10, 115:15
**heard** [8] - 70:7, 70:16, 70:17, 74:24, 109:20, 115:9, 115:11, 116:6
**hearing** [2] - 15:4, 75:15
**held** [6] - 21:13, 51:12, 70:10, 95:12,

101:5, 109:23
**help** [2] - 110:12,
111:7
**hereby** [1] - 118:3
**heroin** [4] - 68:15,
92:4, 92:5, 94:4
**hierarchy** - 27:20,
50:20
**high** [6] - 51:23,
55:8, 67:2, 79:15,
79:21, 80:8
**high-level** [1] - 51:23
**high-ranking** [1] -
79:15, 79:21, 80:8
**higher** [1] - 78:7
**highly** [1] - 41:20
**himself** [1] - 45:7
**Hispanic** [1] - 67:5
**history** [5] - 6:20,
69:25, 70:22, 71:12,
71:18
**hit** [1] - 17:19
**hold** [1] - 95:9
**Honduras** [1] - 85:17
**honestly** [3] - 24:8,
25:3, 107:6
**Honor** [51] - 36:21,
51:6, 58:5, 61:11,
61:15, 62:5, 69:23,
70:6, 70:11, 71:5,
71:20, 71:23, 72:20,
73:2, 73:17, 73:19,
74:4, 74:11, 74:16,
75:24, 77:23, 84:14,
84:17, 84:22, 94:11,
95:7, 95:13, 96:11,
97:2, 97:19, 98:7,
98:25, 99:2, 101:2,
101:7, 101:19,
101:23, 102:8,
102:25, 103:6, 105:3,
109:19, 109:25,
110:10, 111:20,
112:20, 113:9,
113:12, 116:19,
116:21, 117:9
**Honor's** [2] - 115:23,
116:1
**HONORABLE** [1] -
1:11
**hope** [2] - 22:23,
23:2
**hopefully** [5] -
108:16, 108:23,
110:25, 111:1
**Horizon** [1] - 19:19
**HORNOK** [57] - 1:15,
51:6, 58:5, 58:7,
61:11, 61:15, 62:5,
62:7, 62:13, 62:15,

69:23, 71:5, 71:9,
71:14, 71:20, 71:23,
72:1, 72:14, 72:20,
73:2, 73:4, 73:10,
74:4, 74:9, 75:24,
76:1, 78:2, 84:14,
84:22, 84:24, 87:16,
87:17, 94:11, 94:17,
94:19, 98:7, 99:2,
99:5, 99:9, 99:11,
101:23, 102:8,
102:14, 102:19,
102:25, 103:2, 103:6,
103:9, 105:7, 110:10,
110:17, 110:19,
112:20, 114:1,
114:16, 116:21, 117:5
**Hornok** [6] - 58:4,
62:4, 98:6, 101:20,
110:9, 112:18
**Hornok's** [1] -
111:21
**hostile** [2] - 26:6,
26:9
**hour** [2] - 26:19,
37:23, 46:12
**hours** [6] - 33:13,
37:24, 52:20, 71:7
**house** [1] - 56:23
**housed** [3] - 33:11,
33:16, 42:6
**housing** [2] - 33:7,
33:10
**HOWELL** [1] - 1:11
**human** [1] - 77:17
**hundred** [2] - 68:24,
83:1
**hundreds** [1] - 83:1
**hurt** [1] - 22:24

**I**

**Ice** [6] - 106:13,
107:3, 108:7, 109:15,
109:16, 114:4
**ice** [2] - 89:17, 89:18
**identification** [3] -
64:9, 69:14, 83:12
**identified** [4] - 57:19,
83:4, 86:17, 86:20
**ignore** [1] - 111:8
**illegal** [2] - 67:18,
68:18
**illegally** [1] - 40:2
**illicit** [6] - 77:17,
90:16, 93:5, 96:1,
96:6, 114:11
**imagined** [1] - 71:3
**immediately** [1] -

104:5
**impermissible** [1] -
111:23
**importance** [1] -
78:25
**important** [3] - 16:7,
37:5, 78:16
**impression** [1] -
47:10
**imprint** [1] - 83:8
**improper** [2] - 98:1,
113:9
**IN** [1] - 3:9
**incarcerated** [1] -
65:8
**incarceration** [2] -
10:5, 76:16
**incidentally** [4] -
25:9, 25:11, 34:14,
49:23
**include** [3] - 13:13,
64:14, 102:10
**included** [3] - 19:2,
19:4, 19:5
**includes** [1] - 110:14
**including** [2] - 59:21,
87:18
**indicated** [7] - 36:7,
37:25, 41:20, 49:20,
51:2, 53:6
**indicates** [1] - 41:4
**individual** [3] -
33:11, 33:12, 47:14
**individuals** [5] -
16:17, 56:21, 65:12,
65:13, 80:4
**inexpensive** [1] -
94:8
**inform** [1] - 79:13
**informants** [1] -
64:11
**ingredients** [10] -
88:17, 88:21, 89:11,
90:9, 90:13, 90:25,
91:8, 91:9, 91:10,
91:12
**initials** [1] - 86:23
**inmate** [4] - 37:2,
38:7, 39:21, 47:14
**inmates** [8] - 33:9,
35:23, 37:1, 38:17,
39:10, 40:21, 40:23,
42:19
**inmates'** [1] - 42:22
**inside** [3] - 42:7,
42:9, 47:22
**insolvents** [1] -
88:19
**inspect** [1] - 105:2
**instruction** [7] -

73:20, 74:8, 115:1,
115:20, 116:2,
116:20, 117:1
**instructions** [2] -
20:24, 74:14
**intention** [2] - 72:1,
107:15
**intercepted** [2] -
66:11, 66:18
**interested** [1] - 27:24
**interference** [1] -
48:15
**interpret** [1] - 110:12
**interpretation** [2] -
70:3, 110:14
**interpreted** [1] -
48:22
**interpreter** [13] -
15:10, 18:5, 18:6,
19:23, 36:19, 36:21,
37:17, 42:12, 42:14,
48:23, 48:24, 54:13,
56:12
**INTERPRETER** [10] -
4:7, 15:10, 18:4,
19:23, 36:19, 37:17,
42:12, 48:23, 54:13,
56:12
**interpreting** [4] -
101:21, 102:15,
110:1, 111:15
**interrogated** [1] -
20:7
**interviewed** [3] -
7:19, 65:13, 65:16
**interviewing** [1] -
65:11
**interviews** [1] -
96:21
**introduced** [1] - 42:3
**investigate** [1] -
64:11
**investigation** [8] -
63:13, 63:23, 64:20,
65:1, 69:9, 69:20,
75:9, 95:18
**investigations** [8] -
65:25, 66:3, 66:14,
66:16, 67:10, 67:20,
68:2, 96:20
**investigator** [3] -
62:19, 89:4, 114:3
**involve** [4] - 18:24,
68:13, 69:1, 69:6
**involved** [8] - 23:11,
47:21, 64:4, 65:24,
66:4, 67:16, 75:9,
97:17
**involvement** [1] -
116:12

**involves** [1] - 68:17
**iodine** [2] - 89:13,
89:15
**Ismael** [1] - 16:15
**issue** [1] - 73:4
**issued** [1] - 5:16
**it'll** [1] - 104:5
**items** [2] - 39:21,
40:6
**itself** [1] - 64:3

**J**

**Jaguar** [2] - 25:14,
25:21
**jail** [11] - 40:6, 45:20,
45:23, 47:23, 58:22,
60:12, 60:16, 60:18,
61:3, 61:8
**Jalisco** [8] - 26:1,
27:13, 27:25, 32:8,
56:2, 60:25, 86:3,
87:15
**JAN** [1] - 1:21
**January** [1] - 13:5
**Jesús** [1] - 49:25
**Joaquin** [1] - 16:15
**job** [1] - 65:4
**join** [1] - 63:3
**joined** [1] - 63:5
**joining** [1] - 62:22
**JONATHAN** [1] -
1:15
**Jose** [1] - 63:1
**JOSÉ** [1] - 4:5
**José** [1] - 3:6
**JR** [2] - 1:18, 1:19
**Juan** [1] - 33:23
**judge** [11] - 13:15,
15:8, 15:13, 16:10,
22:15, 22:18, 23:1,
23:7, 23:14, 24:1,
111:9
**JUDGE** [1] - 1:11
**June** [3] - 105:25,
108:5, 108:10
**jury** [13] - 4:1, 45:22,
52:22, 53:1, 61:24,
67:13, 94:13, 94:18,
99:6, 110:12, 111:7,
114:22, 116:14
**JURY** [1] - 1:10
**JUSTICE** [1] - 1:16
**Juárez** [32] - 11:5,
11:6, 11:8, 11:10,
12:9, 13:20, 13:22,
13:23, 14:5, 14:11,
14:18, 14:23, 17:6,
20:7, 20:11, 20:14,

20:18, 28:8, 48:1, 48:8, 48:10, 48:12, 48:20, 49:8, 49:12, 55:9, 55:10, 55:21, 56:23, 57:7, 77:12, 79:3

