UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

* * * * * * * * * * * * * * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Action |
| | ) | No. 16-229 |
| vs. | ) | |
| | ) | 9:03 a.m. |
| RUBEN OSEGUERA GONZALEZ, | ) | September 16, 2024 |
| Defendant. | ) | Washington, D.C. |
| | ) | |

* * * * * * * * * * * * * * *

**TRANSCRIPT OF TRIAL**
**BEFORE THE HONORABLE BERYL A. HOWELL,**
**UNITED STATES DISTRICT COURT JUDGE**

**APPEARANCES:**

FOR THE UNITED STATES:
            KAITLIN J. SAHNI
            KATE M. NASEEF
            JONATHAN HORNOK
            U.S. Department of Justice
            145 N Street, NE
            Washington, DC 20530
            (202) 598-2493
            Email: kaitlin.sahni@usdoj.gov
            Email: jonathan hornok@usdoj.gov

FOR THE DEFENDANT:
            ANTHONY E. COLOMBO, JR.
            105 West F Street, Third Floor
            San Diego, CA 92101
            (619) 236-1704
            Email:  anthonycolombolegal@gmail.com

            JAN E. RONIS
            105 West F Street, Third Floor
            San Diego, CA 92101-6036
            (619) 236-8344
            Email:  jan@ronisandronis.com

ALSO PRESENT:  SUSANA MARTIN, MARIA McFADDEN,
            MANUELA CRISP, Spanish Language Interpreters

Court Reporter: Elizabeth Saint-Loth, RPR, FCRR
            Official Court Reporter

Proceedings reported by machine shorthand.
Transcript produced by computer-aided transcription.

1                    **P R O C E E D I N G S**

2              THE COURT:  Your Honor, this is Criminal Case

3    16-229, United States of America versus Ruben Oseguera

4    Gonzalez.  Also, for the record, interpreters Maria

5    McFadden, Manuela Crisp, and Susana Martin have been sworn

6    for this matter.

7              Would the parties please come to the lectern,

8    identify yourselves for the record this morning.  We'll

9    start with government counsel first.

10             MS. SAHNI:  Good morning, Your Honor.

11   Kaitlin Sahni, with Kate Naseef and Jonathan Hornok for the

12   United States; Special Agent Kevin Novick and Paralegal

13   Angela Ancalle-Jimenez are also at the table.

14             THE COURT:  Good morning.

15             MR. RONIS:  Good morning, Your Honor.

16   Jan Ronis, appearing on behalf of Mr. Oseguera, along with

17   Anthony Colombo from by office.

18             THE COURT:  Yes.  Good morning.

19             All right.  So there were two matters brought to

20   my attention before trial today.  One had to do with a DEA

21   report about threats to a witness, and the second about the

22   consent motion to find the government's witness unavailable.

23   I just wanted to address both this morning before we bring

24   the jury in, although they are ready to go and all lined up.

25             So with respect to the government's consent motion

1    docketed at ECF 193-2, given the consent by counsel that the

2    witness at issue should be declared unavailable for trial:

3    Under Federal Rule of Evidence 804(a), I will make that

4    finding based on all of the reasons set forth in the

5    government's motion papers; and I will admit his videotaped

6    deposition at trial under Federal Rule of Evidence

7    804(b)(1).

8         For planning purposes, when are you planning on

9    presenting that videotaped deposition?

10        MS. SAHNI:  Your Honor, it may depend on the other

11   issue that was brought to the Court's attention.  It's

12   possible it will be this afternoon, but it may depend on the

13   other issue.

14        THE COURT:  Good.  I just wanted to know the plan.

15        So I read the DEA report about threats to an

16   anticipated government witness; very disturbing.  And I just

17   wanted to hear from the government about what precisely you

18   want -- if you are requesting any particular action by the

19   Court.

20        MS. SAHNI:  Yes, Your Honor.

21        Perhaps at lunchtime, if it would be possible to

22   bring the witness in out of the presence of the jury and

23   just talk to him to see if he is actually refusing to say

24   anything on the stand and advise him, you know, of the

25   potential consequences of that; and also give him an

1    opportunity to explain his reason, if he is refusing.

2         The government has proposed a stipulation to

3    defense counsel as to what the key portions of his testimony

4    would be.  We haven't received a response about that, that

5    we can discuss --

6         THE COURT:  Well, let me just get some facts

7    straight.  When was the 3500 material on this witness turned

8    over and the fact that this individual was going to be a

9    witness here turned over to defense?

10         MS. SAHNI:  Approximately two weeks before trial.

11         THE COURT:  All right.  And so there are two ways

12    that people could find out about this:  Defense counsel or

13    defendant himself.

14         The defendant is incarcerated; so, presumably, you

15    could get recordings of his calls within jail to find out if

16    the defendant has been alerting people, potentially around

17    the world, about this witness's appearance.

18         And then there is defense counsel, so let me ask

19    defense counsel.

20         Mr. Ronis and Mr. Colombo, who have you shared any

21    Jencks Act material with respect to this witness with or

22    this witness's name with anybody, outside your client?

23         MR. RONIS:  Your Honor, I have shared no --

24         THE COURT:  Could you stand up to the microphone.

25         I find this very disturbing, that corruption that

1    may be endemic to the Mexican justice system is trying to

2    creep into ours.  Not acceptable at all.

3                So who has defense counsel shared this with?

4                MR. RONIS:  Shared the --

5                THE COURT:  Shared, one, the name of this

6    potential witness with, other than your client.

7                MR. RONIS:  Right.  Well, with respect to the

8    names, Your Honor, no names were mentioned until such time

9    as the government announced who the witnesses were.  And

10   there have been --

11               THE COURT:  And who did you share the name of the

12   witness with?

13               MR. RONIS:  With Mr. Oseguera, Your Honor.

14               THE COURT:  Only with your client?

15               MR. RONIS:  And our investigator.

16               THE COURT:  And your investigator.

17               MR. RONIS:  Correct.

18               THE COURT:  And I want you to check with your

19   investigator to make representations to the Court as to

20   whether your investigator has shared the name of this

21   witness with anyone, including people paying your bills.

22   You have not shared that information with anyone paying your

23   bills?

24               MR. RONIS:  No, Your Honor.

25               THE COURT:  And you have not shared any *Jencks*

1    material related to this witness with anybody; is that

2    correct?

3              MR. RONIS:  Absolutely not, Your Honor.

4              THE COURT:  All right.  Now, there may be family

5    members or associates of this defendant sitting during the

6    course of this trial.  No witness's name, until the witness

7    is called, has been said in open court.

8              So you have not shared with -- in person, or in

9    any other form, the name of this witness with anybody

10   sitting in court associated with this defendant?

11             MR. RONIS:  I believe I have not, Your Honor.  I

12   do know --

13             THE COURT:  How about Mr. Colombo?

14             You would make the same representations,

15   Mr. Colombo --

16             MR. COLOMBO:  Your Honor --

17             THE COURT:  -- as an officer of the court?

18             MR. COLOMBO:  Your Honor, I would --

19             THE COURT:  Step forward.

20             MR. COLOMBO:  Your Honor, I would make the same

21   representation.  However, I would note that -- it's my

22   understanding that the names of this particular witness and

23   his brother were all over social media with regard to being

24   potential witnesses in this case.  So I would just advise

25   that --

1              THE COURT:  Well, I don't know what the source of

2     that is.

3              But you, Mr. Colombo, have not shared the name of

4     this particular witness with anyone, other than your client;

5     is that correct?

6              MR. COLOMBO:  Yes, Your Honor.

7              THE COURT:  And I will expect a representation by

8     noon today about your investigator.

9              MS. SAHNI:  Your Honor, if I may.

10             THE COURT:  Yes.

11             MS. SAHNI:  The name of this witness was mentioned

12    both in opening and during voir dire, and I do believe the

13    press picked up on that.  So that is part of, I think, how

14    threats came to be.

15             THE COURT:  Just a second.

16             All right.  Are we ready to bring the jury in?

17             MS. SAHNI:  Yes, Your Honor.

18             THE COURT:  Let's do that.

19             (Whereupon, the jury enters the courtroom.)

20             THE COURT:  Good morning, ladies and gentlemen of

21    the Jury, I hope you had a pleasant weekend.

22             Is the government ready to call its next witness?

23             MS. NASEEF:  Yes, Your Honor.

24             The government calls Ivan Morales.

25             THE COURT:  Officer Morales, please step forward

```
 1        to the witness stand.
 2                  Good morning.  Would you turn, face the jury,
 3        raise your right hand to take the oath.
 4                  (IVAN MORALES CORALES, Government witness, was
 5        sworn, and testified through the interpreter as follows:)
 6                  THE WITNESS:  Yes.  I do swear.
 7                  THE COURT:  Thank you.  Please be seated.
 8                  Sit comfortably.  And just move the microphone
 9        close to your mouth, please, so we could make sure we hear
10        everything you say.
11                            DIRECT EXAMINATION
12        BY MS. NASEEF:
13        Q.  Good morning, sir.
14                  Can you please state your name.
15        A.  My name is Ivan Morales Corales.
16        Q.  Where are you from?
17        A.  From Mexico City.
18        Q.  How far did you go in school?
19        A.  I have a bachelor's degree.
20        Q.  And what did you earn that bachelor's degree in?
21        A.  In hotel administration and gastronomy.
22        Q.  What did you do after graduation?
23        A.  I worked in restaurant management and administering fast
24        food restaurants.
25        Q.  And did you switch careers at some point?
```

1    A.   That's correct.

2    Q.   What did you switch careers to?

3    A.   I joined what is called the Federal Police Force.

4    Q.   When was that?

5    A.   I joined in 2012, I entered the San Luis Potosi Academy.

6    Q.   Why did you decide to join the Federal Police?

7    A.   I was always eager to join an institution such as the

8    police or to be part of the Mexican National Defense

9    Secretariat.

10   Q.   Did you receive any training when you joined the Federal

11   Police?

12   A.   Yes.  Yes.  I was at the San Luis Potosi Police Academy

13   for four months learning everything that I needed to be part

14   of the Federal Police.

15   Q.   Did that include firearms training?

16   A.   Yes.  Yes.  Everything that was needed to become a good

17   police officer, which included a training in long weapons

18   and handguns, and additional police training.

19   Q.   What unit were you assigned to after you completed your

20   initial training?

21   A.   The intelligence unit.

22   Q.   And what type of responsibilities did that unit have?

23   A.   Well, we studied everything that had to do with drug

24   trafficking, trying to find the perpetrators.  And we, you

25   know, studied what was going on, on the field; we realized

1    [sic] field investigations, and we went to do that

2    investigation directly.

3    Q.  So what types of operations was your team assigned to as

4    part of those investigations?

5    A.  These were operations to monitor and follow up on

6    information, locating places, and getting information on the

7    main drug traffickers.

8    Q.  Where in Mexico was your unit based?

9    A.  We were in Mexico City.  Our offices were in Mexico

10   City.

11   Q.  Were you working on May 1st of 2015?

12   A.  Yes.  I was ordered by my boss to report to work on an

13   operation that was going to take that day -- take place that

14   day, on May 1st.

15   Q.  And what type of operation was that?

16   A.  We were not informed what type of operation that would

17   be, though we were told that this would be a joint operation

18   with SEDENA, the Mexican National Defense Secretariat.  We

19   were instructed to report to the airport in Mexico City to

20   fly to the airport in Colima.

21   Q.  And when did you first learn about the May 1st

22   operation?

23   A.  It was two days prior that we were informed that we

24   would be in that operation and when we were giving the

25   instructions to go to the Mexico City Airport belonging to

1    the Mexican National Defense Secretariat, SEDENA.

2    Q.  And at any point were you told what the objective of the

3    operation was?

4    A.  No.  We were not provided that information so that it

5    would not be leaked; this was a security measure.

6    Q.  Did your superiors take any other steps to keep the

7    operation secret?

8    A.  Yes.  Any sort of communication device that we had was

9    taken from us to ensure there would be no leaks.

10    Q.  What happened when you arrived at the airport in Mexico

11    City for that operation?

12    A.  Well, there was a lot of personnel present for that

13    operation, so we took off in four helicopters from Mexico

14    City.

15    Q.  Where did you go from Mexico City?

16    A.  We went towards Colima, to the Colima Airport.

17    Q.  What happened once you arrived at the airport in Colima?

18    A.  Well, we stayed there at the airport so that we would be

19    able to take off on May 1st.

20    Q.  And when you took off on May 1st, what type of vehicle

21    were you in?

22    A.  It was a helicopter, but I can't remember the

23    helicopter -- it was a Cougar.

24    Q.  And how many helicopters were part of that operation on

25    May 1st?

```
 1    A.  They were four helicopters:  Two Cougars and a

 2    response -- two response helicopters that they called the

 3    "Mosquito."

 4    Q.  How many people were in your helicopter?

 5    A.  There were 18 people, two of us were Federal Police

 6    officers.

 7    Q.  And who were the other 16 people?

 8    A.  They were a part of SEDENA, the Mexican National Defense

 9    Secretariat; and they were also the helicopters' crew.

10    Q.  How many people were in the other three helicopters that

11    day?

12    A.  I do not know that information, but there were a lot of

13    personnel who were headed there that day.

14    Q.  Were you carrying any weapons that day?

15    A.  Yes.  They were part of my uniform; so as part of my

16    uniform I carried a handgun and a long weapon.

17    Q.  Were the other people in the helicopters carrying

18    weapons as well?

19    A.  That is correct.  Everyone was carrying weapons.

20         MS. NASEEF:  I am going to show the witness what

21    has been marked for identification as Government

22    Exhibit 366.

23         (Whereupon, an exhibit was published.)

24    BY MS. NASEEF:

25    Q.  Do you recognize this photograph?
```

1    A.  Yes.

2    Q.  What is this?

3    A.  It's a helicopter, a Cougar.

4    Q.  Is this an accurate depiction of the type of helicopter

5    that you rode in on May 1, 2015?

6    A.  I didn't understand the question, I'm sorry.

7    Q.  Is this photograph an accurate depiction of the type of

8    helicopter that you were riding in on May 1, 2015.

9    A.  Yes.  That's correct.  That's the helicopter.

10           MS. NASEEF:  Permission to -- I move to admit this

11   Exhibit 366, and permission to publish to the jury.

12           THE COURT:  It's already been admitted, so you may

13   publish.

14           MS. NASEEF:  Apologies, Your Honor.

15           (Whereupon, an exhibit was published.)

16   BY MS. NASEEF:

17   Q.  Mr. Morales, can you please indicate -- you can touch

18   the screen and it will make a mark.

19           Could you please indicate where you were seated in

20   the helicopter that day when it took off from Colima?

21   A.  Yes.  In the rear.

22           THE COURT:  You can touch the screen, and it will

23   show.

24           THE WITNESS:  (Witness complies.)

25           THE COURT:  It should.  Okay.  It's not working.

```
 1              MS. NASEEF:  Okay.  That's all right.
 2    BY MS. NASEEF:
 3    Q.  You indicated you were seated towards the rear of the
 4    helicopter that day?
 5    A.  Yes.  I was in the rear (indicating).
 6              THE COURT:  I think I may have been the only
 7    person to see where his finger was.
 8              So could you describe where you were seated and
 9    whether it was between the last window and the triangular
10    sign?
11              THE WITNESS:  That is correct.  Right here
12    (indicating).
13              THE COURT:  Okay.  And let the record reflect that
14    the witness is pointing to the space in between the last
15    window on the helicopter and the triangular sign on the side
16    of the helicopter.
17              MS. NASEEF:  Thank you, Your Honor.
18    BY MS. NASEEF:
19    Q.  What time of day was it when you boarded the helicopter
20    in Colima?
21    A.  It was at dawn.  It was sometime between 5:00 and
22    6:00 a.m.  It was still dark.
23    Q.  And tell us what happened after the helicopter took off?
24    A.  All I remember is that we were told -- and I don't know
25    how much time had gone by, but we were told that we were
```

 1    going after some vehicles.  And we were chasing them, and in

 2    a matter of minutes, seconds, we were told to be on the

 3    alert in case anything arose.

 4    Q.  Did you hear shooting start at any point?

 5    A.  Yes.  It was just a matter of minutes or seconds from

 6    the time they told us that we were pursuing a convoy of

 7    trucks that they started shooting at us.

 8    Q.  Do you know who started the shooting?

 9    A.  They started shooting at us.  We did not fire any shots

10    at any point.

11    Q.  Were you able to tell what type of ammunition the

12    helicopter -- was being shot at the helicopter?

13            THE INTERPRETER:  Interpreter requests repetition.

14    BY MS. NASEEF:

15    Q.  Were you able to tell what type of ammunition was being

16    shot at the helicopter?

17    A.  Well, based on my knowledge, it is only a high-caliber

18    weapon that can shoot through the helicopter; and it would

19    only be a caliber .50 weapon that would be able to shoot

20    through the hull of the helicopter.  But they were also

21    shooting with other types of weapons because we could hear

22    how it was hitting the siding of the helicopter.

23    Q.  And from where you were sitting, were you able to see

24    some of the shots piercing through the hull of the

25    helicopter?

1     A.  Yes.  Yes.  I saw several times how it appears, the hull

2     of the helicopter; and, again, I was also able to hear the

3     impact of the other bullets on the sides of the helicopter.

4     Q.  What happened next?

5     A.  Well, I remember that we began to fall from all the

6     impact to the helicopter.  At one point there was a serious

7     impact; and the helicopter started to burn, and we began to

8     fall.

9     Q.  Did you hear anything at the time of that serious

10    impact?

11    A.  Yes.  Just a loud explosion; and that's when we started

12    to fall, and the helicopter started to burn.

13    Q.  Well, what happened to the helicopter after the

14    explosion and it started to fall?

15    A.  Well, I tried to hold on from whatever I could, and I

16    tried to hold on to resist the impact; and the helicopter

17    was able to glide.  It glided.  And then I tried to exit;

18    but the helicopter was all on fire, but that is the only way

19    that I could get out.

20    Q.  Once the helicopter hit the ground, what did you do?

21    A.  I tried to exit.  I had to exit because I was intact, I

22    was whole; I had not been shot.  So I had to exit because

23    the only choice was to stay there in the burning helicopter.

24    So I tried to exit, and that's when I got burned.  I exited,

25    and I tried to extinguish myself as quickly as I could; and

1    I tried to remove all my clothing and my uniform, everything

2    that was burning.

3    Q.  Could you still -- once that happened, were you still

4    able to see and to hear what was going on around you?

5    A.  Yes.  Yes.  I was conscious the whole time, so I heard

6    everything.  And as a matter of fact, I tried to leave the

7    area of the helicopter as quickly as possible because you

8    could still hear bursts of gunfire throughout.

9    Q.  Before you left the area, did you see anyone else get

10    out of the helicopter?

11    A.  No.  No.  I did not see anyone, I just managed to get

12    out.  And I did not see any of the people who were with us,

13    nor my fellow officer.

14    Q.  What did the helicopter look like as you were leaving

15    the area?

16    A.  It was engulfed in flames, and I couldn't see a way to

17    get out.  I was looking for a way to get out, but it was all

18    burnt.

19    Q.  Did you still have your guns with you at this point?

20    A.  Yes.  Well, in fact, when we impacted the ground and I

21    was trying to exit the helicopter, I lost my long weapon.

22    All I had was my handgun at that time.  And since I was

23    still hearing the shots, with my right hand that was not --

24    that was not so burnt, all I could do was to try to cock the

25    gun against my pant leg.  And that's what I did.

1    Q.  And where did you go when you left the area immediately

2    around the helicopter?

3    A.  I tried to move away as much as I could because I could

4    still hear some shots.  And I remember that I tried to walk

5    as much as I could, and I hid myself behind a rock.

6    Q.  How long were you hiding behind that rock?

7    A.  Well, in a matter of time -- I could not tell you how

8    much time; but I was later told by my coworkers that I was

9    the only person they found -- the last person that they

10    found.

11    Q.  Did they find you that same day?

12    A.  Yes.  Yes.  That very same day, I was found.

13    Q.  And what happened when they found you?

14    A.  Well, my coworkers transported me to a helicopter, and I

15    was taken to a hospital in Guadalajara.

16    Q.  Do you remember anything about the flight to the

17    hospital in Guadalajara?

18    A.  Yes.  I was awake the entire time.  In fact, I was told

19    by my coworkers not to fall asleep because I was starting to

20    lose consciousness, and they were not letting me fall

21    asleep.  And, yes, I do remember the flight or the trip to

22    the military hospital in Guadalajara where they received me

23    immediately and they started taking my burnt clothes off.

24    Q.  And what happened once you got to that hospital?

25    A.  I was received or checked in immediately, and I was

1    still aware -- I was aware that I was in bad shape.  They

2    started taking all my clothes off, and they sedated me; and

3    then I woke up a month later.

4    Q.  How long did you stay in the hospital?

5    A.  I was five months in the hospital.

6    Q.  Did you receive any surgeries?

7    A.  Countless surgeries.  I don't remember how many.

8    Q.  Generally speaking, what were the surgeries for?

9    A.  They were skin graftings, and they were -- because my

10   body was 70 percent burnt.  My face was burned, my arms were

11   burned, my legs were burnt.  The only things that were not

12   burned were my feet and my chest; but, yeah, they were

13   mainly skin grafts.

14   Q.  Did you receive any treatment after the surgeries to

15   help with your recovery?

16   A.  Yes.  I had to submit myself to reconstructive surgeries

17   and therapy for mobility.

18   Q.  Do you know if anyone else who was in the helicopter

19   with you on May 1, 2015, survived?

20   A.  Yes.  Half of the crew that were there survived.

21   Q.  Are you still a police officer in Mexico?

22   A.  No.  Not anymore.

23   Q.  Why not?

24   A.  After what had happened to me, I could no longer be in

25   that institution because the process that I still had to do

1    to recover, I could no longer be there.

2    Q.  Did you medically retire; is that how you would describe

3    it?

4    A.  I did not understand your question.

5    Q.  Was your retirement directly because of the injuries you

6    sustained on May 1st of 2015?

7    A.  Yes.  Yes.  In fact, it was for the same -- same thing,

8    because I could no longer be in the institution.

9    Q.  And how old were you when you had to retire from the

10   Federal Police because of those injuries?

11   A.  The same year of the incident, and I was 33 years old.

12            MS. NASEEF:  No further questions, Your Honor.

13            THE COURT:  Any cross?

14            MR. RONIS:  Yes, Your Honor.  Thank you.

15                        CROSS-EXAMINATION

16   BY MR. RONIS:

17   Q.  Good morning, Mr. Morales.

18   A.  Good morning.

19   Q.  So as I understand it, on this day in question, you

20   started this operation in Mexico City; is that correct, sir?

21   A.  Yes.  We left a day before.

22   Q.  The day before the incident, correct?

23   A.  That's right.

24   Q.  And you flew from there to Colima; is that right, sir?

25   A.  To the airport of Colima; that's right.

1   Q.  And how many helicopters left the Mexico City Airport?

2   A.  Four.

3   Q.  Is that the same number that arrived in Colima?

4   A.  That's right.

5   Q.  Now, ultimately, the helicopters left the Colima Airport

6   on an operation; is that right?

7   A.  That's right.

8   Q.  And how many helicopters left Colima?

9   A.  The same, four.

10  Q.  Okay.  Had there been some mechanical problem with one

11  of the helicopters prior to the departure?

12  A.  Yes.  There was a problem, but it also took off.

13  Q.  All right.  And did that result in your switching the

14  helicopter that you were otherwise assigned to?

15  A.  Yes.  That's right.

16  Q.  And were all of the helicopters of the same nature?

17  A.  Only two were Cougar; the other two were smaller.

18  Q.  All right.  You were in a Cougar; is that correct, sir?

19  A.  That's right.

20  Q.  And what is the passenger capacity, if you know, of a

21  Cougar helicopter?

22  A.  In ours, we were 18.

23  Q.  Okay.  And how many in the other Cougar?

24  A.  I do not know that information, but I suppose the same

25  amount.

1    Q.   Okay.  And I believe you mentioned that there were

2    military personnel, including yourself, on at least -- on

3    all of the helicopters; is that correct, sir?

4    A.   Yes.  That's right.

5    Q.   And the two Cougars, were they armed helicopters?

6    A.   No.  Well, they were not armed that day.

7    Q.   Now, what's the difference between, say, for example,

8    the Cougar helicopter and the other two helicopters?

9    A.   The Cougar that we were going in had armed -- the people

10   were armed, personnel that were armed, but the helicopter

11   itself was not armed.

12            In the other helicopters, those were armed

13   helicopters.

14   Q.   Okay.  So you were in one of the unarmed helicopters; is

15   that correct, sir?

16   A.   Yes.  They were not armed.  Yes, that's right.

17   Q.   But you yourself were armed; is that correct?

18   A.   Yes.  The entire personnel inside the helicopter, we

19   were all armed.

20   Q.   Okay.  And what kind of arms were they armed with?

21   A.   They were all -- we all had handguns and long weapons,

22   all of us.

23   Q.   Okay.  Now, long weapons, how would you describe them?

24   A.   AR-15, that's what we refer to as "long weapons"; and

25   the 9mm for handguns.

1    Q.  All right.  And the AR-15, what caliber is that, sir?

2    A.  I don't remember the caliber, but the handguns were

3    9mms.

4    Q.  Okay.  And the long guns, would it be fair to describe

5    them as "assault weapons"?

6    A.  Well, that is the authorized weapons that we have in

7    Mexico.

8    Q.  No.  I understand.  I am not being critical.

9            I just want to know, are they weapons for

10   assault-type purposes, if you know?

11   A.  It's the weaponry that we use as a personal defense.

12   Those are the ones given in that institution.

13   Q.  And were they loaded?  Was your personal weapon that you

14   carried -- not the pistol -- but the long gun, was it

15   loaded?

16   A.  All the personnel that were there had loaded weapons,

17   all the ones that were in these operations.

18   Q.  Okay.  And was that all four of the helicopters, or just

19   two of them?

20   A.  In two of them because the other two did not have

21   personnel; the other two, they were only the driver and the

22   gunman.

23   Q.  And what's the capacity, the round capacity or bullet

24   capacity, of these weapons, if you know?

25   A.  I don't know that information.

1    Q.  Are they automatic or semiautomatic?

2    A.  I did not understand your question, I am sorry.

3    Q.  Now, the long guns, are these fully automatic weapons,

4    if you know, or were they semiautomatic?

5    A.  The ones we had or carried were semiautomatic.

6    Q.  All right.  And were those weapons -- the weapons that

7    you possessed on that day in question, are they part of your

8    normal issue; in other words, is that what the government of

9    Mexico provides you to maintain and keep on a regular basis?

10   A.  Yeah.  That's correct.  That's the weaponry that they

11   give us when we get in the institution.

12   Q.  And did you have those weapons with you when you left

13   Mexico City the day before the incident?

14   A.  Yes.  All of us were armed.

15   Q.  Okay.  And did you personally load the weapons before

16   this operation, or how would you describe it?

17   A.  Every person, as part of the personnel, has to have

18   their weapons loaded by themselves.

19   Q.  All right.  And how many rounds, if you recall, did you

20   load into your weapon either that day or the day before the

21   incident?

22   A.  Well, because of what they give us at the institution,

23   we only had two magazines for the handgun and the long

24   weapon; but I do not remember the capacity of those

25   magazines.

1    Q.  What was the capacity of the handguns, if you recall?

2    A.  Just two magazines for the handgun.

3    Q.  When you left Mexico City, were you aware of what the

4    purpose of the mission was?

5    A.  We were not provided that information as personnel of

6    the institution.  That information was only available to

7    those who were leading us, my superiors.

8    Q.  All right.  And did you then -- after leaving Mexico

9    City, did you spend the night in Colima?

10   A.  Yes.  We left from Mexico City to get to Colima so that

11   we would be able to take off at dawn from Colima.

12   Q.  All right.  And that's all -- the personnel in all four

13   helicopters; is that correct, sir?

14   A.  Yes.  There was the four helicopters.

15   Q.  And the other two helicopters, the non-Cougar

16   helicopters, what kind of personnel were in those aircraft?

17   A.  It was personnel belonging to SEDENA, the Mexican

18   National Defense Secretariat.

19   Q.  And if you know, were they armed, as were the two other

20   crews with long guns?

21   A.  All I know is that they had armed helicopters.  That's

22   what I was able to see, that they had armed helicopters.

23   Q.  All right.  And did any of the helicopters have any

24   mounted weapons, if you know?

25   A.  Yes.  That is correct.  The two smaller helicopters were

1    armed helicopters, thus, had the weapons mounted.

2    Q.  And were you able to determine what caliber weapons they

3    were?

4    A.  No, I do not know the caliber.  That -- the personnel

5    belongs to SEDENA, the Mexican National Defense Secretariat;

6    I do not have that information.

7    Q.  And did those two helicopters that had the mounted

8    weapons, did that allow them to shoot from the helicopter,

9    outside the helicopter?

10   A.  If they were attacked, yes, they could shoot.

11   Q.  I'm sorry, sir.  If they were what, you said?

12   A.  If they were to be attacked -- if they were attacked,

13   then, yes, they could shoot.

14   Q.  Okay.  So they had the capacity to do so, to shoot from

15   the helicopter to the ground if necessary, correct?

16   A.  The small ones, yes; the one that we were traveling in,

17   no.

18   Q.  All right.  You left the airport in Colima, I believe

19   you mentioned, a little before sunrise; is that correct?

20   A.  Yes.  Before dawn.  It was still dark.

21   Q.  All right.  And when was it that you learned the nature

22   of the operation?

23   A.  We never learned.  It was mostly based on the intuition

24   of the personnel there present.  We imagined that this was

25   an important operation to detain someone of significance.

```
 1    Q.  All right.  You gave an interview in June of this year

 2    with the investigators for the United States about what you

 3    are testifying to today; is that correct, sir?

 4    A.  Investigators?

 5    Q.  Yes.  U.S. Government investigators.

 6    A.  A prior interview?  No, no.  I have not given an

 7    interview to investigators.

 8    Q.  Did you have an interview with anyone from the American

 9    government in June of this year, if you know?

10    A.  Ah, okay.  Yes.  By the DEA.

11    Q.  All right.  And you understand the DEA to be a drug

12    enforcement law enforcement agency from the United States;

13    is that correct, sir?

14    A.  That's correct.

15    Q.  And do you recall being interviewed by personnel from

16    that agency in Mexico City?

17    A.  That's right.

18    Q.  And did they ask you what you knew about the events of

19    the day in question in which you were injured?

20    A.  Yes.

21    Q.  And you recall telling --

22    A.  Because I am the one who suffered the attack --

23    Q.  And you recall telling -- sorry.

24            I'm sorry, sir, for interrupting you.

25            Do you recall telling them that your group was
```

1    hunting a narcotics suspect?

2    A.  No, no.  I did not say that.

3    Q.  Do you recall telling them that at some point, although

4    you weren't told the nature of the operation, you figured

5    out the likely purpose of the mission?

6    A.  Yes.  Because of the personnel that we had there and the

7    coordinates that we had, somewhere between Colima and

8    Guadalajara, I imagine that it was to detain personnel from

9    the Guadalajara Cartel.

10   Q.  All right.  And was that generally discussed among the

11   other people in your crew, if you recall?

12   A.  No.  I could only say this to my fellow officer.

13   Q.  Were you an officer, sir, at the time of this day in

14   question?

15   A.  Yes.  I received an order to participate in that

16   operation, and I was active duty.

17   Q.  And would that have placed you in a superior position

18   over the other personnel on the helicopter that you were on?

