# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

```
UNITED STATES OF AMERICA              Criminal Action
          Plaintiff,                  No. 1:16-229

       vs.                            Washington, DC
                                      September 10, 2024
RUBEN OSEGUERA GONZALEZ,
          Defendant.                  1:52 p.m.
_____/           AFTERNOON SESSION
```

### TRANSCRIPT OF TRANSCRIPT OF PROCEEDINGS
**BEFORE THE HONORABLE BERYL A. HOWELL**
UNITED STATES DISTRICT JUDGE

APPEARANCES:

| | |
|---|---|
| **For the United States:** | **Kaitlin J. Sahni** |
| | **Kate M. Naseef** |
| | **Jonathan R. Hornok** |
| | US- DOJ |
| | 145 N Street, NE |
| | Washington, DC  20530 |
| | kaitlin.sahni@usdoj.gov |
| | |
| **For the Defendant:** | **Anthony E. Colombo, Jr.** |
| | LAW OFFICES of ANTHONY E. COLUMBO |
| | 105 West F Street, Third Floor |
| | San Diego, CA  92101 |
| | anthonycolumbolegal@gmail |
| | |
| | **Jan Edward Ronis** |
| | LAW OFFICES OF RONIS & RONIS |
| | 105 West F Street, Third Floor |
| | San Diego, CA  92101 |
| | jan@ronisandronis.com |
| | |
| **Reported By:** | **Lorraine T. Herman, RPR, CRC** |
| | Official Court Reporter |
| | U.S. District & Bankruptcy Courts |
| | 333 Constitution Avenue NW |
| | Washington, DC 20001 |
| | lorraine_herman@dcd.uscourts.gov |

*** Proceedings recorded by stenotype shorthand.
*** Transcript produced by computer-aided transcription.

**P R O C E E D I N G S**

1

2       **THE COURT:**  Have you handed up the Red Book

3  instruction for an interpretation?

4            **MS. SAHNI:**  Yes, Your Honor, through Mr. Coates.

5            **THE COURT:**  I did in the preliminary instructions.

6  Do you think I need to do it again?

7            **MS. SAHNI:**  No, Your Honor, if you did it in the

8  preliminary instructions.

9            **THE COURT:**  It is my recollection that I was going

10  to do it there.

11        (Jury entered the courtroom.)

12            **THE COURT:**  All right.  Ms. Sahni, you may

13  proceed.

14            **MS. SAHNI:**  I must remind you you are under still

15  under oath.

16            **THE WITNESS:**  Yes.

17            **MS. SAHNI:**  Your Honor, permission to publish

18  Government's Exhibit 15A.

19            **THE COURT:**  Yes, you may.

20    **DIRECT EXAMINATION OF ELPIDIO MOJARRO RAMIREZ (contd.)**

21  **BY MS. SAHNI:**

22      **Q.**   Mr. Mojarro Ramirez, where it says "entry 345,"

23  what does that indicate?

24      **A.**   Kilos of cocaine.

25      **Q.**   Can you remind us again what this exhibit is?

1          A.    I did not understand the interpreter.  Could the

2     question be repeated?

3          Q.    Yes.  Can you, please, remind us what this exhibit

4     is?

5          A.    It's an Excel sheet with accounting.

6          Q.    Is that the accounting for the Milenio cartel?

7          A.    That's right.

8          Q.    Is the defendant identified anywhere in this

9     spreadsheet?

10         A.    Yes, where it says "Junior."

11         Q.    Did anyone else in the Milenio cartel go by Junior

12    at this time?

13         A.    No.

14         Q.    In the second column it lists "Alias."  Why did

15    the Milenio cartel use aliases to document transactions?

16         A.    To know who each person was and to not put down

17    their names.

18         Q.    Why didn't you want to put down their real names?

19         A.    For safety, in case those documents might ever end

20    up in the government's hands.

21         Q.    Looking at the third row down, in blue, that

22    correspondence with Junior, could you please tell the jury

23    what information is documented in each column?

24         A.    Yes.  To start with, there is a date.  And the

25    second one there is the name, then there's the number 1,

1    which means a kilo.  And 15,000 is the price of the

2    one kilo.  The column where it says payment, it says he paid

3    10,500, then he paid another 200, for a total of $10,700.

4    In the last column, there is a balance of $4,300.

5        Q.    What was the date of the specific transaction with

6    the defendant?

7        A.    12/22 of 2009.

8        Q.    And you said that this documents one kilo.

9    One kilo of what?

10        A.    One kilo of cocaine.

11        Q.    How can you tell the transaction involves cocaine?

12        A.    Because it's there.  We have 445 kilos and then we

13    have a kilo that was given to him.

14        Q.    All right.  And was $15,000 consistent with the

15    price you would normally charge at this time for one

16    kilogram of cocaine?

17        A.    Yes; that's right.

18        Q.    And where would you charge that price?

19        A.    In Guadalajara.

20        Q.    Could you please identify the quantities received

21    by the other individuals listed on this spreadsheet?

22        A.    For example, Flaco Coco received 47 kilos.  He was

23    a plaza boss in Colima.  The next one is pariente de

24    Ricolino and he had 234 kilos.  And how do I know that is

25    because there's "000" in what follows there.  There was one

1    of two ways that we had someone who was a partner

2    of -- (Spanish) -- someone who was a plaza boss.  So they

3    just received the kilos and would not charge for them.

4            **MS. SAHNI:**  Permission to publish Government's

5    Exhibit 16A.

6        (Exhibit was published.)

7    **BY MS. SAHNI:**

8        **Q.**    What is the total balance available identified in

9    this spreadsheet?

10       **A.**    843 kilos of cocaine.

11       **Q.**    Is the defendant identified in this spreadsheet?

12       **A.**    Yes, he is there again with one kilo.

13       **Q.**    Using what alias?

14       **A.**    Of cocaine.

15       **Q.**    Identified by what alias?

16       **A.**    Junior.

17       **Q.**    And looking at the row that corresponds with

18   Junior, about halfway down the page, could you please tell

19   the jury what information is documented in each column?

20           **INTERPRETER:**  Could you repeat that again?

21   **BY MS. SAHNI:**

22       **Q.**    Looking at the row that corresponds with Junior,

23   could you indicate what is in each column?

24       **A.**    Do you want to see the color or what do you mean?

25       **Q.**    If we look at the blue row, what was the date of

1    the transaction that Junior was involved in as documented

2    here?

3        **A.**    12/29/2009.

4        **Q.**    And how many kilograms of cocaine did the

5    defendant receive?

6        **A.**    I'm sorry.  It was covered.  Here, let me check

7    again.  It's 12/29/2009.

8        **Q.**    And how much cocaine did the defendant receive

9    based on this spreadsheet?

10       **A.**    One kilo.

11       **Q.**    What was the price?

12       **A.**    4,800.

13       **Q.**    Did the defendant pay for that one kilogram?

14       **A.**    Yes, of course, because the balance due is zero.

15       **Q.**    How much did the defendant pay for that

16   one kilograms?

17       **A.**    $14,800. [sic]

18       **Q.**    Are you aware of any seizures of drugs belonging

19   to the defendant?

20       **A.**    No.

21       **Q.**    Mr. Mojarro Ramirez, when did you start

22   cooperating with the DEA

23       **A.**    2012.

24       **Q.**    When did you first meet with the DEA in person?

25       **A.**    2015.

1          **Q.**    How were you communicating with them before 2015?

2          **A.**    Over the phone.

3          **Q.**    When you met with DEA in 2015, were you asked to

4     bring anything with you to that meeting?

5          **A.**    Everything I would have as evidence, everything.

6          **Q.**    Did you provide these documents to the DEA?

7          **A.**    Yes, of course.

8          **Q.**    Was that at that first in-person meeting?

9          **A.**    I didn't hear.

10         **Q.**    Did you provide these records to DEA at that first

11    in-person meeting?

12         **A.**    Yes.

13         **Q.**    How were they stored when you gave them to DEA?

14         **A.**    I don't understand what the interpreter is saying.

15              **INTERPRETER:**    The interpreter can rephrase.

16              **THE WITNESS:**    As I said before, my brother had the

17    USB and I had the other documents.

18    **BY MS. SAHNI:**

19         **Q.**    Did you put these documents on a USB?

20         **A.**    No.  Those documents, the accounting documents,

21    were put there by my worker, someone who worked for me.  I

22    never put in the document.  They put in everything.

23         **Q.**    Just to clarify, was it your workers that put the

24    information into the spreadsheet?

25         **A.**    They are the ones that always did so.  They were

1    the ones in charge of the warehouses, and they did all of

2    that.  I would just read the daily report.

3        **Q.**    I believe you testified before that you reviewed

4    them for accuracy; is that correct?

5        **A.**    Correct.  I would review them daily.  I had a

6    computer and I could open the document up in that computer,

7    and if they moved a kilo, I could see the balance in there.

8        **Q.**    Who put the spreadsheets on to the USB?

9        **A.**    My workers.  I asked them to save everything in a

10   USB drive, my workers.  I told them to always save it in a

11   USB drive.  And monthly, when we settled the account, the

12   USBs were destroyed.

13       **Q.**    Did you maintain some of the USBs?

14       **A.**    Yes, of course.

15       **Q.**    What did you use to provide these spreadsheets to

16   DEA?

17       **A.**    Well, some of the USB drives that I had saved is

18   what I gave them.

19       **Q.**    Where was the USB or USBs between 2011 and when

20   you gave them to DEA?

21       **A.**    My brother was safekeeping them.

22       **Q.**    Why did you give them to your brother?

23       **A.**    Because the New Generation cartel wanted to kill

24   me starting in 2011.  For that reason, I gave them to my

25   brother to keep.

1      **Q.**   Do the records that we looked at today appear the

2    same as they did when you saw them initially on the USB?

3      **A.**   Yes, of course.

4      **Q.**   Switching gears a little bit.  At some point was

5    Mr. Nava Valencia arrested?

6      **A.**   Yes, in October of 2009.

7      **Q.**   Who took over as the leader of the Milenio cartel,

8    when Mr. Nava Valencia was arrested.

9      **A.**   Juan Carlos, Nava Valencia, alias, El Tigre.

10     **Q.**   Was El Tigre ever arrested?

11     **A.**   Yes.

12     **Q.**   Do you remember when that was?

13     **A.**   If I am not mistaken, January 6th, 2010.  No, I'm

14   sorry, May 2010.

15     **Q.**   Who took over the Milenio cartel when Tigre was

16   arrested?

17     **A.**   I did.

18     **Q.**   And shortly after you became the leader of the

19   Milenio cartel, what happened to the organization?

20     **A.**    It fell apart.  It split.  That's when Mencho

21   created the cartel New Generation and I remained with

22   Milenio.

23     **Q.**   And who was leading the New Generation cartel when

24   it broke away from Milenio?

25     **A.**    Mencho.

1   **Q.** Did any alliances form with other cartels when the

2 Milenio cartel splint into two different factions?

3   **A.** Of course.  The cartel of Sinaloa and the New

4 Generation cartel.

5   **Q.** Was that one alliance?

6   **A.** Yes, they were allied.

7   **Q.** Was any organization allied with Milenio?

8   **A.** Yes, Familia Michoacana.

9   **Q.** Did the two factions or alliances fight for

10 territory in Mexico?

11   **A.** Yes.

12   **Q.** Were you still leading Milenio at that time?

13   **A.** I was always with Milenio.  I never changed

14 cartels.

15   **Q.** Were people killed during that war or fight for

16 territory?

17   **A.** Yes.

18   **Q.** What ultimately happened to the Milenio cartel?

19   **A.** It disappeared.

20   **MS. SAHNI:**  May I have one moment, Your Honor?

21   **THE COURT:**  Yes.

22   **MS. SAHNI:**  Your Honor, to clarify something

23 before we take a break.  If we may please add for the

24 record, before the jury, that Government's Exhibit 15, 15A,

25 16 and 16A have been admitted.

1          **THE COURT:**  Yes, those exhibits have been

2     admitted.

3          **MS. SAHNI:**  Okay.  Thank you.  No further

4     questions.

5          **CROSS-EXAMINATION OF HERMENIO GOMEZ ANCIRA**

6     BY MR. COLOMBO:

7     **Q.**   Mr. Marrufo, you just testified that the

8     Millennial cartel split in 2010.  Correct?

9     **A.**   2010?  I said 2012.

10     **Q.**   I thought you said that you became the leader of

11     the Millennial cartel in May of 2010.

12     **A.**   That's correct.

13     **Q.**   Okay.  So once you became the leader, the

14     Millennial cartel split apart.  Correct?

15     **A.**   I don't understand the question.

16     **Q.**   Okay.  In October of 2009, Oscar Nava Valencia,

17     your boss, the leader of the cartel, was arrested.

18     **A.**   That's right.

19     **Q.**   And after Lobo, Oscar Nava Valencia's arrest,

20     there was a dispute as to who should lead the Millennial

21     cartel.  Correct?

22     **A.**   No.

23     **Q.**   Okay.  As I understand it, between 2009 and when

24     you took the helm of the Millennial Cartel, Mencho and his

25     group split away from the Millennial cartel; is that right?

1      **A.**    Not in 2009.

2      **Q.**    Okay.  It would have happened in 2010.

3      **A.**    Yes.

4      **Q.**    Okay.  So at the time that you became the head of

5   the Millennial cartel, in May of 2010, Mencho and Los Cuinis

6   were no longer a part of the Milenio cartel.  Correct?

7      **A.**    Until May 2010, they were still members of the

8   Milenio cartel.

9      **Q.**    Okay.  So why don't you tell me the date that they

10  specifically split from the Millennial cartel.

11     **A.**    After May 10, 2010.

12     **Q.**    Okay.  So in May of 2010, Mencho and his group,

13  Los Cuinis, were no longer part of the Millennial cartel.

14     **A.**    From that moment forward, no.  But before then,

15  yes.

16     **Q.**    Okay.  So as of May 2010, because Mencho and

17  Los Cuinis separated themselves from the Millennial cartel,

18  you would have no personal knowledge as to what drug

19  trafficking activities they may have engaged in after.

20     **A.**    Yes.

21     **Q.**    Okay.  Because at that point you became rivals or

22  enemies.

23     **A.**    Yes.

24     **Q.**    And a war ensued to determine who would control

25  the routes involved in the drug trafficking activity.

1      **A.**   It was not a war over the routes.  It was a war

2   over the name.

3      **Q.**   Okay.  Nevertheless, there was a war between your

4   faction that retained the name Milenio, and Mencho and

5   Los Cuinis' faction.  Correct?

6      **A.**   Yes.

7      **Q.**   And to support you in the war, you sought an

8   alliance with the La Familia Michoacan.

9      **A.**   Yes.

10      **Q.**   And the armed portion of La Familia Michoacan were

11   the Zetas.

12      **A.**   No.  When I was with the Familia Michoacana they

13   were no longer with the Zetas.  They had problems with the

14   Zetas.

15      **Q.**   Okay.  You also sought support at this time to

16   help you in the war from the Zetas.

17      **A.**   That was after the Familia Michoacana; that was

18   not until 2011, towards the end of 2011.  And I did not ask

19   the Zetas for support.  They sought me out.

20      **Q.**   Oh, okay.  So regardless, in 2011, you had an

21   alliance with the Zetas.

22      **A.**   Again, it was not an alliance.  They sought me out

23   because they wanted to cross through my territory to

24   Zacatecas.

25      **Q.**   And you agreed to that.  Correct?

1      **A.**   Yes, because they were also enemies of New

2   Generación.

3      **Q.**   Yes.  And you wanted to have their support in the

4   war against the New Generación?

5      **A.**   I didn't need their support, but since they were

6   enemies of New Generación I allowed it.

7      **Q.**   Okay.  And you got something in return for

8   granting the permission to them to use your territory.

9   Correct?

10     **A.**   No, because they were enemies.  They were enemies

11  because the Cuinis had killed Z-43's brother.  They had

12  killed his brother.  And they wanted to cross.  I didn't

13  receive a benefit.

14     **Q.**   Okay.  Z-43 was Antonio Guizar Valencia.  Right?

15     **A.**   Correct.

16     **Q.**   And he had stolen a thousand kilos of cocaine from

17  the Millennial cartel.

18          **INTERPRETER:**  He requests repetition of the

19  response.

20          **THE WITNESS:**  Again, you are not correct.

21  **BY MR. COLOMBO:**

22     **Q.**   Okay.  Why was the reason that Antonio Guizar

23  Valencia was murdered?

24     **A.**   Because he had stolen from the Cuinis.

25     **Q.**   Yes.  And the Cuinis, at that time, were part of

1   the Milenio cartel.  Correct?

2       **A.**   No.

3       **Q.**   Well, this happened in 2007 or 2008; is that

4   correct?

5       **A.**   I believe it was before, because the Cuinis were

6   not part of the Milenio cartel until later when they asked

7   for support.

8       **Q.**   Okay.  They came to your boss, Oscar Nava

9   Valencio, Lobo, and asked for his support to help them kill

10  Antonio Guizar Valencia, Zeta-43.

11      **A.**   Yes.  Yes.  From that moment forward, they were

12  part of Milenio.  But at the time of the theft, they were

13  not with Milenio

14      **Q.**   Okay.  And Lobo provided support to murder Antonio

15   Guizar Valencia.

16      **A.**   Yes.

17      **Q.**   And, in fact, you were dispatched by Lobo after

18  Antonio Guizar Valencia was murdered to pick up the

19  $1.25 million that was recovered from Guizar Valencia at the

20  time that he was murdered.  Correct?

21      **A.**   That's right.

22      **Q.**   And that $1.2 million was a fee that you brought

23  to your boss Lobo.  Correct?

24      **A.**   That's right.

25      **Q.**   So, essentially, this was a brilliant move on

1    behalf of your boss Lobo, to have Antonio Guizar Valencia

2    murdered.  Right?

3        **A.**    Could you ask the question again, please?

4        **Q.**    Well, this was a pretty brilliant maneuver on

5    behalf of your boss Lobo, to have Zeta-43, Antonio Guizar

6    Valencia, murdered because it not only then brought

7    Los Cuinis into the fold of the Milenio cartel, it also

8    profited Lobo $1.25 million.  Right?

9        **A.**    No, because only a part was charged to the people

10    that were going to do the job.  The other part was given or

11    delivered to the Cuinis.

12        **Q.**    Oh, okay.  So the $1.2 million that was recovered

13    was split among Los Cuinis and Lobo.

14        **A.**    I believe it was that way.

15        **Q.**    Okay.  What was your portion of that money?

16        **A.**    Nothing.

17        **Q.**    Nothing.  Well, you indicated that you were the

18    accountant for the Millennial cartel.  Correct?

19        **A.**    Yes.

20        **Q.**    And that's before you became the boss in May of

21    2010.  Correct?

22        **A.**    That's right.

23        **Q.**    Now, you weren't paid with a check, were you?

24        **A.**    I did not receive a salary from Milenio.

25        **Q.**    Okay.  You didn't receive any salary, like a

1   normal accountant would.

2       **A.**   Of course not.

3       **Q.**   And you didn't work for free.  Right?

4       **A.**   No, because I had the other -- the business that I

5   had was transporting.

6       **Q.**   Okay.  And so how would you be paid for your work

7   as the accountant for the Millennial cartel?

8       **A.**   By letting me work for the other members of

9   Milenio, like the Cuinis.

10      **Q.**   Okay.  And who else did you work for?  Los Cuinis

11  weren't the only ones involved.

12      **A.**   El Indio, La Barbie.

13      **Q.**   Okay.  Can you describe who El Indio and Barbie

14  are?

15      **A.**   Other drug traffickers.

16      **Q.**   Who were aligned with Arturo Beltran.  Correct?

17      **A.**   Correct.

18      **Q.**   But the relation that your boss had with Arturo

19  Beltran Valencia fell apart because Arturo Beltran Valencia

20  later ordered Lobo kidnapped.  Correct?

21      **A.**   You are saying that Lobo ordered the death of

22  Arturo Beltran?

23      **Q.**   No.  I am saying that Arturo Beltran ordered the

24  kidnapping of your boss Lobo.

25      **A.**   That, yes.

1    **Q.**   Okay.  And that's because Arturo Beltran felt that

2    Lobo was playing both sides of different cartels.  Correct?

3    **A.**   Yes.

4    **Q.**   And you actually delivered or paid $4 million to

5    Barbie and Indio and Arturo Beltran to get your boss Lobo

6    released.  Correct?

