IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA                 Criminal Action
          Plaintiff,                     No. 1:16-229

     vs.                                 Washington, DC
                                         September 11, 2024
RUBEN OSEGUERA GONZALEZ,
          Defendant.
_____/                1:17 p.m.


TRANSCRIPT OF TRANSCRIPT OF PROCEEDINGS
*** AFTERNOON SESSION ***
**BEFORE THE HONORABLE BERYL A. HOWELL**
UNITED STATES DISTRICT JUDGE


APPEARANCES:

**For the United States:**    **Kaitlin J. Sahni**
                              **Kate M. Naseef**
                                US- DOJ
                                145 N Street, NE
                                Washington, DC  20530
                                kaitlin.sahni@usdoj.gov


**For the Defendant:**        **Anthony E. Columbo, Jr.**
                              **LAW OFFICES of ANTHONY E. COLUMBO**
                                105 West F Street, Third Floor
                                San Diego, CA  92101
                                anthonycolumbolegal@gmail

                              **Jan Edward Ronis**
                              **LAW OFFICES OF RONIS & RONIS**
                                105 West F Street, Third Floor
                                San Diego, CA  92101
                                jan@ronisandronis.com


**Reported By:**              **Lorraine T. Herman, RPR, CRC**
                                Official Court Reporter
                                U.S. District & Bankruptcy Courts
                                333 Constitution Avenue NW
                                Washington, DC 20001
                                lorraine_herman@dcd.uscourts.gov


*** Proceedings recorded by stenotype shorthand.
*** Transcript produced by computer-aided transcription.

# I N D E X

**WITNESS**                                                      **PAGE**

HERMINIO GOMEZ ANCIRA

    Direct Examination by Ms. Naseef                    3



# E X H I B I T S

**EXHIBIT**                                                      **PAGE**

Government's No. 117      Admitted into Evidence      50
Government's No. 118      Admitted into Evidence      50
Government's No. 132      Admitted into Evidence      51
Government's No. 138      Admitted into Evidence      54
Government's No. 159      Admitted into Evidence      55
Government's No. 216      Admitted into Evidence      59
Government's No. 351      Admitted into Evidence      59
Government's No. 360      Admitted into Evidence      64
Government's No. 100      Admitted into Evidence      70
Government's No. 102      Admitted into Evidence      70
Government's No. 103      Admitted into Evidence      70
Government's No. 106      Admitted into Evidence      71
Government's No. 108      Admitted into Evidence      71

1                    **P R O C E E D I N G S**

2          (Jury entered the courtroom.)

3              **MS. NASEEF:**  The government calls Herminio Gomez

4    Ancira.

5              **THE COURT:**  If you could take the oath facing the

6    jury and my courtroom deputy will administer the oath.

7          (Witness was sworn.)

8              **THE COURT:**  Please be seated and make yourself

9    comfortable.  Also, make sure the microphone is near your

10   face so we can hear you.

11            **DIRECT EXAMINATION OF HERMINIO GOMEZ ANCIRA**

12                       **(Via Interpreter)**

13   BY MS. NASEEF:

14       **Q.**   Could you please state your name.

15       **A.**   Yes.  My name is Herminio Gomez Ancira.

16       **Q.**   Do you go by any nicknames?

17       **A.**   Yes.

18       **Q.**   What nicknames?

19       **A.**   El Indio.

20       **Q.**   Do you understand some English, Mr. Gomez?

21       **A.**   A little bit.

22            **THE COURT:**  Could you have him spell his name,

23   please.

24            **MS. NASEEF:**  How do you spell your nickname?

25            **THE WITNESS:**  I-N-D-I-O.

1          **THE COURT:**  Got it.  Thank you.

2  **BY MS. NASEEF:**

3      **Q.**    Do you feel more comfortable testifying with the

4  assistance of an interpreter?

5      **A.**    Yes.

6      **Q.**    Where are you from, Mr. Gomez?

7      **A.**    I am from the Villa Purificación from Jalisco,

8  Mexico.

9          **MS. NASEEF:**  For the record, it is

10 Villa Purificación, spelled V-I-L-L-A; Purificación,

11 P-U-R-I-F-I-C-A-C-I-Ó-N.

12 **BY MS. NASEEF:**

13     **Q.**    How long have you lived in Villa Purificación?

14     **A.**    My whole life.

15     **Q.**    Can you describe Villa Purificación?

16     **A.**    Of course.  It is a small little town that was

17 founded 500 years ago.  It is a rural, indigenous area.

18     **Q.**    And what is the geography like in that area?  Is

19 it mountainous or by the sea?

20     **A.**    It is a mountainous area that is also near the

21 sea.

22     **Q.**    And what are the roads in that area like?

23     **A.**    They are all -- there are just two points of

24 access into town and then the other ones are just trails

25 that go into town.  They're not paved roads.

1    **Q.**   Did you get to know the area in and around Villa

2    Purificación well growing up there?

3    **A.**   Better than anyone.

4    **Q.**   How did you get your nickname, El Indio?

5    **A.**   Well, because I was nicknamed this.  And because,

6    as I said, my father is from the Ocotlan community.  My

7    mother is from the Xirosto community.  I am 100 percent

8    indigenous.  And I grew up in that area.  I spent my time in

9    the mountains, in the hills, in the caves and trails, all

10   around the area.

11        **THE COURT:**  Can you spell those for me?

12        **MS. NASEEF:**  Your Honor, I don't know how to spell

13   those two names.  I'm sorry.  We can get that for the court

14   reporter after.

15   **BY MS. NASEEF:**

16   **Q.**   What did you do in the mountains spending your

17   time there as a kid?

18   **A.**   Well, mostly hunting, hunting deer, gathering the

19   cattle, building fences, but most of the time hunting.

20   **Q.**   When was the first time you ever entered the

21   United States?

22   **A.**   When I was around 18 years old.  I am very bad

23   doing math.  I didn't go to school.  But I am now 49 years

24   old.

25   **Q.**   And what age were you when you first entered the

1    United States?

2        **A.**    Eighteen years old.

3        **Q.**    Did you have a visa to enter the United States,

4    legally, approximately 30 years ago?

5        **A.**    No, I did not have a visa.

6        **Q.**    What did you do while you were in the

7    United States?

8        **A.**    I worked always in the same thing, construction.

9        **Q.**    Were you convicted of any crimes while you were

10   living in the United States?

11       **A.**    Yes, in 2000.

12       **Q.**    And when you were arrested in 2000, did you have

13   identification documents on you?

14       **A.**    Yes.  I had the documents of a Puerto Rican

15   individual.  His name was Ismael Rivera.  I bought those

16   documents, along with a Social Security number, to work.

17       **Q.**    Did you tell the police your real name when you

18   were arrested?

19       **A.**    No.

20       **Q.**    Did you plead guilty to four counts of disorderly

21   conduct with a weapon in 2000?

22       **A.**    Yes.

23       **Q.**    And did you also plead guilty to possession of

24   methamphetamine and drug paraphernalia in 2000?

25       **A.**    Yes.

1      **Q.**    Were you arrested again in 2008?

2      **A.**    Yes.

3      **Q.**    Did you plead guilty to failure to appear for your

4      sentencing hearing for those charges in 2000?

5      **A.**    Yes.

6      **Q.**    What sentence did you receive?

7      **A.**    Eighteen months.

8      **Q.**    And did you serve that sentence?

9      **A.**    Yes, until 2010 when I was deported.

10     **Q.**    And where did you go when you were deported?

11     **A.**    To my town, to Villa Purificación.

12     **Q.**    And during that incident in 2000 that led to your

13     arrest, was anyone injured?

14     **A.**    No, no one .

15     **Q.**    When you returned to Mexico in 2010, was there a

16     drug trafficking organization that controlled the area of

17     Mexico where you were from?

18     **A.**    Yes.

19     **Q.**    What was the name of that organization?

20     **A.**    Cartel Jalisco New Generation.

21     **Q.**    And who was the leader of that organization?

22         **MR. COLUMBO:**  Objection, Your Honor.  Foundation.

23         **THE COURT:**  Could you lay a foundation?

24         **MS. NASEEF:**  Sorry?

25         **THE COURT:**  Could you lay a foundation?

1           **MS. NASEEF:**  Yes.  Of course, Your Honor.

2    **BY MS. NASEEF:**

3           **Q.**   Did you ever start to work for that drug

4    trafficking organization?

5           **A.**   Well, I went back to tend my property, to tend my

6    land.  But one day I got a call to go meet with Mr. Mencho,

7    that he wanted to talk to me.  They took me to Mr. Mencho,

8    he wanted to talk to me.  We talked.  And I thought I would

9    not be going back home because things got intense.

10          **Q.**   Did you eventually end up working for Mencho?

11          **A.**   Yes.

12          **Q.**   And who was Mencho?

13          **A.**   Well, the top leader.

14          **Q.**   And the top leader of what?

15          **A.**   Of the Cartel Jalisco New Generation.

16          **Q.**   Do you know Mencho's real name?

17          **A.**   Well, I know that his name is Ruben Nemesio [sic]

18   Oseguera Cervantes.

19          **Q.**   When did you first start working for Mencho?

20          **A.**   You could say from that moment on, towards the end

21   of 2010, beginning of 2011.

22          **Q.**   And how long did you work for Mencho?

23          **A.**   Well, until 2015.

24          **MS. NASEEF:**  I am going to show the witness what

25   has been previously admitted as Government's Exhibit 21.

1          (Exhibit displayed to the witness.)

2    **BY MS. NASEEF:**

3          **Q.**    Do you recognize this photo?

4          **A.**    Yes.

5          **Q.**    Who is in this photo?

6          **A.**    My godfather, Mencho and Menchito.

7          **Q.**    Where in the photo is Mencho?

8          **A.**    In the middle.

9          **Q.**    What did you start out doing for Mencho in late

10   2010, early 2011?

11         **A.**    In the beginning it was security, running errands

12   and doing little things that he would send me to do, such as

13   taking food to his people, little things that he would have

14   me do.

15         **Q.**    And in 2010, did Mencho ask you -- sorry.  In

16   2012, did Mencho ask you to do a different job?

17         **A.**    Yes.  By 2012, everything was different.  I had

18   already been named police director.  I had already released

19   him once, you know, when he had been caught by the soldiers,

20   almost caught by the soldiers and the marines.

21         **Q.**    So you mentioned you became the director of

22   police.  When did that happen?

23         **A.**    In 2012.

24         **Q.**    And what police were you the director of?

25         **A.**    Well, I was the director of the municipal police

1    of Villa Purificación, Jalisco.  I was also the leader

2    comprised of the group of all 125 directors, in all of the

3    state of Jalisco.

4        **Q.**   Did you receive a salary from the government for

5    your job?

6        **A.**   Yes, I received just a salary of just 8,000 pesos

7    every 15 days; that was all.

8        **Q.**   How many men worked for you as director of police

9    in Villa Purificación?

10       **A.**   When I began, I started out with 45 police

11   officers and 5 civilian protectors.  By the time I finished,

12   I only had 21 left.  They had killed them all.

13       **Q.**   Did those men --

14           **MR. COLUMBO:**  Objection, Your Honor.  Can we?

15           **THE COURT:**  Yes.

16       (Sidebar discussion.)

17           **MR. COLUMBO:**  Your Honor, I move to strike the

18   response about -- that "they killed them all."  I think it

19   would indicate that it was my client who was involved in

20   that killing.  This is not something that was previously

21   disclosed to Your Honor under 401(b).  So I think it is

22   inappropriate.  I move to strike it.  I don't think it is

23   appropriate for the government to go into this area anymore.

24           **MS. NASEEF:**  Your Honor, I wasn't eliciting that

25   answer.  I asked him how many people worked for him.  I

1    didn't plan to go into how his men died.

2              **THE COURT:**  You weren't going to ask him why the

3    numbers of people got reduced to 20-some-odd?

4              **MS. NASEEF:**  No, I don't plan to.

5              **MR. COLUMBO:**  Your Honor, the witness testified

6    that they killed them all.

7              **MS. NASEEF:**  If Mr. Columbo wants me to ask

8    him-- I was planning to just move on with my direct.

9              **THE COURT:**  Do you want to focus on that by having

10   me strike it or have her say, Do you know who killed them?

11   I mean, I'm presuming it's the CJNG.  I don't know that he's

12   going to say this defendant.  So would you like a

13   clarification about whether he knows whether it was this

14   defendant versus some people in CJNG?

15             **MR. COLUMBO:**  No, I just prefer to strike the

16   answer, Your Honor.

17             **THE COURT:**  Well, I can tell them to strike the

18   answer with the number of people killed.  How about that?

19   Although, that just draws a lot of attention to it.

20             **MS. NASEEF:**  Your Honor, as long as a number of

21   people who worked for him is still on the record, I don't

22   have an evidentiary issue with just --

23             **THE COURT:**  Just the number killed?

24             **MS. NASEEF:**  Yes, Your Honor.

25             **THE COURT:**  I think it was 20-some-odd.

1          **MS. NASEEF:**  I think he said that there were 45

2     police officers and 5 civilians that worked for him at the

3     beginning, and by the end there were only 21 left.  I think

4     that is what he said.

5          **THE COURT:**  All right.  I will tell the jury to

6     strike the part about number of people killed and by whom.

7          **MR. COLUMBO:**  Thank you, Your Honor.

8          (Sidebar discussion concluded.)

9          **THE COURT:**  Okay.  I will just strike part of the

10    answer about the number of people killed from the police

11    force and by whom, as unresponsive to the question.

12         All right.  Proceed.

13    **BY MS. NASEEF:**

14    **Q.**   Did the men who worked for you in the police force

15    also receive salaries from the government?

16    **A.**   Yes, they received $4,000 every two weeks, the

17    police officers...4,000 pesos every two weeks.

18    **Q.**   Did you and your men wear police uniforms?

19    **A.**   Yes.

20    **Q.**   Did Mencho have an official role in the government

21    in Jalisco or Villa Purificación when he made you the

22    director of police?

23    **A.**   No, he did not have any role in the government.

24    He had just control over the area and not over the marines

25    or the soldiers.

13

1      Q.    How long were you the director of police in Villa

2  Purificación?

3      A.    For three years.  From 2012 to 2015.

4      Q.    Who did you consider your boss during those three

5  years?

6      A.    Well, the only one that I considered a boss and

7  the only one that would tell me what to do was El Mencho.

8      Q.    When you were working for Mencho, did anyone try

9  to capture Mencho?

10      A.    Of course.

11      Q.    Who tried to capture him?

12      A.    The soldiers and the marines were always trying to

13  capture him.

14      Q.    How many times did they attempt to capture him

15  while you were working for him?

16      A.    Five times.  And I rescued him the five times.

17      Q.    What area of Mexico was Mencho in when they tried

18  to capture him those five times and when you rescued him?

19      A.    In the same area, in the municipality of

20  Purificación and around there.

21      Q.    And when you say that you "rescued him," what

22  exactly did you do those five times to assist him?

23      A.    They would always call for me, because apparently

24  Plaza bosses never wanted to help him.

25      Q.    And how did you help him escape?

1          A.    Well, I would help him by moving him through

2     places where there was not a whole lot of government,

3     because there was always government around.  In 2012, there

4     were more soldiers and in 2013 even more soldiers.

5          Q.    Please continue.  Just take short pauses for the

6     interpretation, please.

7          A.    There were two times in 2014 and the last one in

8     2015.

9          Q.    And when you said you helped him move through

10    areas where there weren't soldiers, what were the areas you

11    were helping him move through like?

12         A.    Through trails or horse trails, where you can only

13    go by walking, and where it's not very accessible to people.

14         Q.    Did you know those areas very well?

15         A.    Better than anybody else.

16         Q.    Was Mencho from that area?

17         A.    No, he wasn't from there.

18         Q.    Did you have any involvement in moving drugs or

19    money for Mencho when you worked for him?

20         A.    Well, I would only help him with locating people,

21    helping him find areas for laboratories or bringing whatever

22    the cooks would need, things like that.

23         Q.    What types of laboratories are you talking about?

24         A.    Methamphetamine laboratories.

25         Q.    And when you were the director of police, did you

1    have any responsibilities related to those methamphetamine

2    laboratories?

3        A.    Well, my only responsibility was to collect the

4    materials that they would need and take them; that was it.

5        Q.    Did there come a time when you began collecting

6    the methamphetamine from the labs?

7        A.    From 2012.

8        Q.    And how many labs were you collecting

9    methamphetamine from?

10       A.    From seven only.

11       Q.    And where were those labs located?

12       A.    A municipality there.

13       Q.    The municipality of Villa Purificación?

14       A.    Yes.

15       Q.    How many times would you pick up from those seven

16   labs?

17       A.    Every month.

18       Q.    How much methamphetamine were you picking up each

19   month?

20       A.    We would pick up 180 to 200 barrels of 200 liters

21   every month.

22       Q.    So those 180 to 200 barrels, how much

23   methamphetamine was in each of those barrels?

24       A.    Well, as I said before, each barrel was 200

25   liters, which is the equivalence to -- each liter is

1    equivalent to one kilo.

2        **Q.**    So each barrel contained 200 kilograms of

3    methamphetamine.  Do I have that right?

4        **A.**    That's right.

5        **Q.**    And you said you started collecting the

6    methamphetamine from those labs every month in 2012.  How

7    long did that continue for?

8        **A.**    The entire time.

9        **Q.**    When did you stop collecting it?

10       **A.**    In the month of April, 2015.

11           **THE COURT:**  Just so I make sure I am understanding

12   the volume here.  Was it 180 to 200 barrels you collected

13   from each lab per month or from all seven labs together?

14           **THE WITNESS:**  Of the seven of them.

15           **THE COURT:**  Okay.

16   **BY MS. NASEEF:**

17       **Q.**    And did that happen every month between when you

18   started in 2012 through April of 2015?

19       **A.**    Yes.

20       **Q.**    Where would you take the methamphetamine that you

21   collected from the labs?

22       **A.**    I would take them to my warehouse in Palenque that

23   I had a business of table dance.

24       **Q.**    So did your warehouse serve two purposes?

25       **A.**    No.  When I began, then we closed it, and we only

1    used it for that then.

2        **Q.**    If you could just use the terms for it.  So what

3    did you close when you started using the warehouse for

4    methamphetamine?

5        **A.**    We would not use that place as a club anymore.  We

6    only used it to store it.

7        **Q.**    And where was this warehouse?

8        **A.**    In the town, in Villa Purificación.

9        **Q.**    Did anyone help you move the methamphetamine from

10   the labs to the warehouse?

11       **A.**    Yes.  Yes.  I had a special group of 12 people

12   that they were always there to help me with that.

13       **Q.**    How long did the methamphetamine typically stay in

14   your warehouse?

15       **A.**    Only for a day or two max.

16       **Q.**    Did there ever come a time when someone in the

17   cartel tried to kill you?

18       **A.**    Yes.

19       **Q.**    When was that?

20       **A.**    That was in 2015, after the thing with the

21   helicopter happened.

22       **Q.**    Who tried to kill you?

23       **A.**    The boss plaza that they had there, he is the

24   one who tried to kill me, El Viente.

25       **Q.**    Can you tell the jury what happened when El Viente

1    tried to kill you, starting from the beginning?

2        **A.**    Of course.  Of course.  El Viente sent a unique

3    force, a special force.  It was a group of them.  He sent

4    them to arrest me and my people.  We were arrested.  We were

5    taken to Guadalajara.  There we were tortured.  We were

6    tortured for the whole entire week.  It is the worst thing

7    that can be done to a human being.  And this started at the

8    office, at my office.

9        Seven days later, we came back to the town.  They

10   were not able to prove anything against us, according to

11   what they said.  But days later, the same commander that had

12   detained me, picked me up again.  I was in bed.  I was in

13   pretty bad shape due to all of the beating.  I had pneumonia

14   due to what all they had done to me.

15       So they got me up and they took me again to

16   El Viente and his people.  They finished me up and they took

17   all the little strength I had left.  They broke my collar

18   bone, my hand, feet, everything that you could imagine.

19       **Q.**    Were you trying to show the jury something on the

20   back of your head?

21       **THE COURT:**  Could you turn around the other way

22   and point so the jury -- it's more important for the jury to

23   see than for me.

24       **THE WITNESS:**  (Complied.)

25       **THE COURT:**  Now point to where you were pointing

1    before, to the scar on the back of your head.

2          **THE INTERPRETER:**  He called it "a blow with the

3    grip of a gun."

4    **BY MS. NASEEF:**

5          **Q.**  What happened next?

6          **A.**  After that, they killed five other people that

7    there were next to me.  I don't know who those five people

8    were.  I was kneeling down like this. (Indicated.)  I had

9    lost a lot of blood.  They shot once at me here.

10   (Indicated.)  It grazed me.  I have the hole a little bit

11   still here.  (Indicated.)

12         When they shot me, I couldn't feel anything

13   anymore.  I was in pretty bad shape.  Then, halfway sleep, I

14   kind of heard El Viente saying, We are going to go and

15   Casimiro Castillo is going to come -- the people of Casimiro

16   Castillo is going to come and bury them.

17         **Q.**  And when you said you were shot, just to clarify,

18   did the bullet just graze your head or...

19         **A.**  Yes, it just grazed me.

20         **Q.**  What happened after you --

21         **THE COURT:**  And for the record, the witness is

22   pointing to the very top of his head in the middle -- at the

23   very top, in the middle of his forehead.

24   **BY MS. NASEEF:**

25         **Q.**  And what happened after you heard El Viente say to

1    leave you there and someone would come and bury you?

2        **A.**    That's what happened and those police arrived.  By

3    then, however, I had dragged myself, as fast as I could, to

4    a cane field nearby.

5        **Q.**    When the police arrived, were they able -- did

6    they find you in the cane field?

7        **A.**    No, they did not find me.  They didn't even count

8    the bodies.  It's for that reason that I am here.

9    Otherwise, I would have never made it out of there.

10        **Q.**    And so were you able to escape that day?

11        **A.**    Yes.  It took -- it was a journey of three months

12    for me to get to the border, wandering and doing as best as

13    I could.  And then I -- it took me another three months,

14    three months to recover because I was injured.  And for

15    three months I was just passing blood in my pee and stool.

16    And all I could eat was aloe pulp.

17        **Q.**    Did you take anyone with you when you went to the

18    border?

19        **A.**    Yes, I brought my pregnant wife, who had also been

20    beaten by the special force, when I was -- they beat my wife

21    and also my sister.

22        **MR. COLUMBO:**  Your Honor, objection.  Move to

23    strike.

24        **THE COURT:**  Overruled.

25        **MS. NASEEF:**  Had you finished interpreting, Madam

1  Interpreter?

2          **INTERPRETER:**  The interpreter has finished.

3  **BY MS. NASEEF:**

4      **Q.**  When you referred to the border, the border

5  between the United States and Mexico?

6      **A.**  Yes.

7      **Q.**  How did you get into the United States in 2015?

8      **A.**  Well, I crossed the border near a cross point -- a

9  checkpoint, you could say, because I couldn't walk the

10  mountains.  And so I paid $12,500 for myself and $12,500 for

11  my wife.

12      **Q.**  Did you and your wife have visas to enter the

13  United States legally?

14      **A.**  No, we didn't have visas.  What we had was a lot

15  of fear and we were escaping.

16      **Q.**  What happened when you were in the United States?

17      **A.**  (The witness started his answer.)

18      **Q.**  Mr. Gomez, please pause for interpretation.

19      **A.**  Well, first I awaited the birth of my child.  Then

20  I had to recover myself.  A year went by.

21      **Q.**  What happened after that year?

22      **A.**  Well, I felt that they had simply used me.  So I

23  wanted to report me.  According to me, I was going to make

24  it to Washington myself, but I was detained in Toledo, Ohio.

25      **Q.**  And when you were detained in Toledo, Ohio, did

1    you end up pleading guilty to illegal entry?

2        **A.**    Yes.

3        **Q.**    And were you sentenced to a term of incarceration

4    after pleading guilty?

5        **A.**    Yes.

6        **Q.**    How long were you detained?

7        **A.**    Another 18 months.

8        **Q.**    What happened after those 18 months?

9        **A.**    They sent me back to Mexico again.

10        **Q.**    Mr. Gomez, how much formal schooling did you

11    complete?

12        **A.**    I never went to school, ever.  In my family, 15

13    members, the older ones in Purificación, all of us are

14    illiterate.

15        **Q.**    After you were -- when you were deported back to

16    Mexico, what year was that, approximately?

17        **A.**    Well, 2018.

18        **Q.**    And when you were deported back to Mexico in 2018,

19    um -- scratch that.

20            Have you agreed to cooperate with the Drug

21    Enforcement Administration in their investigation into the

22    CJNG?

23        **A.**    Could you repeat the question, please?

24        **Q.**    Have you agreed to cooperate with the DEA in their

25    investigation into the CJNG?

1      **A.**    Yes.

2      **Q.**    What year did you start working with the DEA?

3      **A.**    After I returned in 2018, as I said, when they

4    sent me back.  Now I am going on five years.

5      **Q.**    So were you formally signed up by the DEA in

6    approximately 2020?

7      **A.**    Yes.

8      **Q.**    Have you received any immigration benefits from

9    the DEA?

10     **A.**    Documents and money.

11     **Q.**    Do you live in the United States now?

12     **A.**    Yes.

13     **Q.**    When did you legally move to the United States?

14     **A.**    It was 2020 when I moved.

15     **Q.**    And you mentioned that you received money from the

16   DEA.  Do you know approximately how much money you received

17   from the DEA from 2020 until today?

18     **A.**    Approximately $85,000.

19     **Q.**    Have you worked since you arrived in the

20   United States in 2020?

21     **A.**    Yes.

22     **Q.**    What jobs have you had?

23     **A.**    I have worked in ranches, that's all I know how to

24   do, and in construction.

25     **Q.**    Do you recognize anyone in this courtroom that you

1    worked with while you were working for Mencho?

2         A.    Just Menchito.

3         Q.    Could you please point to the person you just

4    referred to as Menchito and identify them by an article of

5    clothing.

6         A.    Well, he is wearing glasses and a brown shirt.

7              MS. NASEEF:    Let the record reflect that the

8    witness just identified the defendant.

9              THE COURT:    Let the record so reflect.

10   BY MS. NASEEF:

11        Q.    Do you know his real name?

12        A.    All I know is his name is Ruben Oseguera Gonzalez.

13   If I am not mistaken, he is 36, 37 years old.  He's young.

14        Q.    Do you know any nicknames that he used other than

15   Menchito?

16        A.    Yes.  El Rojo, El Señor de la Perla, Menchito or

17   number 2.  It was number 1, like his father, but he calls

18   himself number 2.

19        Q.    What does Señor de la Perla mean?

20        A.    Owner of the Capital of Guadalajara, to put it in

21   clearer words.

22        Q.    Is La Perla a common nickname for the city of

23   Guadalajara in Mexico?

24        A.    Yes.

25        Q.    I am going to refer to Ruben Oseguera Gonzalez as

1    the defendant.  Who is the defendant's father?

2    **A.**    Mr. Mencho.

3    **Q.**    When did you first meet the defendant in person?

4    **A.**    I didn't meet him in person until 2015.

5    **Q.**    Had you spoken to the defendant on the phone

6    before you met him in person?

7    **A.**    On two prior occasions, about.

8    **Q.**    Where was it that you first met the defendant in

9    person?

10    **A.**    In Villa Purificación.

11    **Q.**    Who introduced you?

12    **A.**    My godfather, his father.

13    **Q.**    Do you know when in 2015 this was?

14    **A.**    Yes, it was in early April.