## K

**KAITLIN** [1] - 1:14
**KATE** [1] - 1:15
**keep** [5] - 6:25, 44:4, 44:5, 71:8, 110:15
**keeps** [2] - 82:3, 82:4
**kept** [1] - 96:7
**kidnap** [2] - 20:14, 64:21
**kidnapped** [5] - 19:18, 19:21, 20:2, 20:6, 21:24
**kidnapping** [8] - 18:17, 19:14, 19:15, 20:10, 21:2, 21:7, 21:9, 56:19
**kill** [2] - 57:14, 57:21
**killed** [2] - 20:8, 21:1
**killing** [1] - 56:17
**kilo** [3] - 82:25, 83:1
**kilogram** [6] - 81:19, 82:17, 82:23, 104:22, 104:24, 105:18
**kilograms** [6] - 58:13, 58:15, 58:17, 104:23, 107:23, 107:24
**kilos** [3] - 102:2, 102:17, 105:2
**kind** [33] - 38:19, 39:11, 44:2, 49:11, 62:22, 65:10, 65:13, 66:21, 66:23, 67:17, 76:5, 76:12, 76:17, 76:23, 76:24, 80:11, 81:11, 81:24, 82:7, 82:23, 83:11, 83:14, 83:16, 83:18, 85:6, 85:9, 86:21, 87:19, 87:24, 88:2, 96:1, 113:17
**kinds** [4] - 59:13, 72:5, 93:16, 100:6
**kits** [1] - 105:12
**knowledge** [5] - 28:10, 45:13, 45:16, 54:8, 116:11
**known** [5] - 17:12, 26:16, 27:3, 28:17, 76:24
**knows** [1] - 51:22,

52:5, 52:12, 75:10, 78:6

## L

**L.A** [1] - 63:19
**label** [1] - 83:13
**laboratories** [6] - 89:2, 89:22, 90:4, 90:5, 90:16, 93:6
**laboratory** [5] - 88:16, 88:22, 89:4, 90:18
**ladies** [2] - 74:20, 114:17
**land** [3] - 14:13, 48:17, 85:1
**language** [19] - 66:17, 67:9, 67:11, 67:14, 70:4, 70:25, 72:18, 72:19, 73:23, 96:5, 96:22, 96:23, 97:22, 97:23, 100:4, 102:13, 110:15, 111:15
**large** [7] - 34:22, 58:9, 58:13, 58:14, 58:18, 77:25, 78:13
**larger** [1] - 81:19
**largest** [1] - 63:12
**last** [19] - 5:18, 5:20, 5:25, 6:8, 7:13, 9:3, 10:4, 11:14, 11:16, 12:1, 12:7, 56:23, 62:12, 64:16, 65:7, 67:6, 71:2, 108:11, 109:15
**late** [4] - 9:17, 63:18, 93:21, 93:22
**launcher** [1] - 59:17
**launchers** [1] - 59:21
**laundering** [3] - 13:11, 17:10, 68:18
**LAW** [2] - 1:19, 1:22
**law** [13] - 24:24, 25:6, 27:14, 29:15, 64:4, 64:9, 67:2, 69:8, 69:14, 69:17, 96:14, 113:13, 114:12
**lawful** [1] - 59:18
**lawyer** [7] - 35:25, 36:1, 36:5, 36:7, 36:11, 36:13, 37:2
**lawyers** [8] - 35:24, 36:18, 36:25, 41:22, 43:14, 46:12, 46:15, 47:4
**leader** [1] - 76:18
**leaders** [1] - 76:18

**leadership** [1] - 49:13
**learn** [5] - 60:8, 61:2, 64:6, 65:22, 67:20
**learned** [1] - 68:2
**learning** [1] - 89:5
**least** [5] - 25:5, 41:25, 57:8, 74:6
**leave** [1] - 115:13
**left** [5] - 26:20, 27:8, 27:9, 28:19, 53:6
**legal** [4] - 39:7, 39:9, 39:23, 40:1
**legally** [2] - 11:17, 60:5
**Leon** [2] - 5:3, 11:5
**less** [11] - 5:20, 9:20, 10:1, 10:25, 11:2, 13:7, 90:6, 94:1, 104:18, 107:18, 107:19
**lessens** [1] - 104:20
**letters** [1] - 83:20
**level** [2] - 51:23, 55:8
**license** [1] - 90:23
**lieutenant** [1] - 17:2
**life** [3] - 16:8, 23:12, 23:15
**likely** [4] - 52:5, 79:19, 88:3
**limine** [1] - 101:15
**limitation** [1] - 37:22
**limited** [4] - 46:9, 46:12, 73:16, 97:22, 112:15, 113:10
**limiting** [6] - 72:24, 73:20, 74:7, 74:14, 115:1, 115:20
**Line** [11] - 100:17, 103:15, 104:10, 105:1, 105:24, 106:12, 106:22, 107:1, 108:1, 108:14
**line** [3] - 103:22, 107:20, 108:22
**lines** [2] - 102:4, 107:5
**liquid** [2] - 89:19, 92:8
**Lisa** [1] - 118:12
**LISA** [2] - 2:1, 118:3
**list** [3] - 44:2, 63:25, 72:24
**literally** [1] - 111:14
**live** [1] - 79:16
**lived** [1] - 9:9
**living** [1] - 11:4
**load** [8] - 58:9, 58:12, 58:13, 58:15, 58:17, 58:18, 72:16,

82:22
**loads** [2] - 55:3, 55:5
**located** [1] - 87:10
**location** [3] - 80:3, 80:13, 80:14
**locations** [3] - 78:24, 80:7, 87:18
**locked** [6] - 33:13, 44:21, 45:5, 45:9, 46:2, 46:4
**Loera** [1] - 16:15
**logo** [2] - 25:21, 83:16
**logos** [1] - 83:18
**look** [6] - 81:12, 89:8, 93:9, 93:13, 105:2, 105:5
**looked** [2] - 61:5, 113:6
**Looking** [1] - 97:16
**looking** [6] - 61:4, 99:12, 99:16, 103:3, 108:15, 108:20
**Los** [5] - 62:21, 63:15, 67:8, 69:5, 75:6
**lose** [1] - 6:4
**lost** [2] - 19:21, 20:2
**Louis** [1] - 83:24
**love** [1] - 106:16
**lower** [1] - 84:5
**Luna** [2] - 52:10, 54:2
**luxury** [2] - 83:17, 83:23
**luxury-type** [1] - 83:17
**lying** [1] - 25:4

## M

**M-30** [2] - 93:18, 93:19
**M16** [1] - 59:16
**ma'am** [1] - 116:23
**mad** [1] - 107:12
**mail** [6] - 39:10, 39:11, 39:12, 39:22, 42:20, 43:16
**maintain** [1] - 73:8
**major** [4] - 48:4, 50:25, 56:7, 87:10
**majority** [2] - 67:8, 69:4
**Man** [6] - 106:13, 107:3, 108:7, 109:15, 109:16, 114:4
**man** [3] - 20:14, 26:20, 27:7

**manmade** [1] - 88:12
**manner** [1] - 83:2
**manual** [1] - 41:4
**manufacture** [3] - 83:10, 89:5, 91:13
**manufactured** [3] - 83:3, 83:7, 88:15
**map** [5] - 84:5, 85:7, 85:25, 86:18, 87:5
**maps** [1] - 84:9
**marijuana** [9] - 12:8, 14:15, 19:22, 20:3, 48:4, 48:7, 56:10, 56:13, 68:15
**marketing** [1] - 83:14
**Marrufo** [5] - 3:6, 4:9, 53:6, 58:8, 59:13
**MARRUFO** [1] - 4:5
**Marshal's** [1] - 67:3
**material** [4] - 104:14, 105:6, 105:16, 106:25
**matter** [1] - 115:10
**matters** [1] - 75:11
**maximum** [1] - 33:5
**Mayo** [5] - 49:16, 50:3, 50:19, 53:9, 53:12
**Mayo's** [3] - 50:9, 50:10, 50:22
**McWire** [5] - 100:14, 100:15, 102:11, 103:18, 106:5
**mean** [50] - 7:6, 15:20, 17:14, 17:16, 17:20, 23:6, 48:3, 51:5, 51:15, 51:18, 51:21, 53:18, 70:22, 71:1, 71:16, 72:10, 72:12, 73:6, 73:8, 75:13, 78:13, 78:14, 79:1, 79:17, 80:11, 81:15, 81:18, 82:14, 83:7, 83:20, 83:23, 85:11, 96:14, 101:17, 101:18, 102:6, 102:13, 102:17, 102:20, 102:23, 105:1, 105:12, 105:14, 106:23, 107:22, 111:13, 112:7, 112:11, 112:22
**meaning** [3] - 88:15, 106:19, 106:20
**means** [10] - 39:9, 65:11, 70:1, 77:17, 77:18, 96:13, 102:17, 102:22, 102:23, 106:24
**measure** [1] - 80:4
**measures** [4] -

79:15, 79:17, 79:22, 80:9
**mechanisms** [1] - 73:15
**medical** [1] - 92:12
**medium** [1] - 33:6
**meet** [2] - 50:12, 79:22
**meeting** [43] - 8:16, 9:13, 9:16, 24:24, 25:5, 25:7, 27:6, 27:10, 27:12, 27:14, 27:15, 27:20, 27:23, 28:12, 28:24, 28:25, 29:1, 29:2, 29:4, 29:7, 29:9, 29:12, 29:15, 29:21, 29:22, 29:24, 30:2, 30:10, 30:13, 30:17, 30:24, 30:25, 31:1, 31:4, 31:10, 31:11, 31:16, 31:19, 31:21, 32:1, 34:15, 59:23, 80:4
**meetings** [4] - 16:23, 38:23, 50:18, 55:18
**member** [13] - 13:23, 13:25, 14:4, 16:12, 33:24, 51:19, 57:19, 60:24, 78:4, 78:7, 78:8, 79:21, 80:8
**members** [10] - 13:24, 14:23, 38:1, 41:17, 46:24, 47:1, 65:15, 76:17, 79:16, 94:18
**membership** [3] - 14:1, 14:4, 116:9
**memory** [2] - 9:8, 31:3
**men** [1] - 17:19
**Menchito** [21] - 9:11, 26:23, 26:24, 27:3, 27:7, 28:17, 29:14, 29:24, 30:8, 30:14, 30:25, 31:4, 31:19, 32:1, 34:9, 34:12, 36:15, 37:18, 39:15, 59:12
**Mencho** [22] - 26:10, 26:13, 26:17, 26:20, 26:22, 26:25, 27:6, 27:24, 28:2, 28:15, 28:20, 29:14, 29:24, 30:3, 30:6, 30:14, 30:25, 31:19, 33:25, 34:9, 34:14, 55:20
**Mencho's** [1] - 37:15
**mental** [1] - 116:9
**mentioned** [15] - 6:17, 7:14, 24:5,