19   A.  I was part of a group that worked in investigations.  I

20   was given an order by my superior because I participated in

21   field investigations.  I was not in charge of any

22   investigation, I was just sent there as part of the

23   operation.

24   Q.  Okay.  But at least, I believe you just testified, there

25   was some discussion between you and somebody else as to what

1    you suspected was the mission that day; is that correct?

2    A.  Well, we're intuitive because -- I intuit this because

3    this was a part of a large operation, and we had lots of

4    personnel.  And I had participated in prior operations that

5    shared similar characteristics.  And because of where we

6    were, I believed that we were going there to detain someone

7    from the Jalisco Cartel; though, we were not given any

8    information as to whom we would be arresting.

9    Q.  Okay.  Now, in your interview in June with the

10   representatives of the Drug Enforcement Administration in

11   Mexico, do you recall telling them that your team knew that

12   they were hunting Mr. Oseguera Cervantes?

13   A.  No, no.  I didn't say that because we never learned

14   that.  I intuited it, but we didn't find out until later.

15   Q.  Okay.  So did your intuition, based upon your experience

16   as military personnel in the Mexican government -- did your

17   intuition tell you that it was Mr. Oseguera Cervantes that

18   you were looking for?

19   A.  I repeat again, we didn't have a name.  We didn't

20   have a -- we were not given a name.

21         Based on the information that we had, we believed

22   that this was an important operation.

23   Q.  Okay.  And whether you knew who it was, as you sit here

24   today, that you were looking for, did you tell the DEA that

25   interviewed you that you had targeted that person before?

1    A.  No, no.  Again, I repeat.  We didn't know who we were

2    going after, who was going to be the target of that event.

3            We were not hunting anyone.  To the contrary, we

4    were the ones who were hunted.  We were welcomed with shots.

5    We were downed, and we were never the ones who were the

6    aggressors.

7    Q.  Okay.  But in any event, at some point you left the

8    Colima Airport, headed to a geographic location; correct,

9    sir?

10   A.  I'm sorry, I did not understand that question.

11   Q.  Okay.  At some point you left the Colima Airport,

12   correct?

13   A.  Yes, we left the Colima Airport.

14   Q.  Okay.  And headed to a specific geographic location; is

15   that correct?

16   A.  Yes.

17   Q.  And you had been on similar-type missions in the past;

18   is that correct?

19   A.  Yes.  By land.  We had done operations over land, but

20   never in a helicopter.

21   Q.  Okay.  Was this the first helicopter mission that you

22   were involved in, sir?

23   A.  Correct.  And the only one in which I had boarded a

24   helicopter.

25   Q.  And at some point, you were over a specific area and you

1    heard the sound of weapons being fired; is that correct?

2    A.  Yes.  Shortly after we took off we were -- we started to

3    get shot at.  I didn't know the location because I was in

4    the rear of the helicopter, and I could not see; that is all

5    the information I had.

6    Q.  Okay.  And although your helicopter did not have any

7    mounted weapons that would allow it to fire outside, two of

8    the helicopters did; is that correct, sir?

9    A.  Yes.  On the two last ones, but I never saw those two

10   take off because we were the first ones to take off from the

11   airport.

12   Q.  Okay.  And it was supposed to be a four-helicopter unit

13   mission; is that correct, sir?

14   A.  The one that we were going in, yes.

15   Q.  And because you were in the rear of the helicopter, you

16   didn't have an opportunity to see whether the other

17   helicopters were -- had joined you in that mission; is that

18   right, sir?

19   A.  That's right.

20   Q.  And would it be fair to say that you didn't know where

21   they were or what they were doing at the moment when you

22   first heard the gunshots, correct?

23   A.  The only information we knew from the personnel was that

24   we were behind a convoy; and that's the information that

25   they passed to us soon after we were taking off, and that we

1    were chasing.  And that's when we were being shot at.

2    Q.  Okay.  So at some point after having left the Colima

3    Airport you were informed by someone that you were in

4    pursuit of a convoy?

5    A.  We were to follow a convoy that was detected.

6    Q.  Right.

7            And did you have any other specific information,

8    other than it was a convoy that you were pursuing?

9    A.  It was the only thing we received.

10   Q.  Okay.  And at some point you heard what you perceived as

11   gunfire; is that correct?

12   A.  Yes.

13   Q.  And you were in the back of the aircraft; is that

14   correct, sir?

15   A.  That's right.

16   Q.  And at some point you heard what you characterized as

17   projectiles hitting your aircraft from another location; is

18   that correct?

19   A.  Yes.  By experience, I know or knew, more or less, the

20   type of weapons that takes to perforate or pierce through

21   the hull of the helicopter, caliber .50, which -- the part

22   that was armored.

23   Q.  And at some point, your helicopter dropped from the sky;

24   is that correct, sir?

25   A.  That's right.

1    Q.  And do you have any idea how high above the ground level

2    you were before it descended?

3    A.  As I said before, I was at the rear of the helicopter,

4    so I did not see how high we were.

5    Q.  And as you sit there today, do you have any idea of

6    approximately how long -- how much time passed from the

7    first you heard gunshots until you crashed, if you know?

8    A.  In an event like this, time goes by very fast, and I did

9    not know the time; I just thought that I was about to die.

10   Q.  Understood.

11         And other than what you may have heard after this

12   terrible event, do you personally know what the other three

13   helicopters were doing at the time that your aircraft first

14   took on fire?

15   A.  I do not know.  I just simply tried to get out, tried to

16   be found because they were -- they were -- I was trying to

17   be found so I would not be killed.

18   Q.  And then, at some point, you were rescued by colleagues

19   from Mexican law enforcement; is that correct?

20   A.  I don't remember exactly; but I was told that it was my

21   colleagues of the Federal Police and by the personnel of the

22   SEDENA, the Mexican National Defense Secretariat.

23   Q.  Right.

24         So my question is if you personally know from

25   memory -- well, let me withdraw that question.

```
 1              At some point you talked to other people from --
 2    your military colleagues about the events of the day in
 3    question; is that correct?
 4    A.  I was told, but not until I got out of the hospital.  I
 5    don't remember.
 6    Q.  And that was many months later; is that correct, sir?
 7    A.  Yes.
 8    Q.  And incidentally, were you yourself and other personnel
 9    within your helicopter in full tactical gear?
10    A.  The entire personnel had tactical gear.  I had to take
11    off my vest.  My vest was what protected my chest from being
12    burnt.
13    Q.  And was that a bulletproof vest, sir?
14    A.  That's right.
15    Q.  And were the bulletproof vests part of the tactical gear
16    that was provided to you and other personnel on your
17    aircraft?
18    A.  Yes.  That's correct.
19    Q.  Do you have any idea how long it was, sir, from the time
20    that your helicopter went down until the time you were found
21    by your colleagues?
22    A.  No.  I was told that it was a long time because, when I
23    tried to get out, I got far away from it.  I do remember
24    that I was trying to hide, and I remember that I walked a
25    lot.  So I don't know how long time went by because I walked
```

```
 1    a lot to hide behind a rock.
 2    Q.  Okay.  While you were on the ground and before you were
 3    found by your colleagues, did you continue to hear weapons
 4    being fired?
 5    A.  Yes --
 6    Q.  Is it fair to say you don't know where the --
 7              THE COURT:  Excuse me.
 8              MR. RONIS:  I'm sorry, Your Honor.
 9              THE WITNESS:  Yes.  You could hear bursts -- you
10    could still hear them, bursts of fire.
11              MR. RONIS:  I'm sorry.
12    BY MR. RONIS:
13    Q.  And would it be fair to say that you don't know where
14    the fire was coming from?
15    A.  I didn't know where they were coming from, but they were
16    hitting or shooting at us.  So...
17    Q.  And while you were on the ground and before your --
18    being found by your colleagues, did you continue to hear the
19    sound of the other three aircraft in the area?
20    A.  I just tried to safeguard myself because, yes, you could
21    still hear the impacts; and I just tried to protect myself.
22    And due to the magnitude of this event -- this was a big
23    group, half of that group passed away.  And the other
24    half -- I don't know.  I was just trying to safeguard
25    myself.
```

1    Q.  Okay.  And just --

2    A.  I didn't know who was shooting.

3    Q.  And just to clarify, were you the only survivor of your

4    particular aircraft, sir?

5    A.  No.  There were some personnel of SEDENA, the Mexican

6    National Defense Secretariat, that did not die; but my lady

7    colleague passed away.

8    Q.  And when you say the SEDENA personnel, were they the

9    personnel on your aircraft?

10    A.  Yes, yes.  They did survive.  I don't know where they

11    are, but supposedly half of it survived.

12    Q.  What was the capacity of personnel in the aircraft that

13    you were on that day, sir?

14    A.  We were 18.

15    Q.  Understood.

16            But how many individuals could actually fly in

17    that helicopter, if you know?

18    A.  It was at max capacity.  There was no room or more seats

19    for more crew.

20    Q.  Okay.  And does that include -- of the 18, does that

21    include the pilot and the copilot?

22    A.  That's right, yes.  It was not only two of them -- of

23    the crew for the helicopter crew.  I don't know how many,

24    but there were more of the helicopter crew.

25    Q.  Okay.  But no more than 18, correct, sir?

1    A.  No more than 18.

2              MR. RONIS:  Very well.  Thank you, sir.

3              I have no further questions.

4              THE COURT:  Any redirect?

5              MS. NASEEF:  Very briefly, Your Honor.

6                        REDIRECT EXAMINATION

7    BY MR. NASEEF:

8    Q.  Before the helicopter crashed, was anyone in your

9    helicopter struck with a bullet?

10   A.  Not that I could see.  At that moment, I did not see

11   anybody hurt by a shot or by a bullet.

12   Q.  Where in the helicopter were the bullets piercing the

13   hull, that you saw?

14   A.  I was in the rear part.  And in the part where I was,

15   where also our baggage was, you could see them going through

16   the rear part of the helicopter near the motor -- rotor.

17             THE INTERPRETER:  I'm sorry, rotor.

18   BY MS. NASEEF:

19   Q.  And based on what you saw, what -- where were they being

20   fired from?

21             MR. RONIS:  Objection, Your Honor.  No foundation

22   as --

23             THE COURT:  Overruled.  You may answer.

24             THE WITNESS:  The impacts -- the impacts were

25   coming from the low -- they were coming from the low to the

1    top.

2              MS. NASEEF:  No further questions, Your Honor.

3              THE COURT:  You are excused.

4              THE WITNESS:  Thank you.

5              (Whereupon, the witness was excused.)

6              THE COURT:  Do you want to call your next witness?

7              MS. NASEEF:  Your Honor, the government calls

8    Special Agent Kevin Novick.

9              (KEVIN NOVICK, Government witness, sworn.)

10             MS. NASEEF:  Good morning, Agent.

11             THE WITNESS:  Good morning, Your Honor.

12             THE COURT:  You may proceed.

13                       DIRECT EXAMINATION

14    BY MS. NASEEF:

15    Q.  Please state your name for the record.

16    A.  My name is Kevin Novick; spelled N -- as in November --

17    O-V -- as in Victor -- I-C-K.

18    Q.  Where are you currently employed?

19    A.  I'm currently employed as a special agent with the Drug

20    Enforcement Administration in the Los Angeles field

21    division.

22    Q.  And how long have you been with the DEA?

23    A.  I have been a DEA agent since the end of March 2017; so

24    approximately seven and a half years, roughly.

25    Q.  Did you receive any specialized training when you joined

1    the DEA?

2    A.  I did, yes.

3    Q.  And can you explain what that was?

4    A.  I attended a 20-week basic agent training course held in

5    Quantico, Virginia, where you learn how to conduct

6    narcotics-related investigations, conduct surveillance,

7    debrief sources, defensive tactics, firearms handling,

8    things like that.

9    Q.  Did that training include drug identification?

10   A.  It did, yes.

11   Q.  What types of drugs?

12   A.  All types:  Cocaine, methamphetamine, fentanyl,

13   marijuana.  Anything that we would conduct an investigation

14   for.

15   Q.  Have you received other training in narcotics

16   investigations since graduating the academy?

17   A.  I have, yes.

18   Q.  And what type of training has that been?

19   A.  I received training on the job, as well as formal

20   training related to precursor chemicals and their use in the

21   manufacture of fentanyl and methamphetamine, wiretaps, as

22   well as money laundering investigations.

23   Q.  Do you speak any languages other than English?

24   A.  Yes.

25   Q.  What language?

1    A.  I speak Spanish.  I wouldn't say I am fluent, I would

2    categorize it more as conversational.  I am comfortable

3    reading newspapers; articles; communicating with individuals

4    in debriefs or interviews; if we get to a sticking point,

5    being able to navigate around that and still be able to

6    understand each other.

7    Q.  What was your job prior to joining DEA?

8    A.  Prior to joining DEA, I was a commissioned officer in

9    the United States Coast Guard.

10   Q.  And what did your duties entail as a commissioned

11   officer in the Coast Guard?

12   A.  As an officer in the Coast Guard, I was involved in a

13   wide variety of missions, to include search and rescue,

14   national defense and homeland security, as well as maritime

15   law enforcement.  And within that maritime law enforcement

16   realm, I had a heavy focus on the interdiction of drug

17   trafficking vessels.

18   Q.  And were you personally involved in interdicting any

19   drug trafficking vessels as a Coast Guard officer?

20   A.  Yes, I was.

21   Q.  Could you describe your basic duties as a DEA agent?

22   A.  Yeah.  So our basic duties are to conduct criminal

23   investigations into violations of the Controlled Substances

24   Act.  So in layman's terms, conduct narcotics-related

25   investigations.

1    Q.  And what types of law enforcement tools do you use in

2    your investigations?

3    A.  There's many different tools we can use, some of which

4    include search warrants; debriefing of confidential sources

5    or witnesses; conducting surveillance, both physical and

6    electronic surveillance; as well as wiretap investigations.

7    Q.  Were you involved in the investigation of the defendant,

8    Ruben Oseguera Gonzalez?

9    A.  I was, yes.

10   Q.  And what is your role in that investigation?

11   A.  I am one of the case agents assigned.

12   Q.  When the defendant was extradited to the United States

13   from Mexico did he provide the DEA with certain identifying

14   information?

15   A.  He did, yes.

16   Q.  And did the defendant provide his birth date?

17   A.  He did, yes.

18   Q.  Do you know his birth date?

19   A.  Yes.

20   Q.  What is it?

21   A.  February 14, 1990.

22   Q.  And did the defendant provide his citizenship?

23   A.  I believe so, yes.

24   Q.  What country or countries is the defendant a citizen of?

25   A.  The United States, and I believe Mexico as well.

1    Q.  From your work on international investigations, are you

2    familiar with the process for how the U.S. Government

3    obtains evidence from foreign governments?

4    A.  Yes, I am.

5    Q.  And can you describe that process for the jury, please?

6    A.  Sure.  So typically how that works is:  There is a

7    formalized process called a "mutual legal assistance

8    treaty," in which the prosecution or the government requests

9    certain evidence or items or artifacts to help their

10   investigation here in the United States; that's routed up

11   through our channels of government, through the State

12   Department, and over to the host country government; so, in

13   this instance, Mexico.  Mexico then receives that and can

14   respond, providing that information or not.

15   Q.  In the course of the investigation into the defendant

16   did the U.S. Government request evidence from the government

17   of Mexico?

18   A.  Yes.  We did.

19   Q.  What was requested?

20   A.  We requested reports and documents related to the

21   downing of the helicopter in May of 2015; reports and

22   documents related to the arrest of the defendant in Mexico;

23   as well as any sort of physical evidence, weapons or

24   ammunition, from both of those incidents; the officers

25   involved made available to testify, as well as any sort of

1    evidence collected at either scene that may have DNA samples

2    on it, or any sort of DNA reports that they had done on

3    their own.

4    Q.  And did the government of Mexico provide any of the

5    evidence that was requested?

6    A.  They did, yes.

7    Q.  What did they provide?

8    A.  They provided reports.  They -- they provided

9    individuals to testify who were involved in those events, as

10   well as the weapons and ammunition from the

11   downed-helicopter event.

12   Q.  I am not going to go through all of those items again

13   today; but did you hear the Mexican prosecutor, Maria

14   Hernandez, testify that the watches that were turned over

15   were valued at approximately 3 million pesos after they were

16   seized?

17   A.  I did, yes.

18   Q.  And what was the value of 3 million pesos again,

19   approximately, in 2015?

20   A.   In May of 2015, it was approximately $190,000.

21   Q.  Were there also items that the U.S. Government requested

22   from the government of Mexico that the government of Mexico

23   did not provide?

24   A.  Yes.

25   Q.  And what were those?

1    A.   The weapons involved -- or the weapons seized subsequent

2    to the arrest of the defendant in Mexico, as well as items

3    that may have DNA on them, such as clothing articles or --

4    or hats, or anything like that.

5    Q.   I am going to show you previously admitted Government

6    Exhibit 367, page 2.

7              (Whereupon, an exhibit was published.)

8    BY MS. NASEEF:

9    Q.   Did the U.S. Government request the gun in this

10   photograph?

11   A.   Yes, we did.

12   Q.   And did the government of Mexico provide it?

13   A.   No, we did -- they did not.

14   Q.   In the investigation into the defendant did the DEA

15   employ a wiretap?

16   A.   We did, yes.

17   Q.   Can you explain what a wiretap investigation is?

18   A.   A wiretap investigation is the interception of

19   communication in realtime, so as a phone call is occurring

20   or as a text message is being sent.

21   Q.   When was the wiretap in this case conducted?

22   A.   In 2013 and 2014.

23   Q.   Were you involved with the case at that time?

24   A.   No, I was not.

25   Q.   As a DEA agent, have you worked on other wiretap

1    investigations?

2    A.  Yes, I have.

3    Q.  In a wiretap investigation does law enforcement have to

4    get permission to intercept the realtime communications?

5    A.  Yes, we do.

6    Q.  And how do you get that permission?

7    A.  An agent or task force officer has to swear out an

8    affidavit that identifies the probable cause for

9    intercepting that device as well as the need to intercept

10   that device specifically; that's sworn out in front of a

11   judge, and a judge also has to sign an order authorizing the

12   interception to occur.

13   Q.  And how long does the order signed by the judge

14   authorize you to intercept the communications?

15   A.  Thirty days or until the objective of the investigation

16   have been completed, whichever comes first.

17   Q.  And if you want to continue intercepting the

18   communications after those 30 days, what do you have to do?

19   A.  You have to reapply.  Go through that same process

20   again; swearing out an affidavit, having a judge issue an

21   order, and articulating the need to either continue

22   intercepting that device or intercept a new device.

23   Q.  What type of communications were intercepted in this

24   case?

25   A.  It was -- BlackBerry Messenger communication was

1    intercepted.

2    Q.  And can you explain what a BlackBerry Messenger

3    communication is?

4    A.  Yes.  So BlackBerry Messenger was a proprietary

5    communication means within the BlackBerry network, so

6    obviously this was several -- a while ago.  But within that

7    BlackBerry network you could communicate directly to

8    somebody using BlackBerry Messenger.

9         As technology evolved it was available or made

10   available to users who did not have BlackBerry, such as

11   people with iPhones, through an application that was run by

12   BlackBerry.

13   Q.  And since being assigned to the defendant's case, have

14   you become familiar with the court orders authorizing the

15   interception and the communications that were intercepted?

16   A.  Yes.

17   Q.  What is a BlackBerry PIN?

18   A.  A BlackBerry PIN is an alphanumeric identifier that

19   helps -- or that BlackBerry assigns to a device, a phone, to

20   identify it within their proprietary network.

21   Q.  Can the user of the device change the BlackBerry PIN?

22   A.  No.  The only way to change the PIN is to get a new

23   device.

24   Q.  Can the user make a screen name that is associated with

25   their PIN?

1    A.  Yes.

2    Q.  And can that screen name be changed?

3    A.  It can, yes.

4    Q.  How often?

5    A.  As frequently as desired.

6    Q.  If a user changes the screen name, does the PIN remain

7    the same?

8    A.  Yes.  The PIN stays the same.

9            THE COURT:  So if I am understanding this

10   correctly, a BlackBerry PIN is unique to a specific

11   BlackBerry machine or device?

12           THE WITNESS:  Yes, Your Honor.

13           THE COURT:  Okay.

14   BY MS. NASEEF:

15   Q.  In conducting a wiretap investigation is there something

16   called a "target device"?

17   A.  Yes, there is.

18   Q.  And what is a target device?

19   A.  A target device is the -- the device in which law

20   enforcement is trying to intercept communication to or from.

21           So, in this instance, it would be a specific

22   BlackBerry PIN that was targeted, and that would be the

23   target device.

24   Q.  How many PINs were targets of this investigation?

25   A.  Thirty-nine.

1   Q.  Did the wiretap orders in this case authorize

2   interception from devices that were outside the

3   United States?

4   A.  Yes.

5   Q.  And how was the DEA able to intercept those

6   communications that were outside the United States?

7   A.  Those communications would be transmitted or transmitted

8   through a server or servers that were located in the

9   United States.

10  Q.  And did BlackBerry send DEA all incoming and outgoing

11  messages from each target device during the authorized

12  interception periods?

13  A.  For those that translated through those servers in the

14  United States, yes.

15  Q.  Are photographs also sent over BlackBerry Messenger?

16  A.  Yes.

17  Q.  And were those photographs also intercepted?

18  A.  Yes.

19  Q.  In this wiretap, did BlackBerry send the intercepted

20  photos in the same document as the intercepted text messages

21  or in separate documents?

22  A.  They were separate.

23  Q.  Do the agents assigned to a wiretap investigation see

24  all of the communications sent and received by a target

25  device?

1    A.    No.

2    Q.    What communications do they see?

3    A.    We only see the pertinent communication.

4    Q.    And can you explain what a "pertinent communication" is?

5    A.    Pertinent communication is communication that either

6    furthers the drug trafficking -- or the illegal activity

7    that's being investigated or furthers the investigation.

8    Q.    And who determines which communications are pertinent

9    and which are not?

10   A.    The monitors who view that information as it comes in

11   realtime.

12   Q.    If the monitors determine that a communication is not

13   pertinent or criminal in nature, can the agents assigned to

14   the investigation see that communication?

15   A.    No.

16   Q.    How would you determine when it was time to stop

17   intercepting a target device?

18   A.    If an individual had stated they were switching to

19   another device; if there was no activity at all over that

20   device during that 30-day period or if there was no

21   pertinent communication received during that 30-day period,

22   those would be indicators to not re-up or -- or continue

23   intercepting that device.

24   Q.    Once you stop intercepting a target device, what do you

25   do with the intercepted communications?

```
1    A.  They're sealed.

2    Q.  What does it mean for them to be "sealed"?

3    A.  The intercepted communication are saved on -- on some

4    sort of media -- a CD, a Blu-ray disc, something like that;

5    they're placed in an envelope with a sealing order over it,

6    as well as signed by the judge, and preserved as evidence.

7    Q.  What is the purpose of sealing the intercepted

8    communications?

9    A.  To preserve the integrity of the evidence itself as well

10   as prevent others from viewing that -- those intercepted

11   communications.

12   Q.  What kind of information did the documents produced by

13   BlackBerry in this case contain?

14   A.  They contained dates, times, the PIN sending the -- the

15   message, the PIN receiving the message, as well as the

16   content of the conversation.

17   Q.  Have you reviewed the intercepted communications in this

18   case?

19   A.  Yes, I have.

20            MS. NASEEF:  Joint Exhibit 1, Stipulation 1:  The

21   following Government exhibits are authentic under Rule 902

22   of the Federal Rules of Evidence, and their contents are

23   fair, accurate, and unaltered representations of the

24   original records and information.  The chain of custody for

25   these exhibits and information is not contested.  B,
```

1    Government's Exhibits 18, disks containing intercepted BBM

2    communications.

3              Your Honor, may I approach the witness?

4              THE COURT:  Yes, you may.

5    BY MS. NASEEF:

6    Q.  Looking at what's been marked as Government Exhibit 18,

7    what is this exhibit?

8    A.  It is the intercepted communications -- BBM

9    communications relevant to this case.

10   Q.  How do you recognize it?

11   A.  It's got my initials on the top of the disk.

12   Q.  Have you had an opportunity to review this disk and

13   confirm that it contains communications intercepted from the

14   wiretap investigation in this case?

15   A.  Yes.

16   Q.  Does this disk contain all of the intercepted

17   communications from the 39 target devices?

18   A.  No.

19             MS. NASEEF:  All right.  At this time, Your Honor,

20   the government moves to admit Government Exhibit 18, which

21   contains Government Exhibits 4 to 14, and 20 to 58, and 60

22   to 97.

23             THE COURT:  Any objection?

24             MR. COLOMBO:  No objection, Your Honor.

25             THE COURT:  Hearing no objection, Government's

```
1     Exhibit 18 will be admitted.

2               (Government Exhibit 18 admitted.)

3     BY MS. NASEEF:

4     Q.  What language were these intercepted communications in

5     originally?

6     A.  Primarily Spanish.

7     Q.  And if you can look at Government Exhibit 18A that I

8     handed you, what is this exhibit?

9     A.  A disk that contains the translations from Spanish to

10    English for 18.

11    Q.  How do you recognize it?

12    A.  It's got my initials on it.

13    Q.  And did you have an opportunity to review this disk and

14    confirm that it contains the translations of the intercepted

15    communications contained on Government Exhibit 18 before

16    today?

17    A.  Yes.

18               MS. NASEEF:  Your Honor, at this time, I move to

19    admit Government Exhibit 18A, which contains Government

20    Exhibits 20A to 58A, and 60A to 97A.

21               THE COURT:  I'm sorry.  28A through 58A, and 60A

22    through 97A?

23               MS. NASEEF:  20A to 58A, and 60A to 97A.

24               THE COURT:  All right.  Any objection?

25               MR. COLOMBO:  No, Your Honor.
```

1              THE COURT:  Hearing no objection, Government

2     Exhibit 18A will be admitted.

3              (Government Exhibit 18A admitted.)

4              MS. NASEEF:  And from Joint Exhibit 1, the parties

5     stipulate that Government Exhibits 20A to 58A and 60A to 97A

6     are authentic and accurate English translations of the

7     original Spanish communications and documents.

8              Permission to publish these exhibits during the

9     witness's testimony?

10             THE COURT:  Yes.  And so all of these have

11    now been -- so what has now been admitted, by virtue of

12    admission of Government Exhibit 18A and 18, together with

13    the stipulation, are Government Exhibits 20A through 58A,

14    60A through 97A; is that correct, Ms. Naseef?

15             MS. NASEEF:  Yes, Your Honor.

16             THE COURT:  And no objection to that?

17             MR. COLOMBO:  No objection, Your Honor.

18             THE COURT:  All right.  Thank you.

19             You may proceed.

20             And, yes, you may publish those as you call the

21    number.

22    BY MS. NASEEF:

23    Q.  Was the defendant intercepted by the wiretap

24    investigation in this case?

25    A.  Yes.

1    Q.  How many different BlackBerry PINs did the DEA intercept

2    the defendant using?

3    A.  Five.

4             MS. NASEEF:  Permission to use demonstrative

5    exhibit marked Government Exhibit 19?

6             THE COURT:  Yes, you may.

7             Excuse me for just one second.

8             When a party uses a demonstrative exhibit, they're

9    not seeking to admit it into evidence.  So what that means

10   is, they're just using it to help guide you through a lot of

11   evidence right now.  It's demonstrative; this means it will

12   not be back with you during your deliberations, it's just to

13   help you now.

14            All right.

15            MS. NASEEF:  Your Honor, just to be clear, we'll

16   build this demonstrative through his testimony and, then, I

17   will ask to move to admit the final slide.  So I will

18   ask to -- so they will hopefully -- assuming everything goes

19   well -- have the final slide to take back with them.

20            THE COURT:  Okay.  Well, that's a relief, I am

21   sure, for all of you.

22            MS. NASEEF:  I wanted to alleviate some rush

23   note-taking, if necessary.

24            THE COURT:  Okay.  Well, because I saw them

25   getting all their pens and papers ready, just like me.  All

1    right.

2                    (Whereupon, an exhibit was published.)

3    BY MS. NASEEF:

4    Q.  Are these, across the top, the defendant's five PINs

5    (indicating)?

6    A.  Yes.

7    Q.  Generally speaking, how did DEA identify the defendant

8    as the user of those five PINs?

9    A.  Through the content of the communication; so the

10   relationships identified in the -- in the intercepts, names

11   used.

12   Q.  As one of the case agents assigned to this case, have

13   you been present in the courtroom during the testimony of

14   the other witnesses?

15   A.  I have, yes.

16   Q.  And did you hear testimony during this trial about how

17   Abigael Gonzalez Valencia is related to the defendant?

18   A.  Yes.

19   Q.  How are they related?

20   A.  Abigael is the defendant's uncle, so uncle-nephew

21   relationship.

22   Q.  And who is the defendant's father?

23   A.  The defendant's father is Nemesio Oseguera Cervantes,

24   also known as "Mencho."

25   Q.  What are Abigael Gonzalez Valencia and Mencho to each

1    other?

2    A.  Abigael and Mencho are brothers-in-laws.

3    Q.  Did you hear testimony during this trial about the

4    nicknames that were used by the defendant?

5    A.  Yes.

6    Q.  And which nicknames did he use?

7    A.  Menchito, 02, Junior, Rojo; those are the ones that I

8    remember.

9    Q.  Was Abigael Gonzalez Valencia intercepted on the wiretap

10   in this case?

11   A.  Yes, he was.

12   Q.  What screen name did Abigael use?

13   A.  "Boss."

14   Q.  How did DEA identify Abigael based on intercepted

15   communications?

16   A.  Through the content of the communication received.

17   Q.  Did Abigael send any photographs over his devices?

18   A.  Yes.

19   Q.  How many different PINs were used by Abigael that were

20   intercepted?

21   A.  Three.

22   Q.  Turning to government's -- previously admitted

23   Government Exhibits 5 through 14.

24            Agent Novick, do you have a binder with some of

25   these exhibits in it?

1    A.  Yes, I do.

2    Q.  If you could page through Exhibits 5 through 14, that

3    might go a little more quickly.

4    A.  (Witness complies.)

5            MS. NASEEF:  Ms. Ancalle, you can flip through

6    them as well.

7    BY MS. NASEEF:

8    Q.  What are these exhibits?

9    A.  Photos of Abigael Gonzalez Valencia.

10   Q.  And during this trial did Oscar Nava Valencia and

11   Elpidio Mojarro Ramirez identify the individual in these

12   photographs as Abigael?

13   A.  Yes.

14   Q.  Were Government Exhibits 5 through 7 intercepted by DEA

15   PIN to -- by DEA off of PIN 2AA15E73 with username Boss?

16   A.  Yes.

17   Q.  And were Government Exhibits 8 through 9 intercepted by

18   DEA off of PIN 2AA2DE0C with username Boss?

19   A.  Yes.

20   Q.  And were Government Exhibits 10 through 14 intercepted

21   by DEA off of PIN 2AA2DEA1 with username Boss?

22   A.  Yes.

23           MS. NASEEF:  Turning to Government Exhibit 20A.

24           (Whereupon, an exhibit was published.)

25   BY MS. NASEEF:

1    Q.  What is this --

2                THE COURT:  It seems like you are now going into

3    some of the texts.

4                MS. NASEEF:  Yes, Your Honor.

5                THE COURT:  So I think this is a good time for our

6    ten-minute break this morning before we get into the

7    communications.

8                Ten minutes.  Do not talk about the case among

9    yourselves or with anybody else.

10                (Whereupon, the jury was excused, and a recess was

11    taken.)