7    **A.**   That's right.

8    **Q.**   Because you were the money man of the account.

9    **A.**   I was the one making the payments.

10   **Q.**   Speaking of payments, I would like to get into

11   that in a minute.  During your time as the Millennial cartel

12   accountant, you were in charge of payments.  Correct.

13   **A.**   Yes.  Well, I was the one that Lobo would order me

14   to, and I would make the payments.

15   **Q.**   Okay.  And those payment you had to make included

16   bribery payments to different police officers, Mexican

17   officials, et cetera.  Correct?

18   **A.**   That's right.

19   **Q.**   And you would have to keep track of those records.

20   Correct?

21   **A.**   We had it monthly.

22   **Q.**   So you would create a similar Excel spreadsheet

23   that would cover which police officers were accepting

24   bribes.  Correct?

25   **A.**   No.

1      **Q.**   You wouldn't keep track of what bribes were paid?

2      **A.**   I kept a record of how much was paid, but I was

3   not the one that was making the payments.  I was only

4   delivering or giving an amount to the person, and that

5   person was in charge of making the payments.

6      **Q.**   I understand.  You were not the person who

7   delivered the sack of cash to the corrupt officials.

8   However, my question is, as the accountant for the

9   Millennial cartel, you would keep a spreadsheet with this

10   information.

11      **A.**   Yes, but not to whom it was paid.  I would only

12   give it to Bronco, who was in charge of making the payments.

13   He would know who he would be giving the money to, but I was

14   not told, We gave this much to this officer or to this

15   one or to this one, no.

16      **Q.**   Well, why wouldn't you have a similar accounting

17   system for paying bribes using aliases or nicknames for the

18   corrupt officials or officers, as you did for other members

19   of the cartel who were using or picking up drugs?

20      **A.**   Because that wasn't my job.  My job was to give

21   him the money not to whom it was going to be paid.  Yes, I

22   would only be told from Lobo.  He would give me $500,000 and

23   that was for, as you put it, for bribes.  So I would give it

24   to Bronco and Bronco would make the payments.  But, yes, I

25   would keep a list and a balance of debits and credits.

1      **Q.**    How often would this $500,000 payment be made out

2    to Bronco to make bribery payments?

3      **A.**    Monthly.

4      **Q.**    Monthly.  Okay.

5          Now, the system that you are saying is in place,

6    is that you would just have to trust Bronco's word that he

7    was delivering the bribery payments to the appropriate

8    people.

9      **A.**    I would receive orders and I didn't care how that

10   money was -- if it was spent, if it was given, delivered.

11   My job was to show Lobo that the money had been paid.

12     **Q.**    Okay.  That was the extent of your responsibility

13   is what you say?

14     **A.**    Yes.

15     **Q.**    Now, as the accountant for the Millennial cartel,

16   it's fair to say under the leadership of Lobo, between 2004

17   and 2009, there was approximately a billion-dollar profit.

18   Correct?

19     **A.**    I don't remember how much were the profits.

20     **Q.**    Well, you wouldn't say that's an inaccurate

21   number, would you?

22     **A.**    I don't know the amount.  In fact, I don't

23   understand your question.

24     **Q.**    Well, in the five years that Lobo was the leader

25   of the Millennial cartel, it is fair to say that the

1    Millennial cartel profited a billion dollars.

2         **A.**   Not as a profit.

3         **Q.**   Not as a profit.  You are saying that would be

4    gross revenue.

5         **A.**   If the merchandise was moved, perhaps.

6         **Q.**   Okay.  Well, it's fair to say it was so much money

7    that you just can't estimate how much money it was.

8         **A.**   It's not that it was that much.

9         **Q.**   So you are saying there was no money made; is that

10   what you are saying?

11        **A.**   Not that amount.

12        **Q.**   Not that much.

13        **A.**   Not like that, no.

14        **Q.**   So a billion dollars would be an exaggeration?

15        **A.**   Yes.

16        **Q.**   Okay.  Now, whatever profits were made by the

17   Millennial cartel, you as the accountant were paid a

18   percentage of that.  Right?

19        **A.**   For me?

20        **Q.**   Yes.

21        **A.**   No.

22        **Q.**   No.  Okay.

23        **A.**   I would not receive a salary in Milenio.  I just

24   told you.

25        **Q.**   You didn't receive a regular salary but you

1    received a portion of profits.

2         **A.**   No.

3         **Q.**   Well, let me ask you this then:  Can you tell the

4    jury how much money you made during the time that you worked

5    for Lobo between 2004 and 2009 for the Milenio cartel?

6         **A.**   I have no idea how much I made.  Because I never

7    had an accounting of how much I was making.

8         **Q.**   But you are an accountant.  Your job is numbers.

9         **A.**   Yes.

10        **Q.**   So you are telling the jury that as an accountant,

11   in charge of numbers, we went through this very carefully

12   prepared spreadsheet, that you didn't keep track of your own

13   profits?

14        **A.**   Right now, at this moment, I don't remember

15   exactly how much.

16        **Q.**   Well, that's the reason why you keep records.

17   Correct?

18        **A.**   Yes.

19        **Q.**   Okay.  So you didn't keep the records of your own

20   profits?

21        **A.**   I kept -- I know how much I made but I could not

22   tell you exactly how much.  I am under oath.  And I could

23   not tell you the exact amount.

24        **Q.**   That doesn't answer my question, Mr. Mojarro.

25             **INTERPRETER:**  The interpreter wants to add, "And I

1   don't want to lie."

2   **BY MR. COLOMBO:**

3       **Q.**   Did you or did you not keep records of your

4   profits, yes or no?

5       **A.**   Exactly how much I made, no.  I would know how

6   much I was making per kilo, and I knew how much I was

7   transporting because I would earn by the kilo that I was

8   transporting.  By every kilo I was transporting.  I would

9   not receive a salary from Milenio or a percentage of it

10  either.

11      **Q.**   Again, that doesn't answer my question,

12  Mr. Mojarro.  I want you to listen very carefully.  Did you

13  not keep records of your profits?

14      **A.**   No.

15      **Q.**   You did not but yet you are an accountant.

16      **A.**   My position wasn't accountant.  I kept records for

17  Milenio.

18      **Q.**    And you never provided any documents that tracked

19  your own profits to the government.  Correct?

20      **A.**   No, because I didn't have it.

21      **Q.**   Okay.  You didn't keep track of the properties you

22  invested in.  Right?

23      **A.**   No, because they were not a whole lot.

24      **Q.**   The investments that you made, you didn't keep

25  track of that?

1       **A.**    What investments?  I didn't have investments.

2       **Q.**    Nothing.  Okay.  And you didn't provide any

3  information to the government about your profits; is that

4  right?

5       **A.**    Yes.  My car wash, a house I had.  Of course I

6  did.  I had to fill out a form of things I had.

7       **Q.**    Your children are U.S. citizens; is that correct?

8       **A.**    Could you repeat the question, please?

9       **Q.**    Your children are U.S. citizens.

10      **A.**    That's right.

11      **Q.**    And they live legally in the United States.

12      **A.**    Can you ask the question again?

13      **Q.**    And they live legally in the United States?

14      **A.**    That's right.

15      **Q.**    And your profits were funneled to your children in

16  the United States; is that correct?

17      **A.**    No.  My children at the moment live in the

18  United States, but they were living in Mexico the entire

19  time.

20      **Q.**    Okay.  Nevertheless, the profits that you made

21  were funneled through your children and your family.

22      **A.**    No.

23      **Q.**    No.  Okay.

24           Now, you mentioned earlier that you've used fake

25  names before; is that right?

1      **A.**   Fake names, yes.

2      **Q.**   One of which is Augustin Reyes Garza?

3      **A.**   Yes, that's right.

4      **Q.**   What other fake names have you used?

5      **A.**   Another name I used towards the end, I don't

6    remember the name, but Mr. Mori has my passport that I was

7    using.

8      **Q.**   Okay.  And you were using passport under the name

9    other than your true name, Elipidio Mojarro Ramirez and the

10    other fake name, Agustin Reyes Garza; is that right?

11      **A.**   Yes.

12      **Q.**   Now, the use of these fake names was so that you

13    could travel freely; is that right?

14      **A.**   Yes.

15      **Q.**   It was also so you could funnel money through

16    these accounts using false names.  Correct?

17      **A.**   Of course not.

18      **Q.**   That's something you never did?

19      **A.**   I did end up opening up accounts in those names

20    but not in large amounts.

21      **Q.**   Okay.  So you did use those accounts for financial

22    purposes.

23      **A.**   Yes.

24      **Q.**   Now, you said "not large amounts" and I think we

25    might have a difference of opinion as to what is considered

1    large or not.  Are we talking thousands?  Hundreds of

2    thousands?  Millions?

3        **A.**    $5,000; 1,000.

4        **Q.**    Are you sure?

5        **A.**    Of course.

6        **Q.**    Okay.  Now, your criminal history goes back to

7    1975; is that right?

8        **A.**    Yes.

9        **Q.**    You were arrested for the first time for coming

10    into the United States illegally.

11        **A.**    That's right.

12        **Q.**    And then you were deported.

13        **A.**    That's right.

14        **Q.**    But you managed to come back illegally again after

15    that.  Correct?

16        **A.**    Correct.

17        **Q.**    And in 1988 you were indicted for a conspiracy to

18    distribute cocaine.

19        **A.**    That's correct.

20        **Q.**    And you were sentenced on that case to 97 months'

21    custody.

22        **A.**    Correct.

23        **Q.**    Now, that charge of the conspiracy to distribute

24    cocaine carried a 10-year minimum mandatory and a life

25    maximum sentence.  Correct?

1        **A.**    Correct.

2        **Q.**    But yet you received a sentence lower than the

3    minimum of 10 years.  Correct?

4        **A.**    That's correct.

5        **Q.**    And that's because of your cooperation in that

6    case.  Correct?

7        **A.**    No, it was because I pled guilty.

8        **Q.**    Well, when you plead guilty to a minimum mandatory

9    offense, you understand that you can't get less than the

10   minimum, which was 10 years.  Right?

11       **A.**    I don't know.  It was my lawyer who made the plea

12   agreement and, you know, he told me that if I pled guilty, I

13   would get the 97 months.

14       **Q.**    Okay.  But in order to get that 97 months, you had

15   to meet with government attorneys and tell them what you

16   were involved in; is that right?

17       **A.**    On that occasion I only pled guilty.  I didn't do

18   any negotiations.

19       **Q.**    Okay.  Nevertheless, you were sentenced to 97

20   months.  Right?

21       **A.**    That's correct.

22       **Q.**    But 56 months into your 97-month sentence, you

23   escaped from custody.

24       **A.**    Yes, from a minimum security campus.  Yes.

25       **Q.**    And you escaped.  Right?

1      **A.**    Yes.

2      **Q.**    And you had approximately 46 months or so -- or 41

3   months or so left on your sentence at the time that you

4   escaped.  Right?

5      **A.**    Yes.

6      **Q.**    As a fugitive from justice, you returned to

7   Mexico.

8      **A.**    That's right.

9      **Q.**    And you went right back into drug trafficking.

10     **A.**    That's right.

11     **Q.**    Okay.  And so your career with drug trafficking

12  spans from the mid-80s to the day you surrendered in 2018;

13  is that fair to say?

14     **A.**    Correct.

15     **Q.**    Now, in 2018, you were indicted again for a

16  conspiracy to distribute a controlled substance.

17     **A.**    Yes.

18     **Q.**    Now, in that case, you were facing a minimum of 20

19  years and a maximum of life.

20     **A.**    That's right.

21     **Q.**    And the reason why you were facing the minimum of

22  20 years was because of your prior drug trafficking

23  activity.

24     **A.**    That's right.

25     **Q.**    Okay.  Now, the conspiracy that you pled guilty to

1    did not involve trafficking with Mencho.

2        **A.**    No.

3        **Q.**    It didn't involve trafficking with Ruben Osequera.

4        **A.**    I couldn't tell you.  I don't know from which

5    point on the government -- well, I'm not a lawyer.  I'm not

6    sure how they handle that.

7        **Q.**    Well, you saw the plea agreement.  Correct?

8        **A.**    Yes.

9        **Q.**    And in the plea agreement it had a statement of

10   facts.  Right?

11       **A.**    Yes.

12       **Q.**    And those statement of facts that are in your plea

13   agreement established the factual basis for your crime.

14   Correct?

15       **A.**    Yes.

16       **Q.**    And the factual basis of what you admitted to

17   states that "beginning in May of 2014 and continuing through

18   January 29th of 2015, in the countries of Mexico, Venezuela

19   and elsewhere"  That's right.  Right?

20       **A.**    Yes.

21       **Q.**    And that conspiracy was, the object of it was, to

22   distribute 5 or more kilos of cocaine on board on aircraft

23   to the United States.

24       **A.**    That's right.

25       **Q.**    Now, in that year between 2014 and 2015, you also

1    agreed that you oversaw and coordinated the transportation

2    of cocaine from Guatemala and Honduras to Mexico.  Correct?

3         **A.**   Yes.

4         **Q.**   And you agreed that you were the leader of this

5    and organizer of this drug trafficking.

6         **A.**   Yes.

7         **Q.**   And that you had utilized aircraft to facilitate

8    the importation obtained by you to the United States.

9         **A.**   No.  They were not my drugs.  I transported them.

10        **Q.**   Okay.  So you were a broker then.

11        **A.**   Yes.

12        **Q.**   Okay.  But you would agree, and you did agree in

13   your plea agreement, that the total amount was over 450

14   kilograms of cocaine and included multi-tonnage of

15   quantities during that period.

16        **A.**   Yes.

17        **Q.**   Now, you indicated that you began cooperating with

18   the DEA in 2012.

19        **A.**   That I had talked to the agents over the phone.

20        **Q.**   Well, you also met with them in person; isn't that

21   right?

22        **A.**   Yes.

23        **Q.**   You met in Spain?

24        **A.**   In Spain in 2015.

25        **Q.**   Okay.  You also met DEA agents in the Bahamas?

1      **A.**    In 2016 or 2015.

2      **Q.**    Okay.  And so let's start with 2012.  In 2012 when

3  you began communicating with the DEA, the nature of those

4  communications were an effort to cooperate.  Correct?

5      **A.**    Yes, but it was to help Lobo.

6      **Q.**    Okay.  Because Lobo reached out to you and asked

7  to you help him with what's called third-party cooperation.

8      **A.**    Correct.

9      **Q.**    Let me back up.  When Lobo was initially arrested

10  in Mexico there were efforts to obtain his release from

11  custody; is that right?

12      **A.**    Which ways?  Legally?  Yes.

13      **Q.**    Well, there was also an effort to bribe his way

14  out of custody; is that fair to say?

15      **A.**    No.

16      **Q.**    No?

17      **A.**    Not by me.

18      **Q.**    Well, didn't you deliver a payment of $4 million

19  to an attorney in Mexico that was supposed to be used to pay

20  a bribe to secure Lobo's release from custody?

21      **A.**    No.  And I gave a $4 million when he was

22  kidnapped, but that was to Arturo Beltran's people.

23      **Q.**    Okay.  So what you were saying today is you deny

24  any efforts to bribe officials to secure the release of Lobo

25  from custody in 2009.

1    **A.**    Yes.

2    **Q.**    Okay.  Now, at some point, you would agree, that

3    Lobo realized that he was going to be extradited to the

4    United States.

5    **A.**    Yes.

6    **Q.**    Okay.  And Lobo had reached out to you and

7    said -- and requested that you assist him in providing

8    cooperation to the DEA so that hopefully it would credit him

9    and he'd get released sooner.  Correct?

10   **A.**    Correct.

11   **Q.**    Now, during the time that you were the head of the

12   Millennial cartel which, as I understand it, was between May

13   of 2010 and October of 2011; is that correct?

14   **A.**    That is correct because in 2011 is when Carlos

15   Nava Valencia was released from jail and he took what was

16   left of the Milenio cartel.

17   **Q.**    Okay.  So in November of 2011, El Tigre, Lobo's

18   brother, took over the Millennial cartel.

19   **A.**    It was before October.

20   **Q.**    Okay.  Well, we would both agree there was an

21   important event that occurred in November of 2011.

22   **A.**    Yes, of course.

23   **Q.**    And you know what event I am referring to; and

24   that's when El Tigre, who had an alliance with the Zetas,

25   massacred 26 people

1    **A.**   I don't believe Milenio had anything to do with

2    that.

3    **Q.**   So it's your testimony today that it wasn't upon

4    the order of Le Tigre that 26 people were massacred by the

5    Zetas?

6    **A.**   No.

7    **Q.**   Okay.  You know who Zeta-40 is.  Correct?

8    **A.**   Yes.

9    **Q.**   That's Mario Ramirez Treviño?

10   **A.**   Yes.

11   **Q.**   And while you were in custody, you and Zeta-40,

12   Mario Ramirez Treviño, lived together.  Correct?

13   **A.**   Could you repeat that part?

14   **Q.**   You lived with Zeta-40, Mario Ramirez Treviño, at

15   some point.  Correct?

16   **MS. SAHNI:**  Excuse me, Your Honor.  I don't

17   believe we have the right name here.

18   **THE COURT:**  Well, I certainly can't keep track of

19   the names.  I can't help you with that.  So I think you can

20   either change the question.  You can check with the

21   government to see what is the proper name or you can just

22   wait and see what the witness says in answer to the

23   question.  So because I can't.

24   **MR. COLOMBO:**  I would like the witness to answer

25   the question, Your Honor.

1      **THE COURT:**  All right.  The question was, When you

2   were in custody, you lived with Z-40; is that correct?

3      **THE WITNESS:**  While I was in jail?  I have never

4   been jailed in Mexico.

5      **MR. COLOMBO:**  No, no, in the United States.

6      **THE WITNESS:**  With Z-40?

7      **THE COURT:**  Just answer the question, please.

8      **THE WITNESS:**  No.

9      **THE COURT:**  No.

10  **BY MR. COLOMBO:**

11     **Q.**   You didn't?

12     **A.**   With Miguel?

13     **Q.**   Yes.

14     **A.**   No.

15     **Q.**   Oh, okay.  Okay.

16         Now, during the time you were the boss of the

17  Millennial cartel, you indicated that there was a war going

18  on.  Right?

19     **A.**   Yes.

20     **Q.**   How many people during that time did you order

21  killed?

22     **A.**   I didn't order any killings.

23     **Q.**   So as the boss of the Millennial cartel, for 18

24  months during the war, there were no deaths as a result of

25  your orders.

1      **A.**   I didn't say there weren't any deaths.

2      **Q.**   Okay.  Well, tell me about the deaths.

3      **A.**   I don't know the number of dead.

4      **Q.**   So many that you can't keep count.  Correct?

5      **A.**   That's not what I said.  You asked me for a number

6    and I don't have that.

7      **Q.**   Okay.

8           **THE COURT:**  And, Mr. Colombo, it's almost 3:30.  I

9    think we will take a 10-minute break now.

10         (Jury exited the courtroom.)

11          **THE COURT:**  Mr. Ramirez, you are on

12   cross-examination so do not have a conversation with the

13   prosecutors about your testimony.

14          **MS. SAHNI:**  Your Honor, may I flag that --

15          **THE COURT:**  With or without the witness?

16          **MS. SAHNI:**  Without.

17         (Witness exited the courtroom.)

18          **MS. SAHNI:**  The next witness is one who will be

19   testifying in pseudonym.  We request to seal the courtroom

20   and have the witness's face not be shown in the courtroom.

21          **THE COURT:**  Yes.  And I will just send everybody

22   in the gallery to the overflow courtroom, which is number --

23          **DEPUTY CLERK:**  Courtroom 14.  Right across the

24   bridge.

25          **THE COURT:**  Okay.  Courtroom 14, where they can

1    have public access with audio only.

2         **MS. SAHNI:**   Thank you, Your Honor.   I just wanted

3    to alert you to the timing.

4         (Recess from 3:27 p.m. to 3:46 p.m.)

5         (Jury entered the courtroom.)

6         (Witness took the stand.)

7         **THE COURT:**   All right.   Mr. Columbo, whenever you

8    are ready.

9         **MR. COLOMBO:**   Thank you.