15    **Q.**    When the defendant came to Villa Purificación, in

16    April 2015, how long did he stay in the area?

17    **A.**    From when he arrived, my wedding, all of those

18    days, until they shot down the helicopter.

19    **Q.**    What date did they shoot down the helicopter, for

20    reference?

21    **A.**    May 1st, 2015.

22    **Q.**    How often did you see the defendant when he was in

23    Villa Purificación for that month?

24    **A.**    I saw everyone nearly every day.

25    **Q.**    Did there come a time you had to leave

1    Villa Purificación to get medical attention?

2        **A.**    I didn't want to leave but on the 28th my

3    godfather, Mencho, sent me to a hospital in Guadalajara.  I

4    had pneumonia.  I had been coughing for several days, and I

5    was very ill.  So he sent me to a hospital.  I might have

6    died otherwise, as I was very ill.

7        **Q.**    Did Mencho ever tell you directly how high up in

8    the cartel the defendant was?

9        **A.**    He told me all the time.  He would tell me all the

10   time, because I covered for Menchito while he was in jail.

11   He would tell me that his place was the same as his.  But

12   out of respect, Menchito would always call himself the

13   number 2.

14       **Q.**    Did you ever speak to the defendant over the phone

15   before April of 2015.

16           **MR. COLUMBO:**  Asked and answered.

17           **THE COURT:**  Overruled.

18           **THE WITNESS:**  Yes, about two times.  That's all.

19   **BY MS. NASEEF:**

20       **Q.**    Who put you in touch with the defendant the first

21   time?

22       **A.**    His father.

23       **Q.**    Did you ever help the defendant with transporting

24   drugs?

25       **A.**    Five times.

1      Q.   What types of drugs did you help the defendant

2   move those five times?

3      A.   Four times with cocaine and once with

4   methamphetamine.

5      Q.   When was the first time you helped the defendant

6   move cocaine?

7      A.   Well, the first time was in 2012, towards the end

8   of 2012, where I helped unload 250 kilos from a small plane

9   on the runway in Casimiro Castillo.

10     Q.   Did you talk to the defendant directly about that

11  load?

12     A.   Yes, it was a quick call about that, that's all.

13     Q.   How did you know it was the defendant on that

14  call?

15     A.   To start with, nobody else was allowed to talk to

16  him.  It was an order of his father.

17     Q.   Mr. Gomez, please pause -- or when you pause and

18  you hear the interpreter start to interpret, please let her

19  finish the interpretation before you start talking again.

20         MR. COLUMBO:  Your Honor, if I could have the

21  interpreter just read back the last answer.  I didn't catch

22  all of it.

23         MS. NASEEF:  I was going to ask the question

24  again.

25         THE COURT:  I didn't catch it either.  Let's just

1    ask the question again and start again.

2            **MS. NASEEF:**  Yes, Your Honor.

3    **BY MS. NASEEF:**

4        **Q.**   How did you know it was the defendant on the call?

5        **A.**   I had greeted him before over the phone, only a

6    greeting.

7        **Q.**   And who had given you the defendant's phone

8    number?

9        **A.**   The only one who could do that was his father.

10       **Q.**   So his father, Mencho, gave you the defendant's

11   phone number?

12       **A.**   Not the number.  He just put me in contact with

13   him.

14       **Q.**   What did the defendant instruct you to do on that

15   call?

16       **A.**   Only to go to the runway to pick up 250 kilograms

17   of cocaine.

18       **Q.**   And where was that runway?

19       **A.**   In Casimiro Castillo.  They only use that runway

20   for fumigating cane plantations and watermelon plantations,

21   as a front.

22           **MS. NASEEF:**  Could the interpreter repeat back the

23   end of that?  I couldn't hear it.

24           **INTERPRETER:**  As a front.

25           **THE COURT:**  Yes, could you please keep your voice

1    up?  You're falling off at the end, and I can't hear you at

2    all.  So if you could just focus on that.  Thank you.

3    **BY MS. NASEEF:**

4        **Q.**    When you got to the runway, was the cocaine

5    already there?

6        **A.**    I arrived first.

7        **Q.**    And how big was the plane that arrived that day?

8        **A.**    It was large.  It was not one of the small ones.

9    It was a larger one.

10        **Q.**    Was it daytime or nighttime when the plane

11    arrived?

12        **A.**    No, it was the early morning.  It was dawn almost.

13        **Q.**    Did anyone help you unload the cocaine?

14        **A.**    Yes, my men.

15        **Q.**    How was the cocaine packaged?

16        **A.**    In 20-kilo packages and one of 10 kilos.

17        **Q.**    Did the cocaine have any distinctive markings on

18    it?

19        **A.**    Yes, it had the mark -- identification "Rolex".

20        **Q.**    What did you do with the cocaine after you took it

21    off of the airplane?

22        **A.**    What I would always do.  I took it to the

23    warehouse, and from there they took it somewhere else.

24        **Q.**    Was that the same warehouse where you would bring

25    methamphetamine?

1      **A.**    It was the same warehouse that was always used.

2      **Q.**    What happened to the cocaine after it got to your

3    warehouse?

4      **A.**    No, I don't know.  Tocayo picked it up to take it

5    to Guadalajara, to Menchito, to his people.  Menchito, to

6    his people.

7          **MS. NASEEF:**  Your Honor, could I have repetition

8    of the interpretation?

9          **THE COURT:**  Yes.  Could you say that again because

10    I couldn't understand you or hear you.  The name you

11    specifically used.

12          **THE INTERPRETER:**  (Spoke in Spanish.)

13          **MS. NASEEF:**  I asked for repetition of the

14    interpretation.

15          **THE WITNESS:**  I don't know because Tocayo picked

16    it up and took it to Guadalajara, to Menchito and his

17    people.

18    **BY MS. NASEEF:**

19      **Q.**   Who is Tocayo?

20      **A.**    Tocayo is someone who started everything, with him

21    and with them, since 2005.  It is a person who is of their

22    full trust.

23          **MS. NASEEF:**  And for the record, Tocayo is

24    spelled, T-O-C-A-Y-O.

25

**BY MS. NASEEF:**

    **Q.**    When was the second time that the defendant asked you to help him with a shipment of cocaine?

    **A.**    The other time was in 2013, when I received a call to pick up 600 kilograms that had been thrown overboard from a boat.

    **Q.**    Who called you, in 2013, to pick up those 600 kilograms of cocaine?

    **A.**    Menchito.

    **Q.**    Did you recognize his voice on the phone?

    **A.**    Yes.

    **Q.**    Why was the cocaine thrown off of the boat?

        **MR. COLUMBO:**  Objection, Your Honor.  Foundation.

        **THE COURT:**  Overruled.

        **THE WITNESS:**  Supposedly because the marines had detected them.

**BY MS. NASEEF:**

    **Q.**    Where did the defendant instruct you to go to pick up that cocaine?

    **A.**    Punta Perula, one hour away from Villa Purificación.

    **Q.**    And when you arrived at that location, where was the cocaine?

    **A.**    It was along the beach by the edge of the sea there.

1       Q.    How was the cocaine packaged?

2       A.    The same way.  It was all in black and it had the

3  same markings on it.

4       Q.    How large was each package of cocaine on the

5  beach?

6       A.    All of them were 20 kilos.  Always.

7       Q.    And was it daytime or nighttime when you arrived

8  at the beach?

9       A.    It was early morning.  We started at 3 a.m. and

10  the sun was coming up when we finished.

11       Q.    How many people were helping you pick up the

12  cocaine from the beach?

13       A.    The same 12 people that would always help me;

14  policemen that were, in fact, hitmen.

15       Q.    And how many hours did it take you and those 12

16  men to pick up the cocaine from the beach?

17       A.    It took us about four hours.  It was very

18  difficult to walk with 20 kilograms in the sand.

19       Q.    What did you do with the cocaine you collected

20  from the beach?

21       A.    We took it to the warehouse and we followed the

22  same routine as before.

23       Q.    What happened to the cocaine after it got to your

24  warehouse?

25       A.    Well, it was always taken to the warehouse.

1    Tocayo would come to pick it up.  I would always provide

2    protection when it was transported.

3        Q.   Do you know where the cocaine was transported to

4    after it left your warehouse?

5        A.   It went to Menchito, in Guadalajara.

6        Q.   When was the third time that you helped the

7    defendant with the cocaine shipment?

8        A.   The third time was in the month of April.

9        **THE COURT:**  I just want to ask you one follow-up

10   question.  You said that the 12 people who always helped you

11   were also policemen.  Were they policemen whom you

12   supervised as the director of the police department?

13       **THE WITNESS:**  Yes.  Yes, they were policemen that

14   I supervised.  But, in fact, they were just hitmen belonging

15   to the cartel that were in charge of doing these special

16   jobs.

17   **BY MS. NASEEF:**

18       Q.   When you helped the defendant with that third

19   cocaine shipment, you said it was in the month of April.

20   What year?

21       A.   2015.

22       Q.   What did the defendant ask you to do that time?

23       A.   By then he was already in Villa Purificación with

24   us.  And we were all very happy that he was there with us.

25   He moved his operations to Villa Purificación.

1          We were so happy that when he came out, I had a

2    promise.  I said that when this happened, I would get

3    married, and I complied with that promise.  Everything I

4    promise, I do.

5          **Q.**   Mr. Gomez, what did the defendant ask you to do

6    with the cocaine in April of 2015, the third time that you

7    helped him with cocaine?

8          **A.**   At that time, he asked me to pick up five tons in

9    a fishing boat in Punta Perula.

10         **Q.**   Is Punta Perula the same place you picked up

11   cocaine before?

12         **A.**   Yes, it's the same corridor from Manzanillo to

13   Punta Perula.

14         **Q.**   And when the defendant asked you to pick up the

15   five tons, how were you talking to him?  Was it on the phone

16   or in person?

17         **A.**   In person.

18         **Q.**   Did you go and collect the five tons of cocaine

19   from the fishing boat?

20         **A.**   All the orders that they gave had to be complied

21   with.  Yes, I did do that.

22         **Q.**   Did you unload it from the boat or was it already

23   loaded when you arrived?

24         **A.**   We unloaded it.

25         **Q.**   Who helped you unload it?

1      **A.**    My same team, 12 official officers, 12 policemen

2    and the boatmen they had there prepared to help with the

3    unloading.

4      **Q.**    Mr. Gomez, please don't speak when the interpreter

5    is speaking, so we can make sure that everyone can hear.

6    Okay?

7          **THE INTERPRETER:**    (Spoke in Spanish.)

8    BY MS. NASEEF:

9      **Q.**    How was the cocaine packaged that time?

10      **A.**    The same way, with the same Rolex seal.

11      **Q.**    How large were the packages?

12      **A.**    The same amount, 20 kilograms.

13      **Q.**    How long did it take for you and the 12 men to

14    unload the 5 tons of cocaine?

15      **A.**    Almost all night.

16      **Q.**    How did you transport it away from the boat?  What

17    type of vehicles?

18      **A.**    In the little trailers that they have.  They are

19    like short trailers.

20      **Q.**    How many trailers did it take to transport five

21    tons of cocaine?

22      **A.**    It wasn't needed but we used two.

23      **Q.**    How big were these trailers?

24      **A.**    Like, from here to the door, more or less.

25      **Q.**    The door of the courtroom?

1    **A.**    Yes, they are as big as the 18-wheelers, like the

2    ones for the soldiers, the long one .

3    **MS. NASEEF:**  Let the record reflect the witness

4    reflected that the trailer was the distance from the witness

5    box to the doors of the courtroom.

6    **THE COURT:**  Let the record so reflect.

7    **BY MS. NASEEF:**

8    **Q.**    What did you do with the cocaine once it was in

9    those two trailers?

10    **A.**    The same.  We took it again to the warehouse and

11    from there Tocayo and another drive took it.

12    **Q.**    Do you know where Tocayo and the other driver took

13    the five tons of cocaine?

14    **A.**    Yes.  All of that cocaine was just Menchito's.

15    They took it to Guadalajara.

16    **Q.**    Was the defendant at the warehouse when you

17    arrived with the five tons of cocaine?

18    **A.**    Most of the time he was.  And at that moment, yes,

19    he was.

20    **Q.**    What did the defendant -- what, if anything, did

21    the defendant do when the cocaine arrived?

22    **A.**    He just counted it and -- well, that's all.

23    **Q.**    When was the fourth time you helped the defendant

24    with a shipment?

25    **A.**    Shortly before getting married; that was the other

1    time, on the 20th.

2         **Q.**    The 20th of what?

3         **A.**    Of April.

4         **Q.**    Of what year?

5         **A.**    Of 2015.

6         **Q.**    What did the defendant ask you to do with the

7    cocaine on April 20th, 2015?

8         **A.**    On that occasion there were 20 tons; 10 for him,

9    and 10 for his father.

10        **Q.**    And what did the defendant ask you to do with the

11   20 tons?

12        **A.**    The same thing.  We went to pick it up, brought it

13   to the warehouse.  He came and reviewed it.  The two tons

14   were different.  They had two different markings.  One was

15   Louis Vuitton, that was for his father, and the other was

16   Rolex, that was for him.

17        **Q.**    Where did you pick the 20 tons of cocaine up?

18        **A.**    At the same location.

19        **Q.**    And how long did it take to load 20 tons of

20   cocaine?

21        **A.**    On that occasion we were 22 people, and it took us

22   all night as well.

23        **Q.**    How did you transport the cocaine from

24   Punta Perula to your warehouse?

25        **A.**    In the same trailer or trucks that were used for

1    the cattle and everything else.

2    **THE COURT:** Did you have to unload the 20 tons of

3    cocaine from another fishing boat or the same fishing boat?

4    **THE WITNESS:** No, it was another fishing boat.

5    Similar.  Same company.

6    **BY MS. NASEEF:**

7    **Q.**    And the trailers that you transported it in, were

8    those trailers the same size that you transported the

9    five-ton load in?

10   **A.**    Yes, they were the same.

11   **Q.**    How many trailers did you need to transport

12   20 tons of cocaine?

13   **A.**    We needed the same two trucks.

14   **Q.**    Were they totally full that time?

15   **A.**    No, not all the way to the top.

16   **Q.**    How full were they?

17   **A.**    Well, one meter from the top.

18   **Q.**    Was the defendant there in person, again, when the

19   cocaine got to your warehouse?

20   **A.**    Yes, he was present.  As a matter of fact, he

21   wanted to go pick it up with us, but his father did not

22   allow him to.

23   **Q.**    You told us earlier about methamphetamine that you

24   stored in your warehouse and collected from the labs.  Did

25   any of that methamphetamine belong to the defendant?

1       **A.**    Well, all of it.

2       **Q.**    What do you mean by "All of it"?

3       **A.**    Well, me and his dad were up in the Sierra.  He

4    would handle all of the business, along with his uncles.  So

5    we would send it all to Menchito, and he would send it on to

6    Puerto Vallarta.

7       **Q.**    Can you remind the jury how much you were picking

8    up each month?

9       **A.**    Two hundred barrels of 200 kilos.

10       **Q.**    Did the defendant ever come to the warehouse to

11    check on the methamphetamine himself?

12       **A.**    Just once when we were in Villa Purificación, when

13    the labs were asked to speed up production because Menchito

14    needed a load just for himself or one of his people to send

15    it on to them.  It was just then.  Like I said, I had not

16    met Menchito in person before that time.

17       **Q.**    Was this also in April of 2015 then?

18            **INTERPRETER:**  Interpreter correction.

19            **THE WITNESS:**  Before that month.

20    **BY MS. NASEEF:**

21       **Q.**    Was this also in April of 2015 then?

22       **A.**    That was in the same month, April 2015.

23       **Q.**    What did the defendant do when he was at the

24    warehouse with the methamphetamine?

25       **A.**    Nothing.  He said that it was very good.  Again,

1    he sent it with Tocayo.

2        **Q.**    Where did he send it?

3        **A.**    To Guadalajara.

4        **Q.**    How much methamphetamine did he send Guadalajara

5    on that occasion?

6        **A.**    On that occasion it was 180 barrels.

7        **Q.**    Did the defendant ever tell you what he did with

8    the methamphetamine after it got to Guadalajara?

9        **A.**    Yes.  That it was here, for the United States.

10        **Q.**    How did the defendant describe sending the

11    methamphetamine to the United States?

12        **A.**    In many ways.  By plane.  By trucks.  Mainly by

13    those two methods.

14        **Q.**    Did he have any slang terms that he used to refer

15    to the United States or to Americans?

16        **A.**    Just like we say this lovingly.  He called the

17    Americans the same way, "Blondies."

18        **Q.**    You referred to Americans as "Blondies?"

19        **A.**    Well, I am ignorant.  I refer to them in the same

20    way as Blondies.

21            **THE INTERPRETER:**  Gueritos.

22    **BY MS. NASEEF:**

23        **Q.**    Where in the United States did the defendant send

24    his methamphetamine first?

25        **A.**    They did it through Texas and through California,

1    mainly.

2    **Q.**    Do you know what fentanyl is?

3    **A.**    Well, now I do.

4    **Q.**    When you were working for Mencho, was the cartel

5    manufacturing and selling fentanyl?

6    **A.**    It was Menchito's idea to produce fentanyl, but

7    for some reason his father didn't want to.

8    **Q.**    When did the cartel start producing fentanyl?

9    **A.**    It was in early 2013 when I realized.

10    **Q.**    Who told you that it was the defendant's idea to

11    start manufacturing fentanyl?

12    **A.**    Several people.  But his father told me on

13    one occasion and then I confirmed that when Menchito himself

14    told me.

15    **Q.**    Did you ever see the defendant with fentanyl?

16    **A.**    Yes, once.

17    **Q.**    What did it look like?

18    **A.**    It was a blue bag --

19          **THE INTERPRETER:**  Interpreter question.

20          **THE WITNESS:**  It was a bag that had pills that

21    were blue.  It was of about 2 kilos.  He told me, Here, in

22    this bag, I have more than 5 kilograms of cocaine.  In this

23    bag there is $100,000.  That is how I saw those blue pills

24    for the first time.

25

1    **BY MS. NASEEF:**

2        **Q.**    When you say he said, "Now, in this bag, I have

3    more than 5 kilograms of cocaine," was he referring to the

4    value of that bag of pills?

5        **A.**    Yes, that was two kilos.  He was making reference

6    to the value of those two kilos.

7        **Q.**    Did the defendant tell you where he was selling

8    this fentanyl?

9        **A.**    In Chicago.  In New York.  In Ohio.  In other

10   places.  In LA.  He mentioned those places.

11       **Q.**    Did the defendant tell you anything else about why

12   the fentanyl was so much more valuable per kilogram than

13   cocaine?

14       **A.**    He didn't tell me that exactly.  He just told me

15   that he was now building an empire with the cartel with

16   fentanyl.

17       **Q.**    Did you ever help the defendant with transporting

18   money?

19       **A.**    Just once.

20       **Q.**    And when was that, approximately?

21       **A.**    It was in that same month of April, the 12th or

22   13th, or something like that.  He said to me and Tocayo, he

23   said, You are going to go to Guadalajara to pick up money.

24   I said, Okay.  Fine.

25               We went and got a little truck, a Nissan, that is

1    the one that we called that has the bars on the side.  I had

2    never seen so much money at once.  It was full of money.

3        Q.    When you say, "it was full of money," are you

4    referring to the bed of the truck?

5        A.    Yes, to the back part.

6        Q.    When you say that it had bars on the side, did

7    those bars make the bed of the truck deeper?

8        A.    Yes, it was the same level as the cabin.

9        Q.    What type of money was filling the back of that

10   truck?

11       A.    It was American money.  There were 100- and

12   50- dollar bills packed in clear plastic, all of the

13   packages.

14       Q.    Where did you pick the packages up?

15       A.    The money was coming from Guadalajara.  We picked

16   it up in Autlan.  And we brought it to Villa Purificación to

17   deliver it to Menchito.

18           MS. NASEEF:  For the record, Autlan is spelled

19   A-U-T-L-A-N.

20           THE WITNESS:  Yes.

21   BY MS. NASEEF:

22       Q.    Who did you deliver the money to in Villa

23   Purificación?

24       A.    Menchito.

25       Q.    Where did the defendant say the money was from?

1      A.   He told me where it was coming from.  From the

2  United States.  He told me, I am going to lend this money to

3  my father because he is broke right now.  And he just

4  laughed.  That's it.

5      Q.   During the month when the defendant was in

6  Villa Purificación, in 2015, did he carry any weapons?

7      A.   Yes.

8      Q.   What types of weapons?

9      A.   He would carry several things.  He would carry big

10  weapons.  He would carry weapons of large-caliber,

11  50-caliber weapons.  He would carry AR-15s, AK-47, Barrett.

12  He would carry grenade launchers -- potato launchers, how I

13  call them -- hand grenades.  All of it.

14      Q.   Not to be flippant, but obviously the defendant

15  wasn't physically carrying all of those weapons on his

16  person at one time.

17      A.   Of course not.  He would only carry his personal

18  pistol at his leg holster, and then he would also carry his

19  big rifle, the camo, with his nickname Menchito and number

20  2.  Of course he would not carry all of that arsenal with

21  him at one time.

22      Q.   Do you remember what his pistol he carried looked

23  like?

24      A.   Yeah.  It was a pistol that was gold coated.  I

25  don't know if it was completely gold, pure gold, but it was

1    shiny.

2        **Q.**    Was the whole pistol shiny or only part of the

3    pistol?

4        **A.**    No, no, just the grip and the barrel.

5        **Q.**    You mentioned that the rifle was camouflaged and

6    had nicknames on it.  Did it have any attachments that you

7    remember?

8        **A.**    Yes, potato launchers.

9        **Q.**    What is a potato launcher?

10       **A.**    Well, we call it that way.  It is a grenade

11   launcher that goes on the lower part.

12       **MS. NASEEF:**  Publishing and showing Government

13   Exhibit 367, which has been previously admitted into

14   Evidence, Page 2.

15       (Exhibit was published.)

16   **BY MS. NASEEF:**

17       **Q.**    Do you recognize the weapon depicted in these

18   photographs?

19       **A.**    Perfectly.

20       **Q.**    How do you recognize this?

21       **A.**    I had it in my hands when he showed it to me.  And

22   also when he was practicing in my mine of Paso Real, in my

23   piece of land.  It is a practice shooting for the cartel,

24   and he is really good with this weapon.

25       **Q.**    Whose weapon is this?

1    **A.**    It's Menchito's.

2    **Q.**    Turning to Page 1 of the exhibit, on the left-hand

3    side there are four smaller -- actually, I am going to

4    circle them with my finger.  Do you recognize these items?

5    **A.**    Yes, these are the bullets that this thing uses.

6    **Q.**    What thing uses those bullets?

7    **A.**    This thing that I mentioned, the potato launcher,

8    that we call.

9    **Q.**    Mr. Gomez, you can circle on the screen.  Circle

10   the thing you are referring to as a potato launcher.

11           **THE COURT:**  You just touch it with your finger.

12           **THE WITNESS:**  Okay.  (Complied.)  This one.

13   **BY MS. NASEEF:**

14   **Q.**    What are they shot out of?

15   **A.**    From here.  From this part.

16   **Q.**    Going back to Page 2, did you ever see the

17   defendant fire the gun depicted in Government's Exhibit 367

18   on the screen?

19   **A.**    Well, yes.  As I mentioned before, they were

20   shooting at 500 meters, four people.  Four of them.  And

21   Menchito was the only one that was hitting the target.

22   **Q.**    When you saw the defendant shooting this rifle,

23   could you tell if the rifle was fully automatic?

24   **A.**    Yes, he would shoot one by one.  For the target,

25   he would go one by one, and he would look at where he was

1    going to shoot.  But then after that, he moved the safety

2    lock, and then after that it went ta, ta, ta, ta.  He

3    doesn't only have one of these rifles, he has another one, a

4    little longer than this one .

5        Q.   When he removed the safety lock and pulled the

6    trigger, when did the bullets stop coming out?

7        A.   When these magazines would get finished or empty,

8    and they were 35 and 50.  This time he had a 50 one -- a 50

9    magazine.

10       Q.   So when the safety lock was off, if he pulled the

11   trigger, the bullets stopped coming out only when all 50

12   bullets were gone?

13       A.   Of course.  All the way until the bullets are

14   done, finished.

15       Q.   You mentioned and showed us where it was on this

16   gun, the grenade launcher.  Did you ever see the defendant

17   fire the grenade launcher?

18       A.   Yeah, that very same day.

19       Q.   What did he shoot the grenade at?

20       A.   An old car that was there, 50 meters' distance,

21   more or less.

22       Q.   What happened when the grenade hit the car?

23       A.   Well, it creates a demolition, it demolishes, but

24   not so much.

25       Q.   What does it sound like when a grenade hits a car?

1    A.    Pretty loud.  An explosion.  A very loud

2  explosion.

3    Q.    Well, did you ever see the defendant travel with

4  armed guards when he was in Villa Purificación?

5    A.    Only with 20 trucks, a hundred people.

6    Q.    That's the number of armed guards that he had with

7  him?

8    A.    Yes.  Yes, only a hundred that he has.

9    Q.    Did his father also have armed guards?

10    A.    Also, I don't know what the reason is that they

11  like the number hundred.  They have thousands of people, but

12  escorts they only use a hundred.

13    Q.    What type of weapons did his armed guards carry?

14    A.    Well, as I said before .50 Miniguns, Barrett,

15  AK-47, pistols, hand grenades and rocket launchers.

16    MS. NASEEF:  Can I show just the witness

17  Government's Exhibit 117 and 118?

18    THE COURT:  Are we moving to a different topic?

19    MS. NASEEF:  It would be a good time for a break,

20  Your Honor.  That would be fine.

21    THE COURT:  I was just thinking we are at 3:15 and

22  it's been two hours.  I think that's plenty of time to be

23  sitting still.

24    We will be taking a 10-minute break.

25    (Jurors exited the courtroom.)

1          (Recess from 3:15 p.m. to 3:33 p.m.)

2          (Jurors entered the courtroom.)

3              **THE COURT:**  Looks like we are all set.

4     Ms. Naseef, please proceed.

5              **MS. NASEEF:**  Yes.

6          (Exhibit displayed for the witness.)

7     **BY MS. NASEEF:**

8         **Q.**   I'm going to show you what has been marked for

9     identification as Government's Exhibit 117 and 118.  Will

10    you look at your screen.

11        **A.**   Yes.

12        **Q.**   Do you recognize the item in these two

13    photographs?

14        **A.**   Yes.

15        **Q.**   What is it?

16        **A.**   The initials for Cartel Jalisco New Generation.

17        **Q.**   Going back to Government's Exhibit 117 for the

18    witness, what is the item in this exhibit?

19        **A.**   It's a 50 caliber.

20        **Q.**   You just mentioned that the defendant's gunmen or

21    escorts carried 50-caliber weapons.  Does this photograph

22    accurately show one of the 50-caliber weapons used by

23    defendant's gunmen?

24        **A.**   Yes, those belong to his escorts.  The ones that

25    were camouflaged, all of those belonged just to Menchito.

1          **MS. NASEEF:**  Your Honor, I move to admit

2    Government's Exhibit 117 and 118 into evidence and publish

3    to the jury.

4          **THE COURT:**  Any objection?

5          **MR. COLUMBO:**  No, Your Honor.

6          **THE COURT:**  Hearing no objection, 117 and 118 are

7    admitted and may be published.

8        (Government's Exhibits 117 and 118 were admitted and

9    published to the jury.)

10         **MS. NASEEF:**  Let's publish 117 first.

11   **BY MS. NASEEF:**

12   **Q.**   I think you just said this but what about this

13   weapon, now that the jury can see it, is distinctive?