39:20, 42:20, 53:15, 56:4, 58:25, 59:4, 68:5, 76:2, 78:10, 78:21, 84:25, 89:21
**message** [11] - 80:2, 98:12, 103:3, 105:24, 106:7, 108:4, 108:9, 108:11, 108:19, 109:11, 109:15
**messages** [19] - 70:16, 80:7, 98:10, 98:16, 100:7, 100:16, 103:16, 103:17, 106:13, 107:3, 107:4, 108:7, 108:8, 111:5, 111:7, 112:21, 113:2, 113:7
**met** [12] - 11:4, 16:19, 26:10, 26:12, 26:14, 26:16, 27:2, 30:5, 30:8, 34:1, 49:20, 51:19
**Meta** [1] - 59:25
**meth** [2] - 73:1, 91:2
**Methamphetamine** [2] - 90:12, 90:22
**methamphetamine** [18] - 55:21, 56:6, 58:18, 58:19, 67:19, 68:15, 88:11, 88:12, 88:24, 89:2, 89:6, 89:8, 89:21, 91:4, 91:6, 91:9, 93:25, 94:3
**methods** [7] - 64:10, 64:13, 69:16, 70:1, 70:23, 72:9
**Mexican** [10] - 65:22, 68:3, 69:1, 69:6, 69:25, 71:19, 88:8, 116:8, 116:10, 116:12
**Mexico** [40] - 4:19, 5:3, 11:23, 12:22, 12:23, 13:1, 14:8, 19:16, 56:24, 59:14, 60:4, 60:9, 65:2, 65:5, 65:11, 65:17, 67:1, 67:7, 67:8, 69:6, 84:6, 85:1, 85:6, 85:10, 85:16, 85:19, 85:20, 85:25, 86:16, 86:17, 86:22, 87:3, 87:6, 87:8, 88:7, 91:3, 91:7, 91:11, 91:13, 91:24
**Michoacán** [1] - 86:11
**microphone** [1] - 115:24
**mid** [3] - 63:18, 93:21, 93:22

**middle** [3] - 85:6, 87:10, 117:6
**midnight** [1] - 106:2
**might** [12] - 23:19, 52:14, 55:24, 67:11, 79:23, 80:9, 82:7, 92:2, 96:15, 96:16, 98:24, 105:8
**Milenio** [1] - 77:11
**millions** [1] - 91:21
**mimic** [1] - 93:15
**mimics** [1] - 93:17
**mind** [1] - 8:10
**minute** [2] - 52:20, 99:5
**minutes** [5] - 43:17, 46:10, 58:9, 108:11, 108:13
**missed** [1] - 59:8
**missing** [1] - 97:20
**misspoke** [1] - 18:5
**mistake** [1] - 18:4
**mix** [1] - 104:8
**mixed** [1] - 10:12
**moisture** [3] - 82:8, 82:9, 82:15
**mold** [1] - 82:16
**moldy** [1] - 110:4
**money** [7] - 13:10, 17:10, 55:16, 68:18, 77:15, 77:18, 96:16
**monitored** [5] - 35:8, 35:15, 35:18, 35:19, 66:4
**month** [1] - 9:3
**months** [5] - 7:21, 10:7, 23:7, 31:23, 31:24
**moral** [1] - 56:16
**morning** [5] - 6:11, 6:14, 22:2, 106:2, 114:19
**morphine** [2] - 92:6, 94:4
**most** [8] - 5:22, 26:6, 79:18, 79:19, 88:3, 89:16, 93:17, 94:3
**mostly** [1] - 88:17
**mother** [1] - 21:8
**mothers** [1] - 21:8
**motions** [1] - 101:15
**move** [6] - 73:11, 82:20, 82:21, 84:14, 87:18, 114:15
**moved** [5] - 55:14, 56:9, 67:23, 67:25, 72:15
**moves** [2] - 82:19, 85:19
**moving** [1] - 82:23

**MR** [127] - 4:8, 7:2, 7:5, 7:8, 7:11, 7:12, 15:12, 18:7, 18:8, 20:1, 29:10, 29:13, 29:16, 29:19, 29:20, 29:23, 37:4, 37:21, 42:18, 46:8, 46:21, 47:9, 49:3, 51:6, 51:9, 51:22, 52:9, 52:13, 53:4, 53:5, 54:15, 56:15, 57:25, 58:5, 58:7, 61:11, 61:15, 61:22, 62:5, 62:7, 62:13, 62:15, 69:23, 70:6, 70:11, 71:5, 71:9, 71:14, 71:20, 71:23, 72:1, 72:14, 72:20, 73:2, 73:4, 73:10, 73:17, 73:23, 74:4, 74:9, 74:10, 74:16, 75:24, 76:1, 77:23, 78:2, 84:14, 84:17, 84:22, 84:24, 87:16, 87:17, 94:11, 94:17, 94:19, 95:7, 95:13, 95:25, 96:11, 96:25, 97:11, 97:18, 97:21, 98:7, 98:9, 98:24, 99:2, 99:5, 99:9, 99:11, 101:2, 101:7, 101:23, 102:8, 102:14, 102:19, 102:25, 103:2, 103:6, 103:9, 105:3, 105:7, 109:19, 109:25, 110:10, 110:17, 110:19, 111:20, 112:1, 112:9, 112:20, 113:8, 114:1, 114:16, 115:2, 115:4, 115:6, 115:8, 115:12, 115:16, 115:22, 115:25, 116:19, 116:21, 116:23, 117:3, 117:5, 117:9
**multi** [1] - 83:1
**multi-hundred** [1] - 83:1
**multiple** [5] - 82:25, 89:5, 89:10, 93:16
**multiple-kilo** [1] - 82:25
**murder** [2] - 17:20, 64:21
**murdered** [2] - 20:24, 64:24
**murdering** [1] - 18:14
**murders** [2] - 18:24, 71:2

**must** [3] - 10:8, 44:13, 47:16
**mutilation** [2] - 19:2, 19:6

**N**

**name** [10] - 17:21, 17:22, 17:23, 25:13, 33:23, 48:21, 60:23, 62:8, 62:12
**names** [5] - 48:24, 76:23, 77:3, 77:9, 77:12
**narcotics** [6] - 12:16, 14:8, 50:17, 55:7, 55:11, 96:24
**NASEEF** [1] - 1:15
**natural** [1] - 49:6
**nature** [4] - 64:8, 68:11, 78:20, 90:13
**nauseam** [1] - 73:13
**need** [6] - 29:8, 70:21, 88:18, 92:25, 105:19, 107:8
**needed** [1] - 39:4
**needs** [1] - 79:21
**never** [10] - 13:22, 12:23, 13:25, 29:3, 56:9, 95:15, 106:17, 107:7, 107:9, 107:16
**new** [1] - 48:16
**New** [4] - 26:1, 54:4, 56:2, 60:25
**next** [5] - 10:10, 39:6, 61:14, 103:22, 109:2
**nickname** [4] - 25:9, 25:11, 25:17, 25:18
**night** [1] - 33:14
**Nike** [1] - 83:22
**nine** [1] - 65:7
**nobody** [2] - 44:14, 93:23
**Nogales** [1] - 79:3
**non** [1] - 93:1
**non-pharmaceutical** [1] - 93:1
**nonexpert** [1] - 68:20
**normal** [2] - 35:11, 67:15
**north** [1] - 55:14
**Northeast** [1] - 1:16
**northern** [1] - 87:3
**Northwest** [2] - 2:3, 118:14
**not-too-distant** [1] -

23:2
**note** [1] - 63:9
**notes** [2] - 34:8, 118:5
**nothing** [4] - 24:23, 72:1, 75:10, 100:24
**notice** [7] - 95:14, 95:15, 95:21, 97:7, 110:2, 110:11, 111:13
**noticeable** [1] - 104:5
**noticed** [4] - 95:20, 97:24, 101:12, 110:6
**November** [1] - 118:10
**Nueva** [1] - 27:25
**number** [15] - 7:20, 14:7, 18:9, 40:9, 43:5, 47:22, 52:1, 59:10, 94:22, 99:13, 101:11, 101:12, 102:10
**numbers** [3] - 59:5, 59:8, 59:9
**numerous** [8] - 65:3, 65:12, 66:4, 68:14, 79:9, 82:21, 88:17, 88:21

## O

**oath** [1] - 61:25
**Oaxaca** [9] - 9:19, 9:23, 32:7, 32:17, 32:19, 32:20, 32:25, 34:2, 86:13
**object** [3] - 51:6, 70:14, 95:22
**objecting** [1] - 97:8
**objection** [23] - 70:5, 70:12, 73:18, 74:11, 77:23, 84:16, 95:7, 95:10, 96:2, 96:4, 96:10, 97:2, 98:22, 98:23, 101:2, 105:3, 109:19, 111:12, 111:19, 113:8, 113:23, 116:20, 116:21
**obtain** [3] - 59:21, 62:22, 91:10
**obtained** [1] - 64:1
**obtaining** [1] - 28:22
**obvious** [2] - 96:6, 96:23
**obviously** [1] - 45:19
**occasions** [2] - 50:14, 50:15
**occur** [1] - 63:17
**occurred** [2] - 4:19,