12                (Whereupon, the jury returns to the courtroom.)

13                THE COURT:  All right.  Please proceed.

14    BY MS. NASEEF:

15    Q.  Turning to Government Exhibit 20A, what is this exhibit?

16    A.  This is intercepted communication between Boss and

17    Mr. McWire NVO that starts on June 18, 2013.

18    Q.  And can you remind us again who "Boss" is?

19    A.  Boss is the defendant's uncle, Abigael Gonzales

20    Valencia.

21    Q.  Can you please read the Mr. McWire NVO messages, and I

22    will read the Boss messages.

23    A.  Okay.

24    Q.  "Hello."

25    A.  "At your service boss."

1    Q.  "What is Tom going to pick up?"

2    A.  "We're going to pick up 50 that Ruben is going to give

3    me.  You told me to pick them up Saturday of what was

4    recovered."

5    Q.  "How much has been recovered?"

6    A.  "He didn't tell me.  I just told him that I was calling

7    to him to pick up from what was recovered.  And he said yes.

8    To send someone that he was going to give me 50."

9    Q.  "See that he doesn't try to give you the cut ones.  He

10   sent some to be cut."

11   A.  "It will be noticeable immediately.  I'll check them

12   when I pick them up.  For the packaging and the -- and the

13   chambers, and all that."

14   Q.  "Don't mix them up."

15   A.  "Not at all.  Of course not."

16   Q.  "Check them."

17   A.  "Okay."

18              MS. NASEEF:  Turning to Government Exhibit 21A.

19              (Whereupon, an exhibit was published.)

20   BY MS. NASEEF:

21   Q.  What is this exhibit?

22   A.  Intercepted communication between Boss and Mr. McWire

23   NVO that starts on June 18, 2013.

24   Q.  And how long after the last exchange did these

25   communications take place?

1    A.  Approximately 25 minutes or so from the end of the last

2    one.

3    Q.  Can you continue reading the Mr. McWire messages, and I

4    will continue reading Boss.  Starting at Line 2.

5    A.  Okay.

6            "He got bummed out.  I already told him that you

7    just told me to say that to give me from the original ones

8    and not to give me the ones that he fixed up.  Call him

9    because he thinks that I'm the one that said that so he

10   doesn't get bummed out."

11   Q.  "Oh, tell the dude not to be so sensitive.  He is

12   already here, calling me out."

13   A.  "Well, he stopped answering me."

14   Q.  "Just leave him be."

15   A.  "Okay."

16   Q.  When Mr. McWire tells Boss to call "him," who is

17   Mr. McWire telling boss to call based on the context of

18   these conversations?

19   A.  Ruben.

20           MS. NASEEF:  Turning to Government Exhibit 22A.

21           (Whereupon, an exhibit was published.)

22   BY MS. NASEEF:

23   Q.  What is this exhibit?

24   A.  Intercepted communication between Boss and Ice Man that

25   starts on June 18, 2013.

1    Q.  And when do these communications happen relative to the

2    last exchange?

3    A.  Pretty much simultaneous, at the same time.

4    Q.  Could you please read the Ice Man messages, and I will

5    read the Boss messages.  We'll stop after Line 5 for now.

6    A.  Okay.

7            "Honestly, Uncle, don't say that to me because I

8    have never cheated you, nor do I plan to, if you want to

9    check the squares; but, really, I don't think there's any

10   need.  I have never let you all down in anything, nor do I

11   plan to let you down ever.  For me, family comes before

12   everything, and you are my uncle."

13   Q.  "Don't get mad, Rojo.  I just said to him that you

14   shouldn't give me any of those because it's a hassle for me

15   to sell them, not that you have done anything shady.

16   Forgive me if you felt offended, it was not my intention."

17   A.  "But you know that I would never give you those because

18   that would be cheating you, Uncle, and I don't do things

19   like that, much less to you all.  I don't do that to anyone,

20   much less to you."

21   Q.  In Line 1, how does Ice Man refer to Boss?

22   A.  He calls him "Uncle."

23   Q.  And in Line 2, how does Boss refer to Ice Man?

24   A.  He calls him "Rojo."

25   Q.  What did Exhibits 20 to 20A tell you about the identity

1    of the user of the PIN ending in 661F?

2    A.  That the use of the pin ending in 661F goes by the name

3    of Ruben, uses the screen name "Ice Man," is the nephew of

4    Abigael, and goes by the nickname of "Rojo."

5              MS. NASEEF:  Turning to Government Exhibit 23A.

6              (Whereupon, an exhibit was published.)

7    BY MS. NASEEF:

8    Q.  What is this exhibit?

9    A.  Intercepted communication between Forrest and a PIN

10    ending in D089 that starts on July 22, 2013.

11    Q.  Could you please read the message?

12    A.  "Please add my new PIN.  This is Junior.  Thanks a lot,

13    2AA16A69."

14    Q.  And what is the user of the PIN ending in 661F

15    indicating in this message about their identity?

16    A.  That they also use the screen name "Forrest," the alias

17    of "Junior," and that they're going to use the PIN also

18    ending in 6A69.

19              MS. NASEEF:  Turning to Government Exhibit 24A.

20              (Whereupon, an exhibit was published.)

21    BY MS. NASEEF:

22    Q.  What is this exhibit?

23    A.  It's intercepted communication between Boss and Forrest

24    Gump that starts on July 8, 2013.

25    Q.  Could you please read the messages from Forrest Gump,

1    and I will read the Boss messages.  We'll stop just after

2    Line 3?

3    A.  Okay.

4            "How are you, Uncle?  Good afternoon."

5    Q.  "Who is this?"

6    A.  "It's Junior."

7    Q.  How did Exhibits 23 to 24A help you identify the user of

8    the PIN ending in 661F?

9    A.  That the user of PIN ending in 661F utilized the screen

10   name of "Forrest Gump" as well, was the nephew of Abigael,

11   and goes by the nickname or alias of "Junior."

12   Q.  Turning back to demonstrative Government Exhibit 19,

13   Slide 2.  Is this an accurate representation of your

14   testimony about the identity of the user of the PIN ending

15   in 661F?

16   A.  Yes.

17           MS. NASEEF:  Turning to Government Exhibit 73A.

18           (Whereupon, an exhibit was published.)

19   BY MS. NASEEF:

20   Q.  What is this exhibit?

21   A.  Intercepted communication between Boss and Forrest Gump

22   that starts on August 9, 2013.

23   Q.  Could you please read the Forrest Gump messages, and I

24   will read the Boss messages.  We'll stop after Line 3.

25   A.  Okay.

1    Q.  "Rojo."

2    A.  "At your service, Uncle.  Yes, Uncle."

3    Q.  What did this exhibit tell you about the user of the PIN

4    ending in 6A69?

5    A.  That the user of 6A69 uses the screen name "Forrest

6    Gump," the alias of "Rojo," and is the nephew of Abigael.

7              MS. NASEEF:  Turning to Government Exhibit 25A.

8              (Whereupon, an exhibit was published.)

9    BY MS. NASEEF:

10   Q.  What is this exhibit?

11   A.  This is intercepted communication between Boss and

12   Junior, or J.R., that starts on August 13, 2013.

13   Q.  Could you please read the Junior messages, and I will

14   read the Boss messages.  We'll stop after Line 4.

15   A.  Okay.

16              "What's up, Uncle?  How are you?  Good afternoon."

17   Q.  "Fine.  And you?  What's up?"

18   A.  "Here, just saying hello, and to ask you if the Russian

19   arrived yet."

20   Q.  How did this exhibit help you identify the user of the

21   PIN ending in 6A69?

22   A.  That the user of the PIN ending in 6A69 also utilizes

23   the screen name of "Junior," or "J.R.," and is the nephew

24   Abigael.

25   Q.  Turning back to demonstrative Government Exhibit 19,

1    Slide 3, is this an accurate representation of your

2    testimony about the PIN ending in 6A69 as well as the

3    previous PIN we just discussed?

4    A.  Yes.

5              MS. NASEEF:  Turning to Government Exhibit 36A.

6              (Whereupon, an exhibit was published.)

7    BY MS. NASEEF:

8    Q.  What is this exhibit?

9    A.  Intercepted communication between Boss and Ice Man that

10   starts on June 8, 2013.

11   Q.  And could you please read the Ice Man messages, and I

12   will read the boss messages.  Again, we'll stop after

13   Line 4.

14   A.  Okay.

15   Q.  "Rojo."

16   A.  "At your service, Uncle."

17   Q.  "What's up?  My brother-in-law told me yesterday that he

18   had already found the thief."

19              What did this exhibit tell you about the identity

20   of the user of the PIN ending in 157F?

21   A.  That the user of the PIN ending in 157F used the screen

22   name "Ice Man," the alias of "Rojo," and was the nephew of

23   Abigael.

24              MS. NASEEF:  Turning to Government Exhibit 80A.

25              (Whereupon, an exhibit was published.)

```
 1    BY MS. NASEEF:

 2    Q.  What is this exhibit?

 3    A.  This is intercepted communication between El Escorpion

 4    and Ice Man that starts on June 6, 2013.

 5    Q.  Could you please read the Ice Man messages, and I will

 6    read the El Scorpion messages.  And we'll stop after Line 4.

 7    A.  Okay.

 8    Q.  "Bro' they're sending me photos at the house.  As soon

 9    as I get some more, I'll send them to you.  It looks great."

10    A.  "Okay.  Bro'."

11    Q.  "Okay.  Bro'.  Here at your service.  I'm here having

12    dinner with your Bro', Pelon."

13    A.  "Oh.  Say hello to him for me.  Take care of

14    yourselves."

15    Q.  What is the significance of this conversation in

16    identifying the user of the PIN ending in 157F?

17    A.  That the user of the PIN ending in 157F uses the screen

18    name "Ice Man" and also has a brother that uses the alias of

19    "Pelon."

20    Q.  Did Oscar Nava Valencia, Elpidio Mojarro Ramirez, and

21    Herminio Gomez Ancira testify that the defendant had a

22    brother whose nickname was "Pelon"?

23    A.  Yes.

24            MS. NASEEF:  Turning to demonstrative Exhibit 19,

25    Slide 4.
```

1      (Whereupon, an exhibit was published.)

2    BY MS. NASEEF:

3    Q.  Is this an accurate representation of your testimony

4    about the PIN ending in 157F and the previous two PINs we

5    discussed?

6    A.  Yes, it is.

7         MS. NASEEF:  Turning to Government Exhibit 26A.

8         (Whereupon, an exhibit was published.)

9    BY MS. NASEEF:

10   Q.  What is this exhibit?

11   A.  This is intercepted communication between Boss and Ch,

12   or C-H, that starts on April 7, 2013.

13   Q.  Could you please read the "Ch" messages, and I will read

14   the boss messages.

15   A.  Okay.

16   Q.  "Perron."

17   A.  "What's up, Brother-in-Law?  How are you?"

18   Q.  "Listen, tomorrow I'm going to send you the guy.  And so

19   you can tell your buddy that my brother-in-law is asking if

20   he can lend him a car with a hidden compartment to send the

21   guns because he doesn't want to send them with a license

22   plate from here.  One with tags from the DF, or wherever, as

23   long as it's not from here."

24   A.  "Yes.  You can count on that.  He is here next to me.

25   He says whatever you all need."

1    Q.   Do you know what DF is an acronym for?

2    A.   Yes.   Districto Federal.

3    Q.   And what is that?

4    A.   Mexico City.

5              MS. NASEEF:   Turning to Government Exhibit 27A.

6              (Whereupon, an exhibit was published.)

7    BY MS. NASEEF:

8    Q.   What is this exhibit?

9    A.   This is intercepted communication between Boss and

10   Junior, or J.R., that starts on April 8, 2013.

11   Q.   How long after the last exchange did these

12   communications take place?

13   A.   A little less than a day, about, like, 20 hours or so,

14   give or take.   Less than a day, less than 24 hours.

15   Q.   Can you please read the J.R. messages, and I will read

16   the Boss messages.

17   A.   Okay.

18              "Hey, my dad is telling me something about

19   Queretaro.   Okay.   So they're going to bring a car from

20   there."

21   Q.   "Yes.   But check to see if they've already sent the two

22   who are going to go.   The one that they're going to show to,

23   and the one that's going to bring the car."

24   A.   "There are two guys there that are from Mex.   Just give

25   me a number to coordinate that so as not to be bothering

1    you."

2    Q.    "Okay.  Let me ask for one."

3    A.    "Okay.  Thanks."

4    Q.    "Son, he's telling me that he'll lend me the five long

5    ones and the five short ones there.  So instead of bringing

6    the car here, they can head to Queretaro, and you send the

7    people from here to Queretaro."

8    A.    "Oh, okay.  So we just send the guys over there, Uncle."

9    Q.    "And the two who are there, one can take the car and the

10    other can see to the other thing."

11    A.    "Okay.  Perfect.  Just give me the number, please, so we

12    can coordinate with Dany."

13    Q.    "Okay.  But be standing by, Son, because you know that

14    those dudes are slackers.  You have to be on top of them."

15    A.    "Yes, Uncle.  You know how I -- you know it, I do put

16    pressure on those assholes."

17                    MS. NASEEF:  Turning to Government Exhibit 28A.

18                    (Whereupon, an exhibit was published.)

19    BY MS. NASEEF:

20    Q.    What is this exhibit?

21    A.    Intercepted communication between Boss and Ch that

22    starts on April 8, 2013.

23    Q.    And when is this conversation happening relative to

24    Abigael telling -- to the defendant asking Abigael for the

25    number of the guys.

1    A.  Pretty much simultaneous.

2    Q.  Can you read the Ch messages, and I will read the Boss

3    messages.

4    A.  Okay.

5    Q.  "Perron."

6    A.  "What's up, Brother-in-Law?"

7    Q.  "How are you?  Listen, the guys are already there, the

8    one who is going to bring the car that you are going to let

9    us borrow and the one who is going so you can show him the

10   places."

11   A.  "Fine.  And you?  I didn't see your message last night.

12   Oh, okay.  All right.  He was -- he was asking me if you

13   wanted to go for it.  Equipment and short ones."

14   Q.  "And tell your buddy that I'm already working on the PP

15   thing, too."

16   A.  "Yes, that's great.  He'll put that here for you, too,

17   everything."

18   Q.  "Okay.  Tell him thanks very much."

19   A.  "Yes, please.  He's there, Toluca, right now.  He is

20   arranging to meet another friend.  Hopefully that fucker's

21   thing can be done."

22   Q.  "It is going to be done, you will see."

23   A.  "And to see your kid.  Where do you have him?"

24   Q.  "Give me a cell number so Rubencito can call you."

25   A.  "Or I can add him to the PIN."

1    Q.  "Okay."

2    A.  "To not be calling."

3    Q.  "25AA861F."

4    A.  "I will reach out.  I have added it."

5    Q.  Taken together, how did Exhibits 26 to 28A help you

6    identify the user of the PIN ending in 861F?

7    A.  That the user of the PIN ending in 861F used a screen

8    name of "Junior," or "J.R.," was the nephew of Abigael, and

9    went by the name or alias of "Rubencito."

10            MS. NASEEF:  Turning to Government Demonstrative

11   Exhibit 19, Slide 5.

12            (Whereupon, an exhibit was published.)

13   BY MS. NASEEF:

14   Q.  Is this an accurate representation of your testimony

15   about the PIN ending in 861F and the three previous PINs we

16   discussed?

17   A.  Yes.

18            MS. NASEEF:  Turning to Government Exhibit 29A.

19            (Whereupon, an exhibit was published.)

20   BY MS. NASEEF:

21   Q.  What is this exhibit?

22   A.  This is intercepted communication between Tucan and

23   Billy the Kid that starts on September 21, 2013.

24   Q.  And what are the last four digits of the PIN being used

25   by Billy the Kid?

1    A.  It ends in D1B8.

2    Q.  Can you please read the message.

3    A.  "Sir, the truck is now where I was told and at your

4    service."

5              MS. NASEEF:  Turning to Government Exhibit 30A.

6              (Whereupon, an exhibit was published.)

7    BY MS. NASEEF:

8    Q.  What is this exhibit?

9    A.  Intercepted communication between Tucan and Junior that

10   starts on September 21, 2013.

11   Q.  And what are the last four digits of the PIN that Junior

12   is using?

13   A.  6A69.

14   Q.  And how long after the last message was this message

15   sent?

16   A.  About two minutes.

17   Q.  Can you read the message?

18   A.  "Sir, the truck is now where I was told and at your

19   service."

20   Q.  Is that the exact same message that Tucan sent to the

21   PIN ending in D1B3?

22   A.  Sent to the PIN ending in D1B8.

23   Q.  Sorry.  Yes, D1B8.

24              What did Exhibits 29 to 30A tell you about the

25   identity of the user of the PIN ending in D1B8?

1    A.  That the user of the PIN ending in D1B8 utilized the

2    screen name of "Billy the Kid" as well as the PIN ending in

3    6A69.

4              MS. NASEEF:  Turning to Government Exhibit 31A.

5              (Whereupon, an exhibit was published.)

6    BY MS. NASEEF:

7    Q.  What is this exhibit?

8    A.  It's intercepted communication between Tucan and

9    Comercio that starts on September 21, 2013.

10   Q.  Can you please read the messages from Comercio, and I

11   will read the messages from Tucan.

12   A.  Okay.

13   Q.  "Go ahead, Bro'.  At your service."

14   A.  "Just that I was being told that Junior asked if the

15   platform could be there at the jump tomorrow at 12."

16   Q.  "Let's see.  But how -- or what's the deal, Bro'?"

17   A.  "That's what he wrote to me.  Let me ask or you reach

18   out to him, Bro'."

19   Q.  "Who, Bro'?  Let me reach out to him.  But like where,

20   Bro'?"

21   A.  "At the jump at 12, if you can have the trailer and the

22   plana, platform."

23   Q.  "Okay.  Let me check on that, Bro'."

24   A.  "All right, Bro'.  Good night.  Night."

25   Q.  "Bro', you reach out to him, because the PINs I have for

1    him, he's not answering.  Please.  And have him tell you

2    with whom and where, Bro', please."

3              MS. NASEEF:  Turning to Government Exhibit 32A.

4              (Whereupon, an exhibit was published.)

5    BY MS. NASEEF:

6    Q.  What is this exhibit?

7    A.  Intercepted communication between Tucan and Comercio

8    that starts on September 21, 2013.

9    Q.  And can you please keep reading Comercio, and I will

10   keep reading Tucan.

11   A.  Okay.

12   Q.  "Bro', good morning.  How are you?"

13   A.  "Fine.  And you?"

14   Q.  "Very well, Bro'.  What PIN is Junior using, Bro'?"

15   A.  "Bro', I'll ask for it now."

16   Q.  "And let them know that the truck is where I was told

17   and at their service, please."

18   A.  "All right.  Thanks."

19              MS. NASEEF:  Turning to Government Exhibit 33A.

20              (Whereupon, an exhibit was published.)

21   BY MS. NASEEF:

22   Q.  What is this exhibit?

23   A.  Intercepted communication between Tucan and Billy the

24   Kid that starts on September 22, 2013.

25   Q.  Can you read the messages from Billy the Kid, and I will

1    continue reading the messages from Tucan.

2    A.  Okay.

3              "Hey, which truck would that be?  Sorry, this

4    stupid thing barely worked for me."

5    Q.  "Sir, good afternoon.  The truck -- Chata told me that

6    you had sent word for me to put it at the jump to take out a

7    container as a trial, sir."

8              How did Exhibits 31 to 33A help you identify the

9    user of the PIN ending in D1B8?

10   A.  That the user of the PIN ending in D1B8 went by the

11   screen name of "Billy the Kid," also used the PIN ending in

12   6A69, as well as had an alias or went by the name of

13   "Junior."

14             MS. NASEEF:  Turning to Government Exhibit 34A.

15             (Whereupon, an exhibit was published.)

16   BY MS. NASEEF:

17   Q.  What is this exhibit?

18   A.  This is intercepted communication between El Escorpion

19   and Señior Robinson that starts on October 2, 2013.

20   Q.  And can you read the messages from Señior Robinson, and

21   I will read the messages from El Escorpion.

22   A.  Okay.

23   Q.  "Brother, good afternoon.  How are you?"

24   A.  "Good, good.  Thanks.  And you?  What's up?  What's new?

25   At your service."

1    Q.   "Good, my Brother.  Thanks.  Hey, I'm being told that,

2    like, three days ago Alejandro was picked up there on an

3    avenue driving.  We have to find out who has him so they

4    don't take another house from him or something, and so they

5    don't leave him worse off, like the last time that he was

6    picked up and they took a house from him, and money."

7    A.   "Poor dude, Brother.  No wonder he didn't answer us

8    anymore, since days ago.  Call Ruben so he can find out.

9    I'll call Flaco to see what he knows."

10                MS. NASEEF:  Turning to Government Exhibit 35A.

11                (Whereupon, an exhibit was published.)

12    BY MS. NASEEF:

13    Q.   What is this exhibit?

14    A.   Intercepted communication between El Escorpion and Billy

15    the Kid that starts on October 2, 2013.

16    Q.   And how long after Sr. Robinson told El Escorpion to

17    call Ruben about Alejandro did El Escorpion send this

18    message to Billy the Kid?

19    A.   A little less than an hour later.

20    Q.   Can you read the messages from Billy the Kid, and I will

21    read the messages from El Escorpion.  And we'll stop at

22    Line 4 for now.

23    A.   Okay.

24    Q.   "Likewise, my Brother.  Nice to talk to you, and to tell

25    you, my Brother, was just talking to Gygo about a guy called

1    Alejandro Mercado that supposedly someone picked him up on

2    Friday, Saturday, there on Washington Street, from a little

3    smart car.  Do you know who has him so Flaco can go see him?

4    Because that guy has a pending construction job with your

5    Uncle Cachetes."

6    A.  "Alejandro Mercado, let me check to see who has him

7    because I haven't ordered anyone to be picked up."

8    Q.  What do Exhibits 34 to 35A tell you about the identity

9    of the user of the PIN ending in D1B8?

10   A.  That the user of the PIN ending in D1B8 utilizes the

11   screen name of "Billy the Kid" as well as that has the name

12   of "Ruben."

13            MS. NASEEF:  Turning to Demonstrative Government

14   Exhibit 19, Slide 6.

15            (Whereupon, an exhibit was published.)

16   BY MS. NASEEF:

17   Q.  Is this an accurate representation of your testimony

18   about the PIN ending in D1B8 and all the other PINs used by

19   the defendant?

20   A.  Yes.

21   Q.  Based on the messages we just reviewed, who is the user

22   of these five BlackBerry PINs in Government Exhibit 19?

23   A.  The defendant.

24            MS. NASEEF:  At this time, Your Honor, I move to

25   admit Slide 6 of Government Exhibit 19 as Government

```
 1        Exhibit 19A.
 2                 THE COURT:  Any objection?
 3                 MR. COLOMBO:  No objection, Your Honor.
 4                 THE COURT:  Hearing no objection, Government
 5        Exhibit --
 6                 MS. NASEEF:  19A, Your Honor.
 7                 THE COURT:  -- 19A, okay, which is page 6 --
 8                 MS. NASEEF:  Yes, Your Honor.
 9                 THE COURT:  -- of the overall demonstrative --
10                 MS. NASEEF:  19.
11                 THE COURT:  -- Government Exhibit 19.
12                 MS. NASEEF:  Yes, Your Honor.
13                 THE COURT:  Okay.  All right.
14                 (Government's 19 admitted.)
15                 MS. NASEEF:  If we could turn back to Government
16        Exhibit 35A.
17                 (Whereupon, an exhibit was published.)
18                 THE WITNESS:  Okay.
19        BY MS. NASEEF:
20        Q.  Can you continue reading the Billy the Kid messages, and
21        I will continue reading the El Escorpion messages.  I think
22        we were on Line 5.
23        A.  Okay.
24        Q.  "Well, I don't know who has him, Brother.  I just found
25        out that someone had picked him up on Friday or Saturday,
```

1    and they just left the little car he was driving in the

2    middle of the road."

3    A.  "All right, Brother.  Let me ask.  We'll see what we

4    find out."

5    Q.  "Who knows if someone would ask a favor from someone.  I

6    don't know.  Yes, my Brother, thanks.  If you find out

7    something, let me know, please, so Flaco can go see him.

8    Thanks for everything, my Brother, as always."

9             MS. NASEEF:  Turning to Government Exhibit 75A.

10             (Whereupon, an exhibit was published.)

11   BY MS. NASEEF:

12   Q.  What is this exhibit?

13   A.  It's intercepted communication between El Escorpion and

14   Señior Robinson that starts on October 2, 2013.

15   Q.  And could you please read the Señior Robinson messages,

16   and I will read the El Escorpion messages.  We'll stop at

17   Line 4.

18   A.  Okay.

19   Q.  "Brother, I asked Rubencito, and he's going to check to

20   see if someone has him that he is not aware of.  Who knows

21   who would pick up that poor dude."

22   A.  "I was told that it was some dudes from Culiacan.  I

23   don't think they're going to let that dude go, that's most

24   likely."

25   Q.  What is your understanding of the communications in

1    Exhibits 34, 35, and 75A?

2    A.  That they're discussing --

3            MR. COLOMBO:  Objection, Your Honor.

4            THE COURT:  We'll put this on the husher.

5            (Whereupon, a bench conference was held as

6    follows:)

7            MR. COLOMBO:  Your Honor, I would object to this

8    testimony with the agent summarizing his understanding as to

9    what these communications mean.  First, we did not receive

10   any expert notice with regard to Agent Novick, that he would

11   be interpreting these conversations.  This is expert

12   testimony.

13           Secondly, I think it would be improper for an

14   agent to interpret wholesale different conversations as to

15   what his understanding would mean.

16           It is acceptable for an agent to, based upon past

17   experience, interpret particular words, code words or -- the

18   code words; but having an agent sit there and interpret his

19   understanding of the meaning of these, I think, is improper.

20   It's improper expert testimony without notice, and I would

21   object, Your Honor.

22           MS. NASEEF:  Your Honor, he is not testifying

23   about coded language.  There is no coded language that he is

24   going to testify about the meaning of in these messages.  He

25   is just going to connect the messages together and explain

1    what the topic of conversation was in the plain words used

2    by the individuals that were communicating.  An expert on

3    code language will testify later about classic code

4    language; we will not ask Agent Novick to do that.

5             THE COURT:  All right.  So he is not being offered

6    as an expert, he is just being offered based on his

7    experience, his understanding of this investigation and the

8    operations of this cartel, how to tie the subject matter and

9    the topics between these conversations.

10            MS. NASEEF:  Yes, Your Honor.  And using the --

11            THE COURT:  Well, why don't you lay a foundation

12    for that before you tell him to -- why 34, 35, and 75A

13    appear to him to be tied together and what the topic is.

14            The objection is overruled.

15   BY MS. NASEEF:

16   Q.  Agent Novick, in your time as a DEA agent, have you been

17   involved in other BlackBerry Messenger wiretap

18   investigations?

19   A.  Yes, I have.

20   Q.  And approximately, how many BlackBerry Messenger

21   communications do you think that you have reviewed in your

22   time as an agent?

23   A.  Hundreds.

24   Q.  And are you familiar with the BlackBerry Messenger

25   communications in this case?

```
1    A.  Yes.

2    Q.  Again, approximately, how many communications from this

3    case do you think you have reviewed?

4    A.  At least 100.

5    Q.  What is your understanding of the communications

6    Government Exhibits 34, 35, and 75A?

7    A.  That --

8              MR. COLOMBO:  Objection, Your Honor.

9              THE COURT:  Overruled.

10             THE WITNESS:  That El Escorpion, Señior Robinson,

11   and the defendant were discussing an individual who had been

12   picked up or kidnapped, I believe named Alejandro Mercado,

13   and trying to figure out who had him or where he was at.

14             MS. NASEEF:  Turning to Government Exhibit 36A.

15             (Whereupon, an exhibit was published.)

16   BY MS. NASEEF:

17   Q.  What is this exhibit?

18   A.  This is intercepted communication between Boss and Ice

19   Man that starts on June 8, 2013.

20   Q.  And could you please read the Ice Man messages and I

21   will read the Boss messages.

22   A.  Okay.

23   Q.  "Rojo."

24   A.  "At your service, Uncle."

25   Q.  "What's up?  My brother-in-law told me yesterday that he
```

1   had already found the thief.  I forgot to ask him who it

2   was.  I was left wondering."

3   A.  "Yes.  Now we need the one who has the rest of the

4   stuff."

5   Q.  "Who was it?"

6   A.  "The one with the hat who looked like a skinny junky who

7   said he worked moving the tiles from the pallets."

8   Q.  "Oh, yes.  The one who was there.  And who told you all.

9   That it was that guy."

10  A.  "One who helped pulled -- one who help them, but he

11  backed out and spilled the beans."

12  Q.  "Son of a fucking bitch.  And who has the stuff?  And

13  who else was involved of the ones who were there?"

14  A.  "Just the one I told you about."

15  Q.  "But the ones from the tow truck had to have helped him

16  accommodate it and all of that."

17  A.  "No one.  He and the one we're missing did it on their

18  own."

19  Q.  "Sons of fucking bitches.  And he didn't have any meat?

20  Or did he already deliver his part?"

21  A.  "He already delivered is it."

22  Q.  "How much?"

23  A.  "102 notebooks; and from that, we're going to give 40, 5

24  notebooks just to be cool."

25  Q.  "Okay.  All right.  Son, find that other bastard."

```
1              MS. NASEEF:  Turning to Government's Exhibit 37 to
2       39A.
3              (Whereupon, exhibits were published.)
4       BY MS. NASEEF:
5       Q.  What are these?
6       A.  Intercepted communication between Boss and Ice Man that
7       starts on June 13, 2013.
8       Q.  Before we start reading.  When you see the word "ping"
9       in an intercepted communication, what do you understand that
10      to be?
11      A.  The -- the sender is trying to get the receiver's
12      attention; so, like, physically trying to ping them.  Hey,
13      look at this message, or are you there-type thing.
14      Q.  How long after this last exchange where Abigael and the
15      defendant discussed the thief did these communications take
16      place?
17      A.  A little less than five days.
18              THE COURT:  Can I just clarify one thing?
19              So even though we're reading these -- so they look
20      like text messages, they're actually oral communications
21      between the individuals involved in the communication?
22              THE WITNESS:  No, Your Honor.
23              For these here, they were actual text messages,
24      similar to how you would send an SMS-type message.
25              THE COURT:  Like, typed on a BlackBerry?
```

1    THE WITNESS:  Yes, Your Honor.

2    THE COURT:  Okay.

3    THE WITNESS:  And in later iterations of BBM, I

4    believe you could send voice messages similar to how you

5    could with, like, WhatsApp, or things like that; but my

6    understanding is, at this point in time, it was just text

7    messages -- or text-based messages.

8    THE COURT:  So the way it worked is:  There would

9    be a ping, but it wasn't like a ring to pick up the phone;

10   it was a ping to look at a message?

11   THE WITNESS:  My understanding was that you would

12   get the ping on your screen but, then, also, like a --

13   whatever kind of noise to alert the device.  Like there was

14   something similar to, like, an iPhone chime or something

15   like that that you would get nowadays for an incoming

16   message.

17   THE COURT:  Okay.  All right.  Thank you.

18   BY MS. NASEEF:

19   Q.  Could you please read the Ice Man messages, and I will

20   read the Boss messages?

21   "Rojo.  Ping, ping, ping."

22   A.  "At your service, Uncle."

23   Q.  "Rojo, Chata is over here following that thief from

24   Manzanillo."

25   A.  "Where, Uncle?"

1   Q.  "On Lopez Cotilla.  Bring people over.  We have to get

2   him."