10   **BY MR. COLOMBO:**

11        **Q.**   Mr. Mojarro, I wanted to talk to you about the

12   time between 2004 and 2009 when Lobo was leader of the

13   Millennial cartel.   Okay?   Now, during this time you were

14   aware that around a hundred people were murdered by the

15   Millenial cartel; is that correct?

16        **A.**   No, because I was not in charge of that.   I was

17   not asking around who they had killed.   My work, my job, was

18   a different one.   I was in charge of receiving merchandise

19   and making payments.

20        **Q.**   You would agree that you've met with Agent Mori a

21   government counsel a number of times.   Correct?

22        **A.**   Yes.

23        **Q.**   And you were engaged in these, what we call

24   debriefs, 50 times; is that fair to say?

25        **A.**   Yes.

1      **Q.**   Okay.  And that would have been between May of

2    2015, when you first met in person with the DEA to this

3    year, 2024.  Correct?

4      **A.**   Yes.

5      **Q.**   And when you met with the DEA and government

6    counsel, there was an agent there who took notes.

7      **A.**   Yes.

8      **Q.**   And at this point -- well, during the debriefs, it

9    was your understanding that your obligation was to be

10    truthful.

11      **A.**   Yes.

12      **Q.**   And during these meetings you were truthful.

13      **A.**   Yes.

14      **Q.**   And at a meeting on March 28th of 2018, with

15    Agent Mori and government counsel, what you told -- what you

16    explained is that you were aware that under Lobo's command,

17    over or around a hundred murders were committed.

18      **A.**   I don't remember.  But if I said it at that

19    time --

20      **Q.**   Okay.  You would have no reason to dispute any

21    reports or notes of the agents, would you?

22      **A.**   No.

23      **Q.**   Okay.  Now, during this meeting you also explained

24    that you were personally present when decisions were made

25    whether to kill someone or not kill someone.

1    **A.**    Yes, when I was present I heard -- I got to hear,

2    yes.

3    **Q.**    Okay.  And these were discussions with Lobo.

4    Correct?

5    **A.**    Well, yes.  Several people were present.

6    **Q.**    Okay.  Now with these meetings, can you please

7    explain to the jury what the decision-making factors were as

8    to whether somebody should be killed or not?

9    **A.**    If they had stolen merchandise, if they had

10   violated, many reasons.

11   **Q.**    Okay.  Well, I'd like you to explain to the jury

12   what those reasons were.

13   **A.**    I just told you what reasons.

14   **Q.**    Okay.  So one was whether -- if you stole

15   merchandise from the Millennium cartel, that was a death

16   sentence.

17   **A.**    Yes.

18   **Q.**    Okay.  Now, you also indicated whether you

19   violated the rules; that was a death sentence.  What rules

20   were you referring to?

21   **A.**    No, I meant if someone raped somebody.  Not

22   violated the rules but raped somebody.

23   **Q.**    Okay.  So if one  of Lobo's employees raped

24   someone, he was marked for death.

25   **A.**    Yes.

1    **Q.**    Okay.  What about police officers who refused to

2    accept bribes?

3    **A.**    Nothing would happen to him.

4    **Q.**    Nothing.  Okay.

5         Do you recall telling the agents during this same

6    meeting about the Jalisco State Police commander, Rayos, who

7    was killed at the orders of Lobo?

8    **A.**    From what I understand, it wasn't because he did

9    not accept a bribe.

10    **Q.**    Well, what was your understanding as to why the

11    Jalisco State Police commander was killed?

12    **A.**    I don't know.  I don't know if it was because he

13    didn't accept a bribe.

14    **Q.**    But you would agree that upon the order of the

15    Jalisco State Police commander Rayos was murdered.

16    **A.**    Yes.

17    **Q.**    When you said or explained you were there when

18    decisions were made to kill people and not kill people, what

19    were the factors that weighed in not killing someone?

20    **A.**    I don't know them because I was not listening the

21    entire time.  I was not the person making decisions.

22    **Q.**    Okay.  Well, what you were able to listen to, why

23    don't you tell the jury about that.

24    **A.**    I don't understand the question.

25    **Q.**    Well, you said that you were present when there

1   were decisions being made as to who was going to be killed

2   and who wasn't.

3       **A.**   I overheard when they were talking, but I did not

4   hear the decision.

5       **Q.**   Okay.  Well, why don't you tell the jury what it

6   is that you overheard.

7       **A.**   Well, what I heard was that they would kill them

8   because they would not make a payment, they would steal or

9   because -- what I said before, they would rape somebody, a

10  family member, a woman, a child.

11      **Q.**   Okay.  But you have no specific recollection of

12  these, of exactly what was discussed.

13      **A.**   No, no.

14      **Q.**   Okay.  Now, you would agree whether somebody

15  should be killed or not is a very important consideration.

16      **A.**   Of course.

17      **Q.**   Okay.  But yet you don't remember these

18  conversations.

19      **A.**   Exactly how they happened, no.

20      **Q.**   But you do remember exactly how the pick-ups by

21  Ruben went.  Correct?

22      **A.**   Yes, because it was my job.

23      **Q.**   Oh, okay.  But when you were part of the

24  leadership of the Millennial cartel, whether people were

25  killed or not, wasn't part of your job.

1      **A.**   Yes, there were deaths by or on my side.   There

2    were also deaths on the other side.

3      **Q.**   Well, Mr. Mojarro, isn't it true that there were

4    so many murders ordered that you just can't remember them?

5      **A.**   That was not my job.   Remember, I was accountant.

6    I wasn't the ...

7      **Q.**   Did you think you were working for the Girl

8    Scouts, Mr. Mojarro?

9          **MS. SAHNI:**  Objection, Your Honor.

10          **THE COURT:**  Overruled.

11          **THE WITNESS:**  I knew.  I knew who I was working

12    for.

13  **BY MR. COLOMBO:**

14      **Q.**   Yeah.  And part of the cartel's operation is

15    instilling fear.  Correct?

16      **A.**   Yes.

17      **Q.**   And violence was used to instill fear.  Correct?

18      **A.**   Yes.

19      **Q.**   And that violence included murder.

20      **A.**   There are collateral damages.

21      **Q.**   So the murders were just collateral damage of the

22    business.

23      **A.**   Part of it.

24      **Q.**   Okay.  So do you have any empathy for the

25    individuals who were killed?

1      **A.**    Again, I repeat, I would work administratively.  I

2    was not working killing people.

3      **Q.**    Okay.  But you understood that that was part of

4    who you were working for.  Right?

5      **A.**    Yes, as all of the Plaza bosses knew as well.

6      **Q.**    But my question is whether you knew it.

7      **A.**    Yes.

8      **Q.**    It doesn't make it excusable because other people

9    knew it; is that fair to say?

10     **A.**    What I'm saying is that that was not my job.

11     **Q.**    I understand you were not the person pulling the

12    trigger.  I would agree with you.  Now, part of the

13    instilling fear was to use torture.  Correct?

14     **A.**    People like Mencho, like Cuate, they love to do

15    it.  I wasn't doing that.

16     **Q.**    I understand you have an agenda that's aligned

17    with the government's but I want you to answer my question.

18    Okay?  You were aware that torture was used.

19     **A.**    Yes.

20     **Q.**    In fact, you were present on two occasions,

21    personally, when individuals were tortured.

22     **A.**    Yes, I was present twice.

23     **Q.**    And it was -- one of those occasions was a man and

24    a woman.  Right?

25     **A.**    Correct.

1    Q.   Okay.  And those individuals were tortured and

2    suffocated.

3    A.   I never learned what happened to those people.  I

4    was at the location, but I never saw the people.

5    Q.   Okay.  Well, you were present during their

6    torture.

7    A.   Yes, because Mr. Mencho and Cuate took me.

8    Q.   Why would they take you to watch somebody be

9    tortured?  It wasn't part of your job.  Right?

10   A.   Because I was in the car with them.

11   Q.   You just happened to be in the car with them?

12   A.   I don't know at least that I happened to be in the

13   car with them but I was there.

14   Q.   Did you say, Hey, guys.  Stop.  I want to get out?

15   A.   Because there are times when you might want to say

16   that to someone and they will say, No.  Because otherwise I

17   might have been the one who ended up being tortured because

18   the people there were Mr. Mencho and Cuate.

19   Q.   What you are saying you were forced, under duress,

20   to accompany them to this torture event.

21        MS. SAHNI:  Objection, Your Honor.  This is

22   mischaracterization of the testimony.

23        THE COURT:  Overruled.

24        THE WITNESS:  No.  That is not what I said.  No, I

25   did not say that.  I did not watch them.  I did not watch

1    the torture.  I was there but I did not watch the torture.

2    **BY MR. COLOMBO:**

3        **Q.**    Okay.  Were you aware of what type of methods of

4    torture were used?

5        **A.**    No.

6        **Q.**    Okay.  So you have no clue as to how tortures were

7    carried out by the Millennial cartel?

8        **A.**    I know the methods of torture.  I knew that they

9    tortured, but I didn't know what they did to them.

10       **Q.**    Okay.  But you were present, personally present,

11   twice when individuals were tortured.

12       **A.**    Correct.

13       **Q.**    And when we are talking about torturing, we are

14   not talking about forcing them to listen to Juan Gabriel

15   over and over and over again.  Right?

16       **A.**    Yes.

17       **Q.**    We are talking about using extreme, physical

18   violence to extract information that would be beneficial for

19   the Millennial cartel, under the leadership of Lobo.

20       **A.**    Yes.

21       **Q.**    Okay.  Now, during this meeting in March of 2018,

22   you also told the agents that you were aware that Tigre and

23   Lobo had kidnapped, and it was actually a mistake, because

24   they were looking for his brother.  Correct?

25       **A.**    I didn't understand.  Who was the person?

1    Q.   Well, Tigre wanted to kill an individual named

2  Morella; is that right?

3    A.   Morales?

4    Q.   Morella, and I will spell it.  M-o-r-e-l-l-a.

5    A.   I don't recall that person specifically right now,

6  but if I said so then it must be so.

7    Q.   Okay.  But you would agree that Tigre, upon orders

8  of Lobo, engaged in kidnapping and murders.  Correct?

9    A.   Correct.

10    Q.   Now, Tigre is the brother of Lobo, Oscar Nava

11  Valencio.  Correct?

12    A.   Correct.

13    Q.   And you are aware that Tigre, whose real name is

14  Juan Carlo Nava Valencia, who is currently in custody in the

15  Eastern District of New York.  Correct?

16    A.   Yes.

17    Q.   Now, it's your hope that your testimony here today

18  provides a third-party benefit to El Tigre.  Correct?

19    A.   No.

20    Q.   You don't have that hope?

21    A.   No.

22    Q.   Never had that discussion?

23    A.   No.

24    Q.   Not with Oscar Nava?

25    A.   No.

1    Q.    Well, let me ask you this:  Lobo was number one in

2    the Millennial cartel and he is out now.  Correct?

3    A.    Correct.

4    Q.    You, for a time, were number one in the Millennial

5    cartel and now are out of custody.  Correct?

6    A.    That's right.

7    Q.    And you're saying today that there's no effort on

8    your part or Lobo's part to get El Tigre out of custody.

9    A.    No, of course not.

10    Q.    Now, I believe you testified this morning that you

11    have a familial relationship with Oscar Nava Valencia.

12    Correct?

13    A.    That's correct.  Yes.

14    Q.    And he's the godfather of your daughter.

15    A.    Correct.

16    Q.    And what you said is, "It's something I cannot

17    avoid."

18    A.    Yes.

19    Q.    It's not something I cannot avoid, you meant that

20    you wished you didn't have this familial relationship with

21    Oscar Nava Valencia.  Correct?

22    A.    No.

23    Q.    Okay.  When you said it's something that you can't

24    avoid, Lobo being the godfather of your daughter, what did

25    you mean by that?

1    A.    That I cannot have further contact with him, and I

2    wish I could have further contact with him.

3    Q.    Okay.  So despite all of what you were involved in

4    and what you know that Lobo was involved in, you still

5    desire to communicate with him.

6    A.    Because of my daughter.  My daughter loves him

7    very much.

8    Q.    Well, my question to you is, if he wasn't the

9    godfather of your daughter, would you continue to have a

10    relationship with him --

11    A.    Of course.

12    Q.    -- even knowing that he was responsible for

13    murdering a hundred people.

14    A.    Yes.  I have no control over what other people do.

15    Q.    You have control over the relationships that you

16    have.  Correct?

17    A.    Yes.

18    Q.    And rather than attempting to separate yourself

19    from your former co-conspirators, what you've sought to do

20    is reunite with them.

21    A.    As I've said, the reason is my daughter.

22    Q.    Okay.  Now, you've had recent conversations with

23    Lobo Oscar Nava Valencia.  Correct?

24    A.    Yes.

25    Q.    Okay.  And when was the last time you spoke to

1    him?

2         **A.**    He greeted me this morning when I saw him from

3    afar.

4         **Q.**    Okay.  Aside from that, when was the last time you

5    talked to him, not just a greeting?

6         **A.**    Yesterday.

7         **Q.**    You spoke to him yesterday?

8         **A.**    He just greeted me.  He just greeted me a bit.

9         **Q.**    Well, first it was just a greeting and now it's he

10   just greeted you a bit.  I'm curious as to what the "just a

11   bit" is.

12        **A.**    Just that I was -- how I was doing and how my

13   daughter was doing and that he sent his regards.

14        **Q.**    Where did this conversation take place?

15            **MS. SAHNI:**  Your Honor, may we get on the phones,

16   please?

17            **THE COURT:**  All right.

18       (Sidebar discussion.)

19            **MS. SAHNI:**  Yes, Your Honor.  DEA and the marshals

20   have taken extensive steps to secure the safety of this

21   witness and the other witnesses and, you know, if

22   Mr. Colombo is going into the details of where they are

23   staying, how they are transported, things of that nature,

24   which it seems like it is opening the door to that, we have

25   security concerns.

1              **THE COURT:**  Mr. Colombo, are you trying to find

2     out if the conversation happened at the courthouse or where

3     they were staying?

4              **MR. COLOMBO:**  Well, Your Honor, I am pretty

5     shocked that the government has allowed them to have

6     conversations and have access to each other.  I would

7     think --

8              **THE COURT:**  Well, you're not going to be asking

9     the precise locations where the conversations happened.  You

10    just want to know if it is inside of the courthouse or

11    outside of the courthouse and how long they were.

12             **MR. COLOMBO:**  Absolutely not.  I don't care about

13    the security concerns at all.

14             **THE COURT:**  I care about the security

15    concerns -- (Multiple speakers.)

16             **MS. NASEEF:**  Your Honor, if Mr. Columbo opens this

17    door, I don't want to have to address why they are being

18    transported together and why that's happening.

19             **THE COURT:**  Are they being transported together?

20             **MS. NASEEF:**  They are.  They are being transported

21    in an armed caravans.  The DEA doesn't have the resources

22    for two armed caravans per day.

23             **THE COURT:**  On their transportation to and from

24    the courthouse.  So, yes, Mr. Colombo, I think you can

25    inquire and then they can clarify exactly whether the

1  government is being sloppy or having suspicious reasons.

2  They have a perfect right to qualify that.  All right?

3          **MR. COLOMBO:**  Understood, Your Honor.  Thank you.

4      (Sidebar discussion concluded.)

5          **INTERPRETER:**  Your Honor, the interpreter would

6  like to make a clarification to one of the responses.  The

7  response, when asked by Mr. Colombo, "Did you just greet

8  each other?"  The answer should have been, "We greeted each

9  other and talked a little bit."

10 **BY MR. COLOMBO:**

11     **Q.**   And the little bit that you talked about, had

12 nothing to do with this case; is that what you are

13 testifying to today?

14     **A.**   Yes, of course.  I never talk about the case with

15 anyone.  This is not something that makes me proud.

16     **Q.**   I understand.

17         Now, prior to yesterday, when was the last time

18 you talked to Lobo?

19     **A.**   When I was with the agents.

20     **Q.**   When was that?

21     **A.**   I don't recall the date.

22     **Q.**   How long ago was it?

23     **A.**   A week?  No.  I don't recall when it was, the last

24 appointment I had with Mr. Mori.

25     **Q.**   Would April 2024 sound correct?

1       **A.**    I'd be lying to you if I said that was the correct

2    date.

3       **Q.**    Well, you are saying that the last debrief that

4    you had with Agent Mori was the time that you were able to

5    talk to Lobo; is that right?

6       **A.**    Yes.  If that's when it was, then, yes.

7       **Q.**    Okay.  And so that April of 2024 would be about

8    correct; is that right?

9       **A.**    If that's the date, then yes.

10      **Q.**    And can you explain the circumstances as to why

11   Agent Mori thought you and Lobo needed to talk?

12      **A.**    It's not that we needed to, it just so happened

13   that both of us were there.  It's not that he scheduled an

14   appointment for us to talk.

15      **Q.**    Okay.  So both of you happened to be scheduled for

16   a meeting with Agent Mori at the same time.

17      **A.**    I don't know if he made an appointment to meet

18   with him then or if he went to do something else and I was

19   there for something else.  I was most interested in talking

20   about family and how the family was doing; that's it.

21      **Q.**    Where did this meeting take place between you and

22   Lobo?

23           **INTERPRETER:**  Interpreter would request

24   repetition.

25           **THE WITNESS:**  I don't wish to tell you where I

1    live for my safety.

2    **BY MR. COLOMBO:**

3        **Q.**    Okay.  I am not asking specifically.  This meeting

4    with Agent Mori, where you were allowed to meet with Lobo,

5    was it at a government office?

6        **A.**    Yes.

7        **Q.**    Okay.  And so you happened to be at a government

8    office to see Agent Mori at the same time that Lobo was also

9    there to see Agent Mori; is that a fair characterization?

10       **A.**    Yes, but then we met with him separately.  I met

11   with him in one office and he was in another office.

12       **Q.**    Okay.  So as I am understanding this, both you and

13   Lobo were at a government office at the same time.  Right?

14       **A.**    Correct.  Yes, that's correct.

15       **Q.**    And Agent Mori met with you separately.

16       **A.**    That's right.

17       **Q.**    And then did he meet with Lobo separately?

18       **A.**    That's right.

19       **Q.**    But prior to those two separate meetings that you

20   had with Agent Mori, you and Lobo were allowed to speak.

21       **A.**    Yes.  But while Agent Mori was present.  We were

22   never by ourselves.

23       **Q.**    So Agent Mori would have been present during any

24   discussion that you and Lobo had prior to your separate

25   debriefs.

1          **INTERPRETER:**  The interpreter is requesting

2     repetition, please.

3     **BY MR. COLOMBO:**

4          **Q.**   So, Agent Mori would have been present during any

5     conversation you and Lobo had prior to each of your separate

6     debriefs.

7          **A.**   Yes, but he wasn't there himself the whole time.

8     He came.  He arrived.  But there was always someone from his

9     office there present.

10         **Q.**   Okay.  So when you say that "he wasn't there the

11    whole time", what you are talking about is Agent Mori wasn't

12    there the whole time that you and Lobo were allowed to meet.

13         **A.**   That's correct.  Yes, but what I am saying is the

14    government agent was always present with us, because I

15    arrived in the office and then he arrived at the office.  An

16    agent was always there with us.  And then I think one agent

17    came to get me and took me upstairs.  I'm not sure if I went

18    first or he went first, but there was always a government

19    agent present with us.

20         **Q.**   Okay.  I understand.

21              Again, I'm going to repeat my question because I

22    want you to listen to my question.

23         **A.**   Yes.

24         **Q.**   When you were meeting with Lobo, prior to each of

25    your separate debriefs, Agent Mori left.

1      **A.**    He was coming and going.  It's my understanding

2   that he has many things that he needs to do.  He wasn't

3   sitting in there.  He didn't leave only once.

4      **Q.**    Okay.  So he was in and out several times when you

5   and Lobo were talking.

6      **A.**    That's correct.  However, there was always a DEA

7   agent there with us or government agent, I don't know

8   whether they were DEA or from another agency, but there was

9   always an agent present.

10      **Q.**    Okay.  So do you know the name of that other agent

11   who was present during the time that Agent Mori allowed you

12   and Lobo to meet?

13      **A.**    No.

14      **Q.**    Was this other agent female?  Male?

15      **A.**    A woman.

16      **Q.**    Can you describe this woman?

17      **A.**    No.

18      **Q.**    Did she speak English or Spanish?

19      **A.**    English.

20      **Q.**    And the conversation that you and Lobo had was in

21   Spanish.  Right?

22      **A.**    Correct.