14   **A.**   Well, what is distinctive about it is that it was

15   camouflaged.  Whatever was camouflaged was only used by

16   Menchito's team.  His dad's were just typically regular

17   guns.

18   **Q.**   Turning to Government Exhibit 118 for the jury.

19   What do these four letters printed on the gun stand for?

20   **A.**   Cartel Jalisco New Generation.

21   **Q.**   I want to show the witness what has been marked

22   for identification as Government's Exhibit 132.  Do you

23   recognize this?

24   **A.**   Yes, I do.

25   **Q.**   What is it?

1    **A.**   It's AR-15.  It's camouflaged so it's Menchito's

2    with the initials and the hitman's number and a map of

3    Jalisco.

4         **MS. NASEEF:**  Your Honor, I move to admit

5    Government's Exhibit 132 and publish to the jury.

6         **THE COURT:**  Any objection?

7         **MR. COLUMBO:**  No, Your Honor.

8         **THE COURT:**  Hearing no objection, it may be

9    admitted and published.

10    (Government's Exhibit 132 was admitted and published to

11    the jury.)

12    **BY MS. NASEEF:**

13    **Q.**   You just mentioned this gun has initials on it.

14    Can you underline on the screen, without covering it up,

15    where the initials are for the jury?

16    **A.**   (Complied.)  The initials are here and the map is

17    here.

18         **MS. NASEEF:**  Let the record reflect the witness

19    underlined CJNG-79 on the left side of the photograph and

20    has circled an outline of a map on the middle of the gun.

21         **THE COURT:**  Let the record so reflect.

22    **BY MS. NASEEF:**

23    **Q.**   You already told us what CJNG stands for.  What

24    was the significance of the number 79 on a gun?

25    **A.**   So except for the low numbers -- such as number 1,

1     his dad; number 2, Menchito; number 3, Pelon -- the ones

2     closest to him have the lowest numbers.  The other numbers

3     are the of people that each hitmen has killed.

4          **Q.**    So does the number 79 on this gun signify which

5     hitman the gun belonged to?

6          **A.**    Yes.  How many people that person has killed to

7     get started.

8          **Q.**    Based on the appearance of this gun, who did

9     hitman 79 work for?

10          **A.**    This weapon is of Menchito's people because it is

11     camouflaged, as I mentioned.

12          **Q.**    You also -- before we move on from the numbers,

13     you indicated that there were some lower numbers that had a

14     different significance.  Did the man who tried to kill you

15     have a nickname that was a number?

16          **A.**    Yes, he was 20.

17          **Q.**    You circled the map on the center of the gun.  Do

18     you know what that was a map of?

19          **A.**    Yes, it is a map of Jalisco.

20          **MS. NASEEF:**  Your Honor, I would like to show the

21     members of the jury what has been marked as Government's

22     Exhibit 138.

23     **BY MS. NASEEF:**

24          **Q.**    Do you recognize this?

25          **A.**    Yes.

1      **Q.**   What is this?

2      **A.**   It's the rocket launcher with which they fought

3  down the helicopter.

4      **Q.**   Does this photograph accurately show one of the

5  rocket launchers used by the cartel?

6      **A.**   Yes.

7          **MS. NASEEF:**  I move to admit Government's Exhibit

8  138.

9          **MR. COLUMBO:**  Objection.  Foundation, Your Honor,

10  with regard to the specific rocket launcher used in this

11  event.

12          **THE COURT:**  I see.  Because that wasn't the

13  specific question, that's actually just what he said.

14          So, do you want to -- if you could just explore

15  that, if you want.

16          **MS. NASEEF:**  Yes, Your Honor.

17  **BY MS. NASEEF:**

18      **Q.**   If you could just answer the question I am asking,

19  Mr. Gomez.  Does this photograph accurately show one of the

20  rocket launchers used by the cartel?

21      **A.**   Yes.

22      **Q.**   Do you know if this specific rocket launcher, as

23  opposed to another rocket launcher, was the one used to

24  shoot down the helicopter?

25      **A.**   Yes, because they ordered me, afterwards, to pick

54

1    up all of those weapons.

2              MS. NASEEF:  Your Honor, I move to admit

3    Government's Exhibit 138 into evidence and publish to the

4    jury.

5              THE COURT:  Any objection?

6              MR. COLUMBO:  No, Your Honor.

7              THE COURT:  Hearing no objection, Government's

8    Exhibit 138 is admitted and may be published.

9         (Government's Exhibit 138 was admitted and published.)

10   **BY MS. NASEEF:**

11        **Q.**   What is uniquely identifying about the appearance

12   of this rocket launcher?

13        **A.**   The camouflage and the insignia.

14        **Q.**   What insignia does this rocket launcher have on

15   it?

16        **A.**   Cartel Jalisco New Generation, as all camouflaged

17   weapons have.

18        **Q.**   Does it have a number on it?

19        **A.**   Twenty-one.

20             MS. NASEEF:  I would like to show the witness what

21   has been marked for identification as Government's Exhibit

22   159.

23        (Exhibit displayed.)

24   **BY MS. NASEEF:**

25        **Q.**   Do you recognize this?

1       **A.**    Yes, it's a bullet of those that I picked up as

2    well.

3            **MS. NASEEF:**  I move to admit Government's Exhibit

4    159 and publish to the jury.

5            **THE COURT:**  Any objection?

6            **MR. COLUMBO:**  No, Your Honor.

7            **THE COURT:**  Hearing no objection, 159 will be

8    admitted and may be published.

9        (Government's Exhibit 159 was admitted and published.)

10   **BY MS. NASEEF:**

11      **Q.**    You referred to this as a bullet, but what does

12   this go with?

13      **A.**    It is launched with a rocket launcher.  I picked

14   up two rocket launchers and their bullets.

15      **Q.**    And is this the type of ammunition launched by the

16   rocket launcher depicted in Exhibit 138 that I just showed

17   you?

18      **A.**    Yes.

19      **Q.**    Did you ever see the defendant's gunmen fire

20   rockets from rocket launchers like this?

21      **A.**    Those who usually carry them, yes.  Him using that

22   one, no.

23      **Q.**    But you saw the defendant's gunmen fire rockets

24   like this.

25      **A.**    Yes.

1    **Q.**    What happened when one of these rockets was fired

2    and hit something?

3    **A.**    Well, it creates a lot of demolition, a lot of

4    debris.  They would launch them against a little hill or

5    something, it would create a great pigsty.  Excuse the term

6    used.

7            **MS. NASEEF:**  Let's show the witness what has been

8    marked for identification as Government's Exhibit 216.

9        (Exhibit displayed.)

10   **BY MS. NASEEF:**

11   **Q.**    Do you recognize this?

12   **A.**    Yes.

13   **Q.**    What is this?

14   **A.**    It's an AR-15 as well.  It also has an addition,

15   which was a sight for long distance, as well as the

16   insignia.

17           **MS. NASEEF:**  Your Honor, I move to admit

18   Government's Exhibit 216 into evidence and publish to the

19   jury.

20           **THE COURT:**  Any objection?

21           **MR. COLUMBO:**  Your Honor, foundation.  He

22   described what's in the picture.  He hasn't explained how he

23   knows what it is.

24           **THE COURT:**  Could you establish a foundation for

25   that?

1          **MS. NASEEF:**  Yes, Your Honor.

2     **BY MS. NASEEF:**

3          **Q.**   You mentioned it has the insignia on it.  What is

4     the insignia that is on this weapon?

5          **A.**   Cartel Jalisco New Generation.

6          **Q.**   Does this photograph accurately show one of the

7     AR-15s used by the cartel's gunmen?

8          **A.**   Of course it does.  As I said earlier, all the

9     weapons that were camouflaged were used by Menchito's

10    people.

11         **MS. NASEEF:**  Move to admit Government's Exhibit

12    216 and publish.

13         **MR. COLUMBO:**  Again, I would object.  Foundation,

14    Your Honor.

15         **THE COURT:**  Okay.  Let me talk to you.

16         (Sidebar discussion.)

17         **THE COURT:**  I will hear your position.

18         **MR. COLUMBO:**  Your Honor, I haven't heard any

19    foundation as to how this particular witness would know that

20    this particular weapon that is in the photograph was used by

21    one of the -- I guess the guards for Mr. Oseguera Gonzalez.

22         **THE COURT:**  He said the only person in the CJNG

23    who he knew that carried guns that were camouflaged was the

24    defendant.

25         **MR. COLUMBO:**  Okay.

1          **THE COURT:**  I don't know what other foundation you

2     would want other than that.  You can keep objecting.  We can

3     have him keep repeating that it was only this defendant

4     whose gunmen had camouflaged rifles.  And we could do it

5     again and again and again.  But I don't know if that is

6     something you want repeated again and again and again or if

7     it was missing something in what you were concerned about in

8     terms of the foundation.

9          **MR. COLUMBO:**  I suppose my other question would

10    be, Your Honor, is whether this is another one that he had

11    picked up.

12          **THE COURT:**  He would say that.

13          **MR. COLUMBO:**  Yes.

14          **THE COURT:**  You can ask him on cross.

15          **MR. COLUMBO:**  Very well, Your Honor.

16          **THE COURT:**  Do you want me to rule on your

17    objection or are you withdrawing?

18          **MR. COLUMBO:**  I will withdraw, Your Honor.

19        (Sidebar discussion concluded.)

20          **THE COURT:**  Okay.  With the objection withdrawn,

21    Government's Exhibit 216 is admitted and may be published.

22        (Government's Exhibit 216 was admitted and published.)

23    **BY MS. NASEEF:**

24        **Q.**   What is on this gun?

25        **A.**   A sight.

1    **Q.**    And what is a sight used for?

2    **A.**    For precision and long-distance shooting.

3         **MS. NASEEF:**  I'd like to show the witness what has

4    been marked for identification as Government's Exhibit 351.

5         (Exhibit displayed.)

6    **BY MS. NASEEF:**

7    **Q.**    Do you recognize this?

8    **A.**    Yes.

9    **Q.**    What is this?

10   **A.**    It's a fragmentation grenade.

11   **Q.**    Did the defendant carry guns like this?

12   **A.**    Of these, yes.  And the others, the black one.

13        **MS. NASEEF:**  Your Honor, I move to admit

14   Government's Exhibit 351 and publish to the jury.

15        **THE COURT:**  Any objection?

16        **MR. COLUMBO:**  No, Your Honor.

17        **THE COURT:**  Hearing no objection to Government's

18   Exhibit 351, it is admitted.

19        (Government's Exhibit 351 was admitted and published.)

20   **BY MS. NASEEF:**

21   **Q.**    How did the defendant's gunmen carry these

22   grenades?

23   **A.**    Here, in that.  And some crazy guys would hang

24   them around their neck.

25   **Q.**    Did you ever see a grenade like this used?

1        A.    Yes, sometimes.

2        Q.    What happened when this type of grenade was used?

3   What happened when these grenades are used?

4        A.    It makes a large explosion and fragments are

5   disbursed everywhere.

6        Q.    Do you know why the defendant traveled with armed

7   guards?

8        A.    Yes, for his security.

9        Q.    Who were they protecting him from?

10       A.    Well, above all, the government, the marines.

11       Q.    What would the government or the marines do if

12   they found the defendant?

13       A.    Well, you can imagine they had already

14   been -- they were almost able to catch his father.

15       Q.    Were these armed guards protecting the defendant

16   from being captured?

17       A.    We all protected him.

18       Q.    Did the cartel have any enemies other than the

19   government?

20       A.    Yes, it had enemies; the Cartel of Santa Rosa de

21   Lima, Los Caballeros Templarios, the Zetas and Sinaloa.

22       Q.    Are those all drug trafficking organizations in

23   Mexico?

24       A.    Yes, but they are small now.

25       Q.    Are all of them small now or just some of them

```
1    small now.

2         A.    All of them are small compared to the Cartel

3    Jalisco New Generation.

4         Q.    Were they small in 2015 or...

5         A.    They were small as of 2012.

6         THE COURT:  Did I understand you to say that they

7    were small as of 2012, but now they are small compared to

8    the CJNG?

9         THE WITNESS:  Yes, that is what I was referring

10   to.  The CJNG are the big bosses, the big cartel.  The

11   others are many, they are many groups, but they are small

12   groups.  CJNG is a large group, a solid cartel.

13   BY MS. NASEEF:

14        Q.    Did you ever see the defendant with drugs that

15   appeared to be for personal use?

16        A.    Well, not exactly.  Only once I saw him with a

17   kilo of cocaine in his truck, but I never saw him using it.

18   And he said, Don't tell my father, yes, that it is there.

19   Because his father didn't like him using drugs and didn't

20   like anybody in the group to use drugs.

21        Q.    During the month that you spent with the defendant

22   in 2015 what, if anything, did the defendant tell you about

23   his motivations to work with his father?

24        A.    Well, there were few words but the ones that I

25   most remember is that he was going to build the Cartel
```

1    Jalisco New Generation into an empire.  He said that the

2    Cartel Jalisco might have been called old-school in the

3    past, but he is the one who called it "New Generation."  He

4    is an extremely smart guy, honestly.

5        Q.   Did you ever see the defendant ever wear expensive

6    jewelry and watches?

7        A.   Only at my wedding.  He was wearing a watch that

8    had the map of Jalisco.  Every day he was always

9    well-dressed and he liked nice things.

10       Q.   You mentioned your wedding a couple of times.

11   When was your wedding?

12       A.   It was on April 24th.  And we were all very happy

13   on that occasion.  There were a lot of pretty girls.  There

14   was one in particular that caught his eye, and he spent the

15   whole party dancing with her.

16       Q.   You mentioned the 24th of April.  What year was

17   that?

18       A.   2015.

19       Q.   And is April 2015 the month we've talked about a

20   lot today?

21       A.   Yes.  That day is unforgettable -- that month.

22           **MS. NASEEF:**  I would like to show the witness what

23   has been marked for identification as Government's Exhibit

24   360.

25           (Exhibit displayed.)

1    BY MS. NASEEF:

2         Q.    Do you recognize the items in this photograph?

3         A.    They are my radios of the police.

4         Q.    And does this photograph accurately show the

5    police radios that you used?

6         A.    Yes.  I had communication for everything.  And I

7    gave them those radios, and that is how -- they would listen

8    to everything that was happening in the area.  At all the

9    ranches, all the ranchers had radios, and I would just share

10   over the radio, you know, the government is there, letting

11   them know that the government is at such-and-such location,

12   and that is how they would know.

13        Q.    Mr. Gomez, I'm sorry I interrupted you with my

14   hand.  But just take pauses for the interpreters to

15   translate what you are saying.

16        A.    I apologize.  Yes.

17             MS. NASEEF:  I move to admit Government's Exhibit

18   360 and publish.

19             THE COURT:  Any objection?

20             MR. COLUMBO:  No objection, Your Honor.

21             THE COURT:  With no objection, 360 will be

22   admitted and may be published.

23        (Government's Exhibit 360 was admitted and published.)

24   BY MS. NASEEF:

25        Q.    Why did you use radios to communicate at that

1    time?

2        A.    We use the radios in that manner and they would be

3    able to know what is going on in realtime, to know the

4    government's movement.  All they had to do was listen.  They

5    didn't have to use them themselves, but that' the way we

6    kept control of everything.

7        Q.    When you say "they" would be able to know the

8    government's movements and "they" could just listen, who is

9    the "they" that you are referring to?

10        A.    Menchito's escorts, as well as his father's.

11        Q.    When you communicated on these radios, did you use

12    coded language?

13        A.    Yes.  Villa Purificación is mainly cattle ranching

14    land.  We would just say over the radio, The cow's are over

15    in so-and-so's pasture or in X or Y's pasture.  So they

16    would know exactly where the government was without having

17    to be explicitly told.

18        Q.    When you were referring to the "cows" in those

19    communications, what did that mean?

20        A.    The soldiers or the marines.  We couldn't call

21    them the green ones or the ducks, because they already know

22    the terminology; that's why we call them the marines.  But

23    since we always had cattle there, that's what we could use.

24        Q.    You mentioned the slang terms "the green ones" or

25    "the ducks," and you said that they already knew those

1    terms.  What did those terms refer to?

2         A.    Well, "the green ones" were specifically the

3    soldiers and "the ducks" were the marines that are in the

4    water.

5         Q.    You mentioned previously that you helped Mencho

6    escape capture five times.  Was the defendant ever present

7    during one of those capture attempts?

8         A.    Out of the five times, only the last one.

9         Q.    What was the date that last time?

10        A.    May 1st, 2015.

11        Q.    Did you talk to the defendant that day?

12        A.    That was on the last call that I had with them

13    that day.

14        Q.    Where were you when you got the call from the

15    defendant?

16        A.    I was at the hospital in Guadalajara.

17        Q.    When you got the call from the defendant, were you

18    able to recognize his voice?

19        A.    Of everyone who was on board that vehicle, yes.

20        Q.    When you say you were able to recognize everyone's

21    voice in the vehicle, how were you able to hear multiple

22    people in the vehicle at one time?

23        A.    (Began to answer.)

24        Q.    Mr. Gomez, please let the interpreter interpret.

25        A.    As I said before, I was receiving information in

1    realtime.  And so they put it on the loud speaker, and this

2    was already done.  Menchito was there, Pelon, my godfather

3    Cuate and Abram in the early morning hours.

4            All of them were there.  They were already out of

5    danger, but they were upset.  And they ordered me to contact

6    everyone that I had communication with and to knock down

7    bridges and set up checkpoints, block roads, burn down banks

8    and the oxes.  They wanted Jalisco to burn.

9        **Q.**    Let's walk through the voices you heard on that

10   call.  We talked about Mencho and the defendant.  Who was

11   Pelon?

12       **A.**    Pelon is Menchito's half brother.

13       **Q.**    Did he have another nickname as well?

14       **A.**    Just 3 and Pelon.

15       **Q.**    Who was Cuate?

16       **A.**    Cuate is one who is beloved by all of them, by all

17   of them.  He was also my godfather.  We always got along

18   quite well.  I don't know if he's been killed already, but

19   we always got along.

20       **Q.**    And who was Abram?

21       **A.**    Abram is the brother of his uncle -- I'm sorry.  I

22   mean, his father's brother.

23       **Q.**    Abram is Mencho's brother?

24       **A.**    Yes.

25       **Q.**    Do you know what Pelon's real name was?

1        **A.**    Juan Carlos.

2        **Q.**    You said that they gave you a lot of orders on

3    that call; that they wanted Jalisco to burn.  Did the

4    defendant himself give you any orders on that call?

5        **A.**    Yes.  He was the main one talking.  He said, you

6    know, shoot down the helicopter.  Let them send

7    reinforcement to the soldiers.  They wanted to break

8    everything up.  He said, you know, Fuck everything up.  I'm

9    sorry to use that word, but that is what he said.

10       **Q.**    Did the defendant say where the helicopter was

11   when he told you to shoot it down?

12       **A.**    It was on top of them, well, of their escorts,

13   because they were already somewhere else.

14       **Q.**    Were they -- was the car with the defendant and

15   his father leaving the area when they called you?

16       **A.**    Yes, that was the only place where they could

17   communicate over the phone, because after that is just pure

18   mountain, and there would be no more contact.

19       **Q.**    Did you pass on the defendant's order to shoot

20   down that helicopter?

21       **A.**    As I said before, all orders that they gave had to

22   be obeyed.  So I pass along the order that they gave.  They

23   called the hospital and immediately I passed it along.

24       **Q.**    Why did all orders that --

25            **THE INTERPRETER:**  Interpreter would like to

1    correct.

2              **THE WITNESS:**  They nearly destroyed the hospital

3    that I was in.

4    **BY MS. NASEEF:**

5         **Q.**  Why did the orders that the defendant gave have to

6    be obeyed?

7         **A.**  Because we all had to obey them, because if not,

8    they would kill our families.  And how they say it, If not

9    even the dogs themselves will kill us.

10        **Q.**  I'm not sure that saying translates into English

11   very well.  What was the saying you said that they would

12   say?

13        **A.**  When they threaten you to do something and you

14   don't do it, they will kill you, all of your family,

15   everything you have, even the animals, the dogs that you may

16   have.

17        **Q.**  Did you return to Villa Purificación?

18        **A.**  Yes.  As I said before, I was very sick.  I had an

19   infection in 50 percent of my lungs.  So they ordered me

20   that I had to return to Villa Purificación to face -- well,

21   everything that was happening.  They said, How is it

22   possible that you are not there to face everything that is

23   happening?  So they order for me to go.

24        **Q.**  And when you returned to Villa Purificación, did

25   you see the place where the helicopter crashed?

1    **A.**    Yes, I went to the place where they shot down the

2    helicopter.  I was ordered to pick up all the weapons.

3    Because when that happened, they had left all the weapons

4    there.  They also ordered me to pick up all of the injured

5    people, because some were left there injured.

6        As sick as I was, I had to go there.  And I got

7    even to the very last one of their injured people to take

8    them out of there and take them to the place they ordered

9    me.

10    **MS. NASEEF:**  Can I show the witness what has been

11    marked for identification as Government's Exhibit 100, 102

12    and 103?

13    (Exhibits displayed.)

14    **BY MS. NASEEF:**

15    **Q.**    Mr. Gomez, if you can look at your screen, please.

16    Do you recognize these photographs?

17    **A.**    Yes.

18    **Q.**    What are they of?

19    **A.**    The helicopter fragments where it fell.

20    **Q.**    Do these photographs accurately show what the

21    scene looked like when you saw it?

22    **A.**    Yes.  It shows many of the pieces, how they were.

23    And I was there after that.

24    **MS. NASEEF:**  I want to move to admit Government's

25    Exhibits 100, 102 and 103 and publish to the jury.

 1          **THE COURT:**  Any objection?

 2          **MR. COLUMBO:**  No, Your Honor.

 3          **THE COURT:**  Hearing no objection, 100, 102 and 103

 4   will be admitted.

 5        (Government's Exhibits 100, 102 and 103 were admitted

 6   and published.)

 7          **MS. NASEEF:**  Ms. Ancalle Jimenez, can you, please,

 8   scroll through these three exhibits for the jury?

 9          **MS. NASEEF:**  I'd like to show the witness what has

10   been marked for identification as Government's Exhibit 106

11   and 108.

12        (Exhibits were displayed.)

13   **BY MS. NASEEF:**

14      **Q.**   Do you recognize these photographs?

15      **A.**   Yes.

16      **Q.**   And what are they of?

17      **A.**   They are of the pickup truck of that man.

18      **Q.**   Of what man?

19      **A.**   Of Mr. Mencho.

20      **Q.**   Did you see these pickup trucks when you returned

21   to Villa Purificación?

22      **A.**   Yes, most of them.  And some of them we,

23   ourselves, picked them up.

24      **Q.**   Do these photographs accurately show what Mencho's

25   men's trucks looked like when you got back to Villa

1    Purificación?

2        **A.**    Yes.

3            **MS. NASEEF:**  Your Honor, I move to admit

4    Government's Exhibit 106 and 108 and publish to the jury.

5            **THE COURT:**  Any objection?

6            **MR. COLUMBO:**  No, Your Honor.

7            **THE COURT:**  Hearing no objection, 106 and 108 may

8    be admitted and published.

9        (Government's Exhibits 106 and 108 were admitted and

10   published.)

11   **BY MS. NASEEF:**

12       **Q.**    On Government's Exhibit 108, what is the black

13   thing that is mounted in the back of this truck?

14       **A.**    It's a turret they themselves make to protect

15   themselves.

16       **Q.**    Did they use it with this particular type of

17   weapon?

18       **A.**    Yes, the turrets always had big weapons and also

19   the Miniguns.

20       **Q.**    Can you show us -- circle on the photograph where

21   the .50 Barrett or Minigun would be placed on the turret to

22   be used?

23       **A.**    In this area.  And here are the cartridges.

24            **MS. NASEEF:**  Let the record reflect that the

25   witness has circled the top of the black turret in the back

1    of the truck, on Government's Exhibit 108, and the

2    cartridges on the left-hand side of the bed of the truck.

3          **THE COURT:**  Let the record so reflect.

4    **BY MS. NASEEF:**

5       **Q.**   Turning back to Exhibit 106, do you recognize this

6    road that the truck is on?

7       **A.**   Of course.  It is the road that takes you to

8    Villa Vieja.

9       **Q.**   Would you be able to show everyone where the

10   tractor and helicopter are?

11      **A.**   Of course.

12         **MS. NASEEF:**  Your Honor, may I approach the

13   witness?

14         **THE COURT:**  Yes, you may.

15         **THE WITNESS:**  May I wear my glasses?

16         **THE COURT:**  Yes, you may.

17         **THE WITNESS:**  With so many blows to my head, I can

18   hardly see.

19         **MR. COLUMBO:**  Objection, Your Honor.

20   Non-responsive.

21         **THE COURT:**  Overruled.

22         **MS. NASEEF:**  One second, Mr. Gomez.

23   **BY MS. NASEEF:**

24      **Q.**   So we can tell the difference between your two

25   markings, can you put a small cross where the helicopter

1    was, first.

2         **A.**    Okay.

3         **Q.**    Mr. Gomez, I know the print on the map is small.

4    I apologize.  Maybe if you start by circling the town you

5    mentioned, Villa Vieja.

6         **A.**    Yes, Villa Vieja is right here.  (Complied.)

7         **Q.**    Take your time but if you can locate approximately

8    where the helicopter was and mark that with a cross.

9         **A.**    The road was here.  The truck was here.  And the

10   helicopter was on this side.

11        **Q.**    Okay.  And, Mr. Gomez, did you put a cross where

12   the helicopter was?

13        **A.**    Yes.

14        **Q.**    Okay.  And then maybe just a checkmark where the

15   truck was, just so we can tell the two apart.

16        **MS. NASEEF:**  Your Honor, may I approach the

17   witness with the map?

18        **THE COURT:**  Yes.

19        (Discussion off the record between Ms. Naseef and

20   defense counsel.)

21        **THE COURT:**  While the lawyers are talking, if you

22   would like to stand up and stretch your legs, feel free to

23   do that.

24              Are you ready to proceed?

25        **MS. NASEEF:**  Yes, Your Honor.

1          Your Honor, I move to admit what has been marked

2     as Government's Exhibit 105-A, with the witness's markings

3     on it, and publish to the jury on the ELMO.

4               **THE COURT:**  Any objection?

5          **MR. COLUMBO:**  No objection, Your Honor.

6               **THE COURT:**  Hearing no objection, 105-A will be

7     admitted and may be published.

8          **MS. NASEEF:**  Your Honor, I'm embarrassed to say

9     this, could I ask Ms. Ancalle Jimenez to assist?  I haven't

10    used an ELMO in a long time.

11              **THE COURT:**  Mr. Coates, can you assist Ms. Naseef

12    focus the ELMO?

13              **DEPUTY CLERK:**  (Complied.)

14              **THE COURT:**  This is old technology, affectionately

15    called by trial lawyers, "The ELMO".

16    **BY MS. NASEEF:**

17    **Q.**   Okay.  Mr. Gomez, so this spot here that you

18    marked with the cross, what was there when you got back to

19    the Villa Purificación?

20    **A.**   Everything of the helicopter was there.

21    **Q.**   Is that the stuff you just showed us in Government

22    Exhibits 100, 101 and 103?

23    **A.**   Yes.

24    **Q.**   This mark right here, what does that checkmark

25    indicate?

1      **A.**   They left the truck there, so that's where the

2    truck was.

3      **Q.**   And what is this town you have circled?

4      **A.**   It's a small ranch called Villa Vieja.  The next

5    little ranch that is next to it is Paso Real.

6      **Q.**   Which direction is Paso Real from Villa Vieja?