5:23
**OF** [5] - 1:1, 1:3, 1:16, 1:19, 1:22
**off-white** [1] - 89:12
**offend** [1] - 106:19
**offended** [1] - 107:15
**offense** [1] - 116:16
**offenses** [2] - 15:8, 15:14
**offer** [11] - 22:23, 43:7, 69:24, 75:1, 75:7, 75:11, 75:13, 97:3, 110:8, 111:18, 113:19
**offered** [1] - 55:20
**offering** [3] - 95:22, 110:3, 112:13
**offhand** [1] - 106:19
**Office** [1] - 67:4
**OFFICE** [1] - 1:22
**officer** [3] - 42:16, 67:3, 96:15
**officers** [8] - 8:8, 27:15, 35:9, 42:10, 65:20, 69:9, 69:17
**OFFICES** [1] - 1:19
**Official** [1] - 2:1
**official** [2] - 33:23, 118:12
**officials** [1] - 65:19
**often** [5] - 18:24, 36:13, 41:6, 83:8, 88:8
**old** [1] - 12:13
**once** [6] - 4:25, 10:20, 27:7, 32:8, 42:25, 89:8
**one** [43] - 10:1, 10:3, 10:23, 14:15, 17:5, 19:18, 21:7, 21:8, 21:20, 21:21, 24:4, 24:15, 26:6, 30:10, 40:9, 40:16, 42:1, 45:3, 48:25, 49:1, 52:4, 52:13, 55:9, 55:18, 56:23, 57:1, 59:10, 60:5, 70:16, 71:25, 72:10, 76:18, 77:19, 81:10, 82:22, 90:9, 92:24, 92:25, 97:13, 97:14, 101:11, 104:22, 104:24
**ones** [8] - 35:18, 57:15, 59:12, 104:3, 104:11, 106:20, 106:22, 106:24
**onwards** [1] - 49:10
**open** [6] - 14:16, 52:18, 74:19, 99:4, 103:8, 113:25

**opening** [1] - 42:2
**operate** [6] - 14:18, 14:23, 48:8, 48:14, 65:22, 70:20
**operated** [1] - 14:25
**operating** [1] - 49:12
**operation** [5] - 17:3, 45:23, 69:25, 70:23, 79:5
**operations** [3] - 64:12, 71:12, 116:7
**operative** [1] - 51:23
**opine** [1] - 95:16
**opinion** [24] - 75:8, 75:11, 75:13, 75:16, 75:17, 95:4, 95:19, 95:22, 97:3, 98:4, 98:20, 100:3, 102:1, 106:24, 110:3, 110:8, 110:12, 111:4, 112:4, 112:14, 113:1, 113:19, 114:2, 114:4
**opinions** [9] - 74:8, 74:25, 75:1, 75:2, 75:3, 75:14, 75:18, 111:18
**opioid** [2] - 92:1, 92:15
**opioids** [3] - 92:2, 93:17, 94:4
**opportunity** [4] - 65:2, 66:10, 69:8, 94:25
**opposed** [3] - 97:10, 102:24, 111:15
**orange** [1] - 86:14
**order** [10] - 21:7, 21:9, 21:13, 31:8, 90:10, 96:23, 109:5, 116:1, 116:2, 116:3
**ordered** [1] - 20:7
**ordering** [2] - 20:10, 20:17
**orders** [1] - 21:24
**ordinarily** [1] - 74:22
**organization** [8] - 14:1, 28:3, 28:6, 28:10, 44:10, 49:18, 50:20, 60:23
**organizations** [8] - 26:3, 70:3, 76:14, 76:24, 77:3, 77:14, 77:19, 77:22
**organized** [1] - 22:20
**origin** [1] - 82:19
**originally** [1] - 92:7
**OSEGUERA** [1] - 1:6
**Oseguera** [7] - 9:14, 9:21, 36:4, 47:10, 47:21, 116:9, 116:12

**OSEGUERA-GONZALEZ** [1] - 1:6
**Oseguera-González** [1] - 116:12
**Oseguera-González's** [1] - 116:9
**otherwise** [3] - 43:17, 105:21, 113:20
**outside** [17] - 44:6, 44:11, 44:14, 45:1, 45:7, 45:11, 45:14, 45:17, 46:9, 47:11, 47:23, 54:10, 60:20, 61:3, 61:8, 61:10, 67:14
**outweighed** [1] - 75:17
**overall** [4] - 77:13, 77:15, 95:3, 97:15
**overrule** [2] - 111:12, 111:19
**overruled** [3] - 77:24, 105:4, 113:23
**overwhelming** [1] - 69:4
**own** [3] - 40:24, 52:15, 59:16
**owned** [1] - 20:3
**oxycodone** [5] - 92:17, 92:18, 92:19, 92:21, 93:18
**OxyContin** [3] - 92:14, 92:19, 92:21

## P

**P-A-R-I-S** [2] - 62:13
**p.m** [5] - 1:7, 4:2, 52:23, 53:2, 114:23
**package** [1] - 83:14
**packaged** [2] - 64:10, 81:17
**packaging** [2] - 83:9, 104:6
**packs** [2] - 90:24, 91:21
**Page** [8] - 84:23, 85:23, 87:1, 105:23, 106:3, 106:12, 108:1, 108:6
**PAGE** [1] - 3:9
**pages** [1] - 84:8
**paid** [5] - 21:17, 21:19, 87:19, 87:21, 88:2
**pain** [2] - 92:11, 92:16
**painkiller** [1] - 92:10
**painted** [1] - 102:23

**pallet** [1] - 90:17
**paper** [2] - 39:4, 40:16
**papers** [1] - 40:10
**PARIS** [2] - 61:22, 62:1
**Paris** [13] - 3:7, 61:16, 61:17, 61:19, 62:9, 62:10, 62:16, 69:24, 75:5, 99:12, 115:1, 116:7, 116:10
**Paris's** [1] - 71:10
**part** [11] - 17:18, 21:20, 21:21, 26:6, 79:18, 83:9, 87:6, 100:18, 110:13, 110:19
**partially** [1] - 75:18
**participate** [1] - 69:20
**participation** [2] - 16:11, 116:10
**particular** [12] - 63:9, 64:17, 69:21, 73:20, 76:19, 78:25, 83:15, 95:18, 96:13, 96:14, 96:16, 96:17
**parties** [1] - 67:16
**partition** [2] - 36:17, 36:24
**parts** [3] - 14:9, 19:3, 19:6
**Paso** [5] - 4:17, 4:18, 11:9, 11:13, 11:15
**pass** [1] - 40:10
**passage** [2] - 15:18, 16:5
**passed** [4] - 15:20, 90:12, 90:21, 99:6
**paste** [1] - 80:25
**patients** [1] - 92:11
**pay** [2] - 16:6, 94:6
**payment** [1] - 21:21
**Pecas** [2] - 100:20, 101:21
**Peludo** [1] - 30:4
**pen** [1] - 39:4
**people** [36] - 16:14, 18:15, 18:17, 18:19, 22:24, 33:20, 35:16, 38:11, 45:2, 45:7, 45:11, 45:13, 49:12, 49:15, 51:8, 51:20, 55:3, 55:5, 56:6, 56:17, 56:19, 56:21, 57:4, 57:17, 60:20, 60:21, 60:24, 61:9, 71:5, 76:20, 79:10, 79:13, 79:18, 92:11, 94:7

**people's** [1] - 72:9
**percent** [1] - 35:16
**perfect** [1] - 116:22
**perhaps** [3] - 16:6, 31:24, 82:2
**period** [2] - 10:23, 21:13
**permissible** [1] - 59:16
**permission** [2] - 14:11, 14:23
**person** [11] - 9:10, 19:21, 20:2, 21:1, 26:16, 27:3, 28:17, 40:17, 50:5, 52:7, 111:17
**personal** [4] - 40:24, 45:13, 45:16, 116:11
**personally** [4] - 16:19, 49:20, 50:12, 50:23
**personnel** [1] - 41:7
**persons** [1] - 27:21
**pertain** [1] - 100:2
**pharmaceutical** [1] - 93:1
**pharmacy** [3] - 90:23, 92:22, 92:24
**phone** [6] - 34:25, 35:1, 35:3, 43:17, 46:10, 80:2
**phones** [6] - 79:23, 80:1, 80:5, 80:6, 80:15, 80:18
**phosphorus** [1] - 89:15
**photograph** [2] - 40:17, 42:3
**photographs** [6] - 39:16, 39:18, 43:3, 43:5, 43:9, 43:19
**photos** [1] - 40:10
**physical** [2] - 64:13, 87:20
**physically** [1] - 79:12
**pick** [7] - 20:19, 103:19, 103:20, 103:21, 104:1, 104:6, 104:25
**picked** [1] - 100:18
**pictures** [2] - 42:23, 43:25
**piece** [1] - 40:16
**pill** [3] - 92:23, 93:12, 93:13
**pills** [5] - 93:1, 93:5, 93:10, 93:16, 93:18
**pin** [1] - 86:15
**pinch** [1] - 105:13
**pinkish** [1] - 89:15