3   A.  "Tell him I'm going to send him Cholo's number so he can

4   tell them where he is, Uncle, please."

5   Q.  "Give them to him."

6   A.  "I already gave it to him."

7   Q.  "I'm going, too, to see if I can catch up with him.

8   Okay."

9   A.  "No, Uncle.  Don't you go."

10  Q.  "Just to follow him.  I am not even carrying a gun."

11  A.  "I already gave Cholo's number to Chata."

12  Q.  "But to follow him.  But tell Cholo to hurry the fuck up

13  and for them not to be dumb-asses."

14  A.  "I am looking for him now."

15  Q.  "Okay.  The guy parked.  We have to get him there."

16  A.  "Yes.  Cholo already answered me."

17        MS. NASEEF:  Turning to Government Exhibit -- oh,

18  sorry.  Continuing with Government Exhibit 38A.

19  BY MS. NASEEF:

20  Q.  "Cholo is at the airport.  Rojo, bring the guys that you

21  have with you."

22  A.  "I'm already calling Dany.

23  Q.  "Call Ocho Cinco's cousin, that guy is closer."

24  A.  "I'm already sending the guys, Uncle.  They will be

25  there in 15 or 20."

1    Q.  "Okay."

2              Continuing with Government's Exhibit 39A.

3              "Rojo, the guy went into an office here.  Have

4    them get the fuck over here to pick him up when he comes

5    out.  He is right here."

6    A.  "They're on their way there."

7              MS. NASEEF:  Turning to Government Exhibit 40A.

8              (Whereupon, an exhibit was published.)

9    BY MS. NASEEF:

10   Q.  What is this exhibit?

11   A.  This is intercepted communication between Boss and Flais

12   that starts on June 13, 2013.

13   Q.  And how long after the last exchange between Abigael and

14   the defendant did these communications take place?

15   A.  About ten minutes from the end of the last conversation.

16   Q.  And could please read the Flais messages, and I will

17   continue reading the Boss messages.

18   A.  Okay.

19              "We're all in position now."

20   Q.  "Okay.  Have the guys arrived?"

21   A.  "Yes.  There are three cars here and the truck I am in,

22   that's four cars total."

23   Q.  "Okay.  He can't be allowed to get into his car.  As

24   soon as he gets near, pick him up."

25   A.  "Right, sir.  He is not getting away from us here."

1    Q.  "It's on you, dude.  I am here in case he gets away from

2    you."

3    A.  "Ha, ha, ha.  No, Boss.  How could you even think that a

4    fucking dumb-ass like him would get away from us."

5    Q.  "There he goes, Flaco.  But wait until he gets in the

6    car."

7              MS. NASEEF:  Turning to Government Exhibit 41A.

8              (Whereupon, an exhibit was published.)

9    BY MS. NASEEF:

10   Q.  What is this exhibit?

11   A.  This is intercepted communication between Boss and Leo

12   that starts on June 13, 2013.

13   Q.  And when is this conversation happening relative to the

14   last communication?

15   A.  Roughly the same time, or just after.  Yeah, roughly the

16   same time.

17   Q.  And can you please read the Leo messages, and I will

18   read the Boss messages?

19   A.  Okay.

20              "We've picked him up."

21   Q.  "Was it him?"

22   A.  "The guy from the car, yes."

23   Q.  "Have them check his name.  Where are you?  So I can

24   head over."

25   A.  "Okay."

1    Q.  "Where are you taking him to go?"

2    A.  "I don't know.  Okay.  I'll find out for you."

3    Q.  "Where are you?"

4    A.  "Mex Lopez Ave."

5    Q.  "Come up Mex Avenue."

6    A.  "Okay."

7    Q.  "Terranova.  I will see you there.  Mex Avenue and

8    Terranova.  Flaco already called me.  He's going to Naciones

9    and Patria."

10   A.  "Okay.  We'll go there."

11   Q.  "Okay.  His name is Raul Gonzales."

12   A.  "Yes."

13   Q.  "That's him, smily face."

14   A.  "Is that all?"

15   Q.  "Richar picked him up."

16           MS. NASEEF:  Turning to Government Exhibit 42A.

17           (Whereupon, an exhibit was published.)

18   BY MS. NASEEF:

19   Q.  What is this exhibit?

20   A.  This is intercepted communication between Boss and Flais

21   that starts on June 13, 2013.

22   Q.  And when did these communications take place relative to

23   the last set?

24   A.  Roughly the same time, simultaneous.

25   Q.  And can you please read the Flais messages, and I will

1    read the Boss messages.

2    A.  Okay.

3    Q.  "Have you got him?  Ping."

4    A.  "Yes, we've got him here."

5    Q.  "To which office, to go talk to him?"

6    A.  "Come to Naciones Unidas and Patria to an office of

7    Ruben's."

8    Q.  "Okay.  Check his name?"

9    A.  "Okay."

10   Q.  "To see if it's the one that Chata gave you."

11   A.  "I'll check now.

12          "Yes, it's the guy.  His name is Raul Gonzales."

13   Q.  "Fuckin' A, okay."

14   A.  "Smiley face."

15   Q.  "I'm heading to Patria Naciones.  Okay."

16   A.  "But I'm clearing the way with the ones with the

17   lights."

18   Q.  "No.  Take it easy.  Can't have you getting stopped by

19   the police."

20   A.  "Yes, boss.  We're taking it easy."

21   Q.  "Okay."

22   A.  "No.  We already cleared the way."

23   Q.  "Where are you going?  I am on Patria and Naciones."

24   A.  "I'll come get you, Boss.  Okay, Boss."

25          MS. NASEEF:  Turning to Government Exhibit 43A.

```
1              (Whereupon, an exhibit was published.)

2    BY MS. NASEEF:

3    Q.  What is this exhibit?

4    A.  This is intercepted communication between Boss and Ice

5    Man that starts on June 13, 2013.

6    Q.  And how long after the last set of messages did this

7    take place?

8    A.  Approximately 20 minutes after.

9    Q.  Can you please read the Ice Man messages, and I will

10   read the Boss messages.

11   A.  Okay.

12              "Uncle, I have the prey put away now."

13   Q.  "Yes.  I'm here with him."

14   A.  "I'm on my way over there.  I'll be there in ten."

15   Q.  "Okay."

16   A.  "Uncle, have them throw out the telephones the guy has

17   because an iPhone he has is being tracked."

18   Q.  "Okay."

19              Taken together, what is your understanding of the

20   communication in Exhibits 36 to 43A?

21              MR. COLOMBO:  Objection, Your Honor.

22              THE COURT:  Overruled.

23              MR. COLOMBO:  May we briefly --

24              THE COURT:  Okay.

25              (Whereupon, an exhibit was published.)
```

1          (Whereupon, a bench conference was held as

2     follows:)

3          MR. COLOMBO:  Your Honor, I would have -- in

4     order -- so I don't have to keep objecting now, I would just

5     request that Your Honor entertain a continuing objecting to

6     the agent offering his opinion as to what these

7     conversations mean.

8          THE COURT:  No.  You can object each time that

9     they say it because he is not decoding words.  It's based on

10    his reading of the text.

11         And do you want a limiting instruction that they

12    can make up their own minds?

13         I mean, you haven't asked for that, you just want

14    to keep it all out.  He is familiar with the investigation,

15    he is familiar with the operations; he has the experience to

16    understand the context.  I am going to let him describe what

17    he believes is going on here.

18         MR. COLOMBO:  I understand, Your Honor.  But I

19    would object to him offering his opinion, as I stated.  A

20    limiting instruction would be appropriate, and we'll craft

21    one for the Court when it's appropriate.

22         THE COURT:  Okay.  All right.

23         (Whereupon, the bench conference concludes.)

24    BY MS. NASEEF:

25    Q.  So taken together, what is your understanding of the

93

1    communication in Exhibits 36 to 46A that we just read?

2    A.   That the defendant, his uncle, and others involved were

3    trying to pick up Raul Gonzales and take him to Ruben's

4    office.

5    Q.   And who is Ruben?

6    A.   The defendant.

7    Q.   And did they say who Ruben -- sorry, Raul Gonzales was?

8    A.   They believed him to be the thief that they mentioned

9    previously.

10          MS. NASEEF:   Turning to Government Exhibits 44A

11   and 45A.

12          (Whereupon, exhibits were published.)

13   BY MS. NASEEF:

14   Q.   What are these exhibits?

15   A.   44A is intercepted communication between Boss and Ice

16   Man that starts on June 14, 2013; and 45A is the

17   communication between the same Boss and Ice Man on June 14,

18   2013, and appears to be just one longer conversation.

19   Q.   Can you please read the Ice Man messages, and I will

20   read the Boss messages.

21   A.   Okay.

22   Q.   "Rojo, they have Mimo at the old civil hospital.  Set up

23   an operation to see if you can get him out of there.  Tell

24   Torna to help you out."

25   A.   "It's because he wasn't doing well after the beating

1   they gave him."

2   Q.  "Yes.  I can imagine."

3   A.  "Let me send someone to check.  The blacks are going to

4   have surveillance."

5   Q.  "But I think we can get them away from there.  Send

6   Mimo's kid Kike to check.  He's bad-ass."

7   A.  "Let me find him to send him over to see how things

8   are."

9   Q.  "Chido says that Kike already went and that Melvin went

10  in to see them.  Call them, they already know what the deal

11  is."

12  A.  "Okay.  Let me ask Chido for the telephone number."

13  Q.  "The Russian I sent for to kick Najera's fucking ass

14  arrives on Tuesday.  Get a good one ready for me who knows

15  how to ride a motorcycle to get him out of there."

16  A.  "I think I already have one in mind.  Let me find him so

17  I can start talking it over with him."

18  Q.  "Have a motorcycle for him that runs fast but not over

19  the top, because we have to take down those dogs that are

20  hitting us hard, okay?  Get that ready.  Chivello and I are

21  arranging everything else."

22  A.  "Okay.  Let me set that up.  When does the guy arrive?"

23  Q.  "And a place where you can hide the Russian once he

24  arrives, on Tuesday."

25  A.  "The place is already ready."

1    Q.  "It's a good one that came the first time.  Curly says

2    you know him.  And have a rifle for him with a scope."

3    A.  "Ask him if it's your Yura or Oleig.  I already have the

4    rifle, too, and it's one that they like to use."

5    Q.  "Okay.  He's one of the first ones that came."

6    A.  "He's the skinny guy.  His name is Oleig."

7    Q.  "Okay.  Check into Mimo's thing.  We have to make the

8    effort for him; that duty is like family, and we can't leave

9    him behind."

10              Continuing to Government's Exhibit 45A -- if you

11   could keep reading Ice Man, please.

12   A.  Okay.

13              "No.  You know that.  No, Uncle.  But Kike has

14   said that there are fuckload of dudes from the 14."

15   Q.  "What are the ones from 14?  Blacks or others?"

16   A.  "They're from the 14, but Kike is the one who is saying

17   there are a lot of them."

18   Q.  "Or what?  What are the ones from the 14?  Normal

19   police?"

20   A.  "They are the ones who check murders, kidnappings, and

21   stuff like that."

22   Q.  "Oh, okay."

23              So what are defendant and Abigael discussing in

24   these messages in the last two exhibits?

25              MR. COLOMBO:  Objection, Your Honor.

1          THE COURT:  Overruled.

2          THE WITNESS:  They're discussing that a member --

3     an individual they know, Mimo, was in the hospital after

4     taking a beating; and they're trying to -- to get him out of

5     that situation, as well as trying to arrange logistics for a

6     Russian that's coming into town.

7     BY MS. NASEEF:

8     Q.  And from the conversation, what appears to be the

9     difficulty with getting Mimo out of the hospital?

10    A.  That there is surveillance on him at the hospital.

11    Q.  Who, specifically?

12    A.  The police.

13    Q.  And in the part of this conversation about the Russian,

14    what is the defendant saying he is going to do to prepare

15    for the Russian's arrival?

16    A.  He is going to get a place ready for the Russian to

17    stay, already has a rifle with a scope that they like to use

18    ready, as well as try and find a motorcycle for them.

19         MS. NASEEF:  Turning to Government Exhibit 46A.

20         (Whereupon, an exhibit was published.)

21    BY MS. NASEEF:

22    Q.  What is this exhibit?

23    A.  This is intercepted communication between Boss and Ice

24    Man that starts on June 15, 2013.

25    Q.  And how long after the conversation in 44 to 45A is this

1    conversation?

2    A.  About seven hours.

3    Q.  Can you continue reading Ice Man, and I will continue

4    reading Boss?

5              "Rojo, get everything ready that we need to take

6    that fucker out.  They went too fucking far with Mimo and

7    that other dude.  They stripped them and stuck a rifle up

8    their asses."

9    A.  "We're going to take out the one that we -- that we were

10   just talking about, right?"

11   Q.  "Yes."

12             How is this conversation related to the

13   conversation in 44 to 45A about breaking Mimo out of the

14   hospital?

15   A.  That they were going to --

16             MR. COLOMBO:  Objection, Your Honor.

17             THE COURT:  Overruled.

18             Ladies and gentlemen, just so you understand, the

19   agent is testifying about his -- the various topics that are

20   being covered in these different BBM text communications.

21             You can read the same language, and you can decide

22   whether or not you want to accept his testimony or not.

23             But this is based on his familiarity with the

24   fuller context of the BBM communications and understanding

25   of the operations of this particular cartel.  But

1    ultimately, it's up to you to decide what these messages say

2    or don't say, what the topics are, and what they're talking

3    about.  But this is based on his experience, what he

4    believes they're talking about.

5            So you can answer the question, unless you need it

6    repeated.

7            THE WITNESS:  Could you please repeat the

8    question?

9            MS. NASEEF:  Yes.

10   BY MS. NASEEF:

11   Q.  How is the conversation in 46A related to the

12   conversation in 44 to 45A about breaking Mimo out of the

13   hospital?

14   A.  They're following up and saying that they're actually

15   going to follow through and -- and try and take out the one

16   individual that they know was responsible or at least

17   involved.

18           MS. NASEEF:  Turning to Government Exhibit 47A.

19           (Whereupon, an exhibit was published.)

20   BY MS. NASEEF:

21   Q.  What is this exhibit?

22   A.  This is intercepted communication between Boss and Ice

23   Man that starts on June 23, 2013.

24   Q.  Can you please read the Ice Man messages, and I will

25   read the boss messages.

1    A.   Okay.

2              "Uncle, how are you?  Good morning."

3    Q.  "Good morning, Son.  What's up?"

4    A.  "Listen, Uncle, could you ask Valente's nephew to ask

5    Marinela what the three armed helicopters that arrived in

6    Colima are here for?  Thanks."

7    Q.  "Okay.  Let me ask."

8    A.  "Thanks, Uncle."

9    Q.  "I called her, and she is going to call, and she'll let

10   me know soon."

11   A.  "Okay.  I'll wait for your message, Uncle.  Thanks very

12   much."

13   Q.  "Rojo, there is no operation, just that the boat is

14   nearby, and that's why they came on land.  They'll give me

15   more information later.  Ping."

16   A.  "Okay, Uncle.  Let me know if you find out anything else

17   to notify over there."

18   Q.  "Okay."

19              Is this incident with three helicopters in this

20   communication different than the helicopter incident from

21   May 21, 2015, that we have heard about in other testimony?

22   A.  Yes, it is.  It is different.

23              MS. NASEEF:  Turning to Government Exhibit 76A.

24              (Whereupon, an exhibit was published.)

25   BY MS. NASEEF:

1    Q.   What is this exhibit?

2    A.   This is intercepted communication between El Escorpion

3    and Billy the Kid that starts on October 19, 2013.

4    Q.   Can you read the Billy the Kid messages, and I will read

5    the El Escorpion messages.

6    A.   Okay.

7    Q.   "My Brother, if you are not too busy, could you give me

8    a hand and check on something?"

9    A.   "What is it about, Brother?"

10   Q.   "Check it out, my Brother.  My friend, the engineer, who

11   I have spoken to you about, the one who is checking on the

12   powders that he brought to see if they are working well to

13   do work with the laminate that I had asked for you, to see

14   if we could sell it to him.  Yesterday, at like 4:00, he

15   went to Ocotlan where he has, like, a little carpentry

16   workshop, and behind is where they do all the tests of the

17   work.  He disappeared yesterday from there.  He is the same

18   one who sent you the gift with the little horn that day.

19   See if maybe the people in Ocotlan knew anything, Brother.

20   If you could help me out and check.  His wife is really

21   worried here.  The engineer's name is Salvador Chavez

22   Gonzalez."

23   A.   "Who introduced you to that person, Brother."

24   Q.   "I've known him for, like, five years.  He is close

25   friend of my close friend, Fernando Villalovos.  Brother,

1    that dude is totally good with us, eh?"

2    A.  "I have him and 12 other individuals tied up."

3    Q.  "Oh, okay, my Brother.  That's great.  No.  That guy, if

4    you want, I'll go right now to where you-all have them.  He

5    let us borrow his ranch in Mazatmitla when the baby was

6    there so they could fuck up those lowlifes from Michoacán

7    that were trying to come in.  That guy is a great guy, my

8    Brother.  I will totally vouch for him.  I have a lot of

9    respect for him.  The others are his workers and from the

10   avocado farm and that."

11   A.  "The dude isn't doing -- the dude is doing wrong,

12   Brother.  He hasn't told you the truth about what does."

13   Q.  "What does the dude do?"

14   A.  "I need to talk to you in person so you know the truth."

15   Q.  "Yes, my Brother.  Where can I see you?  But leave them

16   alone for a bit, for me, so there is no mistake, please."

17   A.  "There are no mistakes with me, Brother.  You know how I

18   work."

19   Q.  "You know if somebody is doing wrong, obviously he has

20   to go.  But, my Brother, I know you, my Brother, and I know

21   that you do.  Tell me where I can see you."

22            MS. NASEEF:  Turning to Government Exhibit 77A.

23            (Whereupon, an exhibit was published.)

24   BY MS. NASEEF:

25   Q.  What is this exhibit?

1    A.   Intercepted communication between El Escorpion and Billy

2    the Kid that starts on October 20, 2013.

3    Q.   How long after the last set of messages were these

4    messages sent?

5    A.   About 18 days.

6    Q.   Can you continue reading the Billy the Kid messages, and

7    I will read the El Escorpion messages.  For now, we'll take

8    a break at Line 7.

9    A.   Okay.

10    Q.   "How is Salvador doing, my Brother?  He is a chemical

11    engineer with a degree and with a master's.  The dude is

12    super qualified.  That dude is bad-ass in chemistry.  He

13    must even know how to make bombs.  Maybe he could make us

14    some, ha-ha, ha-ha."

15    A.   "He is still put away there, Brother."

16    Q.   "You know what, my Brother?  I talked to my friend

17    Eliazar Oseguera.  He is the son of a brother of Venadito's;

18    may he rest in peace.  He worked with Salvador five or four

19    years ago, there in Cajititlan and he's asking me if you

20    guys put away some big dude of Dos's some years ago.  He can

21    take us to see if they are the same ones or not.  What do

22    you think?"

23    A.   "We're talking there to this dude now.  If he comes out

24    clean, we won't do anything to him."

25    Q.   "Yes, Bro'.  Thanks.  Truly he is really a good person;

1    really upstanding, that dude.  And I assure you, whatever

2    you ask of him, he will do it for us.  He's fucking

3    brilliant in chemistry.  I already told you about him.  I

4    like for us to have him in Caji, do for us -- I like for him

5    to have us in Caji to do the pills, those green ones that we

6    talked about with your dad that day, you remember?  Those

7    are worth a lot of money.  I'm sure Salvador knows how to

8    make them.  Those ugly green pills, ha, ha, ha, that even

9    your dad said fucking pills look like a devil, ha, ha, ha."

10   A.  "The OxyContin."

11   Q.  Are you familiar with OxyContin from your work as a DEA

12   agent?

13   A.  Yes, I am.

14   Q.  And what is OxyContin?

15   A.  OxyContin is an opioid-based pain reliever.

16   Q.  And what does OxyContin look like?

17   A.  Typically, little round blue pills.

18   Q.  Is OxyContin a prescription medication that can be

19   obtained legally?

20   A.  Yes, it is.

21   Q.  Are there any drugs that are sold on the black market

22   that are similar to OxyContin?

23   A.  Yes.

24   Q.  And what is that?

25   A.  Fentanyl.  Typically, nowadays, fentanyl is distributed

1    or -- or used in fake OxyContin pills that are blue or

2    various colors.

3    Q.  Let's continue reading.

4         Can you start at Line 7, and we'll stop -- can you

5    start at Line 7.  And we'll read until the end.

6    A.  Okay.

7         "The OxyContin."

8    Q.  "Right, my Brother, those.  This dude does them easy.

9    That dude is a worker.  And believe me, there's no one

10   better than that dude for all things chemistry.  The dude is

11   really educated.  I can assure you that that guy even knows

12   how to make bombs."

13   A.  "If he's so educated, he wouldn't have been a dumb-ass;

14   and if he would have approached me, nothing would have

15   happened to him."

16   Q.  "Yes, Brother, I know.  That's why he talked to me.

17   Really, his thing was trying to approach you since that day

18   he sent you the horn as a gift.  And he would always say to

19   me that anything that he could offer to you or to your dad,

20   he was there, the support and all that.  That's why I told

21   you about him; but I didn't have the chance to introduce him

22   to you."

23   A.  "They wanted to fuck that prick, but they don't know

24   that it's the prick that does the fucking, Brother."

25   Q.  "Ha, ha, ha, ha, ha.  Brother, you're the real deal,

1    that goes without saying.  Ha, ha, ha."

2    A.  "Chin up, Brother.  Good day.  I'll see you Thursday."

3    Q.  "Brother, you're going to see that, with that dude,

4    we'll make those fucking pills, and fucking awesome ones.  I

5    totally guarantee it."

6    A.  "They're going to ask him that now."

7    Q.  "Yes, Brother.  Have them ask him.  That guy was the one

8    who discovered a long time ago, when ephe was scarce, to do

9    it with the liquids.  That guy was the one who invented the

10   formula."

11   A.  "Look, Brother, that guy also told me something else;

12   that you gave him permission to work, and that you went half

13   and half on everything he made."

14   Q.  "No, Brother, that's not right.  Since I talked to you,

15   supposedly he was going to make three with the powders:  One

16   for momia, one for him, a half a one for me, and a half for

17   the guys; I'm telling you.  And in front of him right now,

18   wherever you tell me.  Ha, ha, ha."

19   A.  "All right, Brother.  I was just asking because that's

20   what the dude is saying."

21   Q.  "I told him that I had spoken to you, and even that you

22   had given us permission to try those powders the day that

23   you authorized me, Bro'.  That's all.

24         "And remember that I asked you for the laminate

25   when I told you that the guy told me that the little bags

1    had worked?  And I didn't want to pester you.  And he got

2    them on credit in the DF with a friend of his who sent them

3    by parcel.  And if you ask him, he should have the package

4    receipt.

5            "When he was working hard, I hadn't even met him;

6    that was more than five years ago.  And that's when he made

7    that workshop in Caji; and supposedly he stopped, and it was

8    closed for years.  Supposedly they only do part of the

9    process there because it doesn't work for the whole process.

10   He has to use somewhere else for the initial process, that's

11   why a couple months ago he got in Ocotlan.  And that's when

12   I told you, my Brother, just like that.

13           "But for making the pills, I think the one in the

14   Cajititlan is excellent.  He showed it to me a few months

15   ago.  He told me:  Look, I'm going to show you a place

16   that's fucking great, but I've had it closed for some time.

17   But if the tests of the bags work, we can reopen.  And he

18   took me, and it looked excellent to me.

19           "I don't know the one in Ocotlan, my Brother; but

20   he told me that he rented it just a few months ago for the

21   thing with the little bags.

22           "And, my Bro', if we were in that deal with the

23   little bags, it's because I asked you for authorization

24   before.  I am nobody to authorize anything, except with your

25   permission.  You are the one who is in charge and who

1    authorized.  And remember that I told you that whatever

2    needed to be paid, for you to tell me; and you told me to

3    just send you a little to see if it came out good with the

4    little bags.  And I told you that I would send you one whole

5    one for you to see and if it would work for us to make it

6    with the product.

7            "Bro', like five days ago Salvador had told me

8    that he has an excellent freight rate direct to Canada for

9    the ice and that it's really expensive there.  I don't know

10   if you have a client there.  The interesting thing is that

11   he himself transports, brings the check back down.  Ask him,

12   if you want, how that trip is.  It sounded interesting to

13   me."

14   A.  "I'll ask him now."

15   Q.  "Okay, Bro'.  Thanks.  Standing by."

16   A.  "Good day, Brother."

17           MS. NASEEF:  Turning to Government Exhibit 78A.

18           (Whereupon, an exhibit was published.)

19   BY MS. NASEEF:

20   Q.  How long after the last set of messages were these

21   messages sent?

22   A.  A little less than 24 hours.

23   Q.  Who was talking in these messages?

24   A.  El Escorpion and Billy the Kid.

25   Q.  Can you continue reading Billy the Kid, and I will read

1    El Escorpion.  And we'll stop at Line 4.

2    A.  Okay.

3        "I'm going to let him go now, Brother.  I'm just

4    going to discuss an agreement with him for him to work with

5    me."

6    Q.  "Of course.  Yes, Bro'.  You'll see that you're going to

7    have an excellent result.  If you want, we can get together

8    during the week with him to talk about the OxyContin.  You

9    say you have to do it big."

10   A.  "All right, Brother.  So you know, I'm going to give him

11   a boost."

12   Q.  "Thanks, Bro'.  I know that you are a great man, just as

13   fair and honorable as your dad, and that's why I love you

14   guys.  And I admire you so much, Bro'.  And believe me, the

15   greatest pride I have in life is having your great

16   friendship and your father's and your family's.  God bless

17   you always, Bro'."

18        What is your understanding of this last set of

19   communications?

20        MR. COLOMBO:  Objection, Your Honor.

21        THE COURT:  Overruled.

22        THE WITNESS:  That the defendant and others -- El

23   Escorpion and others are discussing trying to have an

24   individual, Salvador, released from the defendant because

25   Salvador has value; he can help manufacture OxyContin or

1    other drugs.  And that -- ultimately, the defendant says he

2    is going to let him go.

3    BY MS. NASEEF:

4    Q.  And why was the defendant going to let him go?

5    A.  So that he can --

6              MR. COLOMBO:  Objection, Your Honor.

7              THE COURT:  Overruled.

8              THE WITNESS:  So that -- because they had come --

9    they had made an agreement as far as working for the

10   defendant.

11   BY MS. NASEEF:

12   Q.  Are there more communications on Exhibit 18 and 18A that

13   other witnesses may review in this trial?

14   A.  Yes.

15             MS. NASEEF:  No further questions, Your Honor.

16             THE COURT:  Who is doing the cross?

17             Mr. Colombo, will you take more than ten minutes?

18             MR. COLOMBO:  I don't know, Your Honor.

19             THE COURT:  Because the question is:  Would you

20   prefer to break now for lunch and then -- so you won't

21   interrupt your cross for lunch?

22             MR. COLOMBO:  I think it would be better to take a

23   break now, Your Honor, than...

24             THE COURT:  All right.  We'll take our lunch break

25   now.  Please come back at 1:30.

1           (Whereupon, the jury was excused.)

2           THE COURT:  Agent, you can leave the stand.

3           Do you want to come back a little early to take up

4     the matter with the other witness, or do you want to do that

5     now?

6           MS. SAHNI:  Your Honor, I would request that we

7     come back.

8           We did let the witnesses's attorney know that we

9     may be addressing this at lunchtime, but I do not see him in

10    the courtroom; so if we come back a little early that should

11    give him time if he wants.

12          THE COURT:  Okay.  I asked the jury to come back

13    at 1:30, so why don't we plan to reconvene -- it's

14    Mr. Feitel?

15          MS. SAHNI:  Yes, Your Honor.

16          THE COURT:  And you can tell Mr. Feitel that we're

17    resuming at 1:15.  Okay?  That will give everybody enough

18    time for lunch.  Okay.

19          (Whereupon, a luncheon recess was taken, 12:22 p.m.)

20          (Whereupon, the afternoon session was reported by

21    Lorraine Herman and is bound under separate cover.)

22                        *  *  *  *  *

23

24

25

1                              **INDEX**

2

   **WITNESS**                                    **PAGE**

3
   Ivan Morales Corales                          8, 20, 37

4
   Kevin Novick                                  38

5


6                            **EXHIBITS**

7
   Government's 18                               52

8
   Government's 18                               53

9
   Government's 19                               78

10

11

12

13                         **CERTIFICATE**

14         I, ELIZABETH DAVILA, RPR, FCRR, do hereby certify
   that the foregoing constitutes a true and accurate

15   transcript of my stenographic notes, and is a full, true,
   and complete transcript of the proceedings to the best of my

16   ability.

17         This certificate shall be considered null and void
   if the transcript is disassembled and/or photocopied in any

18   manner by any party without authorization of the signatory
   below.