23      **Q.**    So this agent who is present during this time,

24   wouldn't have understood what you and Lobo were talking

25   about.  Right?

1      A.    I don't know whether she understood or not.  With

2    me, she spoke in English.

3      Q.    She wasn't taking notes of what you and Lobo were

4    saying, was she?

5      A.    No.

6      Q.    She wasn't recording what you and Lobo were

7    saying.  Correct?

8      A.    Now, that I don't know.

9      Q.    Okay.  Now, how long did this meeting between you

10   and Lobo last?

11     A.    I don't remember that either.  Ten?  Fifteen

12   minutes?  Five?

13     Q.    It was enough time for Agent Mori to go in and out

14   several times; isn't that correct?

15     A.    Every time I have gone, Agent Mori have been doing

16   many things, going in and out.  He's not the only one that

17   is -- I'm not the only one that he is seeing when I go.

18     Q.    Well clearly, because you were meeting with Lobo

19   at that time, and he met with him after your conversation.

20   And it's your testimony today that at no point did you

21   discuss with Lobo during this meeting that you were allowed

22   to have any of the facts of this case.

23     A.    Of course not.

24     Q.    Why not?

25     A.    Why would I have to speak about a case.  I knew I

1    didn't need to talk about the case.

2        **Q.**   Well, did anyone tell you not to talk about the

3    case?

4        **A.**   I know it.

5        **Q.**   Well, did Agent Mori tell you when you sat down

6    with Lobo that day, Don't talk about the case, guys.  Did he

7    tell you that?

8        **A.**   No because I know that specifically.  I had been

9    told specifically to not talk with anybody about the cases.

10       **Q.**   When were you told that?

11       **A.**   A while ago, not recently.

12       **Q.**   Okay.  And who told you that?

13       **A.**   The prosecution that I could not talk with anybody

14    about the cases.

15       **Q.**   Well, they told you that because they wanted to

16    keep your cooperation confidential.  Correct?

17       **A.**   I don't know why.  I don't know why but they told

18    me that.

19       **Q.**   Okay.  But yet you were allowed to meet with Lobo

20    prior to testifying today, for anywhere between 5 and 15

21    minutes; is that right?

22       **A.**   Of course not.

23       **Q.**   I thought you just said before you had the

24    debriefs that you and Lobo were allowed to talk.

25       **A.**   But I didn't say four to five minutes like you

1    said.

2        **Q.**    Well, no.  You estimated you couldn't

3    really -- your estimate was, Well, it might have been 5

4    minutes, it might have been 10 minutes, it might have been

5    15 minutes; is that fair to say?

6        **A.**    No that's a lot of time.

7        **Q.**    Okay.  So you didn't just say that a few minutes

8    ago?

9        **A.**    You are saying that today?

10        **Q.**    No, I'm not saying today.  I am saying at the

11    prior meeting in April of 2024 that we were just talking

12    about.

13        **A.**    Yes.

14        **Q.**    We talked about your cooperation and the agreement

15    that you had entered into and we agreed that between your

16    first in-person meeting of May of 2015 to your last meeting

17    in April of 2024 that you were debriefed approximately 50

18    times by the government; is that right?

19        **A.**    Yes.

20        **Q.**    Okay.  Now, you would agree that beginning in

21    2015, you had a number of meetings.  Right?

22        **A.**    Your question, I did not hear it.  I did not hear

23    it.

24        **Q.**    Well, the first in-person debrief you actually met

25    over the course of three days; is that right?

1      **A.**    Correct.

2      **Q.**    Okay.  And that debrief was with Agent Mori; is

3   that right?

4      **A.**    That's right.

5      **Q.**    Okay.  And Agent Mori was clear with you that his

6   focus was on Los Cuinis and Mencho.

7      **A.**    Yes.

8      **Q.**    And you went through the whole history with your

9   involvement with the Millennial cartel?

10      **A.**    Yes.

11      **Q.**    And you laid out the hierarchy of the Millennial

12   cartel for Agent Mori.  Correct?

13      **A.**    Yes.

14      **Q.**    And you told him at that time, in the first

15   in-person debrief in 2015, that Lobo was number one.

16      **A.**    That's right.

17      **Q.**    El Tigre, Lobo's brother, was number two.

18      **A.**    Yes.

19      **Q.**    You put yourself as number three?

20      **A.**    Yes, I believe so.

21      **Q.**    Erick Valencia, El 85, as number four?

22      **A.**    We had the same level.

23      **Q.**    Okay.  And then you put Mencho as number five; is

24   that right?

25      **A.**    If I put him, I believe so.

1    **Q.**   And you explained that the Cuinis or the Los

2    Cuinis, the brothers, were sort of an entity amongst

3    themselves.

4    **A.**   What?

5    **Q.**   Well, you didn't list Los Cuinis among the

6    hierarchy of the Millennial cartel.  Correct?

7    **A.**   They were partners.

8    **Q.**   They were operating somewhat independently, so the

9    Millennial cartel, but in conjunction with the Millenial

10   cartel; is that fair to say?

11   **A.**   That's correct.  As partners, yes.

12   **Q.**   Now, during these initial meetings when you laid

13   out the hierarchy of the cartel, you never mentioned

14   anything about Ruben Osequera.

15   **A.**   No, because he was considered to be in the Cuinis.

16   He was in the Cuinis.

17   **Q.**   But you never explained that he was part of the

18   Cuinis.  Correct?

19   **A.**   No.

20   **Q.**   And, in fact, you gave the specific names of the

21   individuals who were part of the Cuinis.  Right?

22   **A.**   I don't remember.

23   **Q.**   But a name that you did not give was Menchito.

24   Correct?

25   **A.**   At that time, I don't remember.  Honestly.

1      Q.    Well, isn't it true that it wasn't until over a

2    year later, in November of 2016, was the first time that you

3    mentioned anything to Agent Mori and the government about

4    Menchito?

5              INTERPRETER:    Interpreter requests repetition of

6    the answer.

7              THE WITNESS:    If it was in the briefings then it

8    was true.

9    BY MR. COLOMBO:

10     Q.    So that first mention of Menchito would have been

11   18 months after you began cooperating in person.  Correct?

12     A.    Correct.  But I imagine there were several names

13   that I didn't mention in those initial meetings because I

14   didn't remember them or I didn't take them into account.

15     Q.    I understand.  They might not have been important

16   enough to mention.  Correct?

17     A.    At the moment, no.

18     Q.    Okay.  So in November of 2014, when you did

19   mention Menchito for the first time, what you told

20   Agent Mori was that you first met Menchito at a warehouse in

21   Guadalajara in 2009.  Correct?

22     A.    It may be that I messed up the dates.

23     Q.    Okay.  But what you said in 2016 was that the

24   first time you met Menchito was at a warehouse in 2009; is

25   that right?

1    **A.**    Yes, that's where we would always meet.  That's

2    where we would always see them at that warehouse.

3    **Q.**    Now, what you told Agent Mori at that time was

4    that Menchito was there with his uncle Abigael.  Correct?

5    **A.**    Yes.

6    **Q.**    And that Menchito was just listening to

7    conversations.

8    **A.**    As always.

9    **Q.**    Okay.  And there were discussions about cocaine.

10   Right?

11   **A.**    Yes.

12   **Q.**    And that's what you told the agents

13   **A.**    Excuse me?

14   **Q.**    And that's what you told Agent Mori at that

15   meeting.

16   **A.**    If that's what is in the briefings, that is what I

17   said.

18   **Q.**    But you also told Agent Mori specifically that

19   Menchito was too young and was not involved with any drug

20   trafficking.

21   **A.**    Because I would always look at them.  They are

22   young.  I would always ask Cuinis, Why he would bring young

23   people.  His answer would always be so that they would

24   learn.

25   **Q.**    I understand.

1          **A.**    (Speaking in Spanish.)

2                    **MR. COLOMBO:**  Your Honor, there is no question.

3                    **THE COURT:**  He was finishing his answer.

4                    **THE WITNESS:**  What was the question?

5    **BY MR. COLOMBO:**

6          **Q.**    What you told Agent Mori, the first time you

7    mentioned to him, was that he was too young and was not

8    involved with drug trafficking.

9          **A.**    Correct.

10         **Q.**    Now, the other time that you talk about Menchito,

11   I'd like to fast forward was that last meeting you had in

12   April of 2024.  Now, in April of 2024, you tell Agent Mori

13   that Menchito was involved in drug trafficking.  And he was

14   involved with Los Cuinis.  But between 2016 and 2024, you

15   had no other discussion about Menchito.

16         **A.**    I don't know if I was not asked, you know?

17         **Q.**    Well, your obligation as a cooperating witness was

18   to tell the truth.  Correct?

19         **A.**    That's right.

20         **Q.**    And provide what information you have in relation

21   to individuals who were engaged in drug trafficking.

22         **A.**    Could you ask the question again, because I did

23   not understand it.

24         **Q.**    And part of your obligation to tell the truth was

25   to provide information about individuals who were involved

1   in drug trafficking.

2        **A.**   Yes.

3        **Q.**   And in the totality of the 50 debriefs that you

4   had with government counsel about your knowledge of drug

5   trafficking, you only mention Menchito twice.  Correct?

6        **A.**   If that's what's in the debriefings, I believe I

7   mentioned him more times.

8        **Q.**   Okay.  But you don't dispute then, or don't have

9   any specific recollection, as to how many times that you

10   mentioned him.

11        **A.**   No.

12        **Q.**   It's fair to say that his name didn't come up and

13   wasn't mentioned by you because he didn't really have any

14   participation in this drug trafficking conspiracy, did he?

15   And let me be clear, during the time that you were a member

16   of the Millennial cartel.

17        **A.**   He would always accompany his father.  He would be

18   sitting there with him.  I don't know if he was part of it

19   or not of their group, but he would always be there when he

20   would accompany his father.

21        **Q.**   Okay.  Now, Mencho has another son; is that right?

22        **A.**   I don't know that is his son.

23        **Q.**   Well, he has an adopted son; is that right?

24        **A.**   Oh, that, yes.

25        **Q.**   Okay.  And his adopted son's name is Juan Carlos

1      Valencia Gonzalez.

2          **A.**   That's right.

3          **Q.**   And his nickname was Pelon.

4          **A.**   Correct.

5          **Q.**   And Pelon is older than Menchito?

6          **A.**   I believe so.

7          **Q.**   And Pelon is the biological son of Armando

8      Valencia and Rosalinda Gonzalez Valencia; is that correct?

9          **A.**   That's what I understand.

10         **Q.**   And when Mencho married Rosalinda, he adopted

11     Pelon.

12         **A.**   I don't know if he adopted him or not but he

13     doesn't have his last name.

14         **Q.**   I understand.  When you met the with the agents

15     August 28th -- or August of 2018, you explained to them what

16     you believed the relationship was, and that was that Pelon

17     had been adopted by Mencho.  And at that time you told the

18     agents that you believe that Pelon was in charge of the

19     Guadalajara Plaza.

20         **A.**   When was that meeting?

21         **Q.**   When you met with the agents in August of 2018.

22         **A.**   Yes.

23         **Q.**   Okay.  And you told them that you believe that

24     Mencho was closer to Pelon than Menchito.

25         **A.**   Because that was the rumor among the people.

1    Q.    Okay.  So the information you were providing to

2    the agents at the time of your cooperation was based upon

3    rumors?

4    A.    At that time, yes, because I was not close to them

5    at that time.

6    Q.    Okay.  So let me ask you this:  When you were

7    providing information to the government agents during these

8    debriefs, and it was based upon a rumor, did you tell them

9    it was based upon a rumor?

10    A.    Of course they weren't based on rumors.  They were

11    based on fact.

12    Q.    Well, was it based on your personal experience

13    with these individuals?

14    A.    Yes.

15    Q.    Okay.  So when you just testified that when you

16    explained to the government agents that you believe Pelon

17    was in charge of Guadalajara Plaza, and it was based upon a

18    rumor, that was inaccurate?

19    A.    Because people close to me had passed that

20    information to me.  People close to me.

21    Q.    Okay.  So the information that you were providing

22    to the government agents during these debriefs wasn't

23    necessarily based upon your own personal experiences?

24    A.    All was from personal experience but on that

25    occasion for that it was something that somebody had

1    mentioned to me because I no longer had access to them.

2        Q.    Okay.  So some of the information you were

3    providing to the government agents during the debriefs was

4    not based upon your personal experience?

5        A.    On that occasion, no.  Because I no longer had

6    access to the family or to them.  At that time they were

7    looking for me to kill me.  I could not go to Mencho and ask

8    him, Is your son in charge?  Is your son doing this?

9        Q.    No, what you told the agent specifically was that

10   you believed Pelon was in charge of Guadalajara Plaza in

11   2009.

12       A.    2009?

13       Q.    Correct.

14       A.    2009?

15       Q.    2009.  Correct.

16       A.    Nine or 19?

17       Q.    2009.

18       A.    2009 it could not be.

19       Q.    What you also told the agents at that time when

20   you were discussing this about Pelon, you said that he was

21   young but was present for discussions about drugs and would

22   help with driving cocaine loads.

23       A.    When was the briefing?

24       Q.    You met with the agents on August 10th of 2018.

25       A.    But you are telling me that I told them that in

1   2009 Pelon was in charge of a plaza.

2       **Q.**   Correct.

3       **A.**   In 2009 Lobo was still the boss.

4       **Q.**   Correct.

5       **A.**   They wrote something wrong then, because Pelon was

6   not in charge and not even Mencho was in charge of a plaza.

7   In 2009 Mencho was in charge of Vallarta.

8       **Q.**   Again, on August 24th of 2020, you met with

9   Agent Mori and government counsel and they discussed with

10  you Pelon.

11      **A.**   Correct.

12      **THE COURT:**   So it's 5:00.  It's a couple minutes

13  after 5:00.  So I think if you are moving to another

14  debriefing notes, I think we should call it a day.  It's

15  been a long day already.

16          I'm going to excuse you all until 9 a.m. tomorrow

17  morning.  Thank you all for being so punctual today.  This

18  is moving along despite our interruptions.  Do not talk

19  about the case amongst yourselves or with anyone else and

20  have a very pleasant evening.

21      (Jury exited the courtroom.)

22      **THE COURT:**   All right.  Everyone have a pleasant

23  evening.  And, you are under cross-examination so do not

24  talk about the case with the prosecution or the agents.

25      (Witness stepped down.)

1          (Proceedings concluded at 5:08 p.m.)
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1

2                        **C E R T I F I C A T E**

3

4          I, **Lorraine T. Herman, Official Court Reporter,**

5    certify that the foregoing is a true and correct transcript

6    of the record of proceedings in the above-entitled matter.

7

8

9

10

11    _____December 20, 2024_____      ____/s/ Lorraine T. Herman____
                **DATE**                        **Lorraine T. Herman**
12

13

14

15

16

17

18

19

20

21

22

23

24

25

**BY MR. COLOMBO:**
**[12]** 11/6 14/21 23/2
34/10 36/10 41/13 44/2
50/10 52/2 53/3 60/9
62/5
**BY MS. SAHNI: [4]**
2/21 5/7 5/21 7/18
**DEPUTY CLERK: [1]**
35/23
**INTERPRETER: [8]**
5/20 7/15 14/18 22/25
50/5 51/23 53/1 60/5
**MR. COLOMBO: [7]**
33/24 34/5 36/9 49/4
49/12 50/3 62/2
**MS. NASEEF: [2]**
49/16 49/20
**MS. SAHNI: [17]** 2/4
2/7 2/14 2/17 5/4 10/20
10/22 11/3 35/14 35/14
35/16 35/18 36/2 41/9
43/21 48/15 48/19
**THE COURT: [28]** 2/2
2/5 2/9 2/12 2/19 10/21
11/3 33/18 34/1 34/7
34/9 35/8 35/11 35/15
35/21 35/25 36/7 41/10
43/23 48/17 49/1 49/8
49/14 49/19 49/23 62/3
67/12 67/22
**THE WITNESS: [11]**
2/16 7/16 14/20 34/3
34/6 34/8 41/11 43/24
51/25 60/7 62/4

**$**

**$1.2 [2]** 15/22 16/12
**$1.25 [2]** 15/19 16/8
**$1.25 million [1]** 15/19
**$10,700 [1]** 4/3
**$14,800 [1]** 6/17
**$15,000 [1]** 4/14
**$4 [3]** 18/4 31/18 31/21
**$4,300 [1]** 4/4
**$5,000 [1]** 26/3
**$500,000 [2]** 19/22
20/1

**/**

**/s [1]** 69/11

**0**

**000 [1]** 4/25

**1**

**1,000 [1]** 26/3
**10 [5]** 1/4 12/11 27/3
27/10 57/4
**10,500 [1]** 4/3
**10-minute [1]** 35/9
**10-year [1]** 26/24
**105 [2]** 1/15 1/18
**10th [1]** 66/24
**12/22 [1]** 4/7
**12/29/2009 [2]** 6/3 6/7
**14 [2]** 35/23 35/25
**145 [1]** 1/12
**15 [3]** 10/24 56/20 57/5
**15,000 [1]** 4/1
**15A [2]** 2/18 10/24
**16 [1]** 10/25
**16A [2]** 5/5 10/25
**18 [2]** 34/23 60/11
**19 [1]** 66/16
**1975 [1]** 26/7
**1988 [1]** 26/17
**1:16-229 [1]** 1/3
**1:52 [1]** 1/5

**2**

**20 [3]** 28/18 28/22
69/11
**200 [1]** 4/3
**20001 [1]** 1/22
**2004 [3]** 20/16 22/5
36/12
**2007 [1]** 15/3
**2008 [1]** 15/3
**2009 [22]** 4/7 6/3 6/7
9/6 11/16 11/23 12/1
20/17 22/5 31/25 36/12
60/21 60/24 66/11
66/12 66/14 66/15
66/17 66/18 67/1 67/3
67/7
**2010 [13]** 9/13 9/14
11/8 11/9 11/11 12/2
12/5 12/7 12/11 12/12
12/16 16/21 32/13
**2011 [9]** 8/19 8/24
13/18 13/18 13/20
32/13 32/14 32/17
32/21
**2012 [5]** 6/23 11/9
30/18 31/2 31/2
**2014 [3]** 29/17 29/25
60/18
**2015 [11]** 6/25 7/1 7/3

37/2 57/16 57/21 58/15
**2016 [4]** 31/1 60/2
60/23 62/14
**2018 [7]** 28/12 28/15
37/14 44/21 64/15
64/21 66/24
**2020 [1]** 67/8
**2024 [10]** 1/4 37/3
50/25 51/7 57/11 57/17
62/12 62/12 62/14
69/11
**20530 [1]** 1/12
**22 [1]** 4/7
**229 [1]** 1/3
**234 [1]** 4/24
**24th [1]** 67/8
**26 [2]** 32/25 33/4
**28th [1]** 37/14
**28th -- or [1]** 64/15
**29th [1]** 29/18

**3**

**333 [1]** 1/21
**345 [1]** 2/22
**3:27 p.m [1]** 36/4
**3:30 [1]** 35/8
**3:46 [1]** 36/4

**4**

**4,800 [1]** 6/12
**40 [5]** 33/7 33/11 33/14
34/2 34/6
**41 [1]** 28/2
**43 [3]** 14/14 15/10 16/5
**43's [1]** 14/11
**445 [1]** 4/12
**450 [1]** 30/13
**46 [1]** 28/2
**47 [1]** 4/22

**5**

**50 [3]** 36/24 57/17 63/3
**56 [1]** 27/22
**5:00 [2]** 67/12 67/13
**5:08 [1]** 68/1

**6**

**6th [1]** 9/13

**8**

**80s [1]** 28/12
**843 [1]** 5/10
**85 [1]** 58/21

**9**

**9 a.m [1]** 67/16
**92101 [2]** 1/15 1/18
**97 [4]** 26/20 27/13
27/14 27/19
**97-month [1]** 27/22

**A**

**a.m [1]** 67/16
**Abigael [1]** 61/4
**able [2]** 39/22 51/4
**about [38]** 5/18 24/3
35/2 35/13 36/11 39/1
39/6 39/23 44/13 44/14
44/17 49/12 49/14
50/11 50/14 51/7 51/20
53/11 54/25 55/25 56/1
56/2 56/6 56/9 56/14
57/12 57/14 59/14 60/3
61/9 62/10 62/15 62/25
63/4 66/20 66/21 67/19
67/24
**above [1]** 69/6
**above-entitled [1]**
69/6
**Absolutely [1]** 49/12
**accept [3]** 39/2 39/9
39/13
**accepting [1]** 18/23
**access [4]** 36/1 49/6
66/1 66/6
**accompany [3]** 43/20
63/17 63/20
**account [3]** 8/11 18/8
60/14
**accountant [12]** 16/18
17/1 17/7 18/12 19/8
20/15 21/17 22/8 22/10
23/15 23/16 41/5
**accounting [5]** 3/5 3/6
7/20 19/16 22/7
**accounts [3]** 25/16
25/19 25/21
**accuracy [1]** 8/4
**across [1]** 35/23
**Action [1]** 1/2
**activities [1]** 12/19
**activity [2]** 12/25
28/23
**actually [3]** 18/4 44/23
57/24
**add [2]** 10/23 22/25
**address [1]** 49/17
**administratively [1]**