7      **A.**   It's this highway that goes this way.  This is

8    Paso Real ahead and the area where the helicopter was.  The

9    whole hill burned.  Everything was lit up.

10      **MS. NASEEF:**   Your Honor, let the record reflect

11    the witness indicated that the town of Paso Real was to the

12    right or east of Villa Vieja on the map.

13         **THE COURT:**   Is Paso Real a ranch or a town?

14         **THE WITNESS:**   It's a ranch.  I have a property

15    there, that I have 1,200 hectares, and it's in that

16    direction.  On that property I had, that is where they often

17    did target shooting, and that is where they often would go

18    there.  And that is where they went that time.

19    **BY MS. NASEEF:**

20      **Q.**   In your experience working with the cartel, was

21    violence used to enforce discipline?

22      **A.**   You have no idea.  Of course.  Yes.

23      **Q.**   Did you ever personally see the defendant kill

24    anybody?

25         **MS. NASEEF:**   Your Honor, I ask the interpreter not

1    to translate that.

2              **THE COURT:**  Okay.  Do not translate that.

3              **MS. NASEEF:**  Mr. Gomez, please just answer the

4    question I just asked you.

5              **THE COURT:**  I can't remember whether these jurors

6    speak Spanish, but if you did, strike that.

7    **BY MS. NASEEF:**

8      **Q.**   Did you, yourself, ever see the defendant kill

9    anybody?

10     **A.**   Six people.

11             **MR. COLUMBO:**  Objection, Your Honor.

12             **THE COURT:**  Okay.  Let's talk.

13        (Sidebar discussion.)

14             **MR. COLUMBO:**  Your Honor, two things.  One, the

15   statement that wasn't translated, I believe he said that the

16   defendant killed a thousand people.

17             **THE COURT:**  I didn't understand what it was.

18             **MS. NASEEF:**  I think he said a hundred but,

19   Your Honor, I stopped the interpretation to not get on the

20   wrong side of that detail.

21             **THE COURT:**  Right.  Okay.

22             **MR. COLUMBO:**  But, Your Honor, there are jurors

23   who can understand Spanish.  As I looked, there was two that

24   responded.  And although Your Honor struck it, I think

25   that's a bell that can't really be unrung.

1          Second, though, is this has not been provided to

2     the defense.  No notice of this, pursuant to 404(b), has

3     been provided with regard to six murders and I would move to

4     exclude this testimony.

5          **MS. NASEEF:**  Your Honor, notice has been provided.

6     Well, first, let me address the first part.  First of all,

7     every member of this jury answered that they could follow

8     your directions on the law, when you gave them to them.  And

9     you just instructed the jurors, who spoke Spanish, to strike

10    that.

11         If defense counsel would like a further curative

12    instruction, we can come up with that language right now or

13    at the end of the day or any other time, Your Honor.  I

14    didn't elicit the testimony and I stopped it from being

15    interpreted.

16         Your Honor, I can clear this up.  I don't know if

17    we need the exact docket number.  But when the defendant

18    moved to exclude the 404(b) motion, in our opposition to the

19    Motion to Exclude, we specifically said the defendant

20    personally murdered seven people.  These are six of those

21    people.

22         We said two of the people were shot.  We did not

23    say how the other five people were killed, because we did

24    not want to be so specific as to reveal the identity of our

25    witness at that time.

1          One of the people who was shot, that testimony

2     already came in through Oscar Nava Valencia.  One of the

3     other people who were shot, the evidence will come through

4     this witness.  And the five people who were killed, not by

5     being shot but through another method, will also come in

6     through this witness.

7          Your Honor's 404(b) order made it very clear

8     that -- you know, you ordered X-number of people or his

9     bragging about that, could not come in; that evidence of

10    specific murders that were witnessed by the witnesses and

11    are shown to be in furtherance of the drug trafficking

12    conspiracy are admissible.

13         And, Your Honor, if the witness is allowed to

14    continue testifying, he would explain that five of the

15    murders were because people owed drug debts to the cartel,

16    and one of the murders was because a man did not follow his

17    orders.

18         **MR. RONIS:**  Your Honor, I might add, I speak

19    Spanish quite well, and I believe I heard a thousand people

20    killed by the defendant.

21         **MS. NASEEF:**  We can ask the interpreters if a

22    difference is left in seconds?

23         **THE COURT:**  Okay.  I will hear from you,

24    Mr. Columbo.

25         **MR. COLUMBO:**  Your Honor, I was under the same

1      impression that you were -- that there was going to be

2      testimony in relation to two murders, that witnesses

3      personally saw Mr. Oseguera carry out.  And that was the

4      totality of the violence that was going to be introduced.

5          There was another event with regard to drowning

6      individuals, which we thought got --

7          **THE COURT:**  Can I just clarify that.  In my

8      memorandum and opinion, which is docketed at ECF-167,

9      Page 9, I specifically talk about "witnesses are further

10     expected to testify that defendant personally killed at

11     least seven people, including two with a firearm:  And that

12     rebel rival DTO, a subordinate who disobeyed defendant's

13     orders, and five men who owed defendant money."

14         I wasn't keeping out any bravado, which I thought

15     was right, whatever, about him killing hundreds of people or

16     any sort of general discussion of murder that were not tied

17     to specific drug trafficking activity in parts of the

18     conspiracy.  So I'm not sure there were also these other two

19     specific murders, but that is also in my opinion, so...

20         If it's murders in connection with the furtherance

21     of the conspiracy and to enforce discipline, that comes in

22     under my 404(b), not general comments about how many people

23     he may have murdered for whatever reason.  So that was the

24     reasoning for my 404(b) decision, for better or for worse.

25         With respect to any particular jurists, are there

1    additional instructions you want me to give to them other

2    than the fact that I told them to strike it from their mind;

3    it's not part of the record; and they are not allowed to

4    depend on it?  I can do that.  I can get a little bit more

5    of a limiting instruction.

6         MR. COLUMBO:  I'd prefer an additional limiting

7    instruction, Your Honor.

8         THE COURT:  Okay.

9         MR. COLUMBO:  In addition, I would add -- I would

10   move under 404(b) for these murders -- there is no

11   corroboration for any of what this witness is going to say.

12   I think it lacks trustworthiness --

13        THE COURT:  You haven't actually heard it yet

14   but...

15        MR. COLUMBO:  I would move, in addition, under

16   404(b), Your Honor.

17        THE COURT:  Okay.  For the reasons I've already

18   laid out in my memorandum and opinion, that is denied,

19   because this is coming in in the context of enforcing

20   discipline in connection with the cartel business.  And for

21   that reason, it would come in both under 404(b) and 403.

22        And I will give them an additional limiting

23   instruction to jurors who may understand Spanish, with

24   respect to that other statement, which I still don't know

25   precisely what it was.

1          And quick thinking on your part, Ms. Naseef, to

2    stop the interpreter from translating it, for those of us

3    who did not have any idea what she was about to say.

4          All right.  Anything else before we leave the

5    phones?

6          **MR. COLUMBO:**  No, Your Honor.  Thank you.

7          **MR. RONIS:**  Wait, Your Honor.  For the record and

8    outside the presence of the jury, can we at least get the

9    interpreter's words?

10         **THE COURT:**  When they excuse the jurors at the end

11   of the end of the day or now?

12         **MR. RONIS:**  No, no, the end of the day.

13         **THE COURT:**  Just remind me, how many of you have

14   some fluency in Spanish?

15         (Jurors answered by a show of hands.)

16         **THE COURT:**  So you know from my original

17   instruction that you must rely only on the English

18   interpretation of things that are said.  You may not rely on

19   any Spanish you may understand differently or anything

20   Spanish you hear that is not admitted in this record.  That

21   is my instruction to you.  You must all decide this case

22   based on the same evidence, and that is the only thing that

23   is fair in this case.

24         So I am instructing you that if you heard

25   something said of the witness in Spanish, and if you

1    understood it, and if I told you not to listen to it because

2    I instructed the interpreter not to interpret it, so it is

3    not part of this record, you are instructed to strike that

4    from your minds, and you are not to rely on it during the

5    course of deliberations.  And you are not to share what you

6    heard with any other person, including members of the jury.

7            All right.

8            **MS. NASEEF:**  Your Honor, I would just like to

9    note, 'cause I just looked at the clock and the next part of

10   his testimony will take more than 10 minutes.  Do you want

11   me to continue now, even though it will go past 5:00 or --

12           **THE COURT:**  No, we'll take our break now.

13           Do not talk about the case among yourselves or

14   with anybody else.  And I will see you at 9:00 tomorrow

15   morning to resume with this witness on direct examination.

16       (Jury exited the courtroom.)

17           **MS. NASEEF:**  Your Honor, could you let the witness

18   be excused?

19       (Witness stepped down.)

20           **THE COURT:**  For those of us who don't speak

21   Spanish, could the interpreter -- I can't remember which one

22   of the three of you was doing the interpreting.  What was

23   the interpretation of what the witness testimony was that

24   Ms. Naseef stopped in a nick of time?

25           **THE INTERPRETER:**  He did say that he had ordered a

1    thousand people, but personally he only knew of him killing

2    six.

3            **THE COURT:**  Okay.  So that's for clarity on the

4    record.

5            **MR. COLUMBO:**  Yes, Your Honor.  If I might be

6    heard briefly.

7            Dispute Your~Honor's limiting instruction --

8            **THE INTERPRETER:**  Your Honor, I'm sorry.

9    Correction.  He did say, I have heard that he had killed a

10   thousand people.  Heard.  And then that personally the

11   number six.  Heard.

12           **MR. COLUMBO:**  That doesn't change what I am going

13   to request, Your Honor.  In light of what was said with

14   regard to him hearing that Mr. Oseguera killed a thousand

15   people or ordered a thousand people killed, even despite

16   Your~Honor's limiting instruction, I don't think that is the

17   type of information that could be stricken from a juror's

18   mind.  And I think a mistrial is appropriate as a result.  A

19   thousand people is quite shocking.  I demonstrated, I think,

20   over two days of cross-examination with the government's

21   witnesses, and they admitted to 200.  And now we are talking

22   a thousand that at least four or five jurors, who are fluent

23   in Spanish, heard.

24           I don't think it is something that can be unrung

25   with a limiting instruction.  Although I appreciate

1    Your~Honor's limiting instruction.  I think it was properly

2    given.  It was strongly worded.  However, in spite of that,

3    I just don't think that that is the type of information that

4    can be struck out of a juror's mind and that bell unrung.

5        **MS. NASEEF:**  Your Honor, first of all, we didn't

6    ask for reconsideration of 404(b) because we didn't think it

7    was necessary.  However, now that all of our witnesses have

8    been disclosed, so protecting their identity with the

9    details is not so important.

10        We have multiple witnesses that would testify

11    about their firsthand knowledge of how all of these many

12    murders were ordered.  For example, Mr. Jesus Contreras

13    Arceo saw the notebooks where they kept ledgers of the names

14    of the people that were ordered murdered by the defendant

15    and his father and who carried out the murder and when.  He

16    would testify about those ledgers, if he took the stand.

17        We're not seeking to admit that testimony right

18    now.  But I actually do think that there is personal

19    knowledge, foundation could be established evidence for the

20    defendant ordering thousands of murders.  We have that

21    evidence.  We could argue about putting that evidence on.

22    We are not arguing about putting that evidence on in this

23    case.

24        However, for that reason, I do not think it is

25    appropriate to have a mistrial, in addition to the fact that

1    every juror in that box said they would follow your

2    instructions and you just gave a very clear limiting

3    instruction.

4        It's also not even clear, although multiple

5    people -- I don't have an exact count, but multiple people

6    did raise their hand to say they understand some level of

7    Spanish.  We don't even know how many of them heard or

8    understood or what they understood of what was said.  I

9    don't know if these are people that are fluent Spanish

10   speakers or would have mixed up a thousand and a hundred

11   like I just did.

12       **THE COURT:**  All right.  Do you want to respond?

13       **MR. COLUMBO:**  Well, just briefly, Your Honor.

14       The fact that the government might have evidence

15   that they chose not to disclose, not to provide notice of,

16   really doesn't make any difference here.  It's not relevant.

17       What is relevant is what the impact of four or

18   five jurors who did raise their hand and respond that they

19   could understand Spanish, the effect on them and whether

20   they could put something as shocking and Mr. Oseguera

21   Gonzalez ordering a thousand murders out of their mind

22   during jury deliberations.

23       **THE COURT:**  Well, before I would declare a

24   mistrial and waste three days of trial and all of these

25   witnesses, I will tell you I would inquire of each of those

1    jurors who raised their hand, whether they even heard it.

2    Because I think a lot of them, they wait for the English

3    interpretation.  So who knows how much they heard.

4         I don't even think I need to do that.  It hasn't

5    even been requested.  I am going to find out whether any of

6    them actually heard anything, and precisely what they did

7    hear.

8         I am going to deny the motion for a mistrial

9    because in the context of this case, where we have heard

10   that these cartels for year, after year, after year engaged

11   in violence, engaged in shooting other people and murdering,

12   you know, murders, dismemberment, disfigurement -- to quote

13   you, Mr. Columbo, who brought it off very effectively on

14   cross-examination -- that hearing and if they did hear that

15   this defendant was rumored based on what the interpreter

16   said this witness "heard" that he may have killed up to

17   1,000 people, I don't think that that's as shocking as if

18   this were some other kind of trial.  They are actually,

19   also, already going to hear about the fact that the

20   defendant had a whole bunch of guards that they had.  You

21   know, the cartel itself had a group of 12 people who did

22   special projects.  And I heard this witness say, Yes, they

23   were policemen but they were also hitmen.  I mean, what are

24   they doing with 12 hitmen?  I don't think with that

25   testimony, that hearing that this defendant or a cartel,

1    generally, were responsible for a thousand murders.

2    Although very unfortunate.  And it's exactly that kind of

3    thing I wanted to keep out of this trial requires a mistrial

4    given the overall context of all of the violence that the

5    jurors are going to be hearing about.

6            I'm going to deny it.  You will have your

7    appellate issue.

8            **MR. COLUMBO:**  Thank you.

9            **THE COURT:**  But if the government wants to sleep

10   on it and wants me to actually insure, you know, inquire of

11   the jurors what they heard, if anything, you know, or the

12   defense, you can sleep on it and you can tell me tomorrow.

13           **MS. NASEEF:**  We will discuss it with the defense

14   and let you know tomorrow if either side does.

15           **THE COURT:**  Okay.  Because we may be talking about

16   something that if we talk to each of these jurors, they are

17   going to say, We really didn't hear it.  So this may be a

18   ruckus with little significance.

19           Okay.  Everybody have a nice evening.

20        (Proceedings concluded at 4:58 p.m.)

21

22

23

24

25

1

2                            **C E R T I F I C A T E**

3

4           I, **Lorraine T. Herman, Official Court Reporter,**

5    certify that the foregoing is a true and correct transcript

6    of the record of proceedings in the above-entitled matter.

7

8

9

10

11    _September 15, 2024_            _/s/ Lorraine T. Herman_
                **DATE**                     **Lorraine T. Herman**

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**BY MS. NASEEF: [54]**
3/13 4/2 4/12 5/15 8/2 9/2 12/13 16/16 19/4 19/24 21/3 24/10 26/19 28/3 29/3 30/18 30/25 31/17 33/17 35/8 36/7 38/6 39/20 40/22 41/25 43/21 45/16 46/13 49/7 50/11 51/12 51/22 52/23 53/17 54/10 54/24 55/10 56/10 57/2 58/23 59/6 59/20 61/13 63/1 63/24 68/4 69/14 70/13 71/11 72/4 72/23 74/16 75/19 76/7

**DEPUTY CLERK: [1]** 74/13

**INTERPRETER: [3]** 21/2 28/24 39/18

**MR. COLUMBO: [41]** 7/22 10/14 10/17 11/5 11/15 12/7 20/22 26/16 27/20 31/13 50/5 51/7 53/9 54/6 55/6 56/21 57/13 57/18 57/25 58/9 58/13 58/15 58/18 59/16 63/20 70/2 71/6 72/19 74/5 76/11 76/14 76/22 78/25 80/6 80/9 80/15 81/6 83/5 83/12 85/13 87/8

**MR. RONIS: [3]** 78/18 81/7 81/12

**MS. NASEEF: [66]** 3/3 3/24 4/9 5/12 7/24 8/1 8/24 10/24 11/4 11/7 11/20 11/24 12/1 20/25 24/7 27/23 28/2 28/22 30/7 30/13 30/23 36/3 43/18 45/12 48/16 48/19 49/5 50/1 50/10 51/4 51/18 52/20 53/7 53/16 54/2 54/20 55/3 56/7 56/17 57/1 57/11 59/3 59/13 62/22 63/17 69/10 69/24 70/7 70/9 71/3 71/24 72/12 72/22 73/16 73/25 74/8 75/10 75/25 76/3 76/18 77/5 78/21 82/8 82/17 84/5 87/13

**THE COURT: [94]**

**THE INTERPRETER: [8]** 19/2 30/12 35/7

70/21 41/10 67/25 82/25 83/8

**THE WITNESS: [17]** 3/25 16/14 18/24 26/18 30/15 31/15 33/13 38/4 39/19 41/20 43/20 46/12 61/9 68/2 72/15 72/17 75/14

**$**

**$100,000 [1]** 41/23
**$12,500 [2]** 21/10 21/10
**$4,000 [1]** 12/16
**$85,000 [1]** 23/18

**'**

**'cause [1]** 82/9

**-**

**-- scratch [1]** 22/19

**.**

**.50 [2]** 48/14 71/21

**/**

**/s [1]** 88/11

**1**

**1,000 [1]** 86/17
**1,200 [1]** 75/15
**10 [4]** 29/16 37/8 37/9 82/10
**10-minute [1]** 48/24
**100 [7]** 5/7 43/11 69/11 69/25 70/3 70/5 74/22
**101 [1]** 74/22
**102 [4]** 69/11 69/25 70/3 70/5
**103 [5]** 69/12 69/25 70/3 70/5 74/22
**105 [2]** 1/16 1/19
**105-A [2]** 74/2 74/6
**106 [5]** 70/10 71/4 71/7 71/9 72/5
**108 [6]** 70/11 71/4 71/7 71/9 71/12 72/1
**11 [1]** 1/5
**117 [7]** 48/17 49/9 49/17 50/2 50/6 50/8 50/10
**118 [6]** 48/17 49/9 50/2 50/6 50/8 50/18
**12 [9]** 17/11 32/13 32/15 33/10 35/1 35/1 35/13 86/21 86/24

**125 [1]** 1/9
**12th [1]** 42/21
**132 [3]** 50/22 51/5 51/10
**138 [6]** 52/22 53/8 54/3 54/8 54/9 55/16
**13th [1]** 42/22
**145 [1]** 1/13
**15 [5]** 10/7 22/12 51/1 56/14 88/11
**159 [4]** 54/22 55/4 55/7 55/9
**15s [2]** 44/11 57/7
**167 [1]** 79/8
**18 [3]** 5/22 22/7 22/8
**18-wheelers [1]** 36/1
**180 [4]** 15/20 15/22 16/12 40/6
**1:16-229 [1]** 1/3
**1:17 [1]** 1/6
**1st [2]** 25/21 65/10

**2**

**20 [10]** 32/6 32/18 35/12 37/8 37/11 37/17 37/19 38/2 48/5 52/16
**20 tons [1]** 38/12
**20-kilo [1]** 29/16
**20-some-odd [2]** 11/3 11/25
**200 [8]** 15/20 15/20 15/22 15/24 16/2 16/12 39/9 83/21
**2000 [6]** 6/11 6/12 6/21 6/24 7/4 7/12
**20001 [1]** 1/23
**2005 [1]** 30/21
**2008 [1]** 7/1
**2010 [5]** 7/9 7/15 8/21 9/10 9/15
**2011 [2]** 8/21 9/10
**2012 [12]** 9/16 9/17 9/23 13/3 14/3 15/7 16/6 16/18 27/7 27/8 61/5 61/7
**2013 [4]** 14/4 31/4 31/7 41/9
**2014 [1]** 14/7
**2015 [25]** 8/23 13/3 14/8 16/10 16/18 17/20 21/7 25/4 25/13 25/16 25/21 26/15 33/21 34/6 37/5 37/7 39/17 39/21 39/22 44/6 61/4 61/22 62/18 62/19 65/10

**2018 [3]** 22/17 22/18 23/3
**2020 [4]** 23/6 23/14 23/17 23/20
**2024 [2]** 1/5 88/11
**20530 [1]** 1/14
**20th [3]** 37/1 37/2 37/7
**21 [3]** 8/25 10/12 12/3
**216 [5]** 56/8 56/18 57/12 58/21 58/22
**22 [1]** 37/21
**229 [1]** 1/3
**24th [2]** 62/12 62/16
**250 [2]** 27/8 28/16
**28th [1]** 26/2

**3**

**3 a.m [1]** 32/9
**30 [1]** 6/4
**333 [1]** 1/23
**35 [1]** 47/8
**351 [4]** 59/4 59/14 59/18 59/19
**36 [1]** 24/13
**360 [4]** 62/24 63/18 63/21 63/23
**367 [2]** 45/13 46/17
**37 [1]** 24/13
**3:15 [1]** 48/21
**3:15 p.m [1]** 49/1
**3:33 p.m [1]** 49/1

**4**

**401 [1]** 10/21
**403 [1]** 80/21
**404 [9]** 77/2 77/18 78/7 79/22 79/24 80/10 80/16 80/21 84/6
**45 [2]** 10/10 12/1
**47 [2]** 44/11 48/15
**49 [1]** 5/23
**4:58 p.m [1]** 87/20

**5**

**50 [6]** 47/8 47/8 47/8 47/11 47/20 49/19
**50 percent [1]** 68/19
**50- dollar [1]** 43/12
**50-caliber [3]** 44/11 49/21 49/22
**500 [2]** 4/17 46/20
**5:00 [1]** 82/11

**6**

**600 [1]** 31/5

**6**

**600 kilograms [1]** 31/8

**7**

**79 [4]** 51/19 51/24 52/4
52/9

**8**

**8,000 [1]** 10/6

**9**

**92101 [2]** 1/17 1/20
**9:00 [1]** 82/14

**A**

**a.m [1]** 32/9
**able [10]** 18/10 20/5
20/10 60/14 64/3 64/7
65/18 65/20 65/21 72/9
**able -- did [1]** 20/5
**about [34]** 10/18 11/13
11/18 12/6 12/10 14/23
25/7 26/18 27/10 27/12
32/17 38/23 41/21
42/11 50/12 50/14
54/11 58/7 61/22 62/19
66/10 78/9 79/9 79/15
79/22 81/3 82/13 84/11
84/16 84/21 84/22
86/19 87/5 87/15
**above [2]** 60/10 88/6
**above-entitled [1]**
88/6
**Abram [4]** 66/3 66/20
66/21 66/23
**access [1]** 4/24
**accessible [1]** 14/13
**according [2]** 18/10
21/23
**accurately [7]** 49/22
53/4 53/19 57/6 63/4
69/20 70/24
**Action [1]** 1/3
**activity [1]** 79/17
**actually [7]** 46/3 53/13
80/13 84/18 86/6 86/18
87/10
**add [2]** 78/18 80/9
**add -- I [1]** 80/9
**addition [4]** 56/14 80/9
80/15 84/25
**additional [3]** 80/1
80/6 80/22
**address [1]** 77/6
**administer [1]** 3/6

**Administration [1]**
22/21
**admissible [1]** 78/12
**admit [13]** 50/1 51/4
53/7 54/2 55/3 56/17
57/11 59/13 63/17
69/24 71/3 74/1 84/17
**admitted [36]** 2/9 2/9
2/10 2/10 2/11 2/11
2/12 2/12 2/13 2/13
2/14 2/14 2/15 8/25
45/13 50/7 50/8 51/9
51/10 54/8 54/9 55/8
55/9 58/21 58/22 59/18
59/19 63/22 63/23 70/4
70/5 71/8 71/9 74/7
81/20 83/21
**affectionately [1]**
74/14
**after [21]** 5/14 17/20
19/6 19/20 19/25 21/21
22/4 22/8 22/15 23/3
29/20 30/2 32/23 33/4
40/8 47/1 47/2 67/17
69/23 86/10 86/10
**AFTERNOON [1]** 1/8
**afterwards [1]** 53/25
**again [19]** 7/1 18/12
18/15 22/9 27/19 27/24
28/1 28/1 30/9 36/10
38/18 39/25 57/13 58/5
58/5 58/5 58/6 58/6
58/6
**against [2]** 18/10 56/4
**age [1]** 5/25
**ago [2]** 4/17 6/4
**agreed [2]** 22/20 22/24
**ahead [1]** 75/8
**aided [1]** 1/25
**airplane [1]** 29/21
**AK [2]** 44/11 48/15
**AK-47 [2]** 44/11 48/15
**all [78]** 4/23 5/9 10/2
10/2 10/7 10/12 10/18
11/6 12/5 12/12 16/13
18/13 18/14 18/17
20/16 22/13 23/23
24/12 25/17 26/9 26/9
26/18 27/12 27/22 29/2
32/2 32/6 33/24 34/20
35/15 36/14 36/22
37/22 38/15 39/1 39/2
39/4 39/5 43/12 44/13
44/15 44/20 47/11
47/13 49/3 49/25 54/1

54/18 57/8 60/16 60/17
60/22 60/25 61/2 62/12
63/8 63/9 64/4 66/4
66/16 66/16 67/21
67/24 68/7 68/14 69/2
69/3 69/4 77/6 81/4
81/21 82/7 84/5 84/7
84/11 85/12 85/24 87/4
**all -- there [1]** 4/23
**allow [1]** 38/22
**allowed [3]** 27/15
78/13 80/3
**almost [4]** 9/20 29/12
35/15 60/14
**aloe [1]** 20/16
**along [7]** 6/16 31/24
39/4 66/17 66/19 67/22
67/23
**already [16]** 9/18 9/18
29/5 33/23 34/22 51/23
60/13 64/21 64/25 66/2
66/4 66/18 67/13 78/2
80/17 86/19
**also [25]** 3/9 4/20 6/23
10/1 12/15 20/19 20/21
33/11 39/17 39/21
44/18 45/22 48/9 48/10
52/12 56/14 66/17 69/4
71/18 78/5 79/18 79/19
85/4 86/19 86/23
**also -- before [1]**
52/12
**although [5]** 11/19
76/24 83/25 85/4 87/2
**always [18]** 6/8 13/12
13/23 14/3 17/12 26/12
29/22 30/1 32/6 32/13
32/25 33/1 33/10 62/8
64/23 66/17 66/19
71/18
**am [18]** 4/7 5/7 5/22
5/23 8/24 16/11 20/8
23/4 24/13 24/25 40/19
44/2 46/3 53/18 81/24
83/12 86/5 86/8
**AMERICA [1]** 1/3
**American [1]** 43/11
**Americans [3]** 40/15
40/17 40/18
**ammunition [1]** 55/15
**among [1]** 82/13
**amount [1]** 35/12
**Ancalle [2]** 70/7 74/9
**Ancira [3]** 3/4 3/11
3/15