**place** [11] - 9:17, 16:1, 16:23, 20:18, 27:12, 29:18, 49:1, 80:9, 85:3, 86:14, 91:1
**placed** [2] - 83:9, 83:13
**places** [2] - 84:12, 85:16
**Plaintiff** [1] - 1:4
**plan** [2] - 107:7, 107:9
**plane** [1] - 82:21
**planes** [1] - 85:15
**planning** [1] - 102:16
**plant** [7] - 80:22, 80:24, 81:4, 88:13, 94:5
**plastic** [4] - 81:21, 82:1, 82:3
**play** [2] - 65:14, 79:5
**played** [1] - 66:2
**players** [1] - 83:22
**plays** [2] - 77:25, 79:7
**plaza** [5] - 48:16, 71:14, 71:16, 76:9, 76:10
**plazas** [8] - 76:20, 76:22, 77:1, 77:4, 77:5, 78:10, 78:13, 78:14
**plea** [4] - 4:15, 7:7, 15:1, 17:1
**pleading** [1] - 13:15
**pleasant** [2] - 114:19, 117:12
**pled** [18] - 4:16, 5:7, 6:17, 13:3, 13:8, 13:10, 13:12, 13:14, 13:16, 13:17, 15:5, 15:9, 15:15, 15:19, 15:22, 16:2, 21:4, 53:25
**point** [21] - 4:22, 5:4, 5:7, 11:20, 14:22, 28:21, 30:10, 30:13, 31:13, 48:10, 48:14, 49:17, 54:20, 55:11, 63:14, 70:19, 76:2, 89:25, 90:5, 91:12, 110:22
**police** [2] - 64:7, 65:19
**policy** [1] - 34:17
**port** [1] - 55:22
**portion** [3] - 21:19, 72:7, 87:3
**position** [2] - 55:24, 78:7

**possess** [1] - 59:14
**possible** [1] - 85:11
**posted** [1] - 19:8
**pot** [1] - 72:25
**pounds** [4] - 19:22, 20:3, 82:17, 82:18
**powder** [3] - 82:3, 82:15, 83:8
**powdered** [1] - 81:1
**powdery** [1] - 81:13, 114:8
**power** [2] - 76:5, 79:18
**powerful** [3] - 92:5, 94:8
**precisely** [1] - 117:1
**predicament** [1] - 52:15
**predominant** [1] - 81:10
**predominantly** [1] - 81:7
**prefer** [2] - 115:12, 115:14
**prepared** [1] - 73:23
**prescription** [2] - 92:25, 93:9
**present** [2] - 33:17, 111:10
**pressed** [2] - 72:16, 81:23
**presumably** [6] - 30:24, 35:14, 37:5, 44:6, 47:16, 55:3
**pretty** [4] - 14:16, 55:8, 55:10, 87:6
**prevalence** [1] - 90:3
**prevalent** [2] - 89:3, 90:6
**previous** [1] - 106:9
**PREVIOUSLY** [1] - 4:5
**previously** [2] - 13:20, 94:13
**price** [2] - 85:21, 104:23
**primarily** [3] - 66:17, 67:4, 67:9
**primary** [2] - 18:14, 77:18
**prison** [17] - 7:23, 8:5, 8:20, 9:19, 10:13, 23:17, 32:6, 32:9, 32:15, 35:8, 38:5, 38:8, 41:6, 44:11, 44:21, 65:16, 68:18
**private** [1] - 85:15
**problem** [3] - 8:4, 8:7, 82:10
**problems** [4] - 56:1,

56:3, 56:7, 82:7
**procedure** [1] - 39:7
**proceed** [4] - 4:3, 53:3, 62:4, 75:23
**Proceedings** [1] - 117:13
**proceedings** [13] - 4:2, 52:17, 52:23, 52:25, 53:2, 61:18, 74:18, 99:3, 103:7, 113:24, 114:23, 115:18, 118:6
**process** [7] - 80:25, 83:10, 88:16, 88:22, 90:18, 91:19, 91:22
**produce** [3] - 81:4, 88:17, 89:6
**produced** [7] - 67:21, 78:18, 81:11, 89:8, 89:21, 91:6, 118:6
**product** [1] - 91:14
**production** [2] - 70:2, 91:2
**profession** [1] - 75:4
**proffered** [1] - 70:13
**proficiency** [2] - 66:21, 66:24
**profitable** [4] - 94:1, 94:2, 94:9
**prohibited** [2] - 40:6, 47:22
**proper** [3] - 95:19, 111:21, 112:9
**properly** [1] - 110:6
**property** [1] - 40:24
**proportion** [1] - 69:3
**proposed** [2] - 116:3, 116:18
**prosecution** [1] - 23:7
**prosecutor** [6] - 6:14, 15:7, 15:13, 16:10, 17:2, 18:23
**prosecutors** [6] - 7:20, 8:16, 23:25, 25:6, 27:14, 30:18
**protect** [2] - 79:16, 82:6
**protects** [1] - 82:4
**proven** [1] - 116:16
**provide** [2] - 73:24, 116:5
**provided** [3] - 25:24, 73:24, 95:15
**provides** [1] - 80:2
**proximity** [1] - 69:6
**pseudoephedrine** [7] - 88:18, 89:12, 90:16, 90:17, 90:19,

90:24, 91:22
**public** [3] - 18:25, 33:23, 65:19
**publicized** [1] - 57:11
**published** [1] - 84:19
**Puente** [2] - 32:8, 32:15
**Puerto** [2] - 87:13, 87:14
**pull** [1] - 73:22
**punishment** [1] - 47:16
**purchase** [1] - 43:8
**purchased** [1] - 61:8
**purchases** [6] - 43:23, 43:24, 45:4, 60:12, 61:3, 61:7
**purchasing** [4] - 44:10, 45:23, 47:22, 105:18
**purity** [2] - 104:20, 105:10
**purported** [1] - 105:21
**purpose** [3] - 77:13, 77:15, 82:1
**purposes** [2] - 79:9, 83:14
**pushback** [1] - 49:12
**put** [4] - 40:15, 55:24, 104:17, 105:15

## Q

**qualifications** [1] - 70:12
**qualified** [1] - 96:3
**qualities** [1] - 92:10
**quality** [2] - 61:4, 105:20
**quantities** [6] - 54:23, 81:19, 81:20, 82:24, 82:25, 83:1
**quantity** [1] - 104:16
**questioning** [1] - 27:19
**questions** [6] - 29:17, 58:1, 58:22, 59:2, 61:11, 113:5
**quick** [1] - 29:5
**quit** [1] - 11:20
**quite** [1] - 15:20
**quota** [1] - 14:13, 48:18

## R

**rain** [1] - 108:17
**raise** [1] - 61:24
**raised** [1] - 101:14
**range** [2] - 88:19, 88:20
**ranking** [3] - 79:15, 79:21, 80:8
**rather** [1] - 56:13
**RDR** [3] - 2:1, 118:3, 118:12
**read** [22] - 13:16, 34:4, 74:5, 99:14, 100:15, 100:16, 100:17, 103:16, 103:17, 106:12, 106:13, 106:14, 107:3, 107:4, 108:2, 108:7, 108:14, 108:22, 114:3, 115:7
**reading** [5] - 66:20, 66:22, 102:9, 110:19, 110:20
**ready** [4] - 4:4, 52:20, 94:6, 100:21
**really** [10] - 12:5, 70:22, 71:1, 76:14, 79:1, 83:9, 91:17, 93:23, 102:23, 107:8
**reason** [2] - 25:17, 73:16
**reasonable** [1] - 116:17
**reasons** [2] - 75:3, 75:16
**receive** [5] - 39:11, 39:21, 42:19, 62:25, 88:23
**RECEIVED** [1] - 3:9
**received** [3] - 39:13, 54:23, 63:22
**recent** [1] - 55:19
**recently** [1] - 53:12
**recess** [1] - 52:24
**recognition** [1] - 23:14
**record** [4] - 6:12, 6:15, 34:11, 114:25
**recovered** [3] - 103:23, 103:24, 104:1
**recruit** [3] - 28:3, 28:5, 28:7
**recruiting** [1] - 27:24, 44:3, 44:4
**rectangular** [1] - 81:24
**Red** [1] - 3:3
**red** [3] - 81:25,

89:14, 89:15
**REDIRECT** [1] - 58:6
**redirect** [2] - 117:8, 117:11
**reduced** [2] - 23:23, 30:21
**reducing** [1] - 23:20
**reenter** [1] - 23:3
**reference** [5] - 104:11, 104:25, 106:22, 107:20, 113:6
**referred** [2] - 89:17, 99:6
**referring** [10] - 29:9, 29:11, 77:6, 90:3, 96:15, 96:16, 98:20, 112:5, 112:6
**refers** [1] - 107:24
**refuel** [1] - 85:17
**regard** [3] - 70:12, 73:18, 73:20
**regarding** [6] - 28:21, 66:13, 68:5, 68:14, 71:6, 75:8
**regards** [2] - 24:25, 25:6
**region** [1] - 17:6
**regular** [3] - 35:19, 36:1, 64:7
**rehab** [3] - 56:23, 57:11, 57:18
**rehabilitation** [1] - 57:3
**reinvestigate** [1] - 65:10
**relate** [1] - 97:23
**related** [4] - 68:16, 68:17, 98:4, 98:13
**relation** [6] - 25:1, 41:11, 52:13, 70:15, 70:19
**relations** [1] - 13:24
**relationship** [1] - 49:15
**relationships** [1] - 77:21
**relatively** [1] - 48:2
**released** [4] - 21:21, 52:3, 52:8, 92:21
**relevance** [2] - 51:7, 51:16
**relevancy** [1] - 52:4
**relevant** [1] - 72:2
**reluctance** [2] - 8:3, 8:19
**remain** [1] - 12:25
**remained** [1] - 4:12
**remember** [24] - 9:12, 10:2, 13:7, 15:1, 15:4, 15:17, 16:1,