19

20      Dated this 24th day of November, 2024.

21
        /s/ Elizabeth Davila, RPR, FCRR

22      Official Court Reporter

23

24

25

## $

**$190,000** [1] - 43:20

## /

**/s** [1] - 111:21

## 0

**02** [1] - 56:7

## 1

**1** [7] - 13:5, 13:8, 19:19, 50:20, 53:4, 61:21
**10** [1] - 57:20
**100** [1] - 82:4
**102** [1] - 83:23
**105** [2] - 1:16, 1:19
**12** [3] - 73:15, 73:21, 101:2
**12:22** [1] - 110:19
**13** [6] - 64:12, 84:7, 87:12, 88:12, 89:21, 91:5
**14** [11] - 41:21, 51:21, 56:23, 57:2, 57:20, 93:16, 93:17, 95:14, 95:15, 95:16, 95:18
**145** [1] - 1:12
**15** [2] - 86:25, 96:24
**157F** [5] - 65:20, 65:21, 66:16, 66:17, 67:4
**16** [2] - 1:4, 12:7
**16-229** [2] - 1:3, 2:3
**18** [21] - 12:5, 21:22, 36:14, 36:20, 36:25, 37:1, 51:1, 51:6, 51:20, 52:1, 52:2, 52:10, 52:15, 53:12, 58:17, 59:23, 60:25, 102:5, 109:12, 111:7, 111:8
**18A** [6] - 52:7, 52:19, 53:2, 53:3, 53:12, 109:12
**19** [13] - 54:5, 63:12, 64:25, 66:24, 71:11, 77:14, 77:22, 77:25, 78:10, 78:11, 78:14, 100:3, 111:9
**193-2** [1] - 3:1
**1990** [1] - 41:21
**19A** [3] - 78:1, 78:6, 78:7
**1:15** [1] - 110:17
**1:30** [2] - 109:25,

110:13
**1st** [7] - 10:11, 10:14, 10:21, 11:19, 11:20, 11:25, 20:6

## 2

**2** [7] - 44:6, 60:4, 61:23, 63:13, 75:19, 76:15, 79:14
**20** [7] - 51:21, 61:25, 68:13, 86:25, 91:8, 102:2, 111:3
**20-week** [1] - 39:4
**2012** [1] - 9:5
**2013** [33] - 44:22, 58:17, 59:23, 60:25, 62:10, 62:24, 63:22, 64:12, 65:10, 66:4, 67:12, 68:10, 69:22, 71:23, 72:10, 73:9, 74:8, 74:24, 75:19, 76:15, 79:14, 82:19, 84:7, 87:12, 88:12, 89:21, 91:5, 93:16, 93:18, 96:24, 98:23, 100:3, 102:2
**2014** [1] - 44:22
**2015** [9] - 10:11, 13:5, 13:8, 19:19, 20:6, 42:21, 43:19, 43:20, 99:21
**2017** [1] - 38:23
**202** [1] - 1:13
**2024** [2] - 1:4, 111:20
**20530** [1] - 1:13
**20A** [7] - 52:20, 52:23, 53:5, 53:13, 57:23, 58:15, 61:25
**21** [5] - 71:23, 72:10, 73:9, 74:8, 99:21
**21A** [1] - 59:18
**22** [2] - 62:10, 74:24
**22A** [1] - 60:20
**23** [2] - 63:7, 98:23
**236-1704** [1] - 1:17
**236-8344** [1] - 1:20
**23A** [1] - 62:5
**24** [2] - 68:14, 107:22
**24A** [2] - 62:19, 63:7
**24th** [1] - 111:20
**25** [1] - 60:1
**25A** [1] - 64:7
**25AA861F** [1] - 71:3
**26** [1] - 71:5
**26A** [1] - 67:7
**27A** [1] - 68:5
**28A** [3] - 52:21, 69:17, 71:5
**29** [1] - 72:24

**29A** [1] - 71:18
**2AA15E73** [1] - 57:15
**2AA16A69** [1] - 62:13
**2AA2DE0C** [1] - 57:18
**2AA2DEA1** [1] - 57:21

## 3

**3** [5] - 43:15, 43:18, 63:2, 63:24, 65:1
**30** [1] - 45:18
**30-day** [2] - 49:20, 49:21
**30A** [2] - 72:5, 72:24
**31** [1] - 75:8
**31A** [1] - 73:4
**32A** [1] - 74:3
**33** [1] - 20:11
**33A** [2] - 74:19, 75:8
**34** [4] - 77:8, 80:1, 81:12, 82:6
**34A** [1] - 75:14
**35** [3] - 80:1, 81:12, 82:6
**3500** [1] - 4:7
**35A** [3] - 76:10, 77:8, 78:16
**36** [2] - 91:20, 93:1
**366** [2] - 12:22, 13:11
**367** [1] - 44:6
**36A** [2] - 65:5, 82:14
**37** [2] - 84:1, 111:3
**38** [1] - 111:4
**38A** [1] - 86:18
**39** [1] - 51:17
**39A** [2] - 84:2, 87:2

## 4

**4** [8] - 51:21, 64:14, 65:13, 66:6, 66:25, 76:22, 79:17, 108:1
**40** [1] - 83:23
**40A** [1] - 87:7
**41A** [1] - 88:7
**42A** [1] - 89:16
**43A** [2] - 90:25, 91:20
**44** [3] - 96:25, 97:13, 98:12
**44A** [2] - 93:10, 93:15
**45A** [6] - 93:11, 93:16, 95:10, 96:25, 97:13, 98:12
**46A** [3] - 93:1, 96:19, 98:11
**47A** [1] - 98:18
**4:00** [1] - 100:14

## 5

**5** [7] - 56:23, 57:2, 57:14, 61:5, 71:11, 78:22, 83:23
**50** [4] - 15:19, 32:21, 59:2, 59:8
**52** [1] - 111:7
**53** [1] - 111:8
**58** [1] - 51:21
**58A** [5] - 52:20, 52:21, 52:23, 53:5, 53:13
**598-2493** [1] - 1:13
**5:00** [1] - 14:21

## 6

**6** [4] - 66:4, 77:14, 77:25, 78:7
**60** [1] - 51:21
**60A** [5] - 52:20, 52:21, 52:23, 53:5, 53:14
**619** [2] - 1:17, 1:20
**661F** [6] - 62:1, 62:2, 62:14, 63:8, 63:9, 63:15
**6:00** [1] - 14:22
**6A69** [9] - 62:18, 64:4, 64:5, 64:21, 64:22, 65:2, 72:13, 73:3, 75:12

## 7

**7** [5] - 57:14, 67:12, 102:8, 104:4, 104:5
**70** [1] - 19:10
**73A** [1] - 63:17
**75A** [4] - 79:9, 80:1, 81:12, 82:6
**76A** [1] - 99:23
**77A** [1] - 101:22
**78** [1] - 111:9
**78A** [1] - 107:17

## 8

**8** [7] - 57:17, 62:24, 65:10, 68:10, 69:22, 82:19, 111:3
**804(a** [1] - 3:3
**804(b)(1)** [1] - 3:7
**80A** [1] - 65:24
**861F** [3] - 71:6, 71:7, 71:15

## 9

**9** [2] - 57:17, 63:22
**902** [1] - 50:21

**92101** [1] - 1:17
**92101-6036** [1] - 1:20
**97** [1] - 51:22
**97A** [5] - 52:20, 52:22, 52:23, 53:5, 53:14
**9:03** [1] - 1:4
**9mm** [1] - 22:25
**9mms** [1] - 23:3

## A

**a.m** [2] - 1:4, 14:22
**Abigael** [23] - 55:17, 55:20, 55:25, 56:2, 56:9, 56:12, 56:14, 56:17, 56:19, 57:9, 57:12, 58:19, 62:4, 63:10, 64:6, 64:24, 65:23, 69:24, 71:8, 84:14, 87:13, 95:23
**ability** [1] - 111:16
**able** [14] - 11:19, 15:11, 15:15, 15:19, 15:23, 16:2, 16:17, 17:4, 25:11, 25:22, 26:2, 40:5, 48:5
**absolutely** [1] - 6:3
**academy** [1] - 39:16
**Academy** [2] - 9:5, 9:12
**accept** [1] - 97:22
**acceptable** [2] - 5:2, 80:16
**accommodate** [1] - 83:16
**accurate** [10] - 13:4, 13:7, 50:23, 53:6, 63:13, 65:1, 67:3, 71:14, 77:17, 111:14
**acronym** [1] - 68:1
**Act** [2] - 4:21, 40:24
**action** [1] - 3:18
**Action** [1] - 1:2
**active** [1] - 28:16
**activity** [2] - 49:6, 49:19
**actual** [1] - 84:23
**add** [2] - 62:12, 70:25
**added** [1] - 71:4
**additional** [1] - 9:18
**address** [1] - 2:23
**addressing** [1] - 110:9
**administering** [1] - 8:23
**Administration** [2] - 29:10, 38:20
**administration** [1] - 8:21
**admire** [1] - 108:14
**admission** [1] - 53:12

2

**admit** [7] - 3:5, 13:10, 51:20, 52:19, 54:9, 54:17, 77:25
**admitted** [9] - 13:12, 44:5, 52:1, 52:2, 53:2, 53:3, 53:11, 56:22, 78:14
**advise** [2] - 3:24, 6:24
**affidavit** [2] - 45:8, 45:20
**afternoon** [6] - 3:12, 63:4, 64:16, 75:5, 75:23, 110:20
**agency** [2] - 27:12, 27:16
**Agent** [7] - 2:12, 38:8, 38:10, 56:24, 80:10, 81:4, 81:16
**agent** [16] - 38:19, 38:23, 39:4, 40:21, 44:25, 45:7, 80:8, 80:14, 80:16, 80:18, 81:16, 81:22, 92:6, 97:19, 103:12, 110:2
**agents** [4] - 41:11, 48:23, 49:13, 55:12
**aggressors** [1] - 30:6
**ago** [11] - 46:6, 76:2, 76:8, 102:19, 102:20, 105:8, 106:6, 106:11, 106:15, 106:20, 107:7
**agreement** [2] - 108:4, 109:9
**ahead** [1] - 73:13
**aided** [1] - 1:25
**aircraft** [9] - 25:16, 32:13, 32:17, 33:13, 34:17, 35:19, 36:4, 36:9, 36:12
**airport** [9] - 10:19, 10:20, 11:10, 11:17, 11:18, 20:25, 26:18, 31:11, 86:20
**Airport** [8] - 10:25, 11:16, 21:1, 21:5, 30:8, 30:11, 30:13, 32:3
**Alejandro** [5] - 76:2, 76:17, 77:1, 77:6, 82:12
**alert** [2] - 15:3, 85:13
**alerting** [1] - 4:16
**alias** [7] - 62:16, 63:11, 64:6, 65:22, 66:18, 71:9, 75:12
**alleviate** [1] - 54:22
**allow** [2] - 26:8, 31:7
**allowed** [1] - 87:23

94:21
**alone** [1] - 101:16
**alphanumeric** [1] - 46:18
**ALSO** [1] - 1:22
**AMERICA** [1] - 1:2
**America** [1] - 2:3
**American** [1] - 27:8
**ammunition** [4] - 15:11, 15:15, 42:24, 43:10
**amount** [1] - 21:25
**Ancalle** [2] - 2:13, 57:5
**Ancalle-Jimenez** [1] - 2:13
**Ancira** [1] - 66:21
**Angela** [1] - 2:13
**Angeles** [1] - 38:20
**announced** [1] - 5:9
**answer** [3] - 37:23, 76:7, 98:5
**answered** [1] - 86:16
**answering** [2] - 60:13, 74:1
**Anthony** [1] - 2:17
**ANTHONY** [1] - 2:17
**anthonycolombolegal@gmail.com** [1] - 1:18
**anticipated** [1] - 3:16
**apologies** [1] - 13:14
**appear** [1] - 81:13
**appearance** [1] - 4:17
**APPEARANCES** [1] - 1:9
**appearing** [1] - 2:16
**application** [1] - 46:11
**approach** [2] - 51:3, 104:17
**approached** [1] - 104:14
**appropriate** [2] - 92:20, 92:21
**April** [3] - 67:12, 68:10, 69:22
**AR-15** [2] - 22:24, 23:1
**area** [6] - 17:7, 17:9, 17:15, 18:1, 30:25, 35:19
**armed** [17] - 22:5, 22:6, 22:9, 22:10, 22:11, 22:12, 22:16, 22:17, 22:19, 22:20, 24:14, 25:19, 25:21, 25:22, 26:1, 99:5
**armored** [1] - 32:22
**arms** [2] - 19:10, 22:20
**arose** [1] - 15:3
**arrange** [1] - 96:5
**arranging** [2] - 70:20,

94:21
**arrest** [2] - 42:22, 44:2
**arresting** [1] - 29:8
**arrival** [1] - 96:15
**arrive** [1] - 94:22
**arrived** [6] - 11:10, 11:17, 21:3, 64:19, 87:20, 99:5
**arrives** [2] - 94:14, 94:24
**articles** [2] - 40:3, 44:3
**articulating** [1] - 45:21
**artifacts** [1] - 42:9
**asleep** [2] - 18:19, 18:21
**ass** [5] - 88:4, 94:6, 94:13, 102:12, 104:13
**assault** [2] - 23:5, 23:10
**assault-type** [1] - 23:10
**asses** [2] - 86:13, 97:8
**assholes** [1] - 69:16
**assigned** [8] - 9:19, 10:3, 21:14, 41:11, 46:13, 48:23, 49:13, 55:12
**assigns** [1] - 46:19
**assistance** [1] - 42:7
**associated** [2] - 6:10, 46:24
**associates** [1] - 6:5
**assuming** [1] - 54:18
**assure** [2] - 103:1, 104:11
**attack** [1] - 27:22
**attacked** [3] - 26:10, 26:12
**attended** [1] - 39:4
**attention** [3] - 2:20, 3:11, 84:12
**attorney** [1] - 110:8
**August** [2] - 63:22, 64:12
**authentic** [1] - 50:21, 53:6
**authorization** [2] - 106:23, 111:18
**authorize** [3] - 45:14, 48:1, 106:24
**authorized** [4] - 23:6, 48:11, 105:23, 107:1
**authorizing** [2] - 45:11, 46:14
**automatic** [2] - 24:1, 24:3
**available** [2] - 25:6, 42:25, 46:9, 46:10

**Ave** [1] - 89:4
**avenue** [1] - 76:3
**Avenue** [2] - 89:5, 89:7
**avocado** [1] - 101:10
**awake** [1] - 18:18
**aware** [4] - 19:1, 25:3, 79:20
**awesome** [1] - 105:4

**B**

**baby** [1] - 101:5
**bachelor's** [2] - 8:19, 8:20
**backed** [1] - 83:11
**bad** [3] - 19:1, 94:6, 102:12
**bad-ass** [2] - 94:6, 102:12
**baggage** [1] - 37:15
**bags** [5] - 105:25, 106:17, 106:21, 106:23, 107:4
**barely** [1] - 75:4
**based** [17] - 3:4, 10:8, 15:17, 26:23, 29:15, 29:21, 37:19, 56:14, 60:17, 77:21, 80:16, 81:6, 85:7, 92:9, 97:23, 98:3, 103:15
**basic** [3] - 39:4, 40:21, 40:22
**basis** [1] - 24:9
**bastard** [1] - 83:25
**BBM** [5] - 51:1, 51:8, 85:3, 97:20, 97:24
**beans** [1] - 83:11
**beating** [2] - 93:25, 96:4
**become** [2] - 9:16, 46:14
**BEFORE** [1] - 1:7
**began** [2] - 16:5, 16:7
**behalf** [1] - 2:16
**behind** [6] - 18:5, 18:6, 31:24, 35:1, 95:9, 100:16
**believes** [2] - 92:17, 98:4
**belonging** [2] - 10:25, 25:17
**belongs** [1] - 26:5
**below** [1] - 111:18
**bench** [3] - 80:5, 92:1, 92:23
**BERYL** [1] - 1:7
**best** [1] - 111:15
**better** [2] - 104:10, 109:22

**between** [41] - 14:9, 14:14, 14:21, 22:7, 28:7, 28:25, 58:16, 59:22, 60:24, 62:9, 62:23, 63:21, 64:11, 65:9, 66:3, 67:11, 68:9, 69:21, 71:22, 72:9, 73:8, 74:7, 74:23, 75:18, 76:14, 79:13, 81:9, 82:18, 84:6, 84:21, 87:11, 87:13, 88:11, 89:20, 91:4, 93:15, 93:17, 96:23, 98:22, 100:2, 102:1
**big** [3] - 35:22, 102:20, 108:9
**bills** [2] - 5:21, 5:23
**Billy** [17] - 71:23, 71:25, 73:2, 74:23, 74:25, 75:11, 76:14, 76:18, 76:20, 77:11, 78:20, 100:3, 100:4, 102:1, 102:6, 107:24, 107:25
**binder** [1] - 56:24
**birth** [2] - 41:16, 41:18
**bit** [1] - 101:16
**bitch** [1] - 83:12
**bitches** [1] - 83:19
**black** [1] - 103:21
**BlackBerry** [25] - 45:25, 46:2, 46:4, 46:5, 46:7, 46:8, 46:10, 46:12, 46:17, 46:18, 46:19, 46:21, 47:10, 47:11, 47:22, 48:10, 48:15, 48:19, 50:13, 54:1, 77:22, 81:17, 81:20, 81:24, 84:25
**blacks** [2] - 94:3, 95:15
**bless** [1] - 108:16
**Blu** [1] - 50:4
**Blu-ray** [1] - 50:4
**blue** [2] - 103:17, 104:1
**boarded** [2] - 14:19, 30:23
**boat** [1] - 99:13
**body** [1] - 19:10
**bombs** [2] - 102:13, 104:12
**boost** [1] - 108:11
**borrow** [2] - 70:9, 101:5
**Boss** [46] - 57:15, 57:18, 57:21, 58:16, 58:18, 58:22, 59:22,

3

60:4, 60:16, 60:24,
61:5, 61:21, 61:23,
62:23, 63:1, 63:21,
63:24, 64:11, 64:14,
65:9, 67:11, 68:9,
68:16, 69:21, 70:2,
82:18, 82:21, 84:6,
85:20, 87:11, 87:17,
88:3, 88:11, 88:18,
89:20, 90:1, 90:24,
91:4, 91:10, 93:15,
93:17, 93:20, 96:23,
97:4, 98:22
**boss** [9] - 10:12,
56:13, 58:19, 58:25,
60:17, 65:12, 67:14,
90:20, 98:25
**bothering** [1] - 68:25
**bound** [1] - 110:21
**break** [5] - 58:6,
102:8, 109:20,
109:23, 109:24
**breaking** [2] - 97:13,
98:12
**briefly** [2] - 37:5,
91:23
**brilliant** [1] - 103:3
**bring** [8] - 2:23, 3:22,
7:16, 68:19, 68:23,
70:8, 86:1, 86:20
**bringing** [1] - 69:5
**brings** [1] - 107:11
**Bro'** [26] - 66:8, 66:10,
66:11, 66:12, 73:13,
73:16, 73:18, 73:19,
73:20, 73:23, 73:24,
73:25, 74:2, 74:12,
74:14, 74:15,
102:25, 105:23,
106:22, 107:7,
107:15, 108:6,
108:12, 108:14,
108:17
**brother** [10] - 6:23,
65:17, 66:18, 66:22,
67:19, 75:23, 79:19,
82:25, 100:25,
102:17
**Brother** [40] - 67:17,
70:6, 76:1, 76:7,
76:24, 76:25, 78:24,
79:3, 79:6, 79:8,
100:7, 100:9,
100:10, 100:19,
100:23, 101:3,
101:8, 101:12,
101:15, 101:17,
101:20, 102:10,
102:15, 102:16,
104:8, 104:16,

104:24, 104:25,
105:2, 105:3, 105:7,
105:11, 105:14,
105:19, 106:12,
106:19, 107:16,
108:3, 108:10
**brother-in-law** [3] -
65:17, 67:19, 82:25
**Brother-in-Law** [2] -
67:17, 70:6
**brothers** [1] - 56:2
**brothers-in-laws** [1] -
56:2
**brought** [3] - 2:19,
3:11, 100:12
**buddy** [2] - 67:19,
70:14
**build** [1] - 54:16
**bullet** [3] - 23:23,
37:9, 37:11
**bulletproof** [2] -
34:13, 34:15
**bullets** [2] - 16:3,
37:12
**bummed** [2] - 60:6,
60:10
**burn** [2] - 16:7, 16:12
**burned** [4] - 16:24,
19:10, 19:11, 19:12
**burning** [2] - 16:23,
17:2
**burnt** [6] - 17:18,
17:24, 18:23, 19:10,
19:11, 34:12
**bursts** [3] - 17:8, 35:9,
35:10
**busy** [1] - 100:7
**BY** [63] - 8:12, 12:24,
13:16, 14:2, 14:18,
15:14, 20:16, 35:12,
37:7, 37:18, 38:14,
44:8, 47:14, 51:5,
52:3, 53:22, 55:3,
57:7, 57:25, 58:14,
59:20, 60:22, 62:7,
62:21, 63:19, 64:9,
65:7, 66:1, 67:2,
67:9, 68:7, 69:19,
71:13, 71:20, 72:7,
73:6, 74:5, 74:21,
75:16, 76:12, 77:16,
78:19, 79:11, 81:15,
82:16, 84:4, 85:18,
86:19, 87:9, 88:9,
89:18, 91:2, 92:24,
93:13, 96:7, 96:21,
98:10, 98:20, 99:25,
101:24, 107:19,
109:3, 109:11

**C**

**CA** [2] - 1:17, 1:20
**Cachetes** [1] - 77:5
**Caji** [3] - 103:4, 103:5,
106:7
**Cajititlan** [2] - 102:19,
106:14
**caliber** [7] - 15:17,
15:19, 23:1, 23:2,
26:2, 26:4, 32:21
**Canada** [1] - 107:8
**capacity** [9] - 21:20,
23:23, 23:24, 24:24,
25:1, 26:14, 36:12,
36:18
**car** [11] - 67:20, 68:19,
68:23, 69:6, 69:9,
70:8, 77:3, 79:1,
87:23, 88:6, 88:22
**care** [1] - 66:13
**careers** [2] - 8:25, 9:2
**carpentry** [1] - 100:15
**carried** [3] - 12:16,
23:14, 24:5
**carrying** [4] - 12:14,
12:17, 12:19, 86:10
**cars** [2] - 87:21, 87:22
**Cartel** [2] - 28:9, 29:7
**cartel** [2] - 81:8, 97:25
**Case** [1] - 2:2
**case** [20] - 6:24, 15:3,
41:11, 44:21, 44:23,
45:24, 46:13, 48:1,
50:13, 50:18, 51:9,
51:14, 53:24, 55:12,
56:10, 58:8, 81:25,
82:3, 88:1
**catch** [1] - 86:7
**categorize** [1] - 40:2
**CD** [1] - 50:4
**cell** [1] - 70:24
**certain** [2] - 41:13,
42:9
**CERTIFICATE** [1] -
111:13
**certificate** [1] - 111:17
**certify** [1] - 111:14
**Cervantes** [3] - 29:12,
29:17, 55:23
**Ch** [4] - 67:11, 67:13,
69:21, 70:2
**CH** [1] - 67:12
**chain** [1] - 50:24
**chambers** [1] - 59:13
**chance** [1] - 14:21
**change** [2] - 46:21,
46:22
**changed** [1] - 47:2
**changes** [1] - 47:6

**channels** [1] - 42:11
**characteristics** [1] -
29:5
**characterized** [1] -
32:16
**charge** [2] - 28:21,
106:25
**chasing** [2] - 15:1,
32:1
**Chata** [4] - 75:5,
85:23, 86:11, 90:10
**Chavez** [1] - 100:21
**cheated** [1] - 61:8
**cheating** [1] - 61:18
**check** [19] - 5:18,
59:11, 59:16, 61:9,
68:21, 73:23, 77:6,
79:19, 88:23, 90:8,
90:11, 94:3, 94:6,
95:7, 95:20, 100:8,
100:10, 100:20,
107:11
**checked** [1] - 18:25
**checking** [1] - 100:11
**chemical** [1] - 102:10
**chemicals** [1] - 39:20
**chemistry** [3] -
102:12, 103:3,
104:10
**chest** [2] - 19:12,
34:11
**Chido** [2] - 94:9, 94:12
**chime** [1] - 85:14
**chin** [1] - 105:2
**Chivello** [1] - 94:20
**choice** [1] - 16:23
**Cholo** [3] - 86:12,
86:16, 86:20
**Cholo's** [2] - 86:3,
86:11
**Cinco's** [1] - 86:23
**citizen** [1] - 41:24
**citizenship** [1] - 41:22
**City** [16] - 8:17, 10:9,
10:10, 10:19, 10:25,
11:11, 11:14, 11:15,
20:20, 21:1, 24:13,
25:3, 25:9, 25:10,
27:16, 68:4
**civil** [1] - 93:22
**clarify** [2] - 36:3, 84:18
**classic** [1] - 81:3
**clean** [1] - 102:24
**clear** [1] - 54:15
**cleared** [1] - 90:22
**clearing** [1] - 90:16
**client** [5] - 4:22, 5:6,
5:14, 7:4, 107:10
**close** [3] - 8:9, 100:24,
100:25

**closed** [2] - 106:8,
106:16
**closer** [1] - 86:23
**clothes** [2] - 18:23,
19:2
**clothing** [2] - 17:1,
44:3
**Coast** [4] - 40:9,
40:11, 40:12, 40:19
**cocaine** [1] - 39:12
**cock** [1] - 17:24
**code** [4] - 80:17,
80:18, 81:3
**coded** [2] - 80:23
**Colima** [21] - 10:20,
11:16, 11:17, 13:20,
14:20, 20:24, 20:25,
21:3, 21:5, 21:8,
25:9, 25:10, 25:11,
26:18, 28:7, 30:8,
30:11, 30:13, 32:2,
99:6
**colleague** [1] - 36:7
**colleagues** [6] -
33:18, 33:21, 34:2,
34:21, 35:3, 35:18
**collected** [1] - 43:1
**Colombo** [6] - 2:17,
4:20, 6:13, 6:15, 7:3,
109:17
**COLOMBO** [22] - 1:16,
6:16, 6:18, 6:20, 7:6,
51:24, 52:25, 53:17,
78:3, 80:3, 80:7,
82:8, 91:21, 91:23,
92:3, 92:18, 95:25,
97:16, 108:20,
109:6, 109:18,
109:22
**colors** [1] - 104:2
**COLUMBIA** [1] - 1:1
**Comercio** [4] - 73:9,
73:10, 74:7, 74:9
**comfortable** [1] - 40:2
**comfortably** [1] - 8:8
**coming** [5] - 35:14,
35:15, 37:25, 96:6
**commissioned** [2] -
40:8, 40:10
**communicate** [1] -
46:7
**communicating** [2] -
40:3, 81:2
**communication** [54] -
11:8, 44:19, 45:25,
46:3, 46:5, 47:20,
49:3, 49:4, 49:5,
49:12, 49:14, 49:21,
50:3, 55:9, 56:16,
58:16, 59:22, 60:24,

4

62:9, 62:23, 63:21, 64:11, 65:9, 66:3, 67:11, 68:9, 69:21, 71:22, 72:9, 73:8, 74:7, 74:23, 75:18, 76:14, 79:13, 82:18, 84:6, 84:9, 84:21, 87:11, 88:11, 88:14, 89:20, 91:4, 91:20, 93:1, 93:15, 93:17, 96:23, 98:22, 99:20, 100:2, 102:1
**communications** [41] - 45:4, 45:14, 45:18, 45:23, 46:15, 48:6, 48:7, 48:24, 49:2, 49:8, 49:25, 50:8, 50:11, 50:17, 51:2, 51:8, 51:9, 51:13, 51:17, 52:4, 52:15, 53:7, 56:15, 58:7, 59:25, 61:1, 68:12, 79:25, 80:9, 81:21, 81:25, 82:2, 82:5, 84:15, 84:20, 87:14, 89:22, 97:20, 97:24, 108:19, 109:12
**compartment** [1] - 67:20
**complete** [1] - 111:15
**completed** [2] - 9:19, 45:16
**complies** [2] - 13:24, 57:4
**computer** [1] - 1:25
**computer-aided** [1] - 1:25
**concludes** [1] - 92:23
**conduct** [5] - 39:5, 39:6, 39:13, 40:22, 40:24
**conducted** [1] - 44:21
**conducting** [2] - 41:5, 47:15
**conference** [3] - 80:5, 92:1, 92:23
**confidential** [1] - 41:4
**confirm** [2] - 51:13, 52:14
**connect** [1] - 80:25
**conscious** [1] - 17:5
**consciousness** [1] - 18:20
**consent** [3] - 2:22, 2:25, 3:1
**consequences** [1] - 3:25
**considered** [1] - 111:17
**constitutes** [1] -

111:14
**construction** [1] - 77:4
**contain** [2] - 50:13, 51:16
**contained** [2] - 50:14, 52:15
**container** [1] - 75:7
**containing** [1] - 51:1
**contains** [5] - 51:13, 51:21, 52:9, 52:14, 52:19
**content** [3] - 50:16, 55:9, 56:16
**contents** [1] - 50:22
**contested** [1] - 50:25
**context** [3] - 60:17, 92:16, 97:24
**continue** [16] - 35:3, 35:18, 45:17, 45:21, 49:22, 60:3, 60:4, 75:1, 78:20, 78:21, 87:17, 97:3, 102:6, 104:3, 107:25
**continuing** [4] - 86:18, 87:2, 92:5, 95:10
**contrary** [1] - 30:3
**Controlled** [1] - 40:23
**conversation** [15] - 50:16, 66:15, 69:23, 81:1, 87:15, 88:13, 93:18, 96:8, 96:13, 96:25, 97:1, 97:12, 97:13, 98:11, 98:12
**conversational** [1] - 40:2
**conversations** [5] - 60:18, 80:11, 80:14, 81:9, 92:7
**convoy** [5] - 15:6, 31:24, 32:4, 32:5, 32:8
**cool** [1] - 83:24
**coordinate** [2] - 68:25, 69:12
**coordinates** [1] - 28:7
**copilot** [1] - 36:21
**CORALES** [1] - 8:4
**Corales** [2] - 8:15, 111:3
**correct** [41] - 5:17, 6:2, 7:5, 9:1, 12:19, 13:9, 14:11, 20:20, 20:22, 21:18, 22:3, 22:15, 22:17, 24:10, 25:13, 25:25, 26:15, 26:19, 27:3, 27:13, 27:14, 29:1, 30:8, 30:12, 30:15, 30:18, 30:23, 31:1, 31:8,

31:13, 31:22, 32:11, 32:14, 32:18, 32:24, 33:19, 34:3, 34:6, 34:18, 36:25, 53:14
**correctly** [1] - 47:10
**corruption** [1] - 4:25
**Cotilla** [1] - 86:1
**Cougar** [9] - 11:23, 13:3, 21:17, 21:18, 21:21, 21:23, 22:8, 22:9, 25:15
**Cougars** [2] - 12:1, 22:5
**counsel** [7] - 2:9, 3:1, 4:3, 4:12, 4:18, 4:19, 5:3
**count** [1] - 67:24
**countless** [1] - 19:7
**countries** [1] - 41:24
**country** [2] - 41:24, 42:12
**couple** [1] - 106:11
**course** [5] - 6:6, 39:4, 42:15, 59:15, 108:6
**COURT** [85] - 1:1, 1:8, 2:2, 2:14, 2:18, 3:14, 4:6, 4:11, 4:24, 5:5, 5:11, 5:14, 5:16, 5:18, 5:25, 6:4, 6:13, 6:17, 6:19, 7:1, 7:7, 7:10, 7:15, 7:18, 7:20, 7:25, 8:7, 13:12, 13:22, 13:25, 14:6, 14:13, 20:13, 35:7, 37:4, 37:23, 38:3, 38:6, 38:12, 47:9, 47:13, 51:4, 51:23, 51:25, 52:21, 52:24, 53:1, 53:10, 53:16, 53:18, 54:6, 54:20, 54:24, 58:2, 58:5, 58:13, 78:2, 78:4, 78:7, 78:9, 78:11, 78:13, 80:4, 81:5, 81:11, 82:9, 84:18, 84:25, 85:2, 85:8, 85:17, 91:22, 91:24, 92:8, 92:22, 96:1, 97:17, 108:21, 109:7, 109:16, 109:19, 109:24, 110:2, 110:12, 110:16
**court** [4] - 6:7, 6:10, 6:17, 46:14
**Court** [6] - 1:23, 1:24, 3:19, 5:19, 92:21, 111:22
**Court's** [1] - 3:11
**courtroom** [4] - 7:19,

55:13, 58:12, 110:10
**cousin** [1] - 86:23
**cover** [1] - 110:21
**covered** [1] - 97:20
**coworkers** [3] - 18:8, 18:14, 18:19
**craft** [1] - 92:20
**crashed** [2] - 33:7, 37:8
**credit** [1] - 106:2
**creep** [1] - 5:2
**crew** [7] - 12:9, 19:20, 28:11, 36:19, 36:23, 36:24
**crews** [1] - 25:20
**Criminal** [2] - 1:2, 2:2
**criminal** [2] - 40:22, 49:13
**CRISP** [1] - 1:22
**Crisp** [1] - 2:5
**critical** [1] - 23:8
**cross** [3] - 20:13, 109:16, 109:21
**CROSS** [1] - 20:15
**CROSS-EXAMINATION** [1] - 20:15
**Culiacan** [1] - 79:22
**curly** [1] - 95:1
**custody** [1] - 50:24
**cut** [2] - 59:9, 59:10