**A**

administratively... [1]
42/1
admitted [3]  10/25
11/2 29/16
adopted [5]  63/23
63/25 64/10 64/12
64/17
afar [1]  48/3
after [10]  9/18 11/19
12/11 12/19 13/17
15/17 26/14 55/19
60/11 67/13
AFTERNOON [1]  1/6
again [17]  2/6 2/25
5/12 5/20 6/7 13/22
14/20 16/3 23/11 24/12
26/14 28/15 42/1 44/15
53/21 62/22 67/8
against [1]  14/4
agency [1]  54/8
agenda [1]  42/16
agent [42]  36/20 37/6
37/15 51/4 51/11 51/16
52/4 52/8 52/9 52/15
52/20 52/21 52/23 53/4
53/11 53/14 53/16
53/16 53/19 53/25 54/7
54/7 54/9 54/10 54/11
54/14 54/23 55/13
55/15 56/5 58/2 58/5
58/12 60/3 60/20 61/3
61/14 61/18 62/6 62/12
66/9 67/9
Agent Mori [29]  36/20
37/15 51/4 51/11 51/16
52/8 52/9 52/15 52/20
52/21 52/23 53/4 53/11
53/25 54/11 55/13
55/15 56/5 58/2 58/5
58/12 60/3 60/20 61/3
61/14 61/18 62/6 62/12
67/9
agents [18]  30/19
30/25 37/21 39/5 44/22
50/19 61/12 64/14
64/18 64/21 65/2 65/7
65/16 65/22 66/3 66/19
66/24 67/24
ago [3]  50/22 56/11
57/8
agree [10]  30/12 30/12
32/2 32/20 36/20 39/14
40/14 42/12 45/7 57/20

agreed [4]  13/25 30/4
30/4 57/15
agreement [6]  27/12
29/7 29/9 29/13 30/13
57/14
Agustin [1]  25/10
aided [1]  1/24
aircraft [2]  29/22 30/7
alert [1]  36/3
alias [4]  3/14 5/13 5/15
9/9
aliases [2]  3/15 19/17
aligned [2]  17/16
42/16
all [14]  2/12 4/14 8/1
34/1 36/7 42/5 47/3
48/17 49/13 50/2 65/24
67/16 67/17 67/22
alliance [5]  10/5 13/8
13/21 13/22 32/24
alliances [2]  10/1 10/9
allied [2]  10/6 10/7
allowed [9]  14/6 49/5
52/4 52/20 53/12 54/11
55/21 56/19 56/24
almost [1]  35/8
along [1]  67/18
already [1]  67/15
also [15]  13/15 14/1
16/7 25/15 29/25 30/20
30/25 31/13 37/23
38/18 41/2 44/22 52/8
61/18 66/19
always [17]  7/25 8/10
10/13 53/8 53/14 53/16
53/18 54/6 54/9 61/1
61/2 61/8 61/21 61/22
61/23 63/17 63/19
am [9]  9/13 17/23
22/22 32/23 49/4 52/3
52/12 53/13 57/10
AMERICA [1]  1/2
among [3]  16/13 59/5
64/25
amongst [2]  59/2
67/19
amount [5]  19/4 20/22
21/11 22/23 30/13
amounts [2]  25/20
25/24
ANCIRA [1]  11/5
another [6]  4/3 25/5
52/11 54/8 63/21 67/13
answer [10]  22/24
23/11 33/22 33/24 34/7

42/1 50/8 60/6 61/23
62/3
Anthony [2]  1/14 1/14
anthonycolumbolegal
[1]  1/16
Antonio [7]  14/14
14/22 15/10 15/14
15/18 16/1 16/5
any [18]  6/18 10/1 10/7
16/25 23/18 24/2 27/18
31/24 34/22 35/1 37/20
41/24 52/23 53/4 55/22
61/19 63/9 63/13
anybody [2]  56/9
56/13
anyone [4]  3/11 50/15
56/2 67/19
anything [4]  7/4 33/1
59/14 60/3
anywhere [2]  3/8
56/20
apart [3]  9/20 11/14
17/19
appear [1]  9/1
APPEARANCES [1]
1/9
appointment [3]  50/24
51/14 51/17
appropriate [1]  20/7
approximately [3]
20/17 28/2 57/17
April [6]  50/25 51/7
57/11 57/17 62/12
62/12
are [43]  2/14 6/18 7/25
14/20 17/14 17/21 20/5
21/3 21/9 21/10 22/8
22/10 23/15 24/7 24/9
26/1 26/4 29/12 35/11
36/8 41/20 43/15 43/19
44/13 44/13 44/17
45/13 46/5 48/22 48/23
49/1 49/17 49/19 49/20
49/20 50/12 51/3 53/11
57/9 61/21 66/25 67/13
67/23
Armando [1]  64/7
armed [3]  13/10 49/21
49/22
around [3]  36/14
36/17 37/17
arrest [1]  11/19
arrested [7]  9/5 9/8
9/10 9/16 11/17 26/9
31/9

42/17 50/8 60/6 51/23
arrive [1]  53/3
arrived [3]  53/8 53/15
53/15
Arturo [8]  17/16 17/18
17/19 17/22 17/23 18/1
18/5 31/22
as [41]  6/1 7/5 7/16 9/2
9/7 11/20 11/23 12/16
12/18 17/7 18/11 19/8
19/18 19/23 20/15 21/2
21/3 21/17 22/10 25/25
28/6 32/12 34/23 34/24
38/7 39/10 40/1 42/5
42/5 44/6 47/21 48/10
51/10 52/12 58/19
58/21 58/23 59/11 61/8
62/17 63/9
Aside [1]  48/4
ask [9]  13/18 16/3 22/3
24/12 46/1 61/22 62/22
65/6 66/7
asked [8]  7/3 8/9 15/6
15/9 31/6 35/5 50/7
62/16
asking [3]  36/17 49/8
52/3
assist [1]  32/7
attempting [1]  47/18
attorney [1]  31/19
attorneys [1]  27/15
audio [1]  36/1
August [3]  64/15
64/15 64/21 66/24 67/8
Augustin [1]  25/2
available [1]  5/8
Avenue [1]  1/21
avoid [3]  46/17 46/19
46/24
aware [7]  6/18 36/14
37/16 42/18 44/3 44/22
45/13
away [2]  9/24 11/25

**B**

back [4]  26/6 26/14
28/9 31/9
Bahamas [1]  30/25
balance [5]  4/4 5/8
6/14 8/7 19/25
Bankruptcy [1]  1/21
Barbie [3]  17/12 17/13
18/5
based [10]  6/9 65/2
65/8 65/9 65/10 65/11
65/12 65/17 65/23 66/4
basis [2]  29/13 29/16

**B**

be [33]  3/2 17/6 19/13 19/21 19/22 20/1 21/3 21/14 31/19 32/3 35/18 35/20 37/9 38/8 40/1 40/15 43/8 43/11 43/12 44/18 45/6 49/8 51/1 51/7 51/15 52/7 59/15 60/22 61/23 63/15 63/17 63/19 66/18
became [6]  9/18 11/10 11/13 12/4 12/21 16/20
because [60]  4/12 4/25 6/14 8/23 12/16 12/21 13/23 14/1 14/10 14/11 14/24 15/5 16/6 16/9 17/4 17/19 18/1 18/8 19/20 22/6 23/7 23/20 23/23 27/5 27/7 28/22 31/6 32/14 33/23 36/16 39/8 39/12 39/20 40/8 40/9 40/22 42/8 43/7 43/10 43/15 43/16 43/17 44/23 47/6 53/14 53/21 55/18 56/8 56/15 59/15 60/13 61/21 62/22 63/13 64/25 65/4 65/19 66/1 66/5 67/5
because -- what [1] 40/9
been [18]  10/25 11/1 20/11 34/4 37/1 43/17 50/8 52/23 53/4 55/15 56/8 57/3 57/4 57/4 60/10 60/15 64/17 67/15
before [13]  1/7 7/1 7/16 8/3 10/23 10/24 12/14 15/5 16/20 24/25 32/19 40/9 56/23
began [3]  30/17 31/3 60/11
beginning [2]  29/17 57/20
behalf [2]  16/1 16/5
being [8]  40/1 43/17 46/24 49/17 49/19 49/20 50/1 67/17
believe [13]  8/3 15/5 16/14 33/1 33/17 46/10 58/20 58/25 63/6 64/6 64/18 64/23 65/16
believed [2]  64/16 66/10

belonging [1] 6/14
Beltran [7]  17/16 17/19 17/19 17/22 17/23 18/1 18/5
Beltran's [1] 31/22
beneficial [1] 44/18
benefit [2]  14/13 45/18
BERYL [1]  1/7
between [14]  8/19 11/23 13/3 20/16 22/5 29/25 32/12 36/12 37/1 51/21 55/9 56/20 57/15 62/14
billion [3]  20/17 21/1 21/14
billion-dollar [1] 20/17
biological [1] 64/7
bit [6]  9/4 48/8 48/10 48/11 50/9 50/11
blue [2]  3/21 5/25
board [1] 29/22
Book [1]  2/2
boss [14]  4/23 5/2 11/17 15/8 15/23 16/1 16/5 16/20 17/18 17/24 18/5 34/16 34/23 67/3
bosses [1] 42/5
both [5]  18/2 32/20 51/13 51/15 52/12
break [2]  10/23 35/9
bribe [5]  31/13 31/20 31/24 39/9 39/13
bribery [3]  18/16 20/2 20/7
bribes [5]  18/24 19/1 19/17 19/23 39/2
bridge [1] 35/24
briefing [1]  66/23
briefings [2]  60/7 61/16
brilliant [2]  15/25 16/4
bring [2]  7/4 61/22
broke [1]  9/24
broker [1]  30/10
Bronco [4]  19/12 19/24 19/24 20/2
Bronco's [1]  20/6
brother [10]  7/16 8/21 8/22 8/25 14/11 14/12 32/18 44/24 45/10 58/17
brothers [1]  59/2
brought [2]  15/22 16/6
business [2]  17/4 41/22

**C**

CA [2]  1/15 1/18
call [2]  36/23 67/14
called [1]  31/7
came [3]  15/8 53/8 53/17
campus [1]  27/24
can [16]  2/25 3/3 4/11 7/15 17/13 22/3 24/12 33/19 33/20 33/21 35/25 38/6 49/24 49/25 51/10 54/16
can't [8]  21/7 27/9 33/18 33/19 33/23 35/4 41/4 46/23
cannot [3]  46/16 46/19 47/1
car [4]  24/5 43/10 43/11 43/13
caravans [2]  49/21 49/22
care [3]  20/9 49/12 49/14
career [1]  28/11
carefully [2]  22/11 23/12
Carlo [1]  45/14
Carlos [3]  9/9 32/14 63/25
carried [2]  26/24 44/7
cartel [60]  3/6 3/11 3/15 8/23 9/7 9/15 9/19 9/21 9/23 10/2 10/3 10/4 10/18 11/8 11/11 11/14 11/17 11/21 11/24 11/25 12/5 12/6 12/8 12/10 12/13 12/17 14/17 15/1 15/6 16/7 16/18 17/7 18/11 19/9 19/19 20/15 20/25 21/1 21/17 22/5 32/12 32/16 32/18 34/17 34/23 36/13 36/15 38/15 40/24 44/7 44/19 46/2 46/5 58/9 58/12 59/6 59/9 59/10 59/13 63/16
cartel's [1]  41/14
cartels [3]  10/1 10/14 18/2
case [13]  3/19 26/20 27/6 28/18 50/12 50/14 55/22 55/25 56/1 56/3 56/6 67/19 67/24
cases [2]  56/9 56/14

stash [1] 19/7
certainly [1]  33/18
certify [1]  69/5
cetera [1]  18/17
change [1]  33/20
changed [1]  10/13
characterization [1] 52/9
charge [19]  4/15 4/18 5/3 8/1 18/12 19/5 19/12 22/11 26/23 36/16 36/18 64/18 65/17 66/8 66/10 67/1 67/6 67/6 67/7
charged [1]  16/9
check [3]  6/6 16/23 33/20
child [1]  40/10
children [5]  24/7 24/9 24/15 24/17 24/21
circumstances [1] 51/10
citizens [2]  24/7 24/9
clarification [1]  50/6
clarify [3]  7/23 10/22 49/25
clear [2]  58/5 63/15
clearly [1]  55/18
close [3]  65/4 65/19 65/20
closer [1]  64/24
clue [1]  44/6
co [1]  47/19
co-conspirators [1] 47/19
Coates [1]  2/4
cocaine [16]  2/24 4/10 4/11 4/16 5/10 5/14 6/4 6/8 14/16 26/18 26/24 29/22 30/2 30/14 61/9 66/22
Coco [1]  4/22
Colima [1]  4/23
collateral [2]  41/20 41/21
Colombo [6]  1/14 35/8 48/22 49/1 49/24 50/7
color [1]  5/24
COLUMBIA [1]  1/1
COLUMBO [3]  1/14 36/7 49/16
column [6]  3/14 3/23 4/2 4/4 5/19 5/23
come [1]  26/14 63/12
coming [2]  26/9 54/1

**C**

command [1] 37/16
commander [3] 39/6 39/11 39/15
committed [1] 37/17
communicate [1] 47/5
communicating [2] 7/1 31/3
communications [1] 31/4
computer [3] 1/24 8/6 8/6
computer-aided [1] 1/24
concerns [3] 48/25 49/13 49/15
concluded [2] 50/4 68/1
confidential [1] 56/16
conjunction [1] 59/9
consideration [1] 40/15
considered [2] 25/25 59/15
consistent [1] 4/14
conspiracy [6] 26/17 26/23 28/16 28/25 29/21 63/14
conspirators [1] 47/19
Constitution [1] 1/21
contact [2] 47/1 47/2
contd [1] 2/20
continue [1] 47/9
continuing [1] 29/17
control [3] 12/24 47/14 47/15
controlled [1] 28/16
conversation [6] 35/12 48/14 49/2 53/5 54/20 55/19
conversations [5] 40/18 47/22 49/6 49/9 61/7
cooperate [1] 31/4
cooperating [4] 6/22 30/17 60/11 62/17
cooperation [6] 27/5 31/7 32/8 56/16 57/14 65/2
coordinated [1] 30/1
correct [117]
correspondence [1] 3/22
corresponds [2] 5/17

corrupt [2] 19/7 19/18
could [20] 3/1 3/22 4/20 5/18 5/20 5/23 8/6 8/7 16/3 22/21 22/22 24/8 25/13 25/15 33/13 47/2 56/13 62/22 66/7 66/18
couldn't [2] 29/4 57/2
counsel [5] 36/21 37/6 37/15 63/4 67/9
count [1] 35/4
countries [1] 29/18
couple [1] 67/12
course [18] 6/14 7/7 8/14 9/3 10/3 17/2 24/5 25/17 26/5 32/22 40/16 46/9 47/11 50/14 55/23 56/22 57/25 65/10
COURT [3] 1/1 1/20 69/4
courthouse [4] 49/2 49/10 49/11 49/24
courtroom [10] 2/11 35/10 35/17 35/19 35/20 35/22 35/23 35/25 36/5 67/21
Courts [1] 1/21
cover [1] 18/23
covered [1] 6/6
CRC [1] 1/20
create [1] 18/22
created [1] 9/21
credit [1] 32/8
credits [1] 19/25
crime [1] 29/13
criminal [2] 1/2 26/6
cross [5] 11/5 13/23 14/12 35/12 67/23
cross-examination [3] 11/5 35/12 67/23
Cuate [3] 42/14 43/7 43/18
Cuinis [22] 12/5 12/13 12/17 14/11 14/24 14/25 15/5 16/7 16/11 16/13 17/9 17/10 58/6 59/1 59/2 59/5 59/15 59/16 59/18 59/21 61/22 62/14
Cuinis' [1] 13/5
curious [1] 48/10
currently [1] 17/23
custody [11] 26/21 27/23 31/11 31/14

**D**

daily [2] 8/2 8/5
damage [1] 41/21
damages [1] 41/20
date [8] 3/24 4/5 5/25 12/9 50/21 51/2 51/9 69/11
dates [1] 60/22
daughter [7] 46/14 46/24 47/6 47/6 47/9 47/21 48/13
day [5] 28/12 49/22 56/6 67/14 67/15
days [1] 57/25
DC [3] 1/4 1/12 1/22
dcd.uscourts.gov [1] 1/22
de [1] 4/23
DEA [18] 6/22 6/24 7/3 7/6 7/10 7/13 8/16 8/20 30/18 30/25 31/3 32/8 37/2 37/5 48/19 49/21 54/6 54/8
dead [1] 35/3
death [4] 17/21 38/15 38/19 38/24
deaths [5] 34/24 35/1 35/2 41/1 41/2
debits [1] 19/25
debrief [4] 51/3 57/24 58/2 58/15
debriefed [1] 57/17
debriefing [1] 67/14
debriefings [1] 63/6
debriefs [10] 36/24 37/8 52/25 53/6 53/25 56/24 63/3 65/8 65/22 66/3
December [1] 69/11
decision [2] 38/7 40/4
decision-making [1] 38/7
decisions [4] 37/24 39/18 39/21 40/1
defendant [10] 1/5 1/14 3/8 4/6 5/11 6/5 6/8 6/13 6/15 6/19
deliver [1] 31/18
delivered [4] 16/11 18/4 19/7 20/10
delivering [2] 19/4 20/7

45/14 46/5 46/8

deny [1] 31/23
deported [1] 26/12
describe [2] 17/13 54/16
desire [1] 47/5
despite [2] 47/3 67/18
destroyed [1] 8/12
details [1] 48/22
determine [1] 12/24
did [65] 2/5 2/7 3/1 3/11 3/14 6/4 6/8 6/13 6/15 6/21 6/24 7/6 7/10 7/19 7/25 8/1 8/13 8/15 8/22 9/2 9/17 10/1 10/9 13/16 16/24 17/10 19/18 23/3 23/10 23/12 23/15 24/6 25/18 25/19 25/21 29/1 30/12 34/20 39/8 40/3 41/7 43/14 43/25 43/25 43/25 44/1 44/9 46/24 48/14 50/7 51/21 52/17 54/18 55/9 55/20 56/2 56/5 56/6 57/22 57/22 59/23 60/18 62/22 63/14 65/8
didn't [35] 3/18 7/9 14/5 14/12 16/25 17/3 20/9 21/25 22/12 22/19 23/20 23/21 23/24 24/1 24/2 27/17 29/3 31/18 34/11 34/22 35/1 39/13 44/9 44/25 46/20 54/3 56/1 56/25 57/7 59/5 60/13 60/14 60/14 63/12 63/13
Diego [2] 1/15 1/18
difference [1] 25/25
different [4] 10/2 18/2 18/16 36/18
DIRECT [1] 2/20
disappeared [1] 10/19
discuss [1] 55/21
discussed [2] 40/12 67/9
discussing [1] 66/20
discussion [5] 45/22 48/18 50/4 52/24 62/15
discussions [3] 38/3 61/9 66/21
dispatched [1] 15/17
dispute [3] 11/20 37/20 63/8
distribute [4] 26/18 26/23 28/16 29/22
DISTRICT [5] 1/1 1/1