**Trans [1]** 68/15
**animals [1]** 68/15
**another [11]** 20/13
22/7 36/11 38/3 38/4
47/3 53/23 58/10 66/13
78/5 79/5
**answer [9]** 10/25
11/16 11/18 12/10
21/17 27/21 53/18
65/23 76/3
**answered [3]** 26/16
77/7 81/15
**Anthony [2]** 1/15 1/16
**anthonycolumbolegal
[1]** 1/17
**any [35]** 3/16 6/9 12/23
14/18 15/1 23/8 24/14
29/17 38/25 40/14 44/6
45/6 50/4 51/6 54/5
55/5 56/20 57/18 59/15
60/18 63/19 67/4 70/1
71/5 74/4 77/13 79/14
79/16 79/25 80/11 81/3
81/19 82/6 85/16 86/5
**anybody [5]** 14/15
61/20 75/24 76/9 82/14
**anymore [3]** 10/23
17/5 19/13
**anyone [7]** 5/3 7/13
13/8 17/9 20/17 23/25
29/13
**anything [9]** 18/10
19/12 36/20 42/11
61/22 81/4 81/19 86/6
87/11
**apart [1]** 73/15
**apologize [2]** 63/16
73/4
**apparently [1]** 13/23
**appear [1]** 7/3
**appearance [2]** 52/8
54/11
**APPEARANCES [1]**
1/11
**appeared [1]** 61/15
**appellate [1]** 87/7
**appreciate [1]** 83/25
**approach [2]** 72/12
73/16
**appropriate [3]** 10/23
83/18 84/25
**approximately [7]** 6/4
22/16 23/6 23/16 23/18
42/20 73/7
**April [17]** 16/10 16/18
25/14 25/16 26/15 33/8

**A**

**April... [11]** 33/19 34/6
37/3 37/7 39/17 39/21
39/22 42/21 62/12
62/16 62/19
**AR [4]** 44/11 51/1
56/14 57/7
**AR-15 [2]** 51/1 56/14
**AR-15s [2]** 44/11 57/7
**Arceo [1]** 84/13
**are [69]** 4/6 4/22 4/23
4/23 4/24 14/23 19/14
22/13 35/18 36/1 42/23
43/3 46/3 46/5 46/10
46/14 47/13 48/18
48/21 49/3 50/6 51/15
51/16 52/3 58/17 60/3
60/4 60/22 60/24 60/25
61/2 61/7 61/10 61/11
61/11 61/11 63/3 63/15
64/9 64/14 65/3 68/22
69/18 70/16 70/17
71/23 72/10 73/21
73/24 76/22 77/20
78/11 78/12 79/9 79/25
80/3 81/18 82/3 82/4
82/5 83/21 83/22 84/22
85/9 85/9 86/18 86/23
87/5 87/16
**area [18]** 4/17 4/18
4/20 4/22 5/1 5/8 5/10
7/16 10/23 12/24 13/17
13/19 14/16 25/16 63/8
67/15 71/23 75/8
**areas [4]** 14/10 14/10
14/14 14/21
**argue [1]** 84/21
**arguing [1]** 84/22
**armed [6]** 48/4 48/6
48/9 48/13 60/6 60/15
**around [7]** 5/1 5/10
5/22 13/20 14/3 18/21
59/24
**arrest [2]** 7/13 18/4
**arrested [4]** 6/12 6/18
7/1 18/4
**arrived [12]** 20/2 20/5
23/19 25/17 29/6 29/7
29/11 31/22 32/7 34/23
36/17 36/21
**arsenal [1]** 44/20
**article [1]** 24/4
**as [70]** 5/6 5/17 8/25
9/12 10/8 11/20 11/20

20/3 20/12 20/12 23/3
24/4 24/25 26/6 26/11
28/21 28/24 32/22
33/12 36/1 36/1 37/22
38/20 40/18 40/20 43/8
46/10 46/19 48/14 49/9
50/22 51/25 52/11
52/21 53/22 54/16
54/21 55/1 55/11 56/8
56/14 56/15 56/15 57/8
57/19 59/4 61/5 61/7
62/23 64/10 64/10
65/25 66/13 67/21
68/18 69/6 69/6 69/11
70/10 74/2 76/23 77/24
83/18 85/20 86/17
86/17
**ask [16]** 9/15 9/16 11/2
11/7 27/23 28/1 33/9
33/22 34/5 37/6 37/10
58/14 74/9 75/25 78/21
84/6
**asked [8]** 10/25 26/16
30/13 31/2 34/8 34/14
39/13 76/4
**asking [1]** 53/18
**assist [3]** 13/22 74/9
74/11
**assistance [1]** 4/4
**attachments [1]** 45/6
**attempt [1]** 13/14
**attempts [1]** 65/7
**attention [2]** 11/19
26/1
**Autlan [2]** 43/16 43/18
**automatic [1]** 46/23
**Avenue [1]** 1/23
**awaited [1]** 21/19
**away [2]** 31/20 35/16

**B**

**back [20]** 8/5 8/9 18/9
18/20 19/1 22/9 22/15
22/18 23/4 27/21 28/22
43/5 43/9 46/16 49/17
70/25 71/13 71/25 72/5
74/18
**bad [3]** 5/22 18/13
19/13
**bag [6]** 41/18 41/20
41/22 41/23 42/2 42/4
**Bankruptcy [1]** 1/22
**banks [1]** 66/7
**barrel [3]** 15/24 16/2

**barrels [6]** 15/20 15/22
15/23 16/12 39/9 40/6
**Barrett [3]** 44/11 48/14
71/21
**bars [3]** 43/1 43/6 43/7
**based [3]** 52/8 81/22
86/15
**be [46]** 3/8 8/9 18/7
34/20 44/14 48/19
48/20 48/22 48/24 50/7
51/8 54/8 55/7 55/8
58/10 58/21 61/15
63/21 63/22 64/2 64/7
64/17 67/18 67/22 68/6
70/4 71/8 71/21 71/22
72/9 74/6 74/7 76/25
77/24 78/11 79/1 79/4
82/18 83/5 83/17 83/24
84/4 84/19 87/5 87/15
87/17
**beach [6]** 31/24 32/5
32/8 32/12 32/16 32/20
**beat [1]** 20/20
**beaten [1]** 20/20
**beating [1]** 18/13
**became [1]** 9/21
**because [33]** 5/5 5/5
8/9 13/23 14/3 20/14
21/9 26/10 30/9 30/15
31/15 39/13 44/3 52/10
53/12 53/25 61/19
64/21 67/13 67/17 68/7
68/7 69/3 69/5 77/23
78/15 78/16 80/19 82/1
84/6 86/2 86/9 87/15
**bed [4]** 18/12 43/4
43/7 72/2
**been [26]** 8/25 9/18
9/19 20/19 26/4 31/5
45/13 48/22 49/8 50/21
52/21 54/21 56/7 59/4
60/14 62/2 62/23 66/18
69/10 70/10 74/1 77/1
77/3 77/5 84/8 86/5
**been -- they [1]** 60/14
**before [20]** 1/9 15/24
19/1 25/6 26/15 27/19
28/5 32/22 34/11 36/25
39/16 39/19 46/19
48/14 52/12 65/25
67/21 68/18 81/4 85/23
**began [4]** 10/10 15/5
16/25 65/23
**beginning [4]** 8/21

**being [4]** 18/7 60/16
77/14 78/5
**believe [2]** 76/15
78/19
**bell [2]** 76/25 84/4
**belong [2]** 38/25 49/24
**belonged [2]** 49/25
52/5
**belonging [1]** 33/14
**beloved [1]** 66/16
**benefits [1]** 23/8
**BERYL [1]** 1/9
**best [1]** 20/12
**better [3]** 5/3 14/15
79/24
**between [4]** 16/17
21/5 72/24 73/19
**big [8]** 29/7 35/23 36/1
44/9 44/19 61/10 61/10
71/18
**bills [1]** 43/12
**birth [1]** 21/19
**bit [3]** 3/21 19/10 80/4
**black [4]** 32/2 59/12
71/12 71/25
**block [1]** 66/7
**Blondies [3]** 40/17
40/18 40/20
**blood [2]** 19/9 20/15
**blow [1]** 19/2
**blows [1]** 72/17
**blue [3]** 41/18 41/21
41/23
**board [1]** 65/19
**boat [9]** 31/6 31/12
34/9 34/19 34/22 35/16
38/3 38/3 38/4
**boatmen [1]** 35/2
**bodies [1]** 20/8
**bone [1]** 18/18
**border [5]** 20/12 20/18
21/4 21/4 21/8
**boss [3]** 13/4 13/6
17/23
**bosses [2]** 13/24
61/10
**both [1]** 80/21
**bought [1]** 6/15
**box [2]** 36/5 85/1
**bragging [1]** 78/9
**bravado [1]** 79/14
**break [4]** 48/19 48/24
67/7 82/12
**bridges [1]** 66/7

**B**

briefly [2] 83/6 85/16
bring [1] 29/24
bringing [1] 14/21
broke [2] 18/17 44/3
brother [4] 66/12
66/21 66/22 66/23
brought [4] 20/19
37/12 43/16 86/13
brown [1] 24/6
build [1] 61/25
building [2] 5/19 42/15
bullet [3] 19/18 55/1
55/11
bullets [7] 46/5 46/6
47/6 47/11 47/12 47/13
55/14
bunch [1] 86/20
burn [3] 66/7 66/8 67/3
burned [1] 75/9
bury [2] 19/16 20/1
business [3] 16/23
39/4 80/20

**C**

CA [2] 1/17 1/20
Caballeros [1] 60/21
cabin [1] 43/8
caliber [5] 44/10 44/11
49/19 49/21 49/22
California [1] 40/25
call [19] 8/6 13/23
26/12 27/12 27/14 28/4
28/15 31/4 44/13 45/10
46/8 64/20 64/22 65/12
65/14 65/17 66/10 67/3
67/4
called [10] 19/2 31/7
40/16 43/1 62/2 62/3
67/15 67/23 74/15 75/4
calls [2] 3/3 24/17
came [5] 18/9 25/15
34/1 37/13 78/2
camo [1] 44/19
camouflage [1] 54/13
camouflaged [10] 45/5
49/25 50/15 50/15 51/1
52/11 54/16 57/9 57/23
58/4
can [42] 3/10 4/15
5/11 5/13 10/14 11/17
14/12 17/25 18/7 35/5
35/5 39/7 46/9 48/16
50/13 51/14 58/2 58/2

58/14 60/13 69/10
69/15 70/7 71/20 72/17
72/24 72/25 73/7 73/15
74/11 76/23 77/12
77/16 78/21 79/7 80/4
80/4 81/8 83/24 84/4
87/12 87/12
can't [4] 29/1 76/5
76/25 82/21
cane [3] 20/4 20/6
28/20
Capital [1] 24/20
capture [7] 13/9 13/11
13/13 13/14 13/18 65/6
65/7
captured [1] 60/16
car [4] 47/20 47/22
47/25 67/14
Carlos [1] 67/1
carried [4] 44/22 49/21
57/23 84/15
carry [14] 44/6 44/9
44/9 44/10 44/11 44/12
44/17 44/18 44/20
48/13 55/21 59/11
59/21 79/3
carrying [1] 44/15
cartel [27] 7/20 8/15
17/17 26/8 33/15 41/4
41/8 42/15 45/23 49/16
50/20 53/5 53/20 54/16
57/5 60/18 60/20 61/2
61/10 61/12 61/25 62/2
75/20 78/15 80/20
86/21 86/25
cartel's [1] 57/7
cartels [1] 86/10
cartridges [2] 71/23
72/2
case [5] 81/21 81/23
82/13 84/23 86/9
Casimiro [4] 19/15
19/15 27/9 28/19
Castillo [4] 19/15
19/16 27/9 28/19
catch [3] 27/21 27/25
60/14
cattle [4] 5/19 38/1
64/13 64/23
caught [3] 9/19 9/20
62/14
caves [1] 5/9
center [1] 52/17
certify [1] 88/5
Cervantes [1] 8/18

change [1] 85/22
charge [1] 33/15
charges [1] 7/4
check [1] 39/11
checkmark [2] 73/14
74/24
checkpoint [1] 21/9
checkpoints [1] 66/7
Chicago [1] 42/9
child [1] 21/19
chose [1] 85/15
circle [4] 46/4 46/9
46/9 71/20
circled [4] 51/20 52/17
71/25 75/3
circling [1] 73/4
city [1] 24/22
civilian [1] 10/11
civilians [1] 12/2
CJNG [10] 11/11 11/14
22/22 22/25 51/19
51/23 57/22 61/8 61/10
61/12
CJNG-79 [1] 51/19
clarification [1] 11/13
clarify [2] 19/17 79/7
clarity [1] 83/3
clear [5] 43/12 77/16
78/7 85/2 85/4
clearer [1] 24/21
client [1] 10/19
clock [1] 82/9
close [1] 17/3
closed [1] 16/25
closest [1] 52/2
clothing [1] 24/5
club [1] 17/5
coated [1] 44/24
Coates [1] 74/11
cocaine [46] 27/3 27/6
28/17 29/4 29/13 29/15
29/17 29/20 30/2 31/3
31/8 31/12 31/19 31/23
32/1 32/4 32/12 32/16
32/19 32/23 33/3 33/7
33/19 34/6 34/7 34/11
34/18 35/9 35/14 35/21
36/8 36/13 36/14 36/17
36/21 37/7 37/17 37/20
37/23 38/3 38/12 38/19
41/22 42/3 42/13 61/17
coded [1] 64/12
collar [1] 18/17
collect [2] 15/3 34/18
collected [4] 16/12

collecting [4] 15/5
15/8 16/5 16/9
COLUMBIA [1] 1/1
Columbo [5] 1/15 1/16
11/7 78/24 86/13
come [13] 15/5 17/16
19/15 19/16 20/1 25/25
33/1 39/10 77/12 78/3
78/5 78/9 80/21
comes [1] 79/21
comfortable [2] 3/9
4/3
coming [6] 32/10
43/15 44/1 47/6 47/11
80/19
commander [1] 18/11
comments [1] 79/22
common [1] 24/22
communicate [2]
63/25 67/17
communicated [1]
64/11
communication [2]
63/6 66/6
communications [1]
64/19
community [2] 5/6 5/7
company [1] 38/5
compared [2] 61/2
61/7
complete [1] 22/11
completely [1] 44/25
complied [7] 18/24
34/3 34/20 46/12 51/16
73/6 74/13
comprised [1] 10/2
computer [1] 1/25
computer-aided [1]
1/25
concerned [1] 58/7
concluded [3] 12/8
58/19 87/20
conduct [1] 6/21
confirmed [1] 41/13
connection [2] 79/20
80/20
consider [1] 13/4
considered [1] 13/6
conspiracy [3] 78/12
79/18 79/21
Constitution [1] 1/23
construction [2] 6/8
23/24
contact [3] 28/12 66/5

**C**

contact... [1] 67/18
contained [1] 16/2
context [3] 80/19 86/9
87/4
continue [4] 14/5 16/7
78/14 82/11
Contreras [1] 84/12
control [2] 12/24 64/6
controlled [1] 7/16
convicted [1] 6/9
cooks [1] 14/22
cooperate [2] 22/20
22/24
correct [2] 68/1 88/5
correction [2] 39/18
83/9
corridor [1] 34/12
corroboration [1]
80/11
coughing [1] 26/4
could [40] 3/5 3/14
3/22 7/23 7/25 8/20
17/2 18/18 18/21 20/3
20/13 20/16 21/9 22/23
24/3 27/20 28/9 28/22
28/25 29/2 30/7 30/9
46/23 53/14 53/18
56/24 58/4 64/8 64/23
67/16 74/9 77/7 78/9
82/17 82/21 83/17
84/19 84/21 85/19
85/20
couldn't [5] 19/12 21/9
28/25 30/10 64/20
counsel [2] 73/20
77/11
count [2] 20/7 85/5
counted [1] 36/22
counts [1] 6/20
couple [1] 62/10
course [13] 4/16 8/1
13/10 18/2 18/2 44/17
44/20 47/13 57/8 72/7
72/11 75/22 82/5
court [4] 1/1 1/22 5/13
88/4
courtroom [8] 3/2 3/6
23/25 35/25 36/5 48/25
49/2 82/16
Courts [1] 1/22
covered [1] 26/10
covering [1] 51/14
cow's [1] 64/14

cows [1] 64/14
crashed [1] 68/25
crazy [1] 59/23
CRC [1] 1/21
create [1] 56/5
creates [2] 47/23 56/3
crimes [1] 6/9
Criminal [1] 1/3
cross [8] 21/8 58/14
72/25 73/8 73/11 74/18
83/20 86/14
cross-examination [2]
83/20 86/14
crossed [1] 21/8
Cuate [3] 66/3 66/15
66/16
curative [1] 77/11

**D**

dad [2] 39/3 52/1
dad's [1] 50/16
dance [1] 16/23
dancing [1] 62/15
danger [1] 66/5
date [3] 25/19 65/9
88/11
dawn [1] 29/12
day [13] 8/6 17/15
20/10 25/24 29/7 47/18
62/8 62/21 65/11 65/13
77/13 81/11 81/12
days [7] 10/7 18/9
18/11 25/18 26/4 83/20
85/24
daytime [2] 29/10 32/7
DC [3] 1/4 1/14 1/23
dcd.uscourts.gov [1]
1/24
de [3] 24/16 24/19
60/20
DEA [6] 22/24 23/2
23/5 23/9 23/16 23/17
debris [1] 56/4
debts [1] 78/15
decide [1] 81/21
decision [1] 79/24
declare [1] 85/23
deeper [1] 43/7
deer [1] 5/18
defendant [84] 1/6
1/15 11/12 11/14 24/8
25/1 25/3 25/5 25/8
25/15 25/22 26/8 26/14
26/20 26/23 27/1 27/5
27/10 27/13 28/4 28/14

31/2 31/4 31/9 32/13
33/22 34/5 34/14 36/16
36/20 36/21 36/23 37/6
37/10 38/18 38/25
39/10 39/23 40/7 40/10
40/23 41/15 42/7 42/11
42/17 43/25 44/5 44/14
46/17 46/22 47/16 48/3
57/24 58/3 59/11 60/6
60/12 60/15 61/14
61/21 61/22 62/5 65/6
65/15 65/15 65/17
66/10 67/4 67/10 67/14
68/5 75/23 76/8 76/16
77/17 77/19 78/20
79/10 79/13 84/14
84/20 86/15 86/20
86/25
defendant -- what [1]
36/20
defendant's [11] 25/1
28/7 28/10 41/10 49/20
49/23 55/19 55/23
59/21 67/19 79/12
defense [5] 73/20 77/2
77/11 87/12 87/13
deliberations [2] 82/5
85/22
deliver [2] 43/17 43/22
demolishes [1] 47/23
demolition [2] 47/23
56/3
demonstrated [1]
83/19
denied [1] 80/18
deny [2] 86/8 87/6
department [1] 33/12
depend [1] 80/4
depicted [2] 45/17
46/17 55/16
deported [4] 7/9 7/10
22/15 22/18
deputy [1] 3/6
describe [2] 4/15
40/10
described [1] 56/22
despite [1] 83/15
destroyed [1] 68/2
detail [1] 76/20
details [1] 84/9
detained [4] 18/12
21/24 21/25 22/6
detected [1] 31/16
did [167]
didn't [18] 5/23 11/1

26/7 21/14 25/4 26/2
27/21 27/25 41/7 42/14
61/19 61/19 64/5 76/17
84/3 84/5 84/6 87/17
died [2] 11/1 26/6
Diego [2] 1/17 1/20
difference [3] 72/24
78/22 85/16
different [6] 9/16 9/17
37/14 37/14 48/18
52/14
differently [1] 81/19
difficult [1] 32/18
direct [4] 2/4 3/11 11/8
82/15
direction [2] 75/6
75/16
directions [1] 77/8
directly [2] 26/7 27/10
director [9] 9/18 9/21
9/24 9/25 10/8 12/22
13/1 14/25 33/12
directors [1] 10/2
disbursed [1] 60/5
discipline [3] 75/21
79/21 80/20
disclose [1] 85/15
disclosed [2] 10/21
84/8
discuss [1] 87/13
discussion [7] 10/16
12/8 57/16 58/19 73/19
76/13 79/16
disfigurement [1]
86/12
dismemberment [1]
86/12
disobeyed [1] 79/12
disorderly [1] 6/20
displayed [8] 9/1 49/6
54/23 56/9 59/5 62/25
69/13 70/12
Dispute [1] 83/7
distance [4] 36/4
47/20 56/15 59/2
distinctive [3] 29/17
50/13 50/14
DISTRICT [4] 1/1 1/1
1/9 1/22
do [80] 3/16 3/20 3/24
4/3 5/16 6/6 8/16 9/3
9/12 9/14 9/16 11/9
11/10 13/7 13/22 16/3
23/11 23/16 23/24
23/25 24/11 24/14

**D**

do... [58] 25/13 28/9 28/14 29/20 29/22 32/19 33/3 33/22 34/4 34/5 34/21 36/8 36/12 36/21 37/6 37/10 39/2 39/23 41/2 41/3 44/22 45/17 45/20 46/4 49/12 50/19 50/22 50/24 52/17 52/24 53/14 53/22 54/25 56/11 58/4 58/16 59/7 60/6 60/11 63/2 64/4 66/25 68/13 68/14 69/16 69/20 70/14 70/24 72/5 73/23 76/2 80/4 82/10 82/13 84/18 84/24 85/12 86/4
docket [1] 77/17
docketed [1] 79/8
documents [4] 6/13 6/14 6/16 23/10
does [14] 24/19 47/25 49/21 52/4 53/4 53/19 54/14 54/18 55/11 57/6 57/8 63/4 74/24 87/14
doesn't [3] 47/3 83/12 85/16
dogs [2] 68/9 68/15
doing [7] 5/23 9/9 9/12 20/12 33/15 82/22 86/24
DOJ [1] 1/13
dollar [1] 43/12
don't [28] 5/12 10/22 11/4 11/11 11/21 19/7 30/4 30/15 35/4 44/25 48/10 58/1 58/5 61/18 66/18 68/14 77/16 80/24 82/20 83/16 83/24 84/3 85/5 85/7 85/9 86/4 86/17 86/24
done [4] 18/7 18/14 47/14 66/2
door [2] 35/24 35/25
doors [1] 36/5
down [12] 19/8 25/18 25/19 53/3 53/24 66/6 66/7 67/6 67/11 67/20 69/1 82/19
dragged [1] 20/3
draws [1] 11/19
dressed [1] 62/9
drive [1] 36/11
driver [1] 36/12

drowning [1] 79/21
drug [8] 6/24 7/16 8/3 22/20 60/22 78/11 78/15 79/17
drugs [6] 14/18 26/24 27/1 61/14 61/19 61/20
DTO [1] 79/12
ducks [3] 64/21 64/25 65/3
due [2] 18/13 18/14
during [7] 7/12 13/4 44/5 61/21 65/7 82/4 85/22

**E**

each [11] 15/18 15/23 15/24 15/25 16/2 16/13 32/4 39/8 52/3 85/25 87/16
earlier [2] 38/23 57/8
early [6] 9/10 25/14 29/12 32/9 41/9 66/3
east [1] 75/12
eat [1] 20/16
ECF [1] 79/8
ECF-167 [1] 79/8
edge [1] 31/24
Edward [1] 1/18
effect [1] 85/19
effectively [1] 86/13
Eighteen [2] 6/2 7/7
either [2] 27/25 87/14
El [11] 3/19 5/4 13/7 17/24 17/25 18/2 18/16 19/14 19/25 24/16 24/16
El Viente [4] 18/2 18/16 19/14 19/25
elicit [1] 77/14
eliciting [1] 10/24
ELMO [4] 74/3 74/10 74/12 74/15
else [8] 14/15 27/15 29/23 38/1 42/11 67/13 81/4 82/14
embarrassed [1] 74/8
empire [2] 42/15 62/1
empty [1] 47/7
end [11] 8/10 8/20 12/3 22/1 27/7 28/23 29/1 77/13 81/10 81/11 81/12
enemies [2] 60/18 60/20
enforce [2] 75/21

Enforcement [1] 22/21
enforcing [1] 80/19
engaged [2] 86/10 86/11
English [4] 3/20 68/10 81/17 86/2
enter [2] 6/3 21/12
entered [4] 3/2 5/20 5/25 49/2
entire [2] 16/8 18/6
entitled [1] 88/6
entry [1] 22/1
equivalence [1] 15/25
equivalent [1] 16/1
errands [1] 9/11
escape [3] 13/25 20/10 65/6
escaping [1] 21/15
escorts [5] 48/12 49/21 49/24 64/10 67/12
establish [1] 56/24
established [1] 84/19
even [12] 14/4 20/7 68/9 68/15 69/7 82/11 83/15 85/4 85/7 86/1 86/4 86/5
evening [1] 87/19
event [2] 53/11 79/5
eventually [1] 8/10
ever [22] 5/20 8/3 17/16 22/12 26/7 26/14 26/23 39/10 40/7 41/15 42/17 46/16 47/16 48/3 55/19 59/25 61/14 62/5 62/5 65/6 75/23 76/8
every [11] 10/7 12/16 12/17 15/17 15/21 16/6 16/17 25/24 62/8 77/7 85/1
Everybody [1] 87/19
everyone [5] 25/24 35/5 65/19 66/6 72/9
everyone's [1] 65/20
everything [15] 9/17 18/18 30/20 34/3 38/1 63/6 63/8 64/6 67/8 67/8 68/15 68/21 68/22 74/20 75/9
everywhere [1] 60/5
evidence [25] 2/9 2/9 2/10 2/10 2/11 2/11 2/12 2/12 2/13 2/13 2/14 2/14 2/15 45/14

U.S. v. 56/18 78/3
78/9 81/22 84/19 84/21 84/21 84/22 85/14
evidentiary [1] 11/22
exact [2] 77/17 85/5
exactly [5] 13/22 42/14 61/16 64/16 87/2
examination [2] 2/4 3/11 82/15 83/20 86/14
example [1] 84/12
except [1] 51/25
exclude [3] 77/4 77/18 77/19
excuse [2] 56/5 81/10
excused [1] 82/18
exhibit [49] 2/8 8/25 9/1 45/13 45/15 46/2 46/17 48/17 49/6 49/9 49/17 49/18 50/2 50/18 50/22 51/5 51/10 52/22 53/7 54/3 54/8 54/9 54/21 54/23 55/3 55/9 55/16 56/8 56/9 56/18 57/11 58/21 58/22 59/4 59/5 59/14 59/18 59/19 62/23 62/25 63/17 63/23 69/11 70/10 71/4 71/12 72/1 72/5 74/2
exhibits [8] 50/8 69/13 69/25 70/5 70/8 70/12 71/9 74/22
exited [2] 48/25 82/16
expected [1] 79/10
expensive [1] 62/5
experience [1] 75/20
explain [1] 78/14
explained [1] 56/22
explicitly [1] 64/17
explore [1] 53/14
explosion [3] 48/1 48/2 60/4
extremely [1] 62/4
eye [1] 62/14

**F**

face [3] 3/10 68/20 68/22
face -- well [1] 68/20
facing [1] 3/5
fact [7] 32/14 33/14 38/20 80/2 84/25 85/14 86/19
failure [1] 7/3
fair [1] 81/23
falling [1] 29/1