16:3, 16:10, 16:12, 16:22, 22:6, 22:22, 24:8, 25:3, 26:18, 26:19, 29:4, 29:6, 50:1, 50:5, 58:10
**remembered** [1] - 31:1
**reminder** [1] - 73:19
**remove** [1] - 80:5
**repeat** [18] - 4:21, 5:24, 6:13, 6:22, 8:14, 14:3, 15:3, 19:4, 20:16, 25:10, 26:15, 31:17, 38:6, 42:13, 44:8, 44:16, 45:25, 59:8
**repeated** [6] - 15:11, 19:24, 36:20, 36:22, 48:24, 54:14
**repetition** [1] - 48:24
**rephrase** [1] - 18:7
**report** [1] - 69:14
**REPORTED** [1] - 2:1
**reportedly** [1] - 53:12
**REPORTER** [5] - 46:6, 46:19, 47:7, 62:11, 62:14
**Reporter** [2] - 2:1, 118:12
**representations** [1] - 84:11
**request** [2] - 39:4, 39:8
**requires** [1] - 88:17
**residences** [1] - 79:20
**residing** [1] - 47:14
**resolved** [1] - 8:25
**respect** [1] - 79:23
**responded** [1] - 31:8
**response** [4] - 46:17, 47:5, 98:6, 112:18
**responsibility** [1] - 18:14
**responsible** [1] - 22:19
**rest** [2] - 57:21, 112:7
**restaurant** [2] - 80:17, 80:18
**restricted** [5] - 41:20, 45:24, 46:22, 60:1, 60:5
**restriction** [12] - 38:10, 38:13, 38:19, 38:22, 38:25, 39:21, 40:19, 40:23, 41:17, 41:22, 42:19, 46:15
**restrictions** [9] -

39:10, 39:13, 43:14, 58:22, 59:13, 59:20, 60:3, 60:9, 91:1
**restrictive** [2] - 47:21, 49:8
**result** [8] - 8:22, 12:21, 19:21, 20:2, 65:21, 66:20, 66:22, 90:15
**resume** [1] - 114:19
**retired** [1] - 115:17
**return** [1] - 41:8
**returned** [1] - 11:23
**review** [13] - 84:2, 94:25, 95:3, 98:15, 98:19, 99:25, 100:6, 100:20, 100:25, 102:1, 111:6, 112:10, 113:2
**revulsion** [1] - 56:16
**Rey** [2] - 49:23, 50:4
**Rica** [1] - 85:17
**ripped** [1] - 105:22
**Rojo** [1] - 107:12
**role** [7] - 77:21, 78:1, 78:11, 78:13, 79:5, 79:7, 116:11
**roles** [5] - 65:14, 65:15, 66:2, 66:4, 66:10
**Rolex** [1] - 83:24
**RONIS** [35] - 1:21, 1:22, 4:8, 7:2, 7:5, 7:8, 7:11, 7:12, 15:12, 18:7, 18:8, 20:1, 29:10, 29:13, 29:16, 29:19, 29:20, 29:23, 37:4, 37:21, 42:18, 46:8, 46:21, 47:9, 49:3, 51:9, 51:22, 52:9, 52:13, 53:4, 53:5, 54:15, 56:15, 57:25
**Ronis** [6] - 4:3, 6:25, 29:22, 52:19, 53:3, 58:8
**room** [2] - 38:2, 66:5
**Room** [1] - 2:3
**routes** [3] - 70:1, 70:23, 72:9
**rubber** [2] - 81:21, 82:2
**RUBEN** [1] - 1:6
**Ruben** [5] - 100:20, 101:1, 101:10, 102:16, 103:20
**Rule** [2] - 75:1, 75:7
**run** [2] - 76:18, 76:20
**running** [3] - 45:23, 56:21, 77:22

## S

**safe** [1] - 8:8
**SAHNI** [1] - 1:14
**sales** [2] - 97:13, 97:14
**Salvador** [1] - 85:17
**San** [10] - 1:20, 1:23, 63:1, 63:7, 63:8, 63:13, 67:1, 67:3, 67:4, 69:5
**Saturday** [1] - 103:21
**saw** [10] - 10:10, 10:13, 32:3, 32:8, 36:1, 36:4, 36:5, 59:24, 108:12, 111:13
**scattered** [1] - 113:18
**scene** [1] - 93:20
**scheduled** [2] - 24:18, 24:21
**school** [4] - 34:6, 34:7, 67:2, 89:4
**science** [1] - 75:4
**scope** [3] - 95:14, 97:7, 101:8
**scorpion** [1] - 83:21
**scratch** [1] - 65:10
**screen** [2] - 85:2, 109:6
**screwed** [1] - 108:24
**seal** [3] - 40:13, 42:2
**seaports** [1] - 78:19
**search** [3] - 42:24, 69:15, 80:4
**searched** [8] - 40:21, 41:6, 41:9, 41:11, 41:13, 41:15, 47:1, 80:15
**searches** [2] - 42:22, 47:13
**seated** [1] - 26:20
**second** [2] - 95:9, 109:5
**secret** [1] - 96:7
**secure** [3] - 33:3, 35:6, 44:21
**security** [13] - 8:24, 33:5, 33:6, 59:5, 59:9, 60:21, 60:24, 79:15, 79:17, 79:20, 79:22, 80:4, 80:9
**see** [20] - 9:10, 23:19, 31:25, 34:14, 36:14, 42:25, 51:7, 52:11, 60:1, 73:16, 74:2, 94:23, 103:1, 104:3, 105:5, 114:24, 115:2, 115:4, 115:5

**sell** [4] - 94:9, 104:21, 104:23, 107:14
**semi** [1] - 92:15
**semi-synthetic** [1] - 92:15
**send** [4] - 12:23, 39:9, 80:2, 104:2
**sense** [1] - 111:16
**sent** [8] - 57:14, 80:7, 89:3, 104:4, 105:24, 106:7, 108:4, 108:9
**sentence** [4] - 23:20, 23:23, 30:21, 72:11
**sentenced** [1] - 22:12
**sentencing** [7] - 22:3, 22:5, 22:16, 22:17, 24:25, 30:18, 30:19
**separate** [2] - 37:25, 90:19
**separation** [5] - 36:9, 36:16, 36:24, 40:12
**September** [1] - 1:6
**serious** [1] - 51:25
**serves** [1] - 79:9
**service** [1] - 69:15
**SESSION** [1] - 1:7
**set** [1] - 59:25
**seven** [3] - 10:11, 16:21, 33:25
**several** [4] - 55:19, 59:11, 65:7, 73:25
**severe** [1] - 46:15
**shady** [1] - 107:14
**shape** [1] - 81:22
**shift** [1] - 91:2
**shifted** [2] - 91:17
**shiny** [1] - 81:16
**shipment** [2] - 55:11
**shirt** [1] - 27:8
**short** [1] - 106:11
**show** [3] - 43:10, 43:25, 90:23
**showed** [2] - 43:19, 94:15
**showing** [1] - 39:15
**shown** [2] - 39:18, 116:15
**sicarios** [7] - 17:19, 17:24, 18:1, 18:9, 19:11, 20:13, 20:17
**side** [3] - 40:18, 99:12, 99:16
**sighting** [1] - 32:14
**sign** [1] - 39:7
**significant** [2] - 43:13, 47:11, 55:10

**similar** [1] - 92:19
**similarly** [1] - 46:22
**Sinaloa** [20] - 13:18, 14:25, 16:12, 16:24, 17:3, 20:3, 22:21, 25:24, 26:1, 26:11, 51:8, 51:15, 51:19, 51:24, 53:13, 54:21, 55:25, 56:2, 77:10, 86:5
**single** [3] - 58:12, 58:15, 58:17
**sitting** [2] - 27:7, 52:19
**situation** [1] - 29:4
**six** [4] - 10:10, 16:21, 33:25, 64:22
**size** [3] - 72:15, 72:17, 82:22
**slang** [1] - 104:14
**small** [6] - 40:15, 42:1, 42:3, 48:3, 48:4, 72:6
**small-time** [2] - 48:3, 48:4
**smaller** [2] - 55:5, 85:15
**smuggling** [2] - 17:3, 17:8
**soccer** [1] - 83:22
**society** [1] - 23:3
**sold** [7] - 64:10, 87:23, 88:1, 88:4, 88:6, 104:24, 105:21
**soldiers** [1] - 65:18
**someone** [2] - 79:22, 104:2
**someplace** [3] - 88:1, 88:4, 88:6
**sometimes** [6] - 19:8, 68:16, 83:23, 85:16, 86:23, 108:25
**somewhat** [1] - 78:10
**somewhere** [1] - 117:6
**son** [8] - 21:15, 26:25, 28:21, 50:7, 50:9, 50:10, 50:22, 53:9
**Sonora** [3] - 11:6, 77:10, 86:7
**sons** [1] - 108:16
**soon** [1] - 109:4
**sorry** [10] - 14:20, 15:10, 33:2, 36:19, 66:6, 74:20, 87:4, 92:18, 95:8, 110:17
**sought** [2] - 89:16, 90:16

**sound** [1] - 75:17
**sounds** [1] - 50:1
**South** [4] - 81:7, 81:8, 84:6
**south** [1] - 55:16
**southern** [1] - 87:4
**Spanish** [6] - 42:15, 66:19, 66:21, 66:24, 67:2, 67:8
**Special** [4] - 61:16, 64:22, 75:5, 116:6
**special** [5] - 33:7, 33:8, 62:19, 75:5, 115:1
**specialized** [1] - 63:22
**specific** [9] - 13:25, 38:15, 39:1, 51:17, 59:1, 59:4, 86:18, 111:5
**specifically** [4] - 16:4, 64:21, 91:16, 98:8
**spelling** [1] - 62:11
**spend** [2] - 51:14
**spite** [3] - 43:13, 56:11, 56:16
**split** [1] - 71:17
**spoken** [1] - 67:9
**square** [1] - 114:8
**squares** [5] - 72:17, 107:8, 107:21, 107:24, 112:5
**staff** [2] - 8:5, 35:8
**stamp** [1] - 93:10
**stand** [3] - 61:20, 61:23
**stands** [1] - 73:18
**start** [5] - 12:11, 14:14, 99:17, 100:17, 103:15
**started** [4] - 12:15, 27:19, 48:18, 93:23
**State** [1] - 63:2
**state** [14] - 11:6, 11:10, 12:9, 16:23, 76:17, 85:25, 86:2, 86:4, 86:6, 86:8, 86:10, 86:12, 87:14, 116:9
**statement** [4] - 10:24, 22:15, 39:25, 55:25
**statements** [1] - 72:3
**states** [1] - 85:25
**STATES** [3] - 1:1, 1:3, 1:11
**States** [42] - 2:2, 5:5, 5:11, 5:14, 5:19, 5:25, 6:5, 6:9, 7:13, 7:17,