## D

**D.C** [1] - 1:5
**D089** [1] - 62:10
**D1B3** [1] - 72:21
**D1B8** [10] - 72:1, 72:22, 72:23, 72:25, 73:1, 75:9, 75:10, 77:9, 77:10, 77:18
**dad** [5] - 68:18, 103:6, 103:9, 104:19, 108:13
**Dany** [2] - 69:12, 86:22
**dark** [2] - 14:22, 26:20
**date** [2] - 41:16, 41:18
**Dated** [1] - 111:20
**dates** [1] - 50:14
**DAVILA** [1] - 111:14
**Davila** [1] - 111:21
**dawn** [3] - 14:21, 25:11, 26:20
**days** [8] - 10:23, 45:15, 45:18, 76:2, 76:8, 84:17, 102:5, 107:7
**DC** [1] - 1:13
**DEA** [25] - 2:20, 3:15,

27:10, 27:11, 29:24, 38:22, 38:23, 39:1, 40:7, 40:8, 40:21, 41:13, 44:14, 44:25, 48:5, 48:10, 54:1, 55:7, 56:14, 57:14, 57:15, 57:18, 57:21, 81:16, 103:11
**deal** [4] - 73:16, 94:10, 104:25, 106:22
**debrief** [1] - 39:7
**debriefing** [1] - 41:4
**debriefs** [1] - 40:4
**decide** [3] - 9:6, 97:21, 98:1
**declared** [1] - 3:2
**decoding** [1] - 92:9
**Defendant** [1] - 1:5
**defendant** [35] - 4:13, 4:14, 4:16, 6:5, 6:10, 41:7, 41:12, 41:16, 41:22, 41:24, 42:15, 42:22, 44:2, 44:14, 53:23, 54:2, 55:7, 55:17, 56:4, 66:21, 69:24, 77:19, 77:23, 82:11, 84:15, 87:14, 93:2, 93:6, 95:23, 96:14, 108:22, 108:24, 109:1, 109:4, 109:10
**DEFENDANT** [1] - 1:15
**defendant's** [6] - 46:13, 55:4, 55:20, 55:22, 55:23, 58:19
**Defense** [8] - 9:8, 10:18, 11:1, 12:8, 25:18, 26:5, 33:22, 36:6
**defense** [8] - 4:3, 4:9, 4:12, 4:18, 4:19, 5:3, 23:11, 40:14
**defensive** [1] - 39:7
**degree** [3] - 8:19, 8:20, 102:11
**deliberations** [1] - 54:12
**deliver** [1] - 83:20
**delivered** [1] - 83:21
**Demonstrative** [2] - 71:10, 77:13
**demonstrative** [8] - 54:4, 54:8, 54:11, 54:16, 63:12, 64:25, 66:24, 78:9
**Department** [2] - 1:12, 42:12
**departure** [1] - 21:11
**depiction** [1] - 13:4,

13:7
**deposition** [2] - 3:6, 3:9
**descended** [1] - 33:2
**describe** [8] - 14:8, 20:2, 22:23, 23:4, 24:16, 40:21, 42:5, 92:16
**desired** [1] - 47:5
**detain** [3] - 26:25, 28:8, 29:6
**detected** [1] - 32:5
**determine** [3] - 26:2, 49:12, 49:16
**determines** [1] - 49:8
**device** [22] - 11:8, 45:9, 45:10, 45:22, 46:19, 46:21, 46:23, 47:11, 47:16, 47:18, 47:19, 47:23, 48:11, 48:25, 49:17, 49:19, 49:20, 49:23, 49:24, 85:13
**devices** [3] - 48:2, 51:17, 56:17
**devil** [1] - 103:9
**DF** [3] - 67:22, 68:1, 106:2
**die** [2] - 33:9, 36:6
**Diego** [2] - 1:17, 1:20
**difference** [1] - 22:7
**different** [7] - 41:3, 54:1, 56:19, 80:14, 97:20, 99:20, 99:22
**difficulty** [1] - 96:9
**digits** [2] - 71:24, 72:11
**dinner** [1] - 72:20
**dire** [1] - 7:12
**DIRECT** [2] - 8:11, 38:13
**direct** [1] - 107:8
**directly** [3] - 10:2, 20:5, 46:7
**disappeared** [1] - 100:17
**disassembled** [1] - 111:17
**disc** [1] - 50:4
**discovered** [1] - 105:8
**discuss** [2] - 4:5, 108:4
**discussed** [5] - 28:10, 65:3, 67:5, 71:16, 84:15
**discussing** [5] - 80:2, 82:11, 95:23, 96:2, 108:23
**discussion** [1] - 28:25
**disk** [5] - 51:11, 51:12,

108:8
**duties** [3] - 40:10, 40:21, 40:22
**duty** [2] - 28:16, 95:8

## E

**eager** [1] - 9:7
**early** [2] - 110:3, 110:10
**earn** [1] - 8:20
**easy** [3] - 90:18, 90:20, 104:8
**ECF** [1] - 3:1
**educated** [2] - 104:11, 104:13
**effort** [1] - 95:8
**either** [4] - 24:20, 43:1, 45:21, 49:5
**EI** [19] - 66:3, 66:6, 75:18, 75:21, 76:14, 76:16, 76:17, 76:21, 78:21, 79:13, 79:16, 82:10, 100:2, 100:5, 102:1, 102:7, 107:24, 108:1, 108:22
**electronic** [1] - 41:6
**Eliazar** [1] - 102:17
**Elizabeth** [2] - 1:23, 111:21
**ELIZABETH** [1] - 111:14
**Elpidio** [2] - 57:11, 66:20
**Email** [4] - 1:14, 1:14, 1:18, 1:21
**employ** [1] - 44:15
**employed** [2] - 38:18, 38:19
**end** [4] - 38:23, 60:1, 87:15, 104:5
**endemic** [1] - 5:1
**ending** [31] - 62:1, 62:2, 62:10, 62:14, 62:18, 63:8, 63:9, 63:14, 64:4, 64:21, 64:22, 65:2, 65:20, 65:21, 66:16, 66:17, 67:4, 71:6, 71:7, 71:15, 72:21, 72:22, 72:25, 73:1, 73:2, 75:9, 75:10, 75:11, 77:9, 77:10, 77:18
**ends** [1] - 72:1
**enforcement** [8] - 27:12, 33:19, 40:15, 41:1, 45:3, 47:20
**Enforcement** [2] - 29:10, 38:20

**engineer** [2] - 100:10, 102:11
**engineer's** [1] - 100:21
**English** [3] - 39:23, 52:10, 53:6
**engulfed** [1] - 17:16
**ensure** [1] - 11:9
**entail** [1] - 40:10
**entered** [1] - 9:5
**enters** [1] - 7:19
**entertain** [1] - 92:5
**entire** [3] - 18:18, 22:18, 34:10
**envelope** [1] - 50:5
**ephe** [1] - 105:8
**equipment** [2] - 70:13
**Escorpion** [18] - 66:3, 75:18, 75:21, 76:14, 76:16, 76:17, 76:21, 78:21, 79:13, 79:16, 82:10, 100:2, 100:5, 102:1, 102:7, 107:24, 108:1, 108:23
**event** [6] - 30:2, 30:7, 33:8, 33:12, 35:22, 43:11
**events** [3] - 27:18, 34:2, 43:9
**evidence** [10] - 42:3, 42:9, 42:16, 42:23, 43:1, 43:5, 50:6, 50:9, 54:9, 54:11
**Evidence** [3] - 3:3, 3:6, 50:22
**evolved** [1] - 46:9
**exact** [1] - 72:20
**exactly** [1] - 33:20
**EXAMINATION** [4] - 8:11, 20:15, 37:6, 38:13
**example** [1] - 22:7
**excellent** [4] - 106:14, 106:18, 107:8, 108:7
**except** [1] - 106:24
**exchange** [5] - 59:24, 61:2, 68:11, 84:14, 87:13
**excuse** [2] - 35:7, 54:7
**excused** [4] - 38:3, 38:5, 58:10, 110:1
**Exhibit** [64] - 12:22, 13:11, 44:6, 50:20, 51:6, 51:20, 52:1, 52:2, 52:7, 52:15, 52:19, 53:2, 53:3, 53:4, 53:12, 54:5, 57:23, 58:15, 59:18, 60:20, 62:5, 62:19,

63:12, 63:17, 64:7, 64:25, 65:5, 65:24, 66:24, 67:7, 68:5, 69:17, 71:11, 71:18, 72:5, 73:4, 74:3, 74:19, 75:14, 76:10, 77:14, 77:22, 77:25, 78:1, 78:5, 78:11, 78:16, 79:9, 82:14, 84:1, 86:17, 86:18, 87:2, 87:7, 88:7, 89:16, 90:25, 95:10, 96:19, 98:18, 99:23, 101:22, 107:17, 109:12
**exhibit** [75] - 12:23, 13:15, 44:7, 51:7, 52:8, 54:5, 54:8, 55:2, 57:24, 58:15, 59:19, 59:21, 60:21, 60:23, 62:6, 62:8, 62:20, 62:22, 63:18, 63:20, 64:3, 64:8, 64:10, 64:20, 65:6, 65:8, 65:19, 65:25, 66:2, 67:1, 67:8, 67:10, 68:6, 68:8, 69:18, 69:20, 71:12, 71:19, 71:21, 72:6, 72:8, 73:5, 73:7, 74:4, 74:6, 74:20, 74:22, 75:15, 75:17, 76:11, 76:13, 77:15, 78:17, 79:10, 79:12, 82:15, 82:17, 87:8, 87:10, 88:8, 88:10, 89:17, 89:19, 91:1, 91:3, 91:25, 96:20, 96:22, 98:19, 98:21, 99:24, 100:1, 101:23, 101:25, 107:18
**Exhibits** [21] - 51:1, 51:21, 52:20, 53:5, 53:13, 56:23, 57:2, 57:14, 57:17, 57:20, 61:25, 63:7, 71:5, 72:24, 75:8, 77:8, 80:1, 82:6, 91:20, 93:1, 93:10
**exhibits** [9] - 50:21, 50:25, 53:6, 56:25, 57:8, 84:3, 93:12, 93:14, 95:24
**EXHIBITS** [1] - 111:6
**exit** [6] - 16:17, 16:21, 16:22, 16:24, 17:21
**exited** [1] - 16:24
**expect** [1] - 7:7
**expensive** [1] - 107:9

6

**experience** [6] - 29:15, 32:19, 80:17, 81:7, 92:15, 98:3
**expert** [5] - 80:10, 80:11, 80:20, 81:2, 81:6
**explain** [6] - 4:1, 39:3, 44:17, 46:2, 49:4, 80:25
**explosion** [2] - 16:11, 16:14
**extinguish** [1] - 16:25
**extradited** [1] - 41:12

## F

**face** [4] - 8:2, 19:10, 89:13, 90:14
**fact** [5] - 4:8, 17:6, 17:20, 18:18, 20:7
**facts** [1] - 4:6
**fair** [6] - 23:4, 31:20, 35:6, 35:13, 50:23, 108:13
**fake** [1] - 104:1
**fall** [6] - 16:5, 16:8, 16:12, 16:14, 18:19, 18:20
**familiar** [6] - 42:2, 46:14, 81:24, 92:14, 92:15, 103:11
**familiarity** [1] - 97:23
**family** [6] - 6:4, 61:11, 95:8
**family's** [1] - 108:16
**far** [4] - 8:18, 34:23, 97:6, 109:9
**farm** [1] - 101:10
**fast** [3] - 8:23, 33:8, 94:18
**father** [2] - 55:22, 55:23
**father's** [1] - 108:16
**favor** [1] - 79:5
**FCRR** [3] - 1:23, 111:14, 111:21
**February** [1] - 41:21
**Federal** [11] - 3:3, 3:6, 9:3, 9:6, 9:10, 9:14, 12:5, 20:10, 33:21, 50:22, 68:2
**feet** [1] - 19:12
**Feitel** [2] - 110:14, 110:16
**fellow** [2] - 17:13, 28:12
**felt** [1] - 61:16
**fentanyl** [4] - 39:12, 39:21, 103:25
**Fernando** [1] - 100:25

**few** [2] - 106:14, 106:20
**field** [4] - 9:25, 10:1, 28:21, 38:20
**figure** [1] - 82:13
**figured** [1] - 28:4
**final** [2] - 54:17, 54:19
**fine** [3] - 64:17, 70:11, 74:13
**finger** [1] - 14:7
**fire** [6] - 15:9, 16:18, 31:7, 33:14, 35:10, 35:14
**firearms** [2] - 9:15, 39:7
**fired** [3] - 31:1, 35:4, 37:20
**first** [11] - 2:9, 10:21, 30:21, 31:10, 31:22, 33:7, 33:13, 45:16, 80:9, 95:1, 95:5
**five** [12] - 19:5, 54:3, 55:4, 55:8, 69:4, 69:5, 77:22, 84:17, 100:24, 102:18, 106:6, 107:7
**fixed** [1] - 60:8
**Flaco** [5] - 76:9, 77:3, 79:7, 88:5, 89:8
**Flais** [4] - 87:11, 87:16, 89:20, 89:25
**flames** [1] - 17:16
**flew** [1] - 20:24
**flight** [2] - 18:16, 18:21
**flip** [1] - 57:5
**Floor** [2] - 1:16, 1:19
**fluent** [1] - 40:1
**fly** [2] - 10:20, 36:16
**focus** [1] - 40:16
**follow** [5] - 10:5, 32:5, 86:10, 86:12, 98:15
**following** [3] - 50:21, 85:23, 98:14
**follows** [3] - 8:5, 80:6, 92:2
**food** [1] - 8:24
**FOR** [3] - 1:1, 1:10, 1:15
**Force** [1] - 9:3
**force** [1] - 45:7
**foregoing** [1] - 111:14
**foreign** [1] - 42:3
**forgive** [1] - 61:16
**forgot** [1] - 83:1
**form** [1] - 6:9
**formal** [1] - 39:19
**formalized** [1] - 42:7
**formula** [1] - 105:10
**Forrest** [8] - 62:9,

62:16, 62:23, 62:25, 63:10, 63:21, 63:23, 64:5
**forth** [1] - 3:4
**forward** [2] - 6:19, 7:25
**foundation** [2] - 37:21, 81:11
**four** [13] - 9:13, 11:13, 12:1, 21:2, 21:9, 23:18, 25:12, 25:14, 31:12, 71:24, 72:11, 87:22, 102:18
**four-helicopter** [1] - 31:12
**freight** [1] - 107:8
**frequently** [1] - 47:5
**Friday** [2] - 77:2, 78:25
**friend** [6] - 70:20, 100:10, 100:25, 102:16, 106:2
**friendship** [1] - 108:16
**front** [2] - 45:10, 105:17
**fuck** [4] - 86:12, 87:4, 101:6, 104:23
**fucker** [1] - 97:6
**fucker's** [1] - 70:20
**fuckin'** [1] - 90:13
**fucking** [11] - 83:12, 83:19, 88:4, 94:13, 97:6, 103:2, 103:9, 104:24, 105:4, 106:16
**fuckload** [1] - 95:14
**full** [2] - 34:9, 111:15
**fuller** [1] - 97:24
**fully** [1] - 24:3
**furthers** [2] - 49:6, 49:7

## G

**gastronomy** [1] - 8:21
**gear** [3] - 34:9, 34:10, 34:15
**generally** [3] - 19:8, 28:10, 55:7
**gentlemen** [2] - 7:20, 97:18
**geographic** [2] - 30:8, 30:14
**gift** [2] - 100:18, 104:18
**given** [7] - 3:1, 23:12, 27:6, 28:20, 29:7, 29:20, 105:22
**glide** [1] - 16:17
**glided** [1] - 16:17

**God** [1] - 108:16
**Gomez** [1] - 66:21
**Gonzales** [5] - 58:19, 89:11, 90:12, 93:3, 93:7
**GONZALEZ** [1] - 1:4
**Gonzalez** [7] - 2:4, 41:8, 55:17, 55:25, 56:9, 57:9, 100:22
**Government** [73] - 8:4, 12:21, 27:5, 38:9, 42:2, 42:16, 43:21, 44:5, 44:9, 50:21, 51:6, 51:20, 51:21, 52:2, 52:7, 52:15, 52:19, 53:1, 53:3, 53:5, 53:12, 53:13, 54:5, 56:23, 57:14, 57:17, 57:20, 57:23, 58:15, 59:18, 60:20, 62:5, 62:19, 63:12, 63:17, 64:7, 64:25, 65:5, 65:24, 67:7, 68:5, 69:17, 71:10, 71:18, 72:5, 73:4, 74:3, 74:19, 75:14, 76:10, 77:13, 77:22, 77:25, 78:4, 78:11, 78:15, 79:9, 82:6, 82:14, 86:17, 86:18, 87:7, 88:7, 89:16, 90:25, 93:10, 96:19, 98:18, 99:23, 101:22, 107:17
**government** [20] - 2:9, 3:16, 3:17, 4:2, 5:9, 7:22, 7:24, 24:8, 27:9, 29:16, 38:7, 42:8, 42:11, 42:12, 42:16, 43:4, 43:22, 44:12, 51:20
**Government's** [9] - 51:1, 51:25, 78:14, 84:1, 87:2, 95:10, 111:7, 111:8, 111:9
**government's** [4] - 2:22, 2:25, 3:5, 56:22
**governments** [1] - 42:3
**graduating** [1] - 39:16
**graduation** [1] - 8:22
**graftings** [1] - 19:9
**grafts** [1] - 19:13
**great** [7] - 66:9, 70:16, 101:3, 101:7, 106:16, 108:12, 108:15
**greatest** [1] - 108:15
**green** [2] - 103:5,

103:8
**ground** [6] - 16:20, 17:20, 26:15, 33:1, 35:2, 35:17
**group** [4] - 27:25, 28:19, 35:23
**Guadalajara** [5] - 18:15, 18:17, 18:22, 28:8, 28:9
**guarantee** [1] - 105:5
**Guard** [4] - 40:9, 40:11, 40:12, 40:19
**guide** [1] - 54:10
**Gump** [6] - 62:24, 62:25, 63:10, 63:21, 63:23, 64:6
**gun** [4] - 17:25, 23:14, 44:9, 86:10
**gunfire** [2] - 17:8, 32:11
**gunman** [1] - 23:22
**guns** [5] - 17:19, 23:4, 24:3, 25:20, 67:21
**gunshots** [2] - 31:22, 33:7
**guy** [20] - 67:18, 76:25, 77:4, 83:9, 86:15, 86:23, 87:3, 88:22, 90:12, 91:16, 94:22, 95:6, 101:3, 101:7, 104:11, 105:7, 105:9, 105:11, 105:25
**guys** [10] - 68:24, 69:8, 69:25, 70:7, 86:20, 86:24, 87:20, 102:20, 105:17, 108:14
**Gygo** [1] - 76:25

## H

**ha-ha** [2] - 102:14
**half** [9] - 19:20, 35:23, 35:24, 36:11, 38:24, 105:12, 105:13, 105:16
**hand** [4] - 8:3, 17:23, 100:8
**handed** [1] - 52:8
**handgun** [4] - 12:16, 17:22, 24:23, 25:2
**handguns** [5] - 9:18, 22:21, 22:25, 23:2, 25:1
**handling** [1] - 39:7
**hard** [2] - 94:20, 106:5
**hassle** [1] - 61:14
**hat** [1] - 83:6
**hats** [1] - 44:4

7

**head** [2] - 69:6, 88:24
**headed** [3] - 12:13, 30:8, 30:14
**heading** [1] - 90:15
**hear** [17] - 3:17, 8:9, 15:4, 15:21, 16:2, 16:9, 17:4, 17:8, 18:4, 35:3, 35:9, 35:10, 35:18, 35:21, 43:13, 55:16, 56:3
**heard** [8] - 17:5, 31:1, 31:22, 32:10, 32:16, 33:7, 33:11, 99:21
**hearing** [4] - 17:23, 51:25, 53:1, 78:4
**heavy** [1] - 40:16
**held** [3] - 39:4, 80:5, 92:1
**helicopter** [68] - 11:22, 11:23, 12:4, 13:3, 13:4, 13:8, 13:9, 13:20, 14:4, 14:15, 14:16, 14:19, 14:23, 15:12, 15:16, 15:18, 15:20, 15:22, 15:25, 16:2, 16:3, 16:6, 16:7, 16:12, 16:13, 16:16, 16:18, 16:20, 16:23, 17:7, 17:10, 17:14, 17:21, 18:2, 18:14, 19:18, 21:14, 21:21, 22:8, 22:10, 22:18, 26:8, 26:9, 26:15, 28:18, 30:20, 30:21, 30:24, 31:4, 31:6, 31:12, 31:15, 32:21, 32:23, 33:3, 34:9, 34:20, 36:17, 36:23, 36:24, 37:8, 37:9, 37:12, 37:16, 42:21, 43:11, 99:20
**helicopters** [33] - 11:13, 11:24, 12:1, 12:2, 12:10, 12:17, 21:1, 21:5, 21:8, 21:11, 21:16, 22:3, 22:5, 22:8, 22:12, 22:13, 22:14, 23:18, 25:13, 25:14, 25:15, 25:16, 25:21, 25:22, 25:23, 25:25, 26:1, 26:7, 31:8, 31:17, 33:13, 99:5, 99:19
**helicopters'** [1] - 12:9
**hello** [3] - 58:24, 64:18, 66:13
**help** [12] - 19:15, 42:9, 54:10, 54:13, 63:7, 64:20, 71:5, 75:8,

83:10, 93:24, 100:20, 108:25
**helped** [2] - 83:10, 83:15
**helps** [1] - 46:19
**hereby** [1] - 111:14
**Herman** [1] - 110:21
**Herminio** [1] - 66:21
**Hernandez** [1] - 43:14
**hid** [1] - 18:5
**hidden** [1] - 67:20
**hide** [3] - 34:24, 35:1, 94:23
**hiding** [1] - 18:6
**high** [3] - 15:17, 33:1, 33:4
**high-caliber** [1] - 15:17
**himself** [2] - 4:13, 107:11
**hit** [1] - 16:20
**hitting** [4] - 15:22, 32:17, 35:16, 94:20
**hold** [2] - 16:15, 16:16
**homeland** [1] - 40:14
**honestly** [1] - 61:7
**Honor** [64] - 2:2, 2:10, 2:15, 3:10, 3:20, 4:23, 5:8, 5:13, 5:24, 6:3, 6:11, 6:16, 6:18, 6:20, 7:6, 7:9, 7:17, 7:23, 13:14, 14:17, 20:12, 20:14, 35:8, 37:5, 37:21, 38:2, 38:7, 38:11, 47:12, 51:3, 51:19, 51:24, 52:18, 52:25, 53:15, 53:17, 54:15, 58:4, 77:24, 78:3, 78:6, 78:8, 78:12, 80:3, 80:7, 80:21, 80:22, 81:10, 82:8, 84:22, 85:1, 91:21, 92:3, 92:5, 92:18, 95:25, 97:16, 108:20, 109:6, 109:15, 109:18, 109:23, 110:6, 110:15
**HONORABLE** [1] - 1:7
**honorable** [1] - 108:13
**hope** [1] - 7:21
**hopefully** [2] - 54:18, 70:20
**horn** [2] - 100:18, 104:18
**Hornok** [1] - 2:11
**HORNOK** [1] - 1:11
**hornok@usdoj.gov** [1] - 1:14
**hospital** [13] - 18:15,

18:17, 18:22, 18:24, 19:4, 19:5, 34:4, 93:22, 96:3, 96:9, 96:10, 97:14, 98:13
**host** [1] - 42:12
**hotel** [1] - 8:21
**hour** [1] - 76:19
**hours** [4] - 68:13, 68:14, 97:2, 107:22
**house** [3] - 66:8, 76:4, 76:6
**HOWELL** [1] - 1:7
**hull** [5] - 15:20, 15:24, 16:1, 32:21, 37:13
**hundreds** [1] - 81:23
**hunted** [1] - 30:4
**hunting** [3] - 28:1, 29:12, 30:3
**hurry** [1] - 86:12
**hurt** [1] - 37:11
**husher** [1] - 80:4

**I**

**I-C-K** [1] - 38:17
**ice** [1] - 107:9
**Ice** [25] - 60:24, 61:4, 61:21, 61:23, 62:3, 65:9, 65:11, 65:22, 66:4, 66:5, 66:18, 82:18, 82:20, 84:6, 85:19, 91:4, 91:9, 93:15, 93:17, 93:19, 95:11, 96:23, 97:3, 98:22, 98:24
**idea** [3] - 33:1, 33:5, 34:19
**identification** [2] - 12:21, 39:9
**identified** [1] - 55:10
**identifier** [1] - 46:18
**identifies** [1] - 45:8
**identify** [9] - 2:8, 46:20, 55:7, 56:14, 57:11, 63:7, 64:20, 71:6, 75:8
**identifying** [2] - 41:13, 66:16
**identity** [6] - 61:25, 62:15, 63:14, 65:19, 72:25, 77:8
**illegal** [1] - 49:6
**imagine** [2] - 28:8, 94:2
**imagined** [1] - 26:24
**immediately** [4] - 18:1, 18:23, 18:25, 59:11
**impact** [5] - 16:3, 16:6, 16:7, 16:10,

16:16
**impacted** [1] - 17:20
**impacts** [1] - 35:21, 37:24
**important** [2] - 26:25, 29:22
**improper** [3] - 80:13, 80:19, 80:20
**incarcerated** [1] - 4:14
**incident** [6] - 20:11, 20:22, 24:13, 24:21, 99:19, 99:20
**incidentally** [1] - 34:8
**incidents** [1] - 42:24
**include** [6] - 9:15, 36:20, 36:21, 39:9, 40:13, 41:4
**included** [1] - 9:17
**including** [5] - 5:21, 22:2
**incoming** [2] - 48:10, 85:15
**INDEX** [1] - 111:1
**indicate** [2] - 13:17, 13:19
**indicated** [1] - 14:3
**indicating** [2] - 55:5, 62:15
**indicating)** [2] - 14:5, 14:12
**indicators** [1] - 49:22
**individual** [7] - 4:8, 49:18, 57:11, 82:11, 96:3, 98:16, 108:24
**individuals** [6] - 36:16, 40:3, 43:9, 81:2, 84:21, 101:2
**information** [23] - 5:22, 10:6, 11:4, 12:12, 21:24, 23:25, 25:5, 25:6, 26:6, 29:8, 29:21, 31:5, 31:23, 31:24, 32:7, 41:14, 42:14, 49:10, 50:12, 50:24, 50:25, 99:15
**informed** [3] - 10:16, 10:23, 32:3
**initial** [2] - 9:20, 106:10
**initials** [2] - 51:11, 52:12
**injured** [1] - 27:19
**injuries** [2] - 20:5, 20:10
**inside** [1] - 22:18
**instance** [2] - 42:13, 47:21
**instead** [1] - 69:5
**institution** [7] - 9:7,

19:25, 20:8, 23:12, 24:11, 24:22, 25:6
**instructed** [1] - 10:19
**instruction** [2] - 92:11, 92:20
**instructions** [1] - 10:25
**intact** [1] - 16:21
**integrity** [1] - 50:9
**intelligence** [1] - 9:21
**intention** [1] - 61:16
**intercept** [7] - 45:4, 45:9, 45:14, 45:22, 47:20, 48:5, 54:1
**intercepted** [56] - 45:23, 46:1, 46:15, 48:17, 48:19, 48:20, 49:25, 50:3, 50:7, 50:10, 50:17, 51:1, 51:8, 51:13, 51:16, 52:4, 52:14, 53:23, 56:9, 56:14, 56:20, 57:14, 57:17, 57:20, 58:16, 59:22, 60:24, 62:9, 62:23, 63:21, 64:11, 65:9, 66:3, 67:11, 68:9, 69:21, 71:22, 72:9, 73:8, 74:7, 74:23, 75:18, 76:14, 79:13, 82:18, 84:6, 84:9, 87:11, 88:11, 89:20, 91:4, 93:15, 96:23, 98:22, 100:2, 102:1
**intercepting** [6] - 45:9, 45:17, 45:22, 49:17, 49:23, 49:24
**interception** [5] - 44:18, 45:12, 46:15, 48:2, 48:12
**intercepts** [1] - 55:10
**interdicting** [1] - 40:18
**interdiction** [1] - 40:16
**interesting** [2] - 107:10, 107:12
**international** [1] - 42:1
**interpret** [3] - 80:14, 80:17, 80:18
**interpreter** [2] - 8:5, 15:13
**INTERPRETER** [2] - 15:13, 37:17
**Interpreters** [1] - 1:22
**interpreters** [1] - 2:4
**interpreting** [1] - 80:11
**interrupt** [1] - 109:21

8

interrupting [1] - 27:24
interview [5] - 27:1, 27:6, 27:7, 27:8, 29:9
interviewed [2] - 27:15, 29:25
interviews [1] - 40:4
introduce [1] - 104:21
introduced [1] - 100:23
intuit [1] - 29:2
intuited [1] - 29:14
intuition [3] - 26:23, 29:15, 29:17
intuitive [1] - 29:2
invented [1] - 105:9
investigated [1] - 49:7
investigation [21] - 10:2, 28:22, 39:13, 41:7, 41:10, 42:10, 42:15, 44:14, 44:17, 44:18, 45:3, 45:15, 47:15, 47:24, 48:23, 49:7, 49:14, 51:14, 53:24, 81:7, 92:14
investigations [14] - 10:1, 10:4, 28:19, 28:21, 39:6, 39:16, 39:22, 40:23, 40:25, 41:2, 41:6, 42:1, 45:1, 81:18
investigator [5] - 5:15, 5:16, 5:19, 5:20, 7:8
investigators [4] - 27:2, 27:4, 27:5, 27:7
involved [13] - 30:22, 40:12, 40:18, 41:7, 42:25, 43:9, 44:1, 44:23, 81:17, 83:13, 84:21, 93:2, 98:17
iPhone [2] - 85:14, 91:17
iPhones [1] - 46:11
issue [5] - 3:2, 3:11, 3:13, 24:8, 45:20
items [4] - 42:9, 43:12, 43:21, 44:2
iterations [1] - 85:3
itself [2] - 22:11, 50:9
Ivan [3] - 7:24, 8:15, 111:3
IVAN [1] - 8:4

**J**

J.R [5] - 64:12, 64:23, 68:10, 68:15, 71:8
jail [1] - 4:15

Jalisco [1] - 29:7
Jan [1] - 2:16
JAN [1] - 1:19
jan@ronisandronis. com [1] - 1:21
Jencks [2] - 4:21, 5:25
Jimenez [1] - 2:13
job [3] - 39:19, 40:7, 77:4
join [2] - 9:6, 9:7
joined [5] - 9:3, 9:5, 9:10, 31:17, 38:25
joining [2] - 40:7, 40:8
joint [2] - 10:17, 50:20
Joint [1] - 53:4
JONATHAN [1] - 1:11
Jonathan [2] - 2:11
jonathan [1] - 1:14
JR [1] - 1:16
judge [5] - 45:11, 45:13, 45:20, 50:6
JUDGE [1] - 1:8
July [2] - 62:10, 62:24
jump [3] - 73:15, 73:21, 75:6
June [18] - 27:1, 27:9, 29:9, 58:17, 59:23, 60:25, 65:10, 66:4, 82:19, 84:7, 87:12, 88:12, 89:21, 91:5, 93:16, 93:17, 96:24, 98:23
Junior [15] - 56:7, 62:12, 62:17, 63:6, 63:11, 64:12, 64:13, 64:23, 68:10, 71:8, 72:9, 72:11, 73:14, 74:14, 75:13
junky [1] - 83:6
Jury [1] - 7:21
jury [11] - 2:24, 3:22, 7:16, 7:19, 8:2, 13:11, 42:5, 58:10, 58:12, 110:1, 110:12
Justice [1] - 1:12
justice [1] - 5:1