**D**

DISTRICT... [3] 1/8 1/21 45/15
do [24] 2/6 2/6 2/10 4/24 5/24 5/24 9/1 9/12 16/10 27/17 33/1 35/12 39/5 40/20 41/24 42/14 47/14 47/19 50/12 51/18 54/2 54/10 67/18 67/23
document [3] 3/15 7/22 8/6
documented [3] 3/23 5/19 6/1
documents [8] 3/19 4/8 7/6 7/17 7/19 7/20 7/20 23/18
does [1] 2/23
doesn't [5] 22/24 23/11 42/8 49/21 64/13
doing [6] 42/15 48/12 48/13 51/20 55/15 66/8
DOJ [1] 1/11
dollar [1] 20/17
dollars [2] 21/1 21/14
don't [47] 7/14 11/15 12/9 20/19 20/22 20/22 22/14 23/1 25/5 27/11 29/4 33/1 33/16 35/3 35/6 37/18 39/12 39/12 39/20 39/23 39/24 40/5 40/17 43/12 45/5 45/20 49/12 49/17 50/21 50/23 51/17 51/25 54/7 55/1 55/8 55/11 56/6 56/17 56/17 59/22 59/25 62/16 63/8 63/8 63/18 63/22 64/12
door [2] 48/24 49/17
down [6] 3/16 3/18 3/21 5/18 56/5 67/25
drive [2] 8/10 8/11
drives [1] 8/17
driving [1] 66/22
drug [14] 12/18 12/25 17/15 28/9 28/11 28/22 30/5 61/19 62/8 62/13 62/21 63/1 63/4 63/14
drugs [4] 6/18 19/19 30/9 66/21
due [1] 6/14
duress [1] 43/19
during [25] 10/15 18/11 22/4 30/15 32/11

35/16 34/20 34/24 36/13 37/8 37/12 37/23 39/5 43/5 44/21 52/23 53/4 54/11 54/23 55/21 59/12 63/15 65/7 65/22 66/3

**E**

each [9] 3/16 3/23 5/19 5/23 49/6 50/8 50/8 53/5 53/24
earlier [1] 24/24
earn [1] 23/7
Eastern [1] 45/15
Edward [1] 1/17
effort [3] 31/4 31/13 46/7
efforts [2] 31/10 31/24
either [3] 23/10 33/20 55/11
El [10] 9/9 9/10 17/12 17/13 32/17 32/24 45/18 46/8 58/17 58/21
El Tigre [2] 9/10 58/17
Elipidio [1] 25/9
ELPIDIO [1] 2/20
else [5] 3/11 17/10 51/18 51/19 67/19
elsewhere [1] 29/19
empathy [1] 41/24
employees [1] 38/23
end [4] 3/19 13/18 25/5 25/19
ended [1] 43/17
enemies [5] 12/22 14/1 14/6 14/10 14/10
engaged [4] 12/19 36/23 45/8 62/21
English [3] 54/18 54/19 55/2
enough [2] 55/13 60/16
ensued [1] 12/24
entered [3] 2/11 36/5 57/15
entire [2] 24/18 39/21
entitled [1] 69/6
entity [1] 59/2
entry [1] 2/22
Erick [1] 58/21
escaped [3] 27/23 27/25 28/4
essentially [1] 15/25
established [1] 29/13
estimate [2] 21/7 57/3

estimated [1] 57/2
et [1] 18/17
et cetera [1] 18/17
even [2] 47/12 67/6
evening [2] 67/20 67/23
event [3] 32/21 32/23 43/20
ever [2] 3/19 9/10
every [2] 23/8 55/15
everybody [1] 35/21
Everyone [1] 67/22
everything [4] 7/5 7/5 7/22 8/9
evidence [1] 7/5
exact [1] 22/23
exactly [7] 22/15 22/22 23/5 40/12 40/19 40/20 49/25
exaggeration [1] 21/14
examination [4] 2/20 11/5 35/12 67/23
example [1] 4/22
Excel [2] 3/5 18/22
excusable [1] 42/8
excuse [2] 33/16 61/13 67/16
exhibit [6] 2/18 2/25 3/3 5/5 5/6 10/24
exhibits [1] 11/1
exited [3] 35/10 35/17 67/21
experience [3] 65/12 65/24 66/4
experiences [1] 65/23
explain [3] 38/7 38/11 51/10
explained [7] 37/16 37/23 39/17 59/1 59/17 64/15 65/16
extensive [1] 48/20
extent [1] 20/12
extract [1] 44/18
extradited [1] 32/3
extreme [1] 44/17

**F**

face [1] 35/20
facilitate [1] 30/7
facing [2] 28/18 28/21
fact [5] 15/17 20/22 42/20 59/20 65/11
faction [2] 13/4 13/5
factions [2] 10/2 10/9

factors [1] 38/7 39/19
facts [3] 29/10 29/12 55/22
factual [2] 29/13 29/16
fair [11] 20/16 20/25 21/6 28/13 31/14 36/24 42/9 52/9 57/5 59/10 63/12
fake [5] 24/24 25/1 25/4 25/10 25/12
false [1] 25/16
Familia [5] 10/8 13/8 13/10 13/12 13/17
familial [2] 46/11 46/20
family [5] 24/21 40/10 51/20 51/20 66/6
fast [1] 62/11
father [2] 63/17 63/20
fear [3] 41/15 41/17 42/13
fee [1] 15/22
fell [2] 9/20 17/19
felt [1] 18/1
female [1] 54/14
few [1] 57/7
Fifteen [1] 55/11
fight [2] 10/9 10/15
fill [1] 24/6
financial [1] 25/21
find [1] 49/1
finishing [1] 62/3
first [17] 6/24 7/8 7/10 26/9 37/2 48/9 53/18 53/18 57/16 57/24 58/14 60/2 60/10 60/19 60/20 60/24 62/6
five [4] 20/24 55/12 56/25 58/23
Flaco [1] 4/22
flag [1] 35/14
Floor [2] 1/15 1/18
focus [1] 58/6
fold [1] 16/7
follows [1] 4/25
forced [1] 43/19
forcing [1] 44/14
foregoing [1] 69/5
form [2] 10/1 24/6
former [1] 47/19
forward [3] 12/14 15/11 62/11
four [2] 56/25 58/21
free [1] 17/3
freely [1] 25/13

**F**

fugitive [1] 28/6
funnel [1] 25/15
funneled [2] 24/15 24/21
further [3] 11/3 47/1 47/2

**G**

Gabriel [1] 44/14
gallery [1] 35/22
Garza [2] 25/2 25/10
gave [7] 7/13 8/18 8/20 8/24 19/14 31/21 59/20
gears [1] 9/4
Generación [3] 14/2 14/4 14/6
Generation [4] 8/23 9/21 9/23 10/4
get [10] 18/5 18/10 27/9 27/13 27/14 32/9 43/14 46/8 48/15 53/17
Girl [1] 41/7
give [6] 8/22 19/12 19/20 19/22 19/23 59/23
given [3] 4/13 16/10 20/10
giving [2] 19/4 19/13
gmail [1] 1/16
go [4] 3/11 55/13 55/17 66/7
godfather [3] 46/14 46/24 47/9
goes [1] 26/6
going [12] 2/9 16/10 19/21 32/3 34/17 40/1 48/22 49/8 53/21 54/1 55/16 67/16
GOMEZ [1] 11/5
gone [1] 55/15
GONZALEZ [3] 1/5 64/1 64/8
got [2] 14/7 38/1
government [24] 23/19 24/3 27/15 29/5 33/21 36/21 37/5 37/15 49/5 50/1 52/5 52/7 52/13 53/14 53/18 54/7 57/18 60/3 63/4 65/7 65/16 65/22 66/3 67/9
government's [5] 2/18 3/20 5/4 10/24 42/17

granting [1] 14/7
greet [1] 50/7
greeted [5] 48/2 48/8 48/8 48/10 50/8
greeting [2] 48/5 48/9
gross [1] 21/4
group [3] 11/25 12/12 63/19
Guadalajara [5] 4/19 60/21 64/19 65/17 66/10
Guatemala [1] 30/2
guilty [5] 27/7 27/8 27/12 27/17 28/25
Guizar [8] 14/14 14/22 15/10 15/15 15/18 15/19 16/1 16/5
guys [2] 43/14 56/6

**H**

had [56] 4/24 5/1 7/16 7/17 8/5 8/17 13/13 13/20 14/11 14/11 14/16 14/24 17/4 17/5 17/18 18/15 18/21 20/11 22/7 24/5 24/6 24/6 27/14 28/2 29/9 30/7 30/19 32/6 32/24 33/1 36/17 38/9 38/9 44/23 45/22 47/22 50/11 50/24 51/4 52/20 52/24 53/5 54/20 56/8 56/23 57/15 57/21 58/22 62/11 62/15 63/4 64/17 65/19 65/25 66/1 66/5
halfway [1] 5/18
handed [1] 2/2
handle [1] 29/6
hands [1] 3/20
happen [1] 39/3
happened [13] 9/19 10/18 12/2 15/3 40/19 43/3 43/11 43/12 49/2 49/9 51/12 51/15 52/7
happening [1] 49/18
has [5] 25/6 49/5 54/2 63/21 63/23
have [69] 2/2 4/12 4/13 7/5 10/20 10/25 11/1 12/2 12/18 12/19 14/3 16/1 16/5 18/19 19/16 20/6 22/6 23/20 24/1 25/4 25/25 33/17 34/3 35/6 35/12 35/20

36/1 37/1 40/1 40/1 41/24 42/16 43/17 44/6 45/20 46/11 46/20 47/1 47/2 47/9 47/14 47/15 47/16 48/20 48/24 49/5 49/6 49/17 49/21 50/2 50/8 52/23 53/4 54/24 55/15 55/15 55/22 55/25 57/3 57/4 57/4 60/10 60/15 62/20 63/8 63/13 64/13 67/20 67/22
having [1] 50/1
he [67] 4/2 4/3 4/22 4/24 5/12 14/16 14/18 14/24 15/20 19/13 19/13 19/22 20/6 27/12 31/21 32/3 32/15 38/24 39/8 39/12 46/2 47/8 47/12 48/2 48/8 48/8 48/9 48/13 51/13 51/17 51/18 52/11 52/17 53/7 53/8 53/8 53/10 53/15 53/18 54/1 54/2 54/2 54/2 54/3 54/4 55/17 55/19 56/6 59/15 59/16 59/17 61/22 62/3 62/7 62/13 63/13 63/14 63/17 63/17 63/18 63/19 63/19 63/23 64/10 64/12 64/12 66/20
he'd [1] 32/9
he's [2] 46/14 55/16
head [2] 12/4 32/11
hear [5] 7/9 38/1 40/4 57/22 57/22
heard [2] 38/1 40/7
heard -- I [1] 38/1
helm [1] 11/24
help [6] 13/16 15/9 31/5 31/7 33/19 66/22
here [4] 6/2 6/6 33/17 45/17
herman [5] 1/20 1/22 69/4 69/11 69/11
HERMENIO [1] 11/5
Hey [1] 43/14
hierarchy [3] 58/11 59/6 59/13
him [27] 4/13 19/21 31/7 32/7 32/8 39/3 47/1 47/2 47/5 47/6 47/10 48/1 48/2 48/5 48/7 51/18 52/10 52/11

63/7 63/10 63/18 64/12 66/8
himself [1] 53/7
his [20] 11/24 12/12 14/12 15/9 31/10 31/13 44/24 48/13 53/8 58/5 61/4 61/23 62/3 63/12 63/17 63/20 63/22 63/25 64/3 64/13
history [2] 26/6 58/8
Honduras [1] 30/2
Honestly [1] 59/25
Honor [18] 2/4 2/7 2/17 10/20 10/22 33/16 33/25 35/14 36/2 41/9 43/21 48/15 48/19 49/4 49/16 50/3 50/5 62/2
HONORABLE [1] 1/7
hope [2] 45/17 45/20
hopefully [1] 32/8
Hornok [1] 1/11
house [1] 24/5
how [35] 4/11 4/24 6/4 6/8 6/15 7/1 7/13 17/6 19/2 20/1 20/9 20/19 21/7 22/4 22/6 22/7 22/15 22/21 22/22 23/5 23/5 23/6 29/6 34/20 40/19 40/20 44/6 48/12 48/12 48/23 49/11 50/22 51/20 55/9 63/9
HOWELL [1] 1/7
However [2] 19/8 54/6
hundred [3] 36/14 37/17 47/13
Hundreds [1] 26/1

**I**

I'd [3] 38/11 51/1 62/11
I'm [11] 6/6 9/13 29/5 29/5 42/10 48/10 53/17 53/21 55/17 57/10 67/16
I've [1] 47/21
idea [1] 22/6
identified [4] 3/8 5/8 5/11 5/15
identify [1] 4/20
illegally [2] 26/10 26/14
imagine [1] 60/12
important [3] 32/21 40/15 60/15
importation [1] 30/8

**I**

inaccurate [2] 20/20 65/18
included [3] 18/15 30/14 41/19
independently [1] 59/8
indicate [2] 2/23 5/23
indicated [4] 16/17 30/17 34/17 38/18
indicted [2] 26/17 28/15
Indio [3] 17/12 17/13 18/5
individual [1] 45/1
individuals [9] 4/21 41/25 42/21 43/1 44/11 59/21 62/21 62/25 65/13
information [13] 3/23 5/19 7/24 19/10 24/3 44/18 62/20 62/25 65/1 65/7 65/20 65/21 66/2
initial [2] 59/12 60/13
initially [2] 9/2 31/9
inquire [1] 49/25
inside [1] 49/10
instill [1] 41/17
instilling [2] 41/15 42/13
instruction [1] 2/3
instructions [2] 2/5 2/8
interested [1] 51/19
interpretation [1] 2/3
interpreter [8] 3/1 7/14 7/15 22/25 50/5 51/23 53/1 60/5
interruptions [1] 67/18
invested [1] 23/22
investments [3] 23/24 24/1 24/1
involve [2] 29/1 29/3
involved [11] 6/1 12/25 17/11 27/16 47/3 47/4 61/19 62/8 62/13 62/14 62/25
involvement [1] 58/9
involves [1] 4/11
is [110]
is -- I'm [1] 55/17
isn't [4] 30/20 41/3 55/14 60/1
it [100]

it's [21] 3/5 4/12 6/7 20/16 21/6 21/8 33/3 35/8 45/17 46/16 46/19 46/23 48/9 51/12 51/13 54/1 55/20 63/12 67/12 67/12 67/14

**J**

jail [2] 32/15 34/3
jailed [1] 34/4
Jalisco [3] 39/6 39/11 39/15
jan [2] 1/17 1/19
January [2] 9/13 29/18
January 29th [1] 29/18
January 6th [1] 9/13
job [11] 16/10 19/20 19/20 20/11 22/8 36/17 40/22 40/25 41/5 42/10 43/9
Jonathan [1] 1/11
Jr [1] 1/14
Juan [4] 9/9 44/14 45/14 63/25
JUDGE [1] 1/8
Junior [7] 3/10 3/11 3/22 5/16 5/18 5/22 6/1
jury [13] 2/11 3/22 5/19 10/24 22/4 22/10 35/10 36/5 38/7 38/11 39/23 40/5 67/21
just [30] 5/3 7/23 8/2 11/7 20/6 21/7 21/23 33/21 34/7 35/21 36/2 38/13 41/4 41/21 43/11 48/5 48/8 48/8 48/9 48/10 48/10 48/12 49/10 50/7 51/12 56/23 57/7 57/11 61/6 65/15
justice [1] 28/6

**K**

Kaitlin [1] 1/10
kaitlin.sahni [1] 1/13
Kate [1] 1/10
keep [15] 8/25 18/19 19/1 19/9 19/25 22/12 22/16 22/19 23/3 23/13 23/21 23/24 33/18 35/4 56/16
kept [3] 19/2 22/21 23/16
kept -- I [1] 22/21
kidnapped [3] 17/20 31/22 44/23

kidnapping [2] 17/24 45/8
kill [9] 8/23 15/9 37/25 37/25 39/18 39/18 40/7 45/1 66/7
killed [12] 10/15 14/11 14/12 34/21 36/17 38/8 39/7 39/11 40/1 40/15 40/25 41/25
killing [2] 39/19 42/2
killings [1] 34/22
kilo [7] 4/1 4/2 4/8 4/9 4/10 4/13 5/12 6/10 8/7 23/6 23/7 23/8
kilogram [2] 4/16 6/13
kilograms [3] 6/4 6/16 30/14
kilos [8] 2/24 4/12 4/22 4/24 5/3 5/10 14/16 29/22
knew [8] 23/6 41/11 41/11 42/5 42/6 42/9 44/8 55/25
know [35] 3/16 4/24 19/13 20/22 22/21 23/5 27/11 27/12 29/4 32/23 33/7 35/3 39/12 39/12 39/20 43/12 44/8 44/9 47/4 48/21 49/10 51/17 54/7 54/10 55/1 55/8 56/4 56/8 56/17 56/17 62/16 62/16 63/18 63/22 64/12
knowing [1] 47/12
knowledge [2] 12/18 63/4

**L**

La [3] 13/8 13/10 17/12
laid [2] 58/11 59/12
large [3] 25/20 25/24 26/1
last [10] 4/4 47/25 48/4 50/17 50/23 51/3 55/10 57/16 62/11 64/13
later [3] 15/6 17/20 60/2
LAW [2] 1/14 1/17
lawyer [2] 27/11 29/5
Le [1] 33/4
lead [1] 11/20
leader [8] 9/7 9/18 11/10 11/13 11/17

leadership [3] 20/16 40/24 44/19
leading [2] 9/23 10/12
learn [1] 61/24
learned [1] 43/3
least [1] 43/12
leave [1] 54/3
left [3] 28/3 32/16 53/25
legally [3] 24/11 24/13 31/12
less [1] 27/9
let [6] 6/6 22/3 31/9 46/1 63/15 65/6
let's [1] 31/2
letting [1] 17/8
level [1] 58/22
lie [1] 23/1
life [2] 26/24 28/19
like [12] 16/25 17/9 18/10 21/13 33/24 38/11 42/14 42/14 48/24 50/6 56/25 62/11
list [2] 19/25 59/5
listed [1] 4/21
listen [4] 23/12 39/22 44/14 53/22
listening [2] 39/20 61/6
lists [1] 3/14
little [3] 9/4 50/9 50/11
live [4] 24/11 24/13 24/17 52/1
lived [3] 33/12 33/14 34/2
living [1] 24/18
loads [1] 66/22
Lobo [64] 11/19 15/9 15/14 15/17 15/23 16/1 16/5 16/8 16/13 17/20 17/21 17/24 18/2 18/5 18/13 19/22 20/11 20/16 20/24 22/5 31/5 31/6 31/9 31/24 32/3 32/6 36/12 38/3 39/7 44/19 44/23 45/8 45/10 46/1 46/24 47/4 47/23 50/18 51/5 51/11 51/22 52/4 52/8 52/13 52/17 52/20 52/24 53/5 53/12 53/24 54/5 54/12 54/20 54/24 55/3 55/6 55/10 55/18 55/21 56/6 56/19 56/24 58/15 67/3

**L**

**Lobo's [6]** 31/20 32/17 37/16 38/23 46/8 58/17
**location [1]** 43/4
**locations [1]** 49/9
**long [4]** 49/11 50/22 55/9 67/15
**longer [5]** 12/6 12/13 13/13 66/1 66/5
**look [2]** 5/25 61/21
**looked [1]** 9/1
**looking [5]** 3/21 5/17 5/22 44/24 66/7
**lorraine [5]** 1/20 1/22 69/4 69/11 69/11
**Los [11]** 12/5 12/13 12/17 13/5 16/7 16/13 17/10 58/6 59/1 59/5 62/14
**Los Cuinis [4]** 12/5 12/13 12/17 16/7
**Los Cuinis' [1]** 13/5
**lot [2]** 23/23 57/6
**love [1]** 42/14
**loves [1]** 47/6
**lower [1]** 27/2
**lying [1]** 51/1

**M**

**M-o-r-e-l-l-a [1]** 45/4
**made [14]** 20/1 21/9 21/16 22/4 22/6 22/21 23/5 23/24 24/20 27/11 37/24 39/18 40/1 51/17
**maintain [1]** 8/13
**make [7]** 18/14 18/15 19/24 20/2 40/8 42/8 50/6
**makes [1]** 50/15
**making [9]** 18/9 19/3 19/5 19/12 22/7 23/6 36/19 38/7 39/21
**Male [1]** 54/14
**man [2]** 18/8 42/23
**managed [1]** 26/14
**mandatory [2]** 26/24 27/8
**maneuver [1]** 16/4
**many [8]** 6/4 34/20 35/4 38/10 41/4 54/2 55/16 63/9
**March [2]** 37/14 44/21
**Mario [3]** 33/9 33/12 33/14