**F**

families [1] 68/8
family [2] 22/12 68/14
fast [1] 20/3
father [21] 5/6 24/17
25/1 25/12 26/22 27/16
28/9 28/10 37/9 37/15
38/21 41/7 41/12 44/3
48/9 60/14 61/18 61/19
61/23 67/15 84/15
father's [2] 64/10
66/22
fear [1] 21/15
feel [3] 4/3 19/12
73/22
feet [1] 18/18
fell [1] 69/19
felt [1] 21/22
fences [1] 5/19
fentanyl [9] 41/2 41/5
41/6 41/8 41/11 41/15
42/8 42/12 42/16
few [1] 61/24
field [2] 20/4 20/6
filling [1] 43/9
find [4] 14/21 20/6
20/7 86/5
fine [2] 42/24 48/20
finger [2] 46/4 46/11
finish [1] 27/19
finished [7] 10/11
18/16 20/25 21/2 32/10
47/7 47/14
fire [4] 46/17 47/17
55/19 55/23
firearm [1] 79/11
fired [1] 56/1
first [18] 5/20 5/25
8/19 21/19 25/3 25/8
26/20 27/5 27/7 29/6
40/24 41/24 50/10 73/1
77/6 77/6 77/6 84/5
firsthand [1] 84/11
fishing [5] 34/9 34/19
38/3 38/3 38/4
five [24] 13/16 13/16
13/18 13/22 19/6 19/7
23/4 26/25 27/2 34/8
34/15 34/18 35/20
36/13 36/17 38/9 65/6
65/8 77/23 78/4 78/14
79/13 83/22 85/18
five-ton [1] 38/9
flippant [1] 44/14

floor [2] 40/11 40/19
fluency [1] 81/14
fluent [2] 83/22 85/9
focus [3] 11/9 29/2
74/12
follow [4] 33/9 77/7
78/16 85/1
followed [1] 32/21
food [1] 9/13
force [5] 12/11 12/14
18/3 18/3 20/20
foregoing [1] 88/5
forehead [1] 19/23
formal [1] 22/10
formally [1] 23/5
fought [1] 53/2
found [1] 60/12
foundation [12] 7/22
7/23 7/25 31/13 53/9
56/21 56/24 57/13
57/19 58/1 58/8 84/19
founded [1] 4/17
four [9] 6/20 27/3
32/17 46/3 46/20 46/20
50/19 83/22 85/17
fourth [1] 36/23
fragmentation [1]
59/10
fragments [2] 60/4
69/19
free [1] 73/22
front [2] 28/21 28/24
Fuck [1] 67/8
full [5] 30/22 38/14
38/16 43/2 43/3
fully [1] 46/23
fumigating [1] 28/20
further [2] 77/11 79/9
furtherance [2] 78/11
79/20

**G**

gathering [1] 5/18
gave [9] 28/10 34/20
63/7 67/2 67/21 67/22
68/5 77/8 85/2
general [2] 79/16
79/22
generally [1] 87/1
Generation [9] 7/20
8/15 49/16 50/20 54/16
57/5 61/3 62/1 62/3
geography [1] 4/18
get [12] 5/1 5/4 5/13
20/12 21/7 26/1 34/2

47/1 52/7 76/3 80/4
81/8
getting [1] 36/25
girls [1] 62/13
give [3] 67/4 80/1
80/22
given [3] 28/7 84/2
87/4
glasses [2] 24/6 72/15
gmail [1] 1/17
go [20] 3/16 4/25 5/23
7/10 8/16 10/23 11/1
14/13 19/14 28/16
31/18 34/18 38/21
42/23 46/25 55/12
68/23 69/6 75/17 82/11
godfather [5] 9/6
25/12 26/3 66/2 66/17
goes [2] 45/11 75/7
going [30] 8/9 8/24
11/2 11/12 19/14 19/15
19/16 21/23 23/4 24/25
27/23 42/23 44/2 46/3
46/16 47/1 49/8 49/17
61/25 64/3 79/1 79/4
80/11 83/12 86/5 86/8
86/19 87/5 87/6 87/17
gold [3] 44/24 44/25
44/25
Gomez [20] 3/3 3/11
3/15 3/20 4/6 21/18
22/10 27/17 34/5 35/4
46/9 53/19 63/13 65/24
69/15 72/22 73/3 73/11
74/17 76/3
gone [1] 47/12
GONZALEZ [5] 1/5
24/12 24/25 57/21
85/21
good [3] 39/25 45/24
48/19
got [19] 4/1 8/6 8/9
11/3 18/15 29/4 30/2
32/23 38/19 40/8 42/25
65/14 65/17 66/17
66/19 69/6 70/25 74/18
79/6
government [19] 3/3
10/4 10/23 12/15 12/20
12/23 14/2 14/3 45/12
50/18 60/10 60/11
60/19 63/10 63/11
64/16 74/21 85/14 87/9
government's [42]
8/25 46/17 48/17 49/9

49/17 50/2 50/6 50/8 50/22
51/5 51/10 52/21 53/7
54/3 54/7 54/9 54/21
55/3 55/9 56/8 56/18
57/11 58/21 58/22 59/4
59/14 59/17 59/19
62/23 63/17 63/23 64/4
64/8 69/11 69/24 70/5
70/10 71/4 71/9 71/12
72/1 74/2 83/20
graze [1] 19/18
grazed [2] 19/10 19/19
great [1] 56/5
green [3] 64/21 64/24
65/2
greeted [1] 28/5
greeting [1] 28/6
grenade [10] 44/12
45/10 47/16 47/17
47/19 47/22 47/25
59/10 59/25 60/2
grenades [4] 44/13
48/15 59/22 60/3
grew [1] 5/8
grip [2] 19/3 45/4
group [6] 10/2 17/11
18/3 61/12 61/20 86/21
groups [2] 61/11
61/12
growing [1] 5/2
Guadalajara [14] 18/5
24/20 24/23 26/3 30/5
30/16 33/5 36/15 40/3
40/4 40/8 42/23 43/15
65/16
guards [8] 48/4 48/6
48/9 48/13 57/21 60/7
60/15 86/20
Gueritos [1] 40/21
guess [1] 57/21
guilty [5] 6/20 6/23 7/3
22/1 22/4
gun [12] 19/3 46/17
47/16 50/19 51/13
51/20 51/24 52/4 52/5
52/8 52/17 58/24
gunmen [7] 49/20
49/23 55/19 55/23 57/7
58/4 59/21
guns [3] 50/17 57/23
59/11
guy [1] 62/4
guys [1] 59/23

**H**

half [1] 66/12
halfway [1] 19/13
hand [9] 18/18 44/13 46/2 48/15 63/14 72/2 85/6 85/18 86/1
handle [1] 39/4
hands [2] 45/21 81/15
hang [1] 59/23
happen [2] 9/22 16/17
happened [17] 17/21 17/25 19/5 19/20 19/25 20/2 21/16 21/21 22/8 30/2 32/23 34/2 47/22 56/1 60/2 60/3 69/3
happening [3] 63/8 68/21 68/23
happy [3] 33/24 34/1 62/12
hardly [1] 72/18
has [26] 8/25 21/2 43/1 45/13 47/3 48/8 49/8 50/21 51/13 51/20 52/3 52/6 52/21 54/21 56/7 56/14 57/3 59/3 62/23 69/10 70/9 71/25 74/1 77/1 77/2 77/5
hasn't [2] 56/22 86/4
have [68] 3/22 4/13 6/3 6/5 6/12 9/13 11/10 11/22 12/20 12/23 14/18 15/1 16/3 19/10 20/9 21/12 21/14 22/20 22/24 23/8 23/19 23/22 23/23 26/5 27/20 29/17 30/7 35/18 38/2 40/14 41/22 42/2 45/6 47/3 48/9 48/11 52/2 52/15 54/14 54/17 54/18 58/3 60/18 62/2 64/5 66/13 68/5 68/15 68/16 75/3 75/14 75/15 75/22 79/23 81/3 81/13 83/9 84/7 84/10 84/20 84/25 85/5 85/10 85/14 86/9 86/16 87/6 87/19
haven't [3] 57/18 74/9 80/13
having [2] 11/9 64/16
he [129]
he's [3] 11/11 24/13 66/18
head [5] 18/20 19/1 19/18 19/22 72/17

hear [14] 9/10 27/18 28/23 29/1 30/10 35/5 57/17 65/21 78/23 81/20 86/7 86/14 86/19 87/17
heard [21] 19/14 19/25 57/18 66/9 78/19 80/13 81/24 82/6 83/6 83/9 83/10 83/11 83/23 85/7 86/1 86/3 86/6 86/9 86/16 86/22 87/11
hearing [13] 7/4 50/6 51/8 54/7 55/7 59/17 70/3 71/7 74/6 83/14 86/14 86/25 87/5
hectares [1] 75/15
helicopter [18] 17/21 25/18 25/19 53/3 53/24 67/6 67/10 67/20 68/25 69/2 69/19 72/10 72/25 73/8 73/10 73/12 74/20 75/8
help [13] 13/24 13/25 14/1 14/20 17/9 17/12 26/23 27/1 29/13 31/3 32/13 35/2 42/17
helped [10] 14/9 27/5 27/8 33/6 33/10 33/18 34/7 34/25 36/23 65/5
helping [3] 14/11 14/21 32/11
her [3] 11/10 27/18 62/15
here [18] 16/12 19/9 19/11 20/8 35/24 40/9 41/21 46/15 51/16 51/17 59/23 71/23 73/6 73/9 73/9 74/17 74/24 85/16
herman [5] 1/21 1/24 88/4 88/11 88/11
Herminio [3] 3/3 3/11 3/15
high [1] 26/7
highway [1] 75/7
hill [2] 56/4 75/9
hills [1] 5/9
him [52] 3/22 9/19 10/25 10/25 11/2 11/8 11/21 12/2 13/11 13/13 13/14 13/15 13/16 13/18 13/18 13/21 13/22 13/24 13/25 14/1 14/1 14/9 14/11 14/19 14/20 14/21 25/4 25/6

27/16 29/5 29/15 30/20 31/3 34/7 34/15 37/8 37/16 38/22 44/21 48/7 52/2 55/21 58/3 58/14 60/9 60/17 61/16 61/17 61/19 79/15 83/1 83/14
him-- I [1] 11/8
himself [6] 24/18 26/12 39/11 39/14 41/13 67/4
his [60] 3/22 6/15 8/17 9/13 11/1 18/16 19/22 19/23 21/17 24/11 24/12 24/17 25/12 26/11 26/11 26/22 27/16 28/9 28/10 30/5 30/6 30/16 31/10 33/25 37/9 37/15 38/21 39/3 39/4 39/14 40/24 41/7 41/12 44/15 44/17 44/18 44/18 44/19 44/22 48/9 48/13 49/24 50/16 52/1 60/8 60/14 61/17 61/19 61/23 61/23 62/14 64/10 65/18 66/21 66/22 67/15 78/8 78/16 82/10 84/15
hit [2] 47/22 56/2
hitman [2] 52/5 52/9
hitman's [1] 51/2
hitmen [5] 32/14 33/14 52/3 86/23 86/24
hits [1] 47/25
hitting [1] 46/21
hole [1] 19/10
holster [1] 44/18
home [1] 8/9
honestly [1] 62/4
Honor [73] 5/12 7/22 8/1 10/14 10/17 10/21 10/24 11/5 11/16 11/20 11/24 12/7 20/22 27/20 28/2 30/7 31/13 48/20 50/1 50/5 51/4 51/7 52/20 53/9 53/16 54/2 54/6 55/6 56/17 56/21 57/1 57/14 57/18 58/10 58/15 58/18 59/13 59/16 63/20 70/2 71/3 71/6 72/12 72/19 73/16 73/25 74/1 74/5 74/8 75/10 75/25 76/11 76/14 76/19 76/22 76/24 77/5 77/13 77/16

27/18 28/9 28/15 30/20 78/25 80/7
80/16 81/6 81/7 82/8 82/17 83/5 83/8 83/13 84/5 85/13
Honor's [4] 78/7 83/7 83/16 84/1
HONORABLE [1] 1/9
horse [1] 14/12
hospital [5] 26/3 26/5 65/16 67/23 68/2
hour [1] 31/20
hours [4] 32/15 32/17 48/22 66/3
how [67] 3/24 4/13 5/4 5/12 8/22 10/8 10/25 11/1 11/18 13/1 13/14 13/25 15/8 15/15 15/18 15/22 16/6 17/13 21/7 22/6 22/10 23/16 23/23 25/16 25/22 26/7 27/13 28/4 29/7 29/15 32/1 32/4 32/11 32/15 34/15 35/9 35/11 35/13 35/16 35/20 35/23 37/19 37/23 38/11 38/16 39/7 40/4 40/10 41/23 44/12 45/20 52/6 56/22 57/19 59/21 63/7 63/12 65/21 68/8 68/21 69/22 77/23 79/22 81/13 84/11 85/7 86/3
HOWELL [1] 1/9
however [4] 20/3 84/2 84/7 84/24
human [1] 18/7
hundred [7] 39/9 48/5 48/8 48/11 48/12 76/18 85/10
hundreds [1] 79/15
hunting [3] 5/18 5/18 5/19

**I**

I -- it [1] 20/13
I'd [3] 59/3 70/9 80/6
I'm [11] 5/13 11/11 49/8 63/13 66/21 67/8 68/10 74/8 79/18 83/8 87/6
I've [1] 80/17
I-N-D-I-O [1] 3/25
idea [4] 41/6 41/10 75/22 81/3
identification [10] 6/13 29/19 44/9 50/22

# I

identification... [6]
54/21 56/8 59/4 62/23
69/11 70/10
identified [1] 24/8
identify [1] 24/4
identifying [1] 54/11
identity [2] 77/24 84/8
ignorant [1] 40/19
ill [2] 26/5 26/6
illegal [1] 22/1
illiterate [1] 22/14
imagine [2] 18/18
60/13
immediately [1] 67/23
immigration [1] 23/8
impact [1] 85/17
important [2] 18/22
84/9
impression [1] 79/1
inappropriate [1]
10/22
incarceration [1] 22/3
incident [1] 7/12
including [2] 79/11
82/6
indicate [2] 10/19
74/25
indicated [5] 19/8
19/10 19/11 52/13
75/11
indigenous [2] 4/17
5/8
Indio [2] 3/19 5/4
individual [1] 6/15
individuals [1] 79/6
infection [1] 68/19
information [3] 65/25
83/17 84/3
initials [5] 49/16 51/2
51/13 51/15 51/16
injured [5] 7/13 20/14
69/4 69/5 69/7
inquire [2] 85/25 87/10
insignia [5] 54/13
54/14 56/16 57/3 57/4
instruct [2] 28/14
31/18
instructed [3] 77/9
82/2 82/3
instructing [1] 81/24
instruction [11] 77/12
80/5 80/7 80/23 81/17
81/21 83/7 83/16 83/25

instructions [2] 80/1
85/2
insure [1] 87/10
intense [1] 8/9
interpret [3] 27/18
65/24 82/2
interpretation [9] 14/6
21/18 27/19 30/8 30/14
76/19 81/18 82/23 86/3
interpreted [1] 77/15
interpreter [17] 3/12
4/4 21/1 21/2 27/18
27/21 28/22 35/4 39/18
41/19 65/24 67/25
75/25 81/2 82/2 82/21
86/15
interpreter's [1] 81/9
interpreters [2] 63/14
78/21
interpreting [2] 20/25
82/22
interrupted [1] 63/13
introduced [2] 25/11
79/4
investigation [2] 22/21
22/25
involved [1] 10/19
involvement [1] 14/18
is [145]
Ismael [1] 6/15
issue [2] 11/22 87/7
it [227]
it's [25] 11/11 14/13
18/22 20/8 34/12 46/1
48/22 49/19 51/1 51/
51/1 53/2 55/1 56/14
59/10 71/14 75/4 75/7
75/14 75/15 79/20 80/3
85/4 85/16 87/2
item [2] 49/12 49/18
items [2] 46/4 63/2
itself [1] 86/21

# J

jail [1] 26/10
Jalisco [18] 4/7 7/20
8/15 10/1 10/3 12/21
49/16 50/20 51/3 52/19
54/16 57/5 61/3 62/1
62/2 62/8 66/8 67/3
jan [2] 1/18 1/20
Jesus [1] 84/12
jewelry [1] 62/6
Jimenez [2] 70/7 74/9

job [2] 9/16 70/5
jobs [2] 23/22 33/16
journey [1] 20/11
Jr [1] 1/15
Juan [1] 67/1
JUDGE [1] 1/9
jurists [1] 79/25
juror [1] 85/1
juror's [2] 83/17 84/4
jurors [14] 48/25 49/2
76/5 76/22 77/9 80/23
81/10 81/15 83/22
85/18 86/1 87/5 87/11
87/16
jury [29] 3/2 3/6 12/5
17/25 18/19 18/22
18/22 39/7 50/3 50/9
50/13 50/18 51/5 51/11
51/15 52/21 54/4 55/4
56/19 59/14 69/25 70/8
71/4 74/3 77/7 81/8
82/6 82/16 85/22
just [70] 4/23 4/24
10/6 10/6 11/8 11/15
11/19 11/22 11/23 12/9
12/24 14/5 16/11 17/2
19/17 19/18 19/19
20/15 24/2 24/3 24/8
27/21 27/25 28/12 29/2
33/9 33/14 36/14 36/22
39/12 39/14 39/15
40/16 42/14 42/19 44/3
45/4 46/11 48/16 48/21
49/20 49/25 50/12
50/16 51/13 53/13
53/14 53/18 55/16
60/25 63/9 63/14 64/8
64/14 66/14 67/7
73/14 73/15 74/21 76/3
76/4 77/9 79/7 81/13
82/8 82/9 84/3 85/2
85/11 85/13

# K

Kaitlin [1] 1/12
kaitlin.sahni [1] 1/14
Kate [1] 1/12
keep [4] 28/25 58/2
53/3 87/3
keeping [1] 79/14
kept [2] 64/6 84/13
kid [1] 5/17
kill [10] 17/17 17/22
17/24 18/1 52/14 68/8
68/9 68/14 75/23 76/8

killed [12] 9/16 10/12 10/18
11/6 11/10 11/18 11/23
12/6 12/10 19/6 52/3
52/6 66/18 76/16 77/23
78/4 78/20 79/10 83/9
83/14 83/15 86/16
killing [3] 10/20 79/15
83/1
kilo [3] 16/1 29/16
61/17
kilogram [1] 42/12
kilograms [8] 16/2
28/16 31/5 31/8 32/18
35/12 41/22 42/3
kilos [7] 27/8 29/16
32/6 39/9 41/21 42/5
42/6
kind [3] 19/14 86/18
87/2
kneeling [1] 19/8
knew [3] 57/23 64/25
83/1
knock [1] 66/6
know [54] 5/1 5/12
8/16 8/17 9/19 11/10
11/11 14/14 19/7 23/16
23/23 24/11 24/12
24/14 25/13 27/13 28/4
30/4 30/15 33/3 36/12
41/2 44/25 48/10 52/18
53/22 57/19 58/1 58/5
60/6 63/10 63/11 63/12
64/3 64/3 64/7 64/16
64/21 66/18 66/25 67/6
67/8 73/3 77/16 78/8
80/24 81/16 85/7 85/9
86/12 86/21 87/10
87/11 87/14
knowledge [2] 84/11
84/19
knows [3] 11/13 56/23
86/3

# L

la [4] 24/16 24/19
24/22 42/10
lab [1] 16/13
laboratories [4] 14/21
14/23 14/24 15/2
labs [10] 15/6 15/8
15/11 15/16 16/6 16/13
16/21 17/10 38/24
39/13
lacks [1] 80/12
laid [1] 80/18

## L

land [3] 8/6 45/23 64/14
language [2] 64/12 77/12
large [6] 29/8 32/4 35/11 44/10 60/4 61/12
large-caliber [1] 44/10
larger [1] 29/9
last [6] 14/7 27/21 65/8 65/9 65/12 69/7
late [1] 9/9
later [2] 18/9 18/11
laughed [1] 44/4
launch [1] 56/4
launched [2] 55/13 55/15
launcher [14] 45/9 45/11 46/7 46/10 47/16 47/17 53/2 53/10 53/22 53/23 54/12 54/14 55/13 55/16
launchers [8] 44/12 44/12 45/8 48/15 53/5 53/20 55/14 55/20
law [3] 1/16 1/19 77/8
lawyers [2] 73/21 74/15
lay [2] 7/23 7/25
leader [4] 7/21 8/13 8/14 10/1
least [3] 79/11 81/8 83/22
leave [4] 20/1 25/25 26/2 81/4
leaving [1] 67/15
led [1] 7/12
ledgers [2] 84/13 84/16
left [11] 10/12 12/3 18/17 33/4 46/2 51/19 69/3 69/5 72/2 75/1 78/22
left-hand [2] 46/2 72/2
leg [1] 44/18
legally [3] 6/4 21/13 23/13
legs [1] 73/22
lend [1] 44/2
less [2] 35/24 47/21
let [16] 24/7 24/9 27/18 36/3 36/6 51/18 51/21 57/15 65/24 67/6 71/24 72/3 75/10 77/6
Let's [5] 27/25 50/10 56/7 66/9 76/12
letters [1] 50/19
letting [1] 63/10
level [2] 43/8 85/6
life [1] 4/14
light [1] 83/13
like [36] 4/18 4/22 11/12 14/11 14/22 19/8 24/17 35/19 35/24 36/1 39/15 40/16 41/17 42/22 44/23 47/25 48/11 49/3 52/20 54/20 55/20 55/24 59/3 59/11 59/25 61/19 61/20 62/22 67/25 69/21 70/9 70/25 73/22 77/11 82/8 85/11
liked [1] 62/9
Lima [1] 60/21
limiting [8] 80/5 80/6 80/22 83/7 83/16 83/25 84/1 85/2
listen [4] 63/7 64/4 64/8 82/1
lit [1] 75/9
liter [1] 15/25
liters [2] 15/20 15/25
little [13] 3/21 4/16 9/12 9/13 18/17 19/10 35/18 42/25 47/4 56/4 75/5 80/4 87/18
live [1] 23/11
lived [1] 4/13
living [1] 6/10
load [4] 27/11 37/19 38/9 39/14
loaded [1] 34/23
locate [1] 73/7
located [1] 15/11
locating [1] 14/20
location [3] 31/22 37/18 63/11
lock [3] 47/2 47/5 47/10
long [14] 4/13 8/22 11/20 13/1 16/7 17/13 22/6 25/16 35/13 36/2 37/19 56/15 59/2 74/10
long-distance [1] 59/2
longer [1] 47/4
look [4] 41/17 46/25 49/10 69/15
looked [5] 44/22 69/21
Looks [1] 49/3
lorraine [5] 1/21 1/24 88/4 88/11 88/11
Los [1] 60/21
lost [1] 19/9
lot [10] 11/19 14/2 19/9 21/14 56/3 56/3 62/13 62/20 67/2 86/2
loud [3] 48/1 48/1 66/1
Louis [1] 37/15
lovingly [1] 40/16
low [1] 51/25
lower [2] 45/11 52/13
lowest [1] 52/2
lungs [1] 68/19

## M

Madam [1] 20/25
made [3] 12/21 20/9 78/7
magazine [1] 47/9
magazines [1] 47/7
main [1] 67/5
mainly [3] 40/12 41/1 64/13
make [8] 3/8 3/9 16/11 21/23 35/5 43/7 71/14 85/16
makes [1] 60/4
making [1] 42/5
man [4] 52/14 70/17 70/18 78/16
manner [1] 64/2
manufacturing [2] 41/5 41/11
many [19] 10/8 10/25 13/14 15/8 15/15 32/11 32/15 35/20 38/11 40/12 52/6 61/11 61/11 69/22 72/17 79/22 81/13 84/11 85/7
Manzanillo [1] 34/12
map [10] 51/2 51/16 51/20 52/17 52/18 52/19 62/8 73/3 73/17 75/12
marines [9] 9/20 12/24 13/12 31/15 60/10 60/11 64/20 64/22 65/3
mark [3] 29/19 73/8 74/24
marked [11] 49/8 50/21 52/21 54/21 56/8 59/4 62/23 69/11 70/10
markings [5] 29/17 32/3 37/14 72/25 74/2
married [2] 34/3 36/25
materials [1] 15/4
math [1] 5/23
matter [2] 38/20 88/6
max [1] 17/15
may [23] 25/21 50/7 51/8 54/8 55/8 58/21 63/22 65/10 68/15 71/7 72/12 72/14 72/15 72/16 73/16 74/7 79/23 80/23 81/18 81/19 86/16 87/15 87/17
maybe [2] 73/4 73/14
me [65] 5/11 8/7 8/7 8/8 9/12 9/14 11/7 11/10 13/7 13/23 17/12 17/24 18/4 18/12 18/12 18/14 18/15 18/15 18/16 18/23 19/7 19/9 19/10 19/12 19/19 20/7 20/12 20/13 21/22 21/23 21/23 22/9 23/4 26/3 26/5 26/9 26/9 26/11 28/12 32/13 34/8 39/3 41/12 41/14 41/21 42/14 42/14 42/22 44/1 44/2 45/21 53/25 57/15 58/16 66/5 68/19 68/23 69/4 69/9 77/6 80/1 81/13 82/11 87/10 87/12
mean [6] 11/11 24/19 39/2 64/19 66/22 86/23
medical [1] 26/1
meet [3] 8/6 25/3 25/4
member [1] 77/7
members [3] 22/13 52/21 82/6
memorandum [2] 79/8 80/18
men [9] 10/8 10/13 11/1 12/14 12/18 29/14 32/16 35/13 79/13
men's [1] 70/25
Menchito [23] 9/6 24/2 24/4 24/15 24/16 26/10 26/12 30/5 30/5 30/16 31/9 33/5 39/5 39/13 39/16 41/13 43/17 43/24 44/19 46/21 49/25 52/1 66/2
Menchito's [9] 36/14

**Menchito's... [8]** 41/6 46/1 50/16 51/1 52/10 57/9 64/10 66/12
**Mencho [27]** 8/6 8/7 8/10 8/12 8/19 8/22 9/6 9/7 9/9 9/15 9/16 12/20 13/7 13/8 13/9 13/17 14/16 14/19 24/1 25/2 26/3 26/7 28/10 41/4 65/5 66/10 70/19
**Mencho's [3]** 8/16 66/23 70/24
**mentioned [16]** 9/21 23/15 42/10 45/5 46/7 46/19 47/15 49/20 51/13 52/11 57/3 62/10 62/16 64/24 65/5 73/5
**met [3]** 25/6 25/8 39/16
**meter [1]** 38/17
**meters [1]** 46/20
**meters' [1]** 47/20
**methamphetamine [23]** 6/24 14/24 15/1 15/6 15/9 15/18 15/23 16/3 16/6 16/20 17/4 17/9 17/13 27/4 29/25 38/23 38/25 39/11 39/24 40/4 40/8 40/11 40/24
**method [1]** 78/5
**methods [1]** 40/13
**Mexico [10]** 4/8 7/15 7/17 13/17 21/5 22/9 22/16 22/18 24/23 60/23
**microphone [1]** 3/9
**middle [4]** 9/8 19/22 19/23 51/20
**middle -- at [1]** 19/22
**might [5]** 26/5 62/2 78/18 83/5 85/14
**mind [4]** 80/2 83/18 84/4 85/21
**minds [1]** 82/4
**mine [1]** 45/22
**Minigun [1]** 71/21
**Miniguns [2]** 48/14 71/19
**minute [1]** 48/24
**minutes [1]** 82/10
**missing [1]** 58/7
**mistaken [1]** 24/13