11:15, 11:16, 11:21, 11:24, 12:2, 12:8, 12:18, 12:24, 14:9, 18:3, 44:23, 52:2, 53:21, 62:17, 65:8, 65:17, 78:23, 78:24, 79:2, 82:20, 84:5, 87:19, 87:24, 89:3, 90:4, 90:6, 90:14, 91:2, 91:5, 91:11, 93:20, 118:13
**stating** [2] - 22:23, 23:1
**steal** [1] - 79:10
**stems** [1] - 78:18
**stenographic** [1] - 118:5
**step** [1] - 61:19
**Steve** [6] - 3:7, 61:16, 61:17, 62:9, 116:7, 116:10
**STEVE** [1] - 62:1
**still** [1] - 6:6
**stimulant** [2] - 80:21, 88:12
**stop** [1] - 12:18
**stopping** [1] - 85:16
**story** [1] - 17:22
**street** [1] - 63:12
**Street** [3] - 1:16, 1:19, 1:22
**strength** [1] - 82:14
**strengthening** [1] - 61:9
**stretch** [1] - 96:8
**stronger** [2] - 79:11, 79:12
**strongest** [1] - 55:9
**structures** [1] - 71:22
**subset** [2] - 98:9, 98:18
**substance** [3] - 81:13, 96:1, 114:11
**substances** [2] - 67:19, 96:7
**succeed** [1] - 76:5
**suffered** [1] - 7:16
**sufficient** [1] - 75:15
**sugar** [1] - 81:16
**suggesting** [1] - 44:7
**summarize** [1] - 101:16
**supervised** [2] - 38:5, 38:8
**supervisors** [1] - 17:5
**supporting** [1] - 75:16
**suppose** [1] - 30:3

**supposed** [1] - 33:8
**surgery** [1] - 49:7
**surreptitiously** [1] - 67:17
**surveillance** [5] - 64:12, 64:13, 64:14, 66:5, 96:23
**sweeps** [1] - 80:13
**swept** [1] - 80:13
**swoosh** [1] - 83:22
**SWORN** [2] - 4:6, 62:1
**symbol** [1] - 83:21
**synthetic** [4] - 92:1, 92:4, 92:15, 94:7
**system** [11] - 34:25, 35:1, 35:2, 35:17, 71:14, 71:16, 76:5, 76:8, 76:9, 76:10

**T**

**table** [1] - 39:19
**tables** [2] - 34:23, 38:2
**Tapalta** [1] - 27:13
**taped** [3] - 108:23, 109:14, 111:1
**taught** [3] - 69:11, 69:13, 69:18
**teach** [1] - 69:8
**team** [2] - 28:8, 80:12
**teenager** [1] - 12:15
**telephone** [10] - 35:14, 35:17, 35:19, 35:21, 35:22, 36:8, 36:17, 36:25, 37:9, 37:12
**telephonic** [1] - 35:6
**temporarily** [1] - 80:5
**ten** [6] - 37:11, 37:12, 37:14, 43:17, 46:9, 52:20
**ten-minute** [1] - 52:20
**tense** [1] - 29:5
**term** [1] - 104:14
**terms** [4] - 52:6, 76:11, 95:14, 104:16
**territories** [5] - 76:20, 76:21, 76:23, 77:4, 78:15
**territory** [1] - 78:11
**test** [2] - 105:10, 105:12
**testified** [26] - 5:23, 6:1, 6:9, 9:6, 22:2,

24:14, 28:20, 31:15, 31:20, 32:13, 39:15, 43:19, 43:22, 44:9, 44:25, 52:1, 52:9, 54:6, 60:11, 66:13, 66:17, 68:6, 68:14, 68:20, 68:25, 116:7
**testify** [16] - 24:1, 24:19, 24:22, 74:25, 95:15, 96:12, 96:21, 96:25, 98:2, 101:8, 101:13, 101:17, 110:2, 110:4, 112:17, 116:8
**testifying** [15] - 9:8, 24:7, 24:10, 24:11, 52:6, 68:5, 71:6, 74:5, 74:23, 96:4, 98:7, 101:9, 110:11
**testimony** [27] - 37:13, 37:15, 43:2, 43:11, 44:15, 44:17, 47:20, 52:2, 70:15, 72:2, 72:7, 75:8, 97:22, 110:6, 111:10, 111:23, 112:15, 113:9, 113:10, 113:14, 115:9, 115:11, 116:6, 116:25, 117:4
**Texas** [9] - 4:17, 4:18, 11:9, 11:13, 13:3, 15:2, 15:4, 19:19, 79:4
**THE** [129] - 1:1, 1:11, 1:14, 1:18, 3:5, 4:3, 6:25, 7:3, 7:6, 7:10, 15:10, 18:4, 19:23, 29:8, 29:11, 29:14, 29:17, 29:22, 36:19, 36:23, 37:1, 37:17, 37:19, 42:12, 42:16, 46:6, 46:7, 46:19, 46:20, 47:7, 47:8, 48:23, 48:25, 51:8, 51:10, 51:13, 52:7, 52:11, 52:16, 52:19, 53:3, 54:13, 56:12, 58:2, 58:3, 61:12, 61:14, 61:19, 61:23, 62:2, 62:3, 62:4, 62:11, 62:14, 70:5, 70:8, 70:21, 71:8, 71:11, 71:16, 71:21, 71:24, 72:8, 72:19, 72:21, 73:3, 73:6, 73:12, 73:22, 74:1, 74:7, 74:13, 74:17, 74:20, 77:24, 77:25, 84:16, 84:18, 94:16,

95:8, 95:24, 96:1, 96:19, 97:8, 97:12, 97:20, 98:3, 98:17, 99:1, 99:8, 99:10, 101:3, 101:6, 101:20, 102:3, 102:12, 102:15, 102:20, 103:1, 103:4, 105:4, 105:5, 109:18, 109:21, 109:24, 110:9, 110:15, 110:18, 111:12, 111:25, 112:2, 112:18, 113:15, 114:14, 114:17, 114:24, 115:3, 115:5, 115:7, 115:9, 115:13, 115:14, 115:19, 115:24, 116:5, 116:22, 116:24, 117:7, 117:10
**theirs** [2] - 13:25, 20:21
**therefore** [1] - 104:21
**Thereupon** [3] - 52:24, 61:17, 115:17
**they've** [2] - 26:6, 95:15
**thick** [1] - 40:16
**Third** [2] - 1:20, 1:23
**thousands** [1] - 69:19
**three** [7] - 13:12, 13:13, 20:23, 43:9, 50:15, 70:18, 104:23
**throughout** [4] - 42:5, 65:11, 67:7, 113:18
**throw** [2] - 42:25, 117:6
**tied** [1] - 78:10
**ties** [1] - 72:19
**Tijuana** [2] - 77:10, 79:3
**tiles** [1] - 72:18
**time-released** [1] - 92:21
**title** [1] - 62:18
**today** [6] - 6:2, 9:6, 24:9, 28:20, 92:12, 108:3
**today's** [1] - 15:19
**together** [6] - 9:25, 32:17, 32:21, 34:2, 34:20, 82:4
**Tom** [1] - 103:19
**tomorrow** [3] - 100:22, 114:19, 115:15

**took** [6] - 9:16, 16:1, 49:1, 67:1, 80:17, 91:1
**top** [4] - 35:10, 76:17, 84:6, 85:6
**topics** [4] - 63:25, 64:6, 69:11, 116:8
**Torres** [3] - 3:6, 58:8, 59:13
**TORRES** [1] - 4:5
**torture** [3] - 56:21, 64:21, 73:14
**tortured** [1] - 20:24
**torturing** [1] - 18:19
**totality** [12] - 97:5, 97:16, 98:2, 99:25, 100:6, 100:25, 102:9, 111:6, 112:14, 112:21, 113:6, 114:6
**touch** [1] - 41:14
**tourist** [1] - 5:15
**town** [1] - 11:12
**traffic** [4] - 28:4, 55:21, 60:6, 60:8
**traffickers** [2] - 70:1, 94:1
**trafficking** [26] - 12:10, 12:11, 12:16, 14:15, 22:20, 55:7, 60:3, 65:14, 70:3, 77:17, 78:12, 78:16, 78:25, 95:5, 95:17, 96:24, 97:6, 97:9, 97:13, 97:14, 98:11, 98:13, 98:16, 98:21, 100:2, 110:13
**training** [7] - 63:22, 64:1, 64:4, 88:23, 105:8, 111:4, 114:6
**trans** [1] - 55:11
**trans-shipment** [1] - 55:11
**transcript** [2] - 118:5, 118:6
**transferred** [1] - 63:14
**transport** [1] - 83:2
**transportation** [2] - 68:17, 69:15
**transported** [1] - 64:10
**transporting** [2] - 14:8, 19:15
**travel** [4] - 8:1, 65:2, 84:25, 85:9
**traveling** [4] - 11:20, 65:4, 65:11, 67:7
**trial** [5] - 24:4, 24:13, 52:10, 74:23, 98:12
**TRIAL** [1] - 1:10