**K**

Kaitlin [1] - 2:11
KAITLIN [1] - 1:10
kaitlin.sahni@usdoj. gov [1] - 1:14
Kate [1] - 2:11
KATE [1] - 1:11
keep [7] - 11:6, 24:9, 74:9, 74:10, 92:4, 92:14, 95:11
KEVIN [1] - 38:9
Kevin [4] - 2:12, 38:8,

38:16, 111:4
key [1] - 4:3
kick [1] - 94:13
kid [2] - 70:23, 94:6
Kid [17] - 71:23, 71:25, 73:2, 74:24, 74:25, 75:11, 76:15, 76:18, 76:20, 77:11, 78:20, 100:3, 100:4, 102:2, 102:6, 107:24, 107:25
kidnapped [1] - 82:12
kidnappings [1] - 95:20
Kike [4] - 94:6, 94:9, 95:13, 95:16
killed [1] - 33:17
kind [4] - 22:20, 25:16, 50:12, 85:13
knowledge [1] - 15:17
known [1] - 55:24, 100:24
knows [6] - 76:9, 79:5, 79:20, 94:14, 103:7, 104:11

**L**

ladies [2] - 7:20, 97:18
lady [1] - 36:6
laminate [2] - 100:13, 105:24
land [3] - 30:19, 99:14
Language [1] - 1:22
language [7] - 39:25, 52:4, 80:23, 81:3, 81:4, 97:21
languages [1] - 39:23
large [1] - 29:3
last [23] - 14:9, 14:14, 18:9, 31:9, 59:24, 60:1, 61:2, 68:11, 70:11, 71:24, 72:11, 72:14, 76:5, 84:14, 87:13, 87:15, 88:14, 89:23, 91:6, 95:24, 102:3, 107:20, 108:18
laundering [1] - 39:22
law [10] - 27:12, 33:19, 40:15, 41:1, 45:3, 47:19, 65:17, 67:19, 82:25
Law [2] - 67:17, 70:6
laws [1] - 56:2
lay [1] - 81:11
layman's [1] - 40:24
leading [1] - 25:7
leaked [1] - 11:5
leaks [1] - 11:9

learn [2] - 10:21, 39:5
learned [3] - 26:21, 26:23, 29:13
learning [1] - 9:13
least [4] - 22:2, 28:24, 82:4, 98:16
leave [6] - 17:6, 60:14, 76:5, 95:8, 101:15, 110:2
leaving [2] - 17:14, 25:8
lectern [1] - 2:7
left [16] - 17:9, 18:1, 20:21, 21:1, 21:5, 21:8, 24:12, 25:3, 25:10, 26:18, 30:7, 30:11, 30:13, 32:2, 79:1, 83:2
leg [1] - 17:25
legal [1] - 42:7
legally [1] - 103:19
legs [1] - 19:11
lend [2] - 67:20, 69:4
Leo [2] - 88:11, 88:17
less [3] - 32:19, 61:19, 61:20, 68:13, 68:14, 76:19, 84:17, 107:22
letting [1] - 18:20
level [1] - 33:1
license [1] - 67:21
life [1] - 108:15
lights [1] - 90:17
likely [2] - 28:5, 79:24
likewise [1] - 76:24
limiting [2] - 92:11, 92:20
Line [16] - 60:4, 61:5, 61:21, 61:23, 63:2, 63:24, 64:14, 65:13, 66:6, 76:22, 78:22, 79:17, 102:8, 104:4, 104:5, 108:1
lined [1] - 2:24
liquids [1] - 105:9
listen [3] - 67:18, 70:7, 99:4
load [2] - 24:15, 24:20
loaded [4] - 23:13, 23:15, 23:16, 24:18
located [1] - 48:8
locating [1] - 10:6
location [4] - 30:8, 30:14, 31:3, 32:17
logistics [1] - 96:5
Look [1] - 106:15
look [8] - 17:14, 52:7, 84:13, 84:19, 85:10, 103:9, 103:16, 105:11
looked [2] - 83:6,

106:18
looking [5] - 17:17, 29:18, 29:24, 51:6, 86:14
looks [1] - 66:9
Lopez [2] - 86:1, 89:4
Lorraine [1] - 110:21
Los [1] - 38:20
lose [1] - 18:20
lost [1] - 17:21
Loth [1] - 1:23
loud [1] - 16:11
love [1] - 108:13
low [1] - 37:25
lowlifes [1] - 101:6
Luis [2] - 9:5, 9:12
lunch [4] - 109:20, 109:21, 109:24, 110:18
luncheon [1] - 110:19
lunchtime [2] - 3:21, 110:9

**M**

machine [2] - 1:25, 47:11
mad [1] - 61:13
magazines [3] - 24:23, 24:25, 25:2
magnitude [1] - 35:22
main [1] - 10:7
maintain [1] - 24:9
man [1] - 108:12
Man [25] - 60:24, 61:4, 61:21, 61:23, 62:3, 65:9, 65:11, 65:22, 66:4, 66:5, 66:18, 82:19, 82:20, 84:6, 85:19, 91:5, 91:9, 93:16, 93:17, 93:19, 95:11, 96:24, 97:3, 98:23, 98:24
managed [1] - 17:11
management [1] - 8:23
manner [1] - 111:18
MANUELA [1] - 1:22
Manuela [1] - 2:5
manufacture [2] - 39:21, 108:25
Manzanillo [1] - 85:24
March [1] - 38:23
MARIA [1] - 1:22
Maria [2] - 2:4, 43:13
marijuana [1] - 39:13
Marinela [1] - 99:5
maritime [2] - 40:14, 40:15
mark [1] - 13:18

9

**marked** [3] - 12:21, 51:6, 54:5
**market** [1] - 103:21
**MARTIN** [1] - 1:22
**Martin** [1] - 2:5
**master's** [1] - 102:11
**material** [3] - 4:7, 4:21, 6:1
**matter** [7] - 2:6, 15:2, 15:5, 17:6, 18:7, 81:8, 110:4
**matters** [1] - 2:19
**max** [1] - 36:18
**Mazatmitla** [1] - 101:5
**McFadden** [2] - 1:22, 2:5
**McWire** [6] - 58:17, 58:21, 59:22, 60:3, 60:16, 60:17
**mean** [5] - 50:2, 80:9, 80:15, 92:7, 92:13
**meaning** [2] - 80:19, 80:24
**means** [3] - 46:5, 54:9, 54:11
**measure** [1] - 11:5
**meat** [1] - 83:19
**mechanical** [1] - 21:10
**media** [2] - 6:23, 50:4
**medically** [1] - 20:2
**medication** [1] - 103:18
**meet** [1] - 70:20
**Melvin** [1] - 94:9
**member** [1] - 96:2
**members** [1] - 6:5
**memory** [1] - 33:25
**Menchito** [1] - 56:7
**Mencho** [3] - 55:24, 55:25, 56:2
**mentioned** [5] - 5:8, 7:11, 22:1, 26:19, 93:8
**Mercado** [3] - 77:1, 77:6, 82:12
**message** [17] - 44:20, 50:15, 62:11, 62:15, 70:11, 72:2, 72:14, 72:17, 72:20, 76:18, 84:13, 84:24, 85:10, 85:16, 99:11
**messages** [71] - 48:11, 48:20, 58:21, 58:22, 60:3, 61:4, 61:5, 62:25, 63:1, 63:23, 63:24, 64:13, 64:14, 65:11, 65:12, 66:5, 66:6, 67:13, 67:14, 68:15, 68:16,

70:2, 70:3, 73:10, 73:11, 74:25, 75:1, 75:20, 75:21, 76:20, 76:21, 77:21, 78:20, 78:21, 79:15, 79:16, 80:24, 80:25, 82:20, 82:21, 84:20, 84:23, 85:4, 85:7, 85:19, 85:20, 87:16, 87:17, 88:17, 88:18, 89:25, 90:1, 91:6, 91:9, 91:10, 93:19, 93:20, 95:24, 98:1, 98:24, 98:25, 100:4, 100:5, 102:3, 102:4, 102:6, 102:7, 107:20, 107:21, 107:23
**Messenger** [8] - 45:25, 46:2, 46:4, 46:8, 48:15, 81:17, 81:20, 81:24
**met** [1] - 106:5
**methamphetamine** [2] - 39:12, 39:21
**Mex** [4] - 68:24, 89:4, 89:5, 89:7
**Mexican** [12] - 5:1, 9:8, 10:18, 11:1, 12:8, 25:17, 26:5, 29:16, 33:19, 33:22, 36:5, 43:13
**Mexico** [32] - 8:17, 10:8, 10:9, 10:19, 10:25, 11:10, 11:13, 11:15, 19:21, 20:20, 21:1, 23:7, 24:9, 24:13, 25:3, 25:8, 25:10, 27:16, 29:11, 41:13, 41:25, 42:13, 42:17, 42:22, 43:4, 43:22, 44:2, 44:12, 68:4
**Michoacán** [1] - 101:6
**microphone** [2] - 4:24, 8:8
**middle** [1] - 79:2
**might** [1] - 57:3
**military** [4] - 18:22, 22:2, 29:16, 34:2
**million** [2] - 43:15, 43:18
**Mimo** [6] - 93:22, 96:3, 96:9, 97:6, 97:13, 98:12
**Mimo's** [2] - 94:6, 95:7
**mind** [1] - 94:16
**minds** [1] - 92:12
**minute** [1] - 58:6
**minutes** [8] - 15:2, 15:5, 58:8, 60:1,

72:16, 87:15, 91:8, 109:17
**missing** [1] - 83:17
**mission** [6] - 25:4, 28:5, 29:1, 30:21, 31:13, 31:17
**missions** [2] - 30:17, 40:13
**mistake** [1] - 101:16
**mistakes** [1] - 101:17
**mix** [1] - 59:14
**mobility** [1] - 19:17
**Mojarro** [2] - 57:11, 66:20
**moment** [2] - 31:21, 31:10
**momia** [1] - 105:16
**money** [2] - 39:22, 76:6, 103:7
**monitor** [1] - 10:5
**monitors** [2] - 49:10, 49:12
**month** [1] - 19:3
**months** [6] - 9:13, 19:5, 34:6, 106:11, 106:14, 106:20
**Morales** [6] - 7:24, 7:25, 8:15, 13:17, 20:17, 111:3
**MORALES** [1] - 8:4
**morning** [17] - 2:8, 2:10, 2:14, 2:15, 2:18, 2:23, 7:20, 8:2, 8:13, 20:17, 20:18, 38:10, 38:11, 58:6, 74:12, 99:2, 99:3
**Mosquito** [1] - 12:3
**most** [1] - 79:23
**mostly** [1] - 26:23
**motion** [3] - 2:22, 2:25, 3:5
**motor** [1] - 37:16
**motorcycle** [3] - 94:15, 94:18, 96:18
**mounted** [4] - 25:24, 26:1, 26:7, 31:7
**mouth** [1] - 8:9
**move** [6] - 8:8, 13:10, 18:3, 52:18, 54:17, 77:24
**moves** [1] - 51:20
**moving** [1] - 83:7
**MR** [39] - 2:15, 4:23, 5:4, 5:7, 5:13, 5:15, 5:17, 5:24, 6:3, 6:11, 6:16, 6:18, 6:20, 7:6, 20:14, 20:16, 35:8, 35:11, 35:12, 37:2, 37:7, 37:21, 51:24, 52:25, 53:17, 78:3,

80:3, 80:7, 82:8, 91:21, 91:23, 92:3, 92:18, 95:25, 97:16, 108:20, 109:6, 109:18, 109:22
**MS** [137] - 2:10, 3:10, 3:20, 4:10, 7:9, 7:11, 7:17, 7:23, 8:12, 12:20, 12:24, 13:10, 13:14, 13:16, 14:1, 14:2, 14:17, 14:18, 15:14, 20:12, 37:5, 37:18, 38:2, 38:7, 38:10, 38:14, 44:8, 47:14, 50:20, 51:5, 51:19, 52:3, 52:18, 52:23, 53:4, 53:15, 53:22, 54:4, 54:15, 54:22, 55:3, 57:5, 57:7, 57:23, 57:25, 58:4, 58:14, 59:18, 59:20, 60:20, 60:22, 62:5, 62:7, 62:19, 62:21, 63:17, 63:19, 64:7, 64:9, 65:5, 65:7, 65:24, 66:1, 66:24, 67:2, 67:7, 67:9, 68:5, 68:7, 69:17, 69:19, 71:10, 71:13, 71:18, 71:20, 72:5, 72:7, 73:4, 73:6, 74:3, 74:5, 74:19, 74:21, 75:14, 75:16, 76:10, 76:12, 77:13, 77:16, 77:24, 78:6, 78:8, 78:10, 78:12, 78:15, 78:19, 79:9, 79:11, 80:22, 81:10, 81:15, 82:14, 82:16, 84:1, 84:4, 85:18, 86:17, 86:19, 87:7, 87:9, 88:7, 88:9, 89:16, 89:18, 90:25, 91:2, 92:24, 93:10, 93:13, 96:7, 96:19, 96:21, 98:9, 98:10, 98:18, 98:20, 99:23, 99:25, 101:22, 101:24, 107:17, 107:19, 109:3, 109:11, 109:15, 110:6, 110:15
**murders** [1] - 95:20
**must** [1] - 102:13
**mutual** [1] - 42:7

**N**

**Naciones** [4] - 89:8, 90:6, 90:15, 90:23

**Najera's** [1] - 94:13
**name** [39] - 4:22, 5:5, 5:11, 5:20, 6:6, 6:9, 7:3, 7:11, 8:14, 8:15, 29:19, 29:20, 38:15, 38:16, 46:24, 47:2, 47:6, 56:12, 62:2, 62:3, 62:16, 63:10, 64:5, 64:23, 65:22, 66:18, 71:8, 71:9, 73:2, 75:11, 75:12, 77:11, 88:23, 89:11, 90:8, 90:12, 95:6, 100:21
**named** [1] - 82:12
**names** [4] - 5:8, 6:22, 55:10
**narcotics** [4] - 28:1, 39:6, 39:15, 40:24
**narcotics-related** [2] - 39:6, 40:24
**NASEEF** [130] - 1:11, 7:23, 8:12, 12:20, 12:24, 13:10, 13:14, 13:16, 14:1, 14:2, 14:17, 14:18, 15:14, 20:12, 37:5, 37:7, 37:18, 38:2, 38:7, 38:10, 38:14, 44:8, 47:14, 50:20, 51:5, 51:19, 52:3, 52:18, 52:23, 53:4, 53:15, 53:22, 54:4, 54:15, 54:22, 55:3, 57:5, 57:7, 57:23, 57:25, 58:4, 58:14, 59:18, 59:20, 60:20, 60:22, 62:5, 62:7, 62:19, 62:21, 63:17, 63:19, 64:7, 64:9, 65:5, 65:7, 65:24, 66:1, 66:24, 67:2, 67:7, 67:9, 68:5, 68:7, 69:17, 69:19, 71:10, 71:13, 71:18, 71:20, 72:5, 72:7, 73:4, 73:6, 74:3, 74:5, 74:19, 74:21, 75:14, 75:16, 76:10, 76:12, 77:13, 77:16, 77:24, 78:6, 78:8, 78:10, 78:12, 78:15, 78:19, 79:9, 79:11, 80:22, 81:10, 81:15, 82:14, 82:16, 84:1, 84:4, 85:18, 86:17, 86:19, 87:7, 87:9, 88:7, 88:9, 89:16, 89:18, 90:25, 91:2, 92:24, 93:10, 93:13, 96:7,

96:19, 96:21, 98:9,
98:10, 98:18, 98:20,
99:23, 99:25,
101:22, 101:24,
107:17, 107:19,
109:3, 109:11,
109:15
**Naseef** [2] - 2:11,
53:14
**National** [8] - 9:8,
10:18, 11:1, 12:8,
25:18, 26:5, 33:22,
36:6
**national** [1] - 40:14
**nature** [4] - 21:16,
26:21, 28:4, 49:13
**Nava** [2] - 57:10, 66:20
**navigate** [1] - 40:5
**NE** [1] - 1:12
**near** [2] - 37:16, 87:24
**nearby** [1] - 99:14
**necessary** [2] - 26:15,
54:23
**need** [8] - 45:9, 45:21,
61:10, 67:25, 83:3,
97:5, 98:5, 101:14
**needed** [3] - 9:13,
9:16, 107:2
**Nemesio** [1] - 55:23
**nephew** [8] - 55:20,
62:3, 63:10, 64:6,
64:23, 65:22, 71:8,
99:4
**network** [3] - 46:5,
46:7, 46:20
**never** [8] - 26:23,
29:13, 30:5, 30:20,
31:9, 61:8, 61:10,
61:17
**new** [4] - 45:22, 46:22,
62:12, 75:24
**newspapers** [1] - 40:3
**next** [4] - 7:22, 16:4,
38:6, 67:24
**nice** [1] - 76:24
**nickname** [3] - 62:4,
63:11, 66:22
**nicknames** [2] - 56:4,
56:6
**night** [4] - 25:9, 70:11,
73:24
**nine** [1] - 47:25
**nobody** [1] - 106:24
**noise** [1] - 85:13
**non** [1] - 25:15
**non-Cougar** [1] -
25:15
**noon** [1] - 7:8
**normal** [2] - 24:8,
95:18

**note** [2] - 6:21, 54:23
**note-taking** [1] - 54:23
**notebooks** [2] - 83:23,
83:24
**notes** [1] - 111:15
**nothing** [1] - 104:14
**notice** [2] - 80:10,
80:20
**noticeable** [1] - 59:11
**notify** [1] - 99:17
**November** [2] - 38:16,
111:20
**Novick** [8] - 2:12,
38:8, 38:16, 56:24,
80:10, 81:4, 81:16,
111:4
**NOVICK** [1] - 38:9
**nowadays** [2] - 85:15,
103:25
**null** [1] - 111:17
**number** [9] - 21:3,
53:21, 68:25, 69:11,
69:25, 70:24, 86:3,
86:11, 94:12
**NVO** [3] - 58:17,
58:21, 59:23

# O

**oath** [1] - 8:3
**object** [4] - 80:7,
80:21, 92:8, 92:19
**objecting** [2] - 92:4,
92:5
**objection** [19] - 37:21,
51:23, 51:24, 51:25,
52:24, 53:1, 53:16,
53:17, 78:2, 78:3,
78:4, 80:3, 81:14,
82:8, 91:21, 95:25,
97:16, 108:20, 109:6
**objective** [2] - 11:2,
45:15
**obtained** [1] - 103:19
**obtains** [1] - 42:3
**obviously** [2] - 46:6,
101:19
**occur** [1] - 45:12
**occurring** [1] - 44:19
**Ocho** [1] - 86:23
**Ocotlan** [4] - 100:15,
100:19, 106:11,
106:19
**October** [5] - 75:19,
76:15, 79:14, 100:3,
102:2
**OF** [3] - 1:1, 1:2, 1:7
**offended** [1] - 61:16
**offer** [1] - 104:19
**offered** [2] - 81:5, 81:6

**offering** [2] - 92:6,
92:19
**office** [5] - 2:17, 87:3,
90:5, 90:6, 93:4
**officer** [11] - 6:17,
9:17, 17:13, 19:21,
28:12, 28:13, 40:8,
40:11, 40:12, 40:19,
45:7
**Officer** [1] - 7:25
**officers** [2] - 12:6,
42:24
**offices** [1] - 10:9
**official** [1] - 111:22
**Official** [1] - 1:24
**often** [1] - 47:4
**old** [3] - 20:9, 20:11,
93:22
**Oleig** [2] - 95:3, 95:6
**once** [6] - 11:17,
16:20, 17:3, 18:24,
49:24, 94:23
**one** [54] - 2:20, 5:5,
16:6, 21:10, 22:14,
26:16, 27:22, 30:23,
31:14, 41:11, 54:7,
55:12, 60:2, 60:9,
67:22, 68:22, 68:23,
69:2, 69:9, 70:8,
70:9, 83:3, 83:6,
83:8, 83:10, 83:14,
83:17, 84:18, 90:10,
92:21, 93:18, 94:14,
94:16, 95:1, 95:4,
95:5, 95:16, 97:9,
98:15, 100:11,
100:18, 104:9,
105:7, 105:9,
105:15, 105:16,
106:13, 106:19,
106:25, 107:4, 107:5
**ones** [25] - 23:12,
23:17, 24:5, 26:16,
30:4, 30:5, 31:9,
31:10, 56:7, 59:9,
60:7, 60:8, 69:5,
70:13, 83:13, 83:15,
90:16, 95:5, 95:15,
95:18, 95:20,
102:21, 103:5, 105:4
**open** [1] - 6:7
**opening** [1] - 7:12
**operation** [23] - 10:13,
10:15, 10:16, 10:17,
10:22, 10:24, 11:3,
11:7, 11:11, 11:13,
11:24, 20:20, 21:6,
24:16, 26:22, 26:25,
28:4, 28:16, 28:23,
29:3, 29:22, 93:23,

99:13
**operations** [8] - 10:3,
10:5, 23:17, 29:4,
30:19, 81:8, 92:15,
97:25
**opinion** [2] - 92:6,
92:19
**opioid** [1] - 103:15
**opioid-based** [1] -
103:15
**opportunity** [4] - 4:1,
31:16, 51:12, 52:13
**oral** [1] - 84:20
**order** [7] - 28:15,
28:20, 45:11, 45:13,
45:21, 50:5, 92:4
**ordered** [2] - 10:12,
77:7
**orders** [2] - 46:14,
48:1
**original** [3] - 50:24,
53:7, 60:7
**originally** [1] - 52:5
**Oscar** [2] - 57:10,
66:20
**Oseguera** [8] - 2:3,
2:16, 5:13, 29:12,
29:17, 41:8, 55:23,
102:17
**OSEGUERA** [1] - 1:4
**otherwise** [1] - 21:14
**outgoing** [1] - 48:10
**outside** [5] - 4:22,
26:9, 31:7, 48:2,
48:6
**OV** [1] - 38:17
**overall** [1] - 78:9
**overruled** [8] - 37:23,
81:14, 82:9, 91:22,
96:1, 97:17, 108:21,
109:7
**own** [3] - 43:3, 83:18,
92:12
**OxyContin** [11] -
103:10, 103:11,
103:14, 103:15,
103:16, 103:18,
103:22, 104:1,
104:7, 108:8, 108:25

# P

**p.m** [1] - 110:19
**package** [1] - 106:3
**packaging** [1] - 59:12
**page** [3] - 44:6, 57:2,
78:7
**PAGE** [1] - 111:2
**paid** [1] - 107:2
**pain** [1] - 103:15

**pallets** [1] - 83:7
**pant** [1] - 17:25
**papers** [2] - 3:5, 54:25
**Paralegal** [1] - 2:12
**parcel** [1] - 106:3
**parked** [1] - 86:15
**part** [21] - 7:13, 9:8,
9:13, 10:4, 11:24,
12:8, 12:15, 24:7,
24:17, 28:19, 28:22,
29:3, 32:21, 34:15,
37:14, 37:16, 83:20,
96:13, 106:8
**participate** [1] - 28:15
**participated** [2] -
28:20, 29:4
**particular** [6] - 3:18,
6:22, 7:4, 36:4,
80:17, 97:25
**parties** [2] - 2:7, 53:4
**party** [2] - 54:8,
111:18
**passed** [4] - 31:25,
33:6, 35:23, 36:7
**passenger** [1] - 21:20
**past** [2] - 30:17, 80:16
**Patria** [4] - 89:9, 90:6,
90:15, 90:23
**paying** [2] - 5:21, 5:22
**peace** [1] - 102:18
**Pelon** [3] - 66:12,
66:19, 66:22
**pending** [1] - 77:4
**pens** [1] - 54:25
**people** [16] - 4:12,
4:16, 5:21, 12:4,
12:5, 12:7, 12:10,
12:17, 17:12, 22:9,
28:11, 34:1, 46:11,
69:7, 86:1, 100:19
**perceived** [1] - 32:10
**percent** [1] - 19:10
**perfect** [1] - 69:11
**perforate** [1] - 32:20
**perhaps** [1] - 3:21
**period** [2] - 49:20,
49:21
**periods** [1] - 48:12
**permission** [9] -
13:10, 13:11, 45:4,
45:6, 53:8, 54:4,
105:12, 105:22,
106:25
**perpetrators** [1] - 9:24
**Perron** [2] - 67:16,
70:5
**person** [9] - 6:8, 14:7,
18:9, 24:17, 29:25,
100:23, 101:14,
102:25

11

**personal** [2] - 23:11, 23:13
**personally** [4] - 24:15, 33:12, 33:24, 40:18
**personnel** [29] - 11:12, 12:13, 22:2, 22:10, 22:18, 23:16, 23:21, 24:17, 25:5, 25:12, 25:16, 25:17, 26:4, 26:24, 27:15, 28:6, 28:8, 28:18, 29:4, 29:16, 31:23, 33:21, 34:8, 34:10, 34:16, 36:5, 36:8, 36:9, 36:12
**pertinent** [6] - 49:3, 49:4, 49:5, 49:8, 49:13, 49:21
**pesos** [2] - 43:15, 43:18
**pester** [1] - 106:1
**phone** [3] - 44:19, 46:19, 85:9
**photocopied** [1] - 111:17
**photograph** [3] - 12:25, 13:7, 44:10
**photographs** [4] - 48:15, 48:17, 56:17, 57:12
**photos** [3] - 48:20, 57:9, 66:8
**physical** [2] - 41:5, 42:23
**physically** [1] - 84:12
**pick** [10] - 59:1, 59:2, 59:3, 59:7, 59:12, 79:21, 85:9, 87:4, 87:24, 93:3
**picked** [9] - 7:13, 76:2, 76:6, 77:1, 77:7, 78:25, 82:12, 88:20, 89:15
**pierce** [1] - 32:20
**piercing** [2] - 15:24, 37:12
**pills** [7] - 103:5, 103:8, 103:9, 103:17, 104:1, 105:4, 106:13
**pilot** [1] - 36:21
**PIN** [51] - 46:17, 46:18, 46:21, 46:22, 46:25, 47:6, 47:8, 47:10, 47:22, 50:14, 50:15, 57:15, 57:18, 57:21, 62:1, 62:9, 62:12, 62:14, 62:17, 63:8, 63:9, 63:14, 64:3, 64:21, 64:22, 65:2, 65:3, 65:20, 65:21,

66:16, 66:17, 67:4, 70:25, 71:6, 71:7, 71:15, 71:24, 72:11, 72:21, 72:22, 72:25, 73:1, 73:2, 74:14, 75:9, 75:10, 75:11, 77:9, 77:10, 77:18
**pin** [1] - 62:2
**ping** [10] - 84:8, 84:12, 85:9, 85:10, 85:12, 85:21, 90:3, 99:15
**PINs** [10] - 47:24, 54:1, 55:4, 55:8, 56:19, 67:4, 71:15, 73:25, 77:18, 77:22
**pistol** [1] - 23:14
**place** [11] - 10:13, 59:25, 68:12, 84:16, 87:14, 89:22, 91:7, 94:23, 94:25, 96:16, 106:15
**placed** [2] - 28:17, 50:5
**places** [2] - 10:6, 70:10
**plain** [1] - 81:1
**plan** [4] - 3:14, 61:8, 61:11, 110:13
**plana** [1] - 73:22
**planning** [2] - 3:8
**plate** [1] - 67:22
**platform** [2] - 73:15, 73:22
**pleasant** [1] - 7:21
**point** [18] - 8:25, 11:2, 15:4, 15:10, 16:6, 17:19, 28:3, 30:7, 30:11, 30:25, 32:2, 32:10, 32:16, 32:23, 33:18, 34:1, 40:4, 85:6
**pointing** [1] - 14:14
**Police** [8] - 9:3, 9:6, 9:11, 9:12, 9:14, 12:5, 20:10, 33:21
**police** [7] - 9:8, 9:17, 9:18, 19:21, 90:19, 95:19, 96:12
**poor** [2] - 76:7, 79:21
**portions** [1] - 4:3
**position** [2] - 28:17, 87:19
**possessed** [1] - 24:7
**possible** [3] - 3:12, 3:21, 17:7
**potential** [3] - 3:25, 5:6, 6:24
**potentially** [1] - 4:16
**Potosi** [2] - 9:5, 9:12
**powders** [3] - 100:12,

105:15, 105:22
**PP** [1] - 70:14
**precisely** [1] - 3:17
**precursor** [1] - 39:20
**prefer** [1] - 109:20
**prepare** [1] - 96:14
**prescription** [1] - 103:18
**presence** [1] - 3:22
**PRESENT** [1] - 1:22
**present** [3] - 11:12, 26:24, 55:13
**presenting** [1] - 3:9
**preserve** [1] - 50:9
**preserved** [1] - 50:6
**press** [1] - 7:13
**pressure** [1] - 69:16
**presumably** [1] - 4:14
**pretty** [2] - 61:3, 70:1
**prevent** [1] - 50:10
**previous** [3] - 65:3, 67:4, 71:15
**previously** [3] - 44:5, 56:22, 93:9
**prey** [1] - 91:12
**prick** [2] - 104:23, 104:24
**pride** [1] - 108:15
**primarily** [1] - 52:6
**probable** [1] - 45:8
**problem** [2] - 21:10, 21:12
**proceed** [3] - 38:12, 53:19, 58:13
**proceedings** [1] - 111:15
**Proceedings** [1] - 1:25
**process** [8] - 19:25, 42:2, 42:5, 42:7, 45:19, 106:9, 106:10
**produced** [2] - 1:25, 50:12
**product** [1] - 107:6
**projectiles** [1] - 32:17
**proposed** [1] - 4:2
**proprietary** [2] - 46:4, 46:20
**prosecution** [1] - 42:8
**prosecutor** [1] - 43:13
**protect** [1] - 35:21
**protected** [1] - 34:11
**provide** [7] - 41:13, 41:16, 41:22, 43:4, 43:7, 43:23, 44:12
**provided** [5] - 11:4, 25:5, 34:16, 43:8
**provides** [1] - 24:9
**providing** [1] - 42:14

**publish** [4] - 13:11, 13:13, 53:8, 53:20
**published** [41] - 12:23, 13:15, 44:7, 55:2, 57:24, 59:19, 60:21, 62:6, 62:20, 63:18, 64:8, 65:6, 65:25, 67:1, 67:8, 68:6, 69:18, 71:12, 71:19, 72:6, 73:5, 74:4, 74:20, 75:15, 76:11, 77:15, 78:17, 79:10, 82:15, 84:3, 87:8, 88:8, 89:17, 91:1, 91:25, 93:12, 96:20, 98:19, 99:24, 101:23, 107:18
**pulled** [1] - 83:10
**purpose** [5] - 25:4, 28:5, 50:7
**purposes** [2] - 3:8, 23:10
**pursuing** [2] - 15:6, 32:8
**pursuit** [1] - 32:4
**put** [7] - 69:15, 70:16, 75:6, 80:4, 91:12, 102:15, 102:20

## Q

**qualified** [1] - 102:12
**Quantico** [1] - 39:5
**Queretaro** [3] - 68:19, 69:6, 69:7
**questions** [4] - 20:12, 37:3, 38:2, 109:15
**quickly** [3] - 16:25, 17:7, 57:3

## R

**raise** [1] - 8:3
**Ramirez** [2] - 57:11, 66:20
**ranch** [1] - 101:5
**rate** [1] - 107:8
**Raul** [4] - 89:11, 90:12, 93:3, 93:7
**ray** [1] - 50:4
**re** [1] - 49:22
**re-up** [1] - 49:22
**reach** [4] - 71:4, 73:17, 73:19, 73:25
**read** [55] - 3:15, 58:21, 58:22, 61:4, 61:5, 62:11, 62:25, 63:1, 63:23, 63:24, 64:13, 64:14, 65:11, 65:12, 66:5, 66:6, 67:13,