**marked [1]** 38/24
**married [1]** 64/10
**Marrufo [1]** 11/7
**marshals [1]** 48/19
**massacred [2]** 32/25 33/4
**matter [1]** 69/6
**maximum [2]** 26/25 28/19
**may [20]** 2/12 2/19 9/14 10/20 10/23 11/11 12/5 12/7 12/11 12/12 12/16 12/19 16/20 29/17 32/12 35/14 37/1 48/15 57/16 60/22
**me [37]** 6/6 7/21 8/24 12/9 13/19 13/22 17/8 18/13 19/22 21/19 22/3 27/12 31/9 31/17 33/16 35/2 35/5 43/7 46/1 48/2 48/8 48/8 50/15 53/17 53/17 55/2 56/18 61/13 63/15 65/6 65/19 65/20 65/20 66/1 66/7 66/7 66/25
**mean [2]** 5/24 46/25
**means [1]** 4/1
**meant [2]** 38/21 46/19
**meet [9]** 6/24 27/15 51/17 52/4 52/17 53/12 54/12 56/19 61/1
**meeting [20]** 7/4 7/8 7/11 37/14 37/23 39/6 44/21 51/16 51/21 52/3 53/24 55/9 55/18 55/21 57/11 57/16 57/16 61/15 62/11 64/20
**meetings [6]** 37/12 38/6 52/19 57/21 59/12 60/13
**member [2]** 40/10 63/15
**members [3]** 12/7 17/8 19/18
**Menchito [15]** 59/23 60/4 60/10 60/19 60/20 60/24 61/4 61/6 61/19 62/10 62/13 62/15 63/5 64/5 64/24
**Mencho [20]** 9/20 9/25 11/24 12/5 12/12 12/16 13/4 29/1 42/14 43/7 43/18 58/6 58/23 63/21 64/10 64/17 64/24 66/7 67/6 67/7

60/13 60/16 60/19 63/5
**mentioned [8]** 24/24 59/13 60/3 62/7 63/7 63/10 63/13 66/1
**merchandise [4]** 21/5 36/18 38/9 38/15
**messed [1]** 60/22
**met [18]** 7/3 30/20 30/23 30/25 36/20 37/2 37/5 52/10 52/10 52/15 55/19 57/24 60/20 60/24 64/14 64/21 66/24 67/8
**methods [2]** 44/3 44/8
**Mexican [1]** 18/16
**Mexico [8]** 10/10 24/18 28/7 29/18 30/2 31/10 31/19 34/4
**Michoacan [2]** 13/8 13/10
**Michoacana [3]** 10/8 13/12 13/17
**mid [1]** 28/12
**mid-80s [1]** 28/12
**might [8]** 3/19 25/25 43/15 43/17 57/3 57/4 57/4 60/15
**Miguel [1]** 34/12
**Milenio [29]** 3/6 3/11 3/15 9/7 9/15 9/19 9/22 9/24 10/2 10/7 10/12 10/13 10/18 12/6 12/8 13/4 15/1 15/6 15/12 15/13 16/7 16/24 17/9 21/23 22/5 23/9 23/17 32/16 33/1
**Millenial [2]** 36/15 59/9
**Millennial [34]** 11/8 11/11 11/14 11/20 11/24 11/25 12/5 12/10 12/13 12/17 14/17 16/18 17/7 18/11 19/9 20/15 20/25 21/1 21/17 32/12 32/18 34/17 34/23 36/13 40/24 44/7 44/19 46/2 46/4 58/9 58/11 59/6 59/9 63/16
**Millennium [1]** 38/15
**million [5]** 15/19 15/22 16/8 16/12 18/4 31/18 31/21
**Millions [1]** 26/2
**minimum [7]** 26/24 27/3 27/8 27/10 27/24

**minute [2]** 18/11 35/9
**minutes [8]** 55/12 56/21 56/25 57/4 57/4 57/5 57/17 57/17
**mischaracterization [1]** 43/22
**mistake [1]** 44/23
**mistaken [1]** 9/13
**MOJARRO [9]** 2/20 2/22 6/21 22/24 23/12 25/9 36/11 41/3 41/8
**moment [6]** 10/20 12/14 15/11 22/14 24/17 60/17
**money [11]** 16/15 18/8 19/13 19/21 20/10 20/11 21/6 21/7 21/9 22/4 25/15
**month [1]** 27/22
**monthly [4]** 8/11 18/21 20/3 20/4
**months [8]** 27/13 27/14 27/20 27/22 28/2 28/3 34/24 60/11
**months' [1]** 26/20
**Morales [1]** 45/3
**more [2]** 29/22 63/7
**Morella [2]** 45/2 45/4
**Mori [32]** 25/6 36/20 37/15 50/24 51/4 51/11 51/16 52/4 52/8 52/9 52/15 52/20 52/21 52/23 53/4 53/11 53/25 54/11 55/13 55/15 56/5 58/2 58/5 58/12 60/3 60/20 61/3 61/14 61/18 62/6 62/12 67/9
**morning [3]** 46/10 48/2 67/17
**most [1]** 51/19
**move [1]** 15/25
**moved [2]** 8/7 21/5
**moving [2]** 67/13 67/18
**Mr [7]** 6/21 9/5 9/8 41/8 43/18 49/16 50/7
**Mr. [16]** 2/4 2/22 11/7 22/24 23/12 25/6 35/8 35/11 36/7 36/11 41/3 43/7 48/22 49/1 49/24 50/24
**Mr. Coates [1]** 2/4
**Mr. Colombo [4]** 35/8 48/22 49/1 49/24

## M

Mr. Columbo [1] 36/7
Mr. Marrufo [1] 11/7
Mr. Mencho [1] 43/7
Mr. Mojarro [5] 2/22
22/24 23/12 36/11 41/3
Mr. Mori [2] 25/6 50/24
Mr. Ramirez [1] 35/11
Ms [1] 2/12
much [19] 6/8 6/15
19/2 19/14 20/19 21/6
21/7 21/8 21/12 22/4
22/6 22/7 22/15 22/21
22/22 23/5 23/6 23/6
47/7
multi [1] 30/14
multi-tonnage [1]
30/14
Multiple [1] 49/15
murder [2] 15/14
41/19
murdered [7] 14/23
15/18 15/20 16/2 16/6
36/14 39/15
murdering [1] 47/13
murders [4] 37/17
41/4 41/21 45/8
must [2] 2/14 45/6
my [37] 2/9 7/16 7/21
8/9 8/10 8/21 8/24
13/23 19/8 19/20 19/20
20/11 22/24 23/11
23/16 24/5 24/17 25/6
27/11 30/9 36/17 36/17
40/22 41/1 41/5 42/6
42/10 42/17 47/6 47/6
47/8 47/21 48/12 52/1
53/21 53/22 54/1

## N

name [16] 3/25 13/2
13/4 25/5 25/6 25/8
25/9 25/10 33/17 33/21
45/13 54/10 59/23
63/12 63/25 64/13
named [1] 45/1
names [11] 3/17 3/18
24/25 25/1 25/4 25/12
25/16 25/19 33/19
59/20 60/12
Naseef [1] 1/10
nature [2] 31/3 48/23
Nava [13] 9/5 9/8 9/9
11/16 11/19 15/8 32/15

45/10 45/14 45/23
46/11 46/21 47/23
Nava Valencia [2]
46/11 46/21
NE [1] 1/12
necessarily [1] 65/23
need [3] 2/6 14/5 56/1
needed [2] 51/11
51/12
needs [1] 54/2
negotiations [1] 27/18
never [13] 7/22 10/13
22/6 23/18 25/18 34/3
43/3 43/4 45/22 50/14
52/22 59/13 59/17
Nevertheless [3] 13/3
24/20 27/19
New [8] 8/23 9/21 9/23
10/3 14/1 14/4 14/6
45/15
New York [1] 45/15
next [2] 4/23 35/18
nickname [1] 64/3
nicknames [1] 19/17
Nine [1] 66/16
no [88]
normal [1] 17/1
normally [1] 4/15
not [110]
notes [4] 37/6 37/21
55/3 67/14
nothing [6] 16/16
16/17 24/2 39/3 39/4
50/12
November [4] 32/17
32/21 60/2 60/18
now [43] 16/23 20/5
20/15 21/16 22/14
24/24 25/12 25/24 26/6
26/23 28/15 28/18
28/25 29/25 30/17 32/2
32/11 34/16 35/9 36/13
37/23 38/6 38/18 40/14
42/12 44/21 45/5 45/10
45/17 46/2 46/5 46/10
47/22 48/9 50/17 55/8
55/9 57/20 59/12 61/3
62/10 62/12 63/21
number [14] 3/25
20/21 35/3 35/5 35/22
36/21 46/1 46/4 57/21
58/15 58/17 58/19
58/21 58/23
numbers [2] 22/8
22/11

## O

oath [2] 2/15 22/22
object [1] 29/21
Objection [2] 41/9
43/21
obligation [3] 37/9
62/17 62/24
obtain [1] 31/10
obtained [1] 30/8
occasion [3] 27/17
65/25 66/5
occasions [2] 42/20
42/23
occurred [1] 32/21
October [4] 9/6 11/16
32/13 32/19
offense [1] 27/9
office [8] 52/5 52/8
52/11 52/11 52/13 53/9
53/15 53/15
officer [1] 19/14
officers [4] 18/16
18/23 19/18 39/1
OFFICES [2] 1/14 1/17
Official [1] 1/20 69/4
officials [4] 18/17 19/7
19/18 31/24
often [1] 20/1
Oh [5] 13/20 16/12
34/15 40/23 63/24
okay [121]
older [1] 64/5
once [2] 11/13 54/3
one [34] 3/25 4/2 4/8
4/9 4/10 4/15 4/23 4/25
5/12 6/10 6/13 6/16
10/5 10/20 18/9 18/13
19/3 19/15 19/15 25/2
35/18 36/18 38/14
38/23 42/23 43/17 46/1
46/4 50/6 52/11 53/16
55/16 55/17 58/15
one  of [1] 38/23
one agent [1] 53/16
one alliance [1] 10/5
one in [2] 46/1 46/4
one kilo [6] 4/2 4/8 4/9
4/10 5/12 6/10
one kilogram [1] 6/13
one kilograms [1]
6/16
one making [1] 18/9
one moment [1] 10/20

one of [1] 25/2
one office [1] 52/11
one or [1] 19/15
one that [4] 18/13 19/3
55/16 55/17
one was [1] 38/14
one who [2] 35/18
43/17
ones [3] 7/25 8/1
17/11
only [12] 16/6 16/9
17/11 19/3 19/11 19/22
27/17 36/1 54/3 55/16
55/17 63/5
open [1] 8/6
opening [2] 25/19
48/24
opens [1] 49/16
operating [1] 59/8
operation [1] 41/14
opinion [1] 25/25
order [6] 18/13 27/14
33/4 34/20 34/22 39/14
ordered [4] 17/20
17/21 17/23 41/4
orders [4] 20/9 34/25
39/7 45/7
organization [2] 9/19
10/7
organizer [1] 30/5
Oscar [8] 11/16 11/19
15/8 45/10 45/24 46/11
46/21 47/23
OSEGUERA [1] 1/5
Osequera [2] 29/3
59/14
other [22] 4/21 7/17
10/1 16/10 17/4 17/8
17/15 19/18 25/4 25/9
25/10 41/2 42/8 47/14
48/21 49/6 50/8 50/9
54/10 54/14 62/10
62/15
other -- the [1] 17/4
otherwise [1] 43/16
our [1] 67/18
ourselves [1] 52/22
out [18] 13/19 13/22
20/1 24/6 31/6 31/14
32/6 43/14 44/7 46/2
46/5 46/8 49/2 54/4
55/13 55/16 58/11
59/13
outside [1] 49/11
over [16] 7/2 9/7 9/15

**O**

over... [13]  13/1 13/2 30/13 30/19 32/18 37/17 44/15 44/15 44/15 47/14 47/15 57/25 60/1
overflow [1]  35/22
overheard [2]  40/3 40/6
Overruled [2]  41/10 43/23
oversaw [1]  30/1
own [4]  22/12 22/19 23/19 65/23

**P**

P R O C E E D I N G [1]  1/25
p.m [4]  1/5 36/4 36/4 68/1
page [1]  5/18
paid [11]  4/2 4/3 16/23 17/6 18/4 19/1 19/2 19/11 19/21 20/11 21/17
pariente [1]  4/23
part [21]  12/6 12/13 14/25 15/6 15/12 16/9 16/10 33/13 40/23 40/25 41/14 41/23 42/3 42/12 43/9 46/8 46/8 59/17 59/21 62/24 63/18
participation [1]  63/14
partner [1]  5/1
partners [2]  59/7 59/11
party [2]  31/7 45/18
passed [1]  65/19
passport [2]  25/6 25/8
pay [3]  6/13 6/15 31/19
paying [1]  19/17
payment [5]  4/2 18/15 20/1 31/18 40/8
payments [12]  18/9 18/10 18/12 18/14 18/16 19/3 19/5 19/12 19/24 20/2 20/7 36/19
Pelon [13]  64/3 64/5 64/7 64/11 64/16 64/18 64/24 65/16 66/10 66/20 67/1 67/5 67/10
people [24]  10/15 16/9 20/8 31/22 32/25 33/4

35/20 36/14 38/5 39/18 39/18 40/24 42/2 42/8 42/14 43/3 43/4 43/18 47/13 47/14 61/23 64/25 65/19 65/20
per [2]  23/6 49/22
percentage [2]  21/18 23/9
perfect [1]  50/2
perhaps [1]  21/5
period [1]  30/15
permission [3]  2/17 5/4 14/8
person [17]  3/16 6/24 7/8 7/11 19/4 19/5 19/6 30/20 37/2 39/21 42/11 44/25 45/5 57/16 57/24 58/15 60/11
personal [5]  12/18 65/12 65/23 65/24 66/4
personally [3]  37/24 42/21 44/10
phone [2]  7/2 30/19
phones [1]  48/15
physical [1]  44/17
pick [2]  15/18 40/20
pick-ups [1]  40/20
picking [1]  19/19
place [3]  20/5 48/14 51/21
Plaintiff [1]  1/3
playing [1]  18/2
plaza [8]  4/23 5/2 42/5 64/19 65/17 66/10 67/1 67/6
plea [5]  27/11 29/7 29/9 29/12 30/13
plead [1]  27/8
pleasant [2]  67/20 67/22
please [11]  3/3 3/22 4/20 5/18 10/23 16/3 24/8 34/7 38/6 48/16 53/2
pled [4]  27/7 27/12 27/17 28/25
point [7]  9/4 12/21 29/5 32/2 33/15 37/8 55/20
point -- well [1]  37/8
police [6]  18/16 18/23 39/1 39/6 39/11 39/15
portion [3]  13/10 16/15 22/1
position [1]  23/16

precise [1]  49/3
preliminary [2]  2/5 2/8
prepared [1]  22/12
present [19]  37/24 38/1 38/5 39/25 42/20 42/22 43/5 44/10 44/10 52/21 52/23 53/4 53/9 53/14 53/19 54/9 54/11 54/23 66/21
pretty [2]  16/4 49/4
price [4]  4/1 4/15 4/18 6/11
prior [8]  28/22 50/17 52/19 52/24 53/5 53/24 56/20 57/11
problems [1]  13/13
proceed [1]  2/13
proceedings [4]  1/7 1/23 68/1 69/6
produced [1]  1/24
profit [3]  20/17 21/2 21/3
profited [2]  16/8 21/1
profits [11]  20/19 21/16 22/1 22/13 22/20 23/4 23/13 23/19 24/3 24/15 24/20
proper [1]  33/21
properties [1]  23/21
prosecution [2]  56/13 67/24
prosecutors [1]  35/13
proud [1]  50/15
provide [6]  7/6 7/10 8/15 24/2 62/20 62/25
provided [2]  15/14 23/18
provides [1]  45/18
providing [5]  32/7 65/1 65/7 65/21 66/3
pseudonym [1]  35/19
public [1]  36/1
publish [2]  2/17 5/4
published [1]  5/6
pulling [1]  42/11
punctual [1]  67/17
purposes [1]  25/22
put [12]  3/16 3/18 7/19 7/21 7/22 7/22 7/23 8/8 19/23 58/19 58/25

**Q**

qualify [1]  50/2
quantities [2]  4/20

question [24]  3/2 11/15 16/3 19/8 20/23 22/24 23/11 24/8 24/12 33/20 33/23 33/25 34/1 34/7 39/24 42/6 42/17 47/8 53/21 53/22 57/22 62/2 62/4 62/22
questions [1]  11/4

**R**

RAMIREZ [8]  2/20 2/22 6/21 25/9 33/9 33/12 33/14 35/11
rape [1]  40/9
raped [3]  38/21 38/22 38/23
rather [1]  47/18
Rayos [2]  39/6 39/15
reached [2]  31/6 32/6
read [1]  8/2
ready [1]  36/8
real [2]  3/18 45/13
realized [1]  32/3
really [2]  57/3 63/13
really -- your [1]  57/3
reason [6]  8/24 14/22 22/16 28/21 37/20 47/21
reasons [4]  38/10 38/12 38/13 50/1
recall [4]  39/5 45/5 50/21 50/23
receive [9]  6/5 6/8 14/13 16/24 16/25 20/9 21/23 21/25 23/9
received [5]  4/20 4/22 5/3 22/1 27/2
receiving [1]  36/18
recent [1]  47/22
recently [1]  56/11
Recess [1]  36/4
recollection [3]  2/9 40/11 63/9
record [3]  10/24 19/2 69/6
recorded [1]  1/23
recording [1]  55/6
records [8]  7/10 9/1 18/19 22/16 22/19 23/3 23/13 23/16
recovered [2]  15/19 16/12
Red [1]  2/2
referring [2]  32/23

**R**

referring... [1] 38/20
refused [1] 39/1
regardless [1] 13/20
regards [1] 48/13
regular [1] 21/25
relation [2] 17/18
62/20
relationship [4] 46/11
46/20 47/10 64/16
relationships [1]
47/15
release [3] 31/10
31/20 31/24
released [3] 18/6 32/9
32/15
remained [1] 9/21
remember [13] 9/12
20/19 22/14 25/6 37/18
40/17 40/20 41/4 41/5
55/11 59/22 59/25
60/14
remind [3] 2/14 2/25
3/3
repeat [5] 5/20 24/8
33/13 42/1 53/21
repeated [1] 3/2
repetition [4] 14/18
51/24 53/2 60/5
rephrase [1] 7/15
report [1] 8/2
Reported [1] 1/20
Reporter [2] 1/20 69/4
reports [1] 37/21
request [2] 35/19
51/23
requested [1] 32/7
requesting [1] 53/1
requests [2] 14/18
60/5
resources [1] 49/21
response [2] 14/19
50/7
responses [1] 50/6
responsibility [1]
20/12
responsible [1] 47/12
result [1] 34/24
retained [1] 13/4
return [1] 14/7
returned [1] 28/6
reunite [1] 47/20
revenue [1] 21/4
review [1] 8/5

reviewed [1] 8/3
Reyes [2] 25/2 25/10
Ricolino [1] 4/24
right [82]
rivals [1] 12/21
Ronis [3] 1/17 1/17
1/17
ronisandronis.com [1]
1/19
Rosalinda [2] 64/8
64/10
routes [2] 12/25 13/1
row [4] 3/21 5/17 5/22
5/25
RPR [1] 1/20
RUBEN [4] 1/5 29/3
40/21 59/14
rules [3] 38/19 38/19
38/22
rumor [4] 64/25 65/8
65/9 65/18
rumors [2] 65/3 65/10

**S**

sack [1] 19/7
safekeeping [1] 8/21
safety [3] 3/19 48/20
52/1
Sahni [2] 1/10 2/12
said [22] 4/8 7/16 11/9
11/10 25/24 32/7 35/5
37/18 39/17 39/25 40/9
43/24 45/6 46/16 46/23
47/21 51/1 56/23 57/1
60/23 61/17 66/20
said -- and [1] 32/7
salary [5] 16/24 16/25
21/23 21/25 23/9
same [6] 9/2 39/5
51/16 52/8 52/13 58/22
San [2] 1/15 1/18
sat [1] 56/5
save [2] 8/9 8/10
saved [1] 8/17
saw [4] 9/2 29/7 43/4
48/2
say [20] 20/13 20/16
20/20 20/25 21/6 28/13
31/14 35/1 36/24 42/9
43/14 43/15 43/16
43/25 53/10 56/25 57/5
57/7 59/10 63/12
saying [18] 7/14 17/21
17/23 20/5 21/3 21/9
21/10 31/23 42/10