**mistrial [1]** 83/18 84/25 85/24 86/8 87/3
**mixed [1]** 85/10
**moment [2]** 8/20 36/18
**money [16]** 14/19 23/10 23/15 23/16 42/18 42/23 43/2 43/2 43/3 43/9 43/11 43/15 43/22 43/25 44/2 79/13
**month [18]** 15/17 15/19 15/21 16/6 16/10 16/13 16/17 25/23 33/8 33/19 39/8 39/19 39/22 42/21 44/5 61/21 62/19 62/21
**months [7]** 7/7 20/11 20/13 20/14 20/15 22/7 22/8
**more [12]** 4/3 14/4 14/4 18/22 35/24 41/22 42/3 42/12 47/21 67/18 80/4 82/10
**morning [4]** 29/12 32/9 66/3 82/15
**most [4]** 5/19 36/18 61/25 70/22
**mostly [1]** 5/18
**mother [1]** 5/7
**motion [3]** 77/18 77/19 86/8
**motivations [1]** 61/23
**mountain [1]** 67/18
**mountainous [2]** 4/19 4/20
**mountains [3]** 5/9 5/16 21/10
**mounted [1]** 71/13
**move [26]** 10/17 10/22 11/8 14/9 14/11 17/9 20/22 23/13 27/2 27/6 50/1 51/4 52/12 53/7 54/2 55/3 56/17 57/11 59/13 63/17 69/24 71/3 74/1 77/3 80/10 80/15
**moved [4]** 23/14 33/25 47/1 77/18
**movement [1]** 64/4
**movements [1]** 64/8
**moving [3]** 14/1 14/18 48/18
**Mr [1]** 69/15
**Mr. [29]** 3/20 4/6 8/6 8/7 11/7 21/18 22/10 25/2 27/17 34/5 35/4 46/9 53/19 57/21 63/13

65/21 70/13 72/22 73/3 73/11 74/11 74/17 76/3 78/24 79/3 83/14 84/12 85/20 86/13
**Mr. Coates [1]** 74/11
**Mr. Columbo [3]** 11/7 78/24 86/13
**Mr. Gomez [16]** 3/20 4/6 21/18 22/10 27/17 34/5 35/4 46/9 53/19 63/13 65/24 72/22 73/3 73/11 74/17 76/3
**Mr. Jesus [1]** 84/12
**Mr. Mencho [4]** 8/6 8/7 25/2 70/19
**Mr. Oseguera [3]** 79/3 83/14 85/20
**Mr. Oseguera Gonzalez [1]** 57/21
**Ms [1]** 2/4
**Ms. [7]** 49/4 70/7 73/19 74/9 74/11 81/1 82/24
**Ms. Ancalle [2]** 70/7 74/9
**Ms. Naseef [5]** 49/4 73/19 74/11 81/1 82/24
**much [10]** 15/18 15/22 22/10 23/16 39/7 40/4 42/12 43/2 47/24 86/3
**multiple [4]** 65/21 84/10 85/4 85/5
**municipal [1]** 9/25
**municipality [3]** 13/19 15/12 15/13
**murder [2]** 79/16 84/15
**murdered [3]** 77/20 79/23 84/14
**murdering [1]** 86/11
**murders [13]** 77/3 78/10 78/15 78/16 79/2 79/19 79/20 80/10 84/12 84/20 85/21 86/12 87/1
**murders -- there [1]** 80/10
**must [2]** 81/17 81/21
**my [52]** 3/6 3/15 4/14 5/6 5/6 5/8 7/11 8/5 8/5 9/6 10/19 11/8 15/3 16/22 18/4 18/8 18/17 18/18 20/15 20/19 20/20 20/21 21/11 21/19 22/12 25/12 25/17 26/2 29/14 35/1

44/3 45/12 45/22 45/22 46/4 58/9 61/18 62/7 63/3 63/13 66/2 66/17 68/19 72/15 72/17 79/7 79/19 79/22 79/24 80/18 81/16 81/21
**myself [4]** 20/3 21/10 21/20 21/24

**N**

**name [12]** 3/14 3/15 3/22 6/15 6/17 7/19 8/16 8/17 24/11 24/12 30/10 66/25
**named [1]** 9/18
**names [5]** 5/13 84/13
**Naseef [7]** 1/12 2/4 49/4 73/19 74/11 81/1 82/24
**Nava [1]** 78/2
**NE [1]** 1/13
**near [3]** 3/9 4/20 21/8
**nearby [1]** 20/4
**nearly [2]** 25/24 68/2
**necessary [1]** 84/7
**neck [1]** 59/24
**need [5]** 14/22 15/4 38/11 77/17 86/4
**needed [3]** 35/22 38/13 39/14
**Nemesio [1]** 8/17
**never [5]** 13/24 20/9 22/12 43/2 61/17
**New [10]** 7/20 8/15 42/9 49/16 50/20 54/16 57/5 61/3 62/1 62/3
**New York [1]** 42/9
**next [5]** 19/5 19/7 75/4 75/5 82/9
**nice [2]** 62/9 87/19
**nick [1]** 82/24
**nickname [6]** 3/24 5/4 24/22 44/19 52/15 66/13
**nicknamed [1]** 5/5
**nicknames [4]** 3/16 3/18 24/14 45/6
**night [2]** 35/15 37/22
**nighttime [2]** 29/10 32/7
**Nissan [1]** 42/25
**no [45]** 1/3 6/5 6/19 7/14 7/14 11/4 11/15 12/23 14/17 16/25 20/7 21/14 29/12 30/4 38/4

**N**

no... **[30]** 38/15 45/4 45/4 50/5 50/6 51/7 51/8 54/6 54/7 55/6 55/7 55/22 59/16 59/17 63/20 63/21 67/18 70/2 70/3 71/6 71/7 74/5 74/6 75/22 77/2 80/10 81/6 81/12 81/12 82/12
nobody **[1]** 27/15
Non **[1]** 72/20
Non-responsive **[1]** 72/20
not **[57]** 4/25 6/5 8/9 10/20 12/23 12/24 14/2 14/13 17/5 18/10 20/7 24/13 28/12 29/8 38/15 38/21 39/15 44/14 44/17 44/20 47/24 61/16 68/7 68/8 68/10 68/22 75/25 76/2 76/19 77/1 77/22 77/24 78/4 78/9 78/16 79/16 79/18 79/22 80/3 80/3 81/3 81/18 81/20 82/1 82/2 82/3 82/4 82/5 82/13 84/9 84/17 84/22 84/24 85/4 85/15 85/15 85/16
note **[1]** 82/9
notebooks **[1]** 84/13
Nothing **[1]** 39/25
notice **[3]** 77/2 77/5 85/15
now **[20]** 5/23 18/25 23/4 23/11 41/3 42/2 42/15 44/3 50/13 60/24 60/25 61/1 61/7 77/12 81/11 82/11 82/12 83/21 84/7 84/18
number **[27]** 6/16 11/18 11/20 11/23 12/6 12/10 24/17 24/17 24/18 26/13 28/8 28/11 28/12 44/19 48/6 48/11 51/2 51/24 51/25 52/1 52/1 52/4 52/15 54/18 77/17 78/8 83/11
numbers **[6]** 11/3 51/25 52/2 52/2 52/12 52/13
NW **[1]** 1/23

**O**

oath **[2]** 3/5 3/6

obey **[1]** 58/7
obeyed **[2]** 67/22 68/6
object **[1]** 57/13
objecting **[1]** 58/2
objection **[30]** 7/22 10/14 20/22 31/13 50/4 50/6 51/6 51/8 53/9 54/5 54/7 55/5 55/7 56/20 58/17 58/20 59/15 59/17 63/19 63/20 63/21 70/1 70/3 71/5 71/7 72/19 74/4 74/5 74/6 76/11
obviously **[1]** 44/14
occasion **[6]** 37/8 37/21 40/5 40/6 41/13 62/13
occasions **[1]** 25/7
Ocotlan **[1]** 5/6
odd **[2]** 11/3 11/25
off **[6]** 29/1 29/21 31/12 47/10 73/19 86/13
office **[2]** 18/8 18/8
officers **[3]** 10/11 12/2 35/1
officers...4,000 **[1]** 12/17
OFFICES **[2]** 1/16 1/19
official **[4]** 1/22 12/20 35/1 88/4
often **[3]** 25/22 75/16 75/17
Ohio **[3]** 21/24 21/25 42/9
Okay **[21]** 12/9 16/15 35/6 42/24 46/12 57/15 57/25 58/20 73/2 73/11 73/14 74/17 76/2 76/12 76/21 78/23 80/8 80/17 83/3 87/15 87/19
old **[7]** 5/22 5/24 6/2 24/13 47/20 62/2 74/14
old-school **[1]** 62/2
older **[1]** 22/13
once **[9]** 9/19 19/9 27/3 36/8 39/12 41/16 42/19 43/2 61/16
one **[56]** 7/14 8/6 13/6 13/7 14/7 16/1 17/24 28/9 29/8 29/9 29/16 31/20 33/9 36/2 37/14 38/17 39/14 41/13 43/1 44/16 44/21 46/12 46/21 46/24 46/24

obeyed... **[5]** 46/23 46/25 47/3 47/4 47/8 49/22 53/4 53/19 53/23 54/19 55/22 56/1 57/6 57/21 58/10 59/12 62/3 62/14 65/7 65/8 65/22 66/16 67/5 69/7 72/22 76/14 78/1 78/2 78/16 82/23
one by **[2]** 46/24 46/25
one day **[1]** 8/6
one follow-up **[1]** 33/9
one hour **[1]** 31/20
one in **[2]** 14/7 62/14
one kilo **[1]** 16/1
one meter **[1]** 38/17
one occasion **[1]** 41/13
one of **[14]** 29/8 29/16 39/14 47/3 49/22 53/4 53/19 56/1 57/6 57/21 65/7 69/7 78/1 78/16
One second **[1]** 72/22
one talking **[1]** 67/5
one that **[5]** 13/6 13/7 43/1 46/21 58/10
one time **[1]** 65/22
one used **[1]** 53/23
One was **[1]** 37/14
one who **[4]** 17/24 28/9 62/3 66/16
ones **[10]** 4/24 22/13 29/8 36/2 49/24 52/1 61/24 64/21 64/24 65/2
only **[33]** 10/12 12/3 13/6 13/7 14/12 14/20 15/3 15/10 16/25 17/6 17/15 28/5 28/9 28/16 28/19 44/17 45/2 46/21 47/3 47/11 48/5 48/8 48/12 50/15 57/22 58/3 61/16 62/7 65/8 67/16 81/17 81/22 83/1
operations **[1]** 33/25
opinion **[3]** 79/8 79/19 80/18
opposed **[1]** 53/23
opposition **[1]** 77/18
order **[5]** 27/16 67/19 67/22 68/23 78/7
ordered **[11]** 53/25 66/5 68/19 69/2 69/4 69/8 78/8 82/25 83/15 84/12 84/14
ordering **[2]** 84/20 85/21

orders **[8]** 34/20 67/2 67/4 67/21 67/24 68/5 78/17 79/13
organization **[4]** 7/16 7/19 7/21 8/4
organizations **[1]** 60/22
original **[1]** 81/16
Oscar **[1]** 78/2
OSEGUERA **[8]** 1/5 8/18 24/12 24/25 57/21 79/3 83/14 85/20
Oseguera Gonzalez **[2]** 24/12 24/25
other **[23]** 4/24 18/21 19/6 24/14 31/4 36/12 36/25 37/15 42/9 52/2 58/1 58/2 58/9 60/18 77/13 77/23 78/3 79/18 80/1 80/24 82/6 86/11 86/18
others **[2]** 59/12 61/11
otherwise **[2]** 20/9 26/6
our **[5]** 68/8 77/18 77/24 82/12 84/7
ourselves **[1]** 70/23
out **[19]** 9/9 10/10 20/9 26/12 34/1 46/14 47/6 47/11 65/8 66/4 69/8 79/3 79/14 80/18 84/4 84/15 85/21 86/5 87/3
outline **[1]** 51/20
outside **[1]** 81/8
over **[9]** 12/24 12/24 26/14 28/5 63/10 64/14 64/14 67/17 83/20
overall **[1]** 87/4
overboard **[1]** 31/5
Overruled **[4]** 20/24 26/17 31/14 72/21
owed **[2]** 78/15 79/13
Owner **[1]** 24/20
oxes **[1]** 66/8

**P**

P R O C E E D I N G **[1]** 2/16
P-U-R-I-F-I-C-A-C-I-Ó-N **[1]** 4/11
p.m **[4]** 1/6 49/1 49/1 87/20
package **[1]** 32/4
packaged **[3]** 29/15 32/1 35/9

**packages [4]** 29/16 35/11 43/13 43/14
**packed [1]** 43/12
**PAGE [6]** 2/2 2/8 45/14 46/2 46/16 79/9
**Page 1 [1]** 46/2
**Page 2 [1]** 45/14
**Page 9 [1]** 79/9
**paid [1]** 21/10
**Palenque [1]** 16/22
**paraphernalia [1]** 6/24
**part [11]** 12/6 12/9 43/5 45/2 45/11 46/15 77/6 80/3 81/1 82/3 82/9
**particular [5]** 57/19 57/20 62/14 71/16 79/25
**parts [1]** 79/17
**party [1]** 62/15
**Paso [6]** 45/22 75/5 75/6 75/8 75/11 75/13
**pass [2]** 67/19 67/22
**passed [1]** 67/23
**passing [1]** 20/15
**past [2]** 62/3 82/11
**pasture [2]** 64/15 64/15
**pause [3]** 21/18 27/17 27/17
**pauses [2]** 14/5 63/14
**paved [1]** 4/25
**pee [1]** 20/15
**Pelon [5]** 52/1 66/2 66/11 66/12 66/14
**Pelon's [1]** 66/25
**people [62]** 9/13 10/25 11/3 11/14 11/18 11/21 12/6 12/10 14/13 14/20 17/11 18/4 18/16 19/6 19/7 19/15 30/5 30/6 30/17 32/11 32/13 33/10 37/21 39/14 41/12 46/20 48/5 48/11 52/3 52/6 52/10 57/10 65/22 69/5 69/7 76/10 76/16 77/20 77/21 77/22 77/23 78/1 78/3 78/4 78/8 78/15 78/19 79/11 79/15 79/22 83/1 83/10 83/15 83/15 83/19 84/14 85/5 85/5 85/9 86/11 86/17 86/21

**people – [1]** 88/5
**per [2]** 16/13 42/12
**percent [2]** 5/7 68/19
**Perfectly [1]** 45/19
**Perla [3]** 24/16 24/19 24/22
**person [14]** 24/3 25/3 25/4 25/6 25/9 30/21 34/16 34/17 38/18 39/16 44/16 52/6 57/22 82/6
**personal [3]** 44/17 61/15 84/18
**personally [6]** 75/23 77/20 79/3 79/10 83/1 83/10
**Perula [5]** 31/20 34/9 34/10 34/13 37/24
**pesos [2]** 10/6 12/17
**phone [8]** 25/5 26/14 28/5 28/7 28/11 31/10 34/15 67/17
**phones [1]** 81/5
**photo [3]** 9/3 9/5 9/7
**photograph [9]** 49/21 51/19 53/4 53/19 57/6 57/20 63/2 63/4 71/20
**photographs [6]** 45/18 49/13 69/16 69/20 70/14 70/24
**physically [1]** 44/15
**pick [19]** 15/15 15/20 28/16 31/5 31/7 31/18 32/11 32/16 33/1 34/8 34/14 37/12 37/17 38/21 42/23 43/14 53/25 69/2 69/4
**picked [9]** 18/12 30/4 30/15 34/10 43/15 55/1 55/13 58/11 70/23
**picking [2]** 15/18 39/7
**pickup [2]** 70/17 70/20
**picture [1]** 56/22
**piece [1]** 45/23
**pieces [1]** 69/22
**pigsty [1]** 56/5
**pills [3]** 41/20 41/23 42/4
**pistol [5]** 44/18 44/22 44/24 45/2 45/3
**pistols [1]** 48/15
**place [7]** 17/5 26/11 34/10 67/16 68/25 69/1 69/8
**placed [1]** 71/21

**places [3]** 42/10 42/10
**Plaintiff [1]** 1/3
**plan [2]** 11/1 11/4
**plane [4]** 27/8 29/7 29/10 40/12
**planning [1]** 11/8
**plantations [2]** 28/20 28/20
**plastic [1]** 43/12
**plaza [2]** 13/24 17/23
**plead [3]** 6/20 6/23 7/3
**pleading [2]** 22/1 22/4
**please [17]** 3/8 3/14 3/23 14/5 14/6 21/18 22/23 24/3 27/17 27/18 28/25 35/4 49/4 65/24 69/15 70/7 76/3
**plenty [1]** 48/22
**pneumonia [2]** 18/13 26/4
**point [4]** 18/22 18/25 21/8 24/3
**pointing [2]** 18/25 19/22
**points [1]** 4/23
**police [20]** 6/17 9/18 9/22 9/24 9/25 10/8 10/10 12/2 12/10 12/14 12/17 12/18 12/22 13/1 14/25 20/2 20/5 33/12 63/3 63/5
**policemen [6]** 32/14 33/11 33/11 33/13 35/1 86/23
**position [1]** 57/17
**possession [1]** 6/23
**possible [1]** 68/22
**potato [5]** 44/12 45/8 45/9 46/7 46/10
**practice [1]** 45/23
**practicing [1]** 45/22
**precisely [2]** 80/25 86/6
**precision [1]** 59/2
**prefer [2]** 11/15 80/6
**pregnant [1]** 20/19
**prepared [1]** 35/2
**presence [1]** 81/8
**present [2]** 38/20 65/6
**presuming [1]** 11/11
**pretty [4]** 18/13 19/13 48/1 62/13
**previously [4]** 8/25 10/20 45/13 65/5

**print [1]** 73/3
**printed [1]** 50/19
**prior [1]** 25/7
**proceed [3]** 12/12 49/4 73/24
**proceedings [4]** 1/8 1/25 87/20 88/6
**produce [1]** 41/6
**produced [1]** 1/25
**producing [1]** 41/8
**production [1]** 39/13
**projects [1]** 86/22
**promise [3]** 34/2 34/3 34/4
**properly [1]** 84/1
**property [3]** 8/5 75/14 75/16
**protect [1]** 71/14
**protected [1]** 60/17
**protecting [3]** 60/9 60/15 84/8
**protection [1]** 33/2
**protectors [1]** 10/11
**prove [1]** 18/10
**provide [2]** 33/1 85/15
**provided [3]** 77/1 77/3 77/5
**publish [12]** 50/2 50/10 51/5 54/3 55/4 56/18 57/12 59/14 63/18 69/25 71/4 74/3
**published [18]** 45/15 50/7 50/9 51/9 51/10 54/8 54/9 55/8 55/9 58/21 58/22 59/19 63/22 63/23 70/6 71/8 71/10 74/7
**Publishing [1]** 45/12
**Puerto [2]** 6/14 39/6
**pulled [2]** 47/5 47/10
**pulp [1]** 20/16
**Punta [5]** 31/20 34/9 34/10 34/13 37/24
**Punta Perula [2]** 34/10 37/24
**pure [2]** 44/25 67/17
**Purificación [34]** 4/7 4/10 4/10 4/13 4/15 5/2 7/11 10/1 10/9 12/21 13/2 13/20 15/13 17/8 22/13 25/10 25/15 25/23 26/1 31/21 33/23 33/25 39/12 43/16 43/23 44/6 48/4 64/13 68/17 68/20 68/24

**P**

Purificación... **[3]** 70/21 71/1 74/19
purposes **[1]** 16/24
pursuant **[1]** 77/2
put **[7]** 24/20 26/20 28/12 66/1 72/25 73/11 85/20
putting **[2]** 84/21 84/22

**Q**

question **[10]** 12/11 22/23 27/23 28/1 33/10 41/19 53/13 53/18 58/9 76/4
quick **[2]** 27/12 81/1
quite **[3]** 66/18 78/19 83/19
quote **[1]** 86/12

**R**

r Honor **[1]** 76/24
radio **[2]** 63/10 64/14
radios **[7]** 63/3 63/5 63/7 63/9 63/25 64/2 64/11
raise **[2]** 85/6 85/18
raised **[1]** 86/1
ranch **[4]** 75/4 75/5 75/13 75/14
ranchers **[1]** 63/9
ranches **[2]** 23/23 63/9
ranching **[1]** 64/13
read **[1]** 27/21
ready **[1]** 73/24
real **[10]** 6/17 8/16 24/11 45/22 66/25 75/5 75/6 75/8 75/11 75/13
realized **[1]** 41/9
really **[4]** 45/24 76/25 85/16 87/17
realtime **[2]** 64/3 66/1
reason **[6]** 20/8 41/7 48/10 79/23 80/21 84/24
reasoning **[1]** 79/24
reasons **[1]** 80/17
rebel **[1]** 79/12
receive **[3]** 7/6 10/4 12/15
received **[6]** 10/6 12/16 23/8 23/15 23/16 31/4
receiving **[1]** 65/25
Recess **[1]** 49/1

recognize **[18]** 9/3 23/25 31/19 45/17 45/20 46/4 49/12 50/23 52/24 54/25 56/11 59/7 63/2 65/18 65/20 69/16 70/14 72/5
reconsideration **[1]** 84/6
record **[21]** 4/9 11/21 19/21 24/7 24/9 30/23 36/3 36/6 43/18 51/18 51/21 71/24 72/3 73/19 75/10 80/3 81/7 81/20 82/3 83/4 88/6
recorded **[1]** 1/25
recover **[2]** 20/14 21/20
reduced **[1]** 11/3
refer **[4]** 24/25 40/14 40/19 65/1
reference **[2]** 25/20 42/5
referred **[4]** 21/4 24/4 40/18 55/11
referring **[6]** 42/3 43/4 46/10 61/9 64/9 64/18
reflect **[9]** 24/7 24/9 36/3 36/6 51/18 51/21 71/24 72/3 75/10
reflected **[1]** 36/4
regard **[4]** 53/10 77/3 79/5 83/14
regular **[1]** 50/16
reinforcement **[1]** 67/7
related **[1]** 15/1
relation **[1]** 79/2
released **[1]** 9/18
relevant **[2]** 85/16 85/17
rely **[3]** 81/17 81/18 82/4
remember **[5]** 44/22 45/7 61/25 76/5 82/21
remind **[2]** 39/7 81/13
removed **[1]** 47/5
repeat **[2]** 22/23 28/22
repeated **[1]** 58/6
repeating **[1]** 58/3
repetition **[2]** 30/7 30/13
report **[1]** 21/23
Reported **[1]** 1/21
reporter **[3]** 1/22 5/14 88/4
request **[1]** 83/13

requested **[1]** 86/5
requires **[1]** 87/3
rescued **[3]** 13/16 13/18 13/21
respect **[2]** 26/12 79/25 80/24
respond **[2]** 85/12 85/18
responded **[1]** 76/24
response **[1]** 10/18
responsibilities **[1]** 15/1
responsibility **[1]** 15/3
responsible **[1]** 87/1
responsive **[1]** 72/20
result **[1]** 83/18
resume **[1]** 82/15
return **[2]** 68/17 68/20
returned **[4]** 7/15 23/3 68/24 70/20
reveal **[1]** 77/24
reviewed **[1]** 37/13
Rican **[1]** 6/14
rifle **[4]** 44/19 45/5 46/22 46/23
rifles **[2]** 47/3 58/4
right **[15]** 12/5 12/12 16/3 16/4 44/3 73/6 74/24 75/12 76/21 77/12 79/15 81/4 82/7 84/17 85/12
rival **[1]** 79/12
Rivera **[1]** 6/15
road **[3]** 72/6 72/7 73/9
roads **[3]** 4/22 4/25 66/7
rocket **[13]** 48/15 53/2 53/5 53/10 53/20 53/22 53/23 54/12 54/14 55/13 55/14 55/16 55/20
rockets **[3]** 55/20 55/23 56/1
Rojo **[1]** 24/16
role **[2]** 12/20 12/23
Rolex **[3]** 29/19 35/10 37/16
Ronis **[3]** 1/18 1/19 1/19
ronisandronis.com **[1]** 1/20
Rosa **[1]** 60/20
routine **[1]** 32/22
RPR **[1]** 1/21
RUBEN **[4]** 1/5 8/17

ruckus **[1]** 87/18
rule **[1]** 58/16
rumored **[1]** 86/15
running **[1]** 9/11
runway **[5]** 27/9 28/16 28/18 28/19 29/4
rural **[1]** 4/17

**S**

safety **[3]** 47/1 47/5 47/10
Sahni **[1]** 1/12
said **[45]** 5/6 12/1 12/4 14/9 15/24 16/5 18/11 19/17 23/3 33/10 33/9 34/2 39/15 39/25 42/2 42/22 42/23 42/24 48/14 50/12 53/13 57/8 57/22 61/18 62/1 64/25 65/25 67/2 67/5 67/8 67/9 67/21 68/11 68/18 68/21 76/15 76/18 77/19 77/22 81/18 81/25 83/13 85/1 85/8 86/16
salaries **[1]** 12/15
salary **[2]** 10/4 10/6
same **[33]** 6/8 13/19 18/11 26/11 29/24 30/1 32/2 32/3 32/13 32/22 34/10 34/12 35/1 35/10 35/10 35/12 36/10 37/12 37/18 37/25 38/3 38/5 38/8 38/10 38/13 39/22 40/17 40/19 42/21 43/8 47/18 78/25 81/22
San **[2]** 1/17 1/20
sand **[1]** 32/18
Santa **[1]** 60/20
saw **[9]** 25/24 41/23 46/22 55/15 61/16 61/17 69/21 79/3 84/13
say **[29]** 8/20 11/10 11/12 13/21 19/25 21/9 30/9 40/16 42/2 43/3 43/6 43/25 58/12 61/6 64/7 64/14 65/20 67/10 68/8 68/12 74/8 77/25 80/11 81/3 82/25 83/9 85/6 86/22 87/17
saying **[4]** 19/14 63/15 68/10 68/11
scar **[1]** 19/1

**scene** [1] 69/21
**school** [3] 5/23 22/12 62/2
**schooling** [1] 22/10
**scratch** [1] 22/19
**screen** [5] 46/9 46/18 49/10 51/14 69/15
**scroll** [1] 70/8
**sea** [3] 4/19 4/21 31/24
**seal** [1] 35/10
**seated** [1] 3/8
**second** [3] 31/2 72/22 77/1
**seconds** [1] 78/22
**security** [3] 6/16 9/11 60/8
**see** [18] 18/23 25/22 41/15 46/16 47/16 48/3 50/13 53/12 55/19 59/25 61/14 62/5 68/25 70/20 72/18 75/23 76/8 82/14
**seeking** [1] 84/17
**seen** [1] 43/2
**selling** [2] 41/5 42/7
**send** [8] 9/12 39/5 39/5 39/14 40/2 40/4 40/23 67/6
**sending** [1] 40/10
**sent** [7] 18/2 18/3 22/9 23/4 26/3 26/5 40/1
**sentence** [2] 7/6 7/8
**sentenced** [1] 22/3
**sentencing** [1] 7/4
**September** [2] 1/5 88/11
**serve** [2] 7/8 16/24
**SESSION** [1] 1/8
**set** [2] 49/3 66/7
**seven** [7] 15/10 15/15 16/13 16/14 18/9 77/20 79/11
**several** [3] 26/4 41/12 44/9
**Señor** [2] 24/16 24/19
**shape** [2] 18/13 19/13
**share** [2] 63/9 82/5
**she** [1] 81/3
**shiny** [2] 45/1 45/2
**shipment** [4] 31/3 33/7 33/19 36/24
**shirt** [1] 24/6
**shocking** [3] 83/19