**trials** [5] - 24:1, 24:18, 24:21, 52:1, 52:6
**tried** [2] - 28:5, 54:4
**trucks** [1] - 72:11
**true** [2] - 118:4, 118:5
**truly** [1] - 57:17
**trust** [3] - 78:7, 78:8
**try** [2] - 79:10, 104:3
**trying** [4] - 28:2, 44:9, 90:9, 95:8
**turf** [2] - 79:11, 79:12
**turn** [16] - 40:17, 61:24, 85:23, 87:1, 100:10, 103:10, 105:23, 106:3, 107:1, 108:1, 108:6, 108:18, 109:2, 109:9, 111:7
**turned** [1] - 28:20
**turning** [1] - 106:12
**twelve** [1] - 37:11
**two** [29] - 9:25, 10:23, 11:2, 20:10, 20:13, 20:19, 22:9, 22:10, 26:3, 32:16, 32:21, 32:23, 33:1, 33:7, 33:22, 34:1, 40:9, 43:9, 43:22, 43:24, 52:20, 59:10, 67:16, 70:17, 74:13, 87:9, 90:24, 100:9, 101:12
**type** [4] - 61:5, 83:17, 88:18, 96:14
**types** [2] - 93:16, 113:17
**typical** [2] - 82:22, 87:20
**typically** [9] - 72:16, 77:16, 81:6, 81:17, 82:20, 91:6, 91:9, 93:8, 93:13

## U

**U.S** [5] - 1:16, 85:20, 87:25, 88:8, 93:2
**uglier** [1] - 49:10
**ultimate** [1] - 79:2
**ultimately** [1] - 8:25
**uncle** [2] - 20:21, 107:11
**Uncle** [5] - 106:16, 107:6, 107:17, 108:23, 109:12
**uncommon** [5] - 39:24, 40:1, 80:3, 85:15, 114:11

**under** [8] - 17:24, 19:5, 45:24, 47:20, 70:14, 74:25, 75:7, 89:6
**undercover** [1] - 64:12
**understood** [7] - 4:18, 10:17, 28:9, 29:10, 29:13, 29:16, 53:18
**unique** [1] - 76:12
**unit** [9] - 32:25, 33:7, 33:15, 34:18, 34:19, 39:19, 42:17, 104:17, 104:18
**united** [1] - 2:2
**United** [42] - 5:4, 5:11, 5:13, 5:19, 5:25, 6:4, 6:8, 7:13, 7:17, 11:14, 11:16, 11:21, 11:24, 12:1, 12:8, 12:18, 12:24, 14:9, 18:3, 44:23, 52:2, 53:21, 62:17, 65:8, 65:17, 78:23, 78:24, 79:2, 82:20, 84:5, 87:4, 87:19, 87:23, 89:3, 90:4, 90:5, 90:14, 91:1, 91:5, 91:11, 93:20, 118:13
**UNITED** [3] - 1:1, 1:3, 1:11
**units** [2] - 34:19, 47:13
**University** [1] - 63:2
**unless** [1] - 51:18
**unlike** [2] - 47:4, 94:3
**unwillingness** [1] - 56:11
**up** [40] - 10:12, 14:21, 20:19, 23:3, 32:16, 33:13, 34:1, 44:21, 45:5, 45:9, 46:2, 46:4, 48:2, 48:16, 52:21, 55:8, 67:1, 71:17, 73:22, 76:3, 76:19, 78:5, 82:24, 85:2, 85:20, 100:18, 103:19, 103:20, 103:21, 104:1, 104:6, 104:8, 105:1, 106:20, 106:22, 108:23, 108:24, 109:14, 111:1, 116:14
**upper** [1] - 50:20
**useable** [1] - 91:21

## V

vacationing [1] - 11:25
valid [1] - 6:6
Vallarta [2] - 87:13, 87:14
valuable [3] - 104:18, 104:19, 104:21
varied [1] - 65:15
variety [2] - 84:9, 93:15
various [8] - 36:17, 36:25, 52:6, 59:24, 67:21, 75:8, 77:1, 87:18
vary [1] - 37:24
vehicle [1] - 82:21
version [1] - 86:22
versions [1] - 93:9
VIA [1] - 4:7
Vicente [11] - 49:1, 49:15, 50:6, 50:9, 50:17, 51:23, 52:9, 53:7, 53:15, 54:11, 54:16
victim [1] - 18:25
victims [1] - 18:25
Victorville [2] - 7:23, 8:17
view [1] - 66:10
violations [1] - 47:17
violence [10] - 18:25, 19:5, 22:19, 68:3, 70:2, 71:1, 73:6, 73:8, 79:5, 79:9
violent [1] - 19:11
visa [4] - 5:15, 6:5, 6:6, 11:18
visit [11] - 34:22, 35:4, 35:6, 35:11, 37:7, 37:19, 38:3, 41:9, 41:12, 41:13, 41:14
visitation [4] - 34:17, 36:7, 37:24, 46:12
visited [3] - 36:11, 36:18, 36:25
visiting [4] - 34:22, 38:1, 38:10, 42:1
visitors [2] - 38:17, 38:20
visits [12] - 34:24, 34:25, 35:8, 37:16, 37:22, 38:7, 40:21, 41:15, 42:7, 46:18, 46:22, 47:4
voice [2] - 71:8,

110:16
vs [1] - 1:5
Vuitton [1] - 83:24

## W

wait [2] - 74:10, 94:5
wall [1] - 37:2, 40:13, 42:2
walls [1] - 37:1
wants [1] - 18:6
war [1] - 71:18
warning [1] - 19:8
warrants [1] - 69:15
Washington [5] - 1:6, 1:17, 2:4, 86:22, 118:14
waste [1] - 72:9
water [5] - 84:25, 85:10, 94:5, 108:25, 109:14
ways [5] - 70:1, 82:21, 89:5, 105:10, 105:11
wealthy [1] - 79:17
weapon [2] - 59:18, 60:6
weapons [31] - 31:9, 42:24, 43:8, 43:23, 43:24, 43:25, 44:3, 44:10, 44:18, 44:19, 45:4, 45:8, 45:19, 47:22, 57:23, 59:14, 59:21, 59:25, 60:1, 60:12, 60:15, 60:18, 60:19, 61:3, 61:4, 61:5, 61:7, 70:2
wear [2] - 38:20, 39:2
wedding [4] - 20:11, 20:14, 20:18, 21:2
week [3] - 43:18, 46:10, 71:2
weeks [1] - 55:20
weight [1] - 75:21
well-known [1] - 76:24
West [2] - 1:19, 1:22
wet [7] - 82:8, 82:9, 108:17, 111:2, 112:7, 114:9, 114:13
whisper [1] - 110:18
white [3] - 81:13, 89:12, 102:22
whole [1] - 71:18
wholesale [2] - 82:24, 101:16
wide [1] - 14:16
wider [1] - 81:25
wild [2] - 25:15,

25:16
willing [3] - 108:3, 109:12, 109:15
window [4] - 36:9, 40:13, 42:2
wire [2] - 66:4, 66:5
wiretap [4] - 65:24, 66:2, 66:14, 66:16
wiretaps [3] - 64:14, 66:7, 68:6
wiser [1] - 12:25
wish [1] - 44:2
withdraw [4] - 27:17, 30:11, 33:19, 40:20
WITNESS [14] - 4:5, 37:1, 37:19, 42:16, 46:7, 46:20, 47:8, 48:25, 58:2, 62:1, 62:3, 77:25, 105:5, 115:13
witness [21] - 18:6, 42:13, 42:14, 61:13, 61:14, 61:20, 61:23, 66:13, 68:5, 68:6, 68:20, 73:21, 74:22, 74:24, 96:12, 101:8, 101:15, 110:2, 110:8, 110:11, 115:17
witness's [1] - 70:12
WITNESSES [1] - 3:5
witnesses [2] - 72:3, 74:25
word [13] - 29:3, 83:20, 93:7, 96:13, 101:17, 101:18, 101:20, 101:21, 101:22, 104:10, 110:1, 110:7
words [9] - 17:5, 22:17, 67:18, 101:9, 103:2, 110:14, 111:14, 111:15, 112:16
workers' [1] - 21:8
works [1] - 71:15
world [2] - 46:9, 72:25
world's [1] - 83:22
worried [3] - 72:6, 114:9, 114:13
worth [1] - 83:2
wrapped [1] - 81:20
wrapping [1] - 82:1
write [1] - 34:4
writing [1] - 69:14
written [3] - 34:11, 66:6

## X

Xanax [1] - 93:16

## Y

year [17] - 4:10, 9:11, 10:1, 10:2, 10:3, 10:21, 10:25, 11:1, 11:2, 12:11, 26:10, 26:12, 31:15, 31:18, 31:24, 32:22, 55:19
years [20] - 10:11, 10:24, 14:7, 14:19, 14:21, 22:9, 22:10, 23:4, 23:17, 26:7, 34:1, 63:21, 64:2, 64:16, 65:6, 65:7, 67:7, 69:13, 76:22, 80:16
yesterday [1] - 94:14
York [1] - 54:4
young [3] - 20:14, 26:20, 27:7
yourself [2] - 49:17, 54:20
yourselves [1] - 114:20

## Z

Zambada [20] - 16:15, 49:18, 49:23, 49:25, 50:3, 50:4, 50:6, 50:9, 50:17, 51:23, 51:24, 52:9, 53:7, 53:9, 53:12, 53:15, 54:6, 54:9, 54:11, 54:16
Zapopan [1] - 87:11
zebras [1] - 102:23
Zetas [2] - 33:24, 59:25