68:15, 70:2, 72:2, 72:17, 73:10, 73:11, 74:25, 75:20, 75:21, 76:20, 76:21, 79:15, 79:16, 82:20, 82:21, 85:19, 85:20, 87:16, 88:17, 88:18, 89:25, 90:1, 91:9, 91:10, 93:1, 93:19, 93:20, 97:21, 98:24, 98:25, 100:4, 102:7, 104:5, 107:25
**reading** [18] - 40:3, 60:3, 60:4, 74:9, 74:10, 75:1, 78:20, 78:21, 84:8, 84:19, 87:17, 92:10, 95:11, 97:3, 97:4, 102:6, 104:3, 107:25
**ready** [10] - 2:24, 7:16, 7:22, 54:25, 94:14, 94:20, 94:25, 96:16, 96:18, 97:5
**real** [1] - 104:25
**realized** [1] - 9:25
**really** [9] - 61:9, 100:20, 102:25, 103:1, 104:11, 104:17, 107:9
**realm** [1] - 40:16
**realtime** [3] - 44:19, 45:4, 49:11
**reapply** [1] - 45:19
**rear** [8] - 13:21, 14:3, 14:5, 31:4, 31:15, 33:3, 37:14, 37:16
**reason** [1] - 4:1
**reasons** [1] - 3:4
**receipt** [1] - 106:4
**receive** [5] - 9:10, 19:6, 19:14, 38:25, 80:9
**received** [10] - 4:4, 18:22, 18:25, 28:15, 32:9, 39:15, 39:19, 48:24, 49:21, 56:16
**receiver's** [1] - 84:11
**receives** [1] - 42:13
**receiving** [1] - 50:15
**recess** [2] - 58:10, 110:19
**recognize** [3] - 12:25, 51:10, 52:11
**reconstructive** [1] - 19:16
**reconvene** [1] - 110:13
**record** [4] - 2:4, 2:8, 14:13, 38:15
**recordings** [1] - 4:15

records [1] - 50:24
recover [1] - 20:1
recovered [3] - 59:4, 59:5, 59:7
recovery [1] - 19:15
redirect [1] - 37:4
REDIRECT [1] - 37:6
refer [3] - 22:24, 61:21, 61:23
reflect [1] - 14:13
refusing [2] - 3:23, 4:1
regard [2] - 6:23, 80:10
regular [1] - 24:9
related [10] - 6:1, 39:6, 39:20, 40:24, 42:20, 42:22, 55:17, 55:19, 97:12, 98:11
relationship [1] - 55:21
relationships [1] - 55:10
relative [4] - 61:1, 69:23, 88:13, 89:22
released [1] - 108:24
relevant [1] - 51:9
relief [1] - 54:20
reliever [1] - 103:15
remain [1] - 47:6
remember [17] - 11:22, 14:24, 16:5, 18:4, 18:16, 18:21, 19:7, 23:2, 24:24, 33:20, 34:5, 34:23, 34:24, 56:8, 103:6, 105:24, 107:1
remind [1] - 58:18
remove [1] - 17:1
rented [1] - 106:20
reopen [1] - 106:17
repeat [3] - 29:19, 30:1, 98:7
repeated [1] - 98:6
repetition [1] - 15:13
report [4] - 2:21, 3:15, 10:12, 10:19
reported [2] - 1:25, 110:20
Reporter [3] - 1:23, 1:24, 111:22
reports [4] - 42:20, 42:21, 43:2, 43:8
representation [7] - 6:21, 7:7, 63:13, 65:1, 67:3, 71:14, 77:17
representations [3] - 5:19, 6:14, 50:23
representatives [1] - 29:10

request [4] - 42:16, 44:9, 92:5, 110:6
requested [4] - 42:19, 42:20, 43:5, 43:21
requesting [1] - 3:18
requests [2] - 15:13, 42:8
rescue [1] - 40:13
rescued [1] - 33:18
resist [1] - 16:16
respect [4] - 2:25, 4:21, 5:7, 101:9
respond [1] - 42:14
response [3] - 4:4, 12:2
responsibilities [1] - 9:22
responsible [1] - 98:16
rest [2] - 83:3, 102:18
restaurant [1] - 8:23
restaurants [1] - 8:24
result [2] - 21:13, 108:7
resuming [1] - 110:17
retire [2] - 20:2, 20:9
retirement [1] - 20:5
returns [1] - 58:12
review [3] - 51:12, 52:13, 109:13
reviewed [4] - 50:17, 77:21, 81:21, 82:3
richar [1] - 89:15
ride [1] - 94:15
riding [1] - 13:8
rifle [4] - 95:2, 95:4, 96:17, 97:7
ring [1] - 85:9
road [1] - 79:2
Robinson [6] - 75:19, 75:20, 76:16, 79:14, 79:15, 82:10
rock [3] - 18:5, 18:6, 35:1
rode [1] - 13:5
Rojo [16] - 56:7, 61:13, 61:24, 62:4, 64:1, 64:6, 65:15, 65:22, 82:23, 85:21, 85:23, 86:20, 87:3, 93:22, 97:5, 99:13
role [1] - 41:10
Ronis [2] - 2:16, 4:20
RONIS [18] - 1:19, 2:15, 4:23, 5:4, 5:7, 5:13, 5:15, 5:17, 5:24, 6:3, 6:11, 20:14, 20:16, 35:8, 35:11, 35:12, 37:2, 37:21

room [1] - 36:18
rotor [2] - 37:16, 37:17
roughly [4] - 38:24, 88:15, 89:24
round [2] - 23:23, 103:17
rounds [1] - 24:19
routed [1] - 42:10
RPR [3] - 1:23, 111:14, 111:21
RUBEN [1] - 1:4
Ruben [10] - 2:3, 41:8, 59:2, 60:19, 62:3, 76:8, 76:17, 77:12, 93:5, 93:7
Ruben's [2] - 90:7, 93:3
Rubencito [3] - 70:24, 71:9, 79:19
Rule [3] - 3:3, 3:6, 50:21
Rules [1] - 50:21
run [1] - 46:11
runs [1] - 94:18
rush [1] - 54:22
Russian [6] - 64:18, 94:13, 94:23, 96:6, 96:13, 96:16
Russian's [1] - 96:15

**S**

safeguard [2] - 35:20, 35:24
SAHNI [10] - 1:10, 2:10, 3:10, 3:20, 4:10, 7:9, 7:11, 7:17, 110:6, 110:15
Sahni [1] - 2:11
Saint [1] - 1:23
Saint-Loth [1] - 1:23
Salvador [7] - 100:21, 102:10, 102:18, 103:7, 107:7, 108:24, 108:25
samples [1] - 43:1
San [4] - 1:17, 1:20, 9:5, 9:12
Saturday [2] - 59:3, 77:2, 78:25
saved [1] - 50:3
saw [5] - 16:1, 31:9, 37:13, 37:19, 54:24
scarce [1] - 105:8
scene [1] - 43:1
school [1] - 8:18
scope [2] - 95:2, 96:17
Scorpion [1] - 66:6
screen [18] - 13:18, 13:22, 46:24, 47:2,

47:6, 56:12, 62:3, 62:16, 63:9, 64:5, 64:23, 65:21, 66:17, 71:7, 73:2, 75:11, 77:11, 85:12
sealed [2] - 50:1, 50:2
sealing [2] - 50:5, 50:7
search [2] - 40:13, 41:4
seated [4] - 8:7, 13:19, 14:3, 14:8
seats [1] - 36:18
second [3] - 2:21, 7:15, 54:7
secondly [1] - 80:13
seconds [2] - 15:2, 15:5
secret [1] - 11:7
Secretariat [9] - 9:9, 10:18, 11:1, 12:9, 25:18, 26:5, 33:22, 36:6
see [51] - 3:23, 14:7, 15:23, 17:4, 17:9, 17:11, 17:12, 17:16, 25:22, 31:4, 31:16, 33:4, 37:10, 37:15, 48:23, 49:2, 49:3, 49:14, 59:9, 68:21, 69:10, 70:11, 70:22, 70:23, 73:16, 76:9, 77:3, 77:6, 79:3, 79:7, 79:20, 84:8, 86:7, 89:7, 90:10, 93:23, 94:7, 94:10, 100:12, 100:13, 100:19, 101:15, 101:21, 102:21, 105:2, 105:3, 107:3, 107:5, 108:6, 110:9
seeking [1] - 54:9
seized [2] - 43:16, 44:1
sell [2] - 61:15, 100:14
semiautomatic [3] - 24:1, 24:4, 24:5
send [19] - 48:10, 48:19, 56:17, 59:8, 66:9, 67:18, 67:20, 67:21, 69:6, 69:8, 76:17, 84:24, 85:4, 86:3, 94:3, 94:5, 94:7, 107:3, 107:4

sender [1] - 84:11
sending [3] - 50:14, 66:8, 86:24
sensitive [1] - 60:11
sent [16] - 28:22, 44:20, 48:15, 48:24, 59:10, 68:21, 72:15, 72:20, 72:22, 75:6, 94:13, 100:18, 102:4, 104:18, 106:2, 107:21
separate [3] - 48:21, 48:22, 110:21
September [6] - 1:4, 71:23, 72:10, 73:9, 74:8, 74:24
serious [2] - 16:6, 16:9
server [1] - 48:8
servers [2] - 48:8, 48:13
service [11] - 58:25, 64:2, 65:16, 66:11, 72:4, 72:19, 73:13, 74:17, 75:25, 82:24, 85:22
session [1] - 110:20
set [8] - 3:4, 89:23, 91:6, 93:22, 94:22, 102:3, 107:20, 108:18
seven [2] - 38:24, 97:2
several [2] - 16:1, 46:6
Señor [5] - 75:19, 75:20, 79:14, 79:15, 82:10
shady [1] - 61:15
shall [1] - 111:17
shape [1] - 19:1
share [1] - 5:11
shared [11] - 4:20, 4:23, 5:3, 5:4, 5:5, 5:20, 5:22, 5:25, 6:8, 7:3, 29:5
shoot [6] - 15:18, 15:19, 26:8, 26:10, 26:13, 26:14
shooting [7] - 15:4, 15:7, 15:8, 15:9, 15:21, 35:16, 36:2
short [2] - 69:5, 70:13
shorthand [1] - 1:25
shortly [1] - 31:2
shot [6] - 15:12, 15:16, 16:22, 31:3, 32:1, 37:11
shots [5] - 15:9, 15:24, 17:23, 18:4, 30:4
show [6] - 12:20,

13

13:23, 44:5, 68:22, 70:9, 106:15
**showed** [1] - 106:14
**sic** [1] - 10:1
**side** [1] - 14:15
**sides** [1] - 16:3
**siding** [1] - 15:22
**sign** [3] - 14:10, 14:15, 45:11
**signatory** [1] - 111:18
**signed** [2] - 45:13, 50:6
**significance** [2] - 26:25, 66:15
**similar** [6] - 29:5, 30:17, 84:24, 85:4, 85:14, 103:22
**similar-type** [1] - 30:17
**simply** [1] - 33:15
**simultaneous** [3] - 61:3, 70:1, 89:24
**sit** [4] - 8:8, 29:23, 33:5, 80:18
**sitting** [3] - 6:5, 6:10, 15:23
**situation** [1] - 96:5
**skin** [2] - 19:9, 19:13
**skinny** [2] - 83:6, 95:6
**sky** [1] - 32:23
**slackers** [1] - 69:14
**Slide** [6] - 63:13, 65:1, 66:25, 71:11, 77:14, 77:25
**slide** [2] - 54:17, 54:19
**small** [1] - 26:16
**smaller** [2] - 21:17, 25:25
**smart** [1] - 77:3
**smiley** [1] - 90:14
**smily** [1] - 89:13
**SMS** [1] - 84:24
**SMS-type** [1] - 84:24
**so..** [1] - 35:16
**social** [1] - 6:23
**sold** [1] - 103:21
**someone** [10] - 26:25, 29:6, 32:3, 59:8, 77:1, 78:25, 79:5, 79:20, 94:3
**sometime** [1] - 14:21
**somewhere** [2] - 28:7, 106:10
**son** [4] - 69:4, 83:12, 83:25, 102:17
**Son** [2] - 69:13, 99:3
**sons** [1] - 83:19
**soon** [4] - 31:25, 66:8, 87:24, 99:10
**sorry** [14] - 13:6, 24:2,

26:11, 27:23, 27:24, 30:10, 35:8, 35:11, 37:17, 52:21, 72:23, 75:3, 86:18, 93:7
**sort** [5] - 11:8, 42:23, 42:25, 43:2, 50:4
**sound** [2] - 31:1, 35:19
**sounded** [1] - 107:12
**source** [1] - 7:1
**sources** [2] - 39:7, 41:4
**space** [1] - 14:14
**Spanish** [5] - 1:22, 40:1, 52:6, 52:9, 53:7
**speaking** [2] - 19:8, 55:7
**special** [1] - 38:19
**Special** [2] - 2:12, 38:8
**specialized** [1] - 38:25
**specific** [5] - 30:14, 30:25, 32:7, 47:10, 47:21
**specifically** [2] - 45:10, 96:11
**spelled** [1] - 38:16
**spend** [1] - 25:9
**spilled** [1] - 83:11
**spoken** [2] - 100:11, 105:21
**squares** [1] - 61:9
**Sr** [1] - 76:16
**stand** [4] - 3:24, 4:24, 8:1, 110:2
**standing** [2] - 69:13, 107:15
**start** [6] - 2:9, 15:4, 84:8, 94:17, 104:4, 104:5
**started** [11] - 15:7, 15:8, 15:9, 16:7, 16:11, 16:12, 16:14, 18:23, 19:2, 20:20, 31:2
**starting** [2] - 18:19, 60:4
**starts** [31] - 58:17, 59:23, 60:25, 62:10, 62:24, 63:22, 64:12, 65:10, 66:4, 67:12, 68:10, 69:22, 71:23, 72:10, 73:9, 74:8, 74:24, 75:19, 76:15, 79:14, 82:19, 84:7, 87:12, 88:12, 89:21, 91:5, 93:16, 96:24, 98:23, 100:3, 102:2
**State** [1] - 42:11

**state** [2] - 8:14, 38:15
**STATES** [4] - 1:1, 1:2, 1:8, 1:10
**States** [12] - 2:3, 2:12, 27:2, 27:12, 40:9, 41:12, 41:25, 42:10, 48:3, 48:6, 48:9, 48:14
**stay** [3] - 16:23, 19:4, 96:17
**stayed** [1] - 11:18
**stays** [1] - 47:8
**stenographic** [1] - 111:15
**step** [2] - 6:19, 7:25
**steps** [1] - 11:6
**sticking** [1] - 40:4
**still** [15] - 14:22, 17:3, 17:8, 17:19, 17:23, 18:4, 19:1, 19:21, 19:25, 26:20, 35:10, 35:21, 40:5, 102:15
**stipulate** [1] - 53:5
**stipulation** [2] - 4:2, 53:13
**Stipulation** [1] - 50:20
**stop** [12] - 49:16, 49:24, 61:5, 63:11, 63:24, 64:14, 65:12, 66:6, 76:21, 79:16, 104:4, 108:1
**stopped** [3] - 60:13, 90:18, 106:7
**straight** [1] - 4:7
**Street** [4] - 1:12, 1:16, 1:19, 77:2
**stripped** [1] - 97:7
**struck** [1] - 37:9
**stuck** [1] - 97:7
**studied** [2] - 9:23, 9:25
**stuff** [3] - 83:4, 83:12, 95:21
**stupid** [1] - 75:4
**subject** [1] - 81:8
**submit** [1] - 19:16
**subsequent** [1] - 44:1
**Substances** [1] - 40:23
**suffered** [1] - 27:22
**summarizing** [1] - 80:8
**sunrise** [1] - 26:19
**super** [1] - 102:12
**superior** [2] - 28:17, 28:20
**superiors** [2] - 11:6, 25:7
**support** [1] - 104:20
**suppose** [1] - 21:24

**supposed** [1] - 31:12
**supposedly** [5] - 36:11, 77:1, 105:15, 106:7, 106:8
**surgeries** [5] - 19:6, 19:7, 19:8, 19:14, 19:16
**surveillance** [5] - 39:6, 41:5, 41:6, 94:4, 96:10
**survive** [1] - 36:10
**survived** [3] - 19:19, 19:20, 36:11
**survivor** [1] - 36:3
**SUSANA** [1] - 1:22
**Susana** [1] - 2:5
**suspect** [1] - 28:1
**suspected** [1] - 29:1
**sustained** [1] - 20:6
**swear** [2] - 8:6, 45:7
**swearing** [1] - 45:20
**switch** [2] - 8:25, 9:2
**switching** [2] - 21:13, 49:18
**sworn** [4] - 2:5, 8:5, 38:9, 45:10
**system** [1] - 5:1

## T

**table** [1] - 2:13
**tactical** [3] - 34:9, 34:10, 34:15
**tactics** [1] - 39:7
**tags** [1] - 67:22
**target** [10] - 30:2, 47:16, 47:18, 47:19, 47:23, 48:11, 48:24, 49:17, 49:24, 51:17
**targeted** [2] - 29:25, 47:22
**targets** [1] - 47:24
**task** [1] - 45:7
**team** [2] - 10:3, 29:11
**technology** [1] - 46:9
**telephone** [1] - 94:12
**telephones** [1] - 91:16
**ten** [5] - 58:6, 58:8, 87:15, 91:14, 109:17
**ten-minute** [1] - 58:6
**terms** [1] - 40:24
**Terranova** [2] - 89:7, 89:8
**terrible** [1] - 33:12
**testified** [2] - 8:5, 28:24
**testify** [6] - 42:25, 43:9, 43:14, 66:21, 80:24, 81:3
**testifying** [3] - 27:3,

80:22, 97:19
**testimony** [16] - 4:3, 53:9, 54:16, 55:13, 55:16, 56:3, 63:14, 65:2, 67:3, 71:14, 77:17, 80:8, 80:12, 80:20, 97:22, 99:21
**tests** [2] - 100:16, 106:17
**text** [8] - 44:20, 48:20, 84:20, 84:23, 85:6, 85:7, 92:10, 97:20
**text-based** [1] - 85:7
**texts** [1] - 58:3
**than..** [1] - 109:23
**THE** [107] - 1:1, 1:7, 1:10, 1:15, 2:2, 2:14, 2:18, 3:14, 4:6, 4:11, 4:24, 5:5, 5:11, 5:14, 5:16, 5:18, 5:25, 6:4, 6:13, 6:17, 6:19, 7:1, 7:7, 7:10, 7:15, 7:18, 7:20, 7:25, 8:6, 8:7, 13:12, 13:22, 13:24, 13:25, 14:6, 14:11, 14:13, 15:13, 20:13, 35:7, 35:9, 37:4, 37:17, 37:23, 37:24, 38:3, 38:4, 38:6, 38:11, 38:12, 47:9, 47:12, 47:13, 51:4, 51:23, 51:25, 52:21, 52:24, 53:1, 53:10, 53:16, 53:18, 54:6, 54:20, 54:24, 58:2, 58:5, 58:13, 78:2, 78:4, 78:7, 78:9, 78:11, 78:13, 78:18, 80:4, 81:5, 81:11, 82:9, 82:10, 84:18, 84:22, 84:25, 85:1, 85:2, 85:3, 85:8, 85:11, 85:17, 91:22, 91:24, 92:8, 92:22, 96:1, 96:2, 97:17, 98:7, 108:21, 108:22, 109:7, 109:8, 109:16, 109:19, 109:24, 110:2, 110:12, 110:16
**themselves** [1] - 24:18
**therapy** [1] - 19:17
**there-type** [1] - 84:13
**they've** [1] - 68:21
**thief** [5] - 65:18, 83:1, 84:15, 85:23, 93:8
**thinks** [1] - 60:9
**Third** [2] - 1:16, 1:19
**thirty** [2] - 45:15,

14

47:25
**thirty-nine** [1] - 47:25
**threats** [3] - 2:21, 3:15, 7:14
**three** [10] - 12:10, 33:12, 35:19, 56:21, 71:15, 76:2, 87:21, 99:5, 99:19, 105:15
**throughout** [1] - 17:8
**throw** [1] - 91:16
**Thursday** [1] - 105:2
**tie** [1] - 81:8
**tied** [2] - 81:13, 101:2
**tiles** [1] - 83:7
**today** [7] - 2:20, 7:8, 27:3, 29:24, 33:5, 43:13, 52:16
**together** [7] - 53:12, 71:5, 80:25, 81:13, 91:19, 92:25, 108:7
**Toluca** [1] - 70:10
**Tom** [1] - 59:1
**tomorrow** [2] - 67:18, 73:15
**took** [9] - 11:13, 11:20, 13:20, 14:23, 21:12, 31:2, 33:14, 76:6, 106:18
**tools** [2] - 41:1, 41:3
**top** [5] - 38:1, 51:11, 55:4, 69:14, 94:19
**topic** [2] - 81:1, 81:13
**topics** [3] - 81:9, 97:19, 98:2
**Torna** [1] - 93:24
**total** [1] - 87:22
**totally** [3] - 101:1, 101:8, 105:5
**touch** [2] - 13:17, 13:22
**tow** [1] - 83:15
**towards** [2] - 11:16, 14:3
**town** [1] - 96:6
**tracked** [1] - 91:17
**traffickers** [1] - 10:7
**trafficking** [4] - 9:24, 40:17, 40:19, 49:6
**trailer** [1] - 73:21
**training** [12] - 9:10, 9:15, 9:17, 9:18, 9:20, 38:25, 39:4, 39:9, 39:15, 39:18, 39:19, 39:20
**TRANSCRIPT** [1] - 1:7
**transcript** [4] - 1:25, 111:15, 111:15, 111:17
**transcription** [1] - 1:25

**translated** [1] - 48:13
**translations** [3] - 52:9, 52:14, 53:6
**transmitted** [2] - 48:7
**transported** [1] - 18:14
**transports** [1] - 107:11
**traveling** [1] - 26:16
**treatment** [1] - 19:14
**treaty** [1] - 42:8
**trial** [10] - 2:20, 3:2, 3:6, 4:10, 6:6, 55:16, 56:3, 57:10, 75:7, 109:13
**TRIAL** [1] - 1:7
**triangular** [2] - 14:9, 14:15
**tried** [15] - 16:15, 16:16, 16:17, 16:21, 16:24, 16:25, 17:1, 17:6, 18:3, 18:4, 33:15, 34:23, 35:20, 35:21
**trip** [2] - 18:21, 107:12
**truck** [7] - 72:3, 72:18, 74:16, 75:3, 75:5, 83:15, 87:21
**trucks** [1] - 15:7
**true** [2] - 111:14, 111:15
**truly** [1] - 102:25
**truth** [2] - 101:12, 101:14
**try** [5] - 17:24, 59:9, 96:18, 98:15, 105:22
**trying** [16] - 5:1, 9:24, 17:21, 33:16, 34:24, 35:24, 47:20, 82:13, 84:11, 84:12, 93:3, 96:4, 96:5, 101:7, 104:17, 108:23
**Tucan** [9] - 71:22, 72:9, 72:20, 73:8, 73:11, 74:7, 74:10, 74:23, 75:1
**Tuesday** [2] - 94:14, 94:24
**turn** [2] - 8:2, 78:15
**turned** [3] - 4:7, 4:9, 43:14
**turning** [40] - 56:22, 57:23, 58:15, 59:18, 60:20, 62:5, 62:19, 63:12, 63:17, 64:7, 64:25, 65:5, 65:24, 66:24, 67:7, 68:5, 69:17, 71:10, 71:18, 72:5, 73:4, 74:3, 74:19, 75:14, 76:10,

77:13, 79:9, 82:14, 84:1, 86:17, 87:7, 88:7, 89:16, 90:25, 93:10, 96:19, 98:18, 99:23, 101:22, 107:17
**two** [31] - 2:19, 4:10, 4:11, 10:23, 12:1, 12:2, 12:5, 21:17, 22:5, 22:8, 23:19, 23:20, 23:21, 24:23, 25:2, 25:15, 25:19, 25:25, 26:7, 31:7, 31:9, 36:22, 67:4, 68:21, 68:24, 69:9, 72:16, 95:24
**type** [15] - 9:22, 10:15, 10:16, 11:20, 13:4, 13:7, 15:11, 15:15, 23:10, 30:17, 32:20, 39:18, 45:23, 84:13, 84:24
**typed** [1] - 84:25
**types** [5] - 10:3, 15:21, 39:11, 39:12, 41:1
**typically** [3] - 42:6, 103:17, 103:25

## U

**U.S** [6] - 1:12, 27:5, 42:2, 42:16, 43:21, 44:9
**ugly** [1] - 103:8
**ultimately** [3] - 21:5, 98:1, 109:1
**unaltered** [1] - 50:23
**unarmed** [1] - 22:14
**unavailable** [2] - 2:22, 3:2
**Uncle** [22] - 61:7, 61:18, 61:22, 63:4, 64:2, 64:16, 65:16, 69:8, 69:15, 77:5, 82:24, 85:22, 85:25, 86:4, 86:9, 86:24, 95:13, 99:4, 99:8, 99:11, 99:16
**uncle** [8] - 55:20, 58:19, 61:12, 91:12, 91:16, 93:2, 99:2
**uncle-nephew** [1] - 55:20
**under** [4] - 3:3, 3:6, 50:21, 110:21
**understood** [2] - 33:10, 36:15
**Unidas** [1] - 90:6
**uniform** [3] - 12:15, 12:16, 17:1

**unique** [1] - 47:10
**unit** [5] - 9:19, 9:21, 9:22, 10:8, 31:12
**UNITED** [4] - 1:1, 1:2, 1:8, 1:10
**United** [12] - 2:3, 2:12, 27:2, 27:12, 40:9, 41:12, 41:25, 42:10, 48:3, 48:6, 48:9, 48:14
**unless** [1] - 98:5
**up** [48] - 2:24, 4:24, 7:13, 10:5, 19:3, 42:10, 49:22, 59:1, 59:2, 59:3, 59:7, 59:12, 59:14, 60:8, 64:16, 64:17, 65:17, 67:17, 70:6, 75:24, 76:2, 76:6, 77:1, 77:7, 78:25, 79:21, 82:12, 82:25, 85:9, 86:7, 86:12, 87:4, 87:24, 88:20, 89:5, 89:15, 92:12, 93:3, 93:22, 94:22, 97:7, 98:1, 98:14, 99:3, 101:2, 101:6, 105:2, 110:3
**upstanding** [1] - 103:1
**user** [26] - 46:21, 46:24, 47:6, 55:8, 62:1, 62:14, 63:7, 63:9, 63:14, 64:3, 64:5, 64:20, 64:22, 65:20, 65:21, 66:16, 66:17, 71:6, 71:7, 72:25, 73:1, 75:9, 75:10, 77:9, 77:10, 77:21
**username** [3] - 57:15, 57:18, 57:21
**users** [1] - 46:10
**uses** [5] - 54:8, 62:3, 64:5, 66:17, 66:18
**utilized** [2] - 63:9, 73:1
**utilizes** [2] - 64:22, 77:10

## V

**Valencia** [7] - 55:17, 55:25, 56:9, 57:9, 57:10, 58:20, 66:20
**Valente's** [1] - 99:4
**value** [2] - 43:18, 108:25
**valued** [1] - 43:15
**variety** [1] - 40:13
**various** [2] - 97:19, 104:2

**vehicle** [1] - 11:20
**vehicles** [1] - 15:1
**Venadito's** [1] - 102:17
**versus** [1] - 2:3
**vessels** [2] - 40:17, 40:19
**vest** [3] - 34:11, 34:13
**vests** [1] - 34:15
**Victor** [1] - 38:17
**videotaped** [2] - 3:5, 3:9
**view** [1] - 49:10
**viewing** [1] - 50:10
**Villavolos** [1] - 100:25
**violations** [1] - 40:23
**Virginia** [1] - 39:5
**virtue** [1] - 53:11
**voice** [1] - 85:4
**void** [1] - 111:17
**voir** [1] - 7:12
**vouch** [1] - 101:8
**vs** [1] - 1:3

## W

**wait** [2] - 88:5, 99:11
**walk** [1] - 18:4
**walked** [2] - 34:24, 34:25
**wants** [1] - 110:11
**warrants** [1] - 41:4
**Washington** [3] - 1:5, 1:13, 77:2
**watches** [1] - 43:14
**ways** [1] - 41:1
**weapon** [7] - 12:16, 15:18, 15:19, 17:21, 23:13, 24:20, 24:24
**weaponry** [2] - 23:11, 24:10
**weapons** [31] - 9:17, 12:14, 12:18, 12:19, 15:21, 22:21, 22:23, 22:24, 23:5, 23:6, 23:9, 23:16, 23:24, 24:3, 24:6, 24:12, 24:15, 24:18, 25:24, 26:1, 26:2, 26:8, 31:1, 31:7, 32:20, 35:3, 42:23, 43:10, 44:1
**week** [1] - 108:8
**weekend** [1] - 7:21
**weeks** [1] - 4:10
**welcomed** [1] - 30:4
**West** [2] - 1:16, 1:19
**WhatsApp** [1] - 88:5
**whichever** [1] - 45:16
**whole** [4] - 16:22,

15

17:5, 106:9, 107:4
**wholesale** [1] - 80:14
**wide** [1] - 40:13
**wife** [1] - 100:20
**window** [2] - 14:9, 14:15
**wiretap** [15] - 41:6, 44:15, 44:17, 44:18, 44:21, 44:25, 45:3, 47:15, 48:1, 48:19, 48:23, 51:14, 53:23, 56:9, 81:17
**wiretaps** [1] - 39:21
**withdraw** [1] - 33:25
**witness** [29] - 2:21, 2:22, 3:2, 3:16, 3:22, 4:7, 4:9, 4:21, 5:6, 5:12, 5:21, 6:1, 6:6, 6:9, 6:22, 7:4, 7:11, 7:22, 8:1, 8:4, 12:20, 13:24, 14:14, 38:5, 38:6, 38:9, 51:3, 57:4, 110:4
**WITNESS** [19] - 8:6, 13:24, 14:11, 35:9, 37:24, 38:4, 38:11, 47:12, 78:18, 82:10, 84:22, 85:1, 85:3, 85:11, 96:2, 98:7, 108:22, 109:8, 111:2
**witness's** [4] - 4:17, 4:22, 6:6, 53:9
**witnesses** [5] - 5:9, 6:24, 41:5, 55:14, 109:13
**witnesses's** [1] - 110:8
**woke** [1] - 19:3
**wonder** [1] - 76:7
**wondering** [1] - 83:2
**word** [2] - 75:6, 84:8
**words** [6] - 24:8, 80:17, 80:18, 81:1, 92:9
**worker** [1] - 104:9
**workers** [1] - 101:9
**works** [1] - 42:6
**workshop** [2] - 100:16, 106:7
**world** [1] - 4:17
**worried** [1] - 100:21
**worse** [1] - 76:5
**worth** [1] - 103:7
**wrote** [1] - 73:17

## Y

**year** [3] - 20:11, 27:1, 27:9
**years** [7] - 20:11,

38:24, 100:24, 102:19, 102:20, 106:6, 106:8
**yesterday** [4] - 65:17, 82:25, 100:14, 100:17
**you-all** [1] - 101:4
**yourself** [3] - 22:2, 22:17, 34:8
**yourselves** [3] - 2:8, 58:9, 66:14
**Yura** [1] - 95:3