43/19 46/7 47/3 53/13
55/4 55/7 57/9 57/10
57/10
says [5] 2/22 3/10 4/2
4/2 33/22
scheduled [2] 51/13
51/15
Scouts [1] 41/8
seal [1] 35/19
second [2] 3/14 3/25
secure [3] 31/20 31/24
48/20
security [4] 27/24
48/25 49/13 49/14
see [7] 5/24 8/7 33/21
33/22 52/8 52/9 61/2
seeing [1] 55/17
seems [1] 48/24
seizures [1] 6/18
send [1] 35/21
sent [1] 48/13
sentence [6] 26/25
27/2 27/22 28/3 38/16
38/19
sentenced [2] 26/20
27/19
separate [5] 47/18
52/19 52/24 53/5 53/25
separated [1] 12/17
separately [3] 52/10
52/15 52/17
September [1] 1/4
SESSION [1] 1/6
settled [1] 8/11
several [4] 38/5 54/4
55/14 60/12
she [6] 54/18 55/1
55/2 55/3 55/4 55/6
sheet [1] 3/5
shocked [1] 49/5
shorthand [1] 1/23
shortly [1] 9/18
should [5] 11/20 38/8
40/15 50/8 67/14
show [1] 20/11
shown [1] 35/20
sic [1] 6/17
side [2] 41/1 41/2
Sidebar [2] 48/18 50/4
sides [1] 18/2
similar [2] 18/22 19/16
Sinaloa [1] 10/3
since [1] 14/5
sitting [2] 54/3 63/18
sloppy [1] 50/1

so -- or [1] 28/2
some [6] 8/13 8/17 9/4
32/2 33/15 66/2
somebody [7] 38/8
38/21 38/22 40/9 40/14
43/8 65/25
someone [10] 5/1 5/2
7/21 37/25 37/25 38/21
38/24 39/19 43/16 53/8
something [11] 10/22
14/7 25/18 46/16 46/19
46/23 50/15 51/18
51/19 65/25 67/5
somewhat [1] 59/8
son [6] 63/21 63/22
63/23 64/7 66/8 66/8
son's [1] 63/25
sooner [1] 32/9
sorry [2] 6/6 9/14
sort [1] 59/2
sought [5] 13/7 13/15
13/19 13/22 47/19
sound [1] 50/25
Spain [2] 30/23 30/24
Spanish [4] 5/2 54/18
54/21 62/1
spans [1] 28/12
speak [3] 52/20 54/18
55/25
speakers [1] 49/15
Speaking [2] 18/10
62/1
specific [4] 4/5 40/11
59/20 63/9
specifically [7] 12/10
45/5 52/3 56/8 56/9
61/18 66/9
spell [1] 45/4
spent [1] 20/10
splint [1] 10/2
split [6] 9/20 11/8
11/14 11/25 12/10
16/13
spoke [3] 47/25 48/7
55/2
spreadsheet [9] 3/9
4/21 5/9 5/11 6/9 7/24
18/22 19/9 22/12
spreadsheets [2] 8/8
8/15
stand [1] 36/6
start [3] 3/24 6/21 31/2
starting [1] 8/24
State [3] 39/6 39/11

**S**

**State... [1]** 39/15
**statement [2]** 29/9
29/12
**states [14]** 1/1 1/2 1/8
1/10 24/11 24/13 24/16
24/18 26/10 29/17
29/23 30/8 32/4 34/5
**staying [2]** 48/23 49/3
**steal [1]** 40/8
**stenotype [1]** 1/23
**stepped [1]** 67/25
**steps [1]** 48/20
**still [5]** 2/14 10/12
12/7 47/4 67/3
**stole [1]** 38/14
**stolen [3]** 14/16 14/24
38/9
**Stop [1]** 43/14
**stored [1]** 7/13
**Street [3]** 1/12 1/15
1/18
**substance [1]** 28/16
**suffocated [1]** 43/2
**support [8]** 13/7 13/15
13/19 14/3 14/5 15/7
15/9 15/14
**supposed [1]** 31/19
**sure [3]** 26/4 29/6
53/17
**surrendered [1]** 28/12
**suspicious [1]** 50/1
**Switching [1]** 9/4
**system [2]** 19/17 20/5

**T**

**take [6]** 10/23 35/9
43/8 48/14 51/21 60/14
**taken [1]** 48/20
**taking [1]** 55/3
**talk [14]** 36/11 50/14
51/5 51/11 51/14 56/1
56/2 56/6 56/9 56/13
56/24 62/10 67/18
67/24
**talked [6]** 30/19 48/5
50/9 50/11 50/18 57/14
**talking [10]** 26/1 40/3
44/13 44/14 44/17
51/19 53/11 54/5 54/24
57/11
**tell [20]** 3/22 4/11 5/18
12/9 22/3 22/22 22/23
27/15 29/4 35/2 39/23

**telling [3]** 22/10 39/5
66/25
**Ten [1]** 55/11
**territory [4]** 10/10
10/16 13/23 14/8
**testified [4]** 8/3 11/7
46/10 65/15
**testifying [3]** 35/19
50/13 56/20
**testimony [5]** 33/3
35/13 43/22 45/17
55/20
**than [6]** 25/9 27/2 27/9
47/18 64/5 64/24
**Thank [5]** 11/3 36/2
36/9 50/3 67/17
**that [337]**
**that's [58]** 3/7 4/17
9/20 11/12 11/18 15/21
15/24 16/20 16/22 18/1
18/7 18/18 20/20 22/16
24/10 24/14 25/3 25/18
26/11 26/13 26/19 27/4
27/5 27/21 28/8 28/10
28/20 28/24 29/19
29/24 32/24 33/9 35/5
42/16 46/6 46/13 49/18
51/6 51/9 51/20 52/14
52/16 52/18 53/13 54/6
57/6 58/4 58/16 59/11
61/1 61/1 61/12 61/14
61/16 62/19 63/6 64/2
64/9
**theft [1]** 15/12
**their [7]** 3/17 3/18 14/3
14/5 43/5 49/23 63/19
**them [41]** 5/3 7/1 7/13
8/4 8/5 8/9 8/10 8/18
8/20 8/21 8/22 8/24 9/2
14/8 15/9 27/15 30/9
30/20 39/20 40/7 41/4
43/10 43/11 43/13
43/20 43/25 44/9 44/14
47/20 49/5 60/14 60/14
61/2 61/21 64/15 64/23
65/4 65/8 66/1 66/6
66/25
**themselves [2]** 12/17
59/3
**then [21]** 3/25 4/3 4/12
12/14 16/6 22/3 26/12
30/10 45/6 49/25 51/6

**there [52]** 2/10 3/24
3/25 4/4 4/12 4/25 4/25
5/12 7/21 8/7 11/20
13/3 20/17 21/9 31/10
31/13 32/20 34/17
34/24 35/1 37/6 37/6
39/17 39/25 41/1 41/1
41/3 41/20 43/13 43/15
43/18 44/1 51/13 51/19
52/9 53/7 53/8 53/9
53/10 53/12 53/16
53/18 54/3 54/6 54/7
54/8 60/12 61/4 61/9
62/2 63/18 63/19
**there's [3]** 3/25 4/25
46/7
**these [16]** 7/6 7/10
7/19 8/15 25/12 25/16
36/23 37/12 38/3 38/6
40/12 40/17 59/12 65/7
65/13 65/22
**they [73]**
**things [4]** 24/6 48/23
54/2 55/16
**think [10]** 2/6 25/24
33/19 35/9 41/7 49/7
49/24 53/16 67/13
67/14
**third [5]** 1/15 1/18 3/21
31/7 45/18
**third-party [2]** 31/7
45/18
**this [57]** 2/25 3/3 3/8
3/12 4/8 4/15 4/21 5/9
5/11 6/9 13/15 15/3
15/25 16/4 19/9 19/14
19/14 19/14 19/15 20/1
22/3 22/11 22/14 30/4
30/5 36/13 37/2 37/8
37/23 39/5 43/20 43/21
44/21 46/1 46/10 46/20
48/2 48/14 48/20 49/16
50/12 50/15 51/21 52/3
52/12 54/14 54/16
54/23 54/23 55/9 55/21
55/22 63/14 65/6 66/8
66/20 67/17
**those [15]** 3/19 7/20
11/1 18/15 18/19 25/19
25/21 29/12 31/3 38/12
42/23 43/1 43/3 52/19
60/13

**through [3]** 11/10
51/11 56/23
**thousand [1]** 14/16
**thousands [2]** 26/1
26/2
**three [2]** 57/25 58/19
**through [7]** 2/4 13/23
22/11 24/21 25/15
29/17 58/8
**Tigre [14]** 9/9 9/10
9/15 32/17 32/24 33/4
44/22 45/1 45/7 45/10
45/13 45/18 46/8 58/17
**time [52]** 3/12 4/15
10/12 12/4 13/15 14/25
15/12 15/20 18/11 22/4
24/19 26/9 28/3 32/11
34/16 34/20 36/12
36/13 37/19 39/21 46/4
47/25 48/4 50/17 51/4
51/16 52/8 52/13 53/7
53/11 53/12 54/11
54/25 55/13 55/15
55/19 57/6 58/14 59/25
60/2 60/19 60/24 61/3
62/6 62/10 63/15 64/17
65/2 65/4 65/5 66/6
66/19
**times [8]** 36/21 36/24
43/15 54/4 55/14 57/18
63/7 63/9
**timing [1]** 36/3
**today [11]** 9/1 31/23
33/3 45/17 46/7 50/13
55/20 56/20 57/9 57/10
67/17
**together [3]** 33/12
49/18 49/19
**told [25]** 8/10 19/14
19/22 21/24 27/12
37/15 38/13 44/22 56/9
56/10 56/12 56/15
56/17 58/14 60/19 61/3
61/12 61/14 61/18 62/6
64/17 64/23 66/9 66/19
66/25
**told -- what [1]** 37/15
**tomorrow [1]** 67/16
**tonnage [1]** 30/14
**too [2]** 61/19 62/7
**took [9]** 9/7 9/15 11/24
32/15 32/18 36/6 37/6
43/7 53/17
**torture [8]** 42/13 42/18
43/6 43/20 44/1 44/1

# T

**torture... [2]** 44/4 44/8
**tortured [6]** 42/21 43/1
43/9 43/17 44/9 44/11
**tortures [1]** 44/6
**torturing [1]** 44/13
**total [3]** 4/3 5/8 30/13
**totality [1]** 63/3
**towards [2]** 13/18 25/5
**track [6]** 18/19 19/1
22/12 23/21 23/25
33/18
**tracked [1]** 23/18
**traffickers [1]** 17/15
**trafficking [15]** 12/19
12/25 28/9 28/11 28/22
29/1 29/3 30/5 61/20
62/8 62/13 62/21 63/1
63/5 63/14
**transaction [3]** 4/5
4/11 6/1
**transactions [1]** 3/15
**transcript [4]** 1/7 1/7
1/24 69/5
**transcription [1]** 1/24
**transportation [2]**
30/1 49/23
**transported [5]** 30/9
48/23 49/18 49/19
49/20
**transporting [4]** 17/5
23/7 23/8 23/8
**travel [1]** 25/13
**Treviño [3]** 33/9 33/12
33/14
**trigger [1]** 42/12
**true [5]** 25/9 41/3 60/1
60/8 69/5
**trust [1]** 20/6
**truth [2]** 62/18 62/24
**truthful [2]** 37/10
37/12
**trying [1]** 49/1
**twice [3]** 42/22 44/11
63/5
**two [7]** 5/1 10/2 10/9
42/20 49/22 52/19
58/17
**type [1]** 44/3

# U

**U.S [3]** 1/21 24/7 24/9
**ultimately [1]** 10/18
**uncle [1]** 61/4

**under [9]** 2/14 2/15
20/16 22/22 25/8 37/16
43/19 44/19 67/23
**understand [20]** 3/1
7/14 11/15 11/23 19/6
20/23 27/9 32/12 39/8
39/24 42/11 42/16
44/25 50/16 53/20
60/15 61/25 62/23 64/9
64/14
**understanding [4]**
37/9 39/10 52/12 54/1
**understood [4]** 42/3
50/3 54/24 55/1
**UNITED [13]** 1/1 1/2
1/8 1/10 24/11 24/13
24/16 24/18 26/10
29/23 30/8 32/4 34/5
**United States [9]**
24/11 24/13 24/16
24/18 26/10 29/23 30/8
32/4 34/5
**until [5]** 12/7 13/18
15/6 60/1 67/16
**up [11]** 2/2 3/20 8/6
15/18 19/19 25/19
25/19 31/9 43/17 60/22
63/12
**upon [9]** 33/3 39/14
45/7 65/2 65/8 65/9
65/17 65/23 66/4
**ups [1]** 40/20
**upstairs [1]** 53/17
**us [9]** 1/11 2/25 3/3
51/13 51/14 53/14
53/16 53/19 54/7
**USB [8]** 7/17 7/19 8/8
8/10 8/11 8/17 8/19 9/2
**USBs [3]** 8/12 8/13
8/19
**usdoj.gov [1]** 1/13
**use [6]** 3/15 8/15 14/8
25/12 25/21 42/13
**used [7]** 24/24 25/4
25/5 31/19 41/17 42/18
44/4
**using [7]** 5/13 19/17
19/19 25/7 25/8 25/16
44/17
**utilized [1]** 30/7

# V

**Valencia [23]** 9/5 9/8
9/9 11/16 14/14 14/23
15/10 15/15 15/18

17/19 32/15 45/14
46/11 46/21 47/23
58/21 64/1 64/8 64/8
**Valencia's [1]** 11/19
**Valencio [2]** 15/9
45/11
**Vallarta [1]** 67/7
**Venezuela [1]** 29/18
**very [5]** 22/11 23/12
40/15 47/7 67/20
**violated [1]** 38/10
38/19 38/22
**violence [3]** 41/17
41/19 44/18
**vs [1]** 1/4

# W

**wait [1]** 33/22
**want [10]** 3/18 5/24
23/1 23/12 42/17 43/14
43/15 49/10 49/17
53/22
**wanted [8]** 8/23 13/23
14/3 14/12 36/2 36/11
45/1 56/15
**wants [1]** 22/25
**war [10]** 10/15 12/24
13/1 13/1 13/3 13/7
13/16 14/4 34/17 34/24
**warehouse [3]** 60/20
60/24 61/2
**warehouses [1]** 8/1
**was [250]**
**was -- how [1]** 48/12
**was -- one of [1]** 42/23
**wash [1]** 24/5
**Washington [3]** 1/4
1/12 1/22
**wasn't [19]** 19/20
23/16 33/3 39/8 40/2
40/25 41/6 42/15 43/9
47/8 53/7 53/10 53/11
54/2 55/3 55/6 60/1
63/13 65/22
**watch [4]** 43/8 43/25
43/25 44/1
**way [2]** 16/14 31/13
**ways [2]** 5/1 31/12
**we [34]** 4/12 4/12 5/1
5/25 8/11 9/1 10/23
10/23 18/21 19/14
22/11 25/24 26/1 32/20
33/17 35/9 35/19 36/23
44/13 44/13 44/17

15/19 16/4 16/25 17/19
48/16 48/24

**week [1]** 50/23
**weighed [1]** 39/19
**well [50]** 8/17 15/3
16/4 16/17 18/13 19/16
20/20 20/24 21/6 22/3
22/16 27/8 29/5 29/7
30/20 31/13 31/18
32/20 33/18 35/2 37/8
38/5 38/11 39/10 39/22
39/25 40/5 40/7 41/3
42/5 43/5 45/1 46/1
47/8 48/9 49/4 49/8
51/3 55/18 56/2 56/5
56/15 57/2 57/3 57/24
59/5 60/1 62/17 63/23
65/12
**went [7]** 22/11 28/9
40/21 51/18 53/17
53/18 58/8
**were [146]**
**weren't [4]** 16/23
17/11 35/1 65/10
**West [2]** 1/15 1/18
**what [86]**
**what's [2]** 31/7 63/6
**whatever [1]** 21/16
**when [65]** 6/21 6/24
7/3 7/13 8/11 8/19 9/2
9/8 9/12 9/15 9/20 9/23
10/1 11/23 13/12 15/6
27/8 31/2 31/9 31/21
32/14 32/24 34/1 36/12
37/2 37/5 37/24 38/1
39/17 39/17 39/25 40/3
40/23 42/21 43/15
44/11 44/13 46/23
47/25 48/2 48/4 50/7
50/17 50/19 50/20
50/23 51/6 53/10 53/24
54/4 55/17 56/5 56/10
59/12 60/18 63/19
64/10 64/14 64/20
64/21 65/6 65/15 65/15
66/19 66/23
**whenever [1]** 36/7
**where [15]** 2/22 3/10
4/2 4/18 8/19 35/25
48/14 48/22 49/2 49/9
51/21 51/25 52/4 61/1
61/2
**whether [10]** 37/25

**W**

**whether... [9]**  38/8
38/14 38/18 40/14
40/24 42/6 49/25 54/8
55/1
**whether -- if [1]**  38/14
**which [9]**  4/1 18/23
25/2 27/10 29/4 31/12
32/12 35/22 48/24
**while [4]**  33/11 34/3
52/21 56/11
**who [39]**  3/16 5/1 5/2
7/21 8/8 9/7 9/15 9/23
11/20 12/24 17/10
17/13 17/16 19/6 19/12
19/13 19/19 27/11
32/24 33/7 35/18 36/17
37/6 39/1 39/6 40/1
40/2 41/11 41/25 42/4
43/17 44/25 45/14
54/11 54/23 56/12
59/21 62/21 62/25
**whole [5]**  23/23 53/7
53/11 53/12 58/8
**whom [2]**  19/11 19/21
**whose [1]**  45/13
**why [20]**  3/14 3/18
8/22 12/9 14/22 19/16
22/16 28/21 39/10
39/22 40/5 43/8 49/17
49/18 51/10 55/24
55/25 56/17 56/17
61/22
**will [5]**  35/9 35/18
35/21 43/16 45/4
**wish [2]**  47/2 51/25
**wished [1]**  46/20
**without [2]**  35/15
35/16
**witness [9]**  33/22
33/24 35/15 35/17
35/18 36/6 48/21 62/17
67/25
**witness's [1]**  35/20
**witnesses [1]**  48/21
**woman [4]**  40/10
42/24 54/15 54/18
**word [1]**  20/6
**work [6]**  17/3 17/6
17/8 17/10 36/17 42/1
**worked [2]**  7/21 22/4
**worker [1]**  7/21
**workers [3]**  7/23 8/9
8/10

**working [4]**  41/7 41/14
42/2 42/4
**would [81]**
**wouldn't [4]**  19/1
19/16 20/20 54/24
**wrong [1]**  67/5
**wrote [1]**  67/5

**Y**

**Yeah [1]**  41/14
**year [4]**  26/24 29/25
37/3 60/2
**years [5]**  20/24 27/3
27/10 28/19 28/22
**yes [135]**
**yesterday [3]**  48/6
48/7 50/17
**yet [4]**  23/15 27/2
40/17 56/19
**York [1]**  45/15
**you [428]**
**you're [2]**  46/7 49/8
**you've [4]**  24/24 36/20
47/19 47/22
**young [5]**  61/19 61/22
61/22 62/7 66/21
**your [94]**
**Your Honor [16]**  2/4
2/17 10/20 10/22 33/16
33/25 35/14 36/2 41/9
43/21 48/15 48/19 49/4
50/3 50/5 62/2
**yourself [2]**  47/18
58/19
**yourselves [1]**  67/19

**Z**

**Z-40 [2]**  34/2 34/6
**Z-43 [1]**  14/14
**Z-43's [1]**  14/11
**Zacatecas [1]**  13/24
**zero [1]**  6/14
**Zeta [5]**  15/10 16/5
33/7 33/11 33/14
**Zeta-40 [3]**  33/7 33/11
33/14
**Zeta-43 [2]**  15/10 16/5
**Zetas [8]**  13/11 13/13
13/14 13/16 13/19
13/21 32/24 33/5