85/20 86/17
**shoot** [8] 25/19 46/24 47/1 47/19 53/24 67/6 67/11 67/19
**shooting** [6] 45/23 46/20 46/22 59/2 75/17 86/11
**short** [2] 14/5 35/19
**shorthand** [1] 1/25
**Shortly** [1] 36/25
**shot** [10] 19/9 19/12 19/17 25/18 46/14 69/1 77/22 78/1 78/3 78/5
**show** [22] 8/24 18/19 48/16 49/8 49/22 50/21 52/20 53/4 53/19 54/20 56/7 57/6 59/3 62/22 63/4 69/10 69/20 70/9 70/24 71/20 72/9 81/15
**showed** [4] 45/21 47/15 55/16 74/21
**showing** [1] 45/12
**shown** [1] 78/11
**shows** [1] 69/22
**sic** [1] 8/17
**sick** [2] 68/18 69/6
**side** [8] 43/1 43/6 46/3 51/19 72/2 73/10 76/20 87/14
**Sidebar** [5] 10/16 12/8 57/16 58/19 76/13
**Sierra** [1] 39/3
**sight** [3] 56/15 58/25 59/1
**signed** [1] 23/5
**significance** [3] 51/24 52/14 87/18
**signify** [1] 52/4
**Similar** [1] 38/5
**simply** [1] 21/22
**Sinaloa** [1] 60/21
**since** [3] 23/19 30/21 64/23
**sister** [1] 20/21
**sitting** [1] 48/23
**six** [5] 76/10 77/3 77/20 83/2 83/11
**size** [1] 38/8
**slang** [2] 40/14 64/24
**sleep** [3] 19/13 87/9 87/12
**small** [15] 4/16 27/8 29/8 60/24 60/25 61/1 61/2 61/4 61/5 61/7 61/7 61/11 72/25 73/3

**smaller** [1] 46/3
**smaller -- actually** [1] 46/3
**smart** [1] 62/4
**so** [56] 3/10 9/21 10/21 11/12 15/22 16/2 16/11 16/24 17/2 18/15 18/22 20/10 21/10 21/22 23/5 24/9 26/5 28/10 29/2 34/1 35/5 36/6 39/4 42/12 43/2 47/10 47/24 51/1 51/21 51/25 52/4 53/14 64/15 64/15 66/1 67/22 68/19 68/23 72/3 72/17 72/24 73/15 74/17 75/1 77/24 79/18 79/19 79/23 81/16 81/24 82/2 83/3 84/8 84/9 86/3 87/17
**so's** [1] 64/15
**Social** [1] 6/16
**soldiers** [11] 9/19 9/20 12/25 13/12 14/4 14/4 14/10 36/2 64/20 65/3 67/7
**solid** [1] 61/12
**some** [13] 3/20 11/3 11/14 11/25 41/7 52/13 59/23 60/25 69/5 70/22 81/14 85/6 86/18
**someone** [3] 17/16 20/1 30/20
**something** [12] 10/20 18/19 42/22 56/2 56/5 58/6 58/7 68/13 81/25 83/24 85/20 87/16
**sometimes** [1] 60/1
**somewhere** [2] 29/23 67/13
**sorry** [7] 5/13 7/24 9/15 63/13 66/21 67/9 83/8
**sort** [1] 79/16
**sound** [1] 47/25
**Spanish** [16] 30/12 35/7 76/6 76/23 77/9 78/19 80/23 81/14 81/19 81/20 81/25 82/21 83/23 85/7 85/9 85/19
**speak** [5] 5/13 7/24 76/6 78/18 82/20
**speaker** [1] 66/1
**speakers** [1] 85/10

**special** [5] 17/11 18/3 20/20 33/15 86/22
**specific** [7] 53/10 53/13 53/22 77/24 78/10 79/17 79/19
**specifically** [4] 30/11 65/2 77/19 77/9
**speed** [1] 39/13
**spell** [4] 3/22 3/24 5/11 5/12
**spelled** [3] 4/10 30/24 43/18
**spending** [1] 5/16
**spent** [3] 5/8 61/21 62/14
**spite** [1] 84/2
**spoke** [3] 30/12 35/7 77/9
**spoken** [1] 25/5
**spot** [1] 74/17
**stand** [3] 50/19 73/22 84/16
**stands** [1] 51/23
**start** [11] 8/3 8/19 9/9 23/2 27/15 27/18 27/19 28/1 41/8 41/11 73/4
**started** [9] 10/10 16/5 16/18 17/3 18/7 21/17 30/20 32/9 52/7
**starting** [1] 18/1
**state** [2] 3/14 10/3
**statement** [2] 76/15 80/24
**STATES** [21] 1/1 1/3 1/9 1/12 5/21 6/1 6/3 6/7 6/10 21/5 21/7 21/13 21/16 23/11 23/13 23/20 40/9 40/11 40/15 40/23 44/2
**stay** [2] 17/13 25/16
**stenotype** [1] 1/25
**stepped** [1] 82/19
**still** [4] 11/21 19/11 48/23 80/24
**stool** [1] 20/15
**stop** [3] 16/9 47/6 81/2
**stopped** [4] 47/11 76/19 77/14 82/24
**store** [1] 17/6
**stored** [1] 38/24
**Street** [3] 1/13 1/16 1/19
**strength** [1] 18/17
**stretch** [1] 73/22

Case 1:16-cr-00229-BAH Document 230 Filed 03/01/25 Page 104 of 107

**S**

stricken [1] 83/17
strike [12] 10/17 10/22
11/10 11/15 11/17 12/6
12/9 20/23 76/6 77/9
80/2 82/3
strongly [1] 84/2
struck [2] 76/24 84/4
stuff [1] 74/21
subordinate [1] 79/12
such [4] 9/12 51/25
63/11 63/11
sun [1] 32/10
supervised [2] 33/12
33/14
suppose [1] 58/9
Supposedly [1] 31/15
sure [5] 3/9 16/11 35/5
68/10 79/18
sworn [1] 3/7

**T**

T-O-C-A-Y-O [1] 30/24
ta [4] 47/2 47/2 47/2
47/2
table [1] 16/23
take [17] 3/5 14/5 15/4
16/20 16/22 20/17 30/4
32/15 35/13 35/20
37/19 63/14 69/7 69/8
73/7 82/10 82/12
taken [2] 18/5 32/25
takes [1] 72/7
taking [2] 9/13 48/24
talk [10] 8/7 8/8 27/10
27/15 57/15 65/11
76/12 79/9 82/13 87/16
talked [3] 8/8 62/19
66/10
talking [7] 14/23 27/19
34/15 67/5 73/21 83/21
87/15
target [3] 46/21 46/24
75/17
team [2] 35/1 50/16
technology [1] 74/14
tell [19] 6/17 11/17
12/5 13/7 17/25 26/7
26/9 26/11 40/7 42/7
42/11 42/14 46/23
61/18 61/22 72/24
73/15 85/25 87/12
Templarios [1] 60/21
tend [2] 8/5 8/5

term [2] 22/9 56/5
terminology [1] 64/22
terms [6] 17/2 40/14
58/8 64/24 65/1 65/1
testified [1] 11/5
testify [3] 79/10 84/10
84/16
testifying [2] 4/3 78/14
testimony [8] 77/4
77/14 78/1 79/2 82/10
82/23 84/17 86/25
Texas [1] 40/25
than [12] 5/3 14/15
18/23 24/14 41/22 42/3
42/12 47/4 58/2 60/18
80/2 82/10
Thank [5] 4/1 12/7
29/2 81/6 87/8
that [359]
that -- you [1] 78/8
that' [1] 64/5
that's [16] 16/4 20/2
23/23 26/18 27/12
36/22 44/4 48/6 48/22
53/13 64/22 64/23 75/1
76/25 83/3 86/17
their [14] 22/21 22/24
30/21 55/14 59/24
67/12 69/7 80/2 84/8
84/11 85/6 85/18 85/21
86/1
them [52] 10/12 10/18
11/6 11/10 11/17 15/4
16/14 16/22 18/3 18/4
19/16 24/4 30/21 31/16
32/6 39/15 40/19 44/13
46/4 46/20 55/21 56/4
59/24 60/25 60/25 61/2
63/7 63/11 64/5 64/21
64/22 65/12 66/4 66/16
66/17 67/6 67/12 68/7
69/8 69/8 70/22 70/22
70/23 77/8 77/8 80/1
80/2 80/22 85/7 85/19
86/2 86/6
themselves [4] 64/5
68/9 71/14 71/15
then [17] 4/24 16/25
17/1 19/13 20/3 20/13
21/19 33/23 39/15
39/17 39/21 41/13
44/18 47/1 47/2 73/14
83/10
there [64] 4/23 5/2
5/17 7/15 12/1 12/3

13/20 14/2 14/3 14/3
14/7 14/10 14/17 15/5
15/12 17/12 17/16
17/23 18/5 19/7 20/1
20/9 25/25 29/5 29/23
31/25 33/24 35/2 36/11
37/8 38/18 41/23 43/11
46/3 47/20 52/13 61/18
61/24 62/13 62/13
63/10 64/23 66/2 66/4
67/18 68/22 69/4 69/5
69/6 69/8 69/23 74/18
74/20 75/1 75/15 75/18
76/22 76/23 79/1 79/5
79/18 79/25 80/10
84/18
these [30] 33/15 35/23
45/17 46/4 46/5 47/3
47/7 49/12 50/19 56/1
59/12 59/21 60/3 60/15
64/11 69/16 69/20 70/8
70/14 70/20 70/24 76/5
77/20 79/18 80/10
84/11 85/9 85/24 86/10
87/16
they [142]
they -- was [1] 67/14
They're [1] 4/25
thing [11] 6/8 17/20
18/6 37/12 46/5 46/6
46/7 46/10 71/13 81/22
87/3
things [8] 8/9 9/12
9/13 14/22 44/9 62/9
76/14 81/18
think [24] 10/18 10/21
10/22 11/25 12/1 12/3
48/22 50/12 76/18
76/24 80/12 83/16
83/18 83/19 83/24 84/1
84/3 84/6 84/18 84/24
86/2 86/4 86/17 86/24
thinking [2] 48/21 81/1
third [6] 1/16 1/19 33/6
33/8 33/18 34/6
this [108]
those [47] 5/11 5/13
6/15 7/4 10/13 13/4
13/18 13/22 14/14 15/1
15/11 15/15 15/22
15/23 16/6 19/7 20/2
22/8 25/17 27/2 31/7
32/15 36/9 38/8 40/13
41/23 42/6 42/10 43/7
44/15 46/6 49/24 49/25

63/7 64/18 64/25 65/1
65/7 77/20 81/2 82/20
84/16 85/25
though [2] 77/1 82/11
thought [3] 8/8 79/6
79/14
thousand [11] 76/16
78/19 83/1 83/10 83/14
83/15 83/19 83/22
85/10 85/21 87/1
thousands [2] 48/11
84/20
threaten [1] 68/13
three [9] 13/3 13/4
20/11 20/13 20/14
20/15 70/8 82/22 85/24
through [13] 14/1 14/9
14/11 14/12 16/18
40/25 40/25 66/9 70/8
78/2 78/3 78/5 78/6
thrown [2] 31/5 31/12
tied [1] 79/16
time [42] 5/8 5/17 5/19
5/20 10/11 15/5 16/8
17/16 25/25 26/9 26/10
26/21 27/5 27/7 31/2
31/4 33/6 33/8 33/22
34/6 34/8 35/9 36/18
36/23 37/1 38/14 39/16
41/24 44/16 44/21 47/8
48/19 48/22 64/1 65/9
65/22 73/7 74/10 75/18
77/13 77/25 82/24
times [14] 13/14 13/16
13/16 13/18 13/22 14/7
15/15 26/18 26/25 27/2
27/3 62/10 65/6 65/8
Tocayo [10] 30/4
30/15 30/19 30/20
30/23 33/1 36/11 36/12
40/1 42/22
today [2] 23/17 62/20
together [1] 16/13
told [14] 26/9 38/23
41/10 41/12 41/14
41/21 42/14 44/1 44/2
51/23 64/17 67/11 80/2
82/1
Toledo [2] 21/24 21/25
tomorrow [3] 82/14
87/12 87/14
ton [1] 38/9
tons [14] 34/8 34/15
34/18 35/14 35/20 35/21

**T**

**tons... [9]** 36/13 36/17 37/8 37/11 37/13 37/17 37/19 38/2 38/12
**took [17]** 8/7 18/15 18/16 20/11 20/13 29/20 29/22 29/23 30/16 32/17 32/21 36/10 36/11 36/12 36/15 37/21 84/16
**took -- it [1]** 20/11
**top [8]** 8/13 8/14 19/22 19/23 38/15 38/17 67/12 71/25
**topic [1]** 48/18
**tortured [2]** 18/5 18/6
**totality [1]** 79/4
**totally [1]** 38/14
**touch [2]** 26/20 46/11
**towards [2]** 8/20 27/7
**town [10]** 4/16 4/24 4/25 7/11 17/8 18/9 73/4 75/3 75/11 75/13
**tractor [1]** 72/10
**trafficking [5]** 7/16 8/4 60/22 78/11 79/17
**trailer [2]** 36/4 37/25
**trailers [8]** 35/18 35/19 35/20 35/23 36/9 38/7 38/8 38/11
**trails [4]** 4/24 5/9 14/12 14/12
**transcript [4]** 1/8 1/8 1/25 88/5
**transcription [1]** 1/25
**translate [3]** 63/15 76/1 76/2
**translated [1]** 76/15
**translates [1]** 68/10
**translating [1]** 81/2
**transport [4]** 35/16 35/20 37/23 38/11
**transported [4]** 33/2 33/3 38/7 38/8
**transporting [2]** 26/23 42/17
**travel [1]** 48/3
**traveled [1]** 60/6
**trial [4]** 74/15 85/24 86/18 87/3
**tried [7]** 13/11 13/17 17/17 17/22 17/24 18/1 52/14
**trigger [2]** 47/6 47/11

**truck [14]** 42/25 43/4 43/7 43/10 61/17 70/17 71/13 72/1 72/2 72/6 73/9 73/15 75/1 75/2
**trucks [6]** 37/25 38/13 40/12 48/5 70/20 70/25
**true [1]** 88/5
**trust [1]** 30/22
**trustworthiness [1]** 80/12
**try [1]** 13/8
**trying [2]** 13/12 18/19
**turn [1]** 18/21
**Turning [3]** 46/2 50/18 72/5
**turret [3]** 71/14 71/21 71/25
**turrets [1]** 71/18
**Twenty [1]** 54/19
**Twenty-one [1]** 54/19
**two [30]** 4/23 5/13 12/16 12/17 14/7 16/24 17/15 25/7 26/18 35/22 36/9 37/13 37/14 38/13 39/9 40/13 42/5 42/6 48/22 49/12 55/14 72/24 73/15 76/14 76/23 77/22 79/2 79/11 79/18 83/20
**type [8]** 35/17 43/9 48/13 55/15 60/2 71/16 83/17 84/3
**types [3]** 14/23 27/1 44/8
**typically [2]** 17/13 50/16

**U**

**U.S [1]** 1/22
**um [1]** 22/19
**uncle [1]** 66/21
**uncle -- I'm [1]** 66/21
**uncles [1]** 39/4
**under [6]** 10/21 78/25 79/22 80/10 80/15 80/21
**underline [1]** 51/14
**underlined [1]** 51/19
**understand [9]** 3/20 30/10 61/6 76/17 76/23 80/23 81/19 85/6 85/19
**understanding [1]** 16/11
**understood [3]** 82/1 85/8 85/8

**unforgettable [1]** 62/21
**unfortunate [1]** 87/2
**uniforms [1]** 12/18
**unique [1]** 18/2
**uniquely [1]** 54/11
**UNITED [21]** 1/1 1/3 1/9 1/12 5/21 6/1 6/3 6/7 6/10 21/5 21/7 21/13 21/16 23/11 23/13 23/20 40/9 40/11 40/15 40/23 44/2
**United States [17]** 5/21 6/1 6/3 6/7 6/10 21/5 21/7 21/13 21/16 23/11 23/13 23/20 40/9 40/11 40/15 40/23 44/2
**unload [6]** 27/8 29/13 34/22 34/25 35/14 38/2
**unloaded [1]** 34/24
**unloading [1]** 35/3
**unresponsive [1]** 12/11
**unrung [3]** 76/25 83/24 84/4
**until [6]** 7/9 8/23 23/17 25/4 25/18 47/13
**up [53]** 5/2 5/8 8/10 15/15 15/18 15/20 18/12 18/15 18/16 22/1 23/5 26/7 28/16 29/1 30/4 30/16 31/5 31/7 31/19 32/10 32/11 32/16 33/1 33/9 34/8 34/10 34/14 37/12 37/17 38/21 39/3 39/8 39/13 42/23 43/14 43/16 51/14 54/1 55/1 55/14 58/11 66/7 67/8 67/8 69/2 69/4 70/23 73/22 75/9 77/12 77/16 85/10 86/16
**upset [1]** 66/5
**us [16]** 1/13 18/10 22/13 32/17 33/24 33/24 37/21 38/21 38/23 47/15 51/23 68/9 71/20 74/21 81/2 82/20
**usdoj.gov [1]** 1/14
**use [13]** 17/2 17/5 28/19 48/12 61/15 61/20 63/25 64/2 64/5 64/11 64/23 67/9 71/16
**used [27]** 17/1 17/6 21/22 24/14 30/1 30/11

35/22 37/25 40/14 49/22 50/15 53/5 53/10 53/20 53/23 56/6 57/7 57/9 57/20 59/1 59/25 60/2 60/3 63/5 71/22 74/10 75/21
**uses [2]** 46/5 46/6
**using [4]** 17/3 55/21 61/17 61/19
**usually [1]** 55/21

**V**

**V-I-L-L-A [1]** 4/10
**Valencia [1]** 78/2
**Vallarta [1]** 39/6
**valuable [1]** 42/12
**value [2]** 42/4 42/6
**vehicle [3]** 65/19 65/21 65/22
**vehicles [1]** 35/17
**versus [1]** 11/14
**very [21]** 5/22 14/13 14/14 19/22 19/23 26/5 26/6 32/17 33/24 39/25 47/18 48/1 58/15 62/12 68/11 68/18 69/7 78/7 85/2 86/13 87/2
**Via [1]** 3/12
**Vieja [6]** 72/8 73/5 73/6 75/4 75/6 75/12
**Viente [6]** 17/24 17/25 18/2 18/16 19/14 19/25
**Villa [37]** 4/7 4/10 4/13 4/15 5/1 7/11 10/1 10/9 12/21 13/1 15/13 17/8 25/10 25/15 25/23 26/1 31/21 33/23 33/25 39/12 43/16 43/22 44/6 48/4 64/13 68/17 68/20 68/24 70/21 70/25 72/8 73/5 73/6 74/19 75/4 75/6 75/12
**Villa Purificación [13]** 4/10 15/13 25/10 25/15 25/23 26/1 31/21 44/6 48/4 68/17 68/20 68/24 70/21
**Villa Vieja [2]** 72/8 75/4
**violence [4]** 75/21 79/4 86/11 87/4
**visa [2]** 6/3 6/5
**visas [2]** 21/12 21/14
**voice [4]** 28/25 31/10 65/18 65/21

**V**

**voices [1]** 66/9
**volume [1]** 16/12
**vs [1]** 1/4
**Vuitton [1]** 37/15

**W**

**wait [2]** 81/7 86/2
**walk [3]** 21/9 32/18
66/9
**walking [1]** 14/13
**wandering [1]** 20/12
**want [15]** 11/9 26/2
33/9 41/7 50/21 53/14
53/15 58/2 58/6 58/16
69/24 77/24 80/1 82/10
85/12
**wanted [9]** 8/7 8/8
13/24 21/23 38/21 66/8
67/3 67/7 87/3
**wants [3]** 11/7 87/9
87/10
**warehouse [22]** 16/22
16/24 17/3 17/7 17/10
17/14 29/23 29/24 30/1
30/3 32/21 32/24 32/25
33/4 36/10 36/16 37/13
37/24 38/19 38/24
39/10 39/24
**was [263]**
**was -- they [1]** 20/20
**Washington [4]** 1/4
1/14 1/23 21/24
**wasn't [7]** 10/24 14/17
35/22 44/15 53/12
76/15 79/14
**waste [1]** 85/24
**watch [1]** 62/7
**watches [1]** 62/6
**water [1]** 65/4
**watermelon [1]** 28/20
**way [10]** 18/21 32/2
35/10 38/15 40/17
40/20 45/10 47/13 64/5
75/7
**ways [1]** 40/12
**we [86]** 3/10 5/13 8/8
10/14 15/20 16/25
16/25 17/5 17/5 18/4
18/4 18/5 18/5 18/9
19/14 21/14 21/14
21/15 32/9 32/10 32/21
32/21 33/24 34/1 34/24
35/5 35/22 36/10 37/12

37/21 38/13 39/8 39/12
40/16 42/25 43/1 43/15
43/16 45/10 46/8 48/18
48/21 48/24 49/3 52/12
58/21 58/4 60/17 62/12
64/2 64/5 64/14 64/20
64/22 64/23 64/23
66/10 66/17 66/19 68/7
70/22 72/24 73/15
77/12 77/17 77/19
77/22 77/22 77/23
78/21 79/6 81/4 81/8
83/21 84/5 84/6 84/10
84/20 84/21 84/22 85/7
86/9 87/13 87/15 87/16
87/17
**we'll [1]** 82/12
**We're [1]** 84/17
**we've [1]** 62/19
**weapon [9]** 6/21 45/17
45/24 45/25 50/13
52/10 57/4 57/20 71/17
**weapons [15]** 44/6
44/8 44/10 44/10 44/11
44/15 48/13 49/21
49/22 54/1 54/17 57/9
69/2 69/3 71/18
**wear [3]** 12/18 62/5
72/15
**wearing [2]** 24/6 62/7
**wedding [4]** 25/17
62/7 62/10 62/11
**week [1]** 18/6
**weeks [2]** 12/16 12/17
**well [56]** 5/2 5/5 5/18
8/5 8/13 8/17 8/23 9/25
11/17 13/6 14/1 14/14
14/20 15/3 15/24 21/8
21/19 21/22 22/17 24/6
27/7 32/25 36/22 37/22
38/17 39/1 39/3 40/19
41/3 45/10 46/9 47/23
48/3 48/14 50/14 55/2
56/3 56/14 56/15 58/15
60/10 60/13 61/16
61/24 62/9 64/10 65/2
66/13 66/18 67/12
68/11 68/20 77/6 78/19
85/13 85/23
**well-dressed [1]** 62/9
**went [10]** 8/5 20/17
21/20 22/12 33/5 37/12
42/25 47/2 69/1 75/18
**were [127]**
**weren't [2]** 11/2 14/10

**West [2]** 1/14 21/12
**what [143]**
**what's [1]** 56/22
**whatever [4]** 14/21
50/15 79/15 79/23
**wheelers [1]** 36/1
**when [113]**
**where [50]** 4/6 7/10
7/17 9/7 14/2 14/10
14/12 14/13 15/11
16/20 17/7 18/25 25/8
27/8 28/18 29/24 31/18
31/22 33/3 36/12 37/17
40/2 40/23 42/7 43/14
43/25 44/1 46/25 47/15
51/15 64/16 65/14
67/10 67/16 68/25 69/1
69/19 71/20 72/9 72/25
73/8 73/11 73/14 75/1
75/8 75/16 75/17 75/18
84/13 86/9
**whether [7]** 11/13
11/13 58/10 76/5 85/19
86/1 86/5
**which [11]** 15/25
45/13 52/4 53/2 56/15
75/6 79/6 79/8 79/14
80/24 82/21
**while [6]** 6/6 6/9 13/15
24/1 26/10 73/21
**who [55]** 7/21 8/12 9/5
10/19 11/10 11/21
12/14 13/4 13/11 17/22
17/24 19/7 20/19 25/1
25/11 26/20 28/7 28/9
30/19 30/20 30/21 31/7
33/10 34/25 41/10
43/22 52/8 52/14 55/21
57/23 60/9 62/3 64/8
65/19 66/10 66/15
66/16 66/20 76/23 77/9
78/1 78/3 78/4 79/12
79/13 80/23 81/3 82/20
83/22 84/15 85/18 86/1
86/3 86/13 86/21
**whole [7]** 4/14 14/2
18/6 45/2 62/15 75/9
86/20
**whom [3]** 12/6 12/11
33/11
**whose [2]** 45/25 58/4
**why [8]** 11/2 31/12
42/11 60/6 63/25 64/22
67/24 68/5
**wife [4]** 20/19 20/20

**will [23]** 3/6 12/5 12/9
48/24 49/9 55/7 57/17
58/18 63/21 68/9 68/14
70/4 74/6 78/3 78/5
78/23 80/22 82/10
82/11 82/14 85/25 87/6
87/13
**withdraw [1]** 58/18
**withdrawing [1]** 58/17
**withdrawn [1]** 58/20
**without [2]** 51/14
64/16
**witness [38]** 2/2 3/7
8/24 9/1 11/5 19/21
21/17 24/8 36/3 36/4
48/16 49/6 49/18 50/21
51/18 54/20 56/7 57/19
59/3 62/22 69/10 70/9
71/25 72/13 73/17
75/11 77/25 78/4 78/6
78/13 80/11 81/25
82/15 82/17 82/20
82/23 86/16 86/22
**witness's [1]** 74/2
**witnessed [1]** 78/10
**witnesses [7]** 78/10
79/2 79/9 83/21 84/7
84/10 85/25
**word [1]** 67/9
**worded [1]** 84/2
**words [3]** 24/21 61/24
81/9
**work [5]** 6/16 8/3 8/22
52/9 61/23
**worked [10]** 6/8 10/8
10/25 11/21 12/2 12/14
14/19 23/19 23/23 24/1
**working [8]** 8/10 8/19
13/8 13/15 23/2 24/1
41/4 75/20
**worse [1]** 79/24
**worst [1]** 18/6
**would [85]** 8/8 9/12
9/13 10/19 11/12 13/7
13/23 14/1 14/20 14/22
15/4 15/15 15/20 16/20
16/22 17/5 20/1 20/9
26/9 26/11 26/12 29/22
29/24 32/13 33/1 33/1
34/2 39/4 39/5 39/5
44/9 44/9 44/10 44/11
44/12 44/17 44/18
44/20 46/24 46/25
46/25 47/7 48/19 48/20

# W

**would... [41]**  52/20
54/20 56/4 56/5 57/13
57/19 58/2 58/9 58/12
59/23 60/11 62/22 63/7
63/9 63/12 64/2 64/7
64/14 64/16 67/18
67/25 68/8 68/11 71/21
72/9 73/22 75/17 77/3
77/11 78/14 80/9 80/9
80/15 80/21 82/8 84/10
84/16 85/1 85/10 85/23
85/25
**wrong [1]**  76/20

# X

**X-number [1]**  78/8
**Xirosto [1]**  5/7

# Y

**Y's [1]**  64/15
**Yeah [2]**  44/24 47/18
**year [10]**  21/20 21/21
22/16 23/2 33/20 37/4
62/16 86/10 86/10
86/10
**years [9]**  4/17 5/22
5/23 6/2 6/4 13/3 13/5
23/4 24/13
**yes [122]**
**yet [1]**  80/13
**York [1]**  42/9
**you [432]**
**you -- sorry [1]**  9/15
**You're [1]**  29/1
**young [1]**  24/13
**your [117]**
**Your Honor [68]**  5/12
7/22 8/1 10/14 10/17
10/21 11/5 11/16 11/20
11/24 12/7 20/22 27/20
28/2 30/7 31/13 48/20
50/1 50/5 51/4 51/7
52/20 53/9 53/16 54/2
54/6 55/6 56/17 56/21
57/1 57/14 57/18 58/10
58/15 58/18 59/13
59/16 63/20 70/2 71/3
71/6 72/12 72/19 73/16
73/25 74/1 74/5 74/8
75/10 75/25 76/11
76/19 76/22 77/13
77/16 78/18 78/25 80/7
80/16 81/6 81/7 82/8
82/17 83/5 83/8 83/13

84/5 85/23
**Your Honor's [1]**  78/7
**yourself [2]**  3/8 76/8
**yourselves [1]**  82/13

# Z

**Zetas [1]**  